UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-80090-Cr.-HURLEY

UNITED STATES OF AMERICA,

vs.

ROBERT J. WOLFF, and
CLIFFORD ERIC LUNDGREN,

Defendants.
_____/

**GOVERNMENT'S RESPONSE TO MOTION
TO EXCLUDE PROPOSED EXPERT EVIDENCE
AND TESTIMONY OF MICROSOFT CORPORATION**

The United States of America, through the undersigned Assistant United States Attorney, hereby files this response to defendant's motion to exclude proposed expert evidence and testimony of Microsoft Corporation (D.E.#44). In response thereto the government states as follows:

LUNDRGREN claims that the government has failed to comply with Federal Rule of Criminal Procedure 16(b)(1)(C). The government filed its expert summary regarding Microsoft Anti-Piracy Specialist Katie Hasbrouck and has fully complied with Federal Rule of Criminal Procedure 16(b)(1)(C).

Rule 16(b)(1)(C) is "intended to minimize surprise that often results from unexpected expert testimony, reduce the need for continuances, and to provide the opponent with a fair opportunity to test the merit of the expert's testimony through focused cross-examination." Fed. R. Crim. P. 16 Adv. Comm. Note. LUNDGREN has a basis upon which to evaluate the scope

or reliability of Ms. Hasbrouck's proposed testimony.  Therefore, LUNDGREN also has the ability to prepare to rebut any such testimony.

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

     s/ LOTHROP MORRIS
By: LOTHROP MORRIS
      ASSISTANT U.S. ATTORNEY
      Florida Bar # 0095044
      500 Australian Avenue, Suite 400
      West Palm Beach, FL 33401
      (561) 820-8711
      (561) 820-8777 (FAX)
      LOTHROP.MORRIS@USDOJ.GOV

## Certificate of Service

I HEREBY CERTIFY that on January 10, 2017, I electronically filed the foregoing response with the Clerk of the Court using CM/ECF.

                        S/ LOTHROP MORRIS
                        LOTHROP MORRIS
                        ASSISTANT UNITED STATES ATTORNEY