UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-80090-Cr.-HURLEY

UNITED STATES OF AMERICA,

vs.

ROBERT J. WOLFF, and
CLIFFORD ERIC LUNDGREN,

Defendants.
_____/

**GOVERNMENT'S FIRST RESPONSE TO REQUEST FOR
SUMMARY OF EXPERT TESTIMONY FOR SENTENCING, BASIS
FOR OPINION, AND QUALIFICATIONS PURSUANT TO FED.R.CRIM.P. §16(a)(1)(E)**

The United States of America, through the undersigned Assistant United States Attorney, hereby files this response to defendant's request for a written summary of experts' qualifications, basis and reason for opinions, and the witnesses' opinions pursuant to Fed.R.Crim.P. §16(a)(1)(E):

**1.   1.   Supply Chain Manager Jonathan McGloin – Microsoft Corporation**

**A.   STATEMENT OF QUALIFICATIONS**:

Supply Chain Manager
Microsoft Corporation

Utilize expert knowledge of OEM licensing and manufacturing of Microsoft software products.

1

Mr. McGloin is expected to testify about general operations related to the purchase, sale, distribution and manufacturing of refurbished computer equipment and associated software and software licenses, certificates of authenticity (COA) and product keys.  Mr. McGloin will also testify to the following:

Mr. McGloin will discuss manufacturer authorized replicators.  He will discuss what a secured print vendor and a certificate of authenticity is.  He will also discuss what a media replicator is and how they relate to Dell recovery discs and licensing.  Microsoft has a direct agreement with large original equipment manufacturers (OEM) such as Dell.  OEMs are permitted to preinstall Microsoft software.  Microsoft mandates that the OEM must provide a recovery disc.  This disc is intended for use to restore or recover the operating system in situations where the user has a computer system failure.

Microsoft has a defined supply chain regarding the manufacture, distribution, and sale of its software products.  There is a master software image.  The OEM is allowed to create a customized image and create software for its machines.  Microsoft has agreements with the authorized replicators and with the OEMs.  Microsoft gives the OEM the right to use its software to provide a recovery disc.  However, Microsoft has mandatory rules regarding how they may use it.  Microsoft has a direct agreement with every corporation in the supply chain.  All parties in the supply chain must sign this agreement.  OEMs must include specific language on the outside of the disc.  Microsoft requires the IFPI mould code and SID codes to be on the disc.  IFPI is an industry standard.  A unique code is assigned to each replicator to provide a way to trace the disc back to the plant that made the disc.  There is also a laser beam that records the origin that resolves back to the manufacturing plant.  The media must have both of these codes.

There is no provision to sell the recovery discs in the retail market. It must be direct from Dell to the customer.

Each disc is supposed to be bias locked. Mr. McGloin will explain what a bias lock is. In addition, the Dell recovery disc constitutes a full operating system. There are ways to circumvent the bias lock. There is a large market for legacy COAs and 5 by 5 product keys. Mr. McGloin will discuss how the modern version of a Microsoft operating system disc is protected vs. how the Microsoft Windows 7 Dell reinstallation Edition, Microsoft Windows XP Service Pack 3 Dell reinstallation Edition Dell operating system discs are protected. Each COA has a product key and the product key is unconsumed. Refurbishers can take the product key off the legacy COA and use it. Mr. McGloin will explain the difference between a consumed and unconsumed product key. He will also explain how the product key and the COA are intended to be used.

When one receives a refurbished certificate of authenticity (COA) one receives a license and a recovery disc. One cannot sell the license. The original license is married to the original machine. In aftermarket sales, virtually all refurbishers wipe their machines in order to ensure that private information contained on the computer is not disseminated to the public. Most if not all companies will ensure that proprietary data is removed from machines that are being sold in the aftermarket. They will wipe the hard drive clean prior to the sale of the machine to protect their privacy interests and sell the machine downstream without the software. At that point, the refurbisher needs to purchase new Microsoft software. If you are not a Microsoft authorized refurbisher then you must purchase the Microsoft software on the retail market.

Refurbishers are not typically OEMs. Accordingly there is a black market for illegitimate or counterfeit Microsoft software. There is no major barrier to becoming a registered refurbisher.

3

Mr. McGloin will discuss the registered refurbishers and the associated refurbisher programs.

The black market for illegitimate or counterfeit software effects both the buyers and the sellers of the software. It displaces sales of refurbisher software in connection with authorized Microsoft refurbishers. Simply put Microsoft loses a sale every time a counterfeit software disc is sold on the black market. The retail value of the licensed refurbisher software provides a more accurate assessment of the pecuniary harm to the copyright or trademark of Microsoft than the retail price of the counterfeit software.

It is much easier to counterfeit a recovery disk than a retail original operating system disc. Mr. McGloin will testify to the security measures that Microsoft has established to prevent software piracy. Mr. McGloin will also testify to the security features established to protect the Microsoft supply chain for authorized manufacturers of Microsoft software.

The Government reserves the right to withdraw the designation of any expert witness and re-designate same as a consulting expert who cannot be called by the defense.

The Government reserves the right to withdraw the designation of any expert witness and submit said witness as a lay witness pursuant to Rule 701 of the Federal Rules of Evidence.

The Government reserves the right to elicit the opinion testimony of experts designated and called by the defense.

The Government reserves the right to elicit technical or other specialized knowledge opinion testimony through direct or cross-examination from fact witnesses based on the witness' personal knowledge, experience, and/or involvement in the matters at issue.

**2.	Conclusion**

You are hereby advised that the above is a summary only, and not an exhaustive explanation of the scientific terminology, the tests performed, and the results noted.

**3.	DEMAND FOR RECIPROCAL DISCOVERY:** The government submits it has fully complied with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(E) with respect to the witness referenced above. If defense counsel believes the government's response to be deficient in any way, defense counsel is requested to notify the undersigned.

                                       Respectfully submitted,

                                       BENJAMIN GREEENBERG
                                       ACTING UNITED STATES ATTORNEY

                                        s/  LOTHROP MORRIS
                                  By: LOTHROP MORRIS
                                       ASSISTANT U.S. ATTORNEY
                                       Florida Bar # 0095044
                                       500 Australian Avenue, Suite 400
                                       West Palm Beach, FL 33401
                                       (561) 820-8711
                                       (561) 820-8777 (FAX)
                                       LOTHROP.MORRIS@USDOJ.GOV

**Certificate of Service**

I HEREBY CERTIFY that on May 12, 2017, I electronically filed the foregoing response with the Clerk of the Court using CM/ECF.

           S/ LOTHROP MORRIS
           LOTHROP MORRIS
           ASSISTANT UNITED STATES ATTORNEY