```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION
                      CASE NO. 16-CR-80090-HURLEY
 3

 4       UNITED STATES OF AMERICA,      .

 5       Plaintiff,                     .

 6            vs.                       .
                                        .  West Palm Beach, FL
 7       CLIFFORD E. LUNDGREN           .  May 22, 2017
         and ROBERT WOLFF,
 8

 9       Defendants.                    .

10

11                           VOLUME 1
                       SENTENCING PROCEEDINGS
         BEFORE THE HONORABLE DANIEL T. K. HURLEY
12               UNITED STATES DISTRICT JUDGE

13       APPEARANCES:

14       FOR THE PLAINTIFF:    LOTHROP MORRIS
                               United States Attorney's Office
15                             500 South Australian Avenue
                               Suite 400
16                             West Palm Beach, FL 33401
                               561-820-8711
17
         FOR THE DEFENDANTS:   BRUCE REINHART, ESQ.
18                             McDonald Hopkins LLC
                               505 South Flagler Drive
19                             Suite 300
                               West Palm Beach, FL 33401
20                             561-472-2121

21                             RANDEE J. GOLDER, ESQ.
                               Randee J. Golder, P.A.
22                             PO Box 243756
                               Boynton Beach, FL 33424
23                             561-503-4398

24       COURT REPORTER:       Pauline A. Stipes
                               Official Federal Reporter
25                             Fort Pierce/West Palm Beach
                               772-467-2337
```

1                                    INDEX

2

3       **DANIEL RICHICHI**

4       Direct Examination by Mr. Morris            Page 14

5       Cross Examination by Mr. Reinhart           Page 38

6       Cross Examination by Ms. Golder             Page 40

7       **JONATHAN McGLOIN**

8       Direct Examination by Mr. Morris            Page 42

9       Cross Examination by Mr. Reinhart           Page 114

10      Cross Examination by Ms. Golder             Page 142

11      Redirect Examination by Mr. Morris          Page 148

12      **GLEN WEADOCK**

13      Direct Examination by Mr. Reinhart          Page 154

14      Cross Examination by Mr. Morris             Page 173

15      Redirect Examination by Mr. Reinhart        Page 178

16      **BRENT KELLEY**

17      Direct Examination by Mr. Reinhart          Page 185

18      Cross Examination by Mr. Morris             Page 191

19

20                                  EXHIBITS

21                                    I.D.        Received

22          Government Exhibit 2                    Page 14
            Government Exhibit 3                    Page 15
23          Government Exhibit 4                    Page 15
            Government Exhibit 5                    Page 16
24          Government Exhibit 21                   Page 18
            Government Exhibit 6                    Page 20
25          Government Exhibit 7                    Page 26

1       Government Exhibit 8                    Page 28
        Government Exhibit 9                    Page 29
2       Government Exhibit 10                   Page 31
        Government Exhibits 15.1-15.5           Page 33
3       Government Exhibit 16.1                 Page 34
        Government Exhibit 16.3                 Page 36
4       Government Exhibit 16.4                 Page 37
        Government Exhibit 1                    Page 46
5       Government Exhibit 18                   Page 61
        Government Exhibit 12                   Page 69
6       Government Exhibit 13                   Page 88
        Government Exhibit 22                   Page 90
7       Government exhibit 14                   Page 99
        Defense Exhibit 1                       Page 150
8       Defense Exhibit 2                       Page 160

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Good morning, everyone.  This is Mr.

2     Robert Wolff and Clifford Eric Lundgren.

3          Let me begin by allowing the lawyers to make

4     appearances, and I will start by recognizing counsel for the

5     Government.

6          MR. MORRIS:  Good morning, Lothrop Morris, and

7     standing next to me is Daniel Richichi from the Department of

8     Homeland Security.

9          THE COURT:  Counsel for Mr. Wolff.

10         MS. GOLDER:  Good morning, Randee Golder on behalf of

11    Mr. Wolff, seated next to me.

12         THE COURT:  Good morning, welcome.

13         Counsel for Mr. Lundgren.

14         MR. REINHART:  Good morning, Bruce Reinhart and Lilly

15    Sanchez for Mr. Lundgren.

16         THE COURT:  Good morning.  Mr. Lundgren, nice to see

17    you, too, sir.

18         And you correct me if I have this -- if I don't have

19    the correct purpose of what we are doing.  Both Mr. Wolff and

20    Mr. Lundgren are scheduled for Sentencing today.

21         The Sentencing process is normally an individualized

22    process, you look at the Sentencing Guidelines and then you

23    look at another statute that ensures the person in an

24    individual capacity is carefully looked at as well.

25         I take it the lawyers in both cases and both sides

1    were of the view that it is very important that the contested

2    issue of loss needs to be resolved because it applies to

3    both -- it applies across the board, and there needs to be

4    consistency.

5           I think there was a motion, maybe Mr. Reinhart filed

6    it, I am not sure, I think everybody agreed to it, that we

7    should get together first to hold a hearing so that we could

8    decide how does one calculate loss in a case like this, and

9    then when that loss is determined, then we'll revert to the

10   normal individualized Sentencing process and at the schedule

11   call for the Sentencing of Mr. Wolff first and then Mr.

12   Lundgren.

13          I know Mr. Lundgren's Sentencing was set for this

14   afternoon, depending on how the schedule goes, but it is fine

15   with me to handle one after the other, but I leave that for you

16   to decide.

17          That is an accurate assessment of what the major issue

18   is, the loss figure that needs to be utilized?

19          *MR. MORRIS:*  Yes, Your Honor, absolutely.

20          *THE COURT:*  Okay.  In a normal Sentencing, what we

21   usually do, we begin by looking at any factual objections, and

22   we can do that, and the second consideration is legal issues.

23          I think loss is one of those -- sometimes it is

24   difficult to pigeonhole whether something is a factual issue or

25   a legal issue, but clearly loss is in the middle, probably only

1   a legal issue.  If there is a factual issue, then one can

2   argue, but the Government bears the burden on that.

3          If it is a legal issue, if it is something that would

4   increase it, the Government bears the burden.  If it is

5   something that is established, but would lower the sentence,

6   the Defendant bears the burden of persuasion.

7          It sounds to me, because of the different views where

8   there is a loss, this is something where the Government bears

9   the burden of persuasion.

10          Does everybody agree?

11          *MR. MORRIS:*  The Government agrees.

12          *MS. GOLDER:*  Your Honor, we are using the term "loss".

13   I think this is infringement.

14          *THE COURT:*  Thank you for everything you have provided

15   to me.  The guidelines actually speak to this, so we are

16   looking at what do the guidelines say.  We have a couple of

17   cases that also speak to this, and then the question is, do we

18   have it correct here, or is this an exception to the general

19   rule; and if so, why?

20          So, we look at all of that, so I suppose we need to

21   begin by getting out some really basic figures in terms of what

22   is the retail figure, is there another figure that is more

23   appropriate; and if so, what is it?

24          Is there a debate on that?  Anything you can agree on

25   by way of stipulation certainly would be helpful.

Pauline A. Stipes, Official Federal Reporter

```
 1          Now, we have folks who have come to testify, and I am
 2    willing to listen to anybody who has information on these
 3    issues on all sides.  That is where we are.
 4          Why don't I first turn to, by way of an opening
 5    statement, if you will, a synopsis of positions, and then let's
 6    turn to receiving evidence.  Does that make sense?
 7          MR. MORRIS:  It does.  Could I take care of one
 8    housekeeping matter?  I have a witness list and exhibit list.
 9          THE COURT:  Thank you, sure.
10          MR. MORRIS:  Your Honor, we are going to rely on the
11    Sentencing memorandum that I filed with the Court.
12          We believe it does fall in the section enumerated in
13    2B5.3.
14          THE COURT:  What we are looking at is the Federal
15    Sentencing Guidelines have attempted to -- they were
16    promulgated to try to achieve greater uniformity across the
17    United States.
18          The theory was, the people who committed the same
19    crime and have pretty much the same background should be
20    treated as much alike as possible.
21          The hope was that if you had greater uniformity, there
22    would not be inexplicable highs or lows, that the whole process
23    should be more fair.
24          So, the guidelines have attempted to look at different
25    aspects of different crimes and assign weights to them, so the
```

```
 1    section we are looking at now is 2B.5 --
 2              MR. MORRIS:  2B5.3, specifically --
 3              THE COURT:  Wait, now.  2B5.3.
 4              MR. MORRIS:  Commentary note number 2 is the one we
 5    are addressing.
 6              THE COURT:  Hold on for a second, if you would.
 7              2B5.3 deals within infringement and copyright or
 8    trademark.
 9              MR. MORRIS:  Correct.
10              THE COURT:  The whole thing in this case, trademark
11    software products were being infringed.  I take it the
12    Government's view is this particular guideline is specific and
13    applicable.
14              MR. MORRIS:  That is correct.  We believe it falls
15    within commentary note 2, and we request the Court use the
16    retail value of the infringed item.
17              We believe we set forth --
18              THE COURT:  The Government is arguing here in
19    determining loss, so everybody understands, and as Ms. Golder
20    suggests, sometimes that is a different understanding for a
21    different crime, but, for instance, in a fraud crime, the
22    amount -- the loss that the victims have suffered, that drives
23    the guidelines.
24              So, in this case, we are looking, if you will, at the
25    loss -- I am not sure if that is the right word, but we are
```

```
 1    looking at how you evaluate what is happening here, and you are
 2    suggesting it is the retail value that Microsoft or Dell would
 3    have sold the software for.
 4           MR. MORRIS:  We say it is the retail value that
 5    Microsoft would have sold.  That is our position.
 6           THE COURT:  All right.  I understand that.
 7           Does Defense want to speak for a moment?
 8           MR. REINHART:  Yes, Your Honor.
 9           THE COURT:  Mr. Reinhart.
10           MR. REINHART:  We agree 2B5.3 is the correct
11    guideline, we agree the retail value of the item was the
12    correct measure.
13           MS. GOLDER:  No.
14           THE COURT:  I knew that was too good to be true.
15           MR. REINHART:  One of the issues Your Honor is going
16    to have to resolve this morning is what is the infringed item.
17           It is our position here the item -- the infringing
18    item was a reinstallation disc, and in the relevant market,
19    which is what the guideline speaks to, it is the value of the
20    infringed -- or the infringing item that the item is sold for
21    that is negligible, perhaps a dollar.
22           The reinstallation disc on its own, without things you
23    have to buy from Microsoft, has no value.
24           THE COURT:  Let me ask you this, and I know the
25    evidence that you folks present will probably flesh this out,
```

```
 1    but does Microsoft sell a disc exactly like this?

 2              MR. REINHART:  No.

 3              THE COURT:  They don't.

 4              MR. REINHART:  Dell does.  They don't even sell it,

 5    they give it away.

 6              THE COURT:  Let's not get caught up on that.  I know

 7    that was a real issue earlier on because, as I understand it,

 8    we had something created by Microsoft and apparently licensed

 9    to Dell, and we can talk about that if that is significant,

10    but, does either deal or Microsoft have a disc like this, that

11    is like the infringing item?

12              MR. REINHART:  Yes, a person can acquire the infringed

13    item from Dell.

14              THE COURT:  What does Dell sell it for?

15              MR. REINHART:  Zero.

16              THE COURT:  They give it away to you?

17              MR. REINHART:  Yes, there is testimony that they give

18    it away.

19              You can get it from different places, people charge

20    you and some don't, but at the relevant time, you could get it

21    from Dell for free.

22              THE COURT:  Is the distinction you place on this, the

23    difference is having purchased it brand new in the beginning as

24    opposed to the reinstallation?

25              MR. REINHART:  Yes, it is.  If I could explain it this
```

```
 1   way.
 2          THE COURT:  Sure.
 3          MR. REINHART:  When one buys a computer and it has
 4   Microsoft installed, Microsoft gets paid for the installation
 5   system, and that operating system is given to that machine in
 6   perpetuity.  Whoever owns that machine is entitled to have that
 7   operating system, say Windows XP.  If they want to buy it, I
 8   can give it to you, you can give it to Mrs. Stipes.  The
 9   reinstallation disc is a mechanism to put that software on the
10   machine if it gets corrupted or ruined.
11          THE COURT:  I see.  If I bought a laptop and I have a
12   problem with it, I go out and get a reinstallation disc.
13          MR. REINHART:  In the old days, the reinstallation
14   disc came with the computer.  You take out the reinstallation
15   disc and reinstall it.
16          THE COURT:  Let's assume you don't have one in the box
17   in which your laptop came.  Can you go out today and purchase a
18   reinstallation disc?
19          MR. REINHART:  Nowadays you just download it.  Yes,
20   you contact -- and there will be evidence of this.  You go on
21   line to Dell and they give you the software for free.
22          THE COURT:  Do they double check as to whether you
23   actually have the original, or you had the original?
24          MR. REINHART:  Again, I believe this will be the
25   evidence.  That is hard coded into the computer, and when you
```

1    go to install it, the computer checks --

2                THE COURT:  It would stop you if it is not legit?

3                MR. REINHART:  Correct.  If you take that disc and try

4    to install it on the HP computer, you cannot get through unless

5    you prove you have a license to install it on the HP computer.

6                That is the issue this morning.

7                THE COURT:  Thank you.  Ms. Golder, would you like to

8    come up?

9                MS. GOLDER:  Yes, Judge.  First of all, Judge, I agree

10   with almost everything Mr. Reinhart said, except I took the

11   position in my objections that there are two parts of the

12   guideline.  In the same 2B5.3, note 2, it lists certain

13   exceptions, but the rule in that guideline is that you use the

14   value of the infringing item as opposed to the infringed item.

15               The infringing item would be the discs that our

16   clients were providing.  The infringed item would be like an

17   original Dell installation.

18               THE COURT:  Is the general rule that you use the value

19   of the infringed item, what we are talking about, the Microsoft

20   item?

21               MS. GOLDER:  No, the general rule is you use the

22   infringing item unless it fits into certain exceptions that the

23   Government is saying it fits in and I take issue with that.

24   That is the additional issue I have over what Mr. Reinhart

25   discussed.

```
 1              THE COURT:  And the value of the infringing item, that
 2     is the one Mr. Wolff and Mr. Lundgren ultimately produced, has
 3     a much lower cost than the Microsoft or Dell?
 4              MS. GOLDER:  Significantly, it is what they were
 5     selling it for, and it is a much easier number to arrive at.
 6              THE COURT:  Thank you.  Anything else anybody wants to
 7     say?
 8              All right.  Let me allow the Government to call your
 9     first witness.
10              MR. MORRIS:  We are going to call Daniel Richichi.
11              THE COURT:  Agent Richichi, come up to the witness
12     stand and make yourself comfortable.  Pull that chair up to the
13     microphone there.
14              DANIEL RICHICHI, GOVERNMENT'S WITNESS, SWORN
15              THE COURT:  Sir, would you begin by introducing
16     yourself; would you state your full name, and would you spell
17     your last name for the court reporter.
18              THE WITNESS:  Daniel Richichi, R-I-C-H-I-C-H-I.
19              THE COURT:  Thank you.  Counsel, you may proceed.
20              MR. MORRIS:  I had a conversation with Mr. Reinhart,
21     he said he will stipulate to the admission of the evidence that
22     we are going to produce.
23              MR. REINHART:  The exhibits in specific, Your Honor.
24              THE COURT:  Let's go forward, and at the appropriate
25     time we will do that.
```

1                    **DIRECT EXAMINATION**

2    *BY MR. MORRIS*:

3    *Q.*  Mr. Richichi, let me show you what is marked Government

4    Exhibit Number 2.

5        What is that?

6    *A.*  It is one of the seized discs, specifically a Dell

7    reinstallation disc for XP, a Microsoft reinstallation pack.

8            *THE COURT:*  How do you identify it?  What do you call

9    it?  Give me the name you have been using to refer to it.

10           *THE WITNESS:*  A Dell reinstall for XP.2.

11           *THE COURT:*  All right.  Thank you.  You may proceed.

12           *MR. MORRIS:*  Your Honor, at this time we move

13   Government Exhibit 2 into evidence.

14           *MR. REINHART:*  No objection, Your Honor.

15           *THE COURT:*  Government's Exhibit 2 received into

16   evidence without objection.

17       (Whereupon Government Exhibit 2 was marked for evidence.)

18   *BY MR. MORRIS*:

19   *Q.*  Mr. Richichi, I show you Government Exhibit 3.  What is

20   that?

21   *A.*  This is another disc we seized, but this is for XP.3.

22           *MR. MORRIS:*  The Government moves Exhibit 3 into

23   evidence.

24           *MR. REINHART:*  I think it is SP.3 on the exhibit list.

25           *THE COURT:*  They call it XP.3.

 1            MR. REINHART:  We have no objection.

 2            THE COURT:  Government Exhibit 3 received into

 3   evidence without objection.

 4        (Whereupon Government Exhibit 3 was marked for evidence.)

 5   BY MR. MORRIS:

 6   Q.  Mr. Richichi, I am showing you Government Exhibit 4.  What

 7   is that?

 8   A.  This is another disc we seized through the course of the

 9   investigation, this is for a Windows 7 reinstallation.

10            THE COURT:  Thank you.

11            MR. MORRIS:  At this time we move 4 into evidence.

12            MR. REINHART:  No objection.

13            THE COURT:  All right.  No objection.  Government

14   Exhibit 4 in evidence without objection.

15        (Whereupon Government Exhibit 4 was marked for evidence.)

16            MR. MORRIS:  Your Honor, may I use the ELMO?

17            THE COURT:  Yes, sure.

18            MR. MORRIS:  While we get the ELMO working, I have

19   copies for everybody, so we can move forward.

20   BY MR. MORRIS:

21   Q.  Government's 5, showing you Government Exhibit 5, what is

22   that?

23   A.  This is an email recovered from Mr. Wolff's laptop, Dell

24   laptop computer.

25            MR. MORRIS:  It doesn't appear to be plugged in, the

1    ELMO.

2         We move Government Exhibit 5 into evidence.

3              *THE COURT:*  Would there be an objection to 5?

4              *MR. REINHART:*  No, Your Honor.

5              *THE COURT:*  Hold on a second, if you would.  Okay.

6         (Whereupon Government Exhibit 5 was marked for evidence.)

7    *BY MR. MORRIS:*

8    *Q.*  Government's 5, what is Government Exhibit 5?

9    *A.*  This is an email between an email account associated with

10   Mr.  Lundgren and an email account associated with Mr. Wolff,

11   April 10, 2013.

12   *Q.*  If you look at that, they mention an IFPI number?

13   *A.*  That's correct.

14   *Q.*  What is that?

15   *A.*  It's a number assigned by the International Federation of

16   Phonographic Industry, an identification number for a CD ROM.

17             *THE COURT:*  You are dropping your voice.

18   Identification number for what?

19             *THE WITNESS:*  For the actual factory that produced a

20   disc, whether it be a CD or DVD.

21             *THE COURT:*  Okay.

22   *BY MR. MORRIS:*

23   *Q.*  So, everybody can see it.

24        Who does this appear to be from?

25   *A.*  From Mr. Lundgren.

1   Q.   And who is it to?

2   A.   Mr. Wolff.

3   Q.   And then the actual content there, what is that discussion?

4   A.   They are discussing a picture that is further down the

5   email stream, asking where -- Mr. Lundgren asked Mr. Wolff if

6   the CDs that they have in their possession would pass the test

7   with a customer.

8   Q.   And is this the photograph that was attached?  This is

9   black and white, the Court has the color version, but that is

10  the photograph?

11  A.   That is correct.

12  Q.   Now, as part of your investigation, when did that become

13  relevant to your investigation?

14  A.   Pretty much right at the beginning.  We sent the discs to

15  Microsoft for determination of authenticity, and that is one of

16  the determining factors they use.

17  Q.   As part of your investigation, was there a problem with Mr.

18  Wolff or Lundgren relating to the IFPI codes?

19  A.   There was.

20  Q.   Would you explain it?

21  A.   During the course of the time that the CDs were being

22  cloned, one of Mr. Wolff's clients, Mr. Cisneros in Texas, Mr.

23  Wolff sent him approximately five thousand CD's during the time

24  of the investigation.  That customer, Mr. Cisneros, went with a

25  friend of his in the computer industry -- he brought the CD to

1    a friend of his who examined it with a magnifying glass and I'm

2    not sure whether he could determine whether they were

3    counterfeit or not.

4    Q.  And do you happen to know who that individual was, the

5    person that he sold it to originally?

6    A.  Marcos Cisneros.

7    Q.  Okay.  I am going to show you what has been marked for

8    purposes of this as Government's Exhibit 21.

9         Showing you Government's Exhibit 21; what is that?

10   A.  This is a purchase order from Phase2 International Traders,

11   which is Marcos Cisneros' company, and between him and R. J.

12   Wolff of RJW Technologies.

13        MR. MORRIS:  We move 21 into evidence.

14        THE COURT:  Any objection?

15        MR. REINHART:  No.

16        MS. GOLDER:  No.

17        THE COURT:  Government Exhibit 21 received into

18   evidence without objection.

19        (Whereupon Government Exhibit 21 was marked for

20   evidence.)

21        THE COURT:  By the way, if there is an objection, it

22   need only be made once and it can apply to everybody.

23        If anybody does have an objection to an exhibit, you

24   let me know.  If I hear no objection, I assume that is okay for

25   both, okay for both Defendants.

```
 1            MR. REINHART:  Yes.
 2    BY MR. MORRIS:
 3    Q.  Now, you see on the screen, in the upper left, what is
 4    that?
 5    A.  Upper left, that is the Phase2 International Traders, LLC.
 6    Q.  Who is the vendor?
 7    A.  RJW Technologies.
 8    Q.  Who owns RJW Technologies?
 9    A.  Mr. Wolff.
10    Q.  You see the item and the description and quantity.  Do you
11    see that?
12    A.  I do.
13    Q.  The rate and the amount, correct?
14    A.  Correct.
15    Q.  And then the total at the bottom?
16    A.  That's correct.
17    Q.  Now, you had an opportunity to talk to the owner of Phase2,
18    correct?
19    A.  Yes, I did.
20    Q.  And as part of your investigation, what did he tell you?
21    A.  He was purchasing Dell reinstallations from Mr. Wolff, and
22    at a point, they became aware they were counterfeit and they
23    stopped conducting business and Mr. Cisneros requested his
24    money back from Mr. Wolff.
25    Q.  How did he determine they were counterfeit?
```

1  *A.*  He had suspicions, brought them to the friend of his, and

2  he couldn't confirm or not that they were counterfeit, but he

3  had suspicions they were counterfeit.

4  *Q.*  I show you Government Exhibit 6.  What is that?

5  *A.*  This is an email from Mr. Lundgren to Mr. Wolff recovered

6  from Mr. Wolff's laptop.

7        *MR. MORRIS:*  We move Government Exhibit 6 into

8  evidence.

9        *THE COURT:*  Any objection to number 6?

10        *MR. REINHART:*  No, Your Honor.

11        *THE COURT:*  Received in evidence without objection.

12     (Whereupon Government Exhibit 6 was marked for evidence.)

13  *BY MR. MORRIS:*

14  *Q.*  Okay.  So, let's start on page two, okay, and tell me if

15  you can read it.  Can you read that?

16  *A.*  Yes, sir.

17  *Q.*  Okay.  So this particular email -- let's go to the top.

18     Who is it from?

19  *A.*  It is from Eric Lundgren to Bob Wolff.

20  *Q.*  Okay.  Going to the content right there at the top of the

21  screen, do you see that?

22  *A.*  Yes.

23  *Q.*  The date?

24  *A.*  Yes, December 6, 2011.

25  *Q.*  And then it says "Eric"?

1    *A.*   Correct.

2    *Q.*   Who is that?  Who do you believe that is?

3    *A.*   That is Mr. Wolff.

4    *Q.*   And what is Mr. Wolff saying?

5    *A.*   "The large order that I have has fallen through.  Below are

6    the reasons from the customer:

7        "I received the samples on Friday and I am afraid there are

8    several indications that they are in fact counterfeit."

9    *Q.*   Okay.

10   *A.*   "First of all, the service pack 2 CD sets say on the label

11   'Made in USA, but the disk inside the sleeve says 'Made in

12   Canada'.  We have never seen any genuine software be mismatched

13   like that, ever.  But a mismatch like that is very common in

14   counterfeit software.  The retail boxes of counterfeit Adobe

15   software that are circulating have a similar type of problem."

16   *Q.*   Do you see the content within the parentheses?

17   *A.*   I do.

18   *Q.*   Who is that?

19   *A.*   That is Mr. Lundgren.

20   *Q.*   Why do you believe that?

21   *A.*   The content of the sentence leads you to believe that, as

22   well as the fact when the email is downloaded through the

23   computer, there is no way to tell with the format, but in the

24   parentheses you can tell -- in the top it says "my replies are

25   in highlight below", where in the top paragraph and bottom

1    paragraph there are also parentheses and the content of that

2    indicates that is Mr. Lundgren responding.

3    *Q.*  What do you believe Mr. Lundgren is saying?

4    *A.*  "We purchased the units from Ebay, had them shipped to

5    China and produced from here.  The OEM units being sold all

6    over Ebay have the same 'Made in USA' and 'Made in Canada'

7    issue.  I believe it is because the CD's are made in Canada and

8    selves" -- I believe that is sleeves -- "or stickers in USA or

9    vice versa."

10    *Q.*  Going down to the next paragraph, who do you believe that

11    is -- who is typing that?

12    *A.*  Both Mr. Wolff and Mr. Lundgren.  The first part towards

13    the top, where it starts with "secondly", that is Mr. Wolff,

14    and in parentheses about midway down the paragraph where it

15    says "these issues are very, very minor", that would be Mr.

16    Lundgren.

17    *Q.*  Go to the top where it says "secondly".  What is Mr. Wolff

18    saying?

19    *A.*  "Secondly, the SP3 discs have a labeling/printing error on

20    the inner ring of the disc.  The genuine discs we have seen all

21    say made in USA and have a IFPI number of L028.  The discs we

22    received from you say made in U.S.A, no period after the A, and

23    have an IFPI number of LO28, they used the letter O instead of

24    a zero.

25        "You may think these are small issues, but you must

1    understand that the Chinese counterfeiters have become

2    extremely adept at make counterfeit software and it is getting

3    harder to spot it.  Fortunately for us, they are very prone to

4    making grammatical and punctuation errors like this and that is

5    how can catch them.  Do the discs look good?  Sure they do.  Do

6    they work?  They probably work fine, but bear in mind that if

7    they didn't look good or work properly, then no one would buy

8    them."

9    Q.  Starting with the content in parentheses, who is that?

10   A.  That is Mr. Lundgren's response.

11       "These issues are very, very minor.  You would have to be

12   an expert with a magnifying glass to know and/or see such tiny

13   differences.  You must have been trying to supply these units

14   to Amazon directly or someone who is an expert in this field.

15   Anyone who buys these would not notice an O or 0 when it comes

16   to a font this size, U.S.A. or U.S.A" -- without the period.

17   "C'mon, Bob, you should be able to sell these units to anyone

18   whom is not trying to sell them directly back to Bill Gates.

19   If they are not perfect, it is because the unit we received

20   from the USA retail on Ebay is not perfect.  We made an

21   identical copy of said unit from the same factories that

22   manufacture for Dell."

23       And it goes on.  "If you can retain this buyer, I am sure

24   that I can get him another batch with a period after the A and

25   0 instead of an O.  But for now, please sell some of these

```
1    units.  You must have other buyers for this product, and if you
2    do not, then find some.  It has been months and I have not seen
3    the return that I was expecting to use for my India project,
4    buddy.  Don't leave me hanging on this one.  Work hard and get
5    these moved to any other buyer.  No normal company or buyer
6    will notice such issues and every month that you spend sitting
7    on this product is another month XP gets older" --
8    Q.  Starting the top of page two:  Can you read that?
9    A.  Yes.
10   Q.  Continue?
11   A.  -- "and my assets become worthless.  Come through on this
12   one, Bob.  Get it done.  Make it happen.  Make me proud so that
13   our business can grow and we can keep winning.  The choice is
14   yours, but no matter what you choose, keep in touch.
15       "I have attached pictures showing everything that I
16   mentioned.  I regret that will be canceling our PO with you and
17   returning these sample discs.  Please let me know where you
18   would like them sent."
19   Q.  And "although this is a setback"?
20   A.  That is correct.  This is -- where "I have attached
21   pictures showing everything I mentioned", this is where it goes
22   back to Mr. Wolff now.
23   Q.  Okay.  And then he says --
24   A.  "Although this is a setback, this was a new customer and
25   clearly not the type of customer we are going after.  I am
```

1  working very hard at moving the product and although it is

2  taking a bit longer I am still bullish on the project.  My main

3  customer still has some inventory, and as soon as some of the

4  inventory in the market diminishes, he will be purchasing more

5  from us.  I am willing to make this commitment to you.  If by

6  year's end the inventory doesn't move to our satisfaction, I

7  will become a full financial partner so that you don't wait

8  longer to get whole on at least your investment, Bob."

9  Q.  Going down, there is another email from Eric Lundgren,

10  correct?

11  A.  Correct.

12  Q.  And what is going on there?

13  A.  This email is from Eric Lundgren to Bob Wolff.

14      "Bob, what is going on?  Why have you not moved any units

15  yet?  I trusted that you would take care of your side and now

16  this is getting ridiculous.  We must wrap this up ASAP.  Best

17  regards," and it says "Eric Lundgren."

18  Q.  Showing you what is marked Government Exhibit 7, what is

19  that?

20  A.  This is an email between Mr. Lundgren and Mr. Wolff.

21      MR. MORRIS:  The Government moves Exhibit 7 into

22  evidence.

23      MR. REINHART:  No objection.

24      THE COURT:  Exhibit 7 is received into evidence

25  without objection.

 1           (Whereupon Government Exhibit 7 was marked for evidence.)

 2    *BY MR. MORRIS*:

 3    *Q.*  Who is this email from?

 4    *A.*  From Mr. Lundgren to Mr. Wolff.

 5    *Q.*  And what is the date?

 6    *A.*  April 16, 2012.

 7    *Q.*  And who do you believe is starting there with Bob?

 8    *A.*  That is Mr. Lundgren.

 9    *Q.*  And just continue.  What is Mr. Lundgren saying or do you

10    believe he is saying?

11           *THE COURT:*  Do you have an extra copy of that one?

12           *MR. MORRIS:*  We do.

13           *THE COURT:*  Thank you.

14    *BY MR. MORRIS*:

15    *Q.*  What is Mr. Lundgren saying?

16    *A.*  "Bob, I'm sorry.  We cannot produce subgrade SP3.  I do not

17    want to risk the funds making product that does not work and

18    expecting you to sell such product.  Maybe send me a few of the

19    last CD's made with the batch of OEM so that I may show the

20    factory where they messed up last time.

21        "I have already started making the W7 32 & 64 molds.

22    Please advise:

23        "1.  What do you think W7 will sell for?

24        "2.  How many W7 64 can you move?

25        "3.  How many W7 32 can you move?

 1          "4.   How many SP3 XP can you move?

 2          "5.   What other model/brand besides Dell – can you sill in

 3     bulk?

 4          "6.   What kind of bulk of said model in ? number 5 can you

 5     sell?

 6          "Thank you, E"

 7     Q.   And do you see at the top there?

 8     A.   I do.

 9     Q.   What is that?  Number one, who is that from?

10     A.   That is from Mr. Wolff back to Mr. Lundgren.

11     Q.   Can you read it?

12     A.   It says, "Eric, I am ordering today SP3 from Dell.  By the

13     time they send to me and I send to you, you will have them in

14     your possession probably some time next week.  I will

15     expedite on my end as best I can.  I have requirements right

16     now.  Just a thought, to make one more load with the copies you

17     currently have to speed up the delivery process.  If the

18     software will be 98 percent accurate, I believe I can get away

19     with that."

20     Q.   And then the second page?

21     A.   "Your thoughts, Bob Wolff," and a telephone number.

22     Q.   Showing you Government's Exhibit 8, what is that?

23     A.   This is an email from Eric Lundgren to Mr. Wolff.

24          MR. MORRIS:  The Government moves Exhibit 8 into

25     evidence.

```
 1              THE COURT:  Would there be an objection?
 2              MR. REINHART:  No.
 3              THE COURT:  Government Exhibit 8 received into
 4     evidence without objection.
 5          (Whereupon Government Exhibit 8 was marked for evidence.)
 6     BY MR. MORRIS:
 7     Q.  Who is this email from?
 8     A.  From Mr. Lundgren to Mr. Wolff, dated April 10, 2012.
 9     Q.  What is this regarding?
10     A.  It says, "Bob, thank you for filling your promise and
11     getting these liquidated.  We will not have to sell any more at
12     1.75 each because we are making the newer version, right?  The
13     market is still plenty high for SP3 and W7, correct?  What is
14     the breakdown for such product?
15          "Percent will want W7 32?  Percent will want W7 64?
16     Percent will want wxp sp3?
17          "As for CD's shipped, I'll pay for local shipping on my 1
18     percent to friends.  However, since it is less than 1 percent
19     of what is shipped to you to sell, you are packing as a favor
20     to me and I thank you, sir.
21          "Now moving on, I just traveled six hours by train to visit
22     the molding factory for our product.  I had to sit next to a
23     fat woman which smelled like rotten rice and get drunk with a
24     bunch of country bumpkin factory owners just to get our mission
25     done over here.  I think I spent 214 USD on this side for the
```

1    molds, etc. and a down payment of 2500 USD, 30 percent, which

2    is for solely supporting our business and product to come.

3        "In ten days I will receive the mold for SP3 from the

4    northern city of Guanxi and then I will have to go back up with

5    the sample when it arrives hence another two days in travel.

6        "But once we have these two molds made, we will be only

7    ones capable of factory grade production."

8    Q.  Going back, factory grade production, what do you think

9    that to mean?

10   A.  To be an identical copy of the software.

11   Q.  All right.

12   A.  "This will ensure a steady income for the next year to

13   come.  I salute you, Bob.  Good work.  Best regards, Eric

14   Lundgren."

15   Q.  Showing you what is marked Government Exhibit 9, what is

16   that?

17   A.  This is an email from Mr. Lundgren to Mr. Wolff, dated

18   September 21, 2011.

19           MR. MORRIS:  The Government moves 9 into evidence.

20           THE COURT:  Would there be an objection?

21           MR. REINHART:  No.

22           THE COURT:  Government's Exhibit 9 received into

23   evidence without objection.

24       (Whereupon Government Exhibit 9 was marked for evidence.)

25

1    *BY MR. MORRIS*:

2    *Q.*  Who is this email from?

3    *A.*  This is from Mr. Lundgren to Mr. Wolff dated, September 21,

4    2011.

5    *Q.*  What is the content?  What do you believe he is saying?

6    *A.*  "I was told from my source over here that all were

7    delivered.  I will talk to him today.  Let me know when the

8    other two boxes land.  I can look into the missing boxes.

9        "Usually in my history, Customs just ships them to you

10   three weeks later  If they call you, play stupid and just tell

11   them that you ordered from an asset management broker oversees.

12   Tell him that the product was guaranteed to be real and that

13   you paid a very high price for it.  Act upset as to why you had

14   not received your product yet.  Then give me an update for the

15   boxes received.  You said you have 6K sold already, right?  You

16   have 16,000 there.

17       "I'll await your update in the future.  Thank you for your

18   reply.  Thanks, E."

19   *Q.*  Showing you Government's Exhibit 7, what is that?

20   *A.*  10.

21   *Q.*  10, sorry.

22   *A.*  This is an email from Mr. Lundgren to Mr. Wolff.

23       *MR. MORRIS:*  The Government moves 10 into evidence.

24       *THE COURT:*  Would there be an objection?

25       *MR. REINHART:*  No.

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  Government Exhibit 10 received into

2     evidence without objection.

3          (Whereupon Government Exhibit 10 was marked for evidence.)

4     BY MR. MORRIS:

5     Q.  Who is that from?

6     A.  From Mr. Lundgren to Mr. Wolff.

7     Q.  And what is the content?  What do you believe he is saying?

8     A.  "I knew they would eventually come in.  Customs can't tell

9     the difference and therefore is not legally allowed to hold

10    them. hehe

11         "I'm in India now setting up my office here.  I look

12    forward to having you move this product so that we may continue

13    our business relationship.  I have many more products I would

14    like to send to you from India and China.  Just focus on moving

15    there first then I will shoot you over samples of the other

16    products and we can talk.  Best regards, Eric Lundgren, Source

17    Captain, Inc."

18    Q.  Now, the next email, who is that from?

19    A.  This is from Mr. Lundgren to Mr. Wolff.

20    Q.  And what does Mr. Lundgren say?

21    A.  "Bob, I need to move this product quickly.  I need you to

22    ship 450 units" --

23         THE COURT:  Are we looking at Government's 10?

24         MR. MORRIS:  Yes.

25         THE COURT:  Okay.

```
 1            THE WITNESS:  It goes on, "Neil Rodrigues Coretek

 2   Enterprises LLC, 290 B International Drive, Concord, North

 3   Carolina, 280271, 704-792-2221.

 4            "Call me when you read this email.  It is very

 5   important I send these today.  I was supposed to send them a

 6   week ago and forgot so the buyer is pretty pissed at me.

 7   Please assist.  Please send me tracking information when this

 8   has been completed."

 9   Q.  Showing you 15.1, what is that?

10   A.  These are photographs -- this is a photograph of the discs

11   that were seized.  It was the one delivery that was sent -- it

12   was seized out in San Francisco and addressed to Mr. Wolff in

13   Boca Raton, Florida.

14   Q.  Showing you Government's Exhibit 15.2, what is that?

15   A.  This is a box containing CD's or DVD's.  It was seized from

16   Mr. Cisneros out in Dallas, Texas.

17   Q.  Showing you Government Exhibit 15.3, what is that?

18   A.  These are photographs of those which were seized in the

19   undercover ordering of CD's done by Mr. Wolff at our request to

20   Mr. Lundgren.

21   Q.  Showing you Government --

22            THE COURT:  Those discs were seized where?

23            THE WITNESS:  Here in West Palm Beach.  Mr. Wolff

24   assisted us and we ordered them from Mr. Lundgren in

25   California.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Thank you.
 2   BY MR. MORRIS:
 3   Q.  Government Exhibit 15.4?
 4   A.  These are more CD's seized, this is during the second
 5   undercover operation.
 6   Q.  And showing you Government Exhibit 15.5, what is that?
 7   A.  These are CD's seized out in San Francisco addressed to Mr.
 8   Wolff's father in New York.
 9              MR. MORRIS:  Thank you.  Your Honor, the Government
10   moves Exhibits 15.1 through 15.5 into evidence.
11              THE COURT:  Would there be any objection?
12              MR. REINHART:  No.
13              THE COURT:  Government Exhibits 15.1 through 15.5 are
14   all received into evidence without objection.
15              (Whereupon Government Exhibits 15.1 – 15.5 were marked
16   for evidence.)
17   BY MR. MORRIS:
18   Q.  These are pictures you took as part of the seizures,
19   correct?
20   A.  Correct.
21   Q.  Why did you take these pictures?
22   A.  They were -- because they were seized, and as we were
23   preparing the case, we maintained photographs of all of the
24   evidence.
25   Q.  Okay.  Again, many of them coming from different places?
```

1    A.   Correct.

2    Q.   Just to refresh my recollection, where were all the

3    different places that you got seizures from?

4    A.   San Francisco, California, New York, West Palm Beach,

5    Florida, Los Angeles, and Dallas, Texas.

6    Q.   Now, as part of your investigation, did you do some, I

7    guess, spreadsheets relating to information that you thought

8    the Court might be interested in, such as the breakdown of the

9    discs that were seized?

10   A.   I did.

11   Q.   Showing you Government 16.1, what is that?

12   A.   This is a spreadsheet I created and it lists the seizures

13   associated with this investigation, location of the seizures,

14   number of discs seized and the type of software it corresponded

15   to.

16        MR. MORRIS:   The Government moves 6.1 into evidence.

17        THE COURT:   Any objection?

18        MR. REINHART:   No, Your Honor.

19        THE COURT:   Sixteen point one received in evidence

20   without objection.

21        (Whereupon Government Exhibit 16.1 was marked for evidence)

22   BY MR. MORRIS:

23   Q.   Explain to the Court what you were trying to do in creating

24   that sheet.

25   A.   I was numbering the seizures and type of software to come

Pauline A. Stipes, Official Federal Reporter

1    up with a total number of discs seized and itemized.  W7 is

2    Windows 7.  XP3 is XP service pack 3, and XP2 is Windows

3    service pack two.

4    Q.  So, the largest number of discs that were seized -- that

5    were sold in this case were Windows 7?

6    A.  Correct, seized.

7    Q.  XP3 is the second largest?

8    A.  That is correct.

9         THE COURT:  Well, may I ask you, these are items that

10   were actually seized?

11        In other words, I take it this is not what you believe

12   is the total amount that were produced.

13        THE WITNESS:  That is correct, these are the ones we

14   seized.

15        THE COURT:  You actually seized these?

16        THE WITNESS:  That is correct.

17        MR. MORRIS:  Now, Your Honor is giving away the ending

18   here.  We do have a chart that we intend to introduce not for

19   purposes of the guidelines, but for purposes of actually

20   rebuttal on the variance, and it does give a complete picture

21   on what we believe was imported.

22   BY MR. MORRIS:

23   Q.  What is this?

24   A.  This is a spreadsheet I made detailing the wire transfers

25   from Mr. Wolff to Mr. Lundgren.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  For the record, that exhibit you have been
 2      shown is what?
 3              THE WITNESS:  16.3.
 4              THE COURT:  Thank you.  What is that?
 5              THE WITNESS:  A spreadsheet detailing wire transfers
 6      from Mr. Wolff to Mr. Lundgren.
 7              THE COURT:  Thank you.
 8              MR. MORRIS:  Your Honor, at this time we move 16.3
 9      into evidence.
10              THE COURT:  Any objection to 16.3?
11              MR. REINHART:  No, Your Honor.
12              THE COURT:  16.3, Government's exhibit, is in evidence
13      without objection.
14              (Whereupon Government Exhibit 16.3 was marked for
15      evidence.)
16      BY MR. MORRIS:
17      Q.  What does this spreadsheet show?
18      A.  It details 11 wire transfers from Mr. Wolff to Mr.
19      Lundgren, they all originated from Mr. Wolff's Chase Bank
20      account and went to several -- two different ones of Mr.
21      Lundgren's and then the corresponding dollar amount for each
22      wire transfer.
23      Q.  So -- and the dates, of course, are within the time frame
24      of this particular indictment?
25      A.  That is right.
```

```
1              THE COURT:  Do you have an extra copy of that?
2              MR. MORRIS:  Yes, I do.
3              THE COURT:  I have it here, thank you.
4    BY MR. MORRIS:
5    Q.  Basically, you see an HSBC Hong Kong account?
6    A.  Yes.
7    Q.  And you documented that that is Mr. Lundgren's?
8    A.  Yes.
9    Q.  And you see US Bank being Mr. Lundgren's as well?
10   A.  Yes.
11   Q.  And you totaled that number, those are wire transfers, you
12   totaled that number?
13   A.  That is correct.
14   Q.  Showing you 16.4, what is that?
15   A.  This is a spreadsheet I made consisting of PayPal payments
16   made from Mr. Wolff to Mr. Lundgren.
17              MR. MORRIS:  We move 16.4 into evidence.
18              THE COURT:  Would there be an objection?
19              MR. REINHART:  No, Your Honor.
20              THE COURT:  16.4 received into evidence without
21   objection.
22         (Whereupon Government Exhibit 16.4 was marked for evidence)
23   BY MR. MORRIS:
24   Q.  Can you see that?
25   A.  I can.
```

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  Is that clear?

2    *A.*  That is a little blurry.

3    *Q.*  All right.  Is that better?

4    *A.*  Yes.

5    *Q.*  Okay.  So, what is it that you are trying to show the Court

6    on this?

7    *A.*  So, this lists the date of PayPal payments made from Mr.

8    Wolff to Mr. Lundgren, they originated from Mr. Wolff and were

9    received by Mr. Lundgren, the amount of the PayPal payment and

10   the fees that PayPal charged and the total that Mr.  Lundgren

11   would have received.

12   *Q.*  It is approximately what?

13   *A.*  The total he would have received is $12,883.97.

14        *MR. MORRIS:*  Those are all the questions I have.

15        *THE COURT:*  Thank you.  Cross-examination.

16        *MR. REINHART:*  Yes, thank you.

17                     **CROSS-EXAMINATION**

18   *BY MR. REINHART:*

19   *Q.*  Good morning, Special Agent Richichi, how are you?

20   *A.*  Good morning.

21   *Q.*  I have a couple of questions about Mr. Cisneros.  You said

22   he was a customer of Mr  Wolff's in Dallas?

23   *A.*  That is correct.

24   *Q.*  And you interviewed him; is that correct?

25   *A.*  I did.

1   *Q.*  Mr. Morris provided us with a copy of that interview this

2   morning.

3       Mr. Cisneros was buying the reinstall discs from Mr.

4   Wolff; is that correct?

5   *A.*  That is correct.

6   *Q.*  And Mr. Cisneros had a company that manufactured white box

7   computers?

8   *A.*  Correct.

9   *Q.*  What is a white box computer?

10  *A.*  I don't recall the specifics of it.  I believe it was a

11  term to use to assemble computers from various parts, not like

12  Dell.

13  *Q.*  A Cisneros brand computer?

14  *A.*  Yes, multiple different people do it, just parts.

15  *Q.*  Okay.  What he told you was, the reason he was acquiring

16  these reinstallation discs was because Microsoft required those

17  discs to be provided to the customer if you sold the customer a

18  white box computer; is that correct?

19  *A.*  I believe it is.  I am not positive.

20  *Q.*  Do you have a copy of the report there?

21      *MR. REINHART:*  May I approach, Your Honor?

22  *BY MR. REINHART:*

23  *Q.*  To refresh your recollection, I think I underlined it

24  there.  If that refreshes your recollection, let me know.

25  *A.*  Yes, Microsoft installed disc, Microsoft was required in

1    order to sell white boxes.  That was Mr. Cisneros' statement.

2    *Q.*  And you didn't do any research as to what a white box

3    computer is or what requirements Microsoft had?

4    *A.*  I personally have not, but through discussions with

5    Microsoft, they addressed it with resale.

6    *Q.*  We will have a separate witness later this morning?

7    *A.*  Yes.

8    *Q.*  I will save my questions for that witness, thank you.

9           *THE COURT:*  Thank you.  Ms. Golder.

10          *MS. GOLDER:*  Just a couple, Judge.

11                        **CROSS—EXAMINATION**

12   *BY MS. GOLDER:*

13   *Q.*  Good morning.

14   *A.*  Good morning.

15   *Q.*  When we looked at Exhibit 16.1, which I think is the list

16   of what was seized, is it fair to say that the XP2's were the

17   oldest operating system, correct?

18   *A.*  Correct.

19   *Q.*  Then came XP3?

20   *A.*  Correct.

21   *Q.*  Windows 7, that was the newest operating system, correct?

22   *A.*  At the time, yes.

23   *Q.*  So, at the time of the seizures, you see XP2's, and a

24   significant amount of XP3's, correct?

25   *A.*  That is correct.

1   *Q.*  And they were into a newer operating system which is

2   operating system 7?

3   *A.*  Correct.

4   *Q.*  Now, these transfers and payments that we are talking

5   about, these occurred over a two-year period of time, correct?

6   *A.*  I believe that is correct.

7   *Q.*  So, if they total like over $80,000, that is $80,000 in two

8   years, correct?

9   *A.*  Correct.

10  *Q.*  All right.  So the amount of money, really, is only about

11  40,000 a year, correct?

12  *A.*  Approximately.  I believe the total was around 92,000, so

13  it would be like 46 a year.

14      If you break it down -- I didn't break it down yearly, I

15  couldn't say, if you divide by 50 for each year.

16  *Q.*  And you don't know how much of that money going to Mr.

17  Lundgren were reimbursement for expenses as well, not just for

18  profit, right?

19  *A.*  I don't.

20  *Q.*  Okay.  So, is it fair to say nobody is doing millions of

21  dollars worth of business here?

22  *A.*  I would say that is fair to say.

23          *MS. GOLDER:*  No further questions.

24          *THE COURT:*  Redirect?

25          *MR. MORRIS:*  None, Your Honor.

```
 1              THE COURT:  Agent, thank you very much.
 2              Let me turn back to the Government and call your next
 3    witness.
 4              MR. MORRIS:  We call John McGloin.
 5              THE COURT:  Good morning, sir.  Please sit down and
 6    make yourself comfortable.
 7              JONATHAN MCGLOIN, GOVERNMNET'S WITNESS, SWORN
 8              THE COURT:  Sir, you may lower your hand.  Would you
 9    begin by introducing yourself and state your full name and
10    spell your last name for the court reporter.
11              THE WITNESS:  Jonathan McGloin, M-C-G-L-O-I-N.
12              THE COURT:  Thank you.  You may proceed.
13                          DIRECT EXAMINATION
14    BY MR. MORRIS:
15    Q.  Where are you employed?
16    A.  Microsoft in Ireland.
17    Q.  And what is your job title?
18    A.  I am an operation program manager within the OEM operations
19    division of Microsoft.
20    Q.  What are your duties?
21    A.  Our duties are to oversee the manufacture and supply of
22    Microsoft software and related IP to our OEM customers.
23    Q.  Explain to the Court what is an OEM?
24    A.  Original equipment manufacturer is a company that produces
25    hardware devices, PC's or other related computer hardware.
```

1    *Q.*  Approximately how many -- are there different types of

2    OEM's?

3    *A.*  Yes, there are large OEM's like the one that everyone would

4    be familiar with, Dell, HP, Lenovo, and smaller OEM's who you

5    may not be familiar with, right down to mom and pop shops here

6    in the U.S. with very small system builders producing small

7    volumes of devices.

8    *Q.*  Focusing on larger ones like Dell, does Microsoft have

9    agreements with the OEM's?

10   *A.*  Microsoft has a direct licensing agreement with those

11   OEM's.

12   *Q.*  Are they permitted to install on --

13   *A.*  They are allowed to reinstall on new devices that they are

14   producing.

15   *Q.*  We heard how Microsoft, through the license, is sort of

16   like a marriage of the license to the machine.

17   *A.*  Correct, the machine is licensed, a perpetual license for

18   that machine.

19   *Q.*  What are the conditions that Microsoft applies to that

20   license, and not everyone, obviously, but generally speaking?

21   *A.*  The OEM has to pre-install a copy of the software on the

22   device, and the OEM has to provide a recovery for the solution

23   of the end user, and that is there to provide a means for the

24   end user to recover a device should something happen to the

25   hardware.

```
 1              THE COURT:  Could I stop you.  I understand the

 2     pre-install, and what do they have to provide, what do you call

 3     that?

 4              THE WITNESS:  They --

 5              THE COURT:  What was the term you used?

 6              THE WITNESS:  Recovery solution.

 7              THE COURT:  Recovery solution?

 8              THE WITNESS:  Yes, there are different ways OEM's

 9     provide recovery solutions.

10              THE COURT:  If they provided a disc, would that

11     satisfy the recovery solution, like the discs here?

12              THE WITNESS:  Yes, Your Honor.

13              THE COURT:  So you get your -- as an example, you get

14     your laptop in a nice box and it is all with styrofoam around

15     it and everything else to protect it, but also among the things

16     in that box is going to be the recovery solution,

17     reinstallation disc?

18              THE WITNESS:  That is correct.

19              THE COURT:  Thank you.

20     BY MR. MORRIS:

21     Q.  Now, we were discussing, I guess in terms of the license,

22     are they -- aside from the fact that they are there to provide

23     a recovery solution, what is the concept of end user; can you

24     explain that to the Court?

25     A.  The concept of an end user is the actual person using the
```

 1   device, the end customer in the chain.

 2   Q.  Is that end user -- they are allowed to sell that computer,

 3   correct?

 4   A.  That is correct.

 5   Q.  And that would include the software that is contained on

 6   it?

 7   A.  That is correct.

 8   Q.  And they would be able to sell the recovery disc with it,

 9   correct?

10   A.  The end user can sell the computer device complete with the

11   original software supplied with it, correct.

12   Q.  For now, let's talk about the COA.  What is a COA?

13         THE COURT:  Spell that.

14         THE WITNESS:  C-O-A, Your Honor.  It stands for

15   certificate of authenticity.

16         THE COURT:  Thank you.

17         THE WITNESS:  It is a paper base label that contains

18   the security features, much like a bank note or passport that

19   is adhered to a device, at least was adhered to the device in

20   the days when there was XP and Windows 7.

21   BY MR. MORRIS:

22   Q.  I will show you Exhibit 1, do you know what that is?

23   A.  Yes, this is a document containing two screen shots of a

24   computer and also a picture of the certificate of authenticity

25   and label.

1   *Q.*  Do you recognize it?

2   *A.*  I do.

3   *Q.*  How do you recognize it?

4   *A.*  That is my device, I created this.

5          *MR. MORRIS:*  Your Honor, we offer Government Exhibit 1

6   into evidence.

7          *THE COURT:*  Is there an objection?

8          *MR. REINHART:*  No.

9          *THE COURT:*  Government Exhibit 1 received in evidence

10  without objection.

11      (Whereupon Government Exhibit 1 was marked for evidence.)

12  *BY MR. MORRIS:*

13  *Q.*  For Microsoft, what is the significance of the COA?

14  *A.*  The COA serves a number of functions, it is a means to

15  deliver or transmit the product key you see listed on the

16  picture.

17          *THE COURT:*  You said the product key, K-E-Y?

18          *THE WITNESS:*  Yes, Your Honor.

19          And it is a label that is designed to provide proof

20  it's genuine, so through the inclusion of security features,

21  like threads embedded in the paper, other techniques, it is a

22  way for an end user to determine that is a genuine label.

23          It is also intended to provide proof of license --

24          *THE COURT:*  You said so the end user can look at it,

25  and an end user can determine what?

1          THE WITNESS:  That it is a genuine label which
2     indicates a genuine license was put on to that device.
3          THE COURT:  In other words, you know the -- you look
4     at the -- are we talking about the -- what do you call that, a
5     code?
6          THE WITNESS:  A COA, Your Honor.
7          THE COURT:  Help me out.  What is the COA, what is the
8     certificate of authenticity, is it this or this?
9          THE WITNESS:  The middle picture.
10         THE COURT:  The one that has a bar code on it?
11         THE WITNESS:  Yes.
12    BY MR. MORRIS:
13    Q.  There is a difference between the product key and the COA,
14    correct?
15    A.  That is correct.
16    Q.  But the COA generally, at least in those days, it would
17    contain the product key?
18    A.  It would, correct.
19    Q.  And what is the function of the product key?
20    A.  The product key is used to activate the software and verify
21    the license.
22    Q.  Now, if you, in 2011, received -- you purchased a Dell
23    computer that had a pre-installed Windows on it, would you have
24    to use that product key to activate the computer?
25    A.  Not necessarily, no.

1      The larger OEM's were given the technology by Microsoft,

2  who do volume manufacturing of devices, to bypass activation

3  which would allow the device to activate from the factory,

4  which means you didn't have to type in the 25 digit alpha

5  numeric product key.

6          THE COURT:  So, if somebody bought a Dell laptop, and

7  got it home, they plug it in and operate it?

8          THE WITNESS:  Yes.

9          THE COURT:  But operating it with the Windows software

10  pre-installed on that?

11          THE WITNESS:  Correct.

12          THE COURT:  And the end user does nothing else?

13          THE WITNESS:  Correct.  It gives the end user a nice

14  experience, it works.

15          THE COURT:  It works.

16  BY MR. MORRIS:

17  Q.  If that is the case, let's say in this particular case the

18  independent user received the Dell computer and it was

19  pre-loaded, which was pretty common, if not almost entirely the

20  way you got it in those days, and you did not enter that

21  product key, would that product key still remain a valid

22  product key?

23  A.  Yes, it would.

24  Q.  So, you could take that product key, theoretically, if you

25  hadn't used it before, and you could use it on another version

1   of Microsoft software to activate it, correct?

2   A.   That is correct.

3   Q.   And that is pretty common?

4   A.   That is pretty common.

5   Q.   By people who want to circumvent the security feature of

6   the product key?

7   A.   That is correct.

8   Q.   And maybe not everybody knows this, but every computer that

9   is sold that goes out from the Dell manufacturing plant has

10  this COA on it?

11  A.   In the days of Windows 7 and XP it did.  Technology has

12  changed somewhat, Windows 8 and 10, we no longer apply a COA

13  label.  In the case of Windows 7 and XP, they shipped with a

14  COA.

15       THE COURT:  Is this something -- you said the word

16  "adhere".  Is it stuck on the machine itself?

17       THE WITNESS:  It is an adhesive label, sometimes it is

18  hidden behind the battery, but it is there somewhere in that

19  region.

20       THE COURT:  If you got it, and I forget the different

21  gradations of the software, but you wanted to advance, say, to

22  Windows XP7, or whatever the correct designation is, does the

23  user have to go back to this key or is that something that is

24  done automatically?  Am I making sense?

25       THE WITNESS:  I am not entirely correct on the

1   question.

2          THE COURT:  Okay.  I buy a Dell and it has the earlier

3   version of Microsoft software, and Microsoft comes up with

4   Windows 7 and I want to install that.  Do I have to use the key

5   or do I download Windows 7 somehow.

6          THE WITNESS:  You have to purchase the license.

7          THE COURT:   You say you purchase it?

8          THE WITNESS:  You are given a new key.

9          THE COURT:  When you purchase it and you make the

10  decision to upgrade, part of the package you receive is in fact

11  the new key?

12         THE WITNESS:  That is correct.

13         THE COURT:  Thank you.

14  BY MR. MORRIS:

15  Q.  What does the term "unconsumed product key" mean?

16  A.  That is a product key that has not been used, and we show

17  no activation of events or records.

18  Q.  So it could be used again?

19  A.  It has never been used.

20  Q.  What happens to the product key once it has been used?

21  A.  It will show a Microsoft activation event.

22  Q.  That is how you keep track of it?

23  A.  That is how we keep track of it.

24  Q.  You have a service that scans the computers to make sure

25  the product key has not been used before?

```
 1   A.  That is correct.
 2   Q.  Have you, in your experience, ever seen instances where
 3   people, whether it is a refurbisher or somebody else who wants
 4   to circumvent the product key, where they take the COA off one
 5   and put it on another?
 6   A.  Yes, it happens all the time.
 7   Q.  Very common?
 8   A.  Very common.
 9   Q.  Let's get back to what you do.  You deal with refurbishers
10   as well as the OEM's?
11   A.  Correct, I manage the operation program for the refurbisher
12   program.
13   Q.  Let's talk about the difference between a refurbisher and
14   an OEM.
15   A.  An OEM is a new device and a refurbisher is taking the old
16   device and refurbishing that.
17   Q.  Microsoft has a program where it registers refurbishers,
18   correct?
19   A.  That is correct.
20   Q.  In this particular case, the Defendants could have filed an
21   application, right, to be a Microsoft refurbisher?
22   A.  That is correct, the program is open to any commercial
23   entity that wants to join the program.
24   Q.  Did you check to see whether Mr. Lundgren applied to be a
25   registered refurbisher?
```

1    *A.*   I did.

2    *Q.*   What did you find?

3    *A.*   I saw an application in January or February of this year.

     That was the only record I could find.

5    *Q.*   It was for his company?

6    *A.*   It was for his company.

7    *Q.*   He did it this year?

8    *A.*   This year, correct.

9    *Q.*   Was he granted that registered refurbisher designation?

10   *A.*   The application was never fully completed, so it expired.

     No, he is not a member of the program today.

12          *THE COURT:*  Could I take you back to a question Mr.

13   Morris asked you.

14          You explained to us that if a person bought a Dell

15   computer, this is one of the recognized OEM's, the key is never

16   utilized, the software is all pre-installed, so your records

17   would not show that that key has ever been actually used; is

18   that correct?

19          *THE WITNESS:*  In around 98 percent of cases, Your

20   Honor.

21          *THE COURT:*  Okay.

22          *THE WITNESS:*  In the event there is a hardware failure

23   and you have to use the key, you see an event registered.

24          *THE COURT:*  Sure.  What Mr. Morris was asking you,

25   have you experienced that knowledgable people, realizing this,

Pauline A. Stipes, Official Federal Reporter

1  actually do detach the label and then use it on a new device, a

2  refurbished device or something else?

3           THE WITNESS:  Yes, Your Honor, that happens all the

4  time.

5           THE COURT:  When that happens, what occurs?  In other

6  words, assuming they have the reinstallation feature or

7  reinstallation disc, does that just mean the software gets

8  installed and up and running?

9           THE WITNESS:  It will work and perform to the end

10 customer as a genuine authorized copy, yes, sir.

11          THE COURT:  Does Microsoft recognize that as a

12 pirating of its product?

13          THE WITNESS:  Yes, the licensing is for the device.

14          THE COURT:  For the machine?

15          THE WITNESS:  Correct.

16          THE COURT:  So, if somebody who is knowledgeable

17 effectively -- because it is the key that signifies the

18 device -- that signals here is something for this device, so if

19 that key is put on another device, maybe, for lack of a better

20 term, and it is imprecise, but Microsoft is getting the signal

21 that the reinstallation is occurring on the original device,

22 and it is appropriate.

23          THE WITNESS:  Correct.  The label is the proof of

24 license for that device.

25          THE COURT:  If somebody highjacked it and put it on

1   another device, that is not licensed?

2       THE WITNESS:  This is to OEM licensing, we do sell

3   retailing licensing, that could be shared.  OEM, in terms of

4   what is pre-installed and comes off the -- out of the factory

5   works off that model.

6       THE COURT:  Thank you.

7   BY MR. MORRIS:

8   Q.  Does Microsoft make Windows XP available as a download?

9   A.  No.

10  Q.  Is Windows 7 a download today?

11  A.  It is available for an end customer in possession of a

12  valid key.

13  Q.  Let's say a product key that was sold by Dell on a

14  pre-loaded machine would not work for a download of a Windows

15  7?

16  A.  No, it will not.

17  Q.  Now, we talked a little bit before today about downloads of

18  operating system images from OEM's and whether or not they are

19  accessible to customers who have a valid device.

20      Can you explain to the Court that whole concept?  I think

21  we are going to hear a lot about that today.

22  A.  Microsoft allows OEM's to replace reinstall discs.  If an

23  end user were to lose them or something happened to them, an

24  OEM is allowed to replace the actual re-install disc.

25      THE COURT:  So, a person who buys their computer and

1   it comes with the reinstallation disc, if they lose it, threw

2   out the box, didn't realize that this is something that is

3   important, the OEM is allowed to provide a second copy?

4          *THE WITNESS:*  A second copy to the customer directly.

5          There are also download services that an OEM can offer

6   as well to an end customer.

7   *BY MR. MORRIS*:

8   *Q.*  The OEM can download that to an end customer?

9   *A.*  They can download that.

10  *Q.*  Does Microsoft try to assure that when this download or

11  sale occurs, that it is to somebody that actually purchased --

12  that was the original end user?

13  *A.*  That is effectively controlled by the licensing agreement,

14  so it would be where we come across the infringement, we take

15  action against the OEM.

16  *Q.*  As part of the licensing agreement, Dell -- let's say in

17  this particular case, if Mr. Wolff has a Dell computer that had

18  pre-installed Windows XP, and he -- let's say he has a

19  system -- catastrophic system failure, and he wants to buy a

20  Dell reinstall recovery disc, and he goes to Dell, he can do

21  that, correct?

22  *A.*  Yes, correct.

23  *Q.*  Let's say Mr. Lundgren wants to get that particular

24  recovery disc, he never purchased the Dell computer, it is Mr.

25  Wolff's, he would not be allowed to get that recovery disc,

1   correct?

2   A.  No.  Correct.

3   Q.  And that would be a violation of your licensing agreement?

4   A.  Correct.

5        THE COURT:  Just to clarify that, though, is it fair

6   to say the entity that implements that is the OEM?

7        THE WITNESS:  Yes, Your Honor, it is a sub license, we

8   grant the license to sub license to an end user.

9        THE COURT:  So, Microsoft says to Dell, we grant you

10  the right to replace a reinstallation device, but you have the

11  obligation of making sure to the best of your ability that the

12  person seeking this is the person who bought the Dell, or can

13  show to you that they legitimately have gotten it from someone

14  who bought a Dell product.

15       THE WITNESS:  That is correct, Your Honor.

16       THE COURT:  Okay.

17  BY MR. MORRIS:

18  Q.  So, let's change the scenario.  Mr. Wolff, his machine is

19  working perfectly fine.  Mr. Lundgren wants to take a pirated

20  version of Windows and he wants to activate it on the newly

21  built machine that he built himself, okay.  And Mr. Wolff says

22  to Mr. Lundgren, well, that is no problem, here is the product

23  key, number one, if it worked, which it should, correct?

24  A.  Correct.

25  Q.  That would be an example -- that is an unlicensed -- an

1    infringement on the original license agreement between you and

2    Dell and Dell and Mr. Wolff?

3    A.  That is correct.

4          MS. GOLDER:  My only objection, that doesn't mean it

5    happened.

6          MR. MORRIS:  I am just using that as an example.

7          THE COURT:  Go ahead.

8    BY MR. MORRIS:

9    Q.  That would be an infringement on the licensing agreement

10   you have with Dell?

11   A.  Correct.

12   Q.  And Dell has with the end user, because you ensure that the

13   end user has a licensing agreement back with Microsoft?

14   A.  That is correct, there is an end user licensing agreement

15   as part of the software.

16   Q.  Just as the licensing agreement is married to the machine,

17   it also is married to the end user?

18   A.  Correct.

19   Q.  The end user can sell it to somebody else, but that person

20   becomes the new end user?

21   A.  Correct.

22   Q.  Now, let's again briefly make it more in depth.  What can a

23   person do to their machine that would alter it to a point where

24   Microsoft would no longer consider them to be an end user?

25   A.  There are certain allowances for hardware changes in the

1    device up to the mother board and processor.  Once you change

2    the mother board and processor, it is deemed to be a new

3    device, and the license effectively is for the older device,

4    you need to repurchase a new license.

5    Q.  Let's go back to the refurbisher.  You deal with

6    refurbishers a lot?

7    A.  Correct.

8    Q.  And many refurbishers, they purchase from large

9    corporations.  Is that common?

10   A.  That is very common for a large corporation who may be

11   refreshing the hardware, devices, second copies, we'll buy the

12   old devices off them.

13   Q.  Let's say American Airlines wants to sell a bunch of their

14   computers to Mr. Lundgren and have him refurbish them.

15   A.  Correct.

16   Q.  Let's use that as an example.  Have you ever dealt with a

17   company similar to American Airlines?

18   A.  Not personally, but I deal with refurbishers who deal on

19   that scale.

20   Q.  What is done with the hard drives of those devices prior to

21   the sale?

22   A.  In my experience, most of the hard drives that come from

23   large companies are either wiped or removed.  More often than

24   not, they are wiped or cleaned of all of the data.  They may

25   contain sensitive data the company doesn't want to release, and

1    they clean it before they sell the devices to the refurbishing

2    companies.

3    Q.  Let's use a bank, a large bank like Wells Fargo, Chase

4    Manhattan, J.P. Morgan Chase, they want to sell 10,000

5    computers to a refurbisher.  What is the likelihood they are

6    not going to protect the information on that hard drive?

7    A.  It is unlikely they will not have protected the

8    information, it is very likely they wiped the data.

9    Q.  That means the hard drive?

10   A.  The hard drive.

11   Q.  When they wipe the hard drive, what happens to the

12   operating system?

13   A.  They remove the operating system from the hard drive.

14   Q.  Now, what is the value of a computer with a hard drive that

15   has been wiped?

16   A.  The component value minus the software license.

17   Q.  In that particular case, can you then use a reinstall disc

18   that you obtained somewhere else, wherever, to reinstall the

19   operating system?

20   A.  No, you cannot.

21   Q.  In that example, the example we talked about, how would you

22   get software from Microsoft to get an operating system back on

23   that machine?

24   A.  If the device did not have the original software to

25   accompany the machine, you would have to purchase it from -- a

```
 1    commercial license from a distributor or purchase a retail

 2    license from Best Buy or some large retailer, a new license,

 3    effectively.

 4    Q.  Let's say these are registered refurbishers that are part

 5    of the Microsoft program -- and you have large refurbishers,

 6    correct?

 7    A.  Correct.

 8    Q.  How do they get a license from Microsoft in order to

 9    reinstall the system?

10    A.  Microsoft provides access at a lower cost to refurbish the

11    device and put on a new license, a new copy of the software, to

12    the refurbisher company.

13            THE COURT:  This represents a recognition on the part

14    of Microsoft that there is an industry out there that can take

15    older computers, refurbish them, and still they would have

16    value and use, and so Microsoft entered into this and provides

17    licenses to these people?

18            THE WITNESS:  Exactly, Your Honor.

19            THE COURT:  Sure, okay.

20            I am looking at the clock, we have been going for

21    awhile.  Why don't we take a 15-minute break, and we'll come

22    back and move forward.

23        MR. MORRIS:  Thank you, Judge.

24      (Thereupon, a short recess was taken.)

25            THE COURT:  Ladies and gentlemen, please be seated.
```

```
 1              When we stopped we were in direct examination.  Let me
 2    turn back to Mr. Morris.
 3              MR. MORRIS:  Thank you, Your Honor.
 4    BY MR. MORRIS:
 5    Q.  I am going to show you Government Exhibit 18.
 6        What is this?
 7    A.  This is a table that shows the different Microsoft royalty
 8    rates that we charge for our software.
 9    Q.  Do you recognize that chart?
10    A.  I do, I created this chart.
11              MR. MORRIS:  We move Exhibit 18 into evidence.
12              THE COURT:  Would there be an objection?
13              MR. REINHART:  No.
14              THE COURT:  Government Exhibit 18 received into
15    evidence without objection.
16        (Whereupon Government Exhibit 18 was marked for evidence.)
17    BY MR. MORRIS:
18    Q.  All right.  So, what is it that this chart depicts?
19    A.  On the left-hand side it depicts the type of customer,
20    whether it is a large OEM, use the example of Dell, or a
21    smaller OEM, a small company using the devices.
22        The retail price that it would be sold for through Best
23    Buy, retail market.  I also included categories for a large
24    refurbisher, up to 20,000 units, and a smaller refurbisher, a
25    handful or a couple thousand.
```

1          The categories on the left, across the top you have

2     different Microsoft software editions, 7 and 10, and the

3     royalty rates for the home and professional editions for each

4     of the ones.

5          Windows home for a Dell is $74 retail.

6     Q.   So, if Mr. Lundgren wanted to sell through Mr. Wolff 16,000

7     versions of software for a Dell machine, retail, how much would

8     it cost per unit of XP, Windows XP Pro?

9     A.   If you had to buy new licenses of a retail product, he

10    would have to pay $299,000.

11    Q.   16,000 times 299?

12    A.   Correct.

13    Q.   If he were to sell 16,000 units of Windows 10 Pro for Dell,

14    for use on Dell machines, refurbished machines, how much would

15    he have to pay retail?

16    A.   Retail, $199 for Windows 10 Pro.

17          THE COURT:  Could you explain for me, sir, the

18    difference between -- I understand the large OEM, original

19    equipment manufacturer, the example we have been using is Dell.

20    Is Pro suggesting a professional use in someone's office or

21    something like that?

22          THE WITNESS:  It refers -- there is an edition of the

23    software XP Professional more often than not intended for

24    professional use in an office.

25          THE COURT:  A bank or office, something like that?

1           *THE WITNESS:*  Yes.

2           *THE COURT:*  The small OEM, you talked about this,

3    there are companies out there less well-known, I suppose

4    because they don't generate the quantity of a larger company.

5    Microsoft charges them a higher amount; is that right?

6           *THE WITNESS:*  That is correct.

7           *THE COURT:*  Okay.  So we have the home and the pro.

8           Help me understand what the retail price is.

9           *THE WITNESS:*  The retail price is for a retail copy of

10   the software you purchase.  If you walked into Best Buy

11   tomorrow, that is the price you would pay for the software.

12          *THE COURT:*  In other words, if I did not have a Dell

13   laptop as an example?

14          *THE WITNESS:*  If you --

15          *THE COURT:*  I had whatever I had, but I want to buy

16   the software to install in a device that I happen to have at

17   home, if I simply walked into a retail store, what would have

18   been $59 if it was included in the Dell is now 199 because it

19   is being sold all by itself?

20          *THE WITNESS:*  That is correct, and that license, as we

21   talked earlier, is a transferable license.  That is a license

22   you could take with you from one to another.  It is a different

23   type of license.

24          *THE COURT:*  I see.  It is not to the machine, but to

25   the purchaser.

 1              THE WITNESS:  Correct.

 2              THE COURT:  So, there are different reasons why the

 3    price is different.

 4              THE WITNESS:  Correct.

 5              THE COURT:  You have that both for home and

 6    professional.

 7              THE WITNESS:  That is correct.

 8              THE COURT:  Is the next category refurbishers?

 9              THE WITNESS:  Yes, two, large and small.

10              THE COURT:  Large and small.  That seems like a rather

11    remarkable thing that Microsoft is doing, charging

12    significantly less.  Why is that?

13              THE WITNESS:  I guess -- I wasn't there when the

14    program was originated, Your Honor, but the thinking is the

15    device has a license on it already, it is a secondhand device,

16    it is a used device, we charge a lower rate for that.  It is

17    not up-to-date.

18              THE COURT:  Help me so I can understand it.  Analogies

19    are never quite apt.  You think about the used car market.

20    Here is somebody who has a computer, the device itself, and

21    they spent some money to upgrade it, to make sure it is working

22    properly and so on.

23              Is the price that Microsoft is charging, is that a

24    reinstallation price?

25              THE WITNESS:  It is the price for a new license

 1    effectively, but a refurbished license.

 2              THE COURT:  Well, just as an example, let's say you

 3    got that, and -- let's think about it for a minute.

 4              Is the assumption that there had originally been a

 5    license with that machine?

 6              THE WITNESS:  That is correct, Your Honor.

 7              THE COURT:  This is not a white box?

 8              THE WITNESS:  No.

 9              THE COURT:  This is an old Dell refurbished, so there

10    is a recognition there was a license with it in the beginning.

11    It has kind of taken on a new life, in a sense, and for this

12    amount of money, which is really significantly less than what

13    Microsoft would have charged for a new Dell, Microsoft agrees

14    to relicense and to give a reinstallation disc, too, if

15    requested.

16              THE WITNESS:  Yes, Your Honor.

17              THE COURT:  So that is a good deal.

18              THE WITNESS:  Yes.  Refurbish devices go into

19    charitable organizations, low income families, people who can't

20    afford to pay the full price.

21              THE COURT:  There is a whole market developed for

22    this, a recognition that these computers, their life can be

23    extended by refurbishing and so on?

24              THE WITNESS:  Correct.

25              THE COURT:  Okay.

1   *BY MR. MORRIS*:

2   Q.  Didn't this originate, the refurbisher program, as a way to

3   help hospitals, charities and NGO's?

4   A.  A big part of this is citizenship programs, for charities,

5   non-Government organizations, low income families providing

6   computing resources to those organizations.

7   Q.  And where it says large Microsoft authorized refurbisher,

8   and it has the lower price, is that part of the program?

9   A.  Not specifically part of that program, that is the

10  commercial arm of that, but there is the citizenship program,

11  and those licenses are sold for less, it is six dollars per

12  license, and that is for larger and small refurbishers.

13  Q.  For education purposes?

14  A.  Charities, people may donate hundreds of computers, people

15  send a hundred machines to the school or something, it is part

16  of that program.

17  Q.  Okay, let's get back to the registered refurbishing

18  program.

19      I guess Microsoft recognizes the value of the computer is

20  less, therefore they discount the software that is being

21  installed on that, correct?

22  A.  Correct.

23  Q.  But there is no way for Mr. Lundgren or anybody else, Mr.

24  Wolff or anybody else to go directly to Dell and purchase an

25  operating system for a Dell computer, correct?

1    *A.*  Correct.  A Dell license is for a pre-installation on new

2    devices.

3    *Q.*  So, if you have 16,000 -- American Airlines has Dell

4    computers, and you need a license -- you need software for

5    that, what are your options?

6    *A.*  Your options are, you can join the Microsoft program and

7    get access to genuine software.  If you are not in that

8    program, you could buy the higher price in retail, or a

9    commercial license, it is called small OEM system builder.

10   That is a license you can purchase from a refurbisher.

11   *Q.*  What was the first program you referred to?

12         *THE COURT:*  The large OEM, picking up on Mr. Morris'

13   example, what did you say?

14   *BY MR. MORRIS*:

15   *Q.*  If you had 16,000 computers you purchased from American

16   Airlines, and you wanted to get licenses for them and install a

17   Windows operating system, let's say Windows XP Pro, what are

18   your options to do that?  How would you go about doing that?

19   *A.*  The first option, join the Microsoft refurbishing program

20   and that would give you access to the licenses.

21         *THE COURT:*  Let's say you purchase this number of Dell

22   computers.  They have already been licensed, haven't they?

23         *THE WITNESS:*  They have been, Your Honor.

24         *THE COURT:*  If they don't need to be refurbished,

25   aren't you allowed to, if you have a problem, get a free

1    installation disc?

2            THE WITNESS:  If they came with the original software

3    that was with the device, you could reuse them and resell them.

4            THE COURT:  I guess this picks up on Mr. Morris'

5    earlier point, and that is, if you go to a company like

6    American Airlines or Chase, any of those, one assumes that in

7    the process of divesting themselves of this, they have

8    effectively wiped this thing clean.

9            THE WITNESS:  Correct, Your Honor.

10           THE COURT:  So, you now have to somehow legitimately

11   relicense.

12           THE WITNESS:  Yes.

13           THE COURT:  So you fall under the refurbisher.

14           THE WITNESS:  Yes, if you are a member of the program

15   you fall into the refurbisher.

16           THE COURT:  One tends to think of refurbishing as, I

17   don't know, fixing up somehow.

18           But your point is, if a company wiped the hard drive

19   clear, they cleared out everything from that, that is a good

20   example of a machine that has effectively become susceptible to

21   refurbishing.

22           THE WITNESS:  That is exactly right, Your Honor.

23           THE COURT:  And it really needs now a reconnection

24   through the authorized refurbishing program which would give

25   them the Microsoft software.  It is like starting the whole

1    thing over again.

2              THE WITNESS:  That is correct.

3              THE COURT:  Okay, thank you.

4    BY MR. MORRIS:

5    Q.  Now I am going to show you Government's 12.

6        What is Government's 12?

7    A.  This is an appendix from part of the licensing

8    documentation that Microsoft provides to OEM, a recovery media

9    template that Microsoft provides to OEM's to communicate the

10   information that they must display on the artwork of the CD or

11   DVD.

12             MR. MORRIS:  Your Honor, at this time we would ask to

13   enter Government's 12 into evidence.

14             MS. GOLDER:  Objection, relevance.

15             THE COURT:  I tell you, it is hard for me at this

16   point to rule on that.

17             I will overrule it, subject to a motion to strike if

18   the relevancy is not established.

19             I will receive 12 into evidence over the relevancy

20   objection.  You may proceed.

21        (Whereupon Government Exhibit 12 was marked for evidence.)

22   BY MR. MORRIS:

23   Q.  Can you read that?

24   A.  Yes.

25   Q.  What does that chart depict?

1    *A.*  It is the artwork template for a Windows 7 product.

2    *Q.*  Now, can you explain to the Court what types of rules

3    Microsoft has with OEM's in terms of what they can put on the

4    discs that they create?

5    *A.*  As part of the manufacturing process, Microsoft gives OEM's

6    a master copy of the software.  OEM's are entitled to create a

7    customized version of that.  They are allowed to put their logo

8    in the software.  When you start the machine it displays the

9    Dell logo and additional hard drive elements within the device.

10   So, it effectively creates a custom image for that device that

11   has Microsoft software and some other elements within that.

12        *THE COURT:*  I take it, just so we explain what we are

13   looking at, it looks to me we have a picture of a disc

14   indicating the -- visually what one would see if you actually

15   have that disc in the box when you purchased your computer,

16   this is the recovery disc.

17        We don't see what is actually digitally on it, but you

18   are telling us that Microsoft, for instance, using Dell as our

19   example, allows the Dell logo, we have all seen it, the blue

20   screen with the dipping D and so on and so forth, but visually

21   when you look at that disc, if it fulfilled the requirements,

22   it would have all of this information and so on.  Is that

23   right?

24        *THE WITNESS:*  That is correct, Your Honor.

25        *THE COURT:*  Okay.

1   *BY MR. MORRIS*:

2   *Q.*  Getting back to what you were discussing regarding the

3   master software image, could you explain what that is to the

4   Court?

5   *A.*  We use the term OEM pre-installation kit in Microsoft, and

6   that is a master copy of the software an OEM received directly

7   from Microsoft to a special software order center service,

8   accessible to licensed OEM's.

9   *Q.*  That allows you to create certain software features for

10  those machines?

11  *A.*  Correct.

12  *Q.*  Does Microsoft limit what they are allowed to do with

13  respect to the master software image?

14  *A.*  Yes, we do.  They can add to it and include their logos.

15  *Q.*  The master software image is what makes the operating

16  system run; is that correct?

17  *A.*  That is correct.

18  *Q.*  And that is contained on the reinstallation disc, correct?

19  *A.*  An exact copy of what was preloaded on the computer is

20  contained on the disc.

21  *Q.*  So it is in effect, as for purposes of the master software

22  image, the same as you get with the retail version, at least

23  that portion of it?

24  *A.*  That portion of it, the Microsoft software portion of it.

25  *Q.*  Effectively the computer doesn't know the difference?

1    *A.*  The computer doesn't know the difference.

2    *Q.*  You might know the difference, but the computer doesn't?

3    *A.*  Correct.

4    *Q.*  It will operate the same?

5    *A.*  Correct.

6    *Q.*  As long as you have the activation and product key, and we

7    will get into that later.

8    *A.*  That is correct.

9    *Q.*  Now, Microsoft also has agreements with the authorized

10   replicators, correct?

11   *A.*  That is correct.

12   *Q.*  And with the OEM's?

13   *A.*  That is correct.

14   *Q.*  Can you explain that to the Court?

15   *A.*  We use a -- we employ the services of third-party companies

16   to manufacture discs, manufacture those COA labels and create

17   the software kit, the disc plus the label, and ship those to

18   the OEM's.  Those third-party vendors or replicators, they are

19   authorized to replicate and distribute to Dell and other OEM's.

20   *Q.*  Even if Dell contracts with a replicator, it has to be a

21   replicator with Microsoft?

22   *A.*  Yes, it is a three-way agreement with Microsoft and other

23   parties.

24   *Q.*  Microsoft is a party to that relationship by agreement?

25   *A.*  Yes.

 1    *Q.*  And you have direct agreements with the replicators?

 2    *A.*  Yes.

 3    *Q.*  Anybody who is replicating --

 4         *MS. GOLDER:*  I object to leading.  We need to hear

 5    from the witness.

 6         *THE COURT:*  Let's agree we don't have speaking

 7    objections, but I sustain the objection to the form of the

 8    question.

 9    *BY MR. MORRIS*:

10    *Q.*  What happens if a replicator creates Microsoft software and

11    doesn't have an agreement with Microsoft?

12    *A.*  That is infringing the Microsoft copyright, effectively

13    counterfeiting.

14    *Q.*  And what happens if a replicator creates a Dell Microsoft

15    recovery disc without an agreement with Microsoft?

16    *A.*  Again, that is infringing the Microsoft copyright.

17         *MS. GOLDER:*  Objection, calls for a conclusion.

18         *THE COURT:*  I will overrule the objection.

19    *BY MR. MORRIS*:

20    *Q.*  Is that within the agreement?

21    *A.*  That is within the agreement.

22    *Q.*  So, they would be violating that agreement?

23    *A.*  That is correct.

24    *Q.*  Microsoft has mandatory rules with Dell regarding how Dell

25    may use the recovery discs?

1    A.  That is correct.

2    Q.  You also have -- you are in charge of the supply chain for

3    Microsoft relating to OEM's, correct?

4    A.  Not right now.  They have been in the past during my

5    tenure.

6    Q.  You have experience overseeing the Microsoft supply chains

7    for these types of Microsoft software?

8    A.  Yes, I do.

9    Q.  And you are familiar with the agreements that Microsoft has

10   with the people within that chain?

11   A.  Yes, I am.

12   Q.  Microsoft, is it a very strict chain, in other words, do

13   you have agreements with every party in that chain?

14   A.  We do, yes.

15   Q.  Do you oversee that chain closely?

16   A.  We do, in a supervisory capacity we conduct periodic

17   security audits on the vendors, replicators, and we define the

18   program policies for the operation.

19   Q.  What is the purpose of that?

20   A.  The purpose is to secure the supply chain and secure the

21   distribution of our IP.

22   Q.  What is the reason Microsoft does that?

23   A.  It is securing our copyright and IP so the business can

24   continue, and protecting and making sure the end user gets a

25   genuine copy that hasn't been contaminated with malware or a

```
1    virus, anything like that.  You can stand over its authenticity

2    and it will function.

3    Q.  Does Microsoft require the OEM to put on the IFPI mold

4    code?

5    A.  Yes, we do.

6    Q.  Could you explain, what is the IFPI mold code?

7    A.  In the process of CD or DVD manufacture, you have a molding

8    that creates the code, and within the mold there is a unique

9    code within that code that will stamp the number into the CD

10   and DVD when it is manufactured.  The idea of that, you can

11   retrace back to the plant or the original mold where that was

12   manufactured.

13   Q.  What is the purpose of that, security?

14   A.  Security, quality.  If there is a quality issue in the

15   field with a disc that wasn't performing, you could track it

16   back to the mold and say how many discs were produced with that

17   mold.  It serves a number of functions, primarily industry

18   security standard.

19   Q.  Does Microsoft also require a SID code to be --

20            THE COURT:  Before we leave this now, just a minute --

21   for a second here, what does that stand for, IFPI.

22            THE WITNESS:  International Film and Phonographic

23   Institute.  You might have to help me.

24            THE COURT:  What is that second word?

25            THE WITNESS:  Film and phonographic.  It relates to
```

1     the music industry.

2               THE COURT:  What is the International Film and

3     Phonographic Institute?

4               MR. MORRIS:  It is in the statute, I believe.

5               THE COURT:  Let's stay, though -- I understand what

6     you said.  Is this in fact a number?

7               THE WITNESS:  Yes.

8               THE COURT:  What does it consist of?

9               THE WITNESS:  A four digit code, alpha numeric,

10    typically two letters, two numbers, it could be one letter and

11    three numbers.  It is an alpha numeric code.

12              THE COURT:  Is this code visible on the disc?

13              THE WITNESS:  It is very small, Your Honor.  It is

14    visible if you have good eyesight or if you have a magnifying

15    glass.

16              THE COURT:  The reason I am asking you this, in this

17    case, apparently under the Sentencing Guidelines, this issue of

18    whether the alleged counterfeit discs are indistinguishable

19    from the legitimate discs becomes important.

20              So, you are telling us that this IFPI code is on the

21    legitimate discs?

22              THE WITNESS:  That is correct, Your Honor.

23              THE COURT:  It is very small, an alpha numeric code,

24    so, if somebody else on a counterfeit disc put a code like

25    that, that would be significant, would it?

1          THE WITNESS:  It would be very significant, Your

2     Honor, it would be an attempt to mimic a genuine disc.

3          THE COURT:  One of the reasons you told us the code is

4     important, it allows Microsoft discs, if necessary, to trace

5     back to the point of origin for the disc itself, and you

6     suggest if there is a problem, it tells you the scope of a

7     recall that might be necessary for that.

8          THE WITNESS:  That is one of the reasons, Your Honor,

9     and also provides security for the industry.

10         THE COURT:  Sure, okay.  Thank you.

11         I think you were moving on to something else.

12    BY MR. MORRIS:

13    Q.  Microsoft also requires an SID code to be on the disc?

14    A.  Correct.

15    Q.  What is an SID code?

16    A.  There is a second code typically on the disc which is

17    relating to some more of the production equipment that created

18    the disc.  In many cases, it refers to the laser beam recorder

19    that effectively mastered the discs being created, the master

20    as part of the production of the disc.

21    Q.  Explain that in detail.

22         THE COURT:  Can we stop for a minute.  What does that

23    stand for, SID, if you know?

24         THE WITNESS:  I can't recall, Your Honor.

25         THE COURT:  Okay.  Tell me once again what does it

1   look like?  If I saw this on a disc, what would I see?

2          THE WITNESS:  You see information printed on the inner

3   rim of the disc, typically on the under side, sometimes names

4   of companies are printed there, also some coding information.

5          THE COURT:  This is all part of the SID?

6          THE WITNESS:  All part of the information, the SID.

7          THE COURT:  Sometimes the names of what companies?

8          THE WITNESS:  The manufacturing companies that produce

9   the disc, maybe the origin of the disc.  It can contain

10  multiple types of information.

11         THE COURT:  There was some reference in one of the

12  emails to America or Canada, the difference between the two.

13         Would it tell you what country the disc being was

14  produced in?

15         THE WITNESS:  Yes, Microsoft has a plant itself in

16  Puerto Rico, and we put on there Puerto Rico.

17         THE COURT:  Do you make things in China?

18         THE WITNESS:  We do not.  The OEM's do most of the

19  manufacturing in China, so all of the plants that manufacture

20  the hardware, laptop or desk top, that is originated more often

21  than not in China.

22         THE COURT:  Are we talking something now specific to

23  the disc, the recovery disc?

24         THE WITNESS:  Yes, Your Honor.

25         THE COURT:  So, if I understood you correctly,

```
 1    Microsoft would allow Dell, subject to the requirements that
 2    you talked about earlier, to manufacture or have manufactured
 3    the reinstallation discs?
 4           THE WITNESS:  That is correct.
 5           THE COURT:  So, if Dell chose to have the
 6    reinstallation discs manufactured in China, would it say "made
 7    in China"?
 8           THE WITNESS:  Sometimes it would, it's not a hard and
 9    fast requirement.  Sometimes it may and sometimes not.
10           THE COURT:  With respect to the SID, it would tell us
11    the name of the manufacturing company and the physical location
12    of that company?
13           THE WITNESS:  Perhaps.
14           THE COURT:  Anything else significant?
15           THE WITNESS:  There is another code, LBR, laser beam
16    recorder code.
17           THE COURT:  What does that look like?
18           THE WITNESS:  Very similar to the alpha numeric code,
19    very similar to that.
20           THE COURT:  Thank you.
21    BY MR. MORRIS:
22    Q.  Does Microsoft hire people with special expertise to
23    identify whether or not these discs are authentic or not?
24    A.  We do, we have a digital crimes team that specializes in
25    counterfeit and anti-counterfeit activity.
```

Pauline A. Stipes, Official Federal Reporter

1    Q.  Why do they hire a specialized person to do that?

2    A.  Because counterfeiting is a major competitor, if you like,

3    for Microsoft, it is a big business, and we lose a lot of

4    revenue to counterfeiting.  So we employ a team to police, do

5    test purchases, find rogue plants maybe or rogue operators

6    counterfeiting our software.

7    Q.  If somebody handed you a counterfeit disc, would you

8    personally feel you were capable of determining whether it was

9    counterfeit or not?

10   A.  I would know what to check for and what codes to look for

11   and I would contact the experts to say is this a genuine code.

12   Q.  Just looking at it yourself, could you determine?

13   A.  If it were a high quality counterfeit, it would not be

14   immediately obvious it was counterfeit.

15   Q.  You mentioned checking the code.  If the code looked real,

16   you wouldn't know without checking the source?

17   A.  I would have to check the source and confirm whether it is

18   a genuine code or not.

19        We see all levels of counterfeit, high quality, low

20   quality, some are and some are not.

21   Q.  Is there any provision you are aware of under Microsoft's

22   agreement that allows the sale of recovery discs in the retail

23   market?

24            MR. REINHART:  I object to form.

25            THE COURT:  Let's hear the question again.

1    *BY MR. MORRIS*:

2    Q.  Is there a retail market for recovery discs, outside of

3    OEM's?

4    A.  Microsoft does not allow OEM's to sell recovery discs

5    separately in a commercial means.  It is not viewed as a

6    standard on the product, it has to be sold with the device.

7    Q.  An OEM can't say I have an extra 30,000 recovery discs, I

8    am going to sell them to Mr. Lundgren?

9    A.  That is not allowed.

10   Q.  We mentioned it before, I want to go over it again.

11       How would you describe the market for legacy codes?  And

12   explain to the Court what five by five product keys are.

13   A.  A five by five product key is the alpha numeric code that

14   we saw on the certificate of authenticity.  That is termed the

15   product key and used to activate the software when you install

16   it.

17   Q.  Are you aware of a market for legacy codes?

18   A.  Oh, yes, there is quite a large market for obtaining

19   product keys from other devices and reselling them through a

20   particular market, on Ebay or other means.

21   Q.  Okay.  What is the purpose for that market to exist?

22           *THE COURT:*  Stop for a second.

23           What is a legacy code?  What do you mean by that?

24           *THE WITNESS:*  I would term it as a previous generation

25   of the software, an older version.  We would use the term

1    legacy.

2              THE COURT:  I am not sure I understand that.

3              You talked about a physical label attached to the

4    device.  Is that what you are referring to?

5              THE WITNESS:  The certificate of authenticity, yes, at

6    any time we sell a new version.  An older version, minus one

7    and minus two, we phrase those as legacy editions being phased

8    out over time.

9              THE COURT:  I see, you have one, you upgraded, you

10   have gone to something new.

11             THE WITNESS:  Yes.

12             THE COURT:  Okay.  Where are we going with that?  What

13   are you talking about?

14   BY MR. MORRIS:

15   Q.  Where is the value in that, it has never been activated?

16   A.  The value is it has never been activated and could be used

17   to sell in the refurbished market as a genuine license.

18             MR. REINHART:  I object to relevance.  There is no

19   allegation of counterfeit certificates of authenticity.  I

20   don't know why we are hearing about secondary markets in

21   counterfeit.

22             THE COURT:  I understand, if it is not relevant, I

23   won't use it.  Let's go ahead.

24   BY MR. MORRIS:

25   Q.  Now, you also mentioned as part the of the program, they

1    get a refurbished certificate of authenticity; is that correct?

2    A.  That is correct.

3    Q.  You can't sell the license, the actual refurbisher has to

4    do that?

5    A.  The refurbisher will receive a new certificate of

6    authenticity and adhere it to the device.

7    Q.  This may sound like something we have gone through, but in

8    the after market, in your experience, what percentage would you

9    say of refurbishers wipe their machines or have machines that

10   are wiped in order to maintain privacy?

11   A.  I would estimate over 90 percent of them entering the

12   refurbisher market has the hard drive removed or wiped clean.

13   Q.  What is it typically that they do to refurbish a computer?

14   A.  Refurbishing can take different forms, install a larger

15   hard drive, more memory, new peripherals, like a monitor,

16   keyboard.  They can refresh it and bring it up-to-date.

17   Q.  And would any of those steps require new software,

18   licenses?

19   A.  If the original software is not supplied with the device,

20   then you would need a new license regardless of whether you put

21   a new hard drive in.  The only exception is if you change the

22   mother board on the processor, you are deemed to change the

23   device and you need a new license.

24   Q.  Would you say there is a large barrier to entry -- or what,

25   if any, barrier to entry is there of becoming a registered

1   refurbisher?

2   A.  We have a simple test to part of the application, which is

3   the program policies, a multiple choice test, and there is an

4   agreement you sign saying you sign up to the terms of the

5   program and I am providing you past -- we do check companies

6   for piracy activities.  Provided you haven't done any pirated

7   activity in the past, you will be admitted to the program.  So

8   the barriers are relatively low.

9   Q.  How would you describe the black market for illegitimate or

10  counterfeit Microsoft software in the world?

11  A.  I would describe it as very vibrant.  There is a huge

12  demand for free or low cost software.  People like things at

13  reduced prices, there is a large market out there for lower

14  cost software.

15  Q.  How does that affect the buyer and seller of the software,

16  how does the black market affect both buyers and sellers?

17  A.  It displaces the sale of a genuine software license, so if

18  you purchase the license on the black market it means you

19  haven't purchased a new device with a new license from Dell or

20  you haven't purchased a new license from Microsoft, it is

21  taking a sale away from a genuine license.

22  Q.  When you are talking about the quantities in this case,

23  4,000 to 16,000 units, those types of quantities, in your

24  experience, what type of people are in that after market, 4,000

25  units, 16,000 units?

1          MS. GOLDER:  Objection, relevance.

2          THE COURT:  Sustained.

3     BY MR. MORRIS:

4     Q.  What is the typical size of a refurbisher for Microsoft,

5     what is the ordinary volume?

6     A.  For the most part, the prorated runs probably less than

7     five thousand units per annum, and 20 percent are the larger

8     refurbishers, 10, 20,000 units.

9     Q.  Is that how many per year or month?

10    A.  Per year.

11    Q.  That is per year.  So, you are saying a large refurbisher

12    is over 5,000 units per year?

13    A.  Per year.

14    Q.  Now, what other security measures does Microsoft employ in

15    the protected chain?

16    A.  We -- covert and piracy, we provide resources for an end

17    user to look for this, look for that, and this is how you tell

18    it is genuine, and we apply CD and DVD anti-piracy technology

19    for the retail products I spoke about that we sell through

20    retail or commercial distribution.

21         So, we take efforts where we don't have a direct

22    relationship and agreement to enforce, we enforce and control

23    the software by protecting the products.

24    Q.  What is bypass activation technology?

25    A.  Bypass activation technology is a technology that larger

1    OEM's use for mass manufacture of devices and allows them to

2    pre-install the software in the factory and for that software

3    to activate without needing to type in the five by five or 25

4    digit product code.

5    *Q.*  Why would you provide the extra product key on situations

6    like Dell, where they have the bypass activation system?

7    *A.*  It is there primarily for the end user should they need to

8    recover or install the operating system using the installation

9    discs, if they have a problem reactivating, they could

10   reactivate using that code.

11   *Q.*  And we mentioned that these discs contain the operating

12   system installed by the OEM.  Does it contain the technology

13   you talked about?

14   *A.*  Yes, whereby past activation is used, the code is part of

15   that technology, the handshake between the computer and the

16   hardware.

17   *Q.*  Explain that to the Court.  How does that work?

18   *A.*  On the computer mother board you have what is called --

19   sometimes called the bias or firm ware, and that is a low level

20   of computer software and contains certain information that is

21   on the mother board on the hardware.  And then -- so, the

22   technology works by putting a marker into the firm ware, and

23   there is a check by the operating system that looks for the

24   presence of this marker, and there is a secure handshake

25   between the two to verify that is genuine and correct.

1          It is like a private key, public key relationship, and

2     verifies it is genuine and allows it to activate it and work.

3     Q.  What is a BIOS lock?

4          THE COURT:  I am sorry, what?

5     BY MR. MORRIS:

6     Q.  BIOS lock.

7     A.  That is the BIOS system, that is the lowest level of

8     operating the system software, sometimes called the firm ware,

9     it contains data.  A BIOS lock is where -- the OEM sometimes

10    puts the name of the OEM into the BIOS.  The software will look

11    for that, and if it finds that, it would allow you to install

12    and work fine.  If it finds the presence of another OEM it

13    wouldn't work.  That is kind of a secure feature.

14    Q.  Showing you what is marked as Government's 13, what is

15    that?

16    A.  This is a page describing a test installation that I

17    performed.  It has two pictures, one of the operating system

18    recovery disc, and the device that I performed a test on.

19    Q.  And you recognize this?

20    A.  Yes, I created this.

21          MR. MORRIS:  We offer 13 into evidence.

22          THE COURT:  Would there be an objection?

23          MR. REINHART:  No.

24          THE COURT:  Government Exhibit 13 received into

25    evidence without objection.

1            (Whereupon Government Exhibit 13 was marked for evidence.)

2   BY MR. MORRIS:

3   Q.  Now, what is it that you are showing here?

4   A.  In the top picture I am showing is the disc that I was

5   provided, which is the sample disc of the XP Professional,

6   reinstallation CD.

7            THE COURT:  Is that a legitimate disc or one of the

8   alleged infringing discs?

9            MR. MORRIS:  This is one of the alleged infringing

10  discs.

11           THE COURT:  Okay.

12  BY MR. MORRIS:

13  Q.  You are taking a picture of it?

14  A.  Yes, documenting this, with the steps I followed and

15  pictures of the tests where I performed the reinstallation.

16           THE COURT:  Can I ask you, looking at this, Government

17  Exhibit 13, and looking at the disc depicted on the top of page

18  one, how does that comport with an authorized legitimate

19  reinstallation disc?  I am talking now visually.

20           If I were the purchaser of a Dell computer and in the

21  process of that obtained a reinstallation disc along with my

22  laptop, how does this comport with a -- visually how does it

23  comport with a legitimate disc?

24           THE WITNESS:  It is visually identical.

25           THE COURT:  Visually identical?

```
 1              THE WITNESS:  Correct.
 2              THE COURT:  We talked about the two different codes.
 3    I assume you need a magnifying glass to find the codes.
 4              THE WITNESS:  You can see them if you have sharp eyes,
 5    they are pretty small.
 6              THE COURT:  We can't see them on this picture?
 7              THE WITNESS:  No, you can't.
 8              THE COURT:  Could you look for those codes?
 9              THE WITNESS:  If I look for those, I can see them,
10    yes.
11              THE COURT:  I assume you had that disc in your
12    possession.
13              THE WITNESS:  Yes.
14              THE COURT:  When you had it, did you see those two
15    codes?
16              THE WITNESS:  I can't remember.
17              THE COURT:  All right.  Back to Mr. Morris.
18    BY MR. MORRIS:
19    Q.  Actually, anticipating where you are going with this,
20    showing you Government Exhibit 22.
21    A.  This is a genuine reinstallation disc that I obtained from
22    my sample collection for a Dell computer, Windows XP service
23    pack two, this is the genuine article.
24    Q.  And showing you Government Exhibit 2, which is the alleged
25    counterfeit version.
```

Pauline A. Stipes, Official Federal Reporter

1   *A.*  Yes, this is the sample I was provided of the Windows XP

2   Professional pack two, the unauthorized sample.

3         *MR. MORRIS:*  Can I enter 22 into evidence, Your Honor?

4         *THE COURT:*  Any objection to the receipt of

5   Government's Exhibit 22?

6         *MR. REINHART:*  No, Your Honor.

7         *MS. GOLDER:*  Are they both 22?

8         *THE COURT:*  21 is already in evidence.  This is

9   Government Exhibit 22.  Any objection to that?

10         *MS. GOLDER:*  No, fine, Judge.

11         *THE COURT:*  22 is in evidence without objection.

12       (Whereupon Government Exhibit 22 was marked for evidence.)

13         *THE COURT:*  2 is the counterfeit and 22 is the real

14   one.

15         *MR. MORRIS:*  Correct.

16         *THE COURT:*  Thank you.

17   *BY MR. MORRIS:*

18   *Q.*  So, step one, what did you do?

19   *A.*  Step one, this is the start of the installation of the

20   software on to an older laptop device that I obtained from a

21   colleague, a Compaq Presario.

22       The first thing I did is insert the CD into the CD drive to

23   start the installation process.

24   *Q.*  Can you read that, or is that hard for you to read?

25   *A.*  This was --

```
 1    Q.  How is that?

 2    A.  This is a screen shot of one of the steps in the

 3    installation process.  It displays the licensing agreement that

 4    you have to accept while doing the installation.  That is the

 5    first step in the process.

 6    Q.  Why did you think that was significant when you took your

 7    screen shot?

 8    A.  That is essentially where you agreed to the licensing

 9    terms.

10    Q.  So, when you log on, that is one of the first things you

11    are required to do?

12    A.  When you are installing software, part of the installation

13    process is to accept the UL, the user license, and the

14    agreement.

15    Q.  The next screen?

16    A.  This screen shot is a shot of the installation process

17    itself.  The first steps it does is reformatting or formatting

18    the hard drive to perform the installation.  This is displaying

19    how the installation process is progressing as intended.

20    Q.  Okay.  By the way, when did you this, was your hard

21    drive -- what did you use for purposes of a hard drive?

22    A.  I used the live device that I had been running, an earlier

23    version of Windows, it was running a millennium edition, quite

24    an old device.

25    Q.  What is this?
```

1   *A.*   This represents one of the screenings displayed during the

2   installation process, the steps done to give you a progress

3   indicator on how it is progressing.

4       This shows the installation is progressing as intended.

5            *THE COURT:*  Is this Government's 2 you are using, is

6   this the counterfeit?

7            *THE WITNESS:*  This is the counterfeit, Your Honor.

8            *THE COURT:*  Okay.  How does this compare with yours in

9   terms of what you would see had you been using a legitimate

10   disc?

11            *THE WITNESS:*  Exactly the same.

12            *THE COURT:*  Are they indistinguishable?

13            *THE WITNESS:*  You would not know any different.

14            *THE COURT:*  Okay.

15   *BY MR. MORRIS:*

16   *Q.*   Now, I can show you, if you like, if it is helpful to read

17   what is at the bottom of the screen shot and show you the

18   screen shot.  Step two?

19   *A.*   Yep.

20   *Q.*   Okay.  What do you see there?

21   *A.*   This is showing the screen shot of effectively the

22   completed installation process, which is one of the screens

23   that is displayed to the user, welcomes you to XP, the out of

24   box experience, the installation is completed.  It starts the

25   software and shows you the new features.

```
 1   Q.  The same question the judge asked, does it look
 2   indistinguishable to you?
 3   A.  It is identical.
 4        THE COURT:  You may not be able to answer this.
 5        In your experience, what happened here, did somebody
 6   get an original version of a reinstallation disc and somehow
 7   simply copy it, or has somebody --
 8        THE WITNESS:  There are different ways you could do
 9   it.
10        If you went to the plant that is producing the
11   software, you could use the -- the stamper is the metal plate
12   to create the actual discs themselves.  If they had the genuine
13   stamper --
14        THE COURT:  You mean if somebody had access to the
15   factory where Dell had a license agreement with that factory to
16   produce the reinstallation disc?
17        THE WITNESS:  That is correct.
18        THE COURT:  If somebody else got access to it and
19   slipped somebody some money and went in at night, for example,
20   and just ran the disk, they would have an exact copy of the
21   original?
22        THE WITNESS:  An exact copy of the original.
23        THE COURT:  You don't know how this happens, all you
24   can look at is the finished product.
25        I take it you are telling us that, first, visually
```

1    inspecting the disc, is there anything that would tell you this

2    is not legitimate?

3           *THE WITNESS:*  Unless I looked at the codes and

4    analyzed that forensically, there is nothing.

5           *THE COURT:*  Visually looking at what is on the

6    computer and you run the disc and reinstall, is there anything

7    that would suggest it is not a legitimate Microsoft program?

8           *THE WITNESS:*  The only one I noted, it didn't prompt

9    me for a product key, I don't know why it didn't.

10          *THE COURT:*  That is significant.  If it is legitimate,

11   one would ask for the product key.  Someone eliminated that?

12          *THE WITNESS:*  I would expect it to.  I can't speculate

13   why, I was expecting that to happen in my experience.

14          *THE COURT:*  What about if you didn't have a product

15   key, that would prompt you, wouldn't it?

16          *THE WITNESS:*  It would prompt you to activate, and it

17   did in the latter part of the task.

18          *THE COURT:*  But it didn't at the point where you

19   expected it?

20          *THE WITNESS:*  Correct.

21          *THE COURT:*  All right.  Thank you.

22   *BY MR. MORRIS*:

23   *Q.*  Step three?

24   *A.*  Yes, that is what we just talked about.  After you boot it

25   up and operate it the first time, you see the background desk

1    top, it did display you have 30 days to activate effectively.

2    That was displayed during the process.

3    Q.  Now, I think we need a little more of a background of what

4    that activation requires and what is the purpose of it.

5        Let's start, generally speaking, what is going on there

6    with the 30 day activation period?

7    A.  The function of activation is effectively a handshake of

8    Microsoft to confirm the license, and you use the product key

9    to do that, it is unique to that device, that is the prompt.

10   Microsoft has built into the software a phone home handshake.

11   You could continue to use the computer off line without

12   connecting to the internet and it will work.

13           THE COURT:  What will happen if you don't do anything?

14           THE WITNESS:  Within XP, it would prompt you for

15   activation.

16           THE COURT:  What I am saying is, let's assume the

17   person who is using the computer does not do whatever is

18   required to activate it.  At some point, would it shut down?

19           THE WITNESS:  On Windows XP, it didn't.  There are

20   lots of prompts.

21           THE COURT:  It would know you didn't get these things?

22           THE WITNESS:  You would not get updates, but it would

23   work.

24           Later versions, Windows Vista, we did introduce a

25   functionality step.

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  These are what Microsoft has taken?

2          THE WITNESS:  In Windows 7, that functionality step

3     was not there.  It continues to nag you, and prompt you, but

4     you could continue to use it.

5          THE COURT:  Going back to the issue about whether

6     there are indications of legitimacy, I assume the business

7     about prompting and saying please activate is something that

8     would suggest to you that it is legitimate.

9          In other words, here is Microsoft presumably saying we

10    need you to activate it, do this, that and the other thing and

11    make contact with it.  I suppose if the user doesn't do

12    anything, they have to know something is wrong.

13         But it has all of the indicators, impressions of

14    legitimacy.

15         THE WITNESS:  Yes, Your Honor.

16    BY MR. MORRIS:

17    Q.  Is there a way to turn off the -- you going into the

18    settings, Microsoft operating settings, to turn off the contact

19    with Microsoft altogether?  Can you opt out of that?  The

20    default is that it will communicate with Microsoft, but can you

21    opt out of that?

22    A.  I am not overly familiar with that process, I can't say.

23    If you didn't ever connect it to the internet, it wouldn't

24    phone home, effectively.

25         THE COURT:  That is not a reasonable expectation I

1    suspect.

2              *THE WITNESS:*  Maybe in these days, Your Honor.

3    *BY MR. MORRIS*:

4    *Q.*  Step four?

5    *A.*  Step four was a step I did to look at the disc itself and

6    what the disc contains, what kind of a disc.  The screen shot

7    here I am showing is a prompt, when you go to activate it

8    brings you to a series of screens to register if you want to

9    with Microsoft.  It steps you through the process.

10   *Q.*  You can say I don't want to register?

11   *A.*  You can defer further process.

12   *Q.*  And there is no reduced functionality of the actual

13   operating system?

14   *A.*  In XP and 7 it wasn't a functionality step.

15   *Q.*  All right.

16   *A.*  This screen shot shows -- I looked at the disc itself and

17   the software on the disc, and there is a setup program that

18   runs the installation, looking at the properties and verifying

19   they have copyrights and information relating to Microsoft,

20   giving an impression this is genuine software and looks genuine

21   and authentic.

22   *Q.*  Just getting back to what you said, so far in the process,

23   you have not had to enter any product key at all?

24   *A.*  No.

25   *Q.*  You just stuck it in and it was not a Dell computer?

1    *A.*   It was a Compaq Presario computer.

2    *Q.*   It worked on a computer other than Dell?

3    *A.*   Correct.

4    *Q.*   And it loaded a full operating system of XP?

5    *A.*   Loaded a full operating system of XP.

6    *Q.*   So, without the nagging, you are basically left -- without

7    using the product key, you have a full operating system of

8    Windows XP?

9    *A.*   Correct.

10   *Q.*   If you want to get rid of the nagging, you could do that

11   with a product key?

12   *A.*   Yes.

13   *Q.*   As you discussed earlier?

14   *A.*   Yes, you could go down to the activation step and get rid

15   of the nagging.

16   *Q.*   What does this show?

17   *A.*   Another step in verifying the software on the disc, looking

18   at the setup software, it describes the description of the file

19   through who the copyright sits with.  It is a Microsoft

20   copyrighted product.

21   *Q.*   And the final screen shot, what does that show?

22   *A.*   That is a screen shot, I believe that is -- so, this was a

23   Compaq PSI that I installed a Dell system on, and it creates a

24   Dell folder within the operating system creating -- showing

25   Dell information.  It is a Dell disc doing the installation, so

1    it added additional information relating to Dell, even though

2    it was not a Dell issue.

3    Q.  Indicating not only did they do -- on the top of the disc

4    to make it look like Dell, it appears to you to not only look

5    like a Dell, it is a Dell?

6    A.  A copy of the Dell installation disc, yes.

7    Q.  Showing you Government's Exhibit 14.

8    A.  This is a document documenting an installation step I also

9    performed using the Windows 7 Professional reinstallation disc

10   on a Lenovo tablet, a Lenovo tablet with the Dell disc.

11       These are the steps I performed and screen shots I took.

12           MR. MORRIS:  All right.  The Government offers 14 into

13   evidence.

14           MR. REINHART:  No objection.

15           THE COURT:  Government Exhibit 14 received in

16   evidence.

17           MR. MORRIS:  I give you Government's 14, which is the

18   alleged counterfeit disc for Windows 7.

19           THE COURT:  Thank you.

20       (Whereupon Government Exhibit 14 was marked for evidence.)

21   BY MR. MORRIS:

22   Q.  What is this?

23   A.  This is a screen shot of the counterfeit disc I used to

24   perform the Windows installation.

25   Q.  Based on your experience, does it have that language that

1    Microsoft requires Dell to put on their reinstallation discs?

2    A.   Yes, visually it looks like it should and contains all of

3    the information as we saw from the template.

4    Q.   And you said that the device in this case is --

5    A.   It was an older device of mine, a Lenovo tablet.

6    Q.   Not a Dell computer?

7    A.   Not a Dell computer, it had been upgraded to Windows 8.1,

8    and I used the disc to reinstall 7 on the device.

9    Q.   Step one, what did you do there?

10   A.   Step one was the first step, inserting the disc into the

11   DVD drive to initiate the installation process.

12   Q.   What did you find when you did that?

13   A.   Again, I wasn't prompted for a product key and the

14   installation process started up and proceeded to go at it.

15   Q.   Would you expect it to be prompted for a product key at

16   that point?

17   A.   I can't remember if it is this early stage or some part of

18   the process, I would have expected at some time to prompt it

19   for that.

20   Q.   And it eventually boots up and starts the installation

21   process?

22   A.   Correct.

23   Q.   Step two?

24   A.   Talks to the fact that the installation process completed

25   as intended, again, reiterated I was not prompted to enter a

1    product key and it booted the device up, it looked fine and

2    operating fine.

3    Q.  It operated like you would expect?

4    A.  Like I expected.

5        Step three, I did go into the device, there was an

6    activation window where you could check the status of that.  I

7    took a screen shot of that.  It did display -- it says the

8    professional product key I typed is an invalid activation.

9    Q.  Explain to the Court what is going on there.

10   A.  It is saying, when you go looking, that it is not activated

11   and the key -- saying a key that was used or typed is not the

12   right key, but I did not type any key during the installation

13   process.

14       It is prompting you to take action by buying a key on line,

15   change your product key or contact Dell.  That says you

16   purchased a device from Dell, you contact them for support.

17   Q.  If you contacted Dell to buy a product key on line, how

18   would that work?

19            MR. REINHART:  Objection, Judge, speculation.

20            THE COURT:  If you know, you may answer.

21            THE WITNESS:  If you contact Dell, they would try to

22   understand why the original key that was supplied did not work,

23   they would ask you to look for the certificate of authenticity

24   and ask you to look again to make sure it was correct.

25

1   *BY MR. MORRIS:*

2   *Q.* Dell should have provided you with the key?

3   *A.* By the activation process, this showed activated would be

4   normal and you never see this point, and you would have the

5   product key, the COA, certificate of authenticity adhered to

6   the device.

7   *Q.* Let's go back to the scenario where you didn't have the

8   product key. What happened?

9   *A.* It displayed this message, but it continued to work. It

10  didn't display any prompts and still has not displayed any

11  prompts to me.

12  *Q.* Step four?

13  *A.* Step four, similar to the last test, I verified the

14  contents of the DVD by looking at the set of files used to

15  initiate the reinstallation process and reconfirmed the

16  messaging to Microsoft.

17  *Q.* It looks like what a reinstallation should look like?

18  *A.* So far, it is indistinguishable.

19  *Q.* What is that screen shot there?

20  *A.* Again, a screen shot of a digital signature, which is a way

21  to demonstrate where the file is originated and who created it.

22      It is a step not everybody knows to verify the authenticity

23  of what is on the disc.

24  *Q.* What did it tell you when you did do that?

25  *A.* It tells me it is a file created by Microsoft, pretending

1    to be created by Microsoft and copied to Microsoft.

2    Q.  Okay.  What is that screen shot?

3    A.  Again, that is a screen shot of the properties of the file,

4    which talks about the file itself, and reference to copyright

5    in there that shows copyright to Microsoft Corporation.

6    Q.  It is working like you expect it to work?

7    A.  It is working like I expect it to work.

8    Q.  Step five?

9    A.  Step five, I documented one of the issues I had.  Because I

10   used a Dell disc on a Lenovo machine, the drivers were missing

11   so it was not able to recognize the hardware on the device.

12       In this case, it was not able to connect to either the

13   ethernet, which is the network adaptor your network would have,

14   or to the wireless network, I was not able to access it at that

15   time.

16   Q.  What did you do to get around that?

17   A.  I went to the internet and downloaded a device which

18   allowed me to use the networking hardware on the computer.

19   Q.  Drivers are pretty easy --

20   A.  All manufacturers make drivers available for free download,

21   typically they are cleared on a reinstallation disc.  If you

22   don't have the disc, you could go to Dell.com or Lenovo.com to

23   get the drivers.

24   Q.  And after you did that, what does it show?

25   A.  It is verifying it can't find the hardware because it

1    doesn't have the driver, does not communicate with the

2    hardware.

3        Again, the message below confirms I downloaded the driver

4    to the USB sticker and got the part of the hardware working and

5    this screen shot shows I was able to access the internet.

6        This is a screen shot of the website.

7    *Q.*  And the COA?

8    *A.*  This is a picture we saw earlier, this was the actual COA,

9    certificate of authenticity, on the original device.  You see

10   the device I had, and what I was able to do and take this

11   product key and activate the Dell software.  The next screen

12   shot shows that activation step was successful, and I got the

13   message back from Microsoft saying the genuine Microsoft

14   logo --

15          *THE COURT:*  In the device you were using, the Lenovo

16   device, it had a key on the back of it?

17          *THE WITNESS:*  It did, Your Honor.

18          *THE COURT:*  When this program asked for the activation

19   key you were able to type that in?

20          *THE WITNESS:*  At the time of the installation I was

21   not asked for the product key, but you could activate it

22   through the next step.

23          *THE COURT:*  You did that, you entered the product key

24   on the Lenovo, and the software recognized that?

25          *THE WITNESS:*  Yes, Your Honor.

1          THE COURT:  We talked before about stopping the

2     nagging effect of the repetitive request for activation, and

3     this is satisfactory?

4          THE WITNESS:  Yes, this is a fully activated device,

5     and there would be no problems and you get all the updates.

6          THE COURT:  That is a problem, I suppose, for

7     Microsoft more than anybody else.

8          THE WITNESS:  Yes, Your Honor.

9          THE COURT:  The long and short of this, if I

10    understand your testimony, if anyone looked visually at the

11    disc, your testimony is, as I understand it, it is

12    indistinguishable from a legitimate disc, and following through

13    on that, if you ran the contents, the programs, they, too, are

14    indistinguishable from what one would see if you had a

15    legitimate reinstallation device.

16          Is that the thrust of what you are saying?

17          THE WITNESS:  That is correct.

18          THE COURT:  Okay.  The only fly in the ointment, if it

19    is at all, is this business where the activation prompt occurs,

20    and the fact that it subsequently repeats itself, but you just

21    told us if you happen to have a device that has an activation

22    key on it that seems to be good enough, you could silence the

23    prompt.

24          THE WITNESS:  I did perform another test subsequent to

25    this, and didn't enter the product key, and it performed and

1    hasn't prompted me at all.

2            THE COURT:  Okay.  Looking at the clock, I can see I

3    was unduly optimistic saying would we be able to move forward.

4            Mr. Morris, where are you in your testimony?

5            MR. MORRIS:  I estimate an hour more.  Not more than

6    that.  I will try to pick up the pace.  We are getting there.

7            THE COURT:  I don't want to prejudge anything.  As

8    Ms. Golder told me, the general rule is, we use the value of

9    the infringing device, unless -- and I take it, it is the

10   unless the Government is relying on, and they are relying on

11   the guideline provision and the Eleventh Circuit's opinion in

12   the Lozano case that says if the infringing device and the

13   copyrighted device are indistinguishable, then you use the

14   value, if you will, the retail value of the copyrighted -- the

15   infringed device, the legitimate Microsoft.

16           If we could focus on the issues -- and I understand

17   Mr. Reinhart has a different take on the market, so on and so

18   forth.

19           This clock is a little slow in the courtroom.  We are

20   at a point where we ought to take a break for the luncheon

21   recess.  Why don't we do that.

22           I suspect it is everybody's desire -- I don't minimize

23   the importance of what we are doing at all because finding the

24   legitimate standard regarding the general concept of loss or,

25   as Ms. Golder points out, the infringement value, however we

1    phrase it, that is critical, because that drives everything

2    else.  I assume everybody is hopeful we will have a Sentencing

3    today for all parties to try to bring this to conclusion.

4         Anything we can do to move forward, I think we can

5    appreciate it.

6         MS. GOLDER:  Any idea how late we will go today?

7         THE COURT:  We normally go to five o'clock.

8         MS. GOLDER:  I don't know how far we will get to this

9    date.

10        MR. REINHART:  If we start back at 1:15, and he goes

11   an hour, we will not finish today.

12        THE COURT:  We have to confront this, so we will do

13   the best we can and move forward.

14        MR. MORRIS:  I can tell you how many exhibits we have

15   left.  We are getting towards the end.  Two exhibits left,

16   should be a half hour.

17        THE COURT:  Let's see how we are doing.  People have

18   come from a distance.  There is an anxiety level in these

19   proceedings, I recognize that.  We have to get all of this

20   information out.

21        Let's take a break for lunch.  We will back at 1:15

22   and we will continue on with the Government's presentation.

23        The Court is in recess.

24        *(Thereupon, a luncheon recess was taken.)*

25        *(Thereupon, trial reconvened after recess.)*

```
 1              THE COURT:  Ladies and gentlemen, please be seated.
 2    Sorry to have kept you waiting.
 3              When we stopped for the luncheon break, we were in the
 4    direct examination with the witness.  You may proceed.
 5    BY MR. MORRIS:
 6    Q.  What is that?
 7    A.  That is the screen shot from the Microsoft tool that we use
 8    on the Microsoft side to see it as the event hits our servers,
 9    to show the event has taken place.
10    Q.  How would you describe the difficulty of counterfeiting a
11    recovery disc versus a retail disc?
12              THE COURT:  Let's back up.  What is a retail disc so I
13    can understand the difference?
14              MR. MORRIS:  Let me approach, Your Honor, showing the
15    Government's 24, this is not on the exhibit list.
16              That is Government's 24.
17              THE COURT:  Just so I can understand, I believe you
18    indicated earlier, Mr. McGloin, that if somebody did not have a
19    recovery disc and maybe didn't even have an originally licensed
20    computer, say bought one of the white boxes, they could walk
21    into Best Buy as an example and buy the software retail, it is
22    expensive, but you can do it.
23              THE WITNESS:  Correct.
24              THE COURT:  Is that what you are talking about?
25              THE WITNESS:  Yes.
```

Pauline A. Stipes, Official Federal Reporter

1    *BY MR. MORRIS*:

2    *Q.*  What is Government Exhibit 24?

3    *A.*  This is a retail product that you would get if you bought

4    retail.

5    *Q.*  Do you recognize it?

6    *A.*  Yes, this is my product.

7         *MR. MORRIS:*  We move Exhibit 24 into evidence.

8         *MS. GOLDER:*  Objection, relevancy.

9         *THE COURT:*  What is the relevancy of this?

10        *MR. MORRIS:*  Windows 7 has many more features and is

11   more difficult to counterfeit.  The recovery disc does the same

12   way, but does not have nearly as many security features, so it

13   is much easier to counterfeit a recovery disc.

14        *THE COURT:*  Again, I am not sure this is relevant, I

15   would rather admit it.  I will be able to distinguish what is

16   relevant for the legal issue that is going to crystalize as we

17   move on.

18        Once again, unless I am missing something, I think the

19   issue is, can the Government show me -- or show and establish

20   in this case that the infringing device, the infringing is

21   indistinguishable from the legitimate copyrighted, because that

22   is, as I understand it, the leg the Government is relying on,

23   saying we shouldn't use the value of the infringing device, we

24   should use the retail value of the Microsoft device.

25        I assume we all agree it is the reinstallation device.

1          *MS. GOLDER:*  We also need to establish the value.

2          *THE COURT:*  Right.

3          *MR. MORRIS:*  From the Government's perspective, we are

4     opening up the criminal copyright infringement, the

5     infringement is on the Microsoft software inside the Dell

6     recovery disc.

7          *THE COURT:*  I understand that.

8          *MR. MORRIS:*  We are trying to say it is harder --

9          *THE COURT:*  Let's move forward, I overrule the

10    objection.

11         I will receive Government Exhibit 24 into evidence,

12    but over the specified relevancy objection.

13         (Whereupon Government Exhibit 24 was marked for

14    evidence.)

15    *BY MR. MORRIS*:

16    *Q.*  So, what is that?

17    *A.*  That is a DVD that comes within the retail package.

18         *THE COURT:*  To buy Windows XP?

19         *THE WITNESS:*  To buy Windows 7, Your Honor.

20         *THE COURT:*  Is that the newest?

21         *THE WITNESS:*  No, Windows 10 is the newest.

22         *THE COURT:*  Okay, I am behind on it.  The disc serves

23    two purposes, to install, and remains as your recovery disc as

24    well.

25         I will tell you that in the middle of this morning's

1    testimony, Dell closed down my computer, I finally got it back

2    on.  It is not Windows 7.

3           THE WITNESS:  Never is, Your Honor.

4           MR. MORRIS:  At least Microsoft didn't do it.

5    BY MR. MORRIS:

6    Q.  Explain the security features you see on that that is not

7    present on the recovery disc.

8    A.  The outside feature is called Edge to Edge, a proprietary

9    technology that is part of the disc manufacturing process and

10   intended to make the disc hard to replicate.

11          THE COURT:  So I understand, this is the disc that I

12   would purchase if I walked into Best Buy buying it at retail?

13          THE WITNESS:  That is correct.

14          THE COURT:  Help me out.  Why is that relevant to

15   anything we are talking about?

16          MR. MORRIS:  Let me ask the question.

17          THE COURT:  All right.

18   BY MR. MORRIS:

19   Q.  Is the software, the operating system for the Windows 7,

20   that disc the same software that is present on the Dell

21   recovery disc?

22   A.  In terms of the Microsoft software, yes.

23   Q.  In terms of the Microsoft software?

24   A.  Yes.

25   Q.  It is the same?

1   *A.*   Yes.

2   *Q.*   Indistinguishable?

3   *A.*   It would look the same.

4   *Q.*   And perform the same?

5   *A.*   It may not have the Dell branding but --

6   *Q.*   The Microsoft software image is the same as what you get on

7   that?

8   *A.*   Originated from the same software.

9   *Q.*   It is the same software?

10  *A.*   It is the same software.

11          *MR. MORRIS:*  Your Honor, I will pass this up.

12          *THE COURT:*  Thank you, all right.

13          *MR. MORRIS:*  Now, I understand there are some

14  objections to my next exhibit.  This is Exhibit 23.

15  *BY MR. MORRIS*:

16  *Q.*   Showing you Government Exhibit 23.

17  *A.*   This is a copy of Windows Professional 10, the latest

18  version sold through the distribution channel for small system

19  builders.

20  *Q.*   Do you recognize it?

21  *A.*   I do, this is a sample I have in my possession.

22          *MR. MORRIS:*  The Government offers Exhibit 23 into

23  evidence.

24          *THE COURT:*  Any objection to the receipt of 23?

25          *MS. GOLDER:*  The objection is relevance, Judge, we are

```
 1    not dealing with Windows 10 in this case.

 2              THE COURT:  All right.  Response.

 3              MR. MORRIS:  As a result of the piracy that has been

 4    taking place with respect to recovery discs and software discs

 5    in general, they have to create additional security features to

 6    get around all of the security features we saw today to improve

 7    it.

 8              THE COURT:  One would understand this, as Mr. McGloin

 9    said, this is a -- piracy is tremendous for Microsoft.

10              I sustain the objection, this is irrelevant.  I

11    sustain the objection to Government Exhibit 23.

12    BY MR. MORRIS:

13    Q.  Now, as we mentioned before, the loss to Microsoft as a

14    result of people pirating the software, what -- how many

15    different ways does it result in harms to Microsoft?

16    A.  The primary --

17              MS. GOLDER:  Objection, relevance.

18              THE COURT:  I will overrule that objection, I will

19    permit it.

20              THE WITNESS:  One impact is loss of revenue.  Number

21    two, in some cases, it -- counterfeit software would contain

22    viruses or malware and do bad things to end users, and leaves

23    customers with an experience that it may not function correctly

24    or --

25              THE COURT:  Diminishment of the reputation.
```

```
 1              THE WITNESS:  Diminishment of the brand and
 2   reputation.
 3   BY MR. MORRIS:
 4   Q.  Just this week there was a major hack of Microsoft
 5   software?
 6              MS. GOLDER:  Objection, relevance.
 7              THE COURT:  Sustained.
 8   BY MR. MORRIS:
 9   Q.  Everything that Microsoft is protecting, IP, brand,
10   reputation?
11   A.  Correct.
12   Q.  That is the purpose of it?
13   A.  Correct.
14              MR. MORRIS:  No further questions.
15              THE COURT:  Cross-examination, Mr. Reinhart.
16              THE COURT:  Let me help you out if I might.  I will
17   reconsider my ruling, that is as to 24.  I am going to sustain
18   my ruling and sustain the objection to Government's Exhibit 24.
19              MR. REINHART:  Okay.  I was going to ask a question,
20   that is okay.
21                        CROSS-EXAMINATION
22   BY MR. REINHART:
23   Q.  Mr. McGloin, do you remember Government Exhibit 14, the
24   imprint you did from the disc on the Lenovo computer?
25   A.  Yes.
```

1    Q.  That was an XP install -- no, it was Exhibit 13.  Exhibit

2    13 was an XP install on to a Compaq Presario?

3    A.  Correct.

4    Q.  Your testimony was -- I will circle back to this later, but

5    your testimony was, ultimately, you were able to install the

6    demonstration mode of XP on to the reinstallation disc?

7    A.  No, it was not the demonstration mode.

8    Q.  I thought you said what you installed was a demo mode that

9    had 30 days activation.

10   A.  It was a functional operating system that was required --

11   or required activation within 30 days.

12   Q.  What was actually up and running on the computer, based on

13   what you did, was not the full version of Windows XP, was it?

14   A.  It was the full version.

15   Q.  Did it have all of the functionalities of Windows 7?

16   A.  Windows XP.

17   Q.  So I could get security upgrades?

18   A.  No.

19   Q.  I could get service from Microsoft?

20   A.  No.

21   Q.  It didn't have all the same things I would get if I paid

22   2.99, 18 or $6 to get the retail version?

23   A.  They are add ons, they don't come with the disc.  If they

24   are added on services they are enabled afterwards.

25   Q.  You couldn't avail of that?

```
 1    A.   Correct.

 2    Q.   Because you didn't have a product key?

 3    A.   Correct.

 4    Q.   Without the product key you do not get the full value of

 5    the software?

 6    A.   You do not get additional services.

 7    Q.   I don't get the full value of the software, correct?

 8         THE COURT:   You are arguing over semantics, let's go

 9    ahead.   I understand the point you are making.

10    BY MR. REINHART:

11    Q.   I will come back to that.

12         Let me go back to some principles you talked about, and I

13    want to be sure I am following correctly.

14         If I understand, Mr. McGloin, when we were talking about a

15    purchase, I am going to use -- I can understand better if I

16    give you hypotheticals.   If it is okay, walk through the

17    hypotheticals with me.

18         I decide I am going to buy a Dell laptop computer with XP

19    on it.   Going back to 2008 or 9, I buy a Dell laptop computer

20    with XP pre-installed.

21    A.   Okay.

22    Q.   And with that I get a restore solution.

23    A.   Yes.

24    Q.   That is either -- a separate disc, correct?

25    A.   Could be.
```

1    *Q.*  Or it could be pre-installed on a partition on the hard

2    drive; is that correct?

3    *A.*  That is correct, another option.

4    *Q.*  Do you know back in 2008, 9, 10, how Windows XP restore was

5    put on the Dell?

6         *MR. MORRIS:*  Objection, that is not the time frame on

7    the indictment.

8         *THE COURT:*  What is the time frame?

9         *MR. REINHART:*  Up to 2010, and 11.

10        *THE COURT:*  All right.  Go ahead.

11   *BY MR. REINHART:*

12   *Q.*  Do you know whether Dell installed the restore solution

13   onto the hard drive of the computers in addition to providing

14   reinstallation discs back in 2010, 11?

15   *A.*  Based on my experience, you never do both, one or the

16   other, and the sample I provided today is the disc solution.

17   Based on that, it would be the disc solution.

18   *Q.*  But one way or another, you got a solution?

19   *A.*  Correct.

20   *Q.*  Back to my hypothetical.

21        I bought a Dell computer with Windows XP on it, and I have

22   my restore CD.  I now want to upgrade my hard drive.  Okay?

23        I take out the hard drive, which means all the software

24   went away, put a blank hard drive in and use my reinstall disc

25   to reinstall Windows XP.  Any problem?

1   A.  No problem.

2   Q.  Didn't cost Microsoft a dime?

3   A.  No.

4   Q.  I paid for the XP license when I bought the computer from

5   Dell?

6   A.  You are allowed to do that.

7   Q.  Okay.  Let's say I lost that disc and I go to Dell and say

8   I lost my disc, and they sent me a new one and I reinstall

9   that.  Any problem?

10  A.  No.  That is provided for.

11  Q.  Microsoft hasn't lost any money under that scenario?

12  A.  Correct.

13  Q.  I give the computer to my son, who takes it to college and

14  decides to upgrade the hard drive again.  He takes out the hard

15  drive, puts in a blank hard drive and uses a reinstall disc to

16  reinstall the XP.  Any problem?

17  A.  If it is the original device?

18  Q.  Either the one that accompanied the device or the one I got

19  from Dell.

20  A.  Yes.

21  Q.  No problem with that?

22  A.  No problem.

23  Q.  I have two sons, so I do that twice.

24  A.  Do what?

25  Q.  Two Dell laptops, two separate reinstall discs and give it

1    to my children.

2    *A.*  Providing original software, no problem.

3    *Q.*  I am using authentic reinstallation solution I got when I

4    bought the computer or bought directly from Dell.

5    *A.*  Okay.

6    *Q.*  Same computer, and instead of giving it to my children, I

7    sell it to my neighbor, and he installs the disc.  Any problem?

8    *A.*  As long as it is the original, no problem.

9    *Q.*  Either it is the reinstallation disc in the box or the

10   reinstall from Dell?

11   *A.*  I believe no problem, and he is the end user, no problem.

12   *Q.*  Because I think you said the Microsoft license, the license

13   for Microsoft XP travels with that box whoever owns it?

14   *A.*  Yes, travels with the box.

15   *Q.*  In perpetuity?

16   *A.*  In perpetuity.

17   *Q.*  Unless the person who is in possession of the box swaps out

18   the mother board or processor, it doesn't matter if that is

19   sold to one end user or 17 end users?

20   *A.*  Correct.

21   *Q.*  The 17 end users can get an XP reinstall and wipe the hard

22   drive and reinstall?

23   *A.*  Yes.

24   *Q.*  Coming back to me, I want to -- I see I could make some

25   money, so now I buy ten of these with the original

Pauline A. Stipes, Official Federal Reporter

1  reinstallation disc in it and resell it to ten people and

2  they -- I reinstall the software and sell it to ten people.  Is

3  that a problem?

4  A.  If each of the devices have the original, no problem.

5  Q.  No financial loss because Microsoft got paid when I

6  originally bought those computers, right?

7  A.  Yes.

8  Q.  You don't charge twice for the same thing, do you?

9  A.  No.

10  Q.  How about I do a thousand of them, same scenario, a

11  thousand of them used, got the reinstallation disc in the box,

12  wipe the hard drives, reinstall from the authentic

13  reinstallation disc and sell it to a thousand people; any

14  problem?

15  A.  No.

16  Q.  I am effectively now a refurbisher?

17  A.  Yes.

18  Q.  I am not part of the Microsoft refurbishing program, am I?

19  A.  No.

20  Q.  I could do what I did?

21  A.  Yes.

22  Q.  I could do it a hundred times as long as I get the original

23  computer, Dell XP, and I buy it from Dell or get it out of the

24  box?

25  A.  If you are still the end user of the device, or deemed to

Pauline A. Stipes, Official Federal Reporter

1    be the end user, you can do that.

2    Q.   The only way I cease to be the end user is if we change the

3    mother board or processor, correct?

4    A.   That is more to do with the computer, deemed to have

5    changed computer, it is a new computer which you place the

6    mother board in, which is the heart.

7    Q.   As long as the person has been deemed to be an end user,

8    why would you not be an end user?

9    A.   If you did it on a commercial basis and not using it

10   yourself, you're not deemed to be the end user.

11   Q.   You are doing what on a commercial basis?

12   A.   Just purchasing software from reinstalled discs.

13   Q.   No, what I am talking about, I am buying computers -- I

14   will use the example I used earlier.

15       I to go American Airlines and say I will buy 40,000.  You

16   made a buy of 40,000 Dell Windows XP computers, they are

17   obsolete, I will buy them all.  Give me the 40,000

18   reinstallation discs, I will wipe all the hard drives,

19   reinstall the XP and -- I can do that?

20   A.   Yes.

21   Q.   I do not have to join the Microsoft registered refurbisher

22   program?

23   A.   You do not.

24   Q.   Only if --

25   A.   You could do what you said you are doing even if you are

Pauline A. Stipes, Official Federal Reporter

```
 1    part of the program.
 2    Q.  I want to come back to the refurbisher program in a second.
 3    So -- I will leave that for the time being.
 4         So let's go back, I want to sort of walk through a little
 5    bit with you from the beginning.
 6         So, when I buy -- I will switch away from laptops.
 7         I buy a Microsoft XP desk top computer.
 8    A.  Uh-hum.
 9    Q.  That comes pre-installed with Microsoft XP?
10         You have to say yes or no.  Do not nod your head,
11    Mrs. Stipes will get mad at you.
12    A.  Sorry.  Yes.
13    Q.  I think you testified about the BIOS, the basic input,
14    output system?
15    A.  That is right.
16    Q.  That is the hardware that is in the hard board?
17    A.  It runs the mother board.
18    Q.  The lowest level of software?
19    A.  Correct.
20    Q.  And I think you talked about -- I forgot what the program
21    was called, but you will help me out on that.
22         In the BIOS on the Dell computer, it will say to the right,
23    question, this is a Dell computer, right?
24    A.  In some cases it will.  We haven't set that up like that.
25    Q.  It will say this is a Dell computer that came with original
```

Pauline A. Stipes, Official Federal Reporter

1    XP installed?

2    A.   I can't give that you information.

3    Q.   Okay.  So you talked about the -- are you familiar with the

4    term SLP?

5    A.   Yes, I am.

6    Q.   What is an SLP?

7    A.   System look pre-install.

8    Q.   Could you tell me what that is?

9    A.   Bypass activation technology that I talked about earlier.

10   Q.   Refresh my memory, when you use the term the "bypass

11   technology", it is the portion of the BIOS that would check to

12   see whether the operating system I am trying to install has

13   been paid for or authorized?

14   A.   It is a handshake between the BIOS and the hard drive or

15   the software to verify that it is genuine for activation.

16   Q.   That is my question, if I buy a Dell computer, that

17   handshake, what is the BIOS looking for?  Is it looking for a

18   disc saying hi, I am a Windows XP disc, hi, I'm a Microsoft

19   disc?  What is that looking for?

20   A.   It is a digitally signed certificate on the disc and the

21   marker in the BIOS, the software would look for the presence of

22   both, use a private key encryption, and part of the process is

23   to verify that certificate or digital signature is correct and

24   it is a genuine relationship.

25   Q.   What is it trying to authenticate, I am trying to install

1    Windows XP on a Windows XP to see that it is a Dell disc?

2    A.  It is looking to say that this is a Windows XP, verifying

3    the edition, XP machine, and it is a Dell disc trying to

4    install on the Dell device.

5    Q.  So Dell to Dell, XP to XP?

6    A.  Yes.

7    Q.  So, if I wipe my hard drive and took a Windows 7, which is

8    a later version, and put that reinstallation disc into my

9    computer, the handshake wouldn't occur properly, correct?

10   A.  It would occur because the -- the media side or software

11   side, you have it on the disc, and the BIOS is still intact.

12   The handshake would happen.

13   Q.  The handshake would happen, but I am not trying to install

14   Windows 7 software on to a machine that originally came with

15   Windows XP?

16   A.  Windows 7 to a machine --

17   Q.  That originally came --

18   A.  That handshake wouldn't work.

19   Q.  The machine wouldn't allow me to do that unless I had a

20   product key?

21   A.  The machine would not use the activation technology, it

22   would go to the next activation.  There is a hierarchy, and if

23   it doesn't find that, it goes to product key activation.

24   Essentially, you type in the code into the prompt to activate.

25   Q.  Let me go back a step.

```
 1        If I put an XP disc into a machine it will behind the

 2   scenes do that handshake, recognize it as an XP disc,

 3   authenticate the XP software and fully install it and I am good

 4   to go?

 5   A.  If that is supplied by the manufacturer and that is the

 6   same model that was put onto it, the handshake would happen.

 7   Q.  Just to simplify things, unless I say to you otherwise, if

 8   I am talking about installing a disc, assume it is the original

 9   disc from the manufacturer.

10   A.  Sure.

11   Q.  The XP would be good to go?

12   A.  Correct.

13   Q.  Somewhere on my device there is going to be a label, COA,

14   that has a product key on it?

15   A.  Correct.

16   Q.  Which I could theoretically use if I were dishonest to

17   install on another machine?

18   A.  Yes.

19   Q.  If I did that, I could not use that product key because it

20   would be a consumed product key?

21   A.  It would be a consumed product key, but there are

22   allowances that would allow a number of reattempts or

23   reactivations.

24   Q.  Usually three?

25   A.  I can't remember the settings for XP.
```

1    *Q.*  Fair enough.  Back to my other hypothetical.

2         Instead of XP, I want to make my computer better, I want a

3    reinstallation disc for 7.

4    *A.*  Yes.

5    *Q.*  The machine would not let me do that because I didn't put

6    in the product key?

7    *A.*  There would not be a handshake, you have to have a product

8    key.

9    *Q.*  I would have had to pay Microsoft to get that product key?

10   *A.*  You could purchase it through different ways, it would have

11   to be a genuine key.

12   *Q.*  Microsoft is getting money in its pocket because I am

13   getting Windows 7?

14   *A.*  Yes, the newest and greatest.

15   *Q.*  We have Best Buy, and the money flows down?

16   *A.*  Yes.

17   *Q.*  And the example you gave us here is the flip side of that,

18   which is I take -- well, I take an XP disc that is designed for

19   Dell and I try to put it on to a Lenovo or Compaq or an HP

20   computer.  That shouldn't work, should it?

21   *A.*  It would install, but it should never do the handshake that

22   we talked about.

23   *Q.*  And in fact, it didn't do the handshake in the two examples

24   you did?

25   *A.*  It appears to not.

1   Q.  At some point, it asked for a product key?

2   A.  It didn't ask for a product key at any point through the

3   installation, which I would have expected that, but it did show

4   that the license was not active.

5   Q.  In order for you to get the full functionality use of the

6   internet and everything else, you would need a product key?

7   A.  You could still use the internet, you could still access

8   the internet on a nonactivated machine, and the anti-virus

9   program -- you don't get the additional services of an upgrade

10  or a patch.

11  Q.  If there is a security risk and you don't get the patch

12  there could be a serious problem?

13  A.  Correct, which we saw this week.

14  Q.  I am obligated to activate the key within 30 days; is that

15  correct?

16  A.  That is the request.

17  Q.  It is a term of the end user licensing agreement, isn't it?

18  A.  It's copyrighted and I imagine it is.  I don't know

19  copyright in detail.

20          MR. REINHART:  I will mark this Exhibit 1.

21          MR. MORRIS:  Your Honor, may I see that?

22          MR. REINHART:  I apologize, Your Honor, I only have

23  two copies.

24  BY MR. REINHART:

25  Q.  While Mr. Morris is looking at this, I will ask you:

```
 1        The independent user has a contract with the person buying
 2   the software?
 3   A.  Yes.
 4   Q.  The person buying the software says I will comply with the
 5   end user license agreement?
 6   A.  Yes.
 7   Q.  You can't copy the software and sell it to a third party?
 8   A.  Correct.
 9   Q.  And there are other obligations?
10   A.  Correct.
11   Q.  In the end user license agreement it says the software
12   license travels with this physical computer in perpetuity,
13   right?
14   A.  I believe so.  I haven't read it in detail.
15   Q.  You testified earlier that is a fact.  I am assuming that
16   is a fact you are aware of based on Microsoft's agreement with
17   who buys the software?
18   A.  That is the license agreement.
19   Q.  Let me show you what I have marked Defendant's 1.
20        If you'd look at that paragraph there?
21   A.  Uh-hum.
22   Q.  Do you recognize that to be the Microsoft Windows XP home
23   edition end user license agreement?
24   A.  I haven't read it in detail, I can't say definitively.
25   Q.  If you'd look at the one paragraph, mandatory activation,
```

1    see if it refreshes your recollection that Microsoft requires a

2    person to activate their software within 30 days.

3    A.  It states that the license rights -- it states that the

4    license rights granted under this ULA agreement will activate

5    30 days after you -- (reading) license copy in the manner

6    described during the setup sequence unless manufacturer

7    activated it for you.

8    Q.  In the situation where you installed Windows XP on this, it

9    was on the Lenovo computer, you have 30 days under the contract

10   to put in a product code, right?

11   A.  That is what the agreement that you accept states.

12   Q.  But when you buy exhibit -- what was formerly Exhibit 23,

13   Windows 7, retail and you activate it, when you activate it,

14   you have it forever?

15   A.  You accept the same ULA agreement, and you accept the ULA

16   terms.

17   Q.  In both cases you need to purchase the product key from

18   Microsoft in order to lawfully use the Microsoft software?

19   A.  You need to use the genuine product you obtained, directly

20   or indirectly, to activate it.

21        MR. MORRIS:  Your Honor, what was that exhibit that

22   Mr. Reinhart was referring to?  What was the number?

23        MR. REINHART:  1.

24   BY MR. REINHART:

25   Q.  The point of that is, it prevents someone who hasn't paid

1    for the software from using the software?

2    A.   That is the premise, yes.

3    Q.   That is the whole purpose of the product key, correct?

4    A.   The product key is verification, if you like, of the

5    genuine license installed.

6    Q.   If I have a valid product key, it means I paid Microsoft

7    for the right to have this software?

8    A.   You can demonstrate to Microsoft you have a genuine copy

9    and you are in possession of that, and the activation is a

10   phone home handshake.

11   Q.   If I haven't paid Microsoft to get that product key, if all

12   of your measures work correctly, I can't ever use your

13   operating system?

14   A.   It will actually allow you to use this, despite what it

15   says.  It doesn't completely shut down or prevent you from

16   using it.

17   Q.   The idea is that your software -- I should not be able to

18   use Microsoft's software unless I have properly purchased a

19   product key so that Microsoft got revenue for the software I

20   use?

21   A.   That is the theory behind this.  In practice, we let you

22   use this until we supply you with a genuine key.

23        There are genuine cases where a customer may have a problem

24   with activation, we don't want to shut down the operability of

25   the device.

1    Q.   You give them 30 days to get it fixed?

2    A.   We give them 30 days to utilize the installment process.

3    Q.   Now, I think you testified about certified -- so many

4    different -- people who burn the discs for Dell?

5    A.   Well, the actual replica, the CD, DVD replicators, they

6    work with authorized replicators.

7    Q.   I am Dell, I am an OEM.  I am going to need a supply of

8    reinstallation discs back in 2010, 11 and 12.

9    A.   Right.

10   Q.   What you are telling me is, Microsoft's agreement with Dell

11   is, Dell can only get those through a vendor that Microsoft has

12   approved?

13   A.   Correct, that Microsoft has an agreement with.

14   Q.   So, Dell acquires those from the replicator?

15   A.   That is correct, for purchase.

16   Q.   Microsoft doesn't get any money for that?

17   A.   No.

18   Q.   Microsoft doesn't incur any cost for that?

19   A.   No.

20   Q.   Whether Dell wants a hundred thousand reinstall discs or

21   ten, Microsoft has no interest in that?

22   A.   Correct.

23   Q.   If Dell says we will give them away for free, or $25 for

24   them, it has no revenue effect on Microsoft?

25   A.   Well, there are limitations in terms of the give-away for

1    free or charging $25.

2    Q.  Explain that to me.

3    A.  They can't give them away and sell them off the back, and

4    put them on a broker site.

5    Q.  Fair enough.  My question was imprecise.

6         What I mean is, if someone can call up and prove to us that

7    they are a legitimate Dell end user, we give it to them for

8    free as opposed to charging them $25 or $50?

9    A.  That is up to them whether they want to give it free or

10   charge $25.

11   Q.  There is no impact financially on Microsoft one way or the

12   other in terms of what Dell does?

13   A.  In terms of that scenario, correct.

14   Q.  Because Microsoft -- as long as the owner, end user, as

15   long as someone in the life of the computer purchased the COA,

16   Microsoft got paid for the software?

17   A.  As long as the computer originally had a genuine license

18   installed, and you can demonstrate and provide evidence, you

19   can get a replacement disc.

20   Q.  Okay.  As you sit here today, you have no idea what, if

21   anything, Dell charges for providing a reinstallation disc to

22   an authorized user?

23   A.  I can't tell you precisely, I have a figure of $25 in my

24   head.

25   Q.  That is a Dell -- you think Dell charges for a

1    reinstallation disc to someone who has a Dell computer?

2    A.  They changed the model to provide the disc with the device

3    and not -- and if someone says, hey, I need a recovery disc,

4    they were charging more.  That happened later in life.

5    Q.  If we focus on the period 2011, 2012, you don't know, do

6    you?

7    A.  I don't know.

8    Q.  Can we go back and talk more about the refurbisher market?

9    A.  Okay.

10   Q.  I think we talked about earlier, there are refurbishers out

11   there who have no contractual relationship with Microsoft,

12   correct?

13   A.  Correct.

14   Q.  As long as they are using reinstallation discs lawfully

15   obtained by the then end user, they can use that disc to

16   install an operating system and resell that computer, and

17   Microsoft has no involvement in that process?

18   A.  Correct.

19   Q.  When you were testifying about things that refurbishers can

20   do and can't do, and allowed and not allowed, you are talking

21   about refurbishers who entered into a contract with Microsoft

22   in relation to the refurbisher program?

23   A.  Not specifically, I was talking about the type of license

24   on that device and the limitations on that license in the hands

25   of anyone, including the refurbisher.

1   Q.   There are more restrictions on the Microsoft registered

2   refurbisher than there are with someone who does not have the

3   license?

4   A.   There are -- whether you view that as a restriction or

5   not --

6   Q.   The scenario I just described to you where the ultimate

7   refurbisher is an end user and reinstalls the original

8   software, you can't do that if you are in the MRR program?

9   A.   You can.

10   Q.   You have to pay Microsoft for another COA, don't you?

11   A.   You do not.

12   Q.   What is it that the people in the Microsoft refurbisher

13   program that people not in that program have to do?

14   A.   If you purchase 10,000 devices from American Airlines and

15   don't have the software, the refurbisher program allows you to

16   purchase a new relicensing at a reduced rate.

17   Q.   So, if I am in the MRR program and I can get from Dell --

18   because I am the end user and in lawful possession of that, if

19   I go to Dell and say give me the reinstallation disc, I don't

20   have to pay Microsoft anything extra?

21   A.   No.

22   Q.   Microsoft stopped making Windows XP in or about 2007 or 8,

23   correct?

24   A.   I believe Microsoft stopped shipping it through the OEM

25   channel in terms of OEM's being able to pre-install in devices,

1    somewhere around that period, I can't be entirely sure.

2    Q.  Assume it was 2008.  In 2011 or 12, that would be two year

3    old or three year old software?

4    A.  Yes.

5    Q.  When did Windows 7 roll out?

6    A.  Windows 7 launched in, I believe 2009, sometime in the

7    fall.

8    Q.  And what was the successor to Windows 7?

9    A.  Windows 8 was the successor.

10   Q.  When did that launch?

11   A.  October 2012.

12   Q.  I think you testified earlier that Microsoft doesn't

13   require the OEM or the refurbisher to include an actual

14   reinstallation disc any longer, you just have to provide a

15   solution one way or the other?

16   A.  Which is always the occasion with the license, provide a

17   recovery solution.

18   Q.  Today, is the disc not the primary recovery solution?

19   A.  It is still --

20        MR. MORRIS:  Objection, relevance.

21        THE COURT:  Sustained.

22   BY MR. REINHART:

23   Q.  Are you aware whether other marketing platforms like Ebay

24   or Amazon require refurbishers or resellers to include a

25   physical disc when they resell --

1          *MR. MORRIS:*  Objection, irrelevant.

2          *THE COURT:*  I will permit it.  You may answer the

3     question if you know it.

4          *THE WITNESS:*  I am not aware of any requirements put

5     in place by anyone else.

6     *BY MR. REINHART:*

7     *Q.*  Okay.  By the way, do you know what percentage of

8     refurbishers in the marketplace are Microsoft registered

9     refurbishers?

10    *A.*  I don't have a number, sorry.

11    *Q.*  If I understand your testimony, then, you really can't

12    use -- if everything works correctly, you can't use a

13    reinstallation CD or DVD to upgrade your operating system?

14    *A.*  Um—m—m —

15    *Q.*  Unless you purchase a new product key or COA?

16    *A.*  Unless you install the -- it lets you install, but prompts

17    you to the activation.

18    *Q.*  Have you done a comprehensive study whether reinstallation

19    discs as a general matter can be reinstalled like that?

20    *A.*  I have only done the five or six that I have done in my

21    experience.

22    *Q.*  Generally speaking, they should not.

23         If I have a Windows XP computer and I want to upgrade it to

24    8, and I get a Windows 8 reinstallation disc somehow, and I try

25    to upgrade that, it shouldn't work unless I get a new product

Pauline A. Stipes, Official Federal Reporter

1    key from Microsoft for Windows 8, correct?

2    *A.* As I said, it will install the software, but will not be

3    activate until you get a new --

4    *Q.* Do you know whether it will activate?

5    *A.* I know for a fact, I have done it myself, providing the

6    hardware it is capable of running in terms of the

7    specifications, you can install Windows 8 on top of Windows 7.

8    *Q.* Using reinstallation?

9    *A.* Reinstallation and you get the same activating prompts.

10    *Q.* You get basically 30 days of free Windows 8?

11    *A.* You get 30 days of operating nonactivated.

12    *Q.* Okay.

13        *MR. REINHART:* Sorry, Judge, just checking.

14    *BY MR. REINHART:*

15    *Q.* Let me, if I could, go back with you -- let's go back and

16    walk through this one more time.

17        Exhibit 13, do you have that in front of you?

18    *A.* I don't.

19    *Q.* We'll do 14 while he is looking for 13.

20        *MR. REINHART:* Does Your Honor have a copy?

21        *THE COURT:* I do.

22    *BY MR. REINHART:*

23    *Q.* Start on page one of Exhibit 14.

24    *A.* Yes.

25    *Q.* At the bottom, you inserted the DVD, I think you said --

1    was there a hard drive -- what was the status of the hard drive

2    on this Lenovo tablet when you were running this test?

3    A.  This was running 8.1.

4    Q.  There was a hard drive in it with an existing hard drive

5    system up and running?

6    A.  That is right.

7    Q.  When you installed this disc, and we are going through the

8    process, is the machine running off of the disc or off the

9    existing software on the machine?

10   A.  In step one, what I was doing in terms of the clean

11   install, I booted from the disc, which means the machine is

12   running from the disc.

13   Q.  So, Windows 8 that is on there may as well not be on there?

14   A.  Correct.

15   Q.  The disc, between step two and three, is that when it is

16   trying to make that handshake?

17   A.  Between step one and step two.

18   Q.  Okay.  It tried to make the handshake and it didn't work,

19   then the system defaults to the next level of authentication?

20   A.  Correct.

21   Q.  That is when it asks for a product key?

22   A.  Yes, it would ask for a product key, except in this case it

23   didn't ask for a product key.

24   Q.  I am confused because the screen you are showing me, the

25   Windows Professional product key you typed is invalid for

1    installation?

2    A.  I did not type the key, and that is when in step three you

3    could enter the device and enter the status, and that is the

4    step I took after the installation process.

5    Q.  Someone or something attempted to input a product key as

6    part of that process?

7    A.  I can't answer what happened.  It is unexpected.

8    Q.  But is it possible, then, what the machine reflected as a

9    failed attempt to input the product key is the fact that the

10   handshake wouldn't go through?

11   A.  I can't answer exactly what happened without further

12   investigation.

13   Q.  Okay.  And then, let's jump all the way down to five, if

14   you would?

15   A.  Uh-hum.

16   Q.  So, even though the disc booted up, it erases Windows 8,

17   correct, as part of the install?

18   A.  With Windows 7 it created -- it works differently on XP, it

19   creates an old folder, keeps a lot of the old files, doesn't

20   reformat it completely.  With Windows 8 it completely wipes it.

21   Q.  So when you get to step five, and the computer is trying to

22   connect to the internet through the port on the computer, it

23   does not recognize that port?

24   A.  Correct.

25   Q.  Because it is lacking a driver?

1    A.   Correct.

2    Q.   It is a utility that allows the mother board to recognize

3    this?

4    A.   Correct.

5    Q.   You might have a drive for the video card or the audio

6    card?

7    A.   Most of the hardware you have a --

8    Q.   Does Microsoft come equipped with most of the drivers?

9    A.   Some of the drivers, because there are lots of different

10   manufacturers of different hardware components.  At the time of

11   launch, Microsoft tries to include most of the drivers, but

12   doesn't contain everything.  Any new driver post launch won't

13   be in the software, so you need to go and get it.

14   Q.   That is what you did?

15   A.   That is what I did.

16   Q.   It allowed you to talk to the internet and got you on to

17   the internet?

18   A.   Right.

19   Q.   That is when it asked you to put in the product key?

20   A.   It did not ask me, I took the proactive step to enter a new

21   product key field to enter a product key.  It did not prompt me

22   to do that.

23   Q.   Was this a demo model that would have asked you and you

24   didn't wait long enough?  Why did it not ask you for a product

25   key?

1    *A.*   I have no understanding why it has done that.

2    *Q.*   Other than you are trying to run a Dell disc on a Lenovo

3    system, it might have done strange things?

4    *A.*   I can't answer that.

5    *Q.*   The product key you put in was a product key that somebody

6    paid Microsoft for when the Lenovo device was purchased?

7    *A.*   Yes, it was my old work device.

8    *Q.*   At the end of the day, was the software that Microsoft had

9    been paid for?

10          *MR. MORRIS:*  Objection.

11          *THE COURT:*  Basis.

12          *MR. MORRIS:*   The relevance of that --

13          *THE COURT:*   What is the legal objection?

14          *MR. MORRIS:*   Relevance.

15          *THE COURT:*   I will permit it.  You may answer the

16   question.

17          *THE WITNESS:*   The software I put on here was not

18   obtained through --

19   *BY MR. REINHART:*

20   *Q.*   Microsoft got paid for the Windows 7 software?

21   *A.*   Not that copy of it.

22   *Q.*   The copy could not be made fully operational without the

23   product key?

24   *A.*   It installed the software, I am able to use it, I could

25   connect to the internet, I could continue to use it.

1    *Q.*  It is not equivalent to the software you sell for $295?

2    *A.*  Same functionality in terms of the software.

3         *MR. REINHART:*  One moment, Your Honor.

4         *THE COURT:*  Surely.

5    *BY MR. REINHART:*

6    *Q.*  Just to be clear, your total experience with trying to use

7    an installation disc from OEM number one on a machine

8    manufactured by OEM two is five times?

9    *A.*  Somewhere in that region, yes.

10        *MR. REINHART:*  That is all.

11        *THE COURT:*  Ms. Golder.

12        *MS. GOLDER:*  Just a couple.

13                    **CROSS-EXAMINATION**

14   *BY MS. GOLDER:*

15   *Q.*  Good afternoon, Mr. McGloin?

16   *A.*  It is indeed.  Good afternoon.

17   *Q.*  The discs in this case, you have no idea what they were

18   going to be used for?

19   *A.*  Correct.

20   *Q.*  That is correct.  You don't know who they were being sold

21   to, correct?

22   *A.*  Correct.

23   *Q.*  Let's talk about these discs.

24       If somebody put them in a box with a computer that had an

25   authentic, valid COA from Microsoft for that particular

```
1   software, that certificate of authenticity, that license for
2   the software travels with the computer, correct?
3   A.  The certificate of authenticity is not the license, it is
4   proof of license.  The original software in the device is the
5   licensed copy of that software, the certificate of authenticity
6   proved that license.  If you remove the original software
7   installed, you effectively don't have that original copy.
8   Q.  Yes, but you still have the license for that software?
9   A.  You have proof of license for the software that you don't
10  actually have any more.
11  Q.  But you paid for that software, correct?
12  A.  At some point, somebody paid for the software on the
13  device.  If the software is gone from the device, you lose the
14  software.
15  Q.  Are you telling me I buy legitimate -- I buy legitimate
16  software, and say lightning strikes and everything is wiped out
17  on my hard drive, I don't have the original software, now you
18  are telling me Microsoft wants me to go and pay for software I
19  already paid for?
20          THE COURT:  Is that true, or can you go and say I have
21  a machine and I want a second reinstallation disc for free?
22          THE WITNESS:  If the OEM was willing to provide you
23  that, yes.
24          THE COURT:  Assuming you could prove that you have the
25  original machine, and you lost the reinstallation disc?
```

Pauline A. Stipes, Official Federal Reporter

 1                 THE WITNESS:  Yes.

 2                 THE COURT:  So you get it free from Microsoft?

 3                 THE WITNESS:  Or the OEM.

 4                 THE COURT:  From Dell?

 5                 THE WITNESS:  Yes.

 6     BY MS. GOLDER:

 7     Q.  What you need to get are the numbers that appear on the

 8     COA?

 9     A.  Most OEM's use the serial number, and you have to provide

10     the serial number from the device and they will be able to

11     check their systems and say, yes, we recognize that serial

12     number, it was installed with the software you are requesting.

13     Q.  You don't even need the COA, right?

14     A.  Not for that particular step.

15     Q.  Okay.  So -- and, of course, that software, the right to

16     use that software travels with that computer in perpetuity,

17     right?

18     A.  The license travels with the computer in perpetuity.

19     Q.  Okay.  So, if something happens to that computer and the

20     software disappears, as somebody who owns that computer and has

21     that license, I have a right to get and reinstall the software

22     that I have a license for on that computer.

23          Am I making sense?

24     A.  If you can go back, you have the right to go back to your

25     OEM and request another copy of the reinstallation disc.  If

```
 1   they are unwilling or can't supply that to you, unfortunately,
 2   you have to purchase a new license.
 3         THE COURT:  Is it your understanding in normal
 4   circumstances they do give the free installation disc?
 5               That is what we are all assuming.
 6         THE WITNESS:  Yes, Your Honor, except today they will
 7   not provide XP any more because it is not an end of life
 8   product for them.
 9         THE COURT:  Okay.
10   BY MS. GOLDER:
11   Q.  The disc that you worked with in this case -- you worked
12   with the discs in this case?
13   A.  Yes.
14   Q.  We are talking about the samples of what was seized in this
15   case?
16   A.  Correct.
17   Q.  To your knowledge, they contained no viruses, correct?
18   A.  I can't answer that, I didn't look for their presence.  I
19   didn't see any, no viruses presented themselves.  I can't
20   categorically state that.
21   Q.  To the best of your knowledge, you did not find any malware
22   on the discs?
23   A.  In the time I went through the process, I did not see
24   evidence of that.
25   Q.  No ransom ware, no viruses, nothing that would do harm that
```

1    you encountered?

2    A.   Nothing that I encountered.

3    Q.   I believe you said during your direct testimony there is

4    really not a market out there for these recovery discs because

5    you can just go get them for free, right?

6         MR. MORRIS:  Objection, form of the question.  When

7    are we talking about?

8         THE COURT:  Give a time frame, counsel.

9         MS. GOLDER:  2011, 2012, which is the time frame for

10   the case.

11        THE WITNESS:  For an end user there is no market, but

12   I believe there is a market for commercial for resale.

13        THE COURT:  Was there a market for counterfeit copies?

14        THE WITNESS:  Absolutely, Your Honor, absolutely, a

15   huge market.

16   BY MS. GOLDER:

17   Q.   The reason was, because refurbishers were required, when

18   they sold a computer, to have some sort of recovery for that

19   computer?

20   A.   Refurbishers want to sell it with an operating system on

21   it.  People don't want to buy a device if you don't have an

22   operating system on it.

23       The proper way, they should have the original software, but

24   there are other ways to get it, to choose another means as a

25   way to legitimize a device with licensed software.

1    Q.  If a device has a legitimate COA, the main market for these

2    recovery discs was to refurbishers because they needed to

3    provide a recovery system when they are selling a computer?

4    A.  For refurbishers to provide it, if they chose to do it,

5    they do that.  It is not the license, it is proof of license.

6    Q.  The XP and Windows 7, in 2011, 2012, that was two to three

7    year old software?

8    A.  Correct.

9    Q.  In fact, in 2012, Microsoft stopped supporting XP

10   altogether?

11   A.  I believe you are right.  We stopped selling it and through

12   the channel, it was continued to be supported until, I believe,

13   2014.  We continued to provide updates and patches to customers

14   until that date.

15   Q.  Right around then it got to be really hard to get ahold of

16   Windows XP, right?

17   A.  I wouldn't agree with that.  I would say there was still a

18   lot of product in stock in the channels, particularly in retail

19   or distribution, they actually stocked up on XP at that time.

20   As they were approaching the end of sales, they bought a lot of

21   it and continued to resell past the end of the sales date.

22   There was a lot of genuine product in the channel.

23   Q.  But once you exhausted that supply, you couldn't get more,

24   right?

25   A.  Correct.

1    *Q.*  Okay.

2         Now, we heard about different editions of Windows, and

3    we've talked about Windows Home versus Windows Pro.

4         Windows Home, those are more solutions that an end user

5    would use?

6    *A.*  It is a consumer market.

7    *Q.*  Windows Pro is an enterprise market?

8    *A.*  Yes, but you could buy Windows Pro for home use.

9    *Q.*  Considerably more expensive?

10   *A.*  Considerably.

11   *Q.*  Maybe three times as much than the home edition?

12   *A.*  I think it was $199 versus $119.  I may not recall that

13   correctly.

14   *Q.*  The main advantage to Windows Pro, it worked with big

15   network systems, correct?

16   *A.*  I believe so.  I can't state the exact differences, but it

17   did have additional functionality over the home version.

18   *Q.*  Okay.

19         *MS. GOLDER:*  No further questions.

20         *THE COURT:*  Thank you.  Anything further, Mr. Morris?

21                    **REDIRECT EXAMINATION**

22   *BY MR. MORRIS:*

23   *Q.*  The example Mr. Reinhart used, Microsoft, he said, was not

24   paid for -- was paid for the software that was loaded onto the

25   Lenovo machine even though you were using a Dell reinstallation

1    disc, and you used the COA from a Lenovo machine, correct?

2    A.  Correct.  I would state that my use of the software was

3    non-genuine in terms of what I did.

4        So, because of that, to do what I did, I should have

5    purchased a new license, so, therefore, I lost the sale of a

6    new genuine copy.

7    Q.  That is the point, you can take the counterfeit disc, load

8    it on a machine that never had a software license for this

9    user, and you can arrive at the same functionality, you could

10   have the same functional operating system even on a different

11   kind of computer?

12   A.  Correct.  You could use it to make the appearance that that

13   was the original software on that computer.

14           MR. MORRIS:  Let me see Defense Exhibit 1.  Can I see

15   that?

16           THE WITNESS:  Yes, here.

17           MR. MORRIS:  Thanks.

18   BY MR. MORRIS:

19   Q.  Tell me if you can read that highlight.  Do you see that?

20   A.  Yes.

21   Q.  So it says -- it says that --

22           MR. REINHART:  Your Honor, technically, this is not in

23   evidence.

24           MR. MORRIS:  I move it into evidence.

25           THE COURT:  What is the exhibit that you are using?

1          *MR. MORRIS:*  Defense Exhibit 1.

2          *THE COURT:*  Any objection?

3          *MR. REINHART:*  No.

4          *THE COURT:*  Defendant's Exhibit 1 in evidence without

5    objection.

6          (Whereupon Defense Exhibit 1 was marked for evidence.)

7    *BY MR. MORRIS:*

8    *Q.*  We talked about software as a component of the computer?

9    *A.*  Right.

10   *Q.*  At the bottom it says you may transfer it, right, but it

11   also says, if you keep going past the highlight, if you

12   transfer -- well, it says if you use -- if you transfer

13   software, including all component parts, upgrade this ULA and

14   certificate.  The recipient agrees with the terms of the ULA,

15   right?

16   *A.*  Correct.

17   *Q.*  It also says as part of that, if you use software that is

18   not genuine, then it completely destroys your license, right?

19   *A.*  I believe it does, yep.

20   *Q.*  Here's what it says, let me show it to you.  Starting right

21   here.  (indicating) Do you see that?

22   *A.*  Yes, I do.

23   *Q.*  Read that.

24   *A.*  "If you are not using a licensed copy of the software you

25   are not allowed to install the software or future software

Pauline A. Stipes, Official Federal Reporter

1   updates.  Microsoft Corporation and its subsidiaries will not

2   collect any personal identifying information from your computer

3   during this process."

4   Q.  Every person who loaded software, if they had legitimate

5   software, they would lose their license, correct?

6   A.  Yes.

7   Q.  There is harm not just to Microsoft, there is harm to the

8   users who think they are buying a genuine article?

9   A.  A legitimate user would think they have a legitimate copy.

10  Q.  And that could be the value to those people of whatever

11  cost for a new license?

12  A.  Correct.

13       MR. REINHART:  Objection, calls for speculation.

14       THE COURT:  I will overrule the objection.  You may

15  proceed.

16  BY MR. MORRIS:

17  Q.  Now, there was a question by Mr. Reinhart regarding

18  upgrading, you could upgrade --

19       THE COURT:  Mr. Morris, could I suggest you really

20  want to draw to a close, we need to stop.

21       MR. MORRIS:  All right.

22       Okay, having said that, I will stop.

23       THE COURT:  All right.  I have one question, though, I

24  would like to ask you, because I am concerned about this.

25       Ms. Golder asked you -- let me back up for a minute.

1          Mr. McGloin, one of the exhibits that you spoke about

2    was Government's Exhibit 18.  You remember that this exhibit

3    was prepared by you, I understand, and set forth the retail

4    price that Microsoft would have paid for the various software

5    programs, XP, Windows 7, Windows 10.

6          Ms. Golder has raised with you the issue that each of

7    these programs, I suppose at some point began to be dated and

8    in anticipation, there would be a new program.

9          Do any of Ms. Golder's questions along those lines, do

10   they in any way change your view as to what was and should be

11   the legitimate retail value that Windows -- that Microsoft

12   ascribed to a particular program?

13         *THE WITNESS:*  No, Your Honor, they don't.

14         *THE COURT:*  So, if you got to the end of XP, and

15   everybody understood Windows 7 was around the corner, is it

16   your testimony that $59 would have been the retail price even

17   at the end of that program's life?

18         *THE WITNESS:*  Yes, Your Honor.  The OEM would have

19   paid that.

20         *THE COURT:*  Assuming it was available for sale, that

21   is what the OEM would have paid?

22         *THE WITNESS:*  Yes.

23         *THE COURT:*  All right.  We need to turn to the next

24   witness now.  We need to take a break for the mid-afternoon

25   recess.  Is this a good time?

```
 1              Is there a next witness for the Government?

 2         MR. MORRIS:  No, Your Honor.

 3         THE COURT:  All right.  Are there witnesses from the

 4    Defense?

 5         MR. REINHART:  There are, Your Honor.

 6         THE COURT:  Why don't we take the mid-afternoon break,

 7    let's take a 15-minute break.  We will come back and pick up.

 8              Is Mr. McGloin going to stay?  I know he is coming a

 9    great distance, I think it may be helpful for me.  There may be

10    questions I want to put to Mr. McGloin after whatever testimony

11    should come in.

12              Let's take that 15-minute break and we will come back

13    and turn to the Defense case.

14              The Court is in recess for 15 minutes.

15         (Thereupon, a short recess was taken.)

16         THE COURT:  The record will reflect that all parties

17    are present.  Counsel for all parties are present and Defense

18    called its first witness.

19              Sir, raise your right hand.

20         GLEN WEADOCK, DEFENSE WITNESS, SWORN

21         THE COURT:  Sir, you may lower your hand.  Would you

22    be good enough to introduce yourself; would you state your full

23    name and spell your last name, please, for the court reporter.

24         THE WITNESS:  My full name is Glen Edward Weadock,

25    W-E-A-D-O-C-K.
```

```
 1              THE COURT:  Thank you.
 2                        DIRECT EXAMINATION
 3    BY MR. REINHART:
 4    Q.  If you would tell the Judge where you live and what you do
 5    for a living?
 6    A.  Yes, I live in Lakewood, Colorado, outside of Denver, and I
 7    am a consultant, and have been for about the last 30 years, in
 8    the IT world providing primarily education and training
 9    services in the Microsoft space.
10    Q.  And we will get to your background and training in a
11    second.  Have you testified as an expert in court proceedings?
12    A.  Yes.
13    Q.  How many times?
14    A.  I've testified in court proceedings about five times.
15    Q.  Have you served as an expert witness on behalf of the
16    software industry?
17    A.  Yes, I have.  I have been involved in about 17 cases, most
18    of them concerning patent lawsuits and USB Microsoft antitrust
19    cases.
20    Q.  Let me show you Exhibit Number 2.
21              THE COURT:  Can I ask you what Mr. Weadock is going to
22    say?  What will his testimony say?
23              MR. REINHART:  Five or six questions regarding the
24    value of the discs, how these discs are used in the industry,
25    and following up on a few technical matters.
```

1          *THE COURT:*  Again, I want to draw the parties'

2     attention to what is the legal issue, that is the one I have to

3     decide.

4          You may give me some basis to understand this or

5     differentiate this, but I believe that the Court is obligated

6     to find that we need to use the retail value of the infringed

7     device.  The Microsoft device, if that device -- if the

8     infringing device, the counterfeit device is or appears

9     reasonably -- to a reasonably informed purchaser to be

10    identical or substantially equivalent to the infringed device.

11         So, I think the issue I have to look at, or find a

12    reason why that does not apply is, is what we have been calling

13    the counterfeit device, the counterfeit disc, does that appear

14    to a reasonably informed purchaser to be identical or

15    substantially equivalent to an authorized -- to an authentic

16    device.

17         In other words, if I compared visually the

18    reinstallation disc that I got with my computer and I looked at

19    it and compared it to the disc prepared, and if I put it on the

20    computer and pulled up the various screens, would a reasonably

21    informed purchaser understand that these were different or are

22    they substantially equivalent to the infringed item.

23         That is what I am looking at.

24         I want to tell you, it is very interesting hearing

25    about the IT industry and everything else, but the issue I am

1    called upon to decide is whether this is true or not true.

2         MR. REINHART:  Your Honor, where I am going is --

3    whichever way you decide that issue, you have to get to the

4    next question, which is what is that item worth.  That is what

5    the testimony goes to.

6         THE COURT:  That is fine.  If you want to take the

7    step they are similar and what are they worth, we are --

8    Defense is contesting that Mr. McGloin's valuation is not

9    correct, that is fine.  It would be helpful for me to know

10   where you are.

11        MR. REINHART:  That is where we are.

12        THE COURT:  I haven't understood that to be true at

13   all.  We spent hours, and I have not understood that to be the

14   case if that is what you all agree on, and the issue is, is the

15   financial cost accurate or not.

16        Mr. McGloin came in and said he works for Microsoft,

17   this is what Microsoft sells these for.

18        MS. GOLDER:  No, no, no, that is what the original

19   operating system cost.

20        THE COURT:  That is what Mr. McGloin testified to.

21   Nobody cross-examined him on that.  The testimony is, this is

22   the retail price that Microsoft attaches to these devices.

23        If you have other testimony, I want to hear that.

24        Let's refine the issue.

25        Do both parties agree that the copyrighted disc and

```
 1    information on it is exactly the same or substantially the same
 2    as the Microsoft produced disc?
 3          MR. REINHART:  Yes.  As part of the plea, as part of
 4    the stipulated facts, we stipulated to that.
 5          THE COURT:  Do you agree to that, Ms. Golder?
 6          MS. GOLDER:  I do, except there was an email that
 7    talks about when you get to the numbers, there are some discs
 8    that were not good, they couldn't sell because they didn't
 9    substantially look alike.
10          So I preserved the objection for the numbers.
11          I agree what the Government has put forth here --
12          THE COURT:  Now the issue is valuation.
13          MS. GOLDER:  We may meed to call Mr. McGloin.  What
14    the Court is looking at was the original operating system on
15    the original COA.
16          THE COURT:  It would help me if everybody would focus
17    on the issue.  There is no question we all agree it is the
18    cost, the retail cost of the Microsoft product.
19          MR. REINHART:  No, retail value of the Dell
20    reinstallation disc.
21          THE COURT:  I call it the Microsoft product.  You can
22    argue until you are blue in the face, I have reached that
23    conclusion.  It may be produced by Dell, but it is under a
24    license.  I am calling it the Microsoft product.
25          The question I want to know is, what is the valuation
```

```
 1    of that product.  You are telling me you agree it is the retail
 2    cost of that item.
 3          The question is, what is that retail cost?  I
 4    understand Mr. McGloin's testimony to be the retail cost is on
 5    Exhibit 18.  That is my understanding.  If you have different
 6    information, I am open to hear it.
 7          It would help me if I could focus on what is relevant.
 8          MR. REINHART:  I think the issue for the Court, the
 9    terminology you are using -- I think the issue is, what is the
10    retail value, that is what the Guidelines speak to, of the
11    reinstallation disc?  It has some Dell software on it and
12    Microsoft software, it is not on what is Exhibit 18, which is
13    the retail value that you buy at Best Buy.
14          THE COURT:  That is not what it is, it has Best Buy
15    and Dell and OEM and various others.
16          If you look at 18, there are different prices for each
17    system.
18          Here is my point, just so we all stay focused, I am
19    going to have to decide whether this is an accurate exhibit or
20    not.
21          If Defense has testimony that these prices are not
22    correct, I would appreciate that.  It seems to me we have gone
23    wide of the mark today in terms of what is the issue.
24          It sounds to me like you all agree now it is the
25    retail cost of the reinstallation disc, which I have been
```

1   referring to as the Microsoft disc.  I understand it is

2   produced by Dell and others as OEM manufacturers.

3          Is that the Government's view as well?

4          MR. MORRIS:  It is, Your Honor.  Again, the reason we

5   used this chart, the only way you can get that disc is --

6          THE COURT:  I don't want you to argue that.

7          I am looking at 18.

8          MR. MORRIS:  Yes.

9          THE COURT:  Are you relying on the figures on 18?

10          MR. MORRIS:  Yes, we are.

11          THE COURT:  All right.  That is the Government's point

12   of view.  The question is, what is Defense point of view?  We

13   are not looking at anything else, and not saying what is the

14   cost of the infringing item.  I thought that there was an

15   argument that is what was being suggested.  We are looking at

16   the retail cost of the Dell/Microsoft reinstallation disc.

17          That is what was being counterfeited?

18          MR. REINHART:  Correct.

19          THE COURT:  Good.

20          MR. REINHART:  That is what Mr. Weadock is here for.

21          THE COURT:  Good.

22          MR. REINHART:  Let me mark Exhibit 2.  May I approach?

23          THE COURT:  Sure.

24   BY MR. REINHART:

25   Q.  This is a resume' and CV?

1    A.  Yes.

2              MR. REINHART:  I offer Exhibit 2.

3         THE COURT:  Any objection to the receipt of Defense

4    Exhibit 2, Mr. Lundgren's 2, the resume'?

5              MR. MORRIS:  No objection.

6         (Whereupon Defense Exhibit 2 was marked for evidence.)

7    BY MR. REINHART:

8    Q.  If you would give the Judge a brief summary of your

9    experience with Microsoft product, Microsoft software, etc.?

10   A.  I have been working with Microsoft products in a

11   professional capacity before there was a Windows.  I first

12   started teaching Windows per work groups 3.11, going back

13   pretty far.

14       I have been involved with Microsoft products in various

15   ways.  I have taught the products in the professional seminar

16   world, created videos, written and coauthored a number of

17   books, 18 total, most of which have to do with Windows.  I

18   offered Microsoft curriculum, course ware, and in the last

19   couple years I created and have been on-camera talent for

20   Microsoft instructional videos and a program called Microsoft

21   on Demand.

22       I have been involved in Microsoft products in litigation, I

23   was an expert witness for the Government, DOJ, in the antitrust

24   proceedings.

25             THE COURT:  In Washington before Judge Jackson?

```
 1            THE WITNESS:  Yes, Your Honor.
 2            THE COURT:  Right.
 3            THE WITNESS:  And I continue to teach Windows and
 4   taught all of the products discussed here today and the subject
 5   of these classes, and written about them as well, and worked
 6   with Microsoft products as well in my consulting business in
 7   terms of advising mostly small businesses, but in some cases
 8   large.
 9            I worked with Ernst and Young in the year 2000, when
10   they rolled out Windows 2000, not the ones we have discussed
11   today.  I worked with Windows in large organizations and small.
12            THE COURT:  When you were doing that, were you
13   advising them as to whether the Microsoft product is one that
14   would be suitable for their business, whether there were
15   alternatives and things of that nature?
16            THE WITNESS:  Yes, Your Honor, in some cases, but most
17   has been in the area of employment, configuration, support,
18   management, trouble shooting.
19            THE COURT:  If you get it, here is what you need to do
20   to implement it?
21            THE WITNESS:  Yes, Your Honor.
22            THE COURT:  Have you worked for Microsoft yourself?
23            THE WITNESS:  I worked for Microsoft in the
24   development of the curriculum and more recently in video
25   training available worldwide.
```

1              THE COURT:  Good.  Back to Mr. Reinhart.

2    BY MR. REINHART:

3    Q.  You were present during Mr. McGloin's testimony?

4    A.  Yes.

5    Q.  Let me ask you --

6              THE COURT:  Are you offering Mr. Weadock --

7              MR. REINHART:  We offer him as an expert on the issues

8    of software and the implementation of software.

9              THE COURT:  Are you offering him in the evaluation of

10   the software?

11             MR. REINHART:  Yes.

12             THE COURT:  Does the Government wish to explore this?

13             MR. MORRIS:  Yes, please.

14             THE COURT:  All right.

15                      **VOIR DIRE EXAMINATION**

16   BY MR. MORRIS:

17   Q.  Do you know how much Dell would pay for OEM software --

18   starting with Windows XP, do you have any idea how much they

19   charge?

20   A.  No, sir, not off the top of my head.

21             THE COURT:  Who is the "they"?

22             MR. MORRIS:  Microsoft.

23   BY MR. MORRIS:

24   Q.  Do you know how much Microsoft charges for Windows Home

25   Edition, XP?

1  *A.*  I saw the testimony from Mr. McGloin earlier and the chart

2  he presented, and those figures seem to be in line with my

3  expectation, but I would not be able to cite them to you

4  dollars and cents off the top of my head.

5  *Q.*  Do you have any background in terms of knowing what the

6  value of the different products are?

7  *A.*  Yes, I have been teaching the different products and

8  consulting on them for many years and I worked with a variety

9  of companies that have had to make decisions between one

10  version or one edition of Windows and another.

11      And in particular, in my work with smaller organizations

12  over the years I have been responsible for helping to achieve

13  IT goals with minimal expenditures, dollars are always

14  important, so I have some experience in those areas.

15  *Q.*  You advise them on evaluation and things like that, prices?

16  *A.*  Yes.

17          *MR. MORRIS:*  We accept him.

18          *THE COURT:*  Fine.

19  BY MR. REINHART:

20  *Q.*  Let me show you a copy of Exhibit 18.

21          *MR. REINHART:*  May I approach?

22          *THE COURT:*  Surely.

23  BY MR. REINHART:

24  *Q.*  Are you familiar with the reinstallation CD's we have been

25  talking about?

1    *A.*  Yes.

2    *Q.*  When I say with them, conceptually with the reinstallation

3    CD's?

4    *A.*  Yes.

5    *Q.*  Have you dealt with those in your career?

6    *A.*  Yes, many times.

7    *Q.*  Contrast the difference between a reinstallation CD and a

8    retail version of Microsoft software.

9    *A.*  A reinstallation CD does not come with a license.

10   *Q.*  So, Exhibit 18, which is in front of you there, lists a

11   bunch of prices that Microsoft charges for different versions

12   of Microsoft software.

13       Is it your understanding if I pay on Exhibit 18, I get a

14   license as part of that?

15   *A.*  Yes, sir.

16   *Q.*  If I -- what does that allow me to do?  Now that I paid $59

17   or $98, what have I bought?  What can I do with it?

18   *A.*  That gives you a right to be a legitimate user of that

19   product.

20   *Q.*  On which computer?

21   *A.*  On the computer -- well, with the OEM license, the licenses

22   follow the computer, rather than the user.  There was some

23   confusion a little earlier in Mr. McGloin's testimony, but with

24   the OEM license, they follow the computer.

25   *Q.*  What about if I procure -- what is the value of any of this

1    software if I don't get a license with it?

2    A.  If you don't get a license with it, then you are -- it

3    essentially has no value.

4         The value of software without a license, unless you are

5    willing to be a Sokolov and operate with the end user license

6    agreement, the value is zero.  You are not a legitimate user

7    unless you have a license for it.  Beyond that, you may be

8    required in many cases, such as Microsoft Windows, to prove

9    that you have a legitimate license before you get the

10   functionality of the software.

11   Q.  So, it says here Windows XP Home Edition sold to Dell is

12   $59.  Are you saying all $59 is for the value of a license?

13   A.  Basically, yes, because in an OEM edition there might be

14   some other small components of that that might pertain to

15   packaging.  Most OEM software is pre-installed, so you don't

16   have expensive packaging costs.  That represents, really, the

17   cost of the license.

18   Q.  What about the different categories; small OEM, same thing?

19   A.  Yes, for the small OEM, when you get to the retail price

20   some is going to pay for packaging and marketing and other

21   expenses that Microsoft incurs in marketing its products.

22   Q.  Can I lawfully acquire Microsoft software without getting

23   the license for it?

24   A.  You can.  They have software websites that you can download

25   software, but you don't get the license with it.

```
 1    Q.  Can I activate that software if I don't have a license?
 2    A.  No.
 3    Q.  Some people break the law and figure out how to do it.
 4    Consistent with the end user licensing agreement and other --
 5              MR. MORRIS:  Objection to the form of that last
 6    question, it wasn't --
 7              THE COURT:  What is the legal objection?
 8              MR. MORRIS:  Form of the question, it wasn't clear
 9    which type of software.
10              THE COURT:  Rephrase the question.
11    BY MR. REINHART:
12    Q.  Let's go by example.  What kinds of Microsoft operating
13    systems can you download for free?
14    A.  Today I have seen websites hosted by Microsoft where one
15    can download Windows 7 and Windows 10.
16              MR. MORRIS:  Objection, Windows 10 is outside the
17    indictment.
18              THE COURT:  I sustain as to 10.
19    BY MR. REINHART:
20    Q.  In the past, were you able to download XP?
21    A.  Yes.
22    Q.  In either of the cases, XP or 7, could the user lawfully
23    activate -- in compliance with the end user license agreement,
24    activate that software if they didn't have a valid product key
25    or COA from Microsoft?
```

1    A.   The only way they could do that is the system lock.   They

2    own a computer that has a BIOS code that indicates that

3    computer has been licensed to run that.

4    Q.   They have paid for the software license from the OEM?

5    A.   Yes.

6    Q.   Contrast, if you would, for the Judge what you testified

7    about the retail software and reinstallation discs, what is the

8    difference and the difference in value?

9    A.   Again, boiling it down to the bare bones, the

10   reinstallation disc that is the subject of this proceeding, the

11   discs seized and discussed as being counterfeit, they do not

12   come with the license, they do not have the tag with the

13   product key.   They come with no such proof of license, no

14   license conveyed.   They are expressly for the purpose of

15   installing on a computer that has been licensed or equipped

16   with the BIOS code that indicates a license has been paid to

17   Microsoft.

18   Q.   In your opinion, without a code, either product key or COA,

19   what is the value of these reinstallation discs?

20   A.   Zero or near zero.

21   Q.   Why is that?

22   A.   Because -- well, several reasons; one, the license is what

23   you are paying for when you get Windows, as we discussed

24   looking at Exhibit 18.

25        Two, any product that I could obtain for free from

```
1    legitimate sources, OEM's, Microsoft, would reasonably be
2    valued at zero or near zero.  If I can obtain something for
3    free from Dell, an OEM, upon request, paying for shipping and
4    handling, the value of that product would be zero or near zero.
5    Q.  Okay.
6        Are you familiar with OEM's who allow downloads of
7    reinstallation discs for free?
8    A.  Yes, indeed.  Dell does so over the years and still does so
9    to this day.
10   Q.  Specifically back in 2011 and 12, Dell and/or Windows XP,
11   and/or Windows 7, did Dell make free downloads of the
12   reinstallation discs available?
13   A.  Yes, there are websites with an archive, which is a
14   facility where you can go back in time and look at websites,
15   not completely accurately in all cases, but you can often get
16   the gist, and I located self service Dell web pages whereby
17   users can go, I don't want you to mail me a disc, I want to
18   download the software that is the same software on the
19   reinstallation CD.
20   Q.  As part of your work and research, do you keep abreast of
21   industry publications and alerts relating to software piracy
22   and hacking?
23   A.  Yes, I do my best to stay on top of the industry.
24   Q.  I think you heard testimony today about the idea that one
25   could take a reinstallation CD for OEM number one, Dell in this
```

1    case, and try to install a full operating system on a different

2    computer.

3        First of all, have you heard in your research or work in

4    the industry, is that a big problem?  Is that something people

5    are doing?

6    A.  I have never heard of that being a widespread practice, and

7    some of the work I did preparing for testimony in this case, I

8    tried that very operation and was unsuccessful.  I tried to

9    take a Dell reinstallation CD and tried to install it on a

10   Lenovo computer, and that failed.

11       A different version of Microsoft that I purchased on Ebay,

12   with a Dell laptop I tried to install software, and it would

13   proceed through the various screens, but the problem is, this

14   would not activate.  There was not that handshake that Mr.

15   McGloin was talking about.

16       Even if you were able to do that and do cross installation

17   between Dell and other OEM's, you would have to provide proof

18   of license, a product code in order to have a valid functioning

19   and properly licensed version of Windows.

20       No, in answer to your question, I have not heard that being

21   a widespread practice.

22   Q.  How many different -- you said you tried a number of

23   different installations.  You called them cross installations?

24   A.  Right.

25   Q.  How many of those did you do?

1    *A.*  I did four.

2    *Q.*  Okay.  Did any of them succeed?

3    *A.*  No.

4    *Q.*  I think you were present for Mr. McGloin's testimony about

5    how he was able to, I believe on a Lenovo, get the system to

6    boot up and never asked for a product key.

7         Did you have a chance to review his slides and his report

8    on that?

9    *A.*  I did.

10   *Q.*  What is your conclusion on that?

11   *A.*  The request of a product key can occur in different times.

12   We saw in one exhibit, as we saw earlier today, a balloon

13   notice shows up saying you have a certain amount of time to

14   activate.

15        You may get that prompt initially in some cases.  In some

16   versions, you may have it pop up and that appears as a reminder

17   you need to activate.

18   *Q.*  And we heard testimony earlier that in some versions you

19   just get nagged?

20   *A.*  It is a bit more dire than what Mr. McGloin presented.  In

21   XP it is more than nagging, not only do you go outside the end

22   user agreement, beyond that, the system will not function.  You

23   will receive a message saying you need to activate or log off.

24   *Q.*  What happens if you let the 30 days pass and you try to log

25   on to your computer?

1    *A.*   You will not be able to do so, you must activate.

2    *Q.*   Microsoft will not boot up?

3    *A.*   In the case of XP, correct.

4    *Q.*   What about Windows 7?

5    *A.*   Windows 7 is more tolerant, and Microsoft made a decision

6    to make it less intrusive and disruptive to customers, a

7    decision Microsoft made.

8        But you will not only get the periodic reminder messages,

9    you will see a legend on your screen saying, for example, this

10   copy of Windows is not genuine.

11       You will not be able to perform the genuine Windows

12   activation which permits downloading various kinds of updates.

13   You might not be able to get all the Windows updates that are

14   generally very important both to individuals and to commercial

15   users in terms of dealing with security vulnerabilities, making

16   sure that bugs are fixed over time, and so forth.

17       If I have a computer not activated, I would not be able to

18   have that worked on by a legitimate dealer or get any technical

19   support for that.

20       Even in the case of Windows 7, which may be less

21   disruptive, a choice that Microsoft made, they are downsized,

22   out of compliance with the end user agreement.  The end user 7

23   and license agreement has a 30-day period, and if you are out

24   of compliance, if you don't register or are not active, there

25   are degradations of functionality.

```
1   Q.  It would not be a fully functioning, fully activating

2   Microsoft system?

3   A.  No, not at all.

4   Q.  You said the discs aren't worth anything.  Why would

5   anybody pay for one?

6   A.  There is a convenience factor associated with them.

7       In fact, now that some of the discussion in this case to

8   date has revolved around the scenario that, gee, is Microsoft

9   losing out by the proliferation of the reinstallation CD's, I

10  would think the opposite position, the more these are out there

11  the better off Microsoft is.  It needs to be convenient.  If

12  you are a Microsoft customer, if lightening strikes your

13  computer, you want to install that.

14      Not everyone is comfortable downloading software through

15  the internet, so having a disc may be a convenience.  They

16  don't have to contact OEM and have that phone conversation.

17      There might be a customer convenience or satisfaction

18  reason that there might be a value to a reinstallation CD, but

19  it would be low.  It would not be anywhere near the retail

20  value of the product when you go into Best Buy and purchase a

21  reinstallation version.

22  Q.  You are not saying that a counterfeit has a value to the

23  customer?

24  A.  No.

25          MR. REINHART:  One second, Your Honor.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Surely.
 2              I want to understand what you just said.
 3              Mr. Reinhart asked you, do you think a counterfeit CD
 4    has value to the customer, and did you say no?
 5              THE WITNESS:  Perhaps I could get the question
 6    clarified.  I am not sure I fully understood your last
 7    question.
 8    BY MR. REINHART:
 9    Q.  The point I was making, one shouldn't do anything illegal
10    if it -- even if it is a benefit to the customer.  You are not
11    suggesting that?
12    A.  No.  And to the issue is there is copyright and trademark
13    issues, no, I don't suggest anyone do anything illegal for
14    their own convenience.
15              MR. REINHART:  Nothing else, thank you.
16              THE COURT:  Thank you.  Cross-examination.
17                        CROSS-EXAMINATION
18    BY MR. MORRIS:
19    Q.  Good afternoon.
20    A.  Good afternoon.
21    Q.  Now, I think I understood your last question -- first, I
22    think the question was whether or not the counterfeit
23    reinstallation recovery discs had a value, and the
24    clarification would be a value to the customer, correct?
25         Do they have a value to the customer, a person who is
```

1    purchasing them?

2    *A.*  I would presume, in general, anybody who is purchasing

3    something perceives it to have some value to them.

4    *Q.*  Okay.

5        That value is, if they have a key, they have an operating

6    system, correct?

7    *A.*  My understanding is there was no trafficking in keys in

8    this case.

9    *Q.*  Let's talk about hypothetically.

10       Let's say somebody has an unconsumed COA.  Are you aware

11   what that is?

12   *A.*  Yes, I am.

13   *Q.*  Let's assume somebody has one.  Would a counterfeit

14   Microsoft software recovery disc such as one that was sold in

15   this case have value to that person if they were inclined to

16   use it?

17   *A.*  Well, I suppose it might if they intended to use it

18   illegally, but even there, the value would be pretty low

19   because they could get the same software for free on the

20   internet.

21   *Q.*  Let's assume they don't know how to get it off the

22   internet.

23   *A.*  We are making lots of assumptions.  Okay.

24   *Q.*  Let's assume they are going to use this disc.  How can they

25   get it free off the internet using your, I guess logic, without

Pauline A. Stipes, Official Federal Reporter

1    a key, and without a registration number?

2        I am talking Windows 7 and Windows XP, how can they get it

3    without a COA, product key or registration number?

4    A.  I am confused.  I thought you said we are presuming that we

5    do have a key.

6    Q.  I am turning it around.  Talking about your logic, you are

7    saying they have no value.

8        Let's assume you have a product key, Dell product key, and

9    you want to get this downloaded for free.  Wouldn't you need a

10   product key and a serial number?

11   A.  I'm sorry, when you refer to a Dell product key, what are

12   you referring to?

13   Q.  Let's back up.

14       You made the statement that a person can get Microsoft XP

15   and Windows 7 software on line and download it for free.

16       Is that what your testimony is?

17   A.  Windows 7 today, yes.

18   Q.  I am not talking about today, I am talking 2010 and 2011.

19   Could you do that?

20   A.  Yes.

21   Q.  What would you need to do that?

22   A.  A computer and internet connection, depends on the source.

23       If you were going to get Windows 7 from Microsoft, I

24   believe that the self service website may have required you to

25   enter a product key initially in order to perform the download.

Pauline A. Stipes, Official Federal Reporter

```
1         As we heard earlier today, if you are getting it from Dell

2    or another OEM, as Mr. McGloin testified, in my experience and

3    research, you may only need a service tag number or serial

4    number, or something like that that identifies the computer on

5    which you want to install the software.

6    Q.  You have to prove that you were actually a Dell customer?

7    A.  You have to prove that if you want to activate the

8    downloaded copy of Windows.

9    Q.  You could download it, but not activate it?

10   A.  That is correct.

11   Q.  In order to get -- why are people paying if it is so easy?

12   It strikes me, if you can download it for free, why are people

13   paying retail $299 for Windows XP Pro, if you can download it

14   for free?

15   A.  Because you get the license when you pay that money.

16         You don't get the license when you get the reinstallation

17   CD or the downloaded reinstallation CD.  The license is where

18   the money is.

19   Q.  So, then, a person who is maybe not as concerned about

20   having the license, wants to use the computer and operating

21   system and doesn't care about the license, isn't worried that

22   the police are going to come after them, right, you don't think

23   there would be any value to them to have that operating system?

24   A.  I'm sorry, can you ask your question more specifically;

25   what operating system?
```

1    Q.  Windows XP.

2    A.  In the form of a reinstallation CD?

3    Q.  Let's talk about an operating system.

4    A.  That is vague, I don't know how to answer your question.

5    Q.  Let's start with the retail Windows operating system, in

6    2010, 2011, you say you can download it for free?

7    A.  I didn't say you can download a licensed copy of it for

8    free.

9        Again, Your Honor, this is the key distinction, when we

10   talk about retail prices, $100, $150, 200, $299, that is

11   something they pay for a system and license agreement to get

12   full functionality of the product.

13       When I am talking about a free download from Dell or a free

14   set of discs I request from Dell, Toshiba, HP, and all of

15   them -- it's not just Dell that offered free CD's upon

16   request -- I am not getting a license.  I am getting software

17   to install on to a computer that has already been licensed,

18   that license has already been paid for, that is what has zero

19   or little value.

20   Q.  Do you know where you could download 16,000 versions of XP

21   in 2011?

22   A.  Yes.  If I bought 16,000 computers from Dell, I could go to

23   their website and provide each of the service tag numbers for

24   each of the computers and download all of those copies.

25   Q.  Right, you have to buy 16,000 computers?

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Yes, sir.

2    *Q.*  So, the same thing with Windows 7?

3    *A.*  Well, I think so.  If your question is, if I want a

4    legitimate installation of Windows 7 on 16,000 computers, I

5    could buy the 16,000 computers or go to Best Buy and buy the

6    Windows 7, or I can buy a refurbishing program.

7         The reinstallation does not come with the license, but it

8    is a convenience.

9    *Q.*  Can you get 16,000 of them?

10   *A.*  I answered your question.

11   *Q.*  If you had 16,000 computers?

12   *A.*  Are you postulating a different scenario?

13   *Q.*  If you don't have 16,000 computers, could you get 16,000

14   versions of the recovery disc?

15   *A.*  I don't think so.

16   *Q.*  You don't?

17   *A.*  No.  When you go to Dell, you have to provide them -- if

18   you want a reinstallation CD, you have to provide a serial

19   number or service tag number, some proof you licensed that

20   computer for that operating system.

21        *MR. MORRIS:*  No further questions.

22        *THE COURT:*  Redirect.

23                        **REDIRECT EXAMINATION**

24   *BY MR. REINHART:*

25   *Q.*  Mr. Weadock, I think you said the reinstallation disc only

```
 1    has a value if it is coupled with a license of some kind,

 2    correct?

 3    A.  Yes.

 4    Q.  That is money already paid to Microsoft?

 5    A.  In most of the scenarios we have been discussing today,

 6    yes.

 7    Q.  If you lose your license or lose the COA and now you want

 8    to reinstall software, do you have to buy new software or get a

 9    replacement?

10    A.  If it is a Dell computer and the COA got torn off,

11    sometimes it degrades and is not legible, there might be a

12    scenario where you could call the OEM and explain the

13    situation, and at their discretion, they might issue a new COA.

14    Q.  They have to issue a new license number?

15    A.  Yes.

16    Q.  Short of them issuing a new license at no cost, you have to

17    pay for a new license?

18    A.  That is right.  You will never get a new license for no

19    cost.

20    Q.  If you lose the reinstallation CD, and keep the license,

21    you can get the new reinstallation disc for nothing?

22    A.  Yes.  I have not run into a situation where someone could

23    not obtain an installation disc from a COA.

24          THE COURT:  Mr. Weadock, what is your take on this

25    case?  If I understand what you said, it seems to be beyond
```

```
 1   dispute that Dell or any other manufacturer will provide the
 2   reinstallation disc.  What is your view why somebody is going
 3   to China to have 16,000 counterfeit discs produced?  What do
 4   you think they are doing?  Is this a charitable thing?
 5            I don't mean to be -- what is your take on this?  You
 6   say it has no value, it might be convenient for the customer.
 7   What do you think is going on?
 8            They spent $80,000, if I understand one of the
 9   exhibits, to produce this.  What do you think was happening?
10            THE WITNESS:  I can't speak for the Defendant, Your
11   Honor.
12            THE COURT:  But you need to speak.  You came in and
13   told me, in your expert opinion, these have no value at all,
14   which I understand that.
15            THE WITNESS:  Right.
16            THE COURT:  Here is clearly a criminal enterprise,
17   these gentlemen have pled guilty to crimes, and we know from
18   the exhibits -- again, I don't have it right in front of me,
19   but looking at the monies from Chase and so on, it is about
20   $80,000.  What is your sense as to what was being done?
21            THE WITNESS:  My sense is that the discs have value as
22   a convenience to the end user who will be able to install
23   Windows on those computers.  A lot of people even today aren't
24   necessarily --
25            THE COURT:  Wait a minute.
```

```
 1              You think the discs have value to the end users who
 2    will use the disc to install the Microsoft software?
 3              THE WITNESS:  On to a licensed system that has --
 4              THE COURT:  What gives you that view, that people who
 5    would buy a counterfeit disc presumably at a price
 6    significantly below what Microsoft would charge, that they are
 7    going to go out and get a license to do this?
 8              Isn't the more likely scenario that this is totally an
 9    outlaw operation from manufacturer to user?
10              THE WITNESS:  Your Honor, I don't think so because, as
11    I testified, the value of that disc is very limited if you
12    don't have a license.  So, I don't know all the details of the
13    case --
14              THE COURT:  When you say the value is limited, what
15    about the functionality?
16              I get a computer and I want it to work.  What about
17    its functionality with the disc that has been used to install
18    the Microsoft software, what is that capable of doing?
19              THE WITNESS:  This gives you 30 days.
20              THE COURT:  You say that.  Mr. McGloin's testimony is
21    completely contrary to you.
22              THE WITNESS:  I don't think so.  He testified, if my
23    memory is correct, this morning that he made the installation
24    and had a functioning system with XP.
25              THE COURT:  What about Windows 7?
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE WITNESS:  I don't know that he took it past XP.

 2              THE COURT:  What about Windows 7?

 3              THE WITNESS:  Less limited.

 4              THE COURT:  You could use Windows 7 and function, you

 5      wouldn't get the updates, you wouldn't get a license.

 6              THE WITNESS:  You wouldn't have it serviced, get

 7      technical support.  There are significant limitations.

 8              THE COURT:  Don't you think there is a market for that

 9      type of outlaw material, for lack of a better term?  I am

10      trying to get one we can better understand.

11              Here are people who are going to some extremes --

12      maybe you could, I certainly couldn't, we wouldn't know -- who

13      go to China and have it manufactured and come up and be as

14      seemingly as accurate as it is.  It doesn't sound like there is

15      some illegal -- from a monetary point of view, some

16      justification for why these people did what these people were

17      doing.

18              THE WITNESS:  I understand your question.  I will

19      answer it this way.

20              If I were engaged in a criminal enterprise whereby my

21      intent was to provide fully functioning versions of Windows, I

22      would be dealing with COA's, not reinstallation.

23              THE COURT:  You are not.  You came in to testify as an

24      expert, you are knowledgeable in this field.  Why were they

25      doing this and what is the market, if you know, for illegal
```

 1   counterfeit software?

 2           That is what is being produced and sold or attempted

 3   to be sold.

 4           THE WITNESS:  Your Honor, I think it is -- I think

 5   really it is largely a convenience, and also, we need to be

 6   very careful here and distinguish between a kind of counterfeit

 7   software that violates and trademark and copyright, but

 8   essentially it is free --

 9           THE COURT:  No, I am talking about software that

10   Microsoft did not authorize, but it is being counterfeited, it

11   is being produced and presumably there is a market for this.

12           Do you deny there is a market for this?

13           THE WITNESS:  No, obviously there had to be some

14   market for the enterprise to have been --

15           THE COURT:  What is the market in your experience, if

16   you know?

17           THE WITNESS:  I am not an expert in all of the

18   possible illegal markets that might be out there, but I do

19   think I can understand why a CD that allows me to easily

20   install Windows has a certain convenience value.

21           And so, if a reseller of used computers which may or

22   may not have the COA, but giving the purchasers of these CD's

23   the benefit of the doubt, they may have a lot of computers,

24   they have a COA, a sticker on the bottom, they wipe the hard

25   drives, they make it easy for the user to install Windows.

```
1              Here is a CD, maybe that has a value of a few dollars.
2         THE COURT:  I suppose if you are selling the CD's and
3    say, look, we plug it in and hit the turn on button and
4    something comes up, that probably assists in the sale.
5    Somewhere down the road the buyer may realize they need to go
6    somewhere else to buy software with a license.
7              You think there are some values.
8              If I understood your testimony, you have given expert
9    testimony here that you think that it has no value whatsoever.
10   Do you stick by that?
11        THE WITNESS:  What I stick by is the phrase I used,
12   zero or little, zero or low.
13        THE COURT:  When you say low, what do you mean by
14   that?
15        THE WITNESS:  If I can get something for free over the
16   internet, it is not worth $200 for me to get it on a CD.
17        THE COURT:  No, as Mr. Morris pointed out to you, if
18   you can get it, and people know they can get it, they wouldn't
19   bother to buy the disc.
20             Presumably this disc is being sold, so the buyer made
21   some decision they are going to buy it, either in ignorance
22   because they don't know they can get it over the internet or
23   for some reason they elect to buy it.
24             Do you have an opinion what monetary value would
25   ascribe to those buyers for what they are doing, for the disc?
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE WITNESS:  I can't see how it would have any value
 2      more than a few dollars.
 3              THE COURT:  Okay, all right.  Thank you.
 4              Let me go back -- let me allow you to step down, thank
 5      you for coming today.
 6              Mr. Reinhart.
 7              MR. REINHART:  One other witness briefly.
 8              THE COURT:  Okay.
 9              MR. REINHART:  I call Brent Kelley, Your Honor.
10              THE COURT:  Mr. Kelley, come up to the witness stand
11      and make yourself comfortable.  After you are seated, I will
12      ask you to pull the chair up to the desk area.
13                   BRENT KELLEY, DEFENSE WITNESS, SWORN
14              THE COURT:  Sir, lower your hand.  Would you be good
15      enough to introduce yourself, say your full name and spell your
16      last name for the court reporter.
17              THE WITNESS:  Brent Douglas Kelley, K-E-L-L-E-Y.
18                           DIRECT EXAMINATION
19      BY MR. REINHART:
20      Q.  Thank you.  Mr. Kelley, tell the Judge where you work and
21      what you do for a living.
22      A.  I work at Power On Computer Services, I am the CEO.
23      Q.  What is Power On Computer Services?
24      A.  Power On Computer Services is a trading partner for major
25      companies and retailers.
```

1    *Q.*  I know we have been using terminology today, you are

2    essentially a secondhand buyer and seller?

3    *A.*  Yes, secondhand dealer, yes, sir.

4    *Q.*  We have used the term refurbisher.  Is that a generic

5    description of what you do?

6    *A.*  Generic, yes.

7    *Q.*  How long have you been in the market?

8    *A.*  26 years and 23 years as CEO.

9    *Q.*  Okay.  About how many -- are you familiar with the

10   secondhand computer market?

11   *A.*  I would say so.

12        *THE COURT:*  Where is your company located?

13        *THE WITNESS:*  Sacramento, California, Roseville,

14   California.

15        *THE COURT:*  Thank you.

16   *BY MR. REINHART:*

17   *Q.*  We heard about the Microsoft refurbisher program.  Do you

18   have any affiliation with Microsoft?

19   *A.*  No.

20   *Q.*  In your experience, what percentage of people in the

21   secondhand computer markets are Microsoft registered

22   purchasers?

23   *A.*  Hard to say how many people are out there doing this, doing

24   Microsoft refurbishing and selling used computers.

25        *THE COURT:*  Are you certified?

1          *THE WITNESS:*  We have not asked for that, no.

2          *THE COURT:*  So you are not?

3          *THE WITNESS:*  We do it for all sorts of different --

4          *THE COURT:*  All right.

5     *BY MR. REINHART:*

6     *Q.*  Do you acquire computers, wipe them and resell them?

7     *A.*  Your example, American Airlines, we do corporate business

8     enterprises, education, Government, retail on line for the

9     largest computer companies in the world.

10    *Q.*  And over the course of your business, have you had occasion

11    had to acquire reinstallation CD's?

12    *A.*  Yes.

13    *Q.*  Why do you do that?

14    *A.*  Often times, when you get in all the units, they come in

15    with them.

16    *Q.*  Be careful with they and them.  Computer discs?

17    *A.*  I am not as experienced as some of these guys that sat

18    here.

19          *THE COURT:*  The thrust of the question was, in your

20    company have you had experience to buy these reinstallation

21    discs?

22          *THE WITNESS:*  We typically get them from the customers

23    when the computers come in.

24          *THE COURT:*  Other than that, do you ever acquire them?

25          *THE WITNESS:*  No.

1            THE COURT:  That you can think of.

2            THE WITNESS:  No.  What we do with them, I guess could

3      be the question, but we don't go out and purchase them.

4            THE COURT:  Back to Mr. Reinhart.

5      BY MR. REINHART:

6      Q.  Are you familiar with other people in the industry who do

7      acquire reinstallation discs?

8      A.  Yes.

9            MR. MORRIS:  Objection.

10            THE COURT:  Are you offering him as an expert?

11            MR. REINHART:  No, just his experience in the business

12      and what colleagues do.

13            THE COURT:  I sustain the objection.

14      BY MR. REINHART:

15      Q.  You have been in the reselling business for 26 years --

16            MR. REINHART:  I offer him as an expert in the

17      secondhand market and reinstallation discs.

18            THE COURT:  Do you want to question?  Why don't we

19      save a lot of time.  He has been in the business how long?

20            THE WITNESS:  26 years.

21            THE COURT:  Refurbishing?

22            THE WITNESS:  That is a legal term.

23            THE COURT:  What do you call it?

24            THE WITNESS:  Refurbishing is a term a manufacturer

25      would use when they bring a unit back to factory

1    specifications.  I call them used computers or secondhand

2    computers.

3         *MR. MORRIS:*  No objection.

4         *THE COURT:*  You can proceed.  That means you can give

5    opinions if he asks that.

6         *THE WITNESS:*  I like opinions.

7    BY MR. REINHART:

8    *Q.*  You have been here all day?

9    *A.*  Yes.

10   *Q.*  You heard some of the questions the Judge was asking to Mr.

11   Weadock a second ago?

12   *A.*  Yes.

13   *Q.*  Could you address his question about why would somebody

14   purchase these discs, believing them to be counterfeit or

15   believing them to be real?

16       Why would somebody buy a reinstallation disc?

17   *A.*  It is about customer satisfaction, customer use, a

18   customer's ability.

19       Often times we get the units in with them.

20       Remember, the computers that are in the secondhand market

21   are two, three, four years old, so the OS is really past it by

22   now.  So the people like myself, if we happen to get the disc

23   in, as a purchase convenience to our customers, we'll drop them

24   into the box.

25       It might save us one customer support call, but there is

1    nothing worse than having a problem -- think about it, if your

2    only option is to download something, how do you that with a

3    computer that doesn't work?  Having something to allow yourself

4    to boot or the customer to boot up is the customer's

5    satisfaction, that is the real reason for it.

6    Q.  You mentioned to the Judge Apple and PC based secondhand

7    computers.  Do you resell them with an operating system in them

8    or no operating system?

9    A.  No operating system.

10   Q.  Who do you sell them to to install an operating system?

11   A.  Typically the folks at MRRS, M-R-R-S, Microsoft

12   refurbishers.

13         THE COURT:  So, you get a used computer, fix it up and

14   sell it to a Microsoft refurbisher?

15         THE WITNESS:  Yes.  We actually process the entire

16   unit, often times -- not often times.  We go through the entire

17   process and do data wipe, we remove any PII, personal

18   identifiable information on the outside, whatever our clients

19   stipulate in their agreement all the way through the entire

20   process.  Even, at one point on the PC, on the OEM PC's, we

21   will go ahead and download free a Windows 10 demo version, we

22   will put it on there, do all the tests for functionality.

23   After we are done, we wipe that off, okay.

24         THE COURT:  So you have a computer that you are

25   satisfied, if you sell it to somebody, they can go out, then,

Pauline A. Stipes, Official Federal Reporter

```
 1    and either buy the software or whatever, but you are giving

 2    them a piece of hardware that is going to serve their purposes.

 3              THE WITNESS:  That is right.  One more thing.

 4              THE COURT:  Sure.

 5              THE WITNESS:  We don't use the recovery disc to put

 6    the OS back on there, by then it is usually old.

 7              Again, it is a convenience.  The recovery disc, if

 8    they weren't using them, takes it back to whatever the old

 9    software is and wipes out everything.

10              Again, it is a last case emergency, nice to have, and

11    some people like myself like to have some discs.

12              MR. REINHART:  That is all, thank you.

13              THE COURT:  Cross-examination.

14                        CROSS-EXAMINATION

15    BY MR. MORRIS:

16    Q.  Remember, we are going back to 2011, 2012.

17         There were people using Microsoft 7 and XP, correct?

18    A.  I believe so.

19    Q.  In those days, those were considered to be viable operating

20    systems, correct?

21    A.  They had been discontinued for some time, XP.

22    Q.  7?

23    A.  I am sorry, 7.  I thought you meant XP.

24    Q.  Now, you said that if you got a recovery disc with the

25    computer you would throw it in the box after you had done
```

```
 1    whatever you did to refurbish -- you don't like refurbished.
 2    What word do you use?
 3    A.   Used.
 4    Q.   You have done work on the computer, you only give the
 5    recovery disc to the person -- in other words, you only marry
 6    the recovery disc to each computer that has one.  If it doesn't
 7    have one, you don't go out and buy one?
 8    A.   No.
 9    Q.   You only use the recovery disc with the machine that it
10    came with?
11    A.   We may get 40,000 on a pallet.  If we get 40,000
12    computers --
13    Q.   Where do you get 40,000 computers?
14    A.   American Airlines.  If they return the discs, we have the
15    discs.
16    Q.   Go ahead.
17    A.   In the time frame 2011 and 12, you are talking about
18    computers manufactured in '08 or '09.
19         It is not like whatever is convenient or occurring in 2012,
20    was what I am getting, I will get those in 2015 or 16.  Does
21    that make sense?
22    Q.   Why do you sell the computer without an operating system?
23    A.   It is not cost effective for us.
24         The folks that want to go through and do refurbishment,
25    they might have a customer base that wants Windows, other ones
```

```
 1   want other limits.  For us, the way we do things in a typical
 2   sale, everyone out there, all right.  I mean, it just depends
 3   on what our clients are wanting to purchase.
 4   Q.  And you said you only sell to Microsoft registered
 5   refurbishers?
 6   A.  The majority of our items, PC computers, will go -- we call
 7   it MRRS, I learned a new word, MRRS, possibly.
 8   Q.  When you sell to the Microsoft registered refurbisher, you
 9   don't sell the disc?
10   A.  They don't need them.
11   Q.  Because they have the software?
12   A.  They have already finished, everybody signed the agreement.
13   Q.  Why would you include software that is old with a computer
14   with no operating system when you expect they will get an
15   upgrade?
16   A.  We drop them in the box if it is convenient.
17       If you have something newer, right, if you have something
18   more current, we are not going to -- something more useable,
19   laptops tend to be in that area.
20       We will go ahead and if we have the disc, we will give it
21   to the customer for the most part.  The discs have to be in
22   perfect condition.  I will not test the disc, I will not verify
23   the disc, they have to be picture perfect.  I am not going to
24   create a customer issue by giving them a faulty disc.
25       If they come in and they are perfect, here is your disc.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   If we get huge amounts of them, if they are in perfect
 2   condition, we may provide them to the refurbisher or whomever,
 3   particularly when we scrap them.
 4   Q.  What percentage of the time, if you have a large volume,
 5   say five thousand computers and higher, would you say you get
 6   recovery discs?
 7   A.  Well, we do get some in, not in direct proportion to the
 8   units we get.
 9   Q.  Give me a percentage.
10   A.  Let's say we process 50 percent, maybe.
11   Q.  And of those 50 percent, how many do you get a recovery
12   disc for each machine?
13   A.  That is what I said, 50 percent of the -- what we call
14   Windows PC or personal computer.
15   Q.  Okay.
16   A.  We also do other computer companies, and we also have a
17   contract, let's say, with Apple to reload their OS's, so we do
18   those on thousands of units per week as well.
19           MR. MORRIS:  No further questions.
20           THE COURT:  All right.  Any redirect, Mr. Reinhart?
21           MR. REINHART:  No.
22           THE COURT:  Mr. Kelley, thank you for coming.
23           Mr. Kelley, did you testify in another proceeding in
24   this first case?
25           THE WITNESS:  No, sir, this is the first time, must
```

1    have been a great looking guy.

2            THE COURT:  Thank you for coming, sir.

3            Does that conclude all of the testimony on both sides?

4            MR. MORRIS:  It does for the Government.

5            THE COURT:  All right.

6            MR. REINHART:  Nothing further, Your Honor.

7            THE COURT:  Thank you.  Argument, Government.

8            MR. MORRIS:  Your Honor, it's the Government's

9    position that in this particular case, what is going on is that

10   they are using software manufactured in China that is the

11   easiest software to counterfeit, that will give you a full

12   operating system, that will allow you to install on a computer

13   the version of XP Professional and Windows 7 Professional,

14   which again are the more expensive versions.

15           We believe this does fall under one of the enumerated

16   situations under 2B5.3, and the ones that we mentioned -- and I

17   think we showed today -- is that the infringing item is or

18   appears to a reasonably informed purchaser to be identical or

19   equivalent to the infringed item.

20           Now, the infringed item we believe was infringed was

21   the Microsoft operating system software, called the software

22   image contained on the Dell installation disc.

23           That is, as you heard testimony, it is a full

24   operating system.  All it needs is a product -- well, you heard

25   that you don't even need a product key if you wanted to --

```
 1                THE COURT:  If I can for a second, to clarify this, I
 2       take it the software that you claim -- that the Government
 3       asserts has been infringed is the Microsoft software which
 4       is -- which may be contained on a computer and an exact copy
 5       may be contained on a reinstallation disc that normally
 6       accompanies the hardware when it is sold.
 7                Is that right?
 8                MR. MORRIS:  That is correct.  In fact, what we point
 9       to is the copyright infringement count.
10                You could argue if we just charged the conspiracy to
11       copy and traffic in copyright goods, it might not contain the
12       actual software contained in the goods.
13                I can't argue that the infringement count doesn't go
14       to -- that is what was infringed, the Microsoft operating
15       system.
16                THE COURT:  And you are saying the Defendants
17       infringed on this copyrighted software because they effectively
18       produced or had produced a device that had an exact copy of it.
19                MR. MORRIS:  Correct.  We think we demonstrated that
20       and we think it is no accident that they used the recovery disc
21       because as -- well, what we believe, and we believe we had
22       testimony that demonstrated it, that is the easiest software to
23       copy, the software disc to copy.
24                Now, there is a second way that I think also applies
25       which is, it is a digital or electronic reproduction of the
```

1    infringed item, and we think that one is spot on.

2           That is exactly what they had.  It is a digital

3    electronic reproduction of the Windows operating system, XP and

4    Windows 7.

5           Once you fall within the enumerated situations, which

6    we believe you do, then you apply the retail price.  Now, then

7    it becomes a little more complicated, I grant you that, but

8    we -- Microsoft, we actually went -- we talked a lot about

9    this.

10          If you were to do this, which is what we think they

11   were doing, finding a way to load the operating system on to

12   computers being refurbished, the most expensive way would be to

13   pay the retail price, and that would have sent the guidelines

14   up astronomically, into the millions.

15          But we thought --

16          THE COURT:  Let me stop, I want to make sure what you

17   are saying.

18          I see.  Well, I am not sure I do.

19          If your theory is -- if your theory is that the

20   Microsoft software was going to be installed on a refurbished

21   device, aren't the prices for that significantly lower?

22          MR. MORRIS:  They are, that is where I am going with

23   this.

24          What you have to do is go to a Microsoft registered

25   refurbisher to get that low price, which you could do.  If you

1    didn't to go a Microsoft registered refurbisher, you would have

2    to pay the retail.

3            We talked to Defense and we believed, they are not

4    bound by our agreement, what we believe the $25 price for --

5    and we actually went $25 for Windows XP, and we agreed to $25

6    for Windows 7, and we found out that is higher.

7            THE COURT:  Where are you going for those figures?  I

8    am looking at Government Exhibit 18.

9            MR. MORRIS:  That is correct, I am, too.

10           THE COURT:  All right.

11           MR. MORRIS:  Small Microsoft registered refurbisher,

12   with the Pro.

13           THE COURT:  Okay.  Right.

14           MR. MORRIS:  Now, I suppose you could find --

15           THE COURT:  What are the two systems involved in this

16   case?

17           MR. MORRIS:  You mean the XP, and Windows 7?

18           THE COURT:  Are there more than that or just two?

19           MR. MORRIS:  There are really two, XP, two different

20   versions, we have a breakdown.  There was SP3, I believe, there

21   were some XP2 -- it is Windows XP?

22           I suppose there is another alternative --

23           THE COURT:  Before you go to the alternative, I want

24   to understand the first point.

25           Do I understand you to be saying the Government is

Pauline A. Stipes, Official Federal Reporter

1    taking the position that rather than using the Microsoft retail

2    price, you are assuming --

3              *MR. MORRIS:*  The refurbished, yes --

4              *THE COURT:*  -- that in this case, the effort was going

5    to be to sell these discs to non-authorized refurbishers?

6              *MR. MORRIS:*  Correct.

7              *THE COURT:*  And therefore, you use the prices set here

8    which is either 20 or $25 -- 20 for the XP and 25 for Windows

9    7?

10             *MR. MORRIS:*  That is correct, but it is the

11   professional.  So, we agreed to the $25 for both.  At the time,

12   that was the figure I was given.

13             *THE COURT:*  I want to make sure I understand.

14             The Pro is 25 rather than 20?

15             *MR. MORRIS:*  Yes.

16             *THE COURT:*  And Windows 7 is 40 rather than 25?

17             *MR. MORRIS:*  Right, we agreed to 25.

18             *THE COURT:*  The point is, the Government is putting

19   forth the scenario that, looking at the unique facts of the

20   case, together with the testimony about the markets that exist

21   out there, that you are suggesting that Mr. Wolff, the likely

22   target for his sales would have been a non-registered Microsoft

23   refurbisher; is that right?

24             *MR. MORRIS:*  That is correct.

25             *THE COURT:*  Okay.

Pauline A. Stipes, Official Federal Reporter

```
 1           MR. MORRIS:  To put it in a nutshell, we believe in

 2     cases like this you just can't break the law, create an illegal

 3     black market with a retail price that is lower than the value

 4     of the harm Microsoft suffered and try to use that lower value,

 5     that harm against Microsoft in the calculation.

 6           So, what we are asking you to do is apply it as if

 7     they actually went through the real Microsoft program.

 8           That is the way --

 9           THE COURT:  I am not sure I understand what you just

10     said.

11           MR. MORRIS:  What we are saying is Microsoft has the

12     program which they elected not to use.  That is the program

13     that lost the sale by the fact that they went --

14           THE COURT:  I do understand now.

15           Both of these refurbishers are registered to

16     Microsoft.

17           MR. MORRIS:  Correct.

18           THE COURT:  One is larger, one is smaller.

19           MR. MORRIS:  Correct.

20           THE COURT:  You are saying your view is the market, or

21     the target for the sales would have been presumably a

22     registered or non-registered, but you are suggesting you hold

23     them to the registered Microsoft refurbisher, but the small

24     which produces the lower number.

25           MR. MORRIS:  Correct.
```

 1          *THE COURT:*  Your view is you have established this is

 2    an identical copy.

 3          *MR. MORRIS:*  Yes.

 4          *THE COURT:*  Mr. Reinhart.

 5          *MR. REINHART:*  Thank you, Your Honor.

 6          Again, Your Honor, we never contested it is an

 7    identical copy, I think it is one of the elements of the

 8    marking.

 9          There are two counts, illegal markings, and an element

10    of the marking is that it is indistinguishable, and what is the

11    item infringed.

12          *THE COURT:*  What item do you think was infringed?

13          *MR. REINHART:*  A reinstallation CD which, with a

14    license not attached to it, has minimum value.

15          *THE COURT:*  Think about it for a minute.

16          The recovery disc is simply a second copy of the

17    Microsoft software.  So, what is infringed, if anything, is the

18    Microsoft software, is it not?

19          The disc is the second means of providing a copy of

20    it.

21          *MR. REINHART:*  The question is, what is the value of

22    the disc?

23          *THE COURT:*  Is that it or is it the value of the

24    Microsoft software?

25          The two possibilities, what is the value of the

```
 1    Microsoft software?  Defense's contention, if I hear you, is

 2    what is the value of the reinstallation disc with the Microsoft

 3    software which doesn't have a license, and as Mr. Weadock said,

 4    zero to very low.

 5            MR. REINHART:  Your Honor, I think the Government's

 6    argument is speculative.  I can point you to evidence in the

 7    record that you can rely upon.

 8            Look at Exhibit 8, an email between Mr. Wolff and Mr.

 9    Lundgren in April of 2012.  In the very first full paragraph --

10            THE COURT:  Hold on if you would.  I don't know if I

11    have eight.

12            MR. MORRIS:  Your Honor, we have a copy.

13            THE COURT:  I have it, thank you.

14            MR. REINHART:  The guideline standard is retail value.

15    So here you have Mr. Wolff -- I'm sorry, Mr. Lundgren and Mr.

16    Wolff talking about not selling these anymore at $1.75.

17            If you look at Exhibit 20 --

18            THE COURT:  What is the point you make?

19            This is the retail value that the infringers put on

20    theirs.  If we've agreed it is the retail value of the

21    authentic device, the authentic software --

22            MR. REINHART:  The testimony in the record is, if you

23    go to Dell to get the authentic disc, you get it for free.

24            THE COURT:  Let me tell you right off the bat, I don't

25    buy your argument at all it is the disc.  I am sorry, I hear
```

1    you, I think that is a specious argument.

2         What has been infringed here is Microsoft's software,

3    the disc is a second copy of it.

4         So, what we are looking at is what is the value of

5    that Microsoft software.

6         MR. REINHART:  Your Honor, I point you to Exhibit 21,

7    the discs to Mr. Cisneros.  Mr. Cisneros paid $3 for Windows 7

8    and $4 for Windows XP.

9         THE COURT:  How is that relevant to anything?

10        What you are citing to me the prices -- I hate to say

11   this about Mr. Cisneros, you are talking to me about the prices

12   that the violators would pay.  That is not the standard.

13        The standard here, if it is an exact copy, and we all

14   agree it is an exact copy, if it is an exact copy, the question

15   as a matter of law is, what is the retail price of Microsoft,

16   not what the infringers are paying or able to get.

17        They are obviously engaging in an outlaw market, an

18   illegal market that has a depressed value.  That is why they

19   are there, because the product is cheaper, not in Redland,

20   California buying from Microsoft.

21        MR. REINHART:  I understand the Court's position.  It

22   is not our position, we disagree.

23        I don't know how you value this from Microsoft's

24   perspective, I truly don't.  You don't have to be a Microsoft

25   refurbisher to use these discs.

1          THE COURT:  Right.

2          MR. REINHART:  If I am Mr. Kelley, not a Microsoft

3     refurbisher, he can get the discs from Dell legitimately.

4          THE COURT:  He does not do that.  He said he may put

5     it on there to verify for himself that it works, and probably

6     be able to show it to the purchaser who walks in, but then they

7     wipe it off.

8          MR. REINHART:  There are other people who could use

9     that as a business model.  If they did, there is no loss to

10    Microsoft.

11         It is not costing Microsoft anything in that retail

12    market because whoever is installing that has at some point

13    paid for it.  They are the end user from the original OEM sale.

14         I know I am frustrating you because I am not answering

15    your question.  I don't know how to answer it.

16         If it is your view in 18, you should take it for the

17    lowest number that Microsoft sells it for.

18         THE COURT:  I understand, we take the absolute low, we

19    don't want to engage in speculation.

20         All right.  I hear what you are saying.

21         MR. REINHART:  I don't have it in front of me.  I

22    think six dollars is the lowest number on 18.

23         THE COURT:  Ms. Golder, what is your position?  Do you

24    see this differently?

25         MS. GOLDER:  Let me tell you where I think the

```
 1    confusion and sticking point is.
 2            Frankly, I am not totally against the Government's
 3    number, the number we looked at.  My client acquired legitimate
 4    reinstallation discs from Dell for 10 or $11 apiece.  This is
 5    why I wanted to get to the infringing item and not the
 6    infringed item, because it is hard in this case.
 7            The person ultimately that ends up with the disc and
 8    this computer has a license that is already paid for.
 9            In other words, our position, and I agree with Mr.
10    Reinhart on this --
11            THE COURT:  Well, is that necessarily true?  How about
12    if somebody has the white box computers, they put it together,
13    but for whatever reason they want to buy one of Mr. Wolff's
14    discs, Mr. Lundgren's discs, and it turns out to be a
15    counterfeit disc.  They don't have the product key or licensing
16    agreement, do they?
17            MS. GOLDER:  They weren't sending it to an end user,
18    they were selling to refurbishers.  If you do that and you
19    don't have one of the COA's, as you explained, you are not
20    going to get the full functioning version of XP and after a
21    period of time it shuts down.
22            I hate it, I went over to Apple, I hated dealing with
23    the Microsoft stuff, the things wouldn't work.  It says you
24    don't have the right version, it might give you a 30 day trial,
25    but then it will lock you out.
```

1          And, so, I mean, what is 30 days use of -- worth of

2    use to somebody?

3          THE COURT:  If you have your data in it, they have

4    you, you will pay whatever it is --

5          MS. GOLDER:  Then you have to pay Microsoft.  The only

6    way these discs have value, it is a convenience to the

7    customer.  I hated when they stopped giving me discs.  They say

8    you have a problem with your computer, you can't access the

9    damn internet.  They want me to download something, I have no

10   internet access, it is something in the operating system.

11   Whereas if you have a bootable disc, you can get up and running

12   and somebody on the phone to help you.

13          Even with the counterfeit discs, you can still get

14   support because you have that COA, and Microsoft got their

15   money for a legitimate operating system.  And remember the

16   testimony, that license travels with that hardware for the life

17   of the hardware unless you replace the hard drive and mother

18   board.  That was not going on here.

19          I have gone through this with a new hard drive and I

20   tried to install the operating system and it wouldn't.  I had

21   to take it into a place, Comp USA back then, Best Buy, and they

22   actually have --

23          THE COURT:  We are moving outside the record, I think.

24   They have discs that they use to fix it.

25          MS. GOLDER:  I can only tell you when you start

```
 1    looking at the value, it is not the value of a legitimately

 2    purchased licensed piece of software.  What our clients

 3    produced didn't have that kind of value.

 4           The value really is in the legitimate licensing of

 5    this.  And so, in a way, when you are looking at it, if you try

 6    to attach a retail value, as I think the Court would like to

 7    do, it is really an unfair evaluation.

 8           At least the Government came with for a compromise for

 9    us, even that tends to be on the high side because you could

10    take that service tag or serial number, whatever, and go to

11    Dell, and they will give you the disc for minimal cost, $10 a

12    disc, or whatever it is, and they will help you get it

13    reinstalled on your computer.

14           As one of the experts said, Judge, if our clients were

15    trading in the COA's, that would have value, now you are

16    talking about the value of the license.

17           THE COURT:  Sure, you would be talking about

18    tremendous enhanced functionality down the road.

19           MS. GOLDER:  Absolutely.

20           When you look at the numbers on Exhibit 18, that is

21    what you are talking about, the licensing value, and that is

22    not what my clients have trafficked in here.  Mr. Wolff has

23    taken responsibility for the fact that he shouldn't have done

24    this and this isn't right.  He did it because he rationalized

25    that people already paid for the licenses, and really what they
```

Pauline A. Stipes, Official Federal Reporter

 1     were doing wasn't so bad, and that was in their minds.

 2              He knew enough about computers to know you had to have

 3     the COA to make it work.

 4              When we come up with a fair valuation, I don't think

 5     it is fair to use the value with the license, you need to find

 6     something else, some compromise value.

 7              THE COURT:  Thank you very much.

 8              Well, first, this has been an interesting day.  It has

 9     been long, but we certainly covered the waterfront in terms of

10     the computer industry, and I suppose we have all learned a lot

11     more than we knew, I can speak for myself.

12              Based on the testimony and evidence that was

13     presented, I will make the following findings of fact.

14              First, we all agree, it is undisputed that Microsoft

15     Corporation creates and markets a computer software and a

16     computer operating system.

17              One of the ways that it brings about the sale of this

18     is by entering into licensing agreements with other, I think we

19     called them OEM's, Dell being the classic example.  What does

20     that stand for exactly?

21              THE WITNESS:  Original equipment manufacturer, Your

22     Honor.

23              THE COURT:  We used Dell today because it stands out

24     in some of our minds, and what Microsoft does with an original

25     equipment manufacturer is it allows that original equipment

1     manufacturer to pre-install its software into the -- for

2     example, the laptop computer that is developed.

3            We've all seen them when people buy these expensive

4     and nice to look at computers, and they usually come securely

5     encased in styrofoam and everything else, and I suspect a lot

6     of us didn't appreciate the significance of that disc that was

7     also in there.

8            I know I didn't.  I vaguely recall having thrown one

9     away, but that is what we are talking about, it is an insurance

10    program.  When you buy your laptop or desk top one assumes it

11    is going to work.

12           Here is the very important reinstallation disc, but

13    they become passe today.  We know there is testimony about some

14    of the reinstallation can be done in other ways.

15           What is significant is, when the purchaser, the end

16    user buys the hardware and software, they obtain this

17    reinstallation disc.  Significantly, the reinstallation disc

18    contains an exact copy of the Microsoft software that was

19    pre-installed by the original equipment manufacturer.

20           And as has been indicated, again, I don't think there

21    is any dispute about this, the purpose of the reinstallation

22    disc would be if for some reason there is a catastrophic event

23    to your computer, you would have the capacity to reinstall what

24    you originally purchased.

25           We all understand when you purchase that software, you

 1    obtain a license, and the license in this case travels with the

 2    equipment.

 3          Now, that becomes important because someone can sell

 4    their computer and the new purchaser essentially inherits the

 5    license and has the right, if they lose the reinstallation

 6    disc, to be able to go to the original equipment manufacturer

 7    and the testimony is really, without dispute, that you can

 8    obtain a free copy of it.

 9          The word "free" has become important because one of

10    the tasks that the Court has today is to determine what is

11    called the infringement amount, and that becomes important

12    because it effectively drives the guidelines.

13          You know, I mentioned before the purpose of the

14    guidelines is to try to achieve greater uniformity in

15    Sentencing, and it does so by looking at different aspects of a

16    criminal endeavor, and assigning values to it.

17          Unfortunately, but to use an example that is much more

18    common in my experience, when we are in the drug area, we know

19    there is a difference among different drugs, and there is a

20    list, and we know heroin is way at the top of that list, but

21    other drugs, other controlled substances are on that list, so

22    we have to identify the drug that seems to be relevant and we

23    have to identify the amount.  Someone dealing in multiple

24    kilograms of a drug is treated more seriously than someone

25    engaging in smaller amounts.

1          In the fraud area, we look at the amount of the fraud,
2     the amount gained or the loss to the victim.
3          I recognize some of these can be very arbitrary
4     because we have amounts that we have set, and once you exceed a
5     particular amount, the offense level goes up, and so on and so
6     forth, and someone can say that doesn't make sense, my client
7     was a couple thousand dollars below that and ought to be
8     treated differently, but he gets bumped up and so on.
9          I acknowledge some of these things can be arbitrary,
10    but I want to point out that the guidelines represent a
11    concerted effort to look at different aspects of criminal
12    activity and assign values to it.
13         We can argue whether those valuations totally
14    encapsulate or accurately encapsulate the criminal activity.
15         But in this case, as Ms. Golder pointed out in her
16    opening approach, normally one would use the value of the
17    infringing article unless, unless certain exceptions occur, in
18    which case you turn and you use the retail value of the
19    infringed -- of the authentic item.  And one of those
20    situations is when the infringing item is or appears to a
21    reasonably informed purchaser to be identical or substantially
22    equivalent to the infringed item or is a digital or electronic
23    reproduction of the infringed item.
24         Now, as I said earlier, what Mr. Wolff and Mr.
25    Lundgren did -- and what they have acknowledged that they

1    did -- is that they produced and obtained -- had produced these

2    exact copies of the legitimate reinstallation discs.

3         Now, I recognize there has been a dispute in the

4    testimony about what you could do with one of these things, and

5    I have certainly listened to Mr. Weadock's testimony and Mr.

6    McGloin's testimony.

7         I find Mr. McGloin's testimony to be credible and

8    worthy of belief that he did take the installation device and

9    was successful in installing it on two different computers and

10   that it worked.  That is, it worked in the sense that it

11   functioned.

12        I understand Mr. Weadock tried to do it and he was

13   unsuccessful.  I understand, too, that Microsoft, probably with

14   the XP or one of them -- I may have them mixed up.  One would

15   close down after 30 days.  Windows 7, apparently was more

16   tolerant and you might have to put up with a continuing prompt

17   that would ask you to activate it and follow those steps, but

18   ultimately, if you didn't do it, what happened is, apparently a

19   legend would come up telling you that you had software that is

20   not genuine.

21        Now, one has to assume that in doing what they did

22   that Mr. Wolff and Mr. Lundgren, both of whom are very

23   intelligent people and have had a lot of experience in this

24   field, that they understood the market that was out there, and

25   I think the Government's suggestion that what unlikely was the

 1    intended object -- I know there is a little bit of speculation,

 2    but the speculation here redounds to the Defendant's benefit --

 3    is that the aim was to sell these counterfeit copies to small

 4    refurbishers who would be able to use them and be able to

 5    provide the user with a functioning computer and operating

 6    system.

 7              Now, I've looked at some of the case law in this area.

 8              The Eleventh Circuit, which is the Appellate Court

 9    that this Court is obligated to look to, sits in Atlanta, has

10    its main headquarters there, back in 2007, in a case called

11    Lozano, United States versus Lozano, the Court had occasion to

12    discuss the concept of whether you utilize the infringed, the

13    authentic item's retail value or the infringing value, and

14    pointed out that in that case, the trial court had correctly

15    used the retail price for the infringed device, the authentic

16    device.

17              And it did so because there was testimony in that

18    regard, that it would have required an expert to recognize that

19    the infringing items were in fact counterfeit.

20              Now, I have a copy of the counterfeit disc, and I have

21    a copy and copies of the authentic discs.  Candidly, there is

22    no way, there is no way a reasonably prudent person would be

23    able to differentiate between the two.

24              I guess that is the expertise of the counterfeiters,

25    and I am not talking now about Mr. Wolff or Mr. Lundgren, I am

 1   talking about these folks in China who are masters in having

 2   achieved this.  You just wouldn't be able to tell.

 3           There is testimony, and Mr. McGloin pointed out there

 4   are these two different codes that are actually imprinted, but,

 5   I think to be able to know that you would have to have resource

 6   to Microsoft or somebody with the master list as to what code

 7   and so on.

 8           So, there is no way that the normal person would be

 9   able to tell the differences.

10           Remember, when we are talking about the normal person,

11   we are talking about a reasonably informed purchaser to be.

12   And I am assuming, by the way, that is the person in the

13   refurbishing business who probably does this for their business

14   and they deal in some quantity of these.

15           There is just really no way someone would be able to

16   tell the difference.

17           Not only that, I find credible and worthy of belief

18   Mr. McGloin's testimony with respect to what appeared on the

19   screen when you loaded the disc into the computers.  It's

20   identical to the legitimate screen that would appear.

21           Now, maybe somebody who is truly an expert in this

22   field would know the failure to ask for the authentication

23   prompt at the beginning, maybe that was a sign, but it seems to

24   me that goes way beyond the reasonably informed purchaser to

25   be.

```
 1              I would also point out, and I think Mr. Morris' point

 2      is well taken, that there is alternative to the first part in

 3      2A, subsection I, and that is, is a digital or electronic

 4      reproduction of the infringed item.  That is exactly what we

 5      are dealing with.  We are dealing with a digital or electronic

 6      reproduction of the infringed item.

 7              So, the long and short of this is, I wish we had this

 8      discussion at nine o'clock this morning rather than probably at

 9      quarter of 4:00, where I realized for the first time that

10      everybody agrees that we ought to use the value of the

11      infringed device, and so, then the debate becomes, if that is

12      what you are going to do, what is the value of the infringed

13      device?

14              Now, there is a split in testimony on this.

15              Mr. Weadock suggested that the value is either zero or

16      nominal.  Mr. McGloin has suggested that the value is one of

17      the values set forth on Government's Exhibit 18.

18              I appreciate Mr. Weadock's testimony, he is obviously

19      someone with experience in this area, but I reject his

20      testimony as not credible nor worthy of belief.

21              I find that Mr. McGloin's testimony is the correct

22      view on that, and is in fact credible and worthy of belief.

23              To begin with, you need to step back for a second and

24      say, look, we are in the real world, why were these people

25      doing what they were doing?  As nice a man and charitable a man
```

1    as Mr. Wolff is, I have had a chance to learn about Mr. Wolff

2    by reading the Pre-Sentence Investigation Report, and I know

3    there are admirable traits about him.  I am not being facetious

4    at all.  He wasn't doing this as a charitable man, this was a

5    financial investment for Mr. Wolff and certainly indicated that

6    in the emails to Mr. Lundgren, this was a business, a business

7    venture in which they invested about $80,000 in the hope,

8    certainly, of, number one, being able to market the product,

9    and secondly, obtain a profit.

10           Now, so, clearly there is a value to these.

11           The question is -- and you come back to Mr. Weadock's

12    testimony, because I understand the contention is, well, this

13    doesn't have any value if you don't have a license.  But, you

14    know, that suggests you are dealing with honorable people,

15    law-abiding people, people who would think it is important that

16    you have a license.

17           Think about the world out there.  You go to the

18    movies, and you know that The Promise is showing at the cinema

19    or whatever it is here in West Palm Beach, but you open your

20    computer and you can get it on Channel 1 from China free.

21           Come on, there is illegitimate piracy going on, and it

22    happens.  This is a huge problem in the intellectual property

23    area, we all know it, people have an appetite for all of these

24    things.  If you can do it and save money, people do do it.

25           It is done from the manufacturing level right down to

1    the user who thinks there is something wonderful about the fact

2    that you can get something free that someone else would have to

3    pay the cost of admission to.

4              But in all of them, as we have seen, sometimes you see

5    these things on TV that say, look, that is piracy.  That is

6    what we are dealing with here.

7              Now, clearly there is a value, and so, again, I come

8    back to what I said in the beginning.  I recognize that people

9    say this is awfully arbitrary, but the guidelines are crystal

10   clear on this.  That is, you need to use the value of the

11   infringed device.

12             In this case, the Court has several possibilities that

13   have been set forth on Exhibit 18, which I had in front of me a

14   moment or two ago, so give me a minute here.

15             Remember, now, we are not talking about the disc, the

16   reinstallation disc, that is just the means of installing the

17   software.

18             The item that has been -- or the product that has been

19   infringed is the Microsoft software.  The potential valuations,

20   I think, are all accurate as set forth on 18, but I accept what

21   I think is a reasonable accommodation in this case because I

22   suspect it does accord with what was in fact the Defendant's

23   intentions, and that is to market these counterfeit

24   reinstallation discs to small registered refurbishers.

25             And I do think that in looking for the retail value,

1    it is correct to look to the retail value that a registered --

2    Microsoft registered, Microsoft approved small refurbisher, the

3    monies paid to Microsoft.

4            For Windows XP, that is $25 per unit of Windows XP,

5    and for Windows 7, that is $40 for Windows 7.

6            Now, if I understand the Government's position, it is

7    further willing to discount the Windows 7; is that correct?

8            MR. MORRIS:  That is correct, Your Honor.

9            THE COURT:  I will accept that, although it is at odds

10   with what I think is the credible testimony, but I want to do

11   it in a way that is beneficial to the Defense that the

12   Government is willing to accede.

13           What did Probation use?

14           PROBATION OFFICER:  We used the $25 figure.

15           THE COURT:  That is what I will use.  I will use the

16   $25 figure for each unit of Windows XP and each unit of Windows

17   7.

18           Now, I don't want anyone to step back from the

19   positions that are advanced, they are in the record and they

20   can be raised before the Eleventh Circuit if any party cares to

21   do that.

22           Now, it is 4:35 and we have two sentencings.  My

23   suggestion is that we recess for the evening and come back

24   tomorrow at 10:30.  I think I will have time, and I want to

25   make sure we have adequate time for each Sentencing.

```
 1            I am sorry if folks have come a great distance for the

 2     Sentencing, but there isn't any way to do this and do it

 3     properly, with justice to each gentleman in the time we have

 4     allotted.

 5            How does that work out for the lawyers' schedule for

 6     tomorrow?

 7            MR. MORRIS:  That is fine.  We will have our witnesses

 8     available.

 9            MR. REINHART:  I am checking, Judge.

10            MS. GOLDER:  I have some stuff that has to get done at

11     9:30 in the morning.  I have to go for pre-op blood work.

12            THE COURT:  What time could you be here?

13            MS. GOLDER:  I could try to be here at 10:30.  I will

14     have that done and come straight up.

15            If it is okay, I know Mr. Wolff was scheduled to go

16     first, maybe we could go first with Mr. Lundgren and then Mr.

17     Wolff.  Would that be all right?

18            THE COURT:  Sure, that is fine.

19            MR. REINHART:  I was going to say, I did have a

20     meeting in Fort Lauderdale in the morning, if you could let us

21     go in the afternoon after Ms. Golder goes.

22            THE COURT:  I can't.

23            MR. REINHART:  I will change it.  We will deal with

24     that.  I will be here at 10:30.

25            THE COURT:  Let me tell you this just as an advisory.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              There is a matter set at 9:00, and I asked the
 2      courtroom deputy to call the lawyers to get a sense of the
 3      time.
 4              Now, I wonder whether anyone called you to get a sense
 5      of what was today, and we have gone significantly over this,
 6      but I know we had to, we had to cover what we did.
 7              But I really do hope I will be done at 10:30.  That is
 8      a half hour longer.  If we could do that, that would allow me
 9      to finish Mr. Lundgren's case hopefully before lunch.
10              Do you anticipate there will be much testimony?
11              MR. REINHART:  No, Judge, some argument, and typical
12      character testimony, an hour.
13              THE COURT:  Any other major factual objections that
14      need to be dealt with?
15              MR. REINHART:  Nothing that the Court couldn't rule on
16      based on the facts that we had today.
17              THE COURT:  Why don't we do that at 10:30, and we will
18      move on to Mr. Wolff's case as well.  We will try to do it
19      before lunch if we can.  Otherwise, we will come right back
20      after lunch, deal with Mr. Wolff's matter, and I have another
21      matter later in the afternoon.  That way we can handle all of
22      that tomorrow.
23              We made some headway today.  This was important, and
24      the record has been developed.  If need be, you can get this
25      reviewed on the record.
```

```
 1              I don't want to try to rush into what is really
 2      important and that is the Sentencing.
 3              With respect to Mr. Wolff, has the Government filed a
 4      5K1 motion?
 5              MR. MORRIS:  We have, Your Honor.
 6              THE COURT:  That is all right.  I wanted to be aware
 7      of that and we will see where we are on that.
 8              MR. MORRIS:  Thank you.
 9              THE COURT:  All right.  What about Mr. Lundgren, has
10      the Government filed a 5K1 on Mr. Lundgren?
11              MR. MORRIS:  We offered Mr. Lundgren the opportunity
12      and he declined.
13              MR. REINHART:  I wouldn't think that is a fair comment
14      to the Court.
15              THE COURT:  Remember, when I took the plea I said that
16      is something totally determined by the individual.
17              We all know even if someone does try to assist the
18      Government, it is never a sure thing that the Government is
19      going to say that it rises to the level, but it seemed to me,
20      based on Mr. Lundgren's travels in China and so on, I would
21      imagine he has information that would be extremely valuable to
22      the Government, but I leave that with you.
23              So everybody knows, even if the Government doesn't
24      file a 5K1 motion, there is a parallel motion called a Rule 35.
25      We can talk about that tomorrow.
```

1          Please be assured, that wouldn't be held against Mr.

2    Lundgren at all.  That is his decision.  There is a benefit for

3    doing it, but no detriment for not doing it.

4          MR. MORRIS:  We reiterate we are still interested.

5          MR. REINHART:  The problem is, it is five years old.

6          THE COURT:  All right.  I understand that.  We will

7    recess until 10:30, and plan to move into Mr. Lundgren's case

8    and then Mr. Wolff's case.

9          Thank you very much.

10       (Thereupon, the hearing was concluded.)

11                              * * *

12       I certify that the foregoing is a correct transcript

13   from the record of proceedings in the above matter.

14

15   Date:  June 1, 2017

16              /s/ Pauline A. Stipes, Official Federal Reporter

17                  Signature of Court Reporter

18

19

20

21

22

23

24

25

Pauline A. Stipes, Official Federal Reporter

223

MR. MORRIS: [120]   4/5 5/18
6/10 7/6 7/9 8/1 8/3 8/8
8/13 9/3 13/9 13/19 14/11
14/21 15/10 15/15 15/17
15/24 18/12 20/6 25/20 26/11
27/23 29/18 30/22 31/23 33/8
34/15 35/16 36/7 37/1 37/16
38/13 41/24 42/3 46/4 57/5
60/22 61/2 61/10 69/11 76/3
87/20 88/8 90/2 90/14 99/11
99/16 106/4 107/13 108/13
109/6 109/9 110/2 110/7
111/3 111/15 112/10 112/12
112/21 113/2 114/13 117/5
127/20 129/20 135/19 135/25
141/9 141/11 141/13 146/5
149/13 149/16 149/23 149/25
151/20 153/1 159/3 159/7
159/9 160/4 162/12 162/21
163/16 166/4 166/7 166/15
178/20 188/8 189/2 194/18
195/3 195/7 196/7 196/18
197/21 198/8 198/10 198/13
198/16 198/18 199/2 199/5
199/9 199/14 199/16 199/23
199/25 200/10 200/16 200/18
200/24 201/2 202/11 218/7
219/6 221/4 221/7 221/10
222/3
MR. REINHART: [96]   4/13 9/7
9/9 9/14 10/1 10/3 10/11
10/14 10/16 10/24 11/2 11/12
11/18 11/23 12/2 13/22 14/13
14/23 14/25 15/11 16/3 18/14
18/25 20/9 25/22 28/1 29/20
30/24 33/11 34/17 36/10
37/18 38/15 39/20 46/7 61/12
80/23 82/17 87/22 90/5 99/13
101/18 107/9 114/18 117/8
127/19 127/21 129/22 137/12
137/19 142/2 142/9 149/21
150/2 151/12 153/4 154/22
156/1 156/10 157/2 157/18
158/7 159/17 159/19 159/21
160/1 162/6 162/10 163/20
172/24 173/14 185/6 185/8
188/10 188/15 191/11 194/20
195/5 201/4 201/12 201/20
202/4 202/13 202/21 203/5
203/20 204/1 204/7 204/20
219/8 219/18 219/22 220/10
220/14 221/12 222/4
MS. GOLDER: [36]   4/9 6/11
9/12 12/8 12/20 13/3 18/15
40/9 41/22 57/3 69/13 73/3
73/16 84/25 90/6 90/9 107/5
107/7 109/7 109/25 112/24
113/16 114/5 142/11 146/8
148/18 156/17 157/5 157/12
204/24 205/16 206/4 206/24
207/18 219/9 219/12
PROBATION OFFICER: [1]
218/13
THE COURT: [434]
THE WITNESS: [183]   13/17
14/9 16/18 31/25 32/22 35/12

35/15 36/21 37/4 42/10 44/3
44/5 44/7 44/11 44/17 45/13
45/16 46/17 46/25 47/5 47/8
47/10 48/7 48/10 48/12 49/16
49/24 50/5 50/7 50/11 52/18
52/21 53/2 53/8 53/12 53/14
53/22 54/1 55/3 56/6 56/14
60/17 62/21 62/25 63/5 63/8
63/13 63/19 63/25 64/3 64/6
64/8 64/12 64/24 65/5 65/7
65/15 65/17 65/23 67/22 68/1
68/8 68/11 68/13 68/21 69/1
70/23 75/21 75/24 76/6 76/8
76/12 76/21 76/25 77/7 77/23
78/1 78/5 78/7 78/14 78/17
78/23 79/3 79/7 79/12 79/14
79/17 81/23 82/4 82/10 88/23
88/25 89/3 89/6 89/8 89/12
89/15 92/6 92/10 92/12 93/7
93/16 93/21 94/2 94/7 94/11
94/15 94/19 95/13 95/18
95/21 96/1 96/14 97/1 101/20
104/16 104/19 104/24 105/3
105/7 105/16 105/23 108/22
108/24 110/18 110/20 111/2
111/12 113/19 113/25 136/3
141/16 143/21 143/25 144/2
144/4 145/5 146/10 146/13
149/15 152/12 152/17 152/21
153/23 160/25 161/2 161/15
161/20 161/22 173/4 180/9
180/14 180/20 181/2 181/9
181/18 181/21 181/25 182/2
182/5 182/17 183/3 183/12
183/16 184/10 184/14 184/25
185/16 186/12 186/25 187/2
187/21 187/24 188/1 188/19
188/21 188/23 189/5 190/14
191/2 191/4 194/24 208/20

$

$1.75 [1]   202/16
$10 [1]   207/11
$100 [1]   177/10
$11 [1]   205/4
$119 [1]   148/12
$12,883.97 [1]   38/13
$150 [1]   177/10
$199 [2]   62/16 148/12
$200 [1]   184/16
$25 [13]   131/23 132/1 132/8
 132/10 132/23 198/4 198/5
 198/5 199/8 199/11 218/4
 218/14 218/16
$295 [1]   142/1
$299 [2]   176/13 177/10
$299,000 [1]   62/10
$3 [1]   203/7
$4 [1]   203/8
$40 [1]   218/5
$50 [1]   132/8
$59 [5]   63/18 152/16 164/16
 165/12 165/12
$6 [1]   115/22
$74 [1]   62/5
$80,000 [5]   41/7 41/7 180/8
 180/20 216/7
$98 [1]   164/17

'

'08 [1]   192/18
'09 [1]   192/18
'Made [4]   21/11 21/11 22/6
 22/6

/

/s [1]   222/16

1

1.75 [1]   28/12
10 [24]   3/2 16/11 28/8 30/20
 30/21 30/23 31/1 31/3 31/23
 49/12 62/2 62/13 62/16 85/8
 110/21 112/17 113/1 117/4
 152/5 166/15 166/16 166/18
 190/21 205/4
10,000 [2]   59/4 134/14
10:30 [6]   218/24 219/13
 219/24 220/7 220/17 222/7
11 [4]   36/18 117/9 117/14
 131/8
114 [1]   2/9
12 [10]   3/5 69/5 69/6 69/13
 69/19 69/21 131/8 135/2
 168/10 192/17
13 [10]   3/6 87/14 87/21
 87/24 88/1 88/17 115/1 115/2
 137/17 137/19
14 [11]   2/4 2/22 3/7 99/7
 99/12 99/15 99/17 99/20
 114/23 137/19 137/23
142 [1]   2/10
148 [1]   2/11
15 [3]   2/22 2/23 153/14
15-minute [3]   60/21 153/7
 153/12
15.1 [4]   32/9 33/10 33/13
 33/15
15.1-15.5 [1]   3/2
15.2 [1]   32/14
15.3 [1]   32/17
15.4 [1]   33/3
15.5 [3]   3/2 33/6 33/10
 33/13 33/15
150 [1]   3/7
154 [1]   2/13
16 [3]   2/23 26/6 192/20
16,000 [18]   30/16 62/6 62/11
 62/13 67/3 67/15 84/23 84/25
 177/20 177/22 177/25 178/4
 178/5 178/9 178/11 178/13
 178/13 180/3
16-CR-80090-HURLEY [1]   1/2
16.1 [4]   3/3 34/11 34/21
 40/15
16.3 [6]   3/3 36/3 36/8 36/10
 36/12 36/14
16.4 [5]   3/4 37/14 37/17
 37/20 37/22
160 [1]   3/8
17 [3]   119/19 119/21 154/17
173 [1]   2/14
178 [1]   2/15
18 [25]   2/24 3/5 61/5 61/11
 61/14 61/16 115/22 152/2
 158/5 158/12 158/16 159/7

**1**

**18... [13]**   159/9 160/17
163/20 164/10 164/13 167/24
198/8 204/16 204/22 207/20
215/17 217/13 217/20
**185 [1]**   2/17
**191 [1]**   2/18
**199 [1]**   63/18
**1:15 [2]**   107/10 107/21

**2**

**2.99 [1]**   115/22
**20 [5]**   2/24 199/8 199/8
199/14 202/17
**20 percent [1]**   85/7
**20,000 [2]**   61/24 85/8
**200 [1]**   177/10
**2000 [2]**   161/9 161/10
**2007 [2]**   134/22 213/10
**2008 [3]**   116/19 117/4 135/2
**2009 [1]**   135/6
**2010 [5]**   117/9 117/14 131/8
175/18 177/6
**2011 [14]**   20/24 29/18 30/4
47/22 133/5 135/2 146/9
147/6 168/10 175/18 177/6
177/21 191/16 192/17
**2012 [10]**   26/6 28/8 133/5
135/11 146/9 147/6 147/9
191/16 192/19 202/9
**2013 [1]**   16/11
**2014 [1]**   147/13
**2015 [1]**   192/20
**2017 [2]**   1/7 222/15
**21 [10]**   2/24 18/8 18/9 18/13
18/17 18/19 29/18 30/3 90/8
203/6
**2121 [1]**   1/20
**214 [1]**   28/25
**22 [10]**   1/7 3/6 89/20 90/3
90/5 90/7 90/9 90/11 90/12
90/13
**2221 [1]**   32/3
**23 [7]**   112/14 112/16 112/22
112/24 113/11 129/12 186/8
**2337 [1]**   1/25
**24 [8]**   108/15 108/16 109/2
109/7 110/11 110/13 114/17
114/18
**243756 [1]**   1/22
**25 [6]**   48/4 86/3 199/8
199/14 199/16 199/17
**2500 [1]**   29/1
**26 [4]**   2/25 186/8 188/15
188/20
**28 [1]**   3/1
**280271 [1]**   32/3
**29 [1]**   3/1
**290 [1]**   32/2
**299 [1]**   62/11
**2A [1]**   215/3
**2B.5 [1]**   8/1
**2B5.3 [7]**   7/13 8/2 8/3 8/7
9/10 12/12 195/16

**3**

**3.11 [1]**   160/12

**30 [18]**   9/21 95/6 115/9
115/11 127/14 129/2 129/5
129/9 131/1 131/2 137/10
137/11 154/7 170/24 181/19
205/24 206/1 212/15
**30 percent [1]**   29/1
**30,000 [1]**   81/7
**30-day [1]**   171/23
**300 [1]**   1/19
**31 [1]**   3/2
**32 [3]**   26/21 26/25 28/15
**33 [1]**   3/2
**33401 [2]**   1/16 1/19
**33424 [1]**   1/22
**34 [1]**   3/3
**35 [1]**   221/24
**36 [1]**   3/3
**37 [1]**   3/4
**38 [1]**   2/5

**4**

**4,000 [2]**   84/23 84/24
**40 [2]**   2/6 199/16
**40,000 [7]**   41/11 121/15
121/16 121/17 192/11 192/11
192/13
**400 [1]**   1/15
**42 [1]**   2/8
**4398 [1]**   1/23
**450 [1]**   31/22
**46 [2]**   3/4 41/13
**4:00 [1]**   215/9
**4:35 [1]**   218/22

**5**

**5,000 [1]**   85/12
**50 [1]**   41/15
**50 percent [3]**   194/10 194/11
194/13
**500 [1]**   1/15
**505 [1]**   1/18
**561-472-2121 [1]**   1/20
**561-503-4398 [1]**   1/23
**561-820-8711 [1]**   1/16
**5K1 [3]**   221/4 221/10 221/24

**6**

**6.1 [1]**   34/16
**61 [1]**   3/5
**64 [3]**   26/21 26/24 28/15
**69 [1]**   3/5
**6K [1]**   30/15

**7**

**704-792-2221 [1]**   32/3
**772-467-2337 [1]**   1/25

**8**

**8.1 [2]**   100/7 138/3
**8711 [1]**   1/16
**88 [1]**   3/6

**9**

**90 [2]**   3/6 83/11
**92,000 [1]**   41/12
**98 percent [2]**   27/18 52/19
**99 [1]**   3/7
**9:00 [1]**   220/1

**9:30 [1]**   219/11

**A**

**abiding [1]**   216/15
**ability [2]**   56/11 189/18
**able [36]**   23/17 45/8 93/4
103/11 103/12 103/14 104/5
104/10 104/19 106/3 109/15
115/5 130/17 134/25 141/24
144/10 163/3 166/20 169/16
170/5 171/1 171/11 171/13
171/17 180/22 203/16 204/6
210/6 213/4 213/4 213/23
214/2 214/5 214/9 214/15
216/8
**about [119]**   10/9 12/19 22/14
38/21 41/5 41/10 45/12 47/4
51/13 54/17 54/21 59/21 63/2
64/19 65/3 67/18 79/2 82/3
82/13 82/20 84/22 85/19
86/13 89/2 94/14 94/24 96/5
96/7 103/4 105/1 108/24
111/15 116/12 116/14 120/10
121/13 122/13 122/20 123/3
123/9 125/8 126/22 131/3
133/8 133/10 133/19 133/21
133/23 134/22 142/23 145/14
146/7 148/2 148/3 150/8
151/24 152/1 154/7 154/14
154/17 155/25 157/7 161/5
163/25 164/25 165/18 167/7
168/24 169/15 170/4 171/4
174/9 175/6 175/18 176/19
176/21 177/3 177/10 177/13
180/19 181/15 181/16 181/25
182/2 183/9 186/9 186/17
189/13 189/17 190/1 192/17
197/8 199/20 201/15 202/16
203/11 203/11 205/11 207/16
207/17 207/21 208/2 208/17
209/9 209/13 209/21 212/4
213/25 214/1 214/10 214/11
216/1 216/3 216/7 216/17
217/1 217/15 221/9 221/25
**above [1]**   222/13
**abreast [1]**   168/20
**absolute [1]**   204/18
**absolutely [4]**   5/19 146/14
146/14 207/19
**accede [1]**   218/12
**accept [8]**   91/4 91/13 129/11
129/15 129/15 163/17 217/20
218/9
**access [10]**   60/10 67/7 67/20
93/14 93/18 103/14 104/5
127/7 206/8 206/10
**accessible [2]**   54/19 71/8
**accident [1]**   196/20
**accommodation [1]**   217/21
**accompanied [1]**   118/18
**accompanies [1]**   196/6
**accompany [1]**   59/25
**accord [1]**   217/22
**account [4]**   16/9 16/10 36/20
37/5
**accurate [6]**   5/17 27/18
156/15 158/19 182/14 217/20
**accurately [2]**   168/15 211/14

225

**A**

**achieve [3]** 7/16 163/12
210/14
**achieved [1]** 214/2
**acknowledge [1]** 211/9
**acknowledged [1]** 211/25
**acquire [6]** 10/12 165/22
187/6 187/11 187/24 188/7
**acquired [1]** 205/3
**acquires [1]** 131/14
**acquiring [1]** 39/15
**across [4]** 5/3 7/16 55/14
62/1
**Act [1]** 30/13
**action [2]** 55/15 101/14
**activate [36]** 47/20 47/24
48/3 49/1 56/20 81/15 86/3
87/2 94/16 95/1 95/18 96/7
96/10 97/7 104/11 104/21
124/24 127/14 129/2 129/4
129/13 129/13 129/20 137/3
137/4 166/1 166/23 166/24
169/14 170/14 170/17 170/23
171/1 176/7 176/9 212/17
**activated [7]** 82/15 82/16
101/10 102/3 105/4 129/7
171/17
**activating [2]** 137/9 172/1
**activation [33]** 48/2 50/17
50/21 72/6 85/24 85/25 86/6
86/14 95/4 95/6 95/7 95/15
98/14 101/6 101/8 102/3
104/12 104/18 105/2 105/19
105/21 115/9 115/11 123/9
123/15 124/21 124/22 124/23
128/25 130/9 130/24 136/17
171/12
**active [2]** 127/4 171/24
**activities [1]** 84/6
**activity [4]** 79/25 84/7
211/12 211/14
**actual [11]** 16/19 17/3 44/25
54/24 83/3 93/12 97/12 104/8
131/5 135/13 196/12
**actually [22]** 6/15 11/23
35/10 35/15 35/19 52/17 53/1
55/11 70/14 70/17 89/19
115/12 130/14 143/10 147/19
176/6 190/15 197/8 198/5
200/7 206/22 214/4
**adaptor [1]** 103/13
**add [2]** 71/14 115/23
**added [2]** 99/1 115/24
**addition [1]** 117/13
**additional [7]** 12/24 70/9
99/1 113/5 116/6 127/9
148/17
**address [1]** 189/13
**addressed [3]** 32/12 33/7
40/5
**addressing [1]** 8/5
**adept [1]** 23/2
**adequate [1]** 218/25
**adhere [2]** 49/16 83/6
**adhered [3]** 45/19 45/19
102/5
**adhesive [1]** 49/17

**admirable [2]** 216/3
**admiration [1]** 261
**admission [2]** 13/21 217/3
**admit [1]** 109/15
**admitted [1]** 84/7
**Adobe [1]** 21/14
**advance [1]** 49/21
**advanced [1]** 218/19
**advantage [1]** 148/14
**advise [2]** 26/22 163/15
**advising [2]** 161/7 161/13
**advisory [1]** 219/25
**affect [2]** 84/15 84/16
**affiliation [1]** 186/18
**afford [1]** 65/20
**afraid [1]** 21/7
**after [20]** 5/15 22/22 23/24
24/25 83/8 84/24 94/24
103/24 107/25 129/5 139/4
153/10 176/22 185/11 190/23
191/25 205/20 212/15 219/21
220/20
**afternoon [9]** 5/14 142/15
142/16 152/24 153/6 173/19
173/20 219/21 220/21
**afterwards [1]** 115/24
**again [29]** 11/24 33/25 50/18
57/22 69/1 73/16 77/25 80/25
81/10 100/13 100/25 101/24
102/20 103/3 104/3 109/14
109/18 118/14 155/1 159/4
167/9 177/9 180/18 191/7
191/10 195/14 201/6 209/20
217/7
**against [4]** 55/15 200/5
205/2 222/1
**Agent [3]** 13/11 38/19 42/1
**ago [3]** 32/6 189/11 217/14
**agree [18]** 6/10 6/24 9/10
9/11 12/9 73/6 109/25 147/17
156/14 156/25 157/5 157/11
157/17 158/1 158/24 203/14
205/9 208/14
**agreed [6]** 5/6 91/8 198/5
199/11 199/17 202/20
**agreement [44]** 43/10 55/13
55/16 56/3 57/1 57/9 57/13
57/14 57/16 72/22 72/24
73/11 73/15 73/20 73/21
73/22 80/22 84/4 85/22 91/3
91/14 93/15 127/17 128/5
128/11 128/16 128/18 128/23
129/4 129/11 129/15 131/10
131/13 165/6 166/4 166/23
170/22 171/22 171/23 177/11
190/19 193/12 198/4 205/16
**agreements [6]** 43/9 72/9
73/1 74/9 74/13 208/18
**agrees [4]** 6/11 65/13 150/14
215/10
**ahead [7]** 57/7 82/23 116/9
117/10 190/21 192/16 193/20
**ahold [1]** 147/15
**aim [1]** 213/3
**Airlines [9]** 58/13 58/17
67/3 67/16 68/6 121/15
134/14 187/7 192/14
**alerts [1]** 168/21
**alike [2]** 7/20 157/9

**all [120]** 6/20 7/3 9/6 12/9
13/8 14/11 15/13 21/10 22/5
22/20 29/11 30/6 33/14 33/23
34/2 36/19 38/3 38/14 41/10
44/14 51/6 52/16 53/3 58/24
61/18 63/19 70/19 70/22 78/5
78/6 78/19 80/19 89/17 93/23
94/21 96/13 97/15 97/23
99/12 100/2 103/20 105/5
105/19 106/1 106/23 107/3
107/19 109/25 111/17 112/12
113/2 113/6 115/15 115/21
117/10 117/23 121/17 121/18
130/11 139/13 142/10 145/5
150/13 151/21 151/23 152/23
153/3 153/16 153/17 156/13
156/14 157/17 158/18 158/24
159/11 161/4 162/14 165/12
168/15 169/3 171/13 172/3
177/14 177/24 180/13 181/12
183/17 185/3 187/3 187/4
187/14 189/8 190/19 190/22
191/12 193/2 194/20 195/3
195/5 195/24 198/10 202/25
203/13 204/20 208/10 208/14
209/3 209/25 216/4 216/23
216/23 217/4 217/20 219/17
220/21 221/6 221/9 221/17
222/2 222/6
**allegation [1]** 82/19
**alleged [5]** 76/18 88/8 88/9
89/24 99/18
**allotted [1]** 219/4
**allow [14]** 13/8 48/3 79/1
81/4 87/11 124/19 125/22
130/14 164/16 168/6 185/4
190/3 195/12 220/8
**allowances [2]** 57/25 125/22
**allowed [16]** 31/9 43/13 45/2
54/24 55/3 55/25 67/25 70/7
71/12 81/9 103/18 118/6
133/20 133/20 140/16 150/25
**allowing [1]** 4/3
**allows [11]** 54/22 70/19 71/9
77/4 80/22 86/1 87/2 134/15
140/2 183/19 208/25
**almost [2]** 12/10 48/19
**along [2]** 88/21 152/9
**alpha [6]** 48/4 76/9 76/11
76/23 79/18 81/13
**already [12]** 26/21 30/15
64/15 67/22 90/8 143/19
177/17 177/18 179/4 193/12
205/8 207/25
**also [25]** 6/17 22/1 44/15
45/24 46/23 55/5 57/17 61/23
72/9 74/2 75/19 77/9 77/13
78/4 82/25 99/8 110/1 150/11
150/17 183/5 194/16 194/16
196/24 209/7 215/1
**alter [1]** 57/23
**alternative [3]** 198/22
198/23 215/2
**alternatives [1]** 161/15
**although [4]** 24/19 24/24
25/1 218/9
**altogether [2]** 96/19 147/10
**always [2]** 135/16 163/13

**A**

**am [105]**   5/6 7/1 8/25 15/6
18/7 21/7 23/23 24/25 25/2
25/5 27/12 39/19 42/18 49/24
49/25 57/6 60/20 61/5 69/5
74/11 76/16 81/8 82/2 84/5
87/4 88/4 88/19 95/16 96/22
97/7 109/14 109/18 110/22
114/17 116/13 116/15 116/18
119/3 120/16 120/18 120/18
121/13 121/13 123/5 123/12
123/18 123/25 124/13 125/3
125/8 126/12 127/14 128/15
131/7 131/7 131/7 134/17
134/18 136/4 138/24 141/24
144/23 151/24 154/7 155/23
155/25 156/2 157/24 158/6
158/18 159/7 173/6 174/12
175/2 175/4 175/6 175/18
175/18 177/13 177/16 177/16
182/9 183/9 183/17 185/22
187/17 191/23 192/20 193/23
197/18 197/22 198/8 198/9
200/9 202/25 204/2 204/14
204/14 205/2 213/25 213/25
214/12 216/3 219/1 219/9
**Amazon [2]**   23/14 135/24
**AMERICA [2]**   1/4 78/12
**American [9]**   58/13 58/17
67/3 67/15 68/6 121/15
134/14 187/7 192/14
**among [2]**   44/15 210/19
**amount [15]**   8/22 19/13 35/12
36/21 38/9 40/24 41/10 63/5
65/12 170/13 210/11 210/23
211/1 211/2 211/5
**amounts [3]**   194/1 210/25
211/4
**Analogies [1]**   64/18
**analyzed [1]**   94/4
**and/or [3]**   23/12 168/10
168/11
**Angeles [1]**   34/5
**annum [1]**   85/7
**another [28]**   4/23 6/22 14/21
15/8 23/24 24/7 25/9 29/5
48/25 51/5 53/19 54/1 63/22
79/15 87/12 98/17 105/24
117/3 117/18 125/17 134/10
144/25 146/24 163/10 176/2
194/23 198/22 220/20
**answer [12]**   93/4 101/20
136/2 139/7 139/11 141/4
141/15 145/18 169/20 177/4
182/19 204/15
**answered [1]**   178/10
**answering [1]**   204/14
**anti [3]**   79/25 85/18 127/8
**anti-counterfeit [1]**   79/25
**anti-piracy [1]**   85/18
**anti-virus [1]**   127/8
**anticipate [1]**   220/10
**anticipating [1]**   89/19
**anticipation [1]**   152/8
**antitrust [2]**   154/18 160/23
**anxiety [1]**   107/18
**any [65]**   5/21 18/14 20/9

21/12 24/24 25/14 28/11 33/11
34/17 36/10 40/2 51/22 68/6
80/21 82/6 83/17 83/25 84/6
90/4 90/9 92/13 97/23 101/12
102/10 102/10 107/6 112/24
117/25 118/9 118/11 118/16
119/7 120/13 127/2 131/16
131/18 135/14 136/4 140/12
143/10 145/7 145/19 145/21
150/2 151/2 152/9 152/10
160/3 162/18 163/5 164/25
167/25 170/2 171/18 176/23
180/1 185/1 186/18 190/17
194/20 209/21 216/13 218/20
219/2 220/13
**anybody [9]**   7/2 13/6 18/23
66/23 66/24 73/3 105/7 172/5
174/2
**anymore [1]**   202/16
**anyone [8]**   23/15 23/17
105/10 133/25 136/5 173/13
218/18 220/4
**anything [21]**   6/24 13/6 75/1
79/14 94/1 94/6 95/13 96/12
106/7 107/4 111/15 132/21
134/20 148/20 159/13 172/4
173/9 173/13 201/17 203/9
204/11
**anywhere [1]**   172/19
**apiece [1]**   205/4
**apologize [1]**   127/22
**apparently [4]**   10/8 76/17
212/15 212/18
**appear [5]**   15/25 16/24 144/7
155/13 214/20
**appearance [1]**   149/12
**appearances [2]**   1/13 4/4
**appeared [1]**   214/18
**appears [6]**   99/4 126/25
155/8 170/16 195/18 211/20
**Appellate [1]**   213/8
**appendix [1]**   69/7
**appetite [1]**   216/23
**Apple [3]**   190/6 194/17
205/22
**applicable [1]**   8/13
**application [4]**   51/21 52/3
52/10 84/2
**applied [1]**   51/24
**applies [4]**   5/2 5/3 43/19
196/24
**apply [6]**   18/22 49/12 85/18
155/12 197/6 200/6
**appreciate [4]**   107/5 158/22
209/6 215/18
**approach [5]**   39/21 108/14
159/22 163/21 211/16
**approaching [1]**   147/20
**appropriate [3]**   6/23 13/24
53/22
**approved [2]**   131/12 218/2
**approximately [4]**   17/23
38/12 41/12 43/1
**April [4]**   16/11 26/6 28/8
202/9
**April 10 [2]**   16/11 28/8
**April 16 [1]**   26/6
**apt [1]**   64/19

**arbitrary [3]**   211/3 211/9
217/9
**archive [1]**   168/13
**are [335]**
**area [8]**   161/17 185/12
193/19 210/18 211/1 213/7
215/19 216/23
**areas [1]**   163/14
**aren't [4]**   67/25 172/4
180/23 197/21
**argue [6]**   6/2 157/22 159/6
196/10 196/13 211/13
**arguing [2]**   8/18 116/8
**argument [6]**   159/15 195/7
202/6 202/25 203/1 220/11
**arm [1]**   66/10
**around [10]**   41/12 44/14
52/19 103/16 113/6 135/1
147/15 152/15 172/8 175/6
**arrive [2]**   13/5 149/9
**arrives [1]**   29/5
**article [3]**   89/23 151/8
211/17
**artwork [2]**   69/10 70/1
**as [170]**   4/24 7/20 7/20 8/19
10/7 10/23 11/22 12/14 17/12
17/17 18/8 19/20 21/21 21/22
25/3 25/3 27/15 28/17 28/19
30/13 33/18 33/22 34/6 34/8
37/9 40/2 41/17 44/13 51/10
51/10 53/10 53/11 54/8 55/6
55/16 57/6 57/15 57/16 58/16
63/13 63/20 65/2 66/2 68/16
70/5 70/18 71/21 71/22 72/6
72/6 77/20 81/5 81/24 82/7
82/17 82/25 84/11 87/14
91/19 92/4 98/13 100/3
100/25 105/11 106/7 106/25
108/8 108/21 109/12 109/16
109/22 110/23 110/23 112/6
113/3 113/8 113/13 113/13
114/17 119/8 119/8 120/22
120/22 121/7 121/7 125/2
132/8 132/14 132/14 132/14
132/15 132/17 132/17 132/20
133/14 133/14 134/4 136/19
137/2 138/13 139/5 139/8
139/17 144/20 146/24 147/20
148/11 150/8 150/17 152/10
154/11 154/15 157/2 157/3
157/3 159/1 159/2 159/3
161/5 161/6 161/13 162/7
164/14 165/8 166/18 167/11
167/23 168/20 170/12 170/16
174/14 176/1 176/2 176/19
180/20 180/21 181/10 182/13
182/14 182/14 182/23 184/17
186/8 187/17 187/17 188/10
188/16 189/23 194/18 195/23
196/21 200/6 202/3 203/15
204/9 205/19 207/6 207/14
209/20 211/15 211/24 214/6
215/20 215/25 216/1 216/4
217/4 217/20 219/25 220/18
**ASAP [1]**   25/16
**ascribe [1]**   184/25
**ascribed [1]**   152/12
**aside [1]**   44/22

**A**

ask [22]   9/24 35/9 69/12
88/16 94/11 101/23 101/24
111/16 114/19 127/2 127/25
138/22 138/23 140/20 140/24
151/24 154/21 162/5 176/24
185/12 212/17 214/22
asked [13]   17/5 52/13 93/1
104/18 104/21 127/1 140/19
140/23 151/25 170/6 173/3
187/1 220/1
asking [5]   17/5 52/24 76/16
189/10 200/6
asks [2]   138/21 189/5
aspects [3]   7/25 210/15
211/11
assemble [1]   39/11
asserts [1]   196/3
assessment [1]   5/17
asset [1]   30/11
assets [1]   24/11
assign [2]   7/25 211/12
assigned [1]   16/15
assigning [1]   210/16
assist [2]   32/7 221/17
assisted [1]   32/24
assists [1]   184/4
associated [4]   16/9 16/10
34/13 172/6
assume [15]   11/16 18/24 89/3
89/11 95/16 96/6 107/2
109/25 125/8 135/2 174/13
174/21 174/24 175/8 212/21
assumes [2]   68/6 209/10
assuming [7]   53/6 128/15
143/24 145/5 152/20 199/2
214/12
assumption [1]   65/4
assumptions [1]   174/23
assure [1]   55/10
assured [1]   222/1
astronomically [1]   197/14
Atlanta [1]   213/9
attach [1]   207/6
attached [5]   17/8 24/15
24/20 82/3 201/14
attaches [1]   156/22
attempt [2]   77/2 139/9
attempted [4]   7/15 7/24
139/5 183/2
attention [1]   155/2
Attorney's [1]   1/14
audio [1]   140/5
audits [1]   74/17
Australian [1]   1/15
authentic [13]   79/23 97/21
119/3 120/12 142/25 155/15
202/21 202/21 202/23 211/19
213/13 213/15 213/21
authenticate [2]   123/25
125/3
authentication [2]   138/19
214/22
authenticity [17]   17/15
45/15 45/24 47/8 75/1 81/14
82/5 82/19 83/1 83/6 101/23
102/5 102/22 104/9 143/1
143/3 143/21

authorize [1]   183/10
authorized [11]   53/10 66/7
68/24 72/9 72/19 88/18
123/13 131/6 132/22 155/15
199/5
automatically [1]   49/24
avail [1]   115/25
available [7]   54/8 54/11
103/20 152/20 161/25 168/12
219/8
Avenue [1]   1/15
await [1]   30/17
aware [8]   19/22 80/21 81/17
128/16 135/23 136/4 174/10
221/6
away [12]   10/5 10/16 10/18
27/18 35/17 84/21 117/24
122/6 131/23 131/25 132/3
209/9
awfully [1]   217/9
awhile [1]   60/21

**B**

back [71]   19/24 23/18 24/22
27/10 29/4 29/8 42/2 49/23
51/9 52/12 57/13 58/5 59/22
60/22 61/2 66/17 71/2 75/11
75/16 77/5 89/17 96/5 97/22
102/7 104/13 104/16 107/10
107/21 108/12 111/1 115/4
116/11 116/12 116/19 117/4
117/14 117/20 119/24 122/2
122/4 124/25 126/1 131/8
132/3 133/8 137/15 137/15
144/24 144/24 151/25 153/7
153/12 160/12 162/1 168/10
168/14 175/13 185/4 188/4
188/25 191/6 191/8 191/16
206/21 213/10 215/23 216/11
217/8 218/18 218/23 220/19
background [5]   7/19 94/25
95/3 154/10 163/5
bad [2]   113/22 208/1
balloon [1]   170/12
bank [6]   36/19 37/9 45/18
59/3 59/3 62/25
bar [1]   47/10
bare [1]   167/9
barrier [2]   83/24 83/25
barriers [1]   84/8
base [2]   45/17 192/25
based [9]   99/25 115/12
117/15 117/17 128/16 190/6
208/12 220/16 221/20
basic [2]   6/21 122/13
basically [4]   37/5 98/6
137/10 165/13
basis [4]   121/9 121/11
141/15 155/4
bat [1]   202/24
batch [2]   23/24 26/19
battery [1]   49/18
be [211]   5/2 5/3 5/18 6/25
7/19 7/22 7/23 9/14 11/20
11/24 12/15 12/16 15/25 16/3
16/20 16/24 18/22 21/12
22/15 23/11 23/17 24/16 25/4

27/18 28/1 29/6 29/10 29/20
30/12 30/24 33/11 34/8 37/18
39/17 41/13 43/4 43/5 44/16
45/8 50/18 51/21 51/24 54/3
55/14 55/25 56/3 56/25 57/9
57/24 58/2 58/10 60/25 61/12
61/22 65/22 67/24 72/20
73/22 75/19 76/10 76/25 77/1
77/2 77/7 77/13 80/13 81/6
82/16 84/7 87/22 93/4 100/15
102/3 103/1 105/5 105/22
106/3 107/16 108/1 109/15
116/13 116/25 117/1 117/17
121/1 121/2 121/7 121/8
121/10 125/11 125/13 125/20
125/21 126/7 126/11 127/12
128/22 130/17 135/1 135/2
136/19 137/2 138/13 140/13
141/22 142/6 142/18 144/10
147/12 147/15 151/10 152/7
152/8 152/10 153/9 153/9
153/22 155/9 155/14 156/9
156/12 156/13 157/23 158/4
161/14 163/2 163/3 164/18
165/5 165/7 165/13 168/1
168/4 171/1 171/11 171/13
171/17 171/20 172/1 172/11
172/15 172/17 172/18 172/19
172/19 173/24 174/18 176/23
179/11 179/25 180/5 180/6
180/22 182/13 182/22 183/3
183/5 183/13 183/18 185/14
187/16 188/3 189/14 189/15
191/19 193/19 193/21 193/23
195/18 196/4 196/5 197/12
197/20 198/25 199/5 203/24
204/6 205/14 207/9 207/17
209/14 209/22 210/6 210/22
211/3 211/7 211/9 211/21
212/7 213/4 213/4 213/22
214/2 214/5 214/8 214/11
214/15 214/25 218/20 219/12
219/13 219/17 219/24 220/7
220/10 220/14 220/24 221/6
221/22 221/2 222/1
BEACH [9]   1/2 1/6 1/16 1/19
1/22 1/25 32/23 34/4 216/19
beam [2]   77/18 79/15
bear [1]   23/6
bears [4]   6/2 6/4 6/6 6/8
became [1]   19/22
because [61]   5/2 6/7 10/7
22/7 23/19 28/12 33/22 39/16
53/17 57/12 63/4 63/18 80/2
103/9 103/25 106/23 107/1
109/21 116/2 119/12 120/5
124/10 125/19 126/5 126/12
132/14 134/18 138/24 139/25
140/9 145/7 146/4 146/17
147/2 149/4 151/24 157/8
165/13 167/22 174/19 176/15
181/10 184/22 193/11 196/17
196/21 203/19 204/12 204/14
205/6 206/14 207/9 207/24
208/23 210/3 210/9 210/12
211/4 213/17 216/12 217/21
become [7]   17/12 23/1 24/11
25/7 68/20 209/13 210/9

**B**

**becomes [6]**   57/20 76/19
197/7 210/3 210/11 215/11
**becoming [1]**   83/25
**been [69]**   14/9 18/7 23/13
24/2 32/8 36/1 50/16 50/19
50/20 50/25 52/17 59/15
60/20 62/19 63/18 65/4 67/22
67/23 74/4 74/25 82/15 82/16
91/22 92/9 100/7 113/3 121/7
123/13 141/9 152/16 154/7
154/17 155/12 158/25 160/10
160/14 160/19 160/22 161/17
163/7 163/12 163/24 167/3
167/15 167/16 177/17 177/18
179/5 181/17 183/14 186/1
186/7 188/15 188/19 189/8
191/21 195/1 196/3 199/22
200/21 203/2 208/8 208/9
209/20 212/3 217/13 217/18
217/18 220/24
**before [17]**   1/11 48/25 50/25
54/17 59/1 75/20 81/10 105/1
113/13 160/11 160/25 165/9
198/23 210/13 218/20 220/9
220/19
**began [1]**   152/7
**begin [6]**   4/3 5/21 6/21
13/15 42/9 215/23
**beginning [6]**   10/23 17/14
65/10 122/5 214/23 217/8
**behalf [2]**   4/10 154/15
**behind [4]**   49/18 110/22
125/1 130/21
**being [26]**   8/11 17/21 22/5
37/9 63/19 66/20 77/19 78/13
82/7 122/3 134/25 142/20
159/15 159/17 167/11 169/6
169/20 180/20 183/2 183/10
183/11 184/20 197/12 208/19
216/3 216/8
**belief [4]**   212/8 214/17
215/20 215/22
**believe [47]**   7/12 8/14 8/17
11/24 21/2 21/20 21/21 22/3
22/7 22/8 22/10 26/7 26/10
27/18 30/5 31/7 35/11 35/21
39/10 39/19 41/6 41/12 76/4
98/22 108/17 119/11 128/14
134/24 135/6 146/3 146/12
147/11 147/12 148/16 150/19
155/5 170/5 175/24 191/18
195/15 195/20 196/21 196/21
197/6 198/4 198/20 200/1
**believe that [1]**   98/22
**believed [1]**   198/3
**believing [2]**   189/14 189/15
**below [5]**   21/5 21/25 104/3
181/6 211/7
**beneficial [1]**   218/11
**benefit [4]**   173/10 183/23
213/2 222/2
**besides [1]**   27/2
**besides Dell [1]**   27/2
**best [19]**   25/16 27/15 29/13
31/16 56/11 60/2 61/22 63/10
107/13 108/21 111/12 126/15

145/21 152/23 158/14 168/23
172/20 178/5 206/21
**better [7]**   38/3 53/19 116/15
126/2 172/11 182/9 182/10
**between [19]**   16/9 18/11
25/20 47/13 51/13 57/1 62/18
78/12 86/15 86/25 123/14
138/15 138/17 163/9 164/7
169/17 183/6 202/8 213/23
**beyond [4]**   165/7 170/22
179/25 214/24
**bias [1]**   86/19
**big [4]**   66/4 80/3 148/14
169/4
**Bill [1]**   23/18
**BIOS [14]**   87/3 87/6 87/7
87/9 87/10 122/13 122/22
123/11 123/14 123/17 123/21
124/11 167/2 167/16
**bit [5]**   25/2 54/17 122/5
170/20 213/1
**black [5]**   17/9 84/9 84/16
84/18 200/3
**blank [2]**   117/24 118/15
**blood [1]**   219/11
**blue [2]**   70/21 157/22
**blurry [1]**   38/2
**board [13]**   5/3 58/1 58/2
83/22 86/18 86/21 119/18
121/3 121/6 122/16 122/17
140/2 206/18
**Bob [12]**   20/19 23/17 24/12
25/8 25/13 25/14 26/7 26/16
27/21 28/10 29/13 31/21
**Boca [1]**   32/13
**boiling [1]**   167/9
**bones [1]**   167/9
**books [1]**   160/17
**boot [5]**   94/24 170/6 171/2
190/4 190/4
**bootable [1]**   206/11
**booted [3]**   101/1 138/11
139/16
**boots [1]**   100/20
**both [19]**   4/19 4/25 4/25 5/3
18/25 18/25 22/12 64/5 84/16
90/7 117/15 123/22 129/17
156/25 171/14 195/3 199/11
200/15 212/22
**bother [1]**   184/19
**bottom [6]**   19/15 21/25 92/17
137/25 150/10 183/24
**bought [15]**   11/11 48/6 52/14
56/12 56/14 108/20 109/3
117/21 118/4 119/4 119/4
120/6 147/20 164/17 177/22
**bound [1]**   198/4
**box [24]**   1/22 11/16 32/15
39/6 39/9 39/18 40/2 44/14
44/16 55/2 65/7 70/15 92/24
119/9 119/13 119/14 119/17
120/11 120/24 142/24 189/24
191/25 193/16 205/12
**boxes [6]**   21/14 30/8 30/8
30/15 40/1 108/20
**Boynton [1]**   1/22
**brand [5]**   10/23 27/2 39/13
114/1 114/9

**branding [1]**   112/5
**break [12]**   41/14 41/14 60/21
106/20 107/21 108/3 152/24
153/6 153/7 153/12 166/3
200/2
**breakdown [3]**   28/14 34/8
198/20
**BRENT [4]**   2/16 185/9 185/13
185/17
**brief [1]**   160/8
**briefly [2]**   57/22 185/7
**bring [3]**   83/16 107/3 188/25
**brings [2]**   97/8 208/17
**broker [2]**   30/11 132/4
**brought [2]**   17/25 20/1
**BRUCE [2]**   1/17 4/14
**buddy [1]**   24/4
**bugs [1]**   171/16
**builder [1]**   67/9
**builders [2]**   43/6 112/19
**built [3]**   56/21 56/21 95/10
**bulk [2]**   27/3 27/4
**bullish [1]**   25/2
**bumped [1]**   211/8
**bumpkin [1]**   28/24
**bunch [3]**   28/24 58/13 164/11
**burden [4]**   6/2 6/4 6/6 6/9
**burn [1]**   131/4
**business [21]**   19/23 24/13
29/2 31/13 41/21 74/23 80/3
96/6 105/19 161/6 161/14
187/7 187/10 188/11 188/15
188/19 204/9 214/13 214/13
216/6 216/6
**businesses [1]**   161/7
**button [1]**   184/3
**buy [58]**   9/23 11/7 23/7 50/2
55/19 58/11 60/2 61/23 62/9
63/10 63/15 67/8 101/17
108/21 108/21 110/18 110/19
111/12 116/18 116/19 119/25
120/23 121/15 121/16 121/17
122/6 122/7 123/16 126/15
129/12 143/15 143/15 146/21
148/8 158/13 158/13 158/14
172/20 177/25 178/5 178/5
178/5 178/6 179/8 181/5
184/6 184/19 184/21 184/23
187/20 189/16 191/1 192/7
202/25 205/13 206/21 209/3
209/10
**buyer [8]**   23/23 24/5 24/5
32/6 84/15 184/5 184/20
186/2
**buyers [3]**   24/1 84/16 184/25
**buying [8]**   39/3 101/14
111/12 121/13 128/1 128/4
151/8 203/20
**buys [5]**   11/3 23/15 54/25
128/17 209/16
**bypass [6]**   48/2 85/24 85/25
86/6 123/9 123/10

**C**

**C'mon [1]**   23/17
**C-O-A [1]**   45/14
**calculate [1]**   5/8
**calculation [1]**   200/5

**C**

**California [5]**   32/25 34/4
186/13 186/14 203/20
**call [22]**   5/11 13/8 13/10
14/8 14/25 30/10 32/4 42/2
42/4 44/2 47/4 132/6 157/13
157/21 179/12 185/9 188/23
189/1 189/25 193/6 194/13
220/2
**called [16]**   67/9 86/18 86/19
87/8 111/8 122/21 153/18
156/1 160/20 169/23 195/21
208/19 210/11 213/10 220/4
221/24
**calling [2]**   155/12 157/24
**calls [2]**   73/17 151/13
**came [12]**   11/14 11/17 40/19
68/2 122/25 124/14 124/17
156/16 180/12 182/23 192/10
207/8
**camera [1]**   160/19
**can [165]**   5/22 6/1 6/24 10/9
10/12 10/19 11/8 11/8 11/17
15/19 16/23 18/22 20/15
20/15 21/24 23/5 23/23 23/24
24/8 24/13 24/13 26/24 26/25
27/1 27/2 27/4 27/11 27/15
27/18 30/8 31/16 37/24 37/25
44/23 45/10 46/24 46/25
54/20 55/5 55/8 55/9 55/20
56/12 57/19 57/22 59/17
60/14 64/18 65/22 67/6 67/10
69/23 70/2 70/3 71/14 72/14
74/23 75/1 75/10 77/22 78/9
83/14 83/16 88/16 89/4 89/9
90/3 90/24 92/16 93/24 96/19
96/20 97/10 97/11 106/2
107/4 107/4 107/13 107/14
108/13 108/17 108/22 109/19
116/15 119/21 121/1 121/19
130/8 131/11 132/6 132/18
132/19 133/8 133/15 133/19
134/9 134/17 136/19 137/7
143/20 144/24 146/5 149/7
149/9 149/14 149/19 154/21
157/21 159/5 164/17 165/22
165/24 165/24 166/1 166/13
166/15 168/2 168/14 168/15
168/17 170/11 174/24 175/2
175/14 176/12 176/13 176/24
177/6 177/7 178/6 178/9
179/21 182/10 183/19 184/15
184/18 184/18 184/22 188/1
189/4 189/4 190/25 196/1
202/6 202/7 204/3 206/11
206/13 206/25 208/11 209/14
210/3 210/7 211/3 211/6
211/9 211/13 216/20 216/24
217/2 218/20 220/19 220/21
220/24 221/5
**can't [37]**   31/8 65/19 77/24
81/7 83/3 89/6 89/7 89/16
94/12 96/22 100/17 103/25
123/2 125/25 128/7 128/24
130/12 132/3 132/23 133/20
134/8 135/1 136/11 136/12
139/7 139/11 141/4 145/1

145/18 145/20 148/16 180/10
185/1 196/13 200/2 206/8
219/22
**Canada [2]**   22/7 78/12
**Canada' [2]**   21/12 22/6
**canceling [1]**   24/16
**Candidly [1]**   213/21
**cannot [3]**   12/4 26/16 59/20
**capable [4]**   29/7 80/8 137/6
181/18
**capacity [4]**   4/24 74/16
160/11 209/23
**Captain [1]**   31/17
**car [1]**   64/19
**card [2]**   140/5 140/6
**care [3]**   7/7 25/15 176/21
**career [1]**   164/5
**careful [2]**   183/6 187/16
**carefully [1]**   4/24
**cares [1]**   218/20
**Carolina [1]**   32/3
**case [55]**   1/2 5/8 8/10 8/24
33/23 35/5 48/17 48/17 49/13
51/20 55/17 59/17 76/17
84/22 100/4 103/12 106/12
109/20 113/1 138/22 142/17
145/11 145/12 145/15 146/10
153/13 156/14 169/1 169/7
171/3 171/20 172/7 174/8
174/15 179/25 181/13 191/10
194/24 195/9 198/16 199/4
199/20 205/6 210/1 211/15
211/18 213/7 213/10 213/14
217/12 217/21 220/9 220/18
222/7 222/8
**cases [17]**   4/25 6/17 52/19
77/18 113/21 122/24 129/17
130/23 154/17 154/19 161/7
161/16 165/8 166/22 168/15
170/15 200/2
**catastrophic [2]**   55/19
209/22
**catch [1]**   23/5
**categorically [1]**   145/20
**categories [3]**   61/23 62/1
165/18
**category [1]**   64/8
**caught [1]**   10/6
**CD [30]**   16/16 16/20 17/25
21/10 69/10 75/7 75/9 85/18
88/6 90/22 90/22 117/22
131/5 136/13 164/7 164/9
168/19 168/25 169/9 172/18
173/3 176/17 176/17 177/2
178/18 179/20 183/19 184/1
184/16 201/13
**CD's [15]**   17/23 22/7 26/19
28/17 32/15 32/19 33/4 33/7
163/24 164/3 172/9 177/15
183/22 184/2 187/11
**CDs [2]**   17/6 17/21
**cease [1]**   121/2
**center [1]**   71/7
**cents [1]**   163/4
**CEO [2]**   185/22 186/8
**certain [8]**   12/12 12/22
57/25 71/9 86/20 170/13
183/20 211/17

**certainly [6]**   6/25 182/12
208/9 212/5 216/5 216/8
**certificate [16]**   45/15 45/24
47/8 81/14 82/5 83/1 83/5
101/23 102/5 104/9 123/20
123/23 143/1 143/3 143/5
150/14
**certificates [1]**   82/19
**certified [2]**   131/3 186/25
**certify [1]**   222/12
**chain [8]**   45/1 74/2 74/10
74/12 74/13 74/15 74/20
85/15
**chains [1]**   74/6
**chair [2]**   13/12 185/12
**chance [2]**   170/7 216/1
**change [8]**   56/18 58/1 83/21
83/22 101/15 121/2 152/10
219/23
**changed [3]**   49/12 121/5
133/2
**changes [1]**   57/25
**channel [5]**   112/18 134/25
147/12 147/22 216/20
**channels [1]**   147/18
**character [2]**   220/12
**charge [8]**   10/19 61/8 64/16
74/2 120/8 132/10 162/19
181/6
**charged [3]**   38/10 65/13
196/10
**charges [5]**   63/5 132/21
132/25 162/24 164/11
**charging [5]**   64/11 64/23
132/1 132/8 133/4
**charitable [4]**   65/19 180/4
215/25 216/4
**charities [3]**   66/3 66/4
66/14
**chart [7]**   35/18 61/9 61/10
61/18 69/25 159/5 163/1
**Chase [5]**   36/19 59/3 59/4
68/6 180/19
**cheaper [1]**   203/19
**check [9]**   11/22 51/24 80/10
80/17 84/5 86/23 101/6
123/11 144/11
**checking [4]**   80/15 80/16
137/13 219/9
**checks [1]**   12/1
**children [2]**   119/1 119/6
**China [13]**   22/5 31/14 78/17
78/19 78/21 79/6 79/7 180/3
182/13 195/10 214/1 216/20
221/20
**Chinese [1]**   23/1
**choice [3]**   24/13 84/3 171/21
**choose [2]**   24/14 146/24
**chose [2]**   79/5 147/4
**cinema [1]**   216/18
**circle [1]**   115/4
**Circuit [2]**   213/8 218/20
**Circuit's [1]**   106/11
**circulating [1]**   21/15
**circumstances [1]**   145/4
**circumvent [2]**   49/5 51/4
**Cisneros [12]**   17/22 17/24
18/6 19/23 32/16 38/21 39/3

**C**

Cisneros... [5]   39/6 39/13 203/7 203/7 203/11
Cisneros' [2]   18/11 40/1
cite [1]   163/3
citing [1]   203/10
citizenship [2]   66/4 66/10
city [1]   29/4
claim [1]   196/2
clarification [1]   173/24
clarified [1]   173/6
clarify [2]   56/5 196/1
classes [1]   161/5
classic [1]   208/19
clean [4]   59/1 68/8 83/12 138/10
cleaned [1]   58/24
clear [5]   38/1 68/19 142/6 166/8 217/10
cleared [2]   68/19 103/21
clearly [5]   5/25 24/25 180/16 216/10 217/7
client [2]   205/3 211/6
clients [7]   12/16 17/22 190/18 193/3 207/2 207/14 207/22
CLIFFORD [2]   1/7 4/2
clock [3]   60/20 106/2 106/19
cloned [1]   17/22
close [2]   151/20 212/15
closed [1]   111/1
closely [1]   74/15
COA [38]   45/12 45/12 46/13 46/14 47/6 47/7 47/13 47/16 49/10 49/12 49/14 51/4 72/16 102/5 104/7 104/8 125/13 132/15 134/10 136/15 142/25 144/8 144/13 147/1 149/1 157/15 166/25 167/18 174/10 175/3 179/7 179/10 179/13 179/23 183/22 183/24 206/14 208/3
COA's [3]   182/22 205/19 207/15
coauthored [1]   160/16
code [37]   47/5 47/10 75/4 75/6 75/8 75/9 75/9 75/19 76/9 76/11 76/12 76/20 76/23 76/24 77/3 77/13 77/15 77/16 79/15 79/16 79/18 80/11 80/15 80/15 80/18 81/13 81/23 86/4 86/10 86/14 124/24 129/10 167/2 167/16 167/18 169/18 214/6
coded [1]   11/25
codes [10]   17/18 80/10 81/11 81/17 89/2 89/3 89/8 89/15 94/3 214/4
coding [1]   78/4
colleague [1]   90/21
colleagues [1]   188/12
collect [1]   151/2
collection [1]   89/22
college [1]   118/13
color [1]   17/9
Colorado [1]   154/6
come [39]   7/1 12/8 13/11

24/11 29/25 31/13 31/8 34/25 55/14 58/22 60/21 107/18 115/23 116/11 122/2 140/8 153/7 153/11 153/12 164/9 167/12 167/13 176/22 178/7 182/13 185/10 187/14 187/23 193/25 208/4 209/4 212/19 216/11 216/21 217/7 218/23 219/1 219/14 220/19
comes [7]   23/15 50/3 54/4 55/1 110/17 122/9 184/4
comfortable [4]   13/12 42/6 172/14 185/11
coming [6]   33/25 119/24 153/8 185/5 194/22 195/2
comment [1]   221/13
commentary [2]   8/4 8/15
commercial [10]   51/22 60/1 66/10 67/9 81/5 85/20 121/9 121/11 146/12 171/14
commitment [1]   25/5
committed [1]   7/18
common [9]   21/13 48/19 49/3 49/4 51/7 51/8 58/9 58/10 210/18
communicate [3]   69/9 96/20 104/1
Comp [1]   206/21
companies [12]   58/23 59/2 63/3 72/15 78/4 78/7 78/8 84/5 163/9 185/25 187/9 194/16
company [17]   18/11 24/5 39/6 42/24 52/5 52/6 58/17 58/25 60/12 61/21 63/4 68/5 68/18 79/11 79/12 186/12 187/20
Compaq [5]   90/21 98/1 98/23 115/2 126/19
compare [1]   92/8
compared [2]   155/17 155/19
competitor [1]   80/2
complete [2]   35/20 45/10
completed [5]   32/8 52/10 92/22 92/24 100/24
completely [6]   130/15 139/20 139/20 150/18 168/15 181/21
compliance [3]   166/23 171/22 171/24
complicated [1]   197/7
comply [1]   128/4
component [3]   59/16 150/8 150/13
components [2]   140/10 165/14
comport [3]   88/18 88/22 88/23
comprehensive [1]   136/18
compromise [2]   207/8 208/6
computer [146]   11/3 11/14 11/25 12/1 12/4 12/5 15/24 17/25 21/23 39/9 39/13 39/18 40/3 42/25 45/2 45/10 45/24 47/23 47/24 48/18 49/8 52/15 54/25 55/17 55/24 59/14 64/20 66/19 66/25 70/15 71/19 71/25 72/1 72/2 83/13 86/15 86/18 86/20 88/20 89/22 94/6 95/11 95/17 97/25 98/1 98/2 100/6 100/7 103/18

108/20 111/1 114/24 115/12 116/18 116/19 117/21 118/4 118/13 119/4 119/6 120/23 121/4 121/5 121/5 122/7 122/22 122/23 122/25 123/16 124/9 126/2 126/20 128/12 129/9 132/15 132/17 133/1 133/16 136/23 139/21 139/22 142/24 143/2 144/16 144/18 144/19 144/20 144/22 146/18 146/19 147/3 149/11 149/13 150/8 151/2 155/18 155/20 164/20 164/21 164/22 164/24 167/2 167/3 167/15 169/2 169/10 170/25 171/17 172/13 175/22 176/4 176/20 177/17 178/20 179/10 181/16 185/22 185/23 185/24 186/10 186/21 187/9 187/16 190/3 190/13 190/24 191/25 192/4 192/6 192/22 193/13 194/14 194/16 195/12 196/4 205/8 206/8 207/13 208/10 208/15 208/16 209/2 209/23 210/4 213/5 216/20
computers [43]   39/7 39/11 50/24 58/14 59/5 60/15 65/22 66/14 67/4 67/15 67/22 117/13 120/6 121/13 121/16 177/22 177/24 177/25 178/4 178/5 178/11 178/13 180/23 183/21 183/23 186/24 187/6 187/23 189/1 189/2 189/20 190/7 192/12 192/13 192/18 193/6 194/5 197/12 205/12 208/2 209/4 212/9 214/19
computing [1]   66/6
concept [5]   44/23 44/25 54/20 106/24 213/12
conceptually [1]   164/2
concerned [2]   151/24 176/19
concerning [1]   154/18
concerted [1]   211/11
conclude [1]   195/3
concluded [1]   222/10
conclusion [4]   73/17 107/3 157/23 170/10
Concord [1]   32/2
condition [2]   193/22 194/2
conditions [1]   43/19
conduct [1]   74/16
conducting [1]   19/23
configuration [1]   161/17
confirm [3]   20/2 80/17 95/8
confirms [1]   104/3
confront [1]   107/12
confused [2]   138/24 175/4
confusion [2]   164/23 205/1
connect [4]   96/23 103/12 139/22 141/25
connecting [1]   95/12
connection [1]   175/22
consider [1]   57/24
Considerably [2]   148/9 148/10
consideration [1]   5/22
considered [1]   191/19
consist [1]   76/8

C

consistency [1]   5/4
Consistent [1]   166/4
consisting [1]   37/15
conspiracy [1]   196/10
consultant [1]   154/7
consulting [2]   161/6 163/8
consumed [2]   125/20 125/21
consumer [1]   148/6
contact [8]   11/20 80/11
 96/11 96/18 101/15 101/16
 101/21 172/16
contacted [1]   101/17
contain [8]   47/17 58/25 78/9
 86/11 86/12 113/21 140/12
 196/11
contained [8]   45/5 71/18
 71/20 145/17 195/22 196/4
 196/5 196/12
containing [2]   32/15 45/23
contains [6]   45/17 86/20
 87/9 97/6 100/2 209/18
contaminated [1]   74/25
content [8]   17/3 20/20 21/16
 21/21 22/1 23/9 30/5 31/7
contention [2]   202/1 216/12
contents [2]   102/14 105/13
contested [2]   5/1 201/6
contesting [1]   156/8
continue [9]   24/10 26/9
 31/12 74/24 95/11 96/4
 107/22 141/25 161/3
continued [4]   102/9 147/12
 147/13 147/21
continues [1]   96/3
continuing [1]   212/16
contract [4]   128/1 129/9
 133/21 194/17
contracts [1]   72/20
contractual [1]   133/11
contrary [1]   181/21
Contrast [2]   164/7 167/6
control [1]   85/22
controlled [2]   55/13 210/21
convenience [11]   172/6
 172/15 172/17 173/14 178/8
 180/22 183/5 183/20 189/23
 191/7 206/6
convenient [4]   172/11 180/6
 192/19 193/16
conversation [2]   13/20
 172/16
conveyed [1]   167/14
copied [1]   103/1
copies [9]   15/19 27/16 58/11
 127/23 146/13 177/24 212/2
 213/3 213/21
copy [55]   23/21 26/11 29/10
 37/1 39/1 39/20 43/21 53/10
 55/3 55/4 60/11 63/9 70/6
 71/6 71/19 74/25 93/7 93/20
 93/22 99/6 112/17 128/7
 129/5 130/8 137/20 141/21
 141/22 143/5 143/7 144/25
 149/6 150/24 151/9 163/20
 171/10 176/8 177/7 196/4
 196/11 196/18 196/23 196/23

201/2 201/2 201/16 201/19
 202/12 203/3 203/13 203/14
 203/14 209/18 210/8 213/20
 213/21
copyright [13]   8/7 73/12
 73/16 74/23 98/19 103/4
 103/5 110/4 127/19 173/12
 183/7 196/9 196/11
copyrighted [7]   98/20 106/13
 106/14 109/21 127/18 156/25
 196/17
copyrights [1]   97/19
Coretek [1]   32/1
corner [1]   152/15
corporate [1]   187/7
corporation [4]   58/10 103/5
 151/1 208/15
corporations [1]   58/9
correct [214]   4/18 4/19 6/18
 8/9 8/14 9/10 9/12 12/3
 16/13 17/11 19/13 19/14
 19/16 19/18 21/1 24/20 25/10
 25/11 28/13 33/19 33/20 34/1
 35/6 35/8 35/13 35/16 37/13
 38/23 38/24 39/4 39/5 39/8
 39/18 40/17 40/18 40/20
 40/21 40/24 40/25 41/3 41/5
 41/6 41/8 41/9 41/11 43/17
 44/18 45/3 45/4 45/7 45/9
 45/11 47/14 47/15 47/18
 48/11 48/13 49/1 49/2 49/7
 49/22 49/25 50/12 51/1 51/11
 51/18 51/19 51/22 52/8 52/18
 53/15 53/23 55/21 55/22 56/1
 56/2 56/4 56/15 56/23 56/24
 57/3 57/11 57/14 57/18 57/21
 58/7 58/15 60/6 60/7 62/12
 63/6 63/20 64/1 64/4 64/7
 65/6 65/24 66/21 66/22 66/25
 67/1 68/9 69/2 70/24 71/11
 71/16 71/17 71/18 72/3 72/5
 72/8 72/10 72/11 72/13 73/23
 74/1 74/3 76/22 77/14 79/4
 83/1 83/2 86/25 89/1 90/15
 93/17 94/20 98/3 98/9 100/22
 101/24 105/17 108/23 111/13
 114/11 114/13 115/3 116/1
 116/3 116/7 116/24 117/2
 117/3 117/19 118/12 119/20
 121/3 122/19 123/23 124/9
 125/12 125/15 127/13 127/15
 128/8 128/10 130/3 131/13
 131/15 131/22 132/13 133/12
 133/13 133/18 134/23 137/1
 138/14 138/20 139/17 139/24
 140/1 140/4 142/19 142/20
 142/21 142/22 143/2 143/11
 145/16 145/17 147/8 147/25
 148/15 149/1 149/2 149/12
 150/16 151/5 151/12 156/9
 158/22 159/18 171/3 173/24
 174/6 176/10 179/2 181/23
 191/17 191/20 196/8 196/19
 198/9 199/6 199/10 199/24
 200/17 200/19 200/25 215/21
 218/1 218/7 218/8 222/12
correctly [7]   78/25 113/23
 116/13 130/12 136/12 148/13

213/14
corresponded [1]   34/14
corresponding [1]   36/21
corrupted [1]   11/10
cost [24]   13/3 60/10 62/8
 84/12 84/14 118/2 131/18
 151/11 156/15 156/19 157/18
 157/18 158/2 158/3 158/4
 158/25 159/14 159/16 165/17
 179/16 179/19 192/23 207/11
 217/3
costing [1]   204/11
costs [1]   165/16
could [94]   5/7 7/7 10/20
 10/25 18/2 44/1 48/24 48/25
 50/18 51/20 52/4 52/12 54/3
 62/17 63/22 67/8 68/3 71/3
 75/6 75/15 76/10 80/12 82/16
 86/9 89/8 93/8 93/11 95/11
 96/4 98/10 98/14 101/6
 103/22 104/21 105/22 106/16
 108/20 115/17 115/19 116/25
 117/1 119/24 120/20 120/22
 121/25 123/8 125/16 125/19
 126/10 127/7 127/7 127/12
 137/15 139/3 141/22 141/24
 141/25 143/24 148/8 149/9
 149/12 151/10 151/18 151/19
 158/7 166/22 167/1 167/25
 168/25 173/5 174/19 175/19
 176/9 177/20 177/22 178/5
 178/13 179/12 179/22 182/4
 182/12 188/2 189/13 196/10
 197/25 198/14 204/8 207/9
 212/4 219/12 219/13 219/16
 219/20 220/8
couldn't [7]   20/2 41/15
 115/25 147/23 157/8 182/12
 220/15
counsel [6]   4/4 4/9 4/13
 13/19 146/8 153/17
count [2]   196/9 196/13
counterfeit [52]   18/3 19/22
 19/25 20/2 20/3 21/8 21/14
 21/14 23/2 76/18 76/24 79/25
 79/25 80/7 80/9 80/13 80/14
 80/19 82/19 82/21 84/10
 89/25 90/13 92/6 92/7 99/18
 99/23 109/11 109/13 113/21
 146/13 149/7 155/8 155/13
 155/13 167/11 172/22 173/3
 173/22 174/13 180/3 181/5
 183/1 183/6 189/14 195/11
 205/15 206/13 213/3 213/19
 213/20 217/23
counterfeited [2]   159/17
 183/10
counterfeiters [2]   23/1
 213/24
counterfeiting [5]   73/13
 80/2 80/4 80/6 108/10
country [2]   28/24 78/13
counts [1]   201/9
couple [7]   6/16 38/21 40/10
 61/25 142/12 160/19 211/7
coupled [1]   179/1
course [6]   15/8 17/21 36/23
 144/15 160/18 187/10

**C**

court [38]   1/1 1/24 7/11 8/15 13/17 17/9 34/8 34/23 38/5 42/10 42/23 44/24 54/20 70/2 71/4 72/14 81/12 86/17 101/9 107/23 153/14 153/23 154/11 154/14 155/5 157/14 158/8 185/16 207/6 210/10 213/8 213/9 213/11 213/14 217/12 220/15 221/14 222/17
Court's [1]   203/21
courtroom [2]   106/19 220/2
cover [1]   220/6
covered [1]   208/9
covert [1]   85/16
CR [1]   1/2
create [8]   70/4 70/6 71/9 72/16 93/12 113/5 193/24 200/2
created [13]   10/8 34/12 46/4 61/10 77/17 77/19 87/20 102/21 102/25 103/1 139/18 160/16 160/19
creates [7]   70/10 73/10 73/14 75/8 98/23 199/13 208/15
creating [2]   34/23 98/24
credible [5]   212/7 214/17 215/20 215/22 218/10
crime [3]   7/19 8/21 8/21
crimes [3]   7/25 79/24 180/17
criminal [6]   110/4 180/16 182/20 210/16 211/11 211/14
critical [1]   107/1
cross [19]   2/5 2/6 2/9 2/10 2/14 2/18 38/15 38/17 40/11 114/15 114/21 142/13 156/21 169/16 169/23 173/16 173/17 191/13 191/14
Cross-examination [10]   38/15 38/17 40/11 114/15 114/21 142/13 173/16 173/17 191/13 191/14
cross-examined [1]   156/21
crystal [1]   217/9
crystalize [1]   109/16
current [1]   193/18
currently [1]   27/17
curriculum [2]   160/18 161/24
custom [1]   70/10
customer [34]   17/7 17/24 21/6 24/24 24/25 25/3 38/22 39/17 39/17 45/1 53/10 54/11 55/4 55/6 55/8 61/19 130/23 172/12 172/17 172/23 173/4 173/10 173/24 173/25 176/6 180/6 189/17 189/17 189/25 190/4 192/25 193/21 193/24 206/7
customer's [2]   189/18 190/4
customers [7]   42/22 54/19 113/23 147/13 171/6 187/22 189/23
customized [1]   70/7
Customs [2]   30/9 31/8
CV [1]   159/25

**D**

Dallas [3]   32/16 34/5 38/22
damn [1]   206/9
DANIEL [6]   1/11 2/3 4/7 13/10 13/14 13/18
data [6]   58/24 58/25 59/8 87/9 190/17 206/3
date [10]   20/23 26/5 38/7 64/17 83/16 107/9 147/14 147/21 172/8 222/15
dated [4]   28/8 29/17 30/3 152/7
dates [1]   36/23
day [7]   95/6 141/8 168/9 171/23 189/8 205/24 208/8
days [24]   11/13 29/3 29/5 45/20 47/16 48/20 49/11 95/1 97/2 115/9 115/11 127/14 129/2 129/5 129/9 131/1 131/2 137/10 137/11 170/24 181/19 191/19 206/1 212/15
deal [9]   10/10 51/9 58/5 58/18 58/18 65/17 214/14 219/23 220/20
dealer [2]   171/18 186/3
dealing [9]   113/1 171/15 182/22 205/22 210/23 215/5 215/5 216/14 217/6
deals [1]   8/7
dealt [3]   58/16 164/5 220/14
debate [2]   6/24 215/11
December [1]   20/24
December 6 [1]   20/24
decide [7]   5/8 5/16 116/18 155/3 156/1 156/3 158/19
decides [1]   118/14
decision [5]   50/10 171/5 171/7 184/21 222/2
decisions [1]   163/9
declined [1]   221/12
deemed [6]   58/2 83/22 120/25 121/4 121/7 121/10
default [1]   96/20
defaults [1]   138/19
Defendant [2]   6/6 180/10
Defendant's [4]   128/19 150/4 213/2 217/22
Defendants [5]   1/9 1/17 18/25 51/20 196/16
Defense [18]   3/7 3/8 9/7 149/14 150/1 150/6 153/4 153/13 153/17 153/20 156/8 158/21 159/12 160/3 160/6 185/13 198/3 218/11
Defense's [1]   202/1
defer [1]   97/11
define [1]   74/17
definitively [1]   128/24
degradations [1]   171/25
degrades [1]   179/11
deliver [1]   46/15
delivered [1]   30/7
delivery [2]   27/17 32/11
Dell [172]   9/2 10/4 10/9 10/13 10/14 10/21 11/21 12/17 13/3 14/6 14/10 15/23 19/21 23/22 27/2 27/12 39/12

43/4 43/8 47/22 48/6 48/18 49/9 50/2 52/14 54/13 55/16 55/17 55/20 55/20 55/24 56/9 56/12 56/14 57/2 57/2 57/10 57/12 61/20 62/5 62/7 62/13 62/14 62/19 63/12 63/18 65/9 65/13 66/24 66/25 67/1 67/3 67/21 70/9 70/18 70/19 72/19 72/20 73/14 73/24 73/24 79/1 79/5 84/19 86/6 88/20 89/22 93/15 97/25 98/2 98/23 98/24 98/25 98/25 99/1 99/2 99/4 99/5 99/5 99/6 99/10 100/1 100/6 100/7 101/15 101/16 101/17 101/21 102/2 103/10 104/11 110/5 111/1 111/20 112/5 116/18 116/19 117/5 117/12 117/21 118/5 118/7 118/19 118/25 119/4 119/10 120/23 120/23 121/16 122/22 122/23 122/25 123/16 124/1 124/3 124/4 124/5 124/5 126/19 131/4 131/7 131/10 131/11 131/14 131/20 131/23 132/7 132/12 132/21 132/25 132/25 133/1 134/17 134/19 141/2 144/4 148/25 157/19 157/23 158/11 158/15 159/2 159/16 162/17 165/11 168/3 168/8 168/10 168/11 168/16 168/25 169/9 169/12 169/17 175/8 175/11 176/1 176/6 177/13 177/14 177/15 177/22 178/17 179/10 180/1 195/22 202/23 204/3 205/4 207/11 208/19 208/23
Dell.com [1]   103/22
Dell/Microsoft [1]   159/16
demand [2]   84/12 160/21
demo [3]   115/8 140/23 190/21
demonstrate [3]   102/21 130/8 132/18
demonstrated [2]   196/19 196/22
demonstration [2]   115/6 115/7
Denver [1]   154/6
deny [1]   183/12
Department [1]   4/7
depending [1]   5/14
depends [2]   175/22 193/2
depict [1]   69/25
depicted [1]   88/17
depicts [2]   61/18 61/19
depressed [1]   203/18
depth [1]   57/22
deputy [1]   220/2
describe [4]   81/11 84/9 84/11 108/10
described [2]   129/6 134/6
describes [1]   98/18
describing [1]   87/16
description [3]   19/10 98/18 186/5
designation [2]   49/22 52/9
designed [2]   46/19 126/18
desire [1]   106/22
desk [5]   78/20 94/25 122/7

**D**

desk... **[2]**   185/12 209/10
despite **[1]**   130/14
destroys **[1]**   150/18
detach **[1]**   53/1
detail **[4]**   77/21 127/19
 128/14 128/24
detailing **[2]**   35/24 36/5
details **[2]**   36/18 181/12
determination **[1]**   17/15
determine **[6]**   18/2 19/25
 46/22 46/25 80/12 210/10
determined **[2]**   5/9 221/16
determining **[3]**   8/19 17/16
 80/8
detriment **[1]**   222/3
developed **[3]**   65/21 209/2
 220/24
development **[1]**   161/24
device **[105]**   43/22 43/24
 45/1 45/10 45/19 45/19 46/4
 47/2 48/3 51/15 51/16 53/1
 53/2 53/13 53/18 53/18 53/19
 53/21 53/24 54/1 54/19 56/10
 58/1 58/3 58/3 59/24 60/11
 63/16 64/15 64/15 64/16
 64/20 68/3 70/9 70/10 81/6
 82/4 83/6 83/19 83/23 84/19
 87/18 90/20 91/22 91/24 95/9
 100/4 100/5 100/8 101/1
 101/5 101/16 102/6 103/11
 103/17 104/9 104/10 104/15
 104/16 105/4 105/15 105/21
 106/9 106/12 106/13 106/15
 109/20 109/23 109/24 109/25
 118/17 118/18 120/25 124/4
 125/13 130/25 133/2 133/24
 139/3 141/6 141/7 143/4
 143/13 143/13 144/10 146/21
 146/25 147/1 155/7 155/7
 155/7 155/8 155/8 155/10
 155/13 155/16 196/18 197/21
 202/21 212/8 213/15 213/16
 215/11 215/13 217/11
devices **[17]**   42/25 43/7
 43/13 48/2 58/11 58/12 58/20
 59/1 61/21 65/18 67/2 81/19
 86/1 120/4 134/14 134/25
 156/22
did **[87]**   17/12 19/19 19/20
 19/25 33/21 34/6 34/10 38/25
 48/20 49/11 51/24 52/1 52/2
 52/7 59/24 62/13 67/13 89/14
 90/18 90/22 91/6 91/20 91/21
 93/5 94/17 95/1 95/24 97/5
 99/3 100/9 100/12 100/12
 101/5 101/7 101/12 101/22
 102/24 102/24 103/16 103/24
 104/17 104/23 105/24 108/18
 114/24 115/13 115/15 120/20
 121/9 125/19 126/24 127/3
 135/5 135/10 139/2 140/14
 140/15 140/20 140/21 140/24
 145/21 145/23 148/17 149/3
 149/4 168/11 169/7 169/25
 170/1 170/2 170/7 170/9
 173/4 182/16 183/10 192/1

194/23 202/22 207/24 211/25
 212/1 212/8 212/21 213/17
 218/13 219/19 220/6
didn't **[37]**   23/7 40/2 41/14
 48/4 55/2 66/2 94/8 94/9
 94/14 94/18 95/19 95/21
 96/23 102/7 102/10 105/25
 108/19 111/4 115/21 116/2
 118/2 126/5 126/23 127/2
 138/18 138/23 140/24 145/18
 145/19 157/8 166/24 177/7
 198/1 207/3 209/6 209/8
 212/18
difference **[15]**   10/23 31/9
 47/13 51/13 62/18 71/25 72/1
 72/2 78/12 108/13 164/7
 167/8 167/8 210/19 214/16
differences **[3]**   23/13 148/16
 214/9
different **[50]**   6/7 7/24 7/25
 8/20 8/21 10/19 33/25 34/3
 36/20 39/14 43/1 44/8 49/20
 61/7 62/2 63/22 64/2 64/3
 83/14 89/2 92/13 93/8 106/17
 113/15 126/10 131/4 140/9
 140/10 148/2 149/10 155/21
 158/5 158/16 163/6 163/7
 164/11 165/18 169/1 169/11
 169/22 169/23 170/11 178/12
 187/3 198/19 210/15 210/19
 211/11 212/9 214/4
differentiate **[2]**   155/5
 213/23
differently **[3]**   139/18
 204/24 211/8
difficult **[2]**   5/24 109/11
difficulty **[1]**   108/10
digit **[3]**   48/4 76/9 86/4
digital **[8]**   79/24 102/20
 123/23 196/25 197/2 211/22
 215/3 215/5
digitally **[2]**   70/17 123/20
dime **[1]**   118/2
diminishes **[1]**   25/4
Diminishment **[2]**   113/25
 114/1
dipping **[1]**   70/20
dire **[2]**   162/15 170/20
direct **[15]**   2/4 2/8 2/13
 2/17 14/1 42/13 43/10 61/1
 73/1 85/21 108/4 146/3 154/2
 185/18 194/7
directly **[7]**   23/14 23/18
 55/4 66/24 71/6 119/4 129/19
disagree **[1]**   203/22
disappears **[1]**   144/20
disc **[228]**
discontinued **[1]**   191/21
discount **[2]**   66/20 218/7
discretion **[1]**   179/13
discs **[96]**   12/15 14/6 17/14
 22/19 22/20 22/21 23/5 24/17
 32/10 32/22 34/9 34/14 35/1
 35/4 39/3 39/16 39/17 44/11
 54/22 70/4 72/16 73/25 75/16
 76/18 76/19 76/21 77/4 77/19
 79/3 79/6 79/23 80/22 81/2
 81/4 81/7 86/9 86/11 88/5

88/10 93/12 100/1 113/4
 113/4 117/14 118/25 121/12
 121/18 131/4 131/8 131/20
 133/14 136/19 142/17 142/23
 145/12 145/22 146/4 147/2
 154/24 154/24 157/7 167/7
 167/11 167/19 168/7 168/12
 172/4 173/23 177/14 180/3
 180/21 181/1 187/16 187/21
 188/7 188/17 189/14 191/11
 192/14 192/15 193/21 194/6
 199/5 203/7 203/25 204/3
 205/4 205/14 205/14 206/6
 206/7 206/13 206/24 212/2
 213/21 217/24
discuss **[1]**   213/12
discussed **[6]**   12/25 98/13
 161/4 161/10 167/11 167/23
discussing **[4]**   17/4 44/21
 71/2 179/5
discussion **[3]**   17/3 172/7
 215/8
discussions **[1]**   40/4
dishonest **[1]**   125/16
disk **[2]**   21/11 93/20
displaces **[1]**   84/17
display **[4]**   69/10 95/1 101/7
 102/10
displayed **[5]**   92/14 92/23
 95/2 102/9 102/10
displaying **[1]**   91/18
displays **[2]**   70/8 91/3
dispute **[4]**   180/1 209/21
 210/7 212/3
disruptive **[2]**   171/6 171/21
distance **[3]**   107/18 153/9
 219/1
distinction **[2]**   10/22 177/9
distinguish **[2]**   109/15 183/6
distribute **[1]**   72/19
distribution **[4]**   74/21 85/20
 112/18 147/19
distributor **[1]**   60/1
DISTRICT **[3]**   1/1 1/1 1/12
divesting **[1]**   68/7
divide **[1]**   41/15
division **[2]**   1/2 42/19
do **[251]**
document **[2]**   45/23 99/8
documentation **[1]**   69/8
documented **[2]**   37/7 103/9
documenting **[2]**   88/14 99/8
does **[82]**   5/8 6/10 7/6 7/7
 7/12 9/7 10/1 10/4 10/10
 10/14 16/24 18/23 26/17
 31/20 35/20 36/17 43/8 48/12
 49/22 50/15 53/7 53/11 54/8
 55/10 69/25 71/12 74/22 75/3
 75/19 75/21 76/8 77/22 77/25
 79/17 79/22 81/4 84/15 84/16
 85/14 86/12 86/17 88/18
 88/22 88/22 91/17 92/8 93/1
 95/17 98/16 98/21 99/25
 103/24 104/1 109/11 109/12
 113/15 132/12 134/2 137/20
 139/23 140/8 150/19 155/12
 155/13 162/12 164/9 164/16
 168/8 168/8 178/7 192/20

## D

**does... [11]**   195/3 195/4
195/15 204/4 208/19 208/24
210/15 214/13 217/22 219/5
221/17

**doesn't [27]**   15/25 25/6 57/4
58/25 71/25 72/1 72/2 73/11
96/11 104/1 119/18 124/23
130/15 131/16 131/18 135/12
139/19 140/12 176/21 182/14
190/3 192/6 196/13 202/3
211/6 216/13 221/23

**doing [28]**   4/19 41/20 64/11
67/18 91/4 98/25 106/23
107/17 121/11 121/25 138/10
161/12 169/5 180/4 181/18
182/17 182/25 184/25 186/23
186/23 197/11 208/1 212/21
215/25 215/25 216/4 222/3
222/3

**DOJ [1]**   160/23

**dollar [2]**   9/21 36/21

**dollars [8]**   41/21 66/11
163/4 163/13 184/1 185/2
204/22 211/7

**don't [102]**   4/18 7/4 10/3
10/4 10/20 11/16 24/4 25/7
39/10 41/16 41/19 60/21 63/4
67/24 68/17 70/17 73/6 82/20
85/21 93/23 94/9 95/13 97/10
103/22 106/7 106/21 106/22
107/8 115/23 116/7 120/8
127/9 127/11 127/18 130/24
133/5 133/7 134/10 134/15
134/19 136/10 137/18 142/20
143/7 143/9 143/17 144/13
146/21 146/21 152/13 153/6
159/6 165/1 165/2 165/15
165/25 166/1 168/17 171/24
172/16 173/13 174/21 176/16
176/22 177/4 178/13 178/15
178/16 180/5 180/18 181/10
181/12 181/12 181/22 182/1
182/8 184/22 188/3 188/18
191/5 192/1 192/7 193/9
193/10 195/25 202/10 202/24
203/23 203/24 203/24 204/15
204/19 204/21 205/15 205/19
205/24 208/4 209/20 216/13
218/18 220/17 221/1

**donate [1]**   66/14

**done [23]**   24/12 28/25 32/19
49/24 58/20 84/6 92/2 136/18
136/20 136/20 137/5 141/1
141/3 180/20 190/23 191/25
192/4 207/23 209/14 216/25
219/10 219/14 220/7

**double [1]**   11/22

**doubt [1]**   183/23

**Douglas [1]**   185/17

**down [23]**   17/4 22/10 22/14
25/9 29/1 41/14 41/14 42/5
43/5 95/18 98/14 111/1
126/15 130/15 130/24 139/13
167/9 184/5 185/4 205/21
207/18 212/15 216/25

**download [28]**   11/19 50/5

54/8 54/12 54/14 55/5 55/8
55/9 55/10 103/20 165/24
166/13 166/15 166/20 168/18
175/15 175/25 176/9 176/12
176/13 177/6 177/7 177/13
177/20 177/24 190/2 190/21
206/9

**downloaded [6]**   21/22 103/17
104/3 175/9 176/8 176/17

**downloading [2]**   171/12
172/14

**downloads [3]**   54/17 168/6
168/11

**downsized [1]**   171/21

**draw [2]**   151/20 155/1

**drive [37]**   1/18 32/2 59/6
59/9 59/10 59/11 59/13 59/14
68/18 70/9 83/12 83/15 83/21
90/22 91/18 91/21 91/21
100/11 117/2 117/13 117/22
117/23 117/24 118/14 118/15
118/15 119/22 123/14 124/7
138/1 138/1 138/4 138/4
140/5 143/17 206/17 206/19

**driver [4]**   104/1 104/3
139/25 140/12

**drivers [7]**   103/10 103/19
103/20 103/23 140/8 140/9
140/11

**drives [8]**   8/22 58/20 58/22
107/1 120/12 121/18 183/25
210/12

**drop [2]**   189/23 193/16

**dropping [1]**   16/17

**drug [3]**   210/18 210/22
210/24

**drugs [2]**   210/19 210/21

**drunk [1]**   28/23

**during [11]**   17/21 17/23 33/4
74/4 92/1 95/2 101/12 129/6
146/3 151/3 162/3

**duties [2]**   42/20 42/21

**DVD [11]**   7/20 69/11 75/7
75/10 85/18 100/11 102/14
110/17 131/5 136/13 137/25

**DVD's [1]**   32/15

## E

**each [15]**   28/12 36/21 41/15
62/3 120/4 152/6 158/16
177/23 177/24 192/6 194/12
218/16 218/16 218/25 219/3

**earlier [20]**   10/7 50/2 63/21
68/5 79/2 91/22 98/13 104/8
108/18 121/14 123/9 128/15
133/10 135/12 163/1 164/23
170/12 170/18 176/1 211/24

**early [1]**   100/17

**easier [2]**   13/5 109/13

**easiest [2]**   195/11 196/22

**easily [1]**   183/19

**easy [3]**   103/19 176/11
183/25

**Ebay [6]**   22/4 22/6 23/20
81/20 135/23 169/11

**Edge [2]**   111/8 111/8

**edition [9]**   62/22 91/23
124/3 128/23 148/11 162/25

163/10 165/11 165/13

**editions [4]**   62/2 62/3 82/7
148/2

**education [3]**   66/13 154/8
187/8

**Edward [1]**   153/24

**effect [3]**   71/21 105/2
131/24

**effective [1]**   192/23

**effectively [19]**   53/17 55/13
58/3 60/3 65/1 68/8 68/20
70/10 71/25 73/12 77/19
92/21 95/1 95/7 96/24 120/16
143/7 196/17 210/12

**effort [2]**   199/4 211/11

**efforts [1]**   85/21

**eight [1]**   202/11

**either [12]**   10/10 58/23
103/12 116/24 118/18 119/9
166/22 167/18 184/21 191/1
199/8 215/15

**elect [1]**   184/23

**elected [1]**   200/12

**electronic [5]**   196/25 197/3
211/22 215/3 215/5

**element [1]**   201/9

**elements [3]**   70/9 70/11
201/7

**Eleventh [3]**   106/11 213/8
218/20

**eliminated [1]**   94/11

**ELMO [3]**   15/16 15/18 16/1

**else [24]**   13/6 44/15 48/12
51/3 53/2 57/19 59/18 66/23
66/24 76/24 77/11 79/14
93/18 105/7 107/2 127/6
136/5 155/25 159/13 173/15
184/6 208/6 209/5 217/2

**email [21]**   15/23 16/9 16/9
16/10 17/5 20/5 20/17 21/22
25/9 25/13 25/20 26/3 27/23
28/7 29/17 30/2 30/22 31/18
32/4 157/6 202/8

**emails [2]**   78/12 216/6

**embedded [1]**   46/21

**emergency [1]**   191/10

**employ [3]**   72/15 80/4 85/14

**employed [1]**   42/15

**employment [1]**   161/17

**enabled [1]**   115/24

**encapsulate [2]**   211/14
211/14

**encased [1]**   209/5

**encountered [2]**   146/1 146/2

**encryption [1]**   123/22

**end [71]**   25/6 27/15 43/23
43/24 44/23 44/25 45/1 45/2
45/10 46/22 46/24 46/25
48/12 48/13 53/9 54/11 54/23
55/6 55/8 55/12 56/8 57/12
57/13 57/14 57/17 57/19
57/20 57/24 74/24 85/16 86/7
107/15 113/22 119/11 119/19
119/19 119/21 120/25 121/1
121/2 121/7 121/8 121/10
127/17 128/5 128/11 128/23
132/7 132/14 133/15 134/7
134/18 141/8 145/7 146/11

**E**

**end... [16]**   147/20 147/21
148/4 152/14 152/17 165/5
166/4 166/23 170/21 171/22
171/22 180/22 181/1 204/13
205/17 209/15
**endeavor [1]**   210/16
**ending [1]**   35/17
**ends [1]**   205/7
**enforce [2]**   85/22 85/22
**engage [1]**   204/19
**engaged [1]**   182/20
**engaging [2]**   203/17 210/25
**enhanced [1]**   207/18
**enough [7]**   105/22 126/1
132/5 140/24 153/22 185/15
208/2
**ensure [2]**   29/12 57/12
**ensures [1]**   4/23
**enter [11]**   48/20 69/13 90/3
97/23 100/25 105/25 139/3
139/3 140/20 140/21 175/25
**entered [3]**   60/16 104/23
133/21
**entering [2]**   83/11 208/18
**enterprise [4]**   148/7 180/16
182/20 183/14
**enterprises [2]**   32/2 187/8
**entire [3]**   190/15 190/16
190/19
**entirely [3]**   48/19 49/25
135/1
**entitled [2]**   11/6 70/6
**entity [2]**   51/23 56/6
**entry [2]**   83/24 83/25
**enumerated [3]**   7/12 195/15
197/5
**equipment [9]**   42/24 62/19
77/17 208/21 208/25 208/25
209/19 210/2 210/6
**equipped [2]**   140/8 167/15
**equivalent [6]**   142/1 155/10
155/15 155/22 195/19 211/22
**erases [1]**   139/16
**Eric [10]**   4/2 20/19 20/25
25/9 25/13 25/17 27/12 27/23
29/13 31/16
**Ernst [1]**   161/9
**error [1]**   22/19
**errors [1]**   23/4
**ESQ [2]**   1/17 1/21
**essentially [6]**   91/8 124/24
165/3 183/8 186/2 210/4
**establish [2]**   109/19 110/1
**established [3]**   6/5 69/18
201/1
**estimate [2]**   83/11 106/5
**etc [2]**   29/1 160/9
**ethernet [1]**   103/13
**evaluate [1]**   9/1
**evaluation [3]**   162/9 163/15
207/7
**even [21]**   10/4 72/20 99/1
108/19 121/25 139/16 144/13
148/25 149/10 152/16 169/16
171/20 173/10 174/18 180/23
190/20 195/25 206/13 207/9

221/17 22 261
**evening [1]**   218/23
**event [6]**   50/21 52/22 52/23
108/8 108/9 209/22
**events [1]**   50/17
**eventually [2]**   31/8 100/20
**ever [7]**   21/13 51/2 52/17
58/16 96/23 130/12 187/24
**every [4]**   24/6 49/8 74/13
151/4
**everybody [14]**   5/6 6/10 8/19
15/19 16/23 18/22 49/8
102/22 107/2 152/15 157/16
193/12 215/10 221/23
**everybody's [1]**   106/22
**everyone [5]**   4/1 43/3 43/20
172/14 193/2
**everything [15]**   6/14 12/10
24/15 24/21 44/15 68/19
107/1 114/9 127/6 136/12
140/12 143/16 155/25 191/9
209/5
**evidence [79]**   7/6 9/25 11/20
11/25 13/21 14/13 14/16
14/17 14/23 15/3 15/4 15/11
15/14 15/15 16/2 16/6 18/13
18/18 18/20 20/8 20/11 20/12
25/22 25/24 26/1 27/25 28/4
28/5 29/19 29/23 29/24 30/23
31/2 31/3 33/10 33/14 33/16
33/24 34/16 34/19 34/21 36/9
36/12 36/15 37/17 37/20
37/22 46/6 46/9 46/11 61/11
61/15 61/16 69/13 69/19
69/21 87/21 87/25 88/1 90/3
90/8 90/11 90/12 99/13 99/16
99/20 109/7 110/11 110/14
112/23 132/18 145/24 149/23
149/24 150/4 150/6 160/6
202/6 208/12
**exact [11]**   71/19 93/20 93/22
148/16 196/4 196/18 203/13
203/14 203/14 209/18 212/2
**exactly [9]**   10/1 60/18 68/22
92/11 139/11 157/1 197/2
208/20 215/4
**examination [31]**   2/4 2/5 2/6
2/8 2/9 2/10 2/11 2/13 2/14
2/15 2/17 2/18 14/1 38/15
38/17 40/11 42/13 61/1 108/4
114/15 114/21 142/13 148/21
154/2 162/15 173/16 173/17
178/23 185/18 191/13 191/14
**examined [2]**   18/1 156/21
**example [24]**   44/13 56/25
57/6 58/16 59/21 59/21 61/20
62/19 63/13 65/2 67/13 68/20
70/19 93/19 108/21 121/14
126/17 148/23 166/12 171/9
187/7 208/19 209/2 210/17
**examples [1]**   126/23
**exceed [1]**   211/4
**except [4]**   12/10 138/22
145/6 157/6
**exception [2]**   6/18 83/21
**exceptions [3]**   12/13 12/22
211/17
**exhausted [1]**   147/23

**exhibit [137]**   2/22 2/22 2/23
2/23 2/24 2/24 2/25 3/1 3/1
3/2 3/3 3/3 3/4 3/4 3/5 3/5
3/6 3/6 3/7 3/7 3/8 7/8 14/4
14/13 14/15 14/17 14/19
14/22 14/24 15/2 15/4 15/6
15/14 15/15 15/21 16/2 16/6
16/8 18/8 18/9 18/17 18/19
18/23 20/4 20/7 20/12 25/18
25/21 25/24 26/1 27/22 27/24
28/3 28/5 29/15 29/22 29/24
30/19 31/1 31/3 32/14 32/17
33/3 33/6 34/21 36/1 36/12
36/14 37/22 40/15 45/22 46/5
46/9 46/11 61/5 61/11 61/14
61/16 69/21 87/24 88/1 88/17
89/20 89/24 90/5 90/9 90/12
99/7 99/15 99/20 108/15
109/2 109/7 110/11 110/13
112/14 112/14 112/16 112/22
113/11 114/18 114/23 115/1
115/1 127/20 129/12 129/12
129/21 137/17 137/23 149/14
149/25 150/1 150/4 150/6
152/2 152/2 154/20 158/5
158/12 158/19 159/22 160/2
160/4 160/6 163/20 164/10
164/13 167/24 170/12 198/8
202/8 202/17 203/6 207/20
215/17 217/13
**exhibits [11]**   2/20 3/2 13/23
33/10 33/13 33/15 107/14
107/15 152/1 180/9 180/18
**exist [2]**   81/21 199/20
**existing [2]**   138/4 138/9
**expect [6]**   94/12 100/15
101/3 103/6 103/7 193/14
**expectation [2]**   96/25 163/3
**expected [4]**   94/19 100/18
101/4 127/3
**expecting [3]**   24/3 26/18
94/13
**expedite [1]**   27/15
**expedite on [1]**   27/15
**expenditures [1]**   163/13
**expenses [2]**   41/17 165/21
**expensive [6]**   108/22 148/9
165/16 195/14 197/12 209/3
**experience [24]**   48/14 51/2
58/22 74/6 83/8 84/24 92/24
93/5 94/13 99/25 113/23
117/15 136/21 142/6 160/9
163/14 176/2 183/15 186/20
187/20 188/11 210/18 212/23
215/19
**experienced [2]**   52/25 187/17
**expert [14]**   23/12 23/14
154/11 154/15 160/23 162/7
180/13 182/24 183/17 184/8
188/10 188/16 213/18 214/21
**expert with [1]**   23/12
**expertise [2]**   79/22 213/24
**experts [2]**   80/11 207/14
**expired [1]**   52/10
**explain [19]**   10/25 17/20
34/23 42/23 44/24 54/20
62/17 70/2 70/12 71/3 72/14
75/6 77/21 81/12 86/17 101/9

**E**

explain... [3]   111/6 132/2
  179/12
explained [2]   52/14 205/19
explore [1]   162/12
expressly [1]   167/14
extended [1]   65/23
extra [5]   26/11 37/1 81/7
  86/5 134/20
extremely [2]   23/2 221/21
extremes [1]   182/11
eyes [1]   89/4
eyesight [1]   76/14

**F**

face [1]   157/22
facetious [1]   216/3
facility [1]   168/14
fact [22]   21/8 21/22 44/22
  50/10 76/6 100/24 105/20
  126/23 128/15 128/16 137/5
  139/9 147/9 172/7 196/8
  200/13 207/23 208/13 213/19
  215/22 217/1 217/22
factor [1]   172/6
factories [1]   23/21
factors [1]   17/16
factory [12]   16/19 26/20
  28/22 28/24 29/7 29/8 48/3
  54/4 86/2 93/15 93/15 188/25
facts [3]   157/4 199/19
  220/16
factual [4]   5/21 5/24 6/1
  220/13
failed [2]   139/9 169/10
failure [3]   52/22 55/19
  214/22
fair [10]   7/23 40/16 41/20
  41/22 56/5 126/1 132/5 208/4
  208/5 221/13
fall [6]   7/12 68/13 68/15
  135/7 195/15 197/5
fallen [1]   21/5
falls [1]   8/14
familiar [9]   43/4 43/5 74/9
  96/22 123/3 163/24 168/6
  186/9 188/6
families [2]   65/19 66/5
far [4]   97/22 102/18 107/8
  160/13
Fargo [1]   59/3
fast [1]   79/9
fat [1]   28/23
father [1]   33/8
faulty [1]   193/24
favor [1]   28/19
feature [4]   49/5 53/6 87/13
  111/8
features [9]   45/18 46/20
  71/9 92/25 109/10 109/12
  111/6 113/5 113/6
February [1]   52/3
Federal [3]   1/24 7/14 222/16
Federation [1]   16/15
feel [1]   80/8
fees [1]   38/10
few [4]   26/18 154/25 184/1

185/2
field [6]   23/14 75/15 140/21
  182/24 212/24 214/22
figure [8]   5/18 6/22 6/22
  132/23 166/3 199/12 218/14
  218/16
figures [4]   6/21 159/9 163/2
  198/7
file [6]   98/18 102/21 102/25
  103/3 103/4 221/24
filed [5]   5/5 7/11 51/20
  221/3 221/10
files [2]   102/14 139/19
filling [1]   28/10
Film [3]   75/22 75/25 76/2
final [1]   98/21
finally [1]   111/1
financial [4]   25/7 120/5
  156/15 216/5
financially [1]   132/11
find [16]   24/2 52/2 52/4
  80/5 89/3 100/12 103/25
  124/23 145/21 155/6 155/11
  198/14 208/5 212/7 214/17
  215/21
finding [2]   106/23 197/11
findings [1]   208/13
finds [2]   87/11 87/12
fine [12]   5/14 23/6 56/19
  87/12 90/10 101/1 101/2
  156/6 156/9 163/18 219/7
  219/18
finish [2]   107/11 220/9
finished [2]   93/24 193/12
firm [3]   86/19 86/22 87/8
first [31]   5/7 5/11 7/4 12/9
  13/9 21/10 22/12 31/15 67/11
  67/19 90/22 91/5 91/10 91/17
  93/25 94/25 100/10 153/18
  160/11 169/3 173/21 194/24
  194/25 198/24 202/9 208/8
  208/14 215/2 215/9 219/16
  219/16
fits [2]   12/22 12/23
five [19]   17/23 81/12 81/12
  81/13 81/13 85/7 86/3 86/3
  103/8 103/9 107/7 136/20
  139/13 139/21 142/8 154/14
  154/23 194/5 222/5
fix [2]   190/13 206/24
fixed [2]   131/1 171/16
fixing [1]   68/17
FL [4]   1/6 1/16 1/19 1/22
Flagler [1]   1/18
flesh [1]   9/25
flip [1]   126/17
FLORIDA [3]   1/1 32/13 34/5
flows [1]   126/15
fly [1]   105/18
focus [5]   31/14 106/16 133/5
  157/16 158/7
focused [1]   158/18
Focusing [1]   43/8
folder [2]   98/24 139/19
folks [6]   7/1 9/25 190/11
  192/24 214/1 219/1
follow [3]   164/22 164/24
  212/17

followed [1]   88/14
following [4]   105/12 116/13
  154/25 208/13
font [1]   23/16
for solely [1]   29/2
foregoing [1]   222/12
forensically [1]   94/4
forever [1]   129/14
forget [1]   49/20
forgot [2]   32/6 122/20
form [6]   73/7 80/24 146/6
  166/5 166/8 177/2
format [1]   21/23
formatting [1]   91/17
formerly [1]   129/12
forms [1]   83/14
Fort [2]   1/25 219/20
forth [11]   8/17 70/20 106/18
  152/3 157/11 171/16 199/19
  211/6 215/17 217/13 217/20
Fortunately [1]   23/3
forward [8]   13/24 15/19
  31/12 60/22 106/3 107/4
  107/13 110/9
found [1]   198/6
four [7]   76/9 97/4 97/5
  102/12 102/13 170/1 189/21
frame [6]   36/23 117/6 117/8
  146/8 146/9 192/17
Francisco [3]   32/12 33/7
  34/4
Frankly [1]   205/2
fraud [3]   8/21 211/1 211/1
free [38]   10/21 11/21 67/25
  84/12 103/20 131/23 132/1
  132/8 132/9 137/10 143/21
  144/2 145/4 146/5 166/13
  167/25 168/3 168/7 168/11
  174/19 174/25 175/9 175/15
  176/12 176/14 177/6 177/8
  177/13 177/13 177/15 183/8
  184/15 190/21 202/23 210/8
  210/9 216/20 217/2
Friday [1]   21/7
friend [3]   17/25 18/1 20/1
friends [1]   28/18
front [5]   137/17 164/10
  180/18 204/21 217/13
frustrating [1]   204/14
fulfilled [1]   70/21
full [21]   13/16 25/7 42/9
  65/20 98/4 98/5 98/7 115/13
  115/14 116/4 116/7 127/5
  153/22 153/24 169/1 177/12
  185/15 195/11 195/23 202/9
  205/20
fully [8]   52/10 105/4 125/3
  141/22 172/1 172/1 173/6
  182/21
function [6]   47/19 75/2 95/7
  113/23 170/22 182/4
functional [2]   115/10 149/10
functionalities [1]   115/15
functionality [15]   95/25
  96/2 97/12 97/14 127/5 142/2
  148/17 149/9 165/10 171/25
  177/12 181/15 181/17 190/22
  207/18

237

**F**

functioned [1]   212/11
functioning [6]   169/18 172/1
 181/24 182/21 205/20 213/5
functions [2]   46/14 75/17
funds [1]   26/17
further [11]   17/4 41/23
 97/11 114/14 139/11 148/19
 148/20 178/21 194/19 195/6
 218/7
future [2]   30/17 150/25

**G**

gained [1]   211/2
Gates [1]   23/18
gave [1]   126/17
gee [1]   172/8
general [8]   6/18 12/18 12/21
 106/8 106/24 113/5 136/19
 174/2
generally [5]   43/20 47/16
 95/5 136/22 171/14
generate [1]   63/4
generation [1]   81/24
generic [2]   186/4 186/6
gentleman [1]   219/3
gentlemen [3]   60/25 108/1
 180/17
genuine [41]   21/12 22/20
 46/20 46/22 47/1 47/2 53/10
 67/7 74/25 77/2 80/11 80/18
 82/17 84/17 84/21 85/18
 86/25 87/2 89/21 89/23 93/12
 97/20 97/20 104/13 123/15
 123/24 126/11 129/19 130/5
 130/8 130/22 130/23 132/17
 147/22 149/3 149/6 150/18
 151/8 171/10 171/11 212/20
get [158]   5/7 10/6 10/19
 10/20 11/12 12/4 15/18 23/24
 24/4 24/12 25/8 27/18 28/23
 28/24 44/13 44/13 51/9 55/23
 55/25 59/22 59/22 60/8 66/17
 67/7 67/16 67/25 71/22 72/7
 83/1 93/6 95/21 95/22 98/10
 98/14 103/16 103/23 105/5
 107/8 107/19 109/3 112/6
 113/6 115/17 115/19 115/21
 115/22 116/4 116/6 116/7
 116/22 119/21 120/22 120/23
 122/11 126/9 127/5 127/9
 127/11 130/11 131/1 131/11
 131/16 132/19 134/17 136/24
 136/25 137/3 137/9 137/10
 137/11 139/21 140/13 144/2
 144/7 144/21 146/5 146/24
 147/15 147/23 154/10 156/3
 157/7 159/5 161/19 164/13
 165/1 165/2 165/9 165/19
 165/25 167/23 168/15 170/5
 170/15 170/19 171/8 171/13
 171/18 173/5 174/19 174/21
 174/25 175/2 175/9 175/14
 175/23 176/11 176/15 176/16
 176/16 177/11 178/9 178/13
 179/8 179/18 179/21 181/7
 181/16 182/5 182/5 182/6

182/10 182/25 184/16 184/18
 184/18 184/22 187/14 187/22
 189/19 189/22 190/13 192/11
 192/11 192/13 192/20 193/14
 194/1 194/5 194/7 194/8
 194/11 197/25 202/23 202/23
 203/16 204/3 205/5 205/20
 206/11 206/13 207/12 216/20
 217/2 219/10 220/2 220/4
 220/24
gets [6]   11/4 11/10 24/7
 53/7 74/24 211/8
getting [16]   6/21 23/2 25/16
 28/11 53/20 71/2 97/22 106/6
 107/15 126/12 126/13 165/22
 176/1 177/16 177/16 192/20
gist [1]   168/16
give [39]   10/5 10/16 10/17
 11/8 11/8 11/21 14/9 30/14
 35/20 65/14 67/20 68/24 92/2
 99/17 116/16 118/13 118/25
 121/17 123/2 131/1 131/2
 131/23 131/25 132/3 132/7
 132/9 134/19 145/4 146/8
 155/4 160/8 189/4 192/4
 193/20 194/9 195/11 205/24
 207/11 217/14
give-away [1]   131/25
given [5]   11/5 48/1 50/8
 184/8 199/12
gives [5]   48/13 70/5 164/18
 181/4 181/19
giving [7]   35/17 97/20 119/6
 183/22 191/1 193/24 206/7
glass [4]   18/1 23/12 76/15
 89/3
GLEN [3]   2/12 153/20 153/24
go [80]   11/12 11/17 11/20
 12/1 13/24 20/17 22/17 29/4
 49/23 57/7 58/5 65/18 66/24
 67/18 68/5 81/10 82/23 97/7
 98/14 100/14 101/5 101/10
 102/7 103/22 107/6 107/7
 116/8 116/12 117/10 118/7
 121/15 122/4 124/2 124/25
 125/4 125/11 133/8 134/19
 137/15 137/15 139/10 140/13
 143/18 143/20 144/24 144/24
 146/5 166/12 168/14 168/17
 170/21 172/20 177/22 178/5
 178/17 181/7 182/13 184/5
 185/4 188/3 190/16 190/21
 190/25 192/7 192/16 192/24
 193/6 193/20 196/13 197/24
 198/1 198/23 202/23 207/10
 210/6 216/17 219/11 219/15
 219/16 219/21
goals [1]   163/13
goes [12]   5/14 23/23 24/21
 32/1 49/9 55/20 107/10
 124/23 156/5 211/5 214/24
 219/21
going [67]   7/10 9/15 13/10
 13/22 18/7 20/20 22/10 24/25
 25/9 25/12 25/14 29/8 41/16
 44/16 54/21 59/6 60/20 61/5
 69/5 81/8 82/12 89/19 95/5
 96/5 96/17 101/9 109/16

114/17 114/19 116/15 116/18
 116/19 125/13 131/7 138/7
 142/18 150/11 153/8 154/21
 156/2 158/19 160/12 165/20
 174/24 175/23 176/22 180/2
 180/7 181/7 182/11 184/21
 191/2 191/16 193/18 193/23
 195/9 197/20 197/22 198/7
 199/4 205/20 206/18 209/11
 215/12 216/21 219/19 221/19
GOLDER [17]   1/21 1/21 2/6
 2/10 4/10 8/19 12/7 40/9
 106/8 106/25 142/11 151/25
 152/6 157/5 204/23 211/15
 219/21
Golder's [1]   152/9
gone [6]   82/10 83/7 143/13
 158/22 206/19 220/5
good [32]   4/1 4/6 4/10 4/12
 4/14 4/16 9/14 23/5 23/7
 29/13 38/19 38/20 40/13
 40/14 42/5 65/17 68/19 76/14
 105/22 125/3 125/11 142/15
 142/16 152/25 153/22 157/8
 159/19 159/21 162/1 173/19
 173/20 185/14
goods [2]   196/11 196/12
got [24]   34/3 48/7 48/20
 49/20 65/3 93/18 104/4
 104/12 111/1 117/18 118/18
 119/3 120/5 120/11 130/19
 132/16 140/16 141/20 147/15
 152/14 155/18 179/10 191/24
 206/14
gotten [1]   56/13
Government [119]   2/22 2/22
 2/23 2/23 2/24 2/24 2/25 3/1
 3/1 3/2 3/2 3/3 3/3 3/4 3/4
 3/5 3/5 3/6 3/6 3/7 4/5 6/2
 6/4 6/8 6/11 8/18 12/23 13/8
 14/3 14/13 14/17 14/19 14/22
 15/2 15/4 15/6 15/13 15/15
 15/21 16/2 16/6 16/8 18/17
 18/19 20/4 20/7 20/12 25/18
 25/21 26/1 27/24 28/3 28/5
 29/15 29/19 29/24 30/23 31/1
 31/3 32/17 32/21 33/3 33/6
 33/9 33/13 33/15 34/11 34/16
 34/21 36/14 37/22 42/2 46/5
 46/9 46/11 61/5 61/14 61/16
 66/5 69/21 87/24 88/1 88/16
 89/20 89/24 90/9 90/12 99/12
 99/15 99/20 106/10 109/2
 109/19 109/22 110/11 110/13
 112/16 112/22 113/11 114/23
 153/1 157/11 160/23 162/12
 187/8 195/4 195/7 196/2
 198/8 198/25 199/18 207/8
 218/12 221/3 221/10 221/18
 221/18 221/22 221/23
Government's [35]   8/12 13/14
 14/15 15/21 16/8 18/8 18/9
 27/22 29/22 30/19 31/23
 32/14 36/12 69/5 69/6 69/13
 87/14 90/5 92/5 99/7 99/17
 107/22 108/15 108/16 110/3
 114/18 152/2 159/3 159/11
 195/8 202/5 205/2 212/25

**G**

**Government's... [2]**   215/17 218/6
**GOVERNMNET'S [1]**   42/7
**gradations [1]**   49/21
**grade [2]**   29/7 29/8
**grammatical [1]**   23/4
**grant [3]**   56/8 56/9 197/7
**granted [2]**   52/9 129/4
**great [3]**   153/9 195/1 219/1
**greater [3]**   7/16 7/21 210/14
**greatest [1]**   126/14
**groups [1]**   160/12
**grow [1]**   24/13
**Guanxi [1]**   29/4
**guaranteed [1]**   30/12
**guess [8]**   34/7 44/21 64/13 66/19 68/4 174/25 188/2 213/24
**guideline [7]**   8/12 9/11 9/19 12/12 12/13 106/11 202/14
**guidelines [14]**   4/22 6/15 6/16 7/15 7/24 8/23 35/19 76/17 158/10 197/13 210/12 210/14 211/10 217/9
**guilty [1]**   180/17
**guy [1]**   195/1
**guys [1]**   187/17

**H**

**hack [1]**   114/4
**hacking [1]**   168/22
**had [67]**   7/21 10/8 11/23 13/20 19/17 20/1 20/3 22/4 28/22 30/13 39/6 40/3 47/23 55/17 62/9 63/15 63/15 65/4 67/15 89/11 89/14 91/22 92/9 93/12 93/14 93/15 97/23 100/7 103/9 104/10 104/16 105/14 115/9 124/19 126/9 132/17 141/8 142/24 149/8 151/4 163/9 173/23 178/11 181/24 183/13 187/10 187/11 187/20 191/21 191/25 196/18 196/18 196/21 197/2 206/20 208/2 212/1 212/19 212/23 213/11 213/14 215/7 216/1 217/13 220/6 220/6 220/16
**hadn't [1]**   48/25
**half [2]**   107/16 220/8
**hand [5]**   42/8 61/19 153/19 153/21 185/14
**handed [1]**   80/7
**handful [1]**   61/25
**handle [2]**   5/15 220/21
**handling [1]**   168/4
**hands [1]**   133/24
**handshake [20]**   86/15 86/24 95/7 95/10 123/14 123/17 124/9 124/12 124/13 124/18 125/2 125/6 126/7 126/21 126/23 130/10 138/16 138/18 139/10 169/14
**hanging [1]**   24/4
**happen [11]**   18/4 24/12 43/24 63/16 94/13 95/13 105/21 124/12 124/13 125/6 189/22

**happened [8]**   51/5 54/23 57/5 93/5 102/8 133/4 139/7 139/11 212/18
**happening [2]**   9/1 180/9
**happens [11]**   50/20 51/6 53/3 53/5 59/11 73/10 73/14 93/23 144/19 170/24 216/22
**hard [48]**   11/25 24/4 25/1 58/20 58/22 59/6 59/9 59/10 59/11 59/13 59/14 68/18 69/15 70/9 79/8 83/12 83/15 83/21 90/24 91/18 91/20 91/21 111/10 117/1 117/13 117/22 117/23 117/24 118/14 118/14 118/15 119/21 120/12 121/18 122/16 123/14 124/7 138/1 138/1 138/4 138/4 143/17 147/15 183/24 186/23 205/6 206/17 206/19
**harder [2]**   23/3 110/8
**hardware [23]**   42/25 42/25 43/25 52/22 57/25 58/11 78/20 86/16 86/21 103/11 103/18 103/25 104/2 104/4 122/16 137/6 140/7 140/10 191/2 196/6 206/16 206/17 209/16
**harm [5]**   145/25 151/7 151/7 200/4 200/5
**harms [1]**   113/15
**has [126]**   7/2 9/23 11/3 13/2 17/9 18/7 21/5 24/2 25/3 32/8 43/10 43/21 43/22 47/10 49/9 49/11 50/2 50/16 50/19 50/20 50/25 51/17 52/17 55/17 55/18 57/12 57/13 59/15 64/15 64/20 65/11 66/8 67/3 68/20 70/3 70/11 72/9 72/20 73/24 74/9 78/15 81/6 82/15 82/16 83/3 83/12 87/17 93/7 95/10 96/1 96/13 102/10 105/21 106/17 108/9 109/10 113/3 121/7 123/12 125/14 128/1 131/11 131/13 131/21 131/24 133/1 133/17 141/1 144/20 147/1 152/6 157/11 158/11 158/14 158/21 161/17 165/3 167/2 167/3 167/15 167/16 171/23 172/8 172/22 173/4 174/10 174/13 177/17 177/18 177/18 179/1 180/6 181/3 181/17 183/20 184/1 184/9 188/19 192/6 196/3 200/11 201/14 203/2 203/18 204/12 205/8 205/12 207/22 208/8 208/8 209/20 210/5 210/9 210/10 212/3 212/21 213/9 215/16 217/12 217/18 217/18 219/10 220/24 221/3 221/9 221/21
**hasn't [4]**   74/25 106/1 118/11 129/25
**hate [2]**   203/10 205/22
**hated [2]**   205/22 206/7
**have [426]**
**haven't [9]**   67/22 84/6 84/19 84/20 122/24 128/14 128/24 130/11 156/12

**having [9]**   10/23 31/12 151/22 172/15 176/20 190/1 190/3 209/8 214/1
**he [65]**   13/21 13/21 17/25 18/2 18/5 19/20 19/21 19/25 20/1 20/2 20/2 24/23 25/4 26/10 30/5 31/7 38/13 38/22 39/15 39/15 52/7 52/9 52/11 55/18 55/18 55/19 55/20 55/20 55/24 55/25 56/20 56/21 62/9 62/13 62/15 107/10 118/14 119/7 119/11 137/19 148/23 153/8 156/16 163/2 170/5 181/22 181/23 182/1 188/19 189/5 204/3 204/4 204/4 204/4 207/23 207/24 207/24 208/2 211/8 212/8 212/12 215/18 216/4 221/12 221/21
**head [4]**   122/10 132/24 162/20 163/4
**headquarters [1]**   213/10
**headway [1]**   220/23
**hear [9]**   18/24 54/21 73/4 80/25 156/23 158/6 202/1 202/25 204/20
**heard [12]**   43/15 148/2 168/24 169/3 169/6 169/20 170/18 176/1 186/17 189/10 195/23 195/24
**hearing [4]**   5/7 82/20 155/24 222/10
**heart [1]**   121/6
**hehe [1]**   31/10
**held [1]**   222/1
**help [12]**   47/7 63/8 64/18 66/3 75/23 111/14 114/16 122/21 157/16 158/7 206/12 207/12
**helpful [4]**   6/25 92/16 153/9 156/9
**helping [1]**   163/12
**hence [1]**   29/5
**her [1]**   211/15
**here [55]**   6/18 8/18 9/1 9/17 22/5 28/25 30/6 31/11 32/23 35/18 37/3 41/21 43/5 44/11 53/18 56/22 64/20 75/21 88/3 93/5 96/9 97/7 126/17 132/20 141/17 149/16 150/21 157/11 158/18 159/20 161/4 161/19 165/11 180/16 182/11 183/6 184/1 184/9 187/18 189/8 193/25 199/7 202/15 203/2 203/13 206/18 207/22 209/12 213/2 216/19 217/6 217/14 219/12 219/13 219/24
**Here's [1]**   150/20
**heroin [1]**   210/20
**hey [1]**   133/3
**hi [2]**   123/18 123/18
**hidden [1]**   49/18
**hierarchy [1]**   124/22
**high [5]**   28/13 30/13 80/13 80/19 207/9
**higher [4]**   63/5 67/8 194/5 198/6
**highjacked [1]**   53/25

**H**

**highlight [3]** 21/25 149/19 150/11
**highs [1]** 7/22
**him [14]** 17/23 18/11 23/24 30/7 30/12 38/24 58/14 156/21 162/7 162/9 163/17 188/10 188/16 216/3
**himself [2]** 56/21 204/5
**hire [2]** 79/22 80/1
**his [15]** 17/25 18/11 19/23 20/1 52/5 52/6 56/18 154/22 170/7 170/7 188/11 189/13 199/22 215/19 222/2
**history [1]** 30/9
**hit [1]** 184/3
**hits [1]** 108/8
**hold [6]** 5/7 8/6 16/5 31/9 200/22 202/10
**home [17]** 48/7 62/3 62/5 63/7 63/17 64/5 95/10 96/24 128/22 130/10 148/3 148/4 148/8 148/11 148/17 162/24 165/11
**Homeland [1]** 4/8
**Hong [1]** 37/5
**Honor [89]** 5/19 6/12 7/10 9/8 9/15 13/23 14/12 14/14 15/16 16/4 20/10 33/9 34/18 35/17 36/8 36/11 37/19 39/21 41/25 44/12 45/14 46/5 46/18 47/6 52/20 53/3 56/7 56/15 60/18 61/3 64/14 65/6 65/16 67/23 68/9 68/22 69/12 70/24 76/13 76/22 77/2 77/8 77/24 78/24 90/3 90/6 92/7 96/15 97/2 104/17 104/25 105/8 108/14 110/19 111/3 112/11 127/21 127/22 129/21 137/20 142/3 145/6 146/14 149/22 152/13 152/18 153/2 153/5 156/2 159/4 161/1 161/16 161/21 172/25 177/9 180/11 181/10 183/4 185/9 195/6 195/8 201/5 201/6 202/5 202/12 203/6 208/22 218/8 221/5
**honorable [2]** 1/11 216/14
**hope [3]** 7/21 216/7 220/7
**hopeful [1]** 107/2
**hopefully [1]** 220/9
**Hopkins [1]** 1/18
**hospitals [1]** 66/3
**hosted [1]** 166/14
**hour [5]** 106/5 107/11 107/16 220/8 220/12
**hours [2]** 28/21 156/13
**housekeeping [1]** 7/8
**how [72]** 5/8 5/14 9/1 14/8 19/25 23/5 26/24 26/25 27/1 38/19 41/16 43/1 43/15 46/3 50/22 50/23 59/21 60/8 62/7 62/14 67/18 73/24 75/16 81/11 84/9 84/15 84/16 85/9 85/17 86/17 88/18 88/22 88/22 91/1 91/19 92/3 92/8 93/23 101/17 107/6 107/8

107/14 107/21 108/10 113/14 117/4 120/10 154/13 154/24 162/17 162/18 162/24 166/3 169/22 169/25 170/5 174/21 174/24 175/2 177/4 185/1 186/7 186/9 186/23 188/19 190/2 194/11 203/9 203/23 204/15 205/11 219/5
**however [2]** 28/18 106/25
**HP [5]** 12/4 12/5 43/4 126/19 177/14
**HSBC [1]** 37/5
**huge [4]** 84/11 146/15 194/1 216/22
**hum [3]** 122/8 128/21 139/15
**hundred [3]** 66/15 120/22 131/20
**hundreds [1]** 66/14
**HURLEY [2]** 1/2 1/11
**hypothetical [2]** 117/20 126/1
**hypothetically [1]** 174/9
**hypotheticals [2]** 116/16 116/17

**I**

**I'll [2]** 28/17 30/17
**I'm [7]** 18/1 26/16 31/11 123/18 175/11 176/24 202/15
**I've [2]** 154/14 213/7
**I.D [1]** 2/21
**idea [7]** 75/10 107/6 130/17 132/20 142/17 162/18 168/24
**identical [12]** 23/21 29/10 88/24 88/25 93/3 155/10 155/14 195/18 201/2 201/7 211/21 214/20
**identifiable [1]** 190/18
**identification [2]** 16/16 16/18
**identifies [1]** 176/4
**identify [4]** 14/8 79/23 210/22 210/23
**identifying [1]** 151/2
**IFPI [8]** 16/12 17/18 22/21 22/23 75/3 75/6 75/21 76/20
**ignorance [1]** 184/21
**illegal [8]** 173/9 173/13 182/15 182/25 183/18 200/2 201/9 203/18
**illegally [1]** 174/18
**illegitimate [2]** 84/9 216/21
**image [7]** 70/10 71/3 71/13 71/15 71/22 112/6 195/22
**images [1]** 54/18
**imagine [2]** 127/18 221/21
**immediately [1]** 80/14
**impact [2]** 113/20 132/11
**implement [1]** 161/20
**implementation [1]** 162/8
**implements [1]** 56/6
**importance [1]** 106/23
**important [14]** 5/1 32/5 55/3 76/19 77/4 163/14 171/14 209/12 210/3 210/9 210/11 216/15 220/23 221/2
**imported [1]** 35/21
**imprecise [2]** 53/20 132/5

**impression [1]** 97/20
**impressions [1]** 96/13
**imprint [1]** 114/24
**imprinted [1]** 214/4
**improve [1]** 113/6
**Inc [1]** 31/17
**inclined [1]** 174/15
**include [6]** 45/5 71/14 135/13 135/24 140/11 193/13
**included [2]** 61/23 63/18
**including [2]** 133/25 150/13
**inclusion [1]** 46/20
**income [3]** 29/12 65/19 66/5
**increase [1]** 6/4
**incur [1]** 131/18
**incurs [1]** 165/21
**indeed [2]** 142/16 168/8
**independent [2]** 48/18 128/1
**INDEX [1]** 2/1
**India [3]** 24/3 31/11 31/14
**indicated [3]** 108/18 209/20 216/5
**indicates [4]** 22/2 47/2 167/2 167/16
**indicating [3]** 70/14 99/3 150/21
**indications [2]** 21/8 96/6
**indicator [1]** 92/3
**indicators [1]** 96/13
**indictment [3]** 36/24 117/7 166/17
**indirectly [1]** 129/20
**indistinguishable [10]** 76/18 92/12 93/2 102/18 105/12 105/14 106/13 109/21 112/2 201/10
**individual [3]** 4/24 18/4 221/16
**individualized [2]** 4/21 5/10
**individuals [1]** 171/14
**industry [14]** 16/16 17/25 60/14 75/17 76/1 77/9 154/16 154/24 155/25 168/21 168/23 169/4 188/6 208/10
**inexplicable [1]** 7/22
**information [23]** 7/2 32/7 34/7 59/6 59/8 69/10 70/22 78/2 78/4 78/6 78/10 86/20 97/19 98/25 99/1 100/3 107/20 123/2 151/2 157/1 158/6 190/18 221/21
**informed [7]** 155/9 155/14 155/21 195/18 211/21 214/11 214/24
**infringed [35]** 8/11 8/16 9/16 9/20 10/12 12/14 12/16 12/19 106/15 155/6 155/10 155/22 195/19 195/20 195/20 196/3 196/14 196/17 197/1 201/11 201/12 201/17 203/2 205/6 211/19 211/22 211/23 213/12 213/15 215/4 215/6 215/11 215/12 217/11 217/19
**infringement [11]** 6/13 8/7 55/14 57/1 57/9 106/25 110/4 110/5 196/9 196/13 210/11
**infringers [2]** 202/19 203/16
**infringing [24]** 9/17 9/20

## I

infringing... **[22]**   10/11
12/14 12/15 12/22 13/1 73/12
73/16 88/8 88/9 106/9 106/12
109/20 109/20 109/23 155/8
159/14 195/17 205/5 211/17
211/20 213/13 213/19
inherits **[1]**   210/4
initially **[2]**   170/15 175/25
initiate **[2]**   100/11 102/15
inner **[2]**   22/20 78/2
input **[3]**   122/13 139/5 139/9
insert **[1]**   90/22
inserted **[1]**   137/25
inserting **[1]**   100/10
inside **[2]**   21/11 110/5
inspecting **[1]**   94/1
install **[51]**   12/1 12/4 12/5
43/12 43/21 44/2 50/4 54/24
63/16 67/16 81/15 83/14 86/2
86/8 87/11 110/23 115/1
115/2 115/5 123/7 123/12
123/25 124/4 124/13 125/3
125/17 126/21 133/16 134/25
136/16 136/16 137/2 137/7
138/11 139/17 150/25 169/1
169/9 169/12 172/13 176/5
177/17 180/22 181/2 181/17
183/20 183/25 190/10 195/12
206/20 209/1
installation **[41]**   11/4 12/17
67/1 68/1 71/5 86/8 87/16
90/19 90/23 91/3 91/4 91/12
91/16 91/18 91/19 92/2 92/4
92/22 92/24 97/18 98/25 99/6
99/8 99/24 100/11 100/14
100/20 100/24 101/12 104/20
127/3 139/1 139/4 142/7
145/4 169/16 178/4 179/23
181/23 195/22 212/8
installations **[2]**   169/23
169/23
installed **[27]**   11/4 39/25
47/23 48/10 52/16 53/8 54/4
55/18 66/21 86/12 98/23
115/8 116/20 117/1 117/12
122/9 123/1 129/8 130/5
132/18 138/7 141/24 143/7
144/12 165/15 197/20 209/19
installing **[6]**   91/12 125/8
167/15 204/12 212/9 217/16
installment **[1]**   131/2
installs **[1]**   119/7
instance **[2]**   8/21 70/18
instances **[1]**   51/2
instead **[4]**   22/23 23/25
119/6 126/2
Institute **[2]**   75/23 76/3
instructional **[1]**   160/20
insurance **[1]**   209/9
intact **[1]**   124/11
intellectual **[1]**   216/22
intelligent **[1]**   212/23
intend **[1]**   35/18
intended **[8]**   46/23 62/23
91/19 92/4 100/25 111/10
174/17 213/1

intent **[1]**   22/21
intentions **[1]**   217/23
interest **[1]**   131/21
interested **[2]**   34/8 222/4
interesting **[2]**   155/24 208/8
International **[6]**   16/15
18/10 19/5 32/2 75/22 76/2
internet **[20]**   95/12 96/23
103/17 104/5 127/6 127/7
127/8 139/22 140/16 140/17
141/25 172/15 174/20 174/22
174/25 175/22 184/16 184/22
206/9 206/10
interview **[1]**   39/1
interviewed **[1]**   38/24
introduce **[4]**   35/18 95/24
153/22 185/15
introducing **[2]**   13/15 42/9
intrusive **[1]**   171/6
invalid **[2]**   101/8 138/25
inventory **[3]**   25/3 25/4 25/6
invested **[1]**   216/7
investigation **[10]**   15/9
17/12 17/13 17/17 17/24
19/20 34/6 34/13 139/12
216/2
investment **[2]**   25/8 216/5
involved **[4]**   154/17 160/14
160/22 198/15
involvement **[1]**   133/17
IP **[4]**   42/22 74/21 74/23
114/9
Ireland **[1]**   42/16
irrelevant **[2]**   113/10 136/1
is **[1255]**
is very **[1]**   21/13
isn't **[5]**   127/17 176/21
181/8 207/24 219/2
issue **[34]**   5/2 5/17 5/24
5/25 6/1 6/1 6/3 10/7 12/6
12/23 12/24 22/7 75/14 76/17
96/5 99/2 109/16 109/19
152/6 155/2 155/11 155/25
156/3 156/14 156/24 157/12
157/17 158/8 158/9 158/23
173/12 179/13 179/14 193/24
issues **[11]**   5/22 7/3 9/15
22/15 22/25 23/11 24/6 103/9
106/16 162/7 173/13
issuing **[1]**   179/16
it **[889]**
it's **[7]**   16/15 46/20 79/8
127/18 177/15 195/8 214/19
item **[37]**   8/16 9/11 9/16
9/17 9/18 9/20 9/20 10/11
10/13 12/14 12/14 12/15
12/16 12/19 12/20 12/22 13/1
19/10 155/22 156/4 158/2
159/14 195/17 195/19 195/20
197/1 201/11 201/12 205/5
205/6 211/19 211/20 211/22
211/23 215/4 215/6 217/18
item's **[1]**   213/13
itemized **[1]**   35/1
items **[3]**   35/9 193/6 213/19
its **[10]**   9/22 53/12 75/1
126/12 151/1 153/18 165/21
181/17 209/1 213/10

itself **[10]**   49/16 63/19
64/20 77/5 78/15 91/17 97/5
97/16 103/4 105/20

## J

J.P **[1]**   59/4
Jackson **[1]**   160/25
January **[1]**   52/3
job **[1]**   42/17
John **[1]**   42/4
join **[4]**   51/23 67/6 67/19
121/21
JONATHAN **[3]**   2/7 42/7 42/11
judge **[20]**   1/12 12/9 12/9
40/10 60/23 90/10 93/1
101/19 112/25 137/13 154/4
160/8 160/25 167/6 185/20
189/10 190/6 207/14 219/9
220/11
jump **[1]**   139/13
June **[1]**   222/15
just **[50]**   1/19 26/9 27/16
28/21 28/24 30/9 30/10 31/14
34/2 39/14 40/10 41/17 53/7
56/5 57/6 57/16 65/2 70/12
75/20 80/12 93/20 94/24
97/22 97/25 105/20 108/17
114/4 121/12 125/7 134/6
135/14 137/13 142/6 142/12
146/5 151/7 158/18 170/19
173/2 177/15 188/11 193/2
196/10 198/18 200/2 200/9
214/2 214/15 217/16 219/25
justice **[1]**   219/3
justification **[1]**   182/16

## K

K-E-L-L-E-Y **[1]**   185/17
K-E-Y **[1]**   46/17
keep **[7]**   24/13 24/14 50/22
50/23 150/11 168/20 179/20
keeps **[1]**   139/19
KELLEY **[9]**   2/16 185/9 185/10
185/13 185/17 185/20 194/22
194/23 204/2
kept **[1]**   108/2
key **[122]**   46/15 46/17 47/13
47/17 47/19 47/20 47/24 48/5
48/21 48/21 48/22 48/24 49/6
49/23 50/4 50/8 50/11 50/15
50/16 50/20 50/25 51/4 52/15
52/17 52/23 53/17 53/19
54/12 54/13 56/23 72/6 81/13
81/15 86/5 87/1 87/1 94/9
94/11 94/15 95/8 97/23 98/7
98/11 100/13 100/15 101/1
101/8 101/11 101/11 101/12
101/12 101/14 101/15 101/17
101/22 102/2 102/5 102/8
104/11 104/16 104/19 104/21
104/23 105/22 105/25 116/2
116/4 123/22 124/20 124/23
125/14 125/19 125/20 125/21
126/6 126/8 126/9 126/11
127/1 127/2 127/6 127/14
129/17 130/3 130/4 130/6
130/11 130/19 130/22 136/15
137/1 138/21 138/22 138/23

**K**

**key... [28]**   138/25 139/2
139/5 139/9 140/19 140/21
140/21 140/25 141/5 141/5
141/23 166/24 167/13 167/18
170/6 170/11 174/5 175/1
175/3 175/5 175/8 175/8
175/10 175/11 175/25 177/9
195/25 205/15
**keyboard [1]**   83/16
**keys [3]**   81/12 81/19 174/7
**kilograms [1]**   210/24
**kind [8]**   27/4 65/11 87/13
97/6 149/11 179/1 183/6
207/3
**kind of [1]**   27/4
**kinds [2]**   166/12 171/12
**kit [2]**   71/5 72/17
**knew [4]**   9/14 31/8 208/2
208/11
**know [74]**   5/13 9/24 10/6
18/4 18/24 23/12 24/17 30/7
39/24 41/16 45/22 47/3 68/17
71/25 72/1 72/2 77/23 80/10
80/16 82/20 92/13 94/23 94/9
95/21 96/12 101/20 107/8
117/4 117/12 127/18 133/5
133/7 136/3 136/7 137/4
137/5 142/20 153/8 156/9
157/25 162/17 162/24 174/21
177/4 177/20 180/17 181/12
182/1 182/12 182/25 183/16
184/18 184/22 186/1 202/10
203/23 204/14 204/15 208/2
209/8 209/13 210/13 210/18
210/20 213/1 214/5 214/22
216/2 216/14 216/18 216/23
219/15 220/6 221/17
**knowing [1]**   163/5
**knowledgable [1]**   52/25
**knowledge [2]**   145/17 145/21
**knowledgeable [2]**   53/16
182/24
**known [1]**   63/3
**knows [3]**   49/8 102/22 221/23
**Kong [1]**   37/5

**L**

**L028 [1]**   22/21
**label [13]**   21/10 45/17 45/25
46/19 46/22 47/1 49/13 49/17
53/1 53/23 72/17 82/3 125/13
**labeling [1]**   22/19
**labeling/printing [1]**   22/19
**labels [1]**   72/16
**lack [2]**   53/19 182/9
**lacking [1]**   139/25
**Ladies [2]**   60/25 108/1
**Lakewood [1]**   154/6
**land [1]**   30/8
**language [1]**   99/25
**laptop [16]**   11/11 11/17
15/23 15/24 20/6 44/14 48/6
63/13 78/20 88/22 90/20
116/18 116/19 169/12 209/2
209/10
**laptops [3]**   118/25 122/6

193/19   261
**large [22]**   21/5 43/3 58/8
58/10 58/23 59/3 60/2 60/5
61/20 61/23 62/18 64/9 64/10
66/7 67/12 81/18 83/24 84/13
85/11 161/8 161/11 194/4
**largely [1]**   183/5
**larger [8]**   43/8 48/1 63/4
66/12 83/14 85/7 85/25
200/18
**largest [3]**   35/4 35/7 187/9
**laser [2]**   77/18 79/15
**last [13]**   13/17 26/19 26/20
42/10 102/13 153/23 154/7
160/18 166/5 173/6 173/21
185/16 191/10
**late [1]**   107/6
**later [8]**   30/10 40/6 72/7
95/24 115/4 124/8 133/4
220/21
**latest [1]**   112/17
**latter [1]**   94/17
**Lauderdale [1]**   219/20
**launch [3]**   135/10 140/11
140/12
**launched [1]**   135/6
**law [5]**   166/3 200/2 203/15
213/7 216/15
**law-abiding [1]**   216/15
**lawful [1]**   134/18
**lawfully [4]**   129/18 133/14
165/22 166/22
**lawsuits [1]**   154/18
**lawyers [3]**   4/3 4/25 220/2
**lawyers' [1]**   219/5
**LBR [1]**   79/15
**leading [1]**   73/4
**leads [1]**   21/21
**learn [1]**   216/1
**learned [2]**   193/7 208/10
**least [6]**   25/8 45/19 47/16
71/22 111/4 207/8
**leave [5]**   5/15 24/4 75/20
122/3 221/22
**leaves [1]**   113/22
**left [7]**   19/3 19/5 61/19
62/1 98/6 107/15 107/15
**left-hand [1]**   61/19
**leg [1]**   109/22
**legacy [5]**   81/11 81/17 81/23
82/1 82/7
**legal [9]**   5/22 5/25 6/1 6/3
109/16 141/13 155/2 166/7
188/22
**legally [1]**   31/9
**legend [2]**   171/9 212/19
**legible [1]**   179/11
**legit [1]**   12/2
**legitimacy [2]**   96/6 96/14
**legitimate [34]**   76/19 76/21
88/7 88/18 88/23 92/9 94/2
94/7 94/10 96/8 105/12
105/15 106/15 106/24 109/21
132/7 143/15 143/15 147/1
151/4 151/9 151/9 152/11
164/18 165/6 165/9 168/1
171/18 178/4 205/3 206/15
207/4 212/2 214/20

**legitimately [4]**   56/13 68/10
204/3 207/1
**legitimize [1]**   146/25
**Lenovo [17]**   43/4 99/10 99/10
100/5 103/10 104/15 104/24
114/24 126/19 129/9 138/2
141/2 141/6 148/25 149/1
169/10 170/5
**Lenovo.com [1]**   103/22
**less [10]**   28/18 63/3 64/12
65/12 66/11 66/20 85/6 171/6
171/20 182/3
**let [34]**   4/3 9/24 13/8 14/3
18/24 24/17 30/7 39/24 42/2
61/1 108/14 111/16 114/16
116/12 124/25 126/5 128/19
130/21 137/15 149/14 150/20
151/25 154/20 159/22 162/5
163/20 170/24 185/4 185/4
197/16 202/24 204/25 219/20
219/25
**let's [58]**   7/5 10/6 11/16
13/24 20/14 20/17 45/12
48/17 51/9 51/13 54/13 55/16
55/18 55/23 56/18 57/22 58/5
58/13 58/16 59/3 60/4 65/2
65/3 66/17 67/17 67/21 73/6
76/5 80/25 82/23 95/5 95/16
102/7 107/17 107/21 108/12
110/9 116/8 118/7 122/4
137/15 139/13 142/23 153/7
153/12 156/24 166/12 174/9
174/10 174/13 174/21 174/24
175/8 175/13 177/3 177/5
194/10 194/17
**lets [1]**   136/16
**letter [2]**   22/23 76/10
**letters [1]**   76/10
**level [8]**   86/19 87/7 107/18
122/18 138/19 211/5 216/25
221/19
**levels [1]**   80/19
**license [140]**   12/5 43/15
43/16 43/17 43/20 44/21
46/23 47/2 47/21 50/6 53/24
56/7 56/8 56/8 57/1 58/3
58/4 59/16 60/1 60/2 60/2
60/8 60/11 63/20 63/21 63/21
63/23 64/15 64/25 65/1 65/5
65/10 66/12 67/1 67/4 67/9
67/10 82/17 83/3 83/20 83/23
84/17 84/18 84/19 84/20
84/21 91/13 93/15 95/8 118/4
119/12 119/12 127/4 128/5
128/11 128/12 128/18 128/23
129/3 129/4 129/5 130/5
132/17 133/23 133/24 134/3
135/16 143/1 143/3 143/4
143/6 143/8 143/9 144/18
144/21 144/22 145/2 147/5
147/5 149/5 149/8 150/18
151/5 151/11 157/24 164/9
164/14 164/21 164/24 165/1
165/2 165/4 165/5 165/7
165/9 165/12 165/17 165/23
165/25 166/1 166/23 167/4
167/12 167/13 167/14 167/16
167/22 169/18 171/23 176/15

## L

**license... [30]**   176/16
176/17 176/20 176/21 177/11
177/16 177/18 178/7 179/1
179/7 179/14 179/16 179/17
179/18 179/20 181/7 181/12
182/5 184/6 201/14 202/3
205/8 206/16 207/16 208/5
210/1 210/1 210/5 216/13
216/16
**licensed [17]**   10/8 43/17
54/1 67/22 71/8 108/19 143/5
146/25 150/24 167/3 167/15
169/19 177/7 177/17 178/19
181/3 207/2
**licenses [8]**   60/17 62/9
66/11 67/16 67/20 83/18
164/21 207/25
**licensing [20]**   43/10 53/13
54/2 54/3 55/13 55/16 56/3
57/9 57/13 57/14 57/16 69/7
91/3 91/8 127/17 166/4
205/15 207/4 207/21 208/18
**life [7]**   65/11 65/22 132/15
133/4 145/7 152/17 206/16
**lightening [1]**   172/12
**lightning [1]**   143/16
**like [64]**   5/8 10/1 10/10
10/11 12/7 12/16 21/13 21/13
23/4 24/18 28/23 31/14 39/11
41/7 41/13 43/3 43/8 43/16
44/11 45/18 46/21 59/3 62/21
62/25 64/10 68/5 68/25 75/1
76/24 78/1 79/17 80/2 83/7
83/15 84/12 86/6 87/1 92/16
99/4 99/5 100/2 101/3 101/4
102/17 102/17 103/6 103/7
122/24 130/4 135/23 136/19
151/24 158/24 163/15 176/4
182/14 189/6 189/22 191/11
191/11 192/1 192/19 200/2
207/6
**likelihood [1]**   59/5
**likely [3]**   59/8 181/8 199/21
**Lilly [1]**   4/14
**limit [1]**   71/12
**limitations [3]**   131/25
133/24 182/7
**limited [3]**   181/11 181/14
182/3
**limits [1]**   193/1
**line [7]**   11/21 95/11 101/14
101/17 163/2 175/15 187/8
**lines [1]**   152/9
**liquidated [1]**   28/11
**list [9]**   7/8 7/8 14/24 40/15
108/15 210/20 210/20 210/21
214/6
**listed [1]**   46/15
**listen [1]**   7/2
**listened [1]**   212/5
**lists [4]**   12/12 34/12 38/7
164/10
**litigation [1]**   160/22
**little [10]**   38/2 54/17 95/3
106/19 122/4 164/23 177/19
184/12 197/7 213/1

**live [3]**   221/12 154/4 154/6
**living [2]**   154/5 185/21
**LLC [3]**   1/18 19/5 32/2
**LO28 [1]**   22/23
**load [3]**   27/16 149/7 197/11
**loaded [7]**   48/19 54/14 98/4
98/5 148/24 151/4 214/19
**local [1]**   28/17
**located [2]**   168/16 186/12
**location [2]**   34/13 79/11
**lock [5]**   87/3 87/6 87/9
167/1 205/25
**log [3]**   91/10 170/23 170/24
**logic [2]**   174/25 175/6
**logo [4]**   70/7 70/9 70/19
104/14
**logos [1]**   71/14
**long [14]**   72/6 105/9 119/8
120/22 121/7 132/14 132/15
132/17 133/14 140/24 186/7
188/19 208/9 215/7
**longer [6]**   25/2 25/8 49/12
57/24 135/14 220/8
**look [49]**   4/22 4/23 6/20
7/24 16/12 23/5 23/7 30/8
31/11 46/24 47/3 70/21 78/1
79/17 80/10 85/17 85/17
87/10 89/8 89/9 93/1 93/24
97/5 99/4 99/4 101/23 101/24
102/17 112/3 123/7 123/21
128/20 128/25 145/18 155/11
157/9 158/16 168/14 184/3
202/8 202/17 207/20 209/4
211/1 211/11 213/9 215/24
217/5 218/1
**looked [10]**   4/24 40/15 80/15
94/3 97/16 101/1 105/10
155/18 205/3 213/7
**looking [39]**   5/21 6/16 7/14
8/1 8/24 9/1 31/23 60/20
70/13 80/12 88/16 88/17 94/5
97/18 98/17 101/10 102/14
106/2 123/17 123/17 123/19
124/2 127/25 137/19 155/23
157/14 159/7 159/13 159/15
167/24 180/19 195/1 198/8
199/19 203/4 207/1 207/5
210/15 217/25
**looks [5]**   70/13 86/23 97/20
100/2 102/17
**Los [1]**   34/5
**lose [9]**   54/23 55/1 80/3
143/13 151/5 179/7 179/7
179/20 210/5
**losing [1]**   172/9
**loss [17]**   5/2 5/8 5/9 5/18
5/23 5/25 6/8 6/12 8/19 8/22
8/25 106/24 113/13 113/20
120/5 204/9 211/2
**lost [6]**   118/7 118/8 118/11
143/25 149/5 200/13
**lot [14]**   54/21 58/6 80/3
139/19 147/18 147/20 147/22
180/23 183/23 188/19 197/8
208/10 209/5 212/23
**LOTHROP [2]**   1/14 4/6
**lots [3]**   95/20 140/9 174/23
**low [13]**   65/19 66/5 80/19

84/8 84/12 86/19 172/19
174/18 184/12 184/13 197/25
202/4 204/18
**lower [13]**   6/5 13/3 42/8
60/10 64/16 66/8 84/13
153/21 185/14 197/21 200/3
200/4 200/24
**lowest [4]**   87/7 122/18
204/17 204/22
**lows [1]**   7/22
**Lozano [3]**   106/12 213/11
213/11
**lunch [4]**   107/21 220/9
220/19 220/20
**luncheon [3]**   106/20 107/24
108/3
**LUNDGREN [67]**   1/7 4/2 4/13
4/15 4/16 4/20 5/12 13/2
16/10 16/25 17/5 17/18 20/5
20/19 21/19 22/2 22/3 22/12
22/16 25/9 25/13 25/17 25/20
26/4 26/8 26/9 26/15 27/10
27/23 28/8 29/14 29/17 30/3
30/22 31/6 31/16 31/19 31/20
32/20 32/24 35/25 36/6 36/19
37/16 38/8 38/9 38/10 41/17
51/24 55/23 56/19 56/22
58/14 62/6 66/23 81/8 202/9
202/15 211/25 212/22 213/25
216/6 219/16 221/9 221/10
221/11 222/2
**Lundgren's [10]**   5/13 23/10
36/21 37/7 37/9 160/4 205/14
220/9 221/20 222/7

## M

**M-C-G-L-O-I-N [1]**   42/11
**M-R-R-S [1]**   190/11
**machine [42]**   11/5 11/6 11/10
43/16 43/17 43/18 49/16
53/14 54/14 56/18 56/21
57/16 57/23 59/23 59/25 62/7
63/24 65/5 68/20 70/8 103/10
124/3 124/14 124/16 124/19
124/21 125/1 125/17 126/5
127/8 138/8 138/9 138/11
139/8 142/7 143/21 143/25
148/25 149/1 149/8 192/9
194/12
**machines [6]**   62/14 62/14
66/15 71/10 83/9 83/9
**mad [1]**   122/11
**made [21]**   18/22 22/7 22/21
22/22 23/20 26/19 29/6 35/24
37/15 37/16 38/7 79/6 121/16
141/22 171/5 171/7 171/21
175/14 181/23 184/20 220/23
**magnifying [4]**   18/1 23/12
76/14 89/3
**mail [1]**   168/17
**main [4]**   25/2 147/1 148/14
213/10
**maintain [1]**   83/10
**maintained [1]**   33/23
**major [5]**   5/17 80/2 114/4
185/24 220/13
**majority [1]**   193/6
**make [38]**   4/3 7/6 13/12 23/2

**M**

**make... [34]**   24/12 24/12 25/5 27/16 42/6 50/9 50/24 54/8 57/22 64/21 78/17 96/11 99/4 101/24 103/20 111/10 119/24 126/2 138/16 138/18 149/12 163/9 168/11 171/6 183/25 185/11 192/21 197/16 199/13 202/18 208/3 208/13 211/6 218/25
**makes [1]**   71/15
**making [13]**   23/4 26/17 26/21 28/12 49/24 56/11 74/24 116/9 134/22 144/23 171/15 173/9 174/23
**malware [3]**   74/25 113/22 145/21
**man [3]**   215/25 215/25 216/4
**manage [1]**   51/11
**management [2]**   30/11 161/18
**manager [1]**   42/18
**mandatory [2]**   73/24 128/25
**Manhattan [1]**   59/4
**manner [1]**   129/5
**manufacture [8]**   23/22 42/21 72/16 72/16 75/7 78/19 79/2 86/1
**manufactured [9]**   39/6 75/10 75/12 79/2 79/6 142/8 182/13 192/18 195/10
**manufacturer [13]**   42/24 62/19 125/5 125/9 129/6 180/1 181/9 188/24 208/21 208/25 209/1 209/19 210/6
**manufacturers [3]**   103/20 140/10 159/2
**manufacturing [8]**   48/2 49/9 70/5 78/8 78/19 79/11 111/9 216/25
**many [24]**   26/24 26/25 27/1 31/13 33/25 43/1 58/8 75/16 77/18 85/9 107/14 109/10 109/12 113/14 131/3 154/13 163/8 164/6 165/8 169/22 169/25 186/9 186/23 194/11
**Marcos [2]**   18/6 18/11
**mark [3]**   127/20 158/23 159/22
**marked [29]**   14/3 14/17 15/4 15/15 16/6 18/7 18/19 20/12 25/18 26/1 28/5 29/15 29/24 31/3 33/15 34/21 36/14 37/22 46/11 61/16 69/21 87/14 88/1 90/12 99/20 110/13 128/19 150/6 160/6
**marker [3]**   86/22 86/24 123/21
**market [49]**   9/18 25/4 28/13 61/23 64/19 65/21 80/23 81/2 81/11 81/17 81/18 81/20 81/21 82/17 83/8 83/12 84/9 84/13 84/16 84/18 84/24 106/17 133/8 146/4 146/11 146/12 146/13 146/15 147/1 148/6 148/7 182/8 182/25 183/11 183/12 183/14 183/15 186/7 186/10 188/17 189/20

200/3 200/21 203/17 203/18 204/12 212/24 216/8 217/23
**marketing [3]**   135/23 165/20 165/21
**marketplace [1]**   136/8
**markets [5]**   82/20 183/18 186/21 199/20 208/15
**marking [2]**   201/8 201/10
**markings [1]**   201/9
**marriage [1]**   43/16
**married [2]**   57/16 57/17
**marry [1]**   192/5
**mass [1]**   86/1
**master [8]**   70/6 71/3 71/6 71/13 71/15 71/21 71/19 214/6
**mastered [1]**   77/19
**masters [1]**   214/1
**material [1]**   182/9
**matter [9]**   7/8 24/14 119/18 136/19 203/15 220/1 220/20 220/21 222/13
**matters [1]**   154/25
**may [57]**   1/7 13/19 14/11 15/16 22/25 26/19 31/12 35/9 39/21 42/8 42/12 43/5 58/10 58/24 66/14 69/20 73/25 79/9 83/7 93/4 101/20 108/4 112/5 113/23 127/21 130/23 136/2 138/13 141/15 148/12 150/10 151/14 153/9 153/9 153/21 155/4 157/13 157/23 159/22 163/21 165/7 170/15 170/16 171/20 172/15 175/24 176/3 183/21 183/22 183/23 184/5 192/11 194/2 196/4 196/5 204/4 212/14
**maybe [16]**   5/5 26/18 49/8 53/19 78/9 80/5 97/2 108/19 148/11 176/19 182/12 184/1 194/10 214/21 214/23 219/16
**McDonald [1]**   1/18
**McGLOIN [21]**   2/7 42/4 42/7 42/11 108/18 113/8 114/23 116/14 142/15 152/1 153/8 153/10 156/16 156/20 157/13 163/1 169/15 170/20 176/2 214/3 215/16
**McGloin's [10]**   156/8 158/4 162/3 164/23 170/4 181/20 212/6 212/7 214/18 215/21
**me [107]**   4/3 4/7 4/11 4/18 5/15 6/7 6/15 9/24 13/8 14/3 14/9 18/24 20/14 24/4 24/12 24/17 26/18 27/13 28/20 30/7 30/14 32/4 32/6 32/7 39/24 42/2 47/7 61/1 62/17 63/8 64/18 69/15 70/13 75/23 77/25 94/9 102/11 102/25 103/18 106/1 106/8 108/14 109/19 111/14 111/16 114/16 116/12 116/17 118/8 119/24 121/17 122/21 123/8 124/19 124/25 126/5 128/19 131/10 132/2 134/19 137/15 138/24 140/20 140/21 143/15 143/18 143/18 149/14 149/19 150/20 151/25 153/9 154/20 155/4

156/9 157/16 158/1 158/7 158/22 158/24 159/22 162/5 163/20 164/16 168/17 176/12 180/13 180/18 183/19 184/16 185/4 185/4 194/9 197/16 202/24 203/10 203/11 204/21 204/25 206/7 206/9 214/24 217/13 217/14 219/25 220/8 221/19
**mean [12]**   29/9 50/15 53/7 57/4 81/23 93/14 132/6 180/5 184/13 193/2 198/17 206/1
**means [14]**   43/23 46/14 48/4 59/9 81/5 81/20 84/18 117/23 130/6 138/11 146/24 189/4 201/19 217/16
**meant [1]**   191/23
**measure [1]**   9/12
**measures [2]**   85/14 130/12
**mechanism [1]**   11/9
**media [2]**   69/8 124/10
**meed [1]**   157/13
**meeting [1]**   219/20
**member [2]**   52/11 68/14
**memorandum [1]**   7/11
**memory [3]**   83/15 123/10 181/23
**mention [1]**   16/12
**mentioned [10]**   24/16 24/21 80/15 81/10 82/25 86/11 113/13 190/6 195/16 210/13
**message [4]**   102/9 104/3 104/13 170/23
**messages [1]**   171/8
**messaging [1]**   102/16
**messed [1]**   26/20
**metal [1]**   93/11
**microphone [1]**   13/13
**Microsoft [293]**
**Microsoft's [6]**   80/21 128/16 130/18 131/10 203/2 203/23
**mid [2]**   152/24 153/6
**mid-afternoon [2]**   152/24 153/6
**middle [3]**   5/25 47/9 110/25
**midway [1]**   22/14
**might [22]**   34/8 72/2 75/23 77/7 114/16 140/5 141/3 165/13 165/14 171/13 172/17 172/18 174/17 179/11 179/13 180/6 183/18 189/25 192/25 196/11 205/24 212/16
**millennium [1]**   91/23
**millions [2]**   41/20 197/14
**mimic [1]**   77/2
**mind [1]**   23/6
**minds [2]**   208/1 208/24
**mine [1]**   100/5
**minimal [2]**   163/13 207/11
**minimize [1]**   106/22
**minimum [1]**   201/14
**minor [2]**   22/15 23/11
**minus [3]**   59/16 82/6 82/7
**minute [10]**   60/21 65/3 75/20 77/22 151/25 153/7 153/12 180/25 201/15 217/14
**minutes [1]**   153/14
**mismatch [1]**   21/13

**M**

**mismatched [1]**   21/12
**missing [3]**   30/8 103/10
  109/18
**mission [1]**   28/24
**mixed [1]**   212/14
**mode [3]**   115/6 115/7 115/8
**model [7]**   27/2 27/4 54/5
  125/6 133/2 140/23 204/9
**model/brand [1]**   27/2
**mold [7]**   29/3 75/3 75/6 75/8
  75/11 75/16 75/17
**molding [2]**   28/22 75/7
**molds [3]**   26/21 29/1 29/6
**mom [1]**   43/5
**moment [3]**   9/7 142/3 217/14
**monetary [2]**   182/15 184/24
**money [16]**   19/24 41/10 41/16
  64/21 65/12 93/19 118/11
  119/25 126/12 126/15 131/16
  176/15 176/18 179/4 206/15
  216/24
**monies [2]**   180/19 218/3
**monitor [1]**   83/15
**month [3]**   24/6 24/7 85/9
**months [1]**   24/2
**more [47]**   6/22 7/23 25/4
  27/16 28/11 31/13 33/4 57/22
  58/23 62/23 77/17 78/20
  83/15 95/3 105/7 106/5 106/5
  109/10 109/11 121/4 133/4
  133/8 134/1 137/16 143/10
  145/7 147/23 148/4 148/9
  161/24 170/20 170/21 171/5
  172/10 176/24 181/8 185/2
  191/3 193/18 193/18 195/14
  197/7 198/18 208/11 210/17
  210/24 212/15
**Morgan [1]**   59/4
**morning [19]**   4/1 4/6 4/10
  4/12 4/14 4/16 9/16 12/6
  38/19 38/20 39/2 40/6 40/13
  40/14 42/5 181/23 215/8
  219/11 219/20
**morning's [1]**   110/25
**MORRIS [17]**   1/14 2/4 2/8
  2/11 2/14 2/18 4/6 39/1
  52/13 52/24 61/2 89/17 106/4
  127/25 148/20 151/19 184/17
**Morris' [3]**   67/12 68/4 215/1
**most [14]**   58/22 78/18 85/6
  140/7 140/8 140/11 144/9
  154/17 160/17 161/16 165/15
  179/5 193/21 197/12
**mostly [1]**   161/7
**mother [11]**   58/1 58/2 83/22
  86/18 86/21 119/18 121/3
  121/6 122/17 140/2 206/17
**motion [5]**   5/5 69/17 221/4
  221/24 221/24
**move [25]**   14/12 15/11 15/19
  16/2 18/13 20/7 25/6 26/24
  26/25 27/1 31/12 31/21 36/8
  37/17 60/22 61/11 106/3
  107/4 107/13 109/7 109/17
  110/9 149/24 220/18 222/7
**moved [2]**   24/5 25/14

**moves [7]**   20/22 25/21 27/24
  29/19 30/23 33/10 34/16
**movies [1]**   216/18
**moving [5]**   25/1 28/21 31/14
  77/11 206/23
**Mr [237]**
**MRR [2]**   134/8 134/17
**MRRS [3]**   190/11 193/7 193/7
**Mrs. [2]**   11/8 122/11
**Mrs. Stipes [1]**   11/8 122/11
**Ms [3]**   2/6 2/10 204/23
**Ms. [12]**   8/19 12/7 40/9
  106/8 106/25 142/11 151/25
  152/6 152/9 157/5 211/15
  219/21
**Ms. Golder [11]**   8/19 12/7
  40/9 106/8 106/25 142/11
  151/25 152/6 157/5 211/15
  219/21
**Ms. Golder's [1]**   152/9
**much [19]**   7/19 7/20 13/3
  13/5 17/14 41/16 42/1 45/18
  62/7 62/14 109/13 148/11
  162/17 162/18 162/24 208/7
  210/17 220/10 222/9
**multiple [4]**   39/14 78/10
  84/3 210/23
**music [1]**   76/1
**must [7]**   22/25 23/13 24/1
  25/16 69/10 171/1 194/25
**my [68]**   12/11 21/24 24/3
  24/11 25/2 27/15 28/17 30/6
  30/9 31/11 34/2 40/8 46/4
  57/4 58/22 74/4 88/21 89/22
  94/13 109/6 111/1 112/14
  112/21 114/17 114/18 117/15
  117/20 117/22 117/22 117/24
  118/8 118/13 119/1 119/6
  119/7 123/10 123/16 124/7
  124/8 125/13 126/1 126/2
  132/5 132/23 136/20 141/7
  143/17 149/2 153/24 155/18
  158/5 158/18 161/6 162/20
  163/2 163/4 163/11 168/23
  174/7 176/2 180/21 181/22
  182/20 205/3 207/22 210/18
  211/6 218/22
**myself [4]**   137/5 189/22
  191/11 208/11

**N**

**nag [1]**   96/3
**nagged [1]**   170/19
**nagging [5]**   98/6 98/10 98/15
  105/2 170/21
**name [12]**   13/16 13/17 14/9
  42/9 42/10 79/11 87/10
  153/23 153/23 153/24 185/15
  185/16
**names [2]**   78/3 78/7
**nature [1]**   161/15
**near [4]**   167/20 168/2 168/4
  172/19
**nearly [1]**   109/12
**necessarily [3]**   47/25 180/24
  205/11
**necessary [2]**   77/4 77/7
**need [44]**   6/20 18/22 31/21

**31/21 58/4 67/4 67/4 67/24
  73/4 83/20 83/23 86/7 89/3
  95/3 96/10 110/1 127/6
  129/17 129/19 131/7 133/3
  140/13 144/7 144/13 151/20
  152/23 152/24 155/6 161/19
  170/17 170/23 175/9 175/21
  176/3 180/12 183/5 184/5
  193/10 195/25 208/5 215/23
  217/10 220/14 220/24
**needed [1]**   147/2
**needing [1]**   86/3
**needs [6]**   5/2 5/3 5/18 68/23
  172/11 195/24
**negligible [1]**   9/21
**neighbor [1]**   119/7
**Neil [1]**   32/1
**network [4]**   103/13 103/13
  103/14 148/15
**networking [1]**   103/18
**never [18]**   21/12 50/19 52/10
  52/15 55/24 64/19 82/15
  82/16 102/4 111/3 117/15
  126/21 149/8 169/6 170/6
  179/18 201/6 221/18
**new [55]**   10/23 24/24 33/8
  34/4 43/13 50/8 50/11 51/15
  53/1 57/20 58/2 58/4 60/2
  60/11 60/11 62/9 64/25 65/11
  65/13 67/1 82/6 82/10 83/5
  83/15 83/17 83/20 83/21
  83/23 84/19 84/19 84/20
  92/25 118/8 121/5 134/16
  136/15 136/25 137/3 140/12
  140/20 145/2 149/5 149/6
  151/11 152/8 179/8 179/13
  179/14 179/16 179/17 179/18
  179/21 193/7 206/19 210/4
**newer [3]**   28/12 41/1 193/17
**newest [4]**   40/21 110/20
  110/21 126/14
**newly [1]**   56/20
**next [18]**   4/7 4/11 22/10
  27/14 28/22 29/12 31/18 42/2
  64/8 91/15 104/11 104/22
  112/14 124/22 138/19 152/23
  153/1 156/4
**NGO's [1]**   66/3
**nice [6]**   4/16 44/14 48/13
  191/10 209/4 215/25
**night [1]**   93/19
**nine [1]**   215/8
**no [145]**   1/2 9/13 9/23 10/2
  12/21 14/14 15/1 15/12 15/13
  16/4 18/15 18/16 18/24 20/10
  21/23 22/22 23/7 24/5 24/14
  25/23 28/2 29/21 30/25 33/12
  34/18 36/11 37/19 41/23 46/8
  47/25 49/12 50/17 52/11 54/9
  54/16 56/2 56/22 57/24 59/20
  61/13 65/8 66/23 82/18 87/23
  89/7 90/6 90/10 97/12 97/24
  99/14 105/5 110/21 114/14
  115/1 115/7 115/18 115/20
  118/1 118/3 118/10 118/21
  118/22 119/2 119/8 119/11
  119/11 120/4 120/5 120/9
  120/15 120/19 121/13 122/10

**N**

**no... [72]**  131/17 131/19
131/21 131/24 132/11 132/20
133/11 133/17 134/21 141/1
142/17 145/17 145/19 145/25
145/25 146/11 148/19 150/3
152/13 153/2 156/18 156/18
156/18 157/17 157/19 160/5
162/20 165/3 166/2 167/13
167/13 169/20 170/3 172/3
172/24 173/4 173/12 173/13
174/7 175/7 178/17 178/21
179/16 179/18 180/6 180/13
183/9 183/13 184/9 184/17
186/19 187/1 187/25 188/2
188/11 189/3 190/8 190/9
192/8 193/14 194/19 194/21
194/25 196/20 204/9 206/9
213/22 213/22 214/8 214/15
220/11 222/3
**nobody [2]**  41/20 156/21
**nod [1]**  122/10
**nominal [1]**  215/16
**non [5]**  66/5 149/3 199/5
199/22 200/22
**non-authorized [1]**  199/5
**non-genuine [1]**  149/3
**non-Government [1]**  66/5
**non-registered [2]**  199/22
200/22
**nonactivated [2]**  127/8
137/11
**None [1]**  41/25
**normal [7]**  5/10 5/20 24/5
102/4 145/3 214/8 214/10
**normally [4]**  4/21 107/7
196/5 211/16
**North [1]**  32/2
**northern [1]**  29/4
**not [266]**
**not seen [1]**  24/2
**note [4]**  8/4 8/15 12/12
45/18
**noted [1]**  94/8
**nothing [9]**  48/12 94/4
145/25 146/2 173/15 179/21
190/1 195/6 220/15
**notice [3]**  23/15 24/6 170/13
**now [77]**  7/1 8/1 8/3 17/12
19/3 19/17 23/25 24/22 25/15
27/16 28/21 31/11 31/18 34/6
35/17 41/4 44/21 45/12 47/22
54/17 57/22 59/14 63/18
68/10 68/23 69/5 70/2 72/9
74/4 75/20 78/22 82/25 85/14
88/3 88/19 92/16 95/3 112/13
113/13 117/22 119/25 120/16
131/3 143/17 148/2 151/17
152/24 157/12 158/24 164/16
172/7 173/21 179/7 189/22
191/24 195/20 196/24 197/6
198/14 200/14 207/15 210/3
211/24 212/3 212/21 213/7
213/20 213/25 214/21 215/14
216/10 217/7 217/15 218/6
218/18 218/22 220/4
**Nowadays [1]**  11/19

**number [51]**  2/4 13/5 14/4
16/12 16/15 16/16 16/18 20/9
22/21 22/23 27/4 27/9 27/21
34/14 35/1 35/4 37/11 37/12
46/14 56/23 67/21 75/9 75/17
76/6 113/20 125/22 129/22
136/10 142/7 144/9 144/10
144/12 154/20 160/16 168/25
169/22 175/1 175/3 175/10
176/3 176/4 178/19 178/19
179/14 200/24 204/17 204/22
205/3 205/3 207/10 216/8
**number of [1]**  22/21
**numbering [1]**  34/25
**numbers [7]**  76/10 76/11
144/7 157/7 157/10 177/23
207/20
**numeric [6]**  48/5 76/9 76/11
76/23 79/18 81/13
**nutshell [1]**  200/1

**O**

**o'clock [2]**  107/7 215/8
**object [4]**  73/4 80/24 82/18
213/1
**objection [79]**  14/14 14/16
15/1 15/3 15/12 15/13 15/14
16/3 18/14 18/18 18/21 18/23
18/24 20/9 20/11 25/23 25/25
28/1 28/4 29/20 29/23 30/24
31/2 33/11 33/14 34/17 34/20
36/10 36/13 37/18 37/21 46/7
46/10 57/4 61/12 61/15 69/14
69/20 73/7 73/17 73/18 85/1
87/22 87/25 90/4 90/9 90/11
99/14 101/19 109/8 110/10
110/12 112/24 112/25 113/10
113/11 113/17 113/18 114/6
114/18 117/6 135/20 136/1
141/10 141/13 146/6 150/2
150/5 151/13 151/14 157/10
160/3 160/5 166/5 166/7
166/16 188/9 188/13 189/3
**objections [5]**  5/21 12/11
73/7 112/14 202/11
**obligated [3]**  127/14 155/5
213/9
**obligation [1]**  56/11
**obligations [1]**  128/9
**obsolete [1]**  121/17
**obtain [7]**  167/25 168/2
179/23 209/16 210/1 210/8
216/9
**obtained [8]**  59/18 88/21
89/21 90/20 129/19 133/15
141/18 212/1
**obtaining [1]**  81/18
**obvious [1]**  80/14
**obviously [4]**  43/20 183/13
203/17 215/18
**occasion [3]**  135/16 187/10
213/11
**occur [4]**  124/9 124/10
170/11 211/17
**occurred [1]**  41/5
**occurring [2]**  53/21 192/19
**occurs [3]**  53/5 55/11 105/19
**October [1]**  135/11

**odds [1]**  218/9
**OEM [59]**  22/5 26/19 42/18
42/22 42/23 43/21 43/22
51/14 51/15 54/2 54/3 54/24
55/3 55/5 55/8 55/15 56/6
61/20 61/21 62/18 63/2 67/9
67/12 69/8 71/5 71/6 75/3
81/7 86/12 87/9 87/10 87/12
131/7 134/24 135/13 142/7
142/8 143/22 144/3 144/25
152/18 152/21 158/15 159/2
162/17 164/21 164/24 165/13
165/15 165/18 165/19 167/4
168/3 168/25 172/16 176/2
179/12 190/20 204/13
**OEM's [30]**  43/2 43/3 43/4
43/9 43/11 44/8 48/1 51/10
52/15 54/18 54/22 69/9 70/3
70/5 70/6 71/8 72/12 72/18
72/19 74/3 78/18 81/3 81/4
86/1 134/25 144/9 168/1
168/6 169/17 208/19
**off [20]**  51/4 54/4 54/5
58/12 95/11 96/17 96/18
132/3 138/8 138/8 162/20
163/4 170/23 172/11 174/21
174/25 179/10 190/23 202/24
204/7
**offense [1]**  211/5
**offer [6]**  46/5 55/5 87/21
160/2 162/7 188/16
**offered [3]**  160/18 177/15
221/11
**offering [3]**  162/6 162/9
188/10
**offers [2]**  99/12 112/22
**office [5]**  1/14 31/11 62/20
62/24 62/25
**Official [2]**  1/24 222/16
**often [8]**  58/23 62/23 78/20
168/15 187/14 189/19 190/16
190/16
**Oh [1]**  81/18
**ointment [1]**  105/18
**okay [72]**  5/20 16/5 16/21
18/7 18/24 18/25 20/14 20/14
20/17 20/20 21/9 24/23 31/25
33/25 38/5 39/15 41/20 50/2
52/21 56/16 56/21 60/19 63/7
65/25 66/17 69/3 70/25 77/10
77/25 81/21 82/12 88/11
91/20 92/8 92/14 92/20 103/2
105/18 106/2 110/22 114/19
114/20 116/16 116/21 117/22
118/7 119/5 123/3 132/20
133/9 136/7 137/12 138/18
139/13 144/15 144/19 145/9
148/1 148/18 151/22 168/5
170/2 174/4 174/23 185/3
185/8 186/9 190/23 194/15
198/13 199/25 219/15
**old [16]**  11/13 51/15 58/12
65/9 91/24 135/3 135/3
139/19 139/19 141/7 147/7
189/21 191/6 191/8 193/13
222/5
**older [7]**  24/7 58/3 60/15
81/25 82/6 90/20 100/5

**O**

**oldest [1]** 40/17
**on-camera [1]** 160/19
**once [9]** 18/22 29/6 50/20
 58/1 77/25 109/18 147/23
 197/5 211/4
**one [116]** 5/8 5/15 5/23 6/1
 7/7 8/4 9/15 11/3 11/16 13/2
 14/6 17/15 17/22 23/7 24/4
 24/12 26/11 27/9 27/16 32/11
 34/19 43/3 47/10 51/4 52/15
 56/23 63/22 68/6 68/16 70/14
 76/10 77/3 77/8 78/11 82/6
 82/9 87/17 88/7 88/9 88/18
 90/14 90/18 90/19 91/2 91/10
 92/1 92/22 94/8 94/11 100/9
 100/10 103/9 105/14 108/20
 113/8 113/20 117/15 117/18
 118/8 118/18 118/18 119/19
 128/25 132/11 135/15 137/16
 137/23 138/10 138/17 142/3
 142/7 151/23 152/1 155/2
 161/13 163/9 163/10 166/14
 167/22 168/24 168/25 170/12
 172/5 172/25 173/9 174/13
 174/14 180/8 182/10 185/7
 189/25 190/20 191/3 192/6
 192/7 192/7 195/15 197/1
 200/18 200/18 201/7 205/13
 205/19 207/14 208/17 209/8
 209/10 210/9 211/16 211/19
 212/4 212/14 212/14 212/21
 215/16 216/8
**ones [8]** 29/7 35/13 36/20
 43/8 62/4 161/10 192/25
 195/16
**only [30]** 5/25 18/22 29/6
 41/10 52/4 57/4 83/21 94/8
 99/3 99/4 105/18 121/2
 121/24 127/22 131/11 136/20
 159/5 167/1 170/21 171/8
 176/3 178/25 190/2 192/4
 192/5 192/9 193/4 206/5
 206/25 214/17
**ons [1]** 115/23
**op [1]** 219/11
**open [3]** 51/22 158/6 216/19
**opening [3]** 7/4 110/4 211/16
**operability [1]** 130/24
**operate [4]** 48/7 72/4 94/25
 165/5
**operated [1]** 101/3
**operating [66]** 11/5 11/7
 40/17 40/21 41/1 41/2 48/9
 54/18 59/12 59/13 59/19
 59/22 66/25 67/17 71/15 86/8
 86/11 86/23 87/8 87/17 96/18
 97/13 98/4 98/5 98/7 98/24
 101/2 111/19 115/10 123/12
 130/13 133/16 136/13 137/11
 146/20 146/22 149/10 156/19
 157/14 166/12 169/1 174/5
 176/20 176/23 176/25 177/3
 177/5 178/20 190/7 190/8
 190/9 190/10 191/19 192/22
 193/14 195/12 195/21 195/24
 196/14 197/3 197/11 206/10

206/15 206/16 208/16 213/5
**operation [6]** 33/5 42/18
 51/11 74/18 169/8 181/9
**operational [1]** 141/22
**operations [1]** 42/18
**operators [1]** 80/5
**opinion [4]** 106/11 167/18
 180/13 184/24
**opinions [2]** 189/5 189/6
**opportunity [2]** 19/17 221/11
**opposed [3]** 10/24 12/14
 132/8
**opposite [1]** 172/10
**opt [2]** 96/19 96/21
**optimistic [1]** 106/3
**option [3]** 67/19 117/3 190/2
**options [3]** 67/5 67/6 67/18
**order [11]** 18/10 21/5 40/1
 60/8 71/7 83/10 127/5 129/18
 169/18 175/25 176/11
**ordered [2]** 30/11 32/24
**ordering [2]** 27/12 32/19
**ordinary [1]** 85/5
**organizations [5]** 65/19 66/5
 66/6 161/11 163/11
**origin [2]** 77/5 78/9
**original [43]** 11/23 11/23
 12/17 42/24 45/11 53/21
 55/12 57/1 59/24 62/18 68/2
 75/11 83/19 93/6 93/21 93/22
 101/22 104/9 118/17 119/2
 119/8 119/25 120/4 120/22
 122/25 125/8 134/7 143/4
 143/6 143/7 143/17 143/25
 146/23 149/13 156/18 157/14
 157/15 204/13 208/21 208/24
 208/25 209/19 210/6
**originally [8]** 18/5 65/4
 108/19 120/6 124/14 124/17
 132/17 209/24
**originate [1]** 66/2
**originated [6]** 36/19 38/8
 64/14 78/20 102/21 112/8
**OS [2]** 189/21 191/6
**OS's [1]** 194/17
**other [51]** 5/15 24/1 24/5
 27/2 30/8 31/15 35/11 42/25
 46/21 47/3 53/5 63/12 70/11
 72/19 72/22 74/12 81/19
 81/20 85/14 96/9 96/10 98/2
 117/16 126/1 128/9 132/12
 135/15 135/23 141/2 146/24
 155/17 156/23 165/14 165/20
 166/4 169/17 180/1 185/7
 187/24 188/6 192/5 192/25
 193/1 194/16 204/8 205/9
 208/18 209/14 210/21 210/21
 220/13
**others [2]** 158/15 159/2
**otherwise [2]** 125/7 220/19
**ought [3]** 106/20 211/7
 215/10
**our [30]** 9/5 9/17 12/15
 24/13 24/16 25/6 28/22 28/24
 29/2 31/13 32/19 42/21 42/22
 61/8 70/18 74/21 74/23 80/6
 108/8 189/23 190/18 193/3
 193/6 198/4 203/22 205/9

207/2 207/14 208/24 209/7
**out [61]** 6/21 9/25 11/12
 11/14 11/17 32/12 32/16 33/7
 47/7 49/9 54/4 55/2 60/14
 63/3 68/19 82/8 84/13 92/23
 96/19 96/21 106/25 107/20
 111/14 114/16 117/23 118/14
 119/17 120/23 122/21 133/10
 135/5 143/16 146/4 161/10
 166/3 171/12 171/23 172/9
 172/10 181/7 183/18 184/17
 186/23 188/3 190/25 191/9
 192/7 193/2 198/6 199/21
 205/14 205/25 208/23 211/10
 211/15 212/24 213/14 214/3
 215/1 216/17 219/5
**outlaw [3]** 181/9 182/9
 203/17
**output [1]** 122/14
**outside [7]** 81/2 111/8 154/6
 166/16 170/21 190/18 206/23
**over [25]** 12/24 22/6 28/25
 30/6 31/15 41/5 41/7 69/1
 69/19 75/1 81/10 82/8 83/11
 85/12 110/12 116/8 148/17
 163/12 168/8 171/16 184/15
 184/22 187/10 205/22 220/5
**overly [1]** 96/22
**overrule [5]** 69/17 73/18
 110/9 113/18 151/14
**oversee [2]** 42/21 74/15
**overseeing [1]** 74/6
**oversees [1]** 30/11
**own [3]** 9/22 167/2 173/14
**owner [2]** 19/17 132/14
**owners [1]** 28/24
**owns [4]** 11/6 19/8 119/13
 144/20

**P**

**P.A [1]** 1/21
**pace [1]** 106/6
**pack [6]** 14/7 21/10 35/2
 35/3 89/23 90/2
**package [2]** 50/10 110/17
**packaging [3]** 165/15 165/16
 165/20
**packing [1]** 28/19
**page [40]** 2/4 2/5 2/6 2/8
 2/9 2/10 2/11 2/13 2/14 2/15
 2/17 2/18 2/22 2/22 2/23
 2/23 2/24 2/24 2/25 3/1 3/1
 3/2 3/2 3/3 3/3 3/4 3/4 3/5
 3/5 3/6 3/6 3/7 3/7 3/8
 20/14 24/8 27/20 87/16 88/17
 137/23
**pages [1]** 168/16
**paid [31]** 11/4 30/13 115/21
 118/4 120/5 123/13 129/25
 130/6 130/11 132/16 141/6
 141/9 141/20 143/11 143/12
 143/19 148/24 148/24 152/4
 152/19 152/21 164/16 167/4
 167/16 177/18 179/4 203/7
 204/13 205/8 207/25 218/3
**pallet [1]** 192/11
**PALM [8]** 1/2 1/6 1/16 1/19
 1/25 32/23 34/4 216/19

**P**

paper [2]   45/17 46/21
paragraph [7]   21/25 22/1
22/10 22/14 128/20 128/25
202/9
parallel [1]   221/24
parentheses [5]   21/16 21/24
22/1 22/14 23/9
part [41]   17/12 17/17 19/20
22/12 33/18 34/6 50/10 55/16
57/15 60/4 60/13 66/4 66/8
66/9 66/15 69/7 70/5 77/20
78/5 78/6 82/25 84/2 85/6
86/14 91/12 94/17 100/17
104/4 111/9 120/18 122/1
123/22 139/6 139/17 150/17
157/3 157/3 164/14 168/20
193/21 215/2
particular [15]   8/12 20/17
36/24 48/17 51/20 55/17
55/23 59/17 81/20 142/25
144/14 152/12 163/11 195/9
211/5
particularly [2]   147/18
194/3
parties [5]   72/23 107/3
153/16 153/17 156/25
parties' [1]   155/1
partition [1]   117/1
partner [2]   25/7 185/24
parts [4]   12/11 39/11 39/14
150/13
party [6]   72/15 72/18 72/24
74/13 128/7 218/20
pass [3]   17/6 112/11 170/24
passe [1]   209/13
passport [1]   45/18
past [9]   74/4 84/5 84/7
86/14 147/21 150/11 166/20
182/1 189/21
patch [2]   127/10 127/11
patches [1]   147/13
patent [1]   154/18
Pauline [2]   1/24 222/16
pay [22]   28/17 62/10 62/15
63/11 65/20 126/9 134/10
134/20 143/18 162/17 164/13
165/20 172/5 176/15 177/11
179/17 197/13 198/2 203/12
206/4 206/5 217/3
paying [5]   167/23 168/3
176/11 176/13 203/16
payment [2]   29/1 38/9
payments [3]   37/15 38/7 41/4
PayPal [4]   37/15 38/7 38/9
38/10
PC [4]   190/6 190/20 193/6
194/14
PC's [2]   42/25 190/20
people [51]   7/18 10/19 39/14
49/5 51/3 52/25 60/17 65/19
66/14 66/14 74/10 79/22
84/12 84/24 107/17 113/14
120/1 120/2 120/13 131/4
134/12 134/13 146/21 151/10
166/3 169/4 176/11 176/12
180/23 181/4 182/11 182/16

182/16 182/23 186/20 186/23
188/6 189/22 191/11 191/17
204/8 207/25 209/3 212/23
215/24 216/14 216/15 216/15
216/23 216/24 217/8
per [11]   62/8 66/11 85/7
85/9 85/10 85/11 85/12 85/13
160/12 194/18 218/4
perceives [1]   174/3
percent [13]   27/18 28/15
28/15 28/16 28/18 28/18 29/1
52/19 83/11 85/7 194/10
194/11 194/13
percentage [5]   83/8 136/7
186/20 194/4 194/9
perfect [6]   23/19 23/20
193/22 193/23 193/25 194/1
perfectly [1]   56/19
perform [7]   53/9 91/18 99/24
105/24 112/4 171/11 175/25
performed [6]   87/17 87/18
88/15 99/9 99/11 105/25
performing [1]   75/15
perhaps [3]   9/21 79/13 173/5
period [9]   22/22 23/16 23/24
41/5 95/6 133/5 135/1 171/23
205/21
periodic [2]   74/16 171/8
peripherals [1]   83/15
permit [3]   113/19 136/2
141/15
permits [1]   171/12
permitted [1]   43/12
perpetual [1]   43/17
perpetuity [6]   11/6 119/15
119/16 128/12 144/16 144/18
person [28]   4/23 10/12 18/5
44/25 52/14 54/25 56/12
56/12 57/19 57/23 80/1 95/17
119/17 121/7 128/1 128/4
129/2 151/4 173/25 174/15
175/14 176/19 192/5 205/7
213/22 214/8 214/10 214/12
personal [3]   151/2 190/17
194/14
personally [3]   40/4 58/18
80/8
perspective [2]   110/3 203/24
persuasion [2]   6/6 6/9
pertain [1]   165/14
Phase2 [3]   18/10 19/5 19/17
phased [1]   82/7
phone [5]   95/10 96/24 130/10
172/16 206/12
phonographic [4]   16/16 75/22
75/25 76/3
photograph [3]   17/8 17/10
32/10
photographs [3]   32/10 32/18
33/23
phrase [3]   82/7 107/1 184/11
physical [4]   79/11 82/3
128/12 135/25
pick [2]   106/6 153/7
picking [1]   67/12
picks [1]   68/4
picture [11]   17/4 35/20
45/24 46/16 47/9 70/13 88/4

88/13 89/6 104/8 193/23
pictures [6]   24/15 24/21
33/18 33/21 87/17 88/15
piece [2]   191/2 207/2
Pierce [1]   1/25
Pierce/West [1]   1/25
pigeonhole [1]   5/24
PII [1]   190/17
piracy [8]   84/6 85/16 85/18
113/3 113/9 168/21 216/21
217/5
pirated [2]   56/19 84/6
pirating [2]   53/12 113/14
pissed [1]   32/6
place [6]   10/22 108/9 113/4
121/5 136/5 206/21
places [3]   10/19 33/25 34/3
Plaintiff [2]   1/5 1/14
plan [1]   222/7
plant [4]   49/6 75/11 78/15
93/10
plants [2]   78/19 80/5
plate [1]   93/11
platforms [1]   135/23
play [1]   30/10
plea [2]   157/3 221/15
please [12]   23/25 24/17
26/22 32/7 32/7 42/5 60/25
96/7 108/1 153/23 162/13
222/1
pled [1]   180/17
plenty [1]   28/13
plug [2]   48/7 184/3
plugged [1]   15/25
plus [1]   72/17
PO [2]   1/22 24/16
pocket [1]   126/12
point [36]   19/22 34/19 57/23
68/5 68/18 69/16 77/5 94/18
95/18 100/16 102/4 106/20
116/9 121/7 122/17 129/25
143/12 149/7 152/7 158/18
159/11 159/12 173/9 182/15
190/20 196/8 198/24 199/18
202/6 202/18 203/6 204/12
205/1 211/10 215/1 215/1
pointed [4]   184/17 211/15
213/14 214/3
points [1]   106/25
police [2]   80/4 176/22
policies [2]   74/18 84/3
pop [2]   43/5 170/16
port [2]   139/22 139/23
portion [4]   71/23 71/24
71/24 123/11
position [11]   9/5 9/17 12/11
172/10 195/9 199/1 203/21
203/22 204/23 205/9 218/6
positions [2]   7/5 218/19
positive [1]   39/19
possession [8]   17/6 27/14
54/11 89/12 112/21 119/17
130/9 134/18
possibilities [2]   201/25
217/12
possible [3]   7/20 139/8
183/18
possibly [1]   193/7

**P**

post [1]  140/12
postulating [1]  178/12
potential [1]  217/19
Power [3]  185/22 185/23
185/24
practice [3]  130/21 169/6
169/21
pre [22]  43/21 44/2 47/23
48/10 48/19 52/16 54/4 54/14
55/18 67/1 71/5 86/2 116/20
117/1 122/9 123/7 134/25
165/15 209/1 209/19 216/2
219/11
pre-install [6]  43/21 44/2
86/2 123/7 134/25 209/1
pre-installation [2]  67/1
71/5
pre-installed [10]  47/23
48/10 52/16 54/4 55/18
116/20 117/1 122/9 165/15
209/19
pre-loaded [2]  48/19 54/14
pre-op [1]  219/11
Pre-Sentence [1]  216/2
precisely [1]  132/23
prejudge [1]  106/7
preloaded [1]  71/19
premise [1]  130/2
prepared [2]  152/3 155/19
preparing [2]  33/23 169/7
Presario [3]  90/21 98/1
115/2
presence [4]  86/24 87/12
123/21 145/18
present [7]  9/25 111/7
111/20 153/17 153/17 162/3
170/4
presentation [1]  107/22
presented [4]  145/19 163/2
170/20 208/13
preserved [1]  157/10
presumably [5]  96/9 181/5
183/11 184/20 200/21
presume [1]  174/2
presuming [1]  175/4
pretending [1]  102/25
pretty [10]  7/19 17/14 32/6
48/19 49/3 49/4 89/5 103/19
160/13 174/18
prevent [1]  130/15
prevents [1]  129/25
previous [1]  81/24
price [25]  30/13 61/22 63/8
63/9 63/11 64/3 64/23 64/24
64/25 65/20 66/8 67/8 152/4
152/16 156/22 165/19 181/5
197/6 197/13 197/25 198/4
199/2 200/3 203/15 213/15
prices [10]  84/13 158/16
158/21 163/15 164/11 177/10
197/21 199/7 203/10 203/11
primarily [3]  75/17 86/7
154/8
primary [2]  113/16 135/18
principles [1]  116/12
printed [2]  78/2 78/4

printing [2]  61/22/19
prior [1]  58/20
privacy [1]  83/10
private [2]  87/1 123/22
pro [13]  62/8 62/13 62/16
62/20 63/7 67/17 148/3 148/7
148/8 148/14 176/13 198/12
199/14
proactive [1]  140/20
probably [10]  5/25 9/25 23/6
27/14 85/6 184/4 204/5
212/13 214/13 215/8
Probation [1]  218/13
problem [30]  11/12 17/17
21/15 56/22 67/25 77/6 86/9
105/6 117/25 118/1 118/9
118/16 118/21 118/22 119/2
119/7 119/8 119/11 119/11
120/3 120/4 120/14 127/12
130/23 169/4 169/13 190/1
206/8 216/22 222/5
problems [1]  105/5
proceed [8]  13/19 14/11
42/12 69/20 108/4 151/15
169/13 189/4
proceeded [1]  100/14
proceeding [2]  167/10 194/23
proceedings [6]  1/11 107/19
154/11 154/14 160/24 222/13
process [43]  4/21 4/22 5/10
7/22 27/17 68/7 70/5 75/7
88/21 90/23 91/3 91/5 91/13
91/16 91/19 92/2 92/22 95/2
96/22 97/9 97/11 97/22
100/11 100/14 100/18 100/21
100/24 101/13 102/3 102/15
111/9 123/22 131/2 133/17
138/8 139/4 139/6 145/23
151/3 190/15 190/17 190/20
194/10
processor [5]  58/1 58/2
83/22 119/18 121/3
procure [1]  164/25
produce [5]  13/22 26/16 78/8
93/16 180/9
produced [17]  13/2 16/19
22/5 35/12 75/16 78/14 157/2
157/23 159/2 180/3 183/2
183/11 196/18 196/18 207/3
212/1 212/1
produces [2]  42/24 200/24
producing [3]  43/6 43/14
93/10
product [136]  24/1 24/7 25/1
26/17 26/18 28/14 28/22 29/2
30/12 30/14 31/12 31/21
46/15 46/17 47/13 47/17
47/19 47/20 47/24 48/5 48/21
48/21 48/22 48/24 49/6 50/15
50/16 50/20 50/25 51/4 53/12
54/13 56/14 56/22 62/9 70/1
72/6 81/6 81/12 81/13 81/15
81/19 86/4 86/5 93/24 94/9
94/11 94/14 95/8 97/23 98/7
98/11 98/20 100/13 100/15
101/1 101/8 101/15 101/17
102/5 102/8 104/11 104/21
104/23 105/25 109/3 109/6

116/2 116/4 124/20 124/23
125/14 125/19 125/20 125/21
126/6 126/7 126/9 127/1
127/2 127/6 129/10 129/17
129/19 130/3 130/4 130/6
130/11 130/19 136/15 136/25
138/21 138/22 138/23 138/25
139/5 139/9 140/19 140/21
140/21 140/24 141/5 141/5
141/23 145/8 147/18 147/22
157/18 157/21 157/24 158/1
160/9 161/13 164/19 166/24
167/13 167/18 167/25 168/4
169/18 170/6 170/11 172/20
175/3 175/8 175/8 175/10
175/11 175/25 177/12 195/24
195/25 203/19 205/15 216/8
217/18
product and [1]  25/1
production [4]  29/7 29/8
77/17 77/20
products [14]  8/11 31/13
31/16 85/19 85/23 160/10
160/14 160/15 160/22 161/4
161/6 163/6 163/7 165/21
professional [16]  62/3 62/20
62/23 62/24 64/6 88/5 90/2
99/9 101/8 112/17 138/25
160/11 160/15 195/13 195/13
199/11
profit [2]  41/18 216/9
program [50]  42/18 51/11
51/12 51/17 51/22 51/23
52/11 60/5 64/14 66/2 66/8
66/9 66/10 66/16 66/18 67/6
67/8 67/11 67/19 68/14 68/24
74/18 82/25 84/3 84/5 84/7
94/7 97/17 104/18 120/18
121/22 122/1 122/2 122/20
127/9 133/22 134/8 134/13
134/13 134/15 134/17 152/8
152/12 160/20 178/6 186/17
200/7 200/12 200/12 209/10
program's [1]  152/17
programs [4]  66/4 105/13
152/5 152/7
progress [1]  92/2
progressing [3]  91/19 92/3
92/4
project [2]  24/3 25/2
proliferation [1]  172/9
promise [2]  28/10 216/18
prompt [15]  94/8 94/15 94/16
95/9 95/14 96/3 97/7 100/18
105/19 105/23 124/24 140/21
170/15 212/16 214/23
prompted [4]  100/13 100/15
100/25 106/1
prompting [2]  96/7 101/14
prompts [5]  95/20 102/10
102/11 136/16 137/9
promulgated [1]  7/16
prone [1]  23/3
proof [9]  46/19 46/23 53/23
143/4 143/9 147/5 167/13
169/17 178/19
proper [1]  146/23
properly [6]  23/7 64/22

249

**P**

**properly... [4]**   124/9 130/18
169/19 219/3
**properties [2]**   97/18 103/3
**property [1]**   216/22
**proportion [1]**   194/7
**proprietary [1]**   111/8
**prorated [1]**   85/6
**protect [2]**   44/15 59/6
**protected [2]**   59/7 85/15
**protecting [3]**   74/24 85/23
114/9
**proud [1]**   24/12
**prove [6]**   12/5 132/6 143/24
165/8 176/6 176/7
**proved [1]**   143/6
**provide [28]**   43/22 43/23
44/2 44/9 44/22 46/19 46/23
55/3 85/16 86/5 132/18 133/2
135/14 135/16 143/22 144/9
145/7 147/3 147/4 147/13
169/17 177/23 178/17 178/18
180/1 182/21 194/2 213/5
**provided [10]**   6/14 39/1
39/17 44/10 84/6 88/5 90/1
102/2 117/16 118/10
**provides [5]**   60/10 60/16
69/8 69/9 77/9
**providing [9]**   12/16 66/5
84/5 117/13 119/2 132/21
137/5 154/8 201/19
**provision [2]**   80/21 106/11
**prudent [1]**   213/22
**PSI [1]**   98/23
**public [1]**   87/1
**publications [1]**   168/21
**Puerto [2]**   78/16 78/16
**pull [2]**   13/12 185/12
**pulled [1]**   155/20
**punctuation [1]**   23/4
**purchase [28]**   11/17 18/10
50/6 50/7 50/9 58/8 59/25
60/1 63/10 66/24 67/10 67/21
84/18 111/12 116/15 126/10
129/17 131/15 134/14 134/16
136/15 145/2 172/20 188/3
189/14 189/23 193/3 209/25
**purchased [17]**   10/23 22/4
47/22 55/11 55/24 67/15
70/15 84/19 84/20 101/16
130/18 132/15 141/6 149/5
169/11 207/2 209/24
**purchaser [12]**   63/25 88/20
155/9 155/14 155/21 195/18
204/6 209/15 210/4 211/21
214/11 214/24
**purchasers [2]**   183/22 186/22
**purchases [1]**   80/5
**purchasing [5]**   19/21 25/4
121/12 174/1 174/2
**purpose [11]**   4/19 74/19
74/20 75/13 81/21 95/4
114/12 130/3 167/14 209/21
210/13
**purposes [8]**   18/8 35/19
35/19 66/13 71/21 91/21
110/23 191/2

**put [37]**   47/2 51/5
53/19 53/25 60/11 70/3 70/7
75/3 76/24 78/16 83/20 100/1
117/5 117/24 124/8 125/1
125/6 126/5 126/19 129/10
132/4 136/4 140/19 141/5
141/17 142/24 153/10 155/19
157/11 190/22 191/5 200/1
202/19 204/4 205/12 212/16
**puts [2]**   87/10 118/15
**putting [2]**   86/22 199/18

**Q**

**quality [5]**   75/14 75/14
80/13 80/19 80/20
**quantities [2]**   84/22 84/23
**quantity [3]**   19/10 63/4
214/14
**quarter [1]**   215/9
**question [42]**   6/17 50/1
52/12 73/8 80/25 93/1 111/16
114/19 122/23 123/16 132/5
136/3 141/16 146/6 151/17
151/23 156/4 157/17 157/25
158/3 159/12 166/6 166/8
166/10 169/20 173/5 173/7
173/21 173/22 176/24 177/4
178/3 178/10 182/18 187/19
188/3 188/18 189/13 201/21
203/14 204/15 216/11
**questions [12]**   38/14 38/21
40/8 41/23 114/14 148/19
152/9 153/10 154/23 178/21
189/10 194/19
**quickly [1]**   31/21
**quite [3]**   64/19 81/18 91/23

**R**

**R-I-C-H-I-C-H-I [1]**   13/18
**raise [1]**   153/19
**raised [2]**   152/6 218/20
**ran [2]**   93/20 105/13
**RANDEE [3]**   1/21 1/21 4/10
**ransom [1]**   145/25
**rate [3]**   19/13 64/16 134/16
**rates [2]**   61/8 62/3
**rather [7]**   64/10 109/15
164/22 199/1 199/14 199/16
215/8
**rationalized [1]**   207/24
**Raton [1]**   32/13
**re [1]**   54/24
**re-install [1]**   54/24
**reached [1]**   157/22
**reactivate [1]**   86/10
**reactivating [1]**   86/9
**reactivations [1]**   125/23
**read [13]**   20/15 20/15 24/8
27/11 32/4 69/23 90/24 90/24
92/16 128/14 128/24 149/19
150/23
**reading [2]**   129/5 216/22
**real [8]**   10/7 30/12 80/15
90/13 189/15 190/5 200/7
215/24
**realize [2]**   55/2 184/5
**realized [1]**   215/9
**realizing [1]**   52/25

**really [19]**   6/21 41/10 65/12
68/23 136/11 146/4 147/15
151/19 165/16 183/5 189/21
198/19 207/4 207/7 207/25
210/7 214/15 220/7 221/1
**reason [11]**   39/15 74/22
76/16 146/17 155/12 159/4
172/18 184/23 190/5 205/13
209/22
**reasonable [2]**   96/25 217/21
**reasonably [10]**   155/9 155/9
155/14 155/20 168/1 195/18
211/21 213/22 214/11 214/24
**reasons [5]**   21/6 64/2 77/3
77/8 167/22
**reattempts [1]**   125/22
**rebuttal [1]**   35/20
**recall [5]**   39/10 77/7 77/24
148/12 209/8
**receipt [3]**   90/4 112/24
160/3
**receive [6]**   29/3 50/10 69/19
83/5 110/11 170/23
**received [27]**   2/21 14/15
15/2 18/17 20/11 21/7 22/22
23/19 25/24 28/3 29/22 30/14
30/15 31/1 33/14 34/19 37/20
38/9 38/11 38/13 46/9 47/22
48/18 61/14 71/6 87/24 99/15
**receiving [1]**   7/6
**recently [1]**   161/24
**recess [10]**   60/24 106/21
107/23 107/24 107/25 152/25
153/14 153/15 218/23 222/7
**recipient [1]**   150/14
**recognition [3]**   60/13 65/10
65/22
**recognize [18]**   46/1 46/3
53/11 61/9 87/19 103/11
107/19 109/5 112/20 125/2
128/22 139/23 140/2 144/11
211/3 212/3 213/18 217/8
**recognized [2]**   52/15 104/24
**recognizes [1]**   66/19
**recognizing [1]**   4/4
**recollection [4]**   34/2 39/23
39/24 129/1
**reconfirmed [1]**   102/15
**reconnection [1]**   68/23
**reconsider [1]**   114/17
**reconvened [1]**   107/25
**record [10]**   36/1 52/4 153/16
202/7 202/22 206/23 218/19
220/24 220/25 222/13
**recorder [2]**   77/18 79/16
**records [2]**   50/17 52/16
**recover [2]**   43/24 86/8
**recovered [2]**   15/23 20/5
**recovery [50]**   43/22 44/6
44/7 44/9 44/11 44/16 44/23
45/8 55/20 55/24 55/25 69/8
70/16 73/15 73/25 78/23
80/22 81/2 81/4 81/7 87/18
108/11 108/19 109/11 109/13
110/6 110/23 111/7 111/21
113/4 133/3 135/17 135/18
146/4 146/18 147/2 147/3
173/23 174/14 178/14 191/5

**R**

**recovery... [9]**   191/7 191/24
192/5 192/6 192/9 194/6
194/11 196/20 201/16
**redirect [7]**   2/11 2/15 41/24
148/21 178/22 178/23 194/20
**Redland [1]**   203/19
**redounds [1]**   213/2
**reduced [3]**   84/13 97/12
134/16
**refer [2]**   14/9 175/11
**reference [2]**   78/11 103/4
**referred [1]**   67/11
**referring [4]**   82/4 129/22
159/1 175/12
**refers [2]**   62/22 77/18
**refine [1]**   156/24
**reflect [1]**   153/16
**reflected [1]**   139/8
**reformat [1]**   139/20
**reformatting [1]**   91/17
**refresh [4]**   34/2 39/23 83/16
123/10
**refreshes [2]**   39/24 129/1
**refreshing [1]**   58/11
**refurbish [6]**   58/14 60/10
60/15 65/18 83/13 192/1
**refurbished [11]**   53/2 62/14
65/1 65/9 67/24 82/17 83/1
192/1 197/12 197/20 199/3
**refurbisher [47]**   51/3 51/11
51/13 51/15 51/21 51/25 52/9
58/5 59/5 60/12 61/24 61/24
66/2 66/7 67/10 68/13 68/15
83/3 83/5 83/12 84/1 85/4
85/11 120/16 121/21 122/2
133/8 133/22 133/25 134/2
134/7 134/12 134/15 135/13
186/4 186/17 190/14 193/8
194/2 197/25 198/1 198/11
199/23 200/23 203/25 204/3
218/2
**refurbishers [28]**   51/9 51/17
58/6 58/8 58/18 60/4 60/5
64/8 66/12 83/9 85/8 133/10
133/19 133/21 135/24 136/8
136/9 146/17 146/20 147/2
147/4 190/12 193/5 199/5
200/15 205/18 213/4 217/24
**refurbishing [15]**   51/16 59/1
65/23 66/17 67/19 68/16
68/21 68/24 83/14 120/18
178/6 186/24 188/21 188/24
214/13
**refurbishment [1]**   192/24
**regard [1]**   213/18
**regarding [6]**   28/9 71/2
73/24 106/24 151/17 154/23
**regardless [1]**   83/20
**regards [3]**   25/17 29/13
31/16
**region [2]**   49/19 142/9
**register [3]**   97/8 97/10
171/24
**registered [23]**   51/25 52/9
52/23 60/4 66/17 83/25
121/21 134/1 136/8 186/21

193/4 193/25 197/24 198/1
198/11 199/22 200/15 200/22
200/22 200/23 217/24 218/1
218/2
**registers [1]**   51/17
**registration [2]**   175/1 175/3
**regret [1]**   24/16
**reimbursement [1]**   41/17
**REINHART [24]**   1/17 2/5 2/9
2/13 2/15 2/17 4/14 5/5 9/9
12/10 12/24 13/20 106/17
114/15 129/22 148/23 151/17
162/1 173/3 185/6 188/4
194/20 201/4 205/10
**reinstall [27]**   11/15 14/10
39/3 43/13 54/22 55/20 59/17
59/18 60/9 94/6 100/8 117/24
117/25 118/8 118/15 118/16
118/25 119/10 119/21 119/22
120/2 120/12 121/19 131/20
144/21 179/8 209/23
**reinstallation [111]**   9/18
9/22 10/24 11/9 11/12 11/13
11/14 11/18 14/7 14/7 15/9
39/16 44/17 53/6 53/7 53/21
55/1 56/10 64/24 65/14 71/18
79/3 79/6 88/6 88/15 88/19
88/21 89/21 93/6 93/16 99/9
100/1 102/15 102/17 103/21
105/15 109/25 115/6 117/14
119/3 119/9 120/1 120/11
120/13 121/18 124/8 126/3
131/8 132/21 133/1 133/14
134/19 135/14 136/13 136/18
136/24 137/8 137/9 143/21
143/25 144/25 148/25 155/18
157/20 158/11 158/25 159/16
163/24 164/2 164/7 164/9
167/7 167/10 167/19 168/7
168/12 168/19 168/25 169/9
172/9 172/18 172/21 173/23
176/16 176/17 177/2 178/7
178/18 178/25 179/20 179/21
180/2 182/22 187/11 187/20
188/7 188/17 189/16 196/5
201/13 202/2 205/4 209/12
209/14 209/17 209/17 209/21
210/5 212/2 217/16 217/24
**reinstallations [1]**   19/21
**reinstalled [3]**   121/12
136/19 207/13
**reinstalls [1]**   134/7
**reiterate [1]**   222/4
**reiterated [1]**   100/25
**reject [1]**   215/19
**related [2]**   42/22 42/25
**relates [1]**   75/25
**relating [7]**   17/18 34/7 74/3
77/17 97/19 99/1 168/21
**relation [1]**   133/22
**relationship [6]**   31/13 72/24
85/22 87/1 123/24 133/11
**relatively [1]**   84/8
**release [1]**   58/25
**relevance [9]**   69/14 82/18
85/1 112/25 113/17 114/6
135/20 141/12 141/14
**relevancy [5]**   69/18 69/19

109/8 109/9 110/12
**relevant [10]**   9/18 10/20
17/13 82/22 109/14 109/16
111/14 158/7 203/9 210/22
**relicense [2]**   65/14 68/11
**relicensing [1]**   134/16
**reload [1]**   194/17
**rely [2]**   7/10 202/7
**relying [4]**   106/10 106/10
109/22 159/9
**remain [1]**   48/21
**remains [1]**   110/23
**remarkable [1]**   64/11
**remember [11]**   89/16 100/17
114/23 125/25 152/2 189/20
191/16 206/15 214/10 217/15
221/15
**reminder [2]**   170/16 171/8
**remove [3]**   59/13 143/6
190/17
**removed [2]**   58/23 83/12
**repeats [1]**   105/20
**repetitive [1]**   105/2
**Rephrase [1]**   166/10
**replace [4]**   54/22 54/24
56/10 206/17
**replacement [2]**   132/19 179/9
**replica [1]**   131/5
**replicate [2]**   72/19 111/10
**replicating [1]**   73/3
**replicator [5]**   72/20 72/21
73/10 73/14 131/14
**replicators [6]**   72/10 72/18
73/1 74/17 131/5 131/6
**replies [1]**   21/24
**reply [1]**   30/18
**report [3]**   39/20 170/7 216/2
**reporter [8]**   1/24 1/24 13/17
42/10 153/23 185/16 222/16
222/17
**represent [1]**   211/10
**represents [3]**   60/13 92/1
165/16
**reproduction [5]**   196/25
197/3 211/23 215/4 215/6
**repurchase [1]**   58/4
**reputation [3]**   113/25 114/2
114/10
**request [9]**   8/15 32/19 105/2
127/16 144/25 168/3 170/11
177/14 177/16
**requested [2]**   19/23 65/15
**requesting [1]**   144/12
**require [5]**   75/3 75/19 83/17
135/13 135/24
**required [10]**   39/16 39/25
91/11 95/18 115/10 115/11
146/17 165/8 175/24 213/18
**requirement [1]**   79/9
**requirements [5]**   27/15 40/3
70/21 79/1 136/4
**requires [4]**   77/13 95/4
100/1 129/1
**resale [2]**   40/5 146/12
**research [4]**   40/2 168/20
169/3 176/3
**resell [7]**   68/3 120/1 133/16
135/25 147/21 187/6 190/7

**R**

reseller [1]   183/21
resellers [1]   135/24
reselling [2]   81/19 188/15
resolve [1]   9/16
resolved [1]   5/2
resource [1]   214/5
resources [2]   66/6 85/16
respect [5]   71/13 79/10
113/4 214/18 221/3
responding [1]   22/2
response [2]   23/10 113/2
responsibility [1]   207/23
responsible [1]   163/12
restore [4]   116/22 117/4
117/12 117/22
restriction [1]   134/4
restrictions [1]   134/1
result [3]   113/3 113/14
113/15
resume' [2]   159/25 160/4
retail [75]   6/22 8/16 9/2
9/4 9/11 21/14 23/20 60/1
61/22 61/23 62/5 62/7 62/9
62/15 62/16 63/8 63/9 63/9
63/17 67/8 71/22 80/22 81/2
85/19 85/20 106/14 108/11
108/12 108/21 109/3 109/4
109/24 110/17 111/12 115/22
129/13 147/18 152/3 152/11
152/16 155/6 156/22 157/18
157/19 158/1 158/3 158/4
158/10 158/13 158/25 159/16
164/8 165/19 167/7 172/19
176/13 177/5 177/10 187/8
197/6 197/13 198/2 199/1
200/3 202/14 202/19 202/20
203/15 204/11 207/6 211/18
213/13 213/15 217/25 218/1
retailer [1]   60/2
retailers [1]   185/25
retailing [1]   54/3
retain [1]   23/23
retrace [1]   75/11
return [2]   24/3 192/14
returning [1]   24/17
reuse [1]   68/3
revenue [4]   80/4 113/20
130/19 131/24
revert [1]   5/9
review [1]   170/7
reviewed [1]   220/25
revolved [1]   172/8
rice [1]   28/23
RICHICHI [10]   2/3 4/7 13/10
13/11 13/14 13/18 14/3 14/19
15/6 38/19
Rico [2]   78/16 78/16
rid [2]   98/10 98/14
ridiculous [1]   25/16
right [97]   8/25 9/6 13/8
14/11 15/13 17/14 20/20
27/15 28/12 29/11 30/15
36/25 38/3 41/10 41/18 43/5
51/21 56/10 61/18 63/5 68/22
70/23 74/4 89/17 94/21 97/15
99/12 101/12 110/2 111/17

112/12 113/21 117/10 120/6
122/15 122/22 122/23 128/13
129/10 130/7 131/9 138/6
140/18 144/13 144/15 144/17
144/21 144/24 146/5 147/11
147/15 147/16 147/24 150/9
150/10 150/15 150/18 150/20
151/21 151/23 152/23 153/3
153/19 159/11 161/2 162/14
164/18 169/24 176/22 177/25
179/18 180/15 180/18 185/3
187/4 191/3 193/2 193/17
194/20 195/5 196/7 198/10
198/13 199/17 199/23 202/24
204/1 204/20 205/24 207/24
210/5 216/25 219/17 220/19
221/6 221/9 222/6
rights [2]   129/3 129/4
rim [1]   78/3
ring [1]   22/20
rises [1]   221/19
risk [2]   26/17 127/11
RJW [3]   18/12 19/7 19/8
road [2]   184/5 207/18
ROBERT [2]   1/7 4/2
Rodrigues [1]   32/1
rogue [2]   80/5 80/5
roll [1]   135/5
rolled [1]   161/10
ROM [1]   16/16
Roseville [1]   186/13
rotten [1]   28/23
royalty [2]   61/7 62/3
ruined [1]   11/10
rule [8]   6/19 12/13 12/18
12/21 69/16 106/8 220/15
221/24
rules [2]   70/2 73/24
ruling [2]   114/17 114/18
run [5]   71/16 94/6 141/2
167/3 179/22
running [11]   53/8 91/22
91/23 115/12 137/6 138/2
138/3 138/5 138/8 138/12
206/11
runs [3]   85/6 97/18 122/17
rush [1]   221/1

**S**

Sacramento [1]   186/13
said [38]   12/10 13/21 23/21
27/4 30/15 38/21 46/17 46/24
49/15 76/6 97/22 100/4 113/9
115/8 119/12 121/25 137/2
137/25 146/3 148/23 151/22
156/16 169/22 172/4 173/2
175/4 178/25 179/25 191/24
193/4 194/13 200/10 202/3
204/4 207/14 211/24 217/8
221/15
sale [12]   55/11 58/21 80/22
84/17 84/21 149/5 152/20
184/4 193/2 200/13 204/13
208/17
sales [4]   147/20 147/21
199/22 200/21
salute [1]   29/13
same [34]   7/18 7/19 12/12

22/6 23/21 71/22 72/4 92/11
93/1 109/11 111/20 111/25
112/3 112/4 112/6 112/8
112/9 112/10 115/21 119/6
120/8 120/10 125/6 129/15
137/9 142/2 149/9 149/10
157/1 157/1 165/18 168/18
174/19 178/2
sample [8]   24/17 29/5 88/5
89/22 90/1 90/2 112/21
117/16
samples [3]   21/7 31/15
145/14
San [3]   32/12 33/7 34/4
Sanchez [1]   4/15
sat [1]   187/17
satisfaction [4]   25/6 172/11
189/17 190/5
satisfactory [1]   105/3
satisfied [1]   190/25
satisfy [1]   44/11
save [4]   40/8 188/19 189/25
216/24
saw [10]   52/3 78/1 81/14
100/3 104/8 113/6 127/13
163/1 170/12 170/12
say [78]   6/16 9/4 11/7 13/7
21/10 22/21 22/22 31/20
40/16 41/15 41/20 41/22
41/22 48/17 49/21 50/7 54/13
55/16 55/18 55/23 56/6 58/13
60/4 65/2 67/13 67/17 67/21
75/16 79/6 80/11 81/7 83/9
83/24 96/22 97/10 108/20
110/8 118/7 118/7 121/15
122/10 122/22 122/25 124/2
125/7 128/24 134/19 143/16
143/20 144/11 147/17 154/22
154/22 164/2 173/4 174/10
177/6 177/7 180/6 181/14
181/20 184/3 184/13 185/15
186/11 186/23 194/5 194/5
194/10 194/17 203/10 206/7
211/6 215/24 217/5 217/9
219/19 221/19
saying [34]   12/23 21/4 22/3
22/18 26/9 26/10 26/15 30/5
31/7 84/4 85/11 95/16 96/7
96/9 101/10 101/11 104/13
105/16 106/3 109/23 123/18
159/13 165/12 170/13 170/23
171/9 172/22 175/7 196/16
197/17 198/25 200/11 200/20
204/20
says [29]   20/25 21/11 21/24
22/15 22/17 24/23 25/17
27/12 28/10 56/9 56/21 66/7
101/7 101/15 106/12 128/4
128/11 130/15 131/23 133/3
149/21 149/21 150/10 150/11
150/12 150/17 150/20 165/11
205/23
scale [1]   58/19
scans [1]   50/24
scenario [11]   56/18 102/7
118/11 120/10 132/13 134/6
172/8 178/12 179/12 181/8
199/19

**S**

**scenarios [1]**   179/5
**scenes [1]**   125/2
**schedule [3]**   5/10 5/14 219/5
**scheduled [2]**   4/20 219/15
**school [1]**   66/15
**scope [1]**   77/6
**scrap [1]**   194/3
**screen [30]**   19/3 20/21 45/23
70/20 91/2 91/7 91/15 91/16
92/17 92/18 92/21 97/6 97/16
98/21 98/22 99/11 99/23
101/7 102/19 102/20 103/2
103/3 104/5 104/6 104/11
108/7 138/24 171/9 214/19
214/20
**screenings [1]**   92/1
**screens [4]**   92/22 97/8
155/20 169/13
**seated [4]**   4/11 60/25 108/1
185/11
**second [24]**   5/22 8/6 16/5
27/20 33/4 35/7 55/3 55/4
58/11 75/21 75/24 77/16
81/22 122/2 143/21 154/11
172/25 189/11 196/1 196/24
201/16 201/19 203/3 215/23
**secondary [1]**   82/20
**secondhand [9]**   64/15 186/2
186/3 186/10 186/21 188/17
189/1 189/20 190/6
**secondly [4]**   22/13 22/17
22/19 216/9
**section [2]**   7/12 8/1
**secure [4]**   74/20 74/20 86/24
87/13
**securely [1]**   209/4
**securing [1]**   74/23
**security [17]**   4/8 45/18
46/20 49/5 74/17 75/13 75/14
75/18 77/9 85/14 109/12
111/6 113/5 113/6 115/17
127/11 171/15
**see [55]**   4/16 11/11 16/23
19/3 19/10 19/11 20/21 21/16
23/12 27/7 37/5 37/9 37/24
40/23 46/15 51/24 52/23
63/24 70/14 70/17 78/1 78/2
80/19 82/9 89/4 89/6 89/9
89/14 92/9 92/20 94/25 102/4
104/9 105/14 106/2 107/17
108/8 111/6 119/24 123/12
124/1 127/21 129/1 145/19
145/23 149/14 149/14 149/19
150/21 171/9 185/1 197/18
204/24 217/4 221/7
**seeking [1]**   56/12
**seem [1]**   163/2
**seemed [1]**   221/19
**seemingly [1]**   182/14
**seems [6]**   64/10 105/22
158/22 179/25 210/22 214/23
**seen [8]**   21/12 22/20 24/2
51/2 70/19 166/14 209/3
217/4
**seized [22]**   14/6 14/21 15/8
32/11 32/12 32/15 32/18

32/22 33/20 33/7 33/22 34/9
34/14 35/1 35/4 35/6 35/10
35/14 35/15 40/16 145/14
167/11
**seizures [6]**   33/18 34/3
34/12 34/13 34/25 40/23
**self [2]**   168/16 175/24
**sell [46]**   10/1 10/4 10/14
23/17 23/18 23/25 26/18
26/23 27/5 28/11 28/19 40/1
45/2 45/8 45/10 54/2 57/19
58/13 59/1 59/4 62/6 62/13
81/4 81/8 82/6 82/17 83/3
85/19 117/7 120/2 120/13
128/7 132/3 142/1 146/20
157/8 190/10 190/14 190/25
192/22 193/4 193/8 193/9
199/5 210/3 213/3
**sell these [1]**   23/17
**seller [2]**   84/15 186/2
**sellers [1]**   84/16
**selling [7]**   13/5 147/3
147/11 184/2 186/24 202/16
205/18
**sells [2]**   156/17 204/17
**selves [1]**   22/8
**semantics [1]**   116/8
**seminar [1]**   160/15
**send [8]**   26/18 27/13 27/13
31/14 32/5 32/5 32/7 66/15
**sending [1]**   205/17
**sense [11]**   7/6 49/24 65/11
144/23 180/20 180/21 192/21
211/6 212/10 220/2 220/4
**sensitive [1]**   58/25
**sent [6]**   17/14 17/23 24/18
32/11 118/8 197/13
**sentence [3]**   6/5 21/21 216/2
**SENTENCING [16]**   1/11 4/20
4/21 4/22 5/10 5/11 5/13
5/20 7/11 7/15 76/17 107/2
210/15 218/25 219/2 221/2
**sentencings [1]**   218/22
**separate [3]**   40/6 116/24
118/25
**separately [1]**   81/5
**September [2]**   29/18 30/3
**September 21 [2]**   29/18 30/3
**sequence [1]**   129/6
**serial [7]**   144/9 144/10
144/11 175/10 176/3 178/18
207/10
**series [1]**   97/8
**serious [1]**   127/12
**seriously [1]**   210/24
**serve [1]**   191/2
**served [1]**   154/15
**servers [1]**   108/8
**serves [3]**   46/14 75/17
110/22
**service [13]**   21/10 35/2 35/3
50/24 71/7 89/22 115/19
168/16 175/24 176/3 177/23
178/19 207/10
**serviced [1]**   182/6
**services [9]**   55/5 72/15
115/24 116/6 127/9 154/9
185/22 185/23 185/24

**set [12]**   5/13 8/17 102/14
122/24 152/3 177/14 199/7
211/4 215/17 217/13 217/20
220/1
**setback [2]**   24/19 24/24
**sets [1]**   21/10
**setting [1]**   31/11
**settings [3]**   96/18 96/18
125/25
**setup [3]**   97/17 98/18 129/6
**several [4]**   21/8 36/20
167/22 217/12
**shared [1]**   54/3
**sharp [1]**   89/4
**sheet [1]**   34/24
**ship [2]**   31/22 72/17
**shipped [4]**   22/4 28/17 28/19
49/13
**shipping [3]**   28/17 134/24
168/3
**ships [1]**   30/9
**shoot [1]**   31/15
**shooting [1]**   161/18
**shops [1]**   43/5
**short [5]**   60/24 105/9 153/15
179/16 215/7
**shot [21]**   91/2 91/7 91/16
91/16 92/17 92/18 92/21 97/6
97/16 98/21 98/22 99/23
101/7 102/19 102/20 103/2
103/3 104/5 104/6 104/12
108/7
**shots [2]**   45/23 99/11
**should [21]**   5/7 7/19 7/23
23/17 43/24 56/23 86/7 100/2
102/2 102/17 107/16 109/24
126/20 126/21 130/17 136/22
146/23 149/4 152/10 153/11
204/16
**shouldn't [5]**   109/23 126/20
136/25 173/9 207/23
**show [28]**   14/3 14/19 18/7
20/4 26/19 36/17 38/5 45/22
50/16 50/21 52/17 56/13 61/5
69/5 92/16 92/17 98/16 98/21
103/24 108/9 109/19 109/19
127/3 128/19 150/20 154/20
163/20 204/6
**showed [2]**   102/3 195/17
**showing [29]**   15/6 15/21 18/9
24/15 24/21 25/18 27/22
29/15 30/19 32/9 32/14 32/17
32/21 33/6 34/11 37/14 87/14
88/3 88/4 89/20 89/24 92/21
97/7 98/24 99/7 108/14
112/16 138/24 216/18
**shown [1]**   36/2
**shows [8]**   61/7 92/4 92/25
97/16 103/5 104/5 104/12
170/13
**shut [3]**   95/18 130/15 130/24
**shuts [1]**   205/21
**SID [7]**   75/19 77/13 77/15
77/23 78/5 78/6 79/10
**side [9]**   25/15 28/25 61/19
78/3 108/8 124/10 124/11
126/17 207/9
**sides [3]**   4/25 7/3 195/3

**S**

**sign [3]**   84/4 84/4 214/23
**signal [1]**   53/20
**signals [1]**   53/18
**signature [3]**   102/20 123/23 222/17
**signed [2]**   123/20 193/12
**significance [2]**   46/13 209/6
**significant [9]**   10/9 40/24 76/25 77/1 79/14 91/6 94/10 182/7 209/15
**significantly [7]**   13/4 64/12 65/12 181/6 197/21 209/17 220/5
**signifies [1]**   53/17
**silence [1]**   105/22
**sill [1]**   27/2
**similar [6]**   21/15 58/17 79/18 79/19 102/13 156/7
**simple [1]**   84/2
**simplify [1]**   125/7
**simply [3]**   63/17 93/7 201/16
**since [1]**   28/18
**sir [17]**   4/17 13/15 20/16 28/20 42/5 42/8 53/10 62/17 153/19 153/21 162/20 164/15 178/1 185/14 186/3 194/25 195/2
**sit [3]**   28/22 42/5 132/20
**site [1]**   132/4
**sits [2]**   98/19 213/9
**sitting [1]**   24/6
**situation [3]**   129/8 179/13 179/22
**situations [4]**   86/5 195/16 197/5 211/20
**six [5]**   28/21 66/11 136/20 154/23 204/22
**Sixteen [1]**   34/19
**size [2]**   23/16 85/4
**sleeve [1]**   21/11
**sleeves [1]**   22/8
**slides [1]**   170/7
**slipped [1]**   93/19
**slow [1]**   106/19
**SLP [2]**   123/4 123/6
**small [23]**   22/25 43/6 43/6 61/21 63/2 64/9 64/10 66/12 67/9 76/13 76/23 89/5 112/18 161/7 161/11 165/14 165/18 165/19 198/11 200/23 213/3 217/24 218/2
**smaller [6]**   43/4 61/21 61/24 163/11 200/18 210/25
**smelled [1]**   28/23
**smelled like [1]**   28/23
**so [170]**   5/7 6/15 6/19 6/20 6/20 6/23 7/24 7/25 8/19 8/24 15/19 16/23 20/14 20/17 24/12 25/7 26/19 31/12 32/6 35/4 36/23 38/5 38/7 40/23 41/7 41/10 41/12 41/20 44/13 46/20 46/24 48/6 48/24 50/18 52/10 52/16 53/16 53/18 54/25 55/14 56/9 56/18 60/16 61/18 62/6 63/7 64/2 64/18 64/22 65/9 65/17 65/23 67/3

68/10 68/11 70/10 70/12 70/20 70/20 70/22 71/21 73/22 74/23 76/20 76/24 78/19 78/25 79/5 80/4 84/7 84/17 85/11 85/21 86/21 90/18 91/10 97/22 98/6 98/22 98/25 102/18 103/11 106/17 106/17 107/12 108/12 108/17 109/12 110/16 111/11 115/17 118/23 119/25 122/3 122/4 122/6 123/3 124/5 124/7 128/14 130/19 131/3 131/14 134/17 138/13 139/16 139/21 140/13 144/2 144/15 144/19 148/16 149/4 149/5 149/21 152/14 155/11 157/10 158/18 163/14 164/10 165/11 165/15 168/8 168/8 171/1 171/16 172/15 176/11 176/19 178/2 178/3 178/15 180/19 181/10 181/12 181/22 183/21 184/20 186/11 187/2 189/21 189/22 190/13 190/24 191/18 194/17 199/11 200/6 201/17 202/15 203/4 206/1 207/5 208/1 210/15 210/21 211/5 211/5 211/8 213/17 214/7 214/8 215/7 215/11 216/10 217/7 217/10 221/20 221/23
**software [240]**
**Sokolov [1]**   165/5
**sold [24]**   9/3 9/5 9/20 18/5 22/5 30/15 35/5 39/17 49/9 54/13 61/22 63/19 66/11 81/6 112/18 119/19 142/20 146/18 165/11 174/14 183/2 183/3 184/20 196/6
**solely [1]**   29/2
**solution [15]**   43/22 44/6 44/7 44/11 44/16 44/23 116/22 117/12 117/16 117/17 117/18 119/3 135/15 135/17 135/18
**solutions [2]**   44/9 148/4
**some [74]**   6/21 10/20 23/25 24/2 25/3 25/3 27/14 34/6 60/2 64/21 70/11 77/17 78/4 78/11 80/20 80/20 93/19 95/18 100/17 100/18 112/13 113/21 116/12 119/24 122/24 127/1 140/9 143/12 146/18 152/7 155/4 157/7 158/11 161/7 161/16 163/14 164/22 165/14 165/20 166/3 169/7 170/15 170/15 170/18 172/7 174/3 178/19 179/1 182/11 182/15 182/15 182/13 184/7 184/21 184/23 187/17 189/10 191/11 191/11 191/21 194/7 198/21 204/12 208/6 208/24 209/13 209/22 211/3 211/9 213/7 214/14 219/10 220/11 220/23
**somebody [30]**   48/6 51/3 53/16 53/25 55/11 57/19 64/20 76/24 80/7 93/5 93/7 93/14 93/18 93/19 108/18 141/5 142/24 143/12 144/20

174/10 174/13 180/2 189/13 189/16 190/25 205/12 206/2 206/12 214/6 214/21
**somehow [5]**   50/5 68/10 68/17 93/6 136/24
**someone [19]**   23/14 56/13 94/11 129/25 132/6 132/15 133/1 133/3 134/2 139/5 179/22 210/3 210/23 210/24 211/6 214/15 215/19 217/2 221/17
**someone's [1]**   62/20
**something [42]**   5/24 6/3 6/5 6/8 10/8 43/24 49/15 49/23 53/2 53/18 54/23 55/2 62/21 62/25 66/15 77/11 78/22 82/10 83/7 96/7 96/12 109/18 139/5 144/19 168/2 169/4 174/3 176/4 177/11 184/4 184/15 190/2 190/3 193/17 193/17 193/18 206/9 206/10 208/6 217/1 217/2 221/16
**sometime [1]**   135/6
**sometimes [13]**   5/23 8/20 49/17 78/3 78/7 79/8 79/9 79/9 86/19 87/8 87/9 179/11 217/4
**somewhat [1]**   49/12
**somewhere [7]**   49/18 59/18 125/13 135/1 142/9 184/5 184/6
**son [1]**   118/13
**sons [1]**   118/23
**soon [1]**   25/3
**sorry [13]**   26/16 30/21 87/4 108/2 122/12 136/10 137/13 175/11 176/24 191/23 202/15 202/25 219/1
**sort [3]**   43/15 122/4 146/18
**sorts [1]**   187/3
**sound [2]**   83/7 182/14
**sounds [2]**   6/7 158/24
**source [5]**   30/6 31/16 80/16 80/17 175/22
**sources [1]**   168/1
**South [2]**   1/15 1/18
**SOUTHERN [1]**   1/1
**SP.3 [1]**   14/24
**sp3 [8]**   22/19 26/16 27/1 27/12 28/13 28/16 29/3 198/20
**space [1]**   154/9
**speak [7]**   6/15 6/17 9/7 158/10 180/10 180/12 208/11
**speaking [4]**   43/20 73/6 95/5 136/22
**speaks [1]**   9/19
**special [3]**   38/19 71/7 79/22
**specialized [1]**   80/1
**specializes [1]**   79/24
**specific [3]**   8/12 13/23 78/22
**specifically [6]**   8/2 14/6 66/9 133/23 168/10 176/24
**specifications [2]**   137/7 189/1
**specifics [1]**   39/10
**specified [1]**   110/12

254

**S**

**specious [1]**  203/1
**speculate [1]**  94/12
**speculation [5]**  101/19
 151/13 204/19 213/1 213/2
**speculative [1]**  202/6
**speed [1]**  27/17
**spell [5]**  13/16 42/10 45/13
 153/23 185/15
**spend [1]**  24/6
**spend sitting [1]**  24/6
**spent [4]**  28/25 64/21 156/13
 180/8
**split [1]**  215/14
**spoke [2]**  85/19 152/1
**spot [2]**  23/3 197/1
**spreadsheet [5]**  34/12 35/24
 36/5 36/17 37/15
**spreadsheets [1]**  34/7
**stage [1]**  100/17
**stamp [1]**  75/9
**stamper [2]**  93/11 93/13
**stand [6]**  13/12 75/1 75/21
 77/23 185/10 208/20
**standard [6]**  75/18 81/6
 106/24 202/14 203/12 203/13
**standing [1]**  4/7
**stands [2]**  45/14 208/23
**start [10]**  4/4 20/14 70/8
 90/19 90/23 95/5 107/10
 137/23 177/5 206/25
**started [3]**  26/21 100/14
 160/12
**started making [1]**  26/21
**starting [6]**  23/9 24/8 26/7
 68/25 150/20 162/18
**starts [3]**  22/13 92/24
 100/20
**state [6]**  13/16 42/9 145/20
 148/16 149/2 153/22
**statement [3]**  7/5 40/1
 175/14
**states [9]**  1/1 1/4 1/12 1/14
 7/17 129/3 129/3 129/11
 213/11
**status [3]**  101/6 138/1 139/3
**statute [2]**  4/23 76/4
**stay [4]**  76/5 153/8 158/18
 168/23
**steady [1]**  29/12
**step [40]**  90/18 90/19 91/5
 92/18 94/23 95/25 96/2 97/4
 97/5 97/5 97/14 98/14 98/17
 99/8 100/9 100/10 100/10
 100/23 101/5 102/12 102/13
 102/22 103/8 103/9 104/12
 104/22 124/25 138/10 138/15
 138/17 138/17 139/2 139/4
 139/21 140/20 144/14 156/7
 185/4 215/23 218/18
**steps [8]**  83/17 88/14 91/2
 91/17 92/2 97/9 99/11 212/17
**stick [2]**  184/10 184/11
**sticker [2]**  104/4 183/24
**stickers [1]**  22/8
**sticking [1]**  205/1
**still [16]**  25/2 25/3 28/13

48/21 60/24 102/10 120/25
124/11 127/7 127/7 135/19
143/8 147/17 168/8 206/13
222/4
**Stipes [4]**  1/24 11/8 122/11
 222/16
**stipulate [2]**  13/21 190/19
**stipulated [2]**  157/4 157/4
**stipulation [1]**  6/25
**stock [1]**  147/19
**stocked [1]**  147/19
**stop [7]**  12/2 44/1 77/22
 81/22 151/20 151/22 197/16
**stopped [8]**  19/23 61/1 108/3
 134/22 134/24 147/9 147/11
 206/7
**stopping [1]**  105/1
**store [1]**  63/17
**straight [1]**  219/14
**strange [1]**  141/3
**stream [1]**  17/5
**strict [1]**  74/12
**strike [1]**  69/17
**strikes [3]**  143/16 172/12
 176/12
**stuck [2]**  49/16 97/25
**study [1]**  136/18
**stuff [2]**  205/23 219/10
**stupid [1]**  30/10
**styrofoam [2]**  44/14 209/5
**sub [2]**  56/7 56/8
**subgrade [1]**  26/16
**subject [4]**  69/17 79/1 161/4
 167/10
**subsection [1]**  215/3
**subsequent [1]**  105/24
**subsequently [1]**  105/20
**subsidiaries [1]**  151/1
**substances [1]**  210/21
**substantially [6]**  155/10
 155/15 155/22 157/1 157/9
 211/21
**succeed [1]**  170/2
**successful [2]**  104/12 212/9
**successor [2]**  135/8 135/9
**such [8]**  23/12 24/6 26/18
 28/14 34/8 165/8 167/13
 174/14
**suffered [2]**  8/22 200/4
**suggest [5]**  77/6 94/7 96/8
 151/19 173/13
**suggested [3]**  159/15 215/15
 215/16
**suggesting [5]**  9/2 62/20
 173/11 199/21 200/22
**suggestion [2]**  212/25 218/23
**suggests [2]**  8/20 216/14
**suitable [1]**  161/14
**Suite [2]**  1/15 1/19
**summary [1]**  160/8
**supervisory [1]**  74/16
**supplied [4]**  45/11 83/19
 101/22 125/5
**supply [9]**  23/13 42/21 74/2
 74/6 74/20 130/22 131/7
 145/1 147/23
**support [6]**  101/16 161/17
 171/19 182/7 189/25 206/14

**supported [1]**  147/12
**supporting [2]**  29/2 147/9
**suppose [10]**  6/20 63/3 96/11
 105/6 152/7 174/17 184/2
 198/14 198/22 208/10
**supposed [1]**  32/5
**sure [33]**  5/6 7/9 8/25 11/2
 15/17 18/2 23/5 23/23 50/24
 52/24 56/11 60/19 64/21
 74/24 77/10 82/2 101/24
 109/14 116/13 125/10 135/1
 159/23 171/16 173/6 191/4
 197/16 197/18 199/13 200/9
 207/17 218/25 219/18 221/18
**Surely [3]**  142/4 163/22
 173/1
**susceptible [1]**  68/20
**suspect [4]**  97/1 106/22
 209/5 217/22
**suspicions [2]**  20/1 20/3
**sustain [7]**  73/7 113/10
 113/11 114/17 114/18 166/18
 188/13
**Sustained [3]**  85/2 114/7
 135/21
**swaps [1]**  119/17
**switch [1]**  122/6
**SWORN [4]**  13/14 42/7 153/20
 185/13
**synopsis [1]**  7/5
**system [84]**  11/5 11/5 11/7
 40/17 40/21 41/1 41/2 43/6
 54/18 55/19 55/19 59/12
 59/13 59/19 59/22 60/9 66/25
 67/9 67/17 71/16 86/6 86/8
 86/12 86/23 87/7 87/8 87/17
 97/13 98/4 98/5 98/7 98/23
 98/24 111/19 112/18 115/10
 122/14 123/7 123/12 130/13
 133/16 136/13 138/5 138/19
 141/3 146/20 146/22 147/3
 149/10 156/19 157/14 158/17
 167/1 169/1 170/5 170/22
 172/2 174/6 176/21 176/23
 176/25 177/3 177/5 177/11
 178/20 181/3 181/24 190/7
 190/8 190/9 190/10 192/22
 193/14 195/12 195/21 195/24
 196/15 197/3 197/11 206/10
 206/15 206/20 208/16 213/6
**systems [5]**  144/11 148/15
 166/13 191/20 198/15

**T**

**table [1]**  61/7
**tablet [4]**  99/10 99/10 100/5
 138/2
**tag [5]**  167/12 176/3 177/23
 178/19 207/10
**take [46]**  4/25 7/7 8/11
 11/14 12/3 12/23 25/15 33/21
 35/11 48/24 51/4 52/12 55/14
 56/19 60/14 60/21 63/22
 70/12 83/14 85/21 93/25
 101/14 104/10 106/9 106/17
 106/20 107/21 117/23 126/18
 126/18 149/7 152/24 153/6
 153/7 153/12 156/6 168/25

255

**T**

**take... [9]**  169/9 179/24
180/5 196/2 204/16 204/18
206/21 207/10 212/8
**taken [8]**  60/24 65/11 96/1
107/24 108/9 153/15 207/23
215/2
**takes [3]**  118/13 118/14
191/8
**taking [6]**  25/2 51/15 84/21
88/13 113/4 199/1
**talent [1]**  160/19
**talk [13]**  10/9 19/17 30/7
31/16 45/12 51/13 133/8
140/16 142/23 174/9 177/3
177/10 221/25
**talked [20]**  54/17 59/21 63/2
63/21 79/2 82/3 86/13 89/2
94/24 105/1 116/12 122/20
123/3 123/9 126/22 133/10
148/3 150/8 197/8 198/3
**talking [36]**  12/19 41/4 47/4
78/22 82/13 84/22 88/19
108/24 111/15 116/14 121/13
125/8 133/20 133/23 145/14
146/7 163/25 169/15 175/2
175/6 175/18 175/18 177/13
183/9 192/17 202/16 203/11
207/16 207/17 207/21 209/9
213/25 214/1 214/10 214/11
217/15
**talks [3]**  100/24 103/4 157/7
**target [2]**  199/22 200/21
**task [1]**  94/17
**tasks [1]**  210/10
**taught [2]**  160/15 161/4
**teach [1]**  161/3
**teaching [2]**  160/12 163/7
**team [2]**  79/24 80/4
**technical [3]**  154/25 171/18
182/7
**technically [1]**  149/22
**techniques [1]**  46/21
**Technologies [3]**  18/12 19/7
19/8
**technology [13]**  48/1 49/11
85/18 85/24 85/25 85/25
86/12 86/15 86/22 111/9
123/9 123/11 124/21
**telephone [1]**  27/21
**tell [29]**  19/20 20/14 21/23
21/24 30/10 30/12 31/8 69/15
77/25 78/13 79/10 85/17 94/1
102/24 107/14 110/25 123/8
132/23 149/19 154/4 155/24
185/20 202/24 204/25 206/25
214/2 214/9 214/16 219/25
**telling [8]**  70/18 76/20
93/25 131/10 143/15 143/18
158/1 212/19
**tells [2]**  77/6 102/25
**template [3]**  69/9 70/1 100/3
**ten [5]**  29/3 119/25 120/1
120/2 131/21
**tend [1]**  193/19
**tends [2]**  68/16 207/9
**tenure [1]**  74/5

**term [15]**  261 2 39/11 44/5
50/15 53/20 71/5 81/24 81/25
123/4 123/10 127/17 182/9
186/4 188/22 188/24
**termed [1]**  81/14
**terminology [2]**  158/9 186/1
**terms [24]**  6/21 44/21 54/3
70/3 84/4 91/9 92/9 111/22
111/23 129/16 131/25 132/12
132/13 134/25 137/6 138/10
142/2 149/3 150/14 158/23
161/7 163/5 171/15 208/9
**test [10]**  17/6 80/5 84/2
84/3 87/16 87/18 102/13
105/24 138/2 193/22
**testified [11]**  122/13 128/15
131/3 135/12 154/11 154/14
156/20 167/6 176/2 181/11
181/22
**testify [3]**  7/1 182/23
194/23
**testifying [1]**  133/19
**testimony [52]**  10/17 105/10
105/11 106/4 111/1 115/4
115/5 136/11 146/3 152/16
153/10 154/22 156/5 156/21
156/23 158/4 158/21 162/3
163/1 164/23 168/24 169/7
170/4 170/18 175/16 181/20
184/8 184/9 195/3 195/23
196/22 199/20 202/22 206/16
208/12 209/13 210/7 212/4
212/5 212/6 212/7 213/17
214/3 214/18 215/14 215/18
215/20 215/21 216/12 218/10
220/10 220/12
**tests [2]**  88/15 190/22
**Texas [3]**  17/22 32/16 34/5
**than [27]**  13/3 28/18 58/23
62/23 65/12 78/21 85/6 98/2
105/7 106/5 134/2 141/2
148/11 164/22 170/20 170/21
185/2 187/24 190/1 198/18
199/1 199/14 199/16 200/3
208/11 210/24 215/8
**thank [53]**  6/14 7/9 12/7
13/6 13/19 14/11 15/10 26/13
27/6 28/10 28/20 30/17 33/1
33/9 36/4 36/7 37/3 38/15
38/16 40/8 40/9 42/1 42/12
44/19 45/16 50/13 54/6 60/23
61/3 69/3 77/10 79/20 90/16
94/21 99/19 112/12 148/20
154/1 173/15 173/16 185/3
185/4 185/20 186/15 191/12
194/22 195/2 195/7 201/5
202/3 208/17 221/8 222/9
**Thanks [2]**  30/18 149/17
**that [1235]**
**That's [2]**  16/13 19/16
**their [24]**  17/6 54/25 57/23
58/13 65/22 70/7 71/14 83/9
100/1 129/2 144/11 145/18
151/5 161/14 173/14 177/23
179/13 190/19 191/2 194/17
206/14 208/1 210/4 214/13
**theirs [1]**  202/20
**them [98]**  7/25 20/1 22/4

23/5 23/8 23/18 24/18 27/13
30/9 30/11 31/10 32/5 32/24
33/25 54/23 54/23 57/24
58/12 58/14 60/15 63/5 67/16
68/3 68/3 68/25 81/8 81/19
83/11 86/1 89/4 89/6 89/9
101/16 120/10 120/11 121/17
131/1 131/2 131/23 131/24
132/3 132/3 132/4 132/7
132/8 132/9 142/24 145/8
146/5 154/18 161/5 161/13
163/3 163/8 163/15 164/2
169/23 170/2 172/6 174/1
174/3 176/2 176/23 177/15
178/9 178/17 179/16 187/6
187/6 187/15 187/16 187/22
187/24 188/2 188/3 189/1
189/14 189/15 189/19 189/23
190/7 190/7 190/10 191/2
191/8 193/10 193/16 193/24
194/1 194/2 194/3 200/23
208/19 209/3 212/14 212/14
213/4 217/4
**them shipped [1]**  22/4
**themselves [3]**  68/7 93/12
145/19
**then [44]**  4/22 5/9 5/9 5/11
6/1 6/17 7/5 17/3 19/15
20/25 23/7 24/2 24/23 27/20
29/4 30/14 31/15 36/21 40/19
53/1 59/17 83/20 86/21
106/13 133/15 136/11 138/19
139/8 139/13 147/15 150/18
165/2 176/19 190/25 191/6
197/6 197/6 204/6 205/25
206/5 206/21 215/11 219/16
222/8
**theoretically [2]**  48/24
125/16
**theory [4]**  7/18 130/21
197/19 197/19
**there [219]**  5/3 5/5 6/1 6/8
6/22 6/24 7/21 10/17 11/20
12/11 13/13 16/3 17/3 17/17
17/19 18/21 20/20 21/7 21/23
22/1 25/9 25/12 26/7 27/7
28/1 29/20 30/16 30/24 31/15
33/11 37/18 39/20 39/24 43/1
43/3 43/23 44/8 44/22 45/20
46/7 47/13 49/18 52/22 55/5
57/14 57/25 60/14 60/14
61/12 62/22 63/3 63/3 64/2
64/13 65/4 65/9 65/10 65/21
66/10 66/23 75/8 75/14 77/6
77/16 78/4 78/11 78/16 79/15
80/21 81/2 81/18 82/18 83/24
83/25 84/3 84/11 84/13 84/13
86/7 86/23 86/24 87/22 92/20
93/8 94/1 94/4 94/6 95/5
95/19 96/3 96/6 96/17 97/12
97/17 100/9 101/5 101/9
102/19 103/5 105/5 106/6
107/18 112/13 114/4 124/22
125/13 125/21 126/7 127/11
127/12 128/9 128/20 130/23
131/25 132/11 133/10 133/11
134/1 134/2 134/4 138/1
138/4 138/13 138/13 140/9

**T**

**there... [94]**   146/3 146/4
146/11 146/12 146/13 146/24
147/17 147/22 151/7 151/7
151/17 152/8 153/1 153/3
153/5 153/9 157/6 157/7
157/17 158/16 159/14 160/11
161/14 164/10 164/22 165/13
168/13 169/14 171/24 172/6
172/10 172/17 172/18 173/12
174/7 174/18 176/23 179/11
182/7 182/8 182/14 183/11
183/12 183/13 183/18 184/7
186/23 189/25 190/22 191/6
191/17 193/2 196/24 198/18
198/19 198/20 198/20 198/22
199/21 201/9 203/19 204/5
204/8 204/9 209/7 209/13
209/20 209/22 210/19 210/19
212/3 212/24 213/1 213/10
213/17 213/21 213/22 214/3
214/3 214/8 214/15 215/2
215/14 216/3 216/10 216/17
216/21 217/1 217/7 219/2
220/1 220/10 221/24 222/2
**therefore [4]**   31/9 66/20
149/5 199/7
**Thereupon [5]**   60/24 107/24
107/25 153/15 222/10
**these [76]**   7/2 22/15 22/25
23/11 23/13 23/15 23/17
23/25 24/5 24/17 28/11 29/6
32/5 32/10 32/18 33/4 33/7
33/18 33/21 35/9 35/13 35/15
39/16 41/4 41/5 60/4 60/17
65/22 74/7 79/23 86/11 95/21
96/1 97/2 99/11 107/18
119/25 142/23 146/4 147/1
152/7 154/24 155/21 156/17
156/22 158/21 161/5 167/19
172/10 180/13 180/17 182/16
182/16 183/22 187/17 187/20
189/14 199/5 200/15 202/16
203/25 206/6 209/3 211/3
211/9 212/1 212/4 213/3
214/1 214/4 214/14 215/24
216/10 216/23 217/5 217/23
**they [264]**
**thing [12]**   8/10 64/11 68/8
69/1 90/22 96/10 120/8
165/18 178/2 180/4 191/3
221/18
**things [19]**   9/22 44/15 78/17
84/12 91/10 95/21 113/22
115/21 125/7 133/19 141/3
161/15 163/15 193/1 205/23
211/9 212/4 216/24 217/5
**think [88]**   5/5 5/6 5/23 6/13
14/24 22/25 26/23 28/25 29/8
39/23 40/15 54/20 64/19 65/3
68/16 77/11 91/6 95/3 107/4
109/18 119/12 122/13 122/20
131/3 132/25 133/10 135/12
137/25 148/12 151/8 151/9
153/9 155/11 158/8 158/9
168/24 170/4 172/10 173/3
173/21 173/22 176/22 178/3

178/15 172/16 180/4 180/7
180/9 181/1 181/10 181/22
182/8 183/4 183/4 183/19
184/7 184/9 188/1 190/1
195/17 196/19 196/20 196/24
197/1 197/10 201/7 201/12
201/15 202/5 203/1 204/22
204/25 206/23 207/6 208/4
208/18 209/20 212/25 214/5
215/1 216/15 216/17 217/20
217/21 217/25 218/10 218/24
221/13
**thinking [1]**   64/14
**thinks [1]**   217/1
**third [3]**   72/15 72/18 128/7
**third-party [2]**   72/15 72/18
**this [348]**
**this commitment [1]**   25/5
**those [45]**   5/23 32/18 32/22
37/11 38/14 39/16 43/10
47/16 48/20 58/20 66/6 66/11
68/6 71/10 72/16 72/17 72/18
82/7 83/17 84/23 89/8 89/9
89/14 120/6 131/11 131/14
148/4 151/10 152/9 163/2
163/14 164/5 169/25 177/24
180/23 184/25 191/19 191/19
192/20 194/11 194/18 198/7
211/13 211/19 212/17
**though [6]**   56/5 76/5 99/1
139/16 148/25 151/23
**thought [7]**   27/16 34/7 115/8
159/14 175/4 191/23 197/15
**thoughts [1]**   27/21
**thousand [9]**   17/23 61/25
85/7 120/10 120/11 120/13
131/20 194/5 211/7
**thousands [1]**   194/18
**threads [1]**   46/21
**three [12]**   30/10 72/22 76/11
94/23 101/5 125/24 135/3
138/15 139/2 147/6 148/11
189/21
**three-way [1]**   72/22
**threw [1]**   55/1
**through [41]**   12/4 15/8 21/5
21/22 24/11 33/10 33/13 40/4
43/15 46/20 61/22 62/6 68/24
81/19 83/7 85/19 97/9 98/19
104/22 105/12 112/18 116/16
122/4 126/10 127/2 131/11
134/24 137/16 138/7 139/10
139/22 141/18 145/23 147/11
169/13 172/14 190/16 190/19
192/24 200/7 206/19
**throw [1]**   191/25
**thrown [1]**   209/8
**thrust [2]**   105/16 187/19
**time [49]**   10/20 13/25 14/12
15/11 17/21 17/23 26/20
27/13 27/14 36/8 36/23 40/22
40/23 41/5 51/6 53/4 69/12
82/6 82/8 94/25 100/18
103/15 104/20 117/6 117/8
122/3 137/16 140/10 145/23
146/8 146/9 147/19 152/25
168/14 170/13 171/16 188/19
191/21 192/17 194/4 194/25

199/11 205/21 215/9 218/24
218/25 219/3 219/12 220/3
**times [12]**   62/11 120/22
142/8 148/11 154/13 154/14
164/6 170/11 187/14 189/19
190/16 190/16
**tiny [1]**   23/12
**title [1]**   42/17
**to spot [1]**   23/3
**today [37]**   4/20 11/17 27/12
30/7 32/5 52/11 54/10 54/17
54/21 107/3 107/6 107/11
113/6 117/16 132/20 135/18
145/6 158/23 161/4 161/11
166/14 168/24 170/12 175/17
175/18 176/1 179/5 180/23
185/5 186/1 195/17 208/23
209/13 210/10 220/5 220/16
220/23
**together [3]**   5/7 199/20
205/12
**told [6]**   30/6 39/15 77/3
105/21 106/8 180/13
**tolerant [2]**   171/5 212/16
**tomorrow [5]**   63/11 218/24
219/6 220/22 221/25
**too [6]**   4/17 9/14 65/14
105/13 198/9 212/13
**took [10]**   12/10 33/18 91/6
99/11 101/7 124/7 139/4
140/20 182/1 221/15
**tool [1]**   108/7
**top [21]**   20/17 20/20 21/24
21/25 22/13 22/17 24/8 27/7
62/1 78/20 88/4 88/17 95/1
99/3 122/7 137/7 162/20
163/4 168/23 209/10 210/20
**torn [1]**   179/10
**Toshiba [1]**   177/14
**total [9]**   19/15 35/1 35/12
38/10 38/13 41/7 41/12 142/6
160/17
**totaled [2]**   37/11 37/12
**totally [4]**   181/8 205/2
211/13 221/16
**touch [1]**   24/14
**towards [2]**   22/12 107/15
**trace [1]**   77/4
**track [3]**   50/22 50/23 75/15
**tracking [1]**   32/7
**trademark [4]**   8/8 8/10
173/12 183/7
**Traders [2]**   18/10 19/5
**trading [2]**   185/24 207/15
**traffic [1]**   196/11
**trafficked [1]**   207/22
**trafficking [1]**   174/7
**train [1]**   28/21
**training [3]**   154/8 154/10
161/25
**traits [1]**   216/3
**transcript [1]**   222/12
**transfer [4]**   36/22 150/10
150/12 150/12
**transferable [1]**   63/21
**transfers [5]**   35/24 36/5
36/18 37/11 41/4
**transmit [1]**   46/15

**T**

**travel [1]**   29/5
**traveled [1]**   28/21
**travels [9]**   119/13 119/14
128/12 143/2 144/16 144/18
206/16 210/1 221/20
**treated [3]**   7/20 210/24
211/8
**tremendous [2]**   113/9 207/18
**trial [3]**   107/25 205/24
213/14
**tried [8]**   138/18 169/8 169/8
169/9 169/12 169/22 206/20
212/12
**tries [1]**   140/11
**trouble [1]**   161/18
**true [6]**   9/14 143/20 156/1
156/1 156/12 205/11
**truly [2]**   203/24 214/21
**trusted [1]**   25/15
**try [17]**   7/16 12/3 55/10
101/21 106/6 107/3 126/19
136/24 169/1 170/24 200/4
207/5 210/14 219/13 220/18
221/1 221/17
**trying [15]**   23/13 23/18
34/23 38/5 110/8 123/12
123/25 123/25 124/3 124/13
138/16 139/21 141/2 142/6
182/10
**turn [10]**   7/4 7/6 42/2 61/2
96/17 96/18 152/23 153/13
184/3 211/18
**turning [1]**   175/6
**turns [1]**   205/14
**TV [1]**   217/5
**twice [2]**   118/23 120/8
**two [50]**   12/11 20/14 24/8
29/5 29/6 30/8 35/3 36/20
41/5 41/7 45/23 64/9 76/10
76/10 78/12 82/7 86/25 87/17
89/2 89/14 89/23 90/2 92/18
100/23 107/15 110/23 113/21
118/23 118/25 118/25 126/23
127/23 135/2 138/15 138/17
142/8 147/6 167/25 189/21
198/15 198/18 198/19 198/19
201/9 201/25 212/9 213/23
214/4 217/14 218/22
**two-year [1]**   41/5
**type [16]**   21/15 24/25 34/14
34/25 48/4 61/19 63/23 84/24
86/3 101/12 104/19 124/24
133/23 139/2 166/9 182/9
**typed [3]**   101/8 101/11
138/25
**types [5]**   43/1 70/2 74/7
78/10 84/23
**typical [3]**   85/4 193/1
220/11
**typically [7]**   76/10 77/16
78/3 83/13 103/21 187/22
190/11
**typing [1]**   22/11

**U**

**U.S [1]**   43/6

**U.S.A [3]**   261/22 23/16 23/16
**Uh [3]**   122/8 128/21 139/15
**Uh-hum [3]**   122/8 128/21
139/15
**UL [1]**   91/13
**ULA [5]**   129/4 129/15 129/15
150/13 150/14
**ultimate [1]**   134/6
**ultimately [4]**   13/2 115/5
205/7 212/18
**Um [1]**   136/14
**Um-m-m [1]**   136/14
**unauthorized [1]**   90/2
**unconsumed [2]**   50/15 174/10
**under [10]**   68/13 76/17 78/3
80/21 118/11 129/4 129/9
157/23 195/15 195/16
**undercover [2]**   32/19 33/5
**underlined [1]**   39/23
**understand [50]**   9/6 10/7
23/1 44/1 62/18 63/8 64/18
76/5 82/2 82/22 101/22
105/10 105/11 106/16 108/13
108/17 109/22 110/7 111/11
112/13 113/8 116/9 116/14
116/15 136/11 152/3 155/4
155/21 158/4 159/1 173/2
179/25 180/8 180/14 182/10
182/18 183/19 198/24 198/25
199/13 200/9 200/14 203/21
204/18 209/25 212/12 212/13
216/12 218/6 222/6
**understanding [6]**   8/20 141/1
145/3 158/5 164/13 174/7
**understands [1]**   8/19
**understood [8]**   78/25 152/15
156/12 156/13 173/6 173/21
184/8 212/24
**undisputed [1]**   208/14
**unduly [1]**   106/3
**unexpected [1]**   139/7
**unfair [1]**   207/7
**unfortunately [2]**   145/1
210/17
**uniformity [3]**   7/16 7/21
210/14
**unique [3]**   75/8 95/9 199/19
**unit [8]**   23/19 23/21 62/8
188/25 190/16 218/4 218/16
218/16
**UNITED [6]**   1/1 1/4 1/12 1/14
7/17 213/11
**units [19]**   22/4 22/5 23/13
23/17 24/1 25/14 31/22 61/24
62/13 84/23 84/25 84/25 85/7
85/8 85/12 187/14 189/19
194/8 194/18
**unless [19]**   12/4 12/22 94/3
106/9 106/10 109/18 119/17
124/19 125/7 129/18 130/18
136/15 136/16 136/25 165/4
165/7 206/17 211/17 211/17
**unlicensed [1]**   56/25
**unlikely [2]**   59/7 212/25
**unsuccessful [2]**   169/8
212/13
**until [6]**   130/22 137/3
147/12 147/14 157/22 222/7

**unwilling [1]**   145/1
**up [61]**   10/6 12/8 13/11
13/12 25/16 26/20 27/17 29/4
31/11 35/1 50/3 53/8 58/1
61/24 64/17 67/12 68/4 68/17
83/16 84/4 94/25 100/14
100/20 101/1 106/6 108/12
110/4 112/11 115/12 117/9
122/24 132/6 132/9 138/5
139/16 147/19 151/25 153/7
154/25 155/20 170/6 170/13
170/16 171/2 175/13 182/13
184/4 185/10 185/12 190/4
190/13 197/14 205/7 206/11
208/4 211/5 211/8 212/14
212/16 212/19 219/14
**up-to-date [2]**   64/17 83/16
**update [2]**   30/14 30/17
**updates [7]**   95/22 105/5
147/13 151/1 171/12 171/13
182/5
**upgrade [11]**   50/10 64/21
117/22 118/14 127/9 136/13
136/23 136/25 150/13 151/18
193/15
**upgraded [2]**   82/9 100/7
**upgrades [1]**   115/17
**upgrading [1]**   151/18
**upon [4]**   156/1 168/3 177/15
202/7
**upper [2]**   19/3 19/5
**upset [1]**   30/13
**us [20]**   23/3 25/5 32/24 37/9
39/1 52/14 70/18 76/20 77/3
79/10 93/25 105/21 126/17
132/6 189/25 192/23 193/1
207/9 209/6 219/20
**USA [5]**   21/11 22/8 22/21
23/20 206/21
**USA' [1]**   22/6
**USB [2]**   104/4 154/18
**USD [2]**   28/25 29/1
**use [99]**   8/15 12/13 12/18
12/21 15/16 17/16 24/3 39/11
47/24 48/25 50/4 52/23 53/1
58/16 59/3 59/17 60/16 61/20
62/14 62/20 62/24 71/5 72/15
73/25 81/25 82/3 86/1 91/21
93/11 95/8 95/11 96/4 103/18
106/8 106/13 108/7 109/23
109/24 116/15 117/24 121/14
123/10 123/22 124/21 125/16
125/19 127/5 127/7 129/18
129/19 130/12 130/14 130/18
130/20 130/22 133/15 136/12
136/12 141/24 141/25 142/6
144/9 144/16 148/5 148/8
149/2 149/12 150/12 150/17
155/6 174/16 174/17 174/24
176/20 181/2 182/4 188/25
189/17 191/5 192/2 192/9
199/7 200/4 200/12 203/25
204/8 206/1 206/2 206/24
208/5 210/17 211/16 211/18
213/4 215/10 217/10 218/13
218/15 218/15
**useable [1]**   193/18
**used [40]**   22/23 44/5 47/20

## U

**used... [37]**   48/25 50/16
50/18 50/19 50/20 50/25
52/17 64/16 64/19 81/15
82/16 86/14 91/22 99/23
100/8 101/11 102/14 103/10
120/11 121/14 142/18 148/23
149/1 154/24 159/5 181/17
183/21 184/11 186/4 186/24
189/1 190/13 192/3 196/20
208/23 213/15 218/14
**user [70]**   43/23 43/24 44/23
44/25 45/2 45/10 46/22 46/24
46/25 48/12 48/13 48/18
49/23 54/23 55/12 56/8 57/12
57/13 57/14 57/17 57/19
57/20 57/24 74/24 85/17 86/7
91/13 92/23 96/11 119/11
119/19 120/25 121/1 121/2
121/7 121/8 121/10 127/17
128/1 128/5 128/11 128/23
132/7 132/14 132/22 133/15
134/7 134/18 146/11 148/4
149/9 151/9 164/18 164/22
165/5 165/6 166/4 166/22
166/23 170/22 171/22 171/22
180/22 181/9 183/25 204/13
205/17 209/16 213/5 217/1
**users [7]**   113/22 119/19
119/21 151/8 168/17 171/15
181/1
**uses [1]**   118/15
**using [31]**   6/12 14/9 44/25
57/6 61/21 62/19 70/18 86/8
86/10 92/5 92/9 95/17 98/7
99/9 104/15 119/3 121/9
130/1 130/16 133/14 137/8
148/25 149/25 150/24 158/9
174/25 186/1 191/8 191/17
195/10 199/1
**usually [5]**   5/21 30/9 125/24
191/6 209/4
**utility [1]**   140/2
**utilize [2]**   131/2 213/12
**utilized [2]**   5/18 52/16

## V

**vague [1]**   177/4
**vaguely [1]**   209/8
**valid [7]**   48/21 54/12 54/19
130/6 142/25 166/24 169/18
**valuable [1]**   221/21
**valuation [4]**   156/8 157/12
157/25 208/4
**valuations [2]**   211/13 217/19
**value [104]**   8/16 9/2 9/4
9/11 9/19 9/23 12/14 12/18
13/1 59/14 59/16 60/16 66/19
82/15 82/16 106/8 106/14
106/14 106/25 109/23 109/24
110/1 116/4 116/7 151/10
152/11 154/24 155/6 157/19
158/10 158/13 163/6 164/25
165/3 165/4 165/6 165/12
167/8 167/19 168/4 172/18
172/20 172/22 173/4 173/23
173/24 173/25 174/3 174/5

174/15 174/23 175/7 176/23
177/19 179/1 180/6 180/13
180/21 181/1 181/11 181/14
183/20 184/1 184/9 184/24
185/1 200/3 200/4 201/14
201/21 201/23 201/25 202/2
202/14 202/19 202/20 203/4
203/18 203/23 206/6 207/1
207/1 207/3 207/4 207/6
207/15 207/16 207/21 208/5
208/6 211/16 211/18 213/13
213/13 215/10 215/12 215/15
215/16 216/10 216/13 217/7
217/10 217/25 218/1
**valued [1]**   168/2
**values [4]**   184/7 210/16
211/12 215/17
**variance [1]**   35/20
**variety [1]**   163/8
**various [7]**   39/11 152/4
155/20 158/15 160/14 169/13
171/12
**vendor [2]**   19/6 131/11
**vendors [2]**   72/18 74/17
**venture [1]**   216/7
**verification [1]**   130/4
**verified [1]**   102/13
**verifies [1]**   87/2
**verify [7]**   47/20 86/25
102/22 123/15 123/23 193/22
204/5
**verifying [4]**   97/18 98/17
103/25 124/2
**versa [1]**   22/9
**version [28]**   17/9 28/12
48/25 50/3 56/20 70/7 71/22
81/25 82/6 82/6 89/25 91/23
93/6 112/18 115/13 115/14
115/22 124/8 148/17 163/10
164/8 169/11 169/19 172/21
190/21 195/13 205/20 205/24
**versions [10]**   62/7 95/24
164/11 170/16 170/18 177/20
178/14 182/21 195/14 198/20
**versus [4]**   108/11 148/3
148/12 213/11
**very [35]**   5/1 21/13 22/15
22/15 23/3 23/11 23/11 25/1
30/13 32/4 42/1 43/6 51/7
51/8 58/10 59/8 74/12 76/13
76/23 77/1 79/18 79/19 84/11
155/24 169/8 171/14 181/11
183/6 202/4 202/9 208/7
209/12 211/3 212/22 222/9
**viable [1]**   191/19
**vibrant [1]**   84/11
**vice [1]**   22/9
**victim [1]**   211/2
**victims [1]**   8/22
**video [2]**   140/5 161/24
**videos [2]**   160/16 160/20
**view [14]**   5/1 8/12 134/4
152/10 159/3 159/12 159/12
180/2 181/4 182/15 200/20
201/1 204/16 215/22
**viewed [1]**   81/5
**views [1]**   6/7
**violates [1]**   183/7

**violating [1]**   73/22
**violation [1]**   56/3
**violators [1]**   203/12
**virus [2]**   75/1 127/8
**viruses [4]**   113/22 145/17
145/19 145/25
**visible [2]**   76/12 76/14
**visit [1]**   28/21
**Vista [1]**   95/24
**visually [11]**   70/14 70/20
88/19 88/22 88/24 88/25
93/25 94/5 100/2 105/10
155/17
**voice [1]**   16/17
**VOIR [1]**   162/15
**volume [4]**   1/10 48/2 85/5
194/4
**volumes [1]**   43/7
**vulnerabilities [1]**   171/15

## W

**W-E-A-D-O-C-K [1]**   153/25
**W7 [8]**   26/21 26/23 26/24
26/25 28/13 28/15 28/15 35/1
**wait [4]**   8/3 25/7 140/24
180/25
**waiting [1]**   108/2
**walk [4]**   108/20 116/16 122/4
137/16
**walked [3]**   63/10 63/17
111/12
**walks [1]**   204/6
**want [62]**   9/7 11/7 26/17
28/15 28/15 28/16 49/5 50/4
58/25 59/4 63/15 81/10 97/8
97/10 98/10 106/7 116/13
117/22 119/24 122/2 122/4
126/2 126/2 130/24 132/9
136/23 143/21 146/20 146/21
151/20 153/10 155/1 155/24
156/6 156/23 157/25 159/6
168/17 168/17 172/13 173/2
175/9 176/5 176/7 178/3
178/18 179/7 181/16 188/18
192/24 193/1 197/16 198/23
199/13 204/19 205/13 206/9
211/10 218/10 218/18 218/24
221/1
**wanted [6]**   49/21 62/6 67/16
195/25 205/5 221/6
**wanting [1]**   193/3
**wants [12]**   13/6 51/3 51/23
55/19 55/23 56/19 56/20
58/13 131/20 143/18 176/20
192/25
**ware [5]**   86/19 86/22 87/8
145/25 160/18
**was [230]**
**Washington [1]**   160/25
**wasn't [8]**   64/13 75/15 97/14
100/13 166/6 166/8 208/1
216/4
**waterfront [1]**   208/9
**way [45]**   6/25 7/4 11/1 18/21
21/23 46/22 48/20 66/2 66/23
72/22 91/20 96/17 102/20
109/12 117/18 121/2 132/11
135/15 136/7 139/13 146/23

259

**W**

**way...** **[24]**   146/25 152/10
156/3 159/5 167/1 182/19
190/19 193/1 196/24 197/11
197/12 200/8 206/6 207/5
210/20 213/22 213/22 214/8
214/12 214/15 214/24 218/11
219/2 220/21
**ways [8]**   44/8 93/8 113/15
126/10 146/24 160/15 208/17
209/14
**we [403]**
**we'll [5]**   5/9 58/11 60/21
137/19 189/23
**we've [3]**   148/3 202/20 209/3
**WEADOCK [12]**   2/12 153/20
153/24 154/21 159/20 162/6
178/25 179/24 189/11 202/3
212/12 215/15
**Weadock's [3]**   212/5 215/18
216/11
**web [1]**   168/16
**website [3]**   104/6 175/24
177/23
**websites [4]**   165/24 166/14
168/13 168/14
**week [5]**   27/14 32/6 114/4
127/13 194/18
**weeks [1]**   30/10
**weights [1]**   7/25
**welcome [1]**   4/12
**welcomes [1]**   92/23
**well [33]**   4/24 21/22 35/9
37/9 41/17 51/10 55/6 56/22
63/3 65/2 110/24 126/18
131/5 131/25 138/13 150/12
159/3 161/5 161/6 164/21
167/22 174/17 178/3 194/7
194/18 195/24 196/21 197/18
205/11 208/8 215/2 216/12
220/18
**well-known [1]**   63/3
**Wells [1]**   59/3
**went [12]**   17/24 36/20 93/10
93/19 103/17 117/24 145/23
197/8 198/5 200/7 200/13
205/22
**were [83]**   5/1 7/15 8/11
12/16 13/4 17/21 18/2 19/22
19/25 20/2 20/3 30/6 32/11
32/18 32/22 33/15 33/22
33/22 33/22 34/2 34/9 34/23
35/4 35/5 35/5 35/10 35/12
38/8 40/16 41/1 41/17 44/21
48/1 54/23 61/1 62/13 71/2
75/16 77/11 80/8 80/13 88/20
103/10 104/15 104/19 108/3
115/5 116/14 125/16 133/4
133/19 138/2 142/17 142/20
146/17 147/20 148/25 155/21
157/8 161/12 161/12 161/14
162/3 166/20 169/16 170/4
174/15 175/23 176/6 182/16
182/20 182/24 191/17 191/19
197/10 197/11 198/21 205/18
207/14 208/1 213/19 215/24
215/25

**weren't [2]** 191/8 205/17
**WEST [8]**   1/2 1/6 1/16 1/19
1/25 32/23 34/4 216/19
**what [411]**
**whatever [15]**   49/22 63/15
95/17 151/10 153/10 190/18
191/1 191/8 192/1 192/19
205/13 206/4 207/10 207/12
216/19
**whatsoever [1]**   184/9
**when [94]**   5/9 11/3 11/25
17/12 21/22 23/15 29/5 30/7
32/4 32/7 40/15 45/20 50/9
53/5 55/10 59/11 61/1 64/13
70/8 70/15 70/21 75/10 81/15
84/22 89/14 91/6 91/10 91/12
91/20 97/7 100/12 101/10
102/24 104/18 108/3 116/14
118/4 119/3 120/5 122/6
123/10 129/12 129/13 133/19
135/5 135/10 135/25 138/2
138/7 138/15 138/21 139/2
139/21 140/19 141/6 146/6
146/17 147/3 157/7 161/9
161/12 164/2 165/19 167/23
172/20 175/11 176/15 176/16
177/9 177/13 178/17 181/14
184/13 187/14 187/23 188/25
193/8 193/14 194/3 196/6
206/7 206/25 207/5 207/20
208/4 209/3 209/10 209/15
209/25 210/18 211/20 214/10
214/19 221/15
**where [59]**   6/7 6/8 7/3 17/5
21/25 22/13 22/14 22/17
24/17 24/20 24/21 26/20
32/22 34/2 42/15 51/2 51/4
51/17 55/14 57/23 66/7 75/11
82/12 82/15 85/21 86/6 87/9
88/15 89/19 91/8 93/15 94/18
101/6 102/7 102/21 105/19
106/4 106/20 129/8 130/23
134/6 154/4 156/2 156/10
156/11 166/14 168/14 176/17
177/20 179/12 179/22 185/20
186/12 192/13 197/22 198/7
204/25 215/9 221/7
**Whereas [1]**   206/11
**whereby [3]**   86/14 168/16
182/20
**Whereupon [23]**   14/17 15/4
15/15 16/6 18/19 20/12 26/1
28/5 29/24 31/3 33/15 34/21
36/14 37/22 46/11 61/16
69/21 88/1 90/12 99/20
110/13 150/6 160/6
**wherever [1]**   59/18
**whether [31]**   5/24 11/22
16/20 18/2 18/2 51/3 51/24
54/18 61/20 76/18 79/23 80/8
80/17 83/20 96/5 117/12
123/12 131/20 132/9 134/4
135/23 136/18 137/4 156/1
158/19 161/13 161/14 173/22
211/13 213/12 220/4
**which [65]**   9/19 11/17 18/11
28/23 29/1 32/18 40/15 41/1
47/1 48/3 48/4 48/19 56/23

65/12 68/24 77/16 84/2 88/5
89/24 92/22 99/17 102/20
103/4 103/13 103/17 117/23
121/5 121/6 124/7 125/16
126/18 127/3 127/13 135/16
138/11 146/9 156/4 158/12
158/25 160/17 164/10 164/20
166/9 168/13 171/12 171/20
176/5 180/14 183/21 195/14
196/3 196/4 196/25 197/5
197/10 197/25 199/8 200/12
200/24 201/13 202/3 211/18
213/8 216/7 217/13
**whichever [1]**   156/3
**while [4]**   15/18 91/4 127/25
137/19
**white [9]**   17/9 39/6 39/9
39/18 40/1 40/2 65/7 108/20
205/12
**who [75]**   7/1 7/2 7/18 16/24
17/1 18/1 18/4 19/6 19/8
20/18 21/2 21/2 21/18 22/10
22/11 23/9 23/14 23/15 26/3
26/7 27/9 28/7 30/2 31/5
31/18 43/4 48/2 49/5 51/3
53/16 54/19 54/25 56/12
56/14 58/10 58/18 64/20
65/19 73/3 95/17 98/19
102/21 118/13 119/17 128/17
129/25 131/4 133/1 133/11
133/21 134/2 142/20 144/20
151/4 151/8 162/21 168/6
173/25 174/2 176/19 180/22
181/1 181/4 182/11 182/12
188/6 190/10 204/6 204/8
213/4 214/1 214/13 214/21
216/15 217/1
**whoever [3]**   11/6 119/13
204/12
**whole [7]**   7/22 8/10 25/8
54/20 65/21 68/25 130/3
**whom [2]**   23/18 212/22
**whomever [1]**   194/2
**why [41]**   6/19 7/4 21/20
25/14 30/13 33/21 60/21 64/2
64/12 80/1 82/20 86/5 91/6
94/9 94/13 101/22 106/21
111/14 121/8 140/24 141/1
153/6 155/12 167/21 172/4
176/11 176/12 180/2 182/16
182/24 183/19 187/13 188/18
189/13 189/16 192/22 193/13
203/18 205/5 215/24 220/17
**wide [1]**   158/23
**widespread [2]**   169/6 169/21
**will [142]**   4/4 7/5 8/24 9/25
11/20 11/24 13/21 13/25 24/6
24/16 25/4 25/7 26/23 27/13
27/14 27/18 28/11 28/15
28/15 28/16 29/3 29/4 29/6
29/12 30/7 31/15 40/6 40/8
45/22 50/21 53/9 54/16 59/7
69/17 69/19 72/4 72/7 73/18
75/2 75/9 83/5 84/7 87/10
95/12 95/13 96/20 106/6
106/14 107/2 107/6 107/8
107/11 107/12 107/21 107/22
109/15 110/11 110/25 112/11

**W**

**will... [83]**   113/18 113/18
114/16 115/4 116/11 121/14
121/15 121/17 121/18 122/3
122/6 122/11 122/21 122/22
122/24 122/25 125/1 127/20
127/25 128/4 129/4 130/14
131/23 136/2 137/2 137/2
137/4 141/15 144/10 145/6
151/1 151/14 151/22 153/7
153/12 153/16 154/10 154/22
170/22 170/23 171/1 171/2
171/8 171/9 171/11 179/18
180/1 180/22 181/2 182/18
185/11 190/21 190/22 192/20
193/6 193/14 193/20 193/20
193/22 193/22 195/11 195/12
205/25 206/4 207/11 207/12
208/13 218/9 218/15 218/15
218/24 219/7 219/13 219/23
219/23 219/24 220/7 220/10
220/17 220/18 220/19 221/7
222/6

**will notice [1]**   24/6

**willing [6]**   7/2 25/5 143/22
165/5 218/7 218/12

**window [1]**   101/6

**Windows [160]**   11/7 15/9 35/2
35/2 35/5 40/21 45/20 47/23
48/9 49/11 49/12 49/13 49/22
50/4 50/5 54/8 54/10 54/14
55/18 56/20 62/5 62/8 62/13
62/16 67/17 67/17 70/1 89/22
90/1 91/23 95/19 95/24 96/2
98/8 99/9 99/18 99/24 100/7
109/10 110/18 110/19 110/21
111/2 111/19 112/17 113/1
115/13 115/15 115/16 117/4
117/21 117/25 121/16 123/18
124/1 124/1 124/2 124/7
124/14 124/15 124/16 126/13
128/22 129/8 129/13 134/22
135/5 135/6 135/8 135/9
136/23 136/24 137/1 137/7
137/7 137/10 138/13 138/25
139/16 139/18 139/20 141/20
147/6 147/16 148/2 148/3
148/3 148/4 148/7 148/8
148/14 152/5 152/5 152/11
152/15 160/11 160/12 160/17
161/3 161/10 161/11 162/18
162/24 163/10 165/8 165/11
166/15 166/15 166/16 167/23
168/10 168/11 169/19 171/4
171/5 171/10 171/11 171/13
171/20 175/2 175/2 175/15
175/17 175/23 176/8 176/13
177/1 177/5 178/2 178/4
178/6 180/23 181/25 182/2
182/4 182/21 183/20 183/25
190/21 192/25 194/14 195/13
197/3 197/4 198/5 198/6
198/17 198/21 199/8 199/16
203/7 203/8 212/15 218/4
218/4 218/5 218/5 218/7
218/16 218/16

**winning [1]**   24/13

**wipe [11]**   261/11 83/9 119/21
120/12 121/18 124/7 183/24
187/6 190/17 190/23 204/7

**wiped [9]**   58/23 58/24 59/8
59/15 68/8 68/18 83/10 83/12
143/16

**wipes [2]**   139/20 191/9

**wire [5]**   35/24 36/5 36/18
36/22 37/11

**wireless [1]**   103/14

**wish [2]**   162/12 215/7

**within [19]**   8/7 8/15 21/16
36/23 42/18 70/9 70/11 73/20
73/21 74/10 75/8 75/9 95/14
98/24 110/17 115/11 127/14
129/2 197/5

**without [37]**   9/22 14/16 15/3
15/14 18/18 20/11 23/16
25/25 28/4 29/23 31/2 33/14
34/20 36/13 37/20 46/10
61/15 73/15 80/16 86/3 87/25
90/11 95/11 98/6 98/6 116/4
139/11 141/22 150/4 165/4
165/22 167/18 174/25 175/1
175/3 192/22 210/7

**witness [19]**   7/8 13/9 13/11
13/14 40/6 40/8 42/3 42/7
73/5 108/4 152/24 153/1
153/18 153/20 154/15 160/23
185/7 185/10 185/13

**witnesses [2]**   153/3 219/7

**WOLFF [66]**   1/7 4/2 4/9 4/11
4/19 5/11 13/2 16/10 17/2
17/5 17/18 17/23 18/12 19/9
19/21 19/24 20/5 20/19 21/3
21/4 22/12 22/13 22/17 24/22
25/13 25/20 26/4 27/10 27/21
27/23 28/8 29/17 30/3 30/22
31/6 31/19 32/12 32/19 32/23
35/25 36/6 36/18 37/16 38/8
38/8 39/4 55/17 56/18 56/21
57/2 62/6 66/24 199/21 202/8
202/15 202/24 207/22 211/24
212/22 213/25 216/1 216/1
216/5 219/15 219/17 221/3

**Wolff's [11]**   15/23 17/22
20/6 33/8 36/19 38/22 55/25
205/13 220/18 220/20 222/8

**woman [1]**   28/23

**won't [2]**   82/23 140/12

**wonder [1]**   220/4

**wonderful [1]**   217/1

**word [6]**   8/25 49/15 75/24
192/2 193/7 210/9

**words [9]**   35/11 47/3 53/6
63/12 74/12 96/9 155/17
192/5 205/9

**work [41]**   23/6 23/6 23/7
24/4 26/17 29/13 53/9 54/14
86/17 87/2 87/12 87/13 95/12
95/23 101/18 101/22 102/9
103/6 103/7 124/18 126/20
130/12 131/6 136/25 138/18
141/7 160/12 163/11 168/20
169/3 169/7 181/16 185/20
185/22 190/3 192/4 205/23
208/3 209/11 219/5 219/11

**worked [14]**   56/23 98/2

145/11 145/11 148/14 161/5
161/9 161/11 161/22 161/23
163/8 171/18 212/10 212/10

**working [8]**   15/18 25/1 56/19
64/21 103/6 103/7 104/4
160/10

**works [8]**   48/14 48/15 54/5
86/22 136/12 139/18 156/16
204/5

**world [6]**   84/10 154/8 160/16
187/9 215/24 216/17

**worldwide [1]**   161/25

**worried [1]**   176/21

**worse [1]**   190/1

**worth [6]**   41/21 156/4 156/7
172/4 184/16 206/1

**worthless [1]**   24/11

**worthy [4]**   212/8 214/17
215/20 215/22

**would [248]**

**wouldn't [20]**   80/16 87/13
94/15 96/23 124/9 124/18
124/19 139/10 147/17 175/9
182/5 182/5 182/6 182/12
184/18 205/23 206/20 214/2
221/13 222/1

**wrap [1]**   25/16

**written [2]**   160/16 161/5

**wrong [1]**   96/12

**wxp [1]**   28/16

**X**

**XP [103]**   11/7 14/7 24/7 27/1
35/2 45/20 49/11 49/13 54/8
55/18 62/8 62/8 62/23 67/17
88/5 89/22 90/1 92/23 95/14
95/19 97/14 98/4 98/5 98/8
110/18 115/1 115/2 115/6
115/13 115/16 116/18 116/20
117/4 117/21 117/25 118/4
118/16 119/13 119/21 120/23
121/16 121/19 122/7 122/9
123/1 123/18 124/1 124/1
124/2 124/3 124/5 124/5
124/15 125/1 125/2 125/3
125/11 125/25 126/2 126/18
128/22 129/8 134/22 136/23
139/18 145/7 147/6 147/9
147/16 147/19 152/5 152/14
162/18 162/25 165/11 166/20
166/22 168/10 170/21 171/3
175/2 175/14 176/13 177/1
177/20 181/24 182/1 191/17
191/21 191/23 195/13 197/3
198/5 198/17 198/19 198/21
199/8 203/8 205/20 212/14
218/4 218/4 218/16

**XP.2 [1]**   14/10

**XP.3 [2]**   14/21 14/25

**XP2 [2]**   35/2 198/21

**XP2's [2]**   40/16 40/23

**XP3 [3]**   35/2 35/7 40/19

**XP3's [1]**   40/24

**XP7 [1]**   49/22

**Y**

**year [17]**   29/12 41/5 41/11
41/13 41/15 52/3 52/7 52/8

## Y

**year... [9]**  85/9 85/10 85/11
85/12 85/13 135/2 135/3
147/7 161/9
**year's [1]**  25/6
**yearly [1]**  41/14
**years [12]**  41/8 154/7 160/19
163/8 163/12 168/8 186/8
186/8 188/15 188/20 189/21
222/5
**yep [2]**  92/19 150/19
**yes [165]**  5/19 9/8 10/12
10/17 10/25 11/19 12/9 15/17
19/1 19/19 20/16 20/22 20/24
24/9 31/24 37/2 37/6 37/8
37/10 38/4 38/16 39/14 39/25
40/7 40/22 43/3 44/8 44/12
45/23 46/18 47/11 48/8 48/23
51/6 53/3 53/10 53/13 55/22
56/7 63/1 64/9 65/16 65/18
68/12 68/14 69/24 71/14
72/22 72/25 73/2 74/8 74/11
74/14 75/5 76/7 78/15 78/24
81/18 82/5 82/11 86/14 87/20
88/14 89/10 89/13 90/1 94/24
96/15 98/12 98/14 99/6 100/2
104/25 105/4 105/8 108/25
109/6 111/22 111/24 112/1
114/25 116/23 118/20 119/14
119/23 120/7 120/17 120/21
121/20 122/10 122/12 123/5
124/6 125/18 126/4 126/14
126/16 128/3 128/6 130/2
135/4 137/24 138/22 141/7
142/9 143/8 143/23 144/1
144/5 144/11 145/6 145/13
148/8 149/16 149/20 150/22
151/6 152/18 152/22 154/6
154/12 154/17 157/3 159/8
159/10 160/1 161/1 161/16
161/21 162/4 162/11 162/13
163/7 163/16 164/1 164/4
164/6 164/15 165/13 165/19
166/21 167/5 168/8 168/13
168/23 174/12 175/17 175/20
177/22 178/1 179/3 179/6
179/15 179/22 186/3 186/3
186/6 187/12 188/8 189/9
189/12 190/15 199/3 199/15
201/3
**yet [2]**  25/15 30/14
**York [2]**  33/8 34/4
**you [1194]**
**you'd [2]**  128/20 128/25
**you're [1]**  121/10
**Young [1]**  161/9
**your [216]**  5/19 6/12 7/10
9/8 9/15 11/17 13/8 13/16
13/17 13/23 14/12 14/14
15/16 16/4 16/17 17/12 17/13
17/17 19/20 20/10 25/8 25/15
27/14 27/21 28/10 30/14
30/17 30/17 33/9 34/6 34/18
35/17 36/8 36/11 37/19 39/21
39/23 39/24 41/25 42/2 42/8
42/9 42/10 42/17 42/20 44/12
44/13 44/14 45/14 46/5 46/18

47/6 51/2 51/16 52/19 53/3
56/3 56/7 56/11 56/15 60/18
61/3 64/14 65/6 65/16 67/5
67/6 67/18 67/23 68/9 68/18
68/22 69/12 70/15 70/24
76/13 76/22 77/1 77/8 77/24
78/24 83/8 84/23 89/11 90/3
90/6 91/6 91/20 92/7 93/5
96/15 97/2 99/25 101/15
103/13 104/17 104/25 105/8
105/10 105/11 106/4 108/14
110/19 110/23 111/3 112/11
115/4 115/5 122/10 127/21
127/22 129/1 129/21 130/12
130/12 130/17 136/11 136/13
137/20 142/3 142/6 144/24
145/3 145/6 145/17 145/21
146/3 146/14 149/22 150/18
151/2 152/10 152/13 152/16
152/18 153/2 153/5 153/19
153/21 153/22 153/23 154/10
156/2 159/4 160/8 161/1
161/16 161/21 164/5 164/13
167/18 168/20 169/3 169/20
170/10 170/25 171/9 172/12
172/25 173/6 173/21 174/25
175/6 175/16 176/24 177/4
177/9 178/3 178/10 179/7
179/24 180/2 180/5 180/10
180/13 180/20 181/10 182/18
183/4 183/15 184/8 185/9
185/14 185/15 185/15 186/12
186/20 187/7 187/10 187/19
190/1 193/25 195/6 195/8
197/19 197/19 200/20 201/1
201/5 201/6 202/5 202/12
202/25 203/6 204/15 204/16
204/23 206/3 206/8 207/13
208/21 209/10 209/23 216/19
218/8 221/5
**yours [2]**  24/14 92/8
**yourself [11]**  13/12 13/16
42/6 42/9 80/12 121/10
153/22 161/22 185/11 185/15
190/3

## Z

**zero [14]**  10/15 22/24 165/6
167/20 167/20 168/2 168/2
168/4 168/4 177/18 184/12
184/12 202/4 215/15