```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION

 3                    CASE NO. 16-CR-80090-HURLEY

 4        UNITED STATES OF AMERICA,      .

 5             Plaintiff,                .

 6                  vs.                  .
                                         .  West Palm Beach, FL
 7        CLIFFORD E. LUNDGREN,          .  May 23, 2017

 8             Defendant.                .

 9
                              VOLUME  2
10                      SENTENCING PROCEEDINGS
                 BEFORE THE HONORABLE DANIEL T. K. HURLEY
11                   UNITED STATES DISTRICT JUDGE

12

13        APPEARANCES:

14
          FOR THE PLAINTIFF:     LOTHROP MORRIS
15                               United States Attorney's Office
                                 500 South Australian Avenue
16                               Suite 400
                                 West Palm Beach, FL 33401
17                               561-820-8711

18        FOR THE DEFENDANT:     LILLY ANN SANCHEZ, ESQ.
                                 The LS Law Firm
19                               Four Seasons Tower
                                 1441 Brickell Avenue 15th Floor
20                               Miami, FL 33131
                                 305-503-5503
21
                                 BRUCE REINHART, ESQ.
22                               McDonald Hopkins LLC
                                 505 South Flagler Drive
23                               Suite 300
                                 West Palm Beach, FL 33401
24                               561-472-2121

25
```

Pauline A. Stipes, Official Federal Reporter

1          COURT REPORTER:        Pauline A. Stipes
                                  Official Federal Reporter
2                                 HON. ROBIN L. ROSENBERG
                                  Fort Pierce/West Palm Beach
3                                 772-467-2337

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          *THE COURT:*  The next matter before the Court is case

2     16-CR-80090.  This is United States of America versus Mr.

3     Clifford Eric Lundgren.

4          Let me ask counsel to make their appearances.  I will

5     start by recognizing counsel for the Government.

6          *MR. MORRIS:*  Lothrop Morris and Jonathan McGloin and

7     Daniel Richichi.

8          *THE COURT:*  Welcome.

9          *MR. REINHART:*  Bruce Reinhart and Lilly Ann Sanchez

10     present for Mr. Lundgren.

11          *THE COURT:*  Good morning, everyone, welcome.

12          As the parties will recall, we spent yesterday on a

13     hearing determining an infringement amount.

14          The parties will recall that prior to that, Mr.

15     Lundgren had come to court and he announced his decision to

16     change his plea from not guilty to guilty.

17          Because of that, the Probation Office was asked to

18     prepare a Pre-Sentence Investigation Report.

19          Now that report has been completed and a copy of the

20     report has been provided to both parties.

21          Our Supreme Court has told us that in order to

22     determine an appropriate sentence, the Court is obligated to go

23     through a two-step process.

24          First, we need to begin by consulting what are called

25     the Federal Sentencing Guidelines.  I know we talked about that

1    yesterday but, as I mentioned, those guidelines were developed

2    in an effort to try to achieve greater uniformity all across

3    the United States.

4          The hope is that if there is more uniformity in the

5    entire Sentencing system it would be more fair.

6          Now, as important as those guidelines are, what they

7    ultimately do is they produce a nonbinding, nonbinding

8    recommendation.  Because it is nonbinding, the Court is

9    obligated in a second stage to set out a list of factors that

10   need to be consulted as well.

11         In a sense, by doing that, it assures that the

12   Sentencing process is truly individualized as well, because it

13   looks at the unique characteristics of the crime and unique

14   characteristics of the person.

15         Coming back to the Sentencing Guidelines for a moment,

16   our Court of Appeals has told us that in order to properly

17   consult the guidelines, we need to make sure they are

18   accurately calculated.

19         To do that, we want to pause for a few moments and go

20   back and take a second look at the Pre-Sentence Investigation

21   Report.

22         First and foremost, that the factual information, the

23   description of what happened and so on, all of that is

24   accurate.

25         Second, we need to be sure that the legal conclusions

1    that have been developed from those facts, that they are

2    appropriate and justified, and finally and very important, we

3    want to be sure the calculations generated, that they, too, are

4    accurate.

5            Now, one other thing.  I think we all realize

6    sometimes when a Pre-Sentence Investigation Report is received,

7    occasionally there are objections filed, and then there is a

8    meeting with the U.S. Attorney and Probation Officer.

9            I want everyone to understand that it is my position

10   this morning, irrespective of what may have been mentioned in

11   an earlier proceeding, unless something is orally brought to my

12   attention, I assume everything not raised has been resolved and

13   no longer needs the Court's attention.

14           With that as a background, why don't I turn to Mr.

15   Reinhart or Ms. Sanchez first to see if there are any remaining

16   factual objections to the Pre-Sentence Investigation Report.

17           *MR. REINHART:*  Your Honor, I need the guidance on

18   whether this is factual or legal, that is the question of the

19   amount of any restitution that is owed.

20           The Court has said Microsoft is entitled to some

21   restitution and not a specific amount.  We don't believe they

22   are entitled to anything.

23           *THE COURT:*  Okay, there are shadows of yesterday.

24           There are two things we need to talk about.

25           Restitution, of course, I would think is really --

1     probably, when you think about it, there are two components to

2     it, there is a factual component and a legal component.

3          The factual component is what is the loss that

4     Microsoft has sustained.  We spent a lot of time yesterday on

5     issues related to that.

6          The second thing is, everybody remembers there was a

7     time when restitution could only be ordered if the party had

8     the ability to pay.  We are long beyond that because Congress

9     changed the rules, and the law on that is that restitution is

10    mandatory.

11         So, I suspect it is a factual issue, that is, as a

12    matter of fact has Microsoft sustained a loss.  Yes, that is

13    probably a factual component.

14         I think maybe that is the better way to handle it and

15    we can go on from there.

16         I wanted to mention one other issue that I think --

17    you may have some other issues in addition to that, but one of

18    the concerns I had is restitution -- not restitution, but the

19    ability to pay a monetary fine.  That is another factual issue

20    that we needed to look at.

21         I was most concerned -- to help you out, I know Mr.

22    Lundgren owns some stock, and I was trying to figure out

23    whether that is an accurate valuation of that stock.

24         He had an ownership interest in his own company, but

25    also in another company.  At the appropriate time, maybe we can

```
 1    talk about that.  Sometimes stock valuations are more hopeful
 2    than real, but I thought I needed to know about that.
 3            The first issue would be -- you tell me if I am
 4    phrasing this properly, but it is whether Microsoft sustained a
 5    compensable loss in this case.
 6            MR. REINHART:  The statutory language is pecuniary
 7    harm.
 8            I am tying it to the Probation Report, paragraphs 107
 9    and 108, page 22.
10            THE COURT:  Anything else other than that?
11            MR. REINHART:  Not factually.
12            THE COURT:  Mr. Morris, what about the Government, do
13    you have any factual objections?
14            MR. MORRIS:  We have a victim impact statement that
15    addresses that issue, what Microsoft believes is the loss.  I
16    wanted to know if the Court has received that.
17            THE COURT:  There was a letter sent, I think just
18    received, but I think the Probation Officer has that.  You
19    don't have any factual objections, but you have some
20    information that you would like to, at the appropriate time,
21    offer on this issue?
22            MR. MORRIS:  That is correct.
23            THE COURT:  One of the reasons we approach these
24    issues in two separate categories, the factual versus legal, is
25    that the rules are slightly different.  Whenever anybody makes
```

1    a factual objection to the Pre-Sentence Report, the Government

2    bears the burden of establishing a controverted fact by a

3    preponderance of the evidence.

4         Let me turn to Mr. Morris to allow the Government to

5    see if the Government has evidence they want to offer.

6         *MR. MORRIS:*  The only evidence we would offer is the

7    one letter from the victim impact statement.

8         *THE COURT:*  How do you mark that letter?

9         *MR. MORRIS:*  We mark that Government Exhibit 17.

10        *THE COURT:*   Any objection?

11        *MR. REINHART:*  No, Your Honor.

12        *THE COURT:*  Government Exhibit 17 received in evidence

13   without objection.

14        (Whereupon Government Exhibit 17 was marked for evidence.)

15        *THE COURT:*  May I also ask you, when you think about

16   this, in resolving issues, the Court is allowed to consider any

17   of the unobjected to facts in the Pre-Sentence Investigation

18   Report, also, both sides have a right to offer evidence here in

19   the proceeding.

20        I am wondering whether the Court also ought to have

21   before it all of the testimony offered yesterday during our day

22   long hearing where I received oral testimony from both sides.

23        *MR. REINHART:*  We have no objection to that.

24        *MR. MORRIS:*  Yes, we would agree.

25        *THE COURT:*  All right.  That is the evidence at this

1      point from the Government.

2              How about from Defense, does Defense care to offer

3      evidence?

4              MR. REINHART:  No, Your Honor.

5              THE COURT:  All right.  Argument by the Government.

6              MR. MORRIS:  Your Honor, again, we are going to be

7      relying on the Sentencing memorandum.

8              We believe in this particular case, the PSI correctly

9      states what the guidelines should be, at least at the

10     beginning.

11             So we recommend the guidelines for defendant Mr.

12     Wolff --

13             THE COURT:  Wait, this is Mr. Lundgren.

14             MR. MORRIS:  For Mr. Lundgren is a base offense level

15     of eight.

16             THE COURT:  The issue is, what is the amount of

17     restitution that -- if any, that Microsoft should -- that Mr.

18     Lundgren should be required to make to Microsoft.

19             MR. MORRIS:  Okay.  So, with respect to restitution,

20     we are going to rely on the victim impact statement which

21     multiplies the 20,000 counterfeit Microsoft Windows XP and

22     Windows 7 discs, and what they have done is, they used a $20

23     figure, which is 75 percent of the average profitability during

24     the relevant time period, and they believe, again, because they

25     didn't -- it is not pure profit to them, they deducted what the

```
 1    cost would be, and came up with a total figure of $420,000.
 2           THE COURT:  Well, let's go through this again now for
 3    a moment.
 4           Yesterday in the hearing we had -- the Government
 5    offered what I think was Exhibit 18.
 6           MR. MORRIS:  Correct.
 7           THE COURT:  Which dealt with the retail price of the
 8    infringed software.
 9           MR. MORRIS:  Correct.
10           THE COURT:  That was done to establish an infringement
11    amount.
12           MR. MORRIS:  Correct.
13           THE COURT:  Restitution looks at the pecuniary harm
14    sustained by the victim; is that right?
15           MR. MORRIS:  Correct.
16           THE COURT:  Help me out, how you arrive at the
17    conclusion you arrive at.
18           MR. MORRIS:  Microsoft calculated what they believe to
19    be their cost which would not be profit, they didn't suffer the
20    pecuniary harm for 25 percent of the retail value because that
21    would have been cost.
22           THE COURT:  You have to start at the beginning.
23           What is Microsoft's position as to the harm it
24    suffered in this case?  The Defendants produced how many
25    counterfeit discs?
```

```
 1              MR. MORRIS:  28,000, that is the amount.

 2              THE COURT:  Does Defense agree with that figure, there

 3    are 28,000 counterfeit discs?

 4              MR. REINHART:  Yes, Your Honor.  That is the

 5    unobjected to fact.

 6              THE COURT:  28,000 counterfeit discs.  Where do you go

 7    from there?

 8              MR. MORRIS:  As I look at the letter, they used the

 9    $20 number, and then they divided that -- frankly, they

10    multiplied it by 75 percent, arriving at $420,000.

11              From the Government's position, it should be the 25

12    number which I think the Court correctly found, and then what

13    Microsoft is saying is that you have to multiply that by

14    75 percent, which equals the amount that they would ordinarily

15    profit from the sale of each disc.

16              THE COURT:  Well, I want you to take me through so I

17    can understand what you are saying.

18              Let's deal with one disc.  Which disc are we talking

19    about here?

20              MR. MORRIS:  More the Court valued, and I agree it

21    should be valued -- we valued the discs the same.

22              THE COURT:  We valued the XP, whatever, and Windows 7

23    the same.  What is XP, XP 2?

24              MR. MORRIS:  More XP 2 and XP 3.

25              THE COURT:  So we have referred to them as XP and
```

```
1    Windows 7.
2              MR. MORRIS:  More correct.
3              THE COURT:  What was the value attributed to them
4    yesterday, retail value?
5              MR. MORRIS:  The retail value, and I think it is
6    correct, is $25.
7              What Microsoft is saying, they do get the full retail
8    value, but there is a cost associated with each sale which is
9    approximately 25 percent of the retail value.
10             THE COURT:  So, in other words, it cost them
11   25 percent of the retail price to produce the item.
12             MR. MORRIS:  Yes, produce, sell it and distribute it.
13             That gives the figure Microsoft believes is the
14   pecuniary harm to them, 75 percent of the retail value.
15             THE COURT:  In their words -- let's try to make this a
16   little more simple here.
17             Microsoft is saying if somebody had not produced this
18   counterfeit disc, we would have sold a disc, being that is a
19   supposition, it would have cost us -- say it is a hundred
20   dollars.  It would cost us $25 to produce it.  We lost $75 in
21   this process.
22             MR. MORRIS:  Yes, they believe that is a conservative
23   calculation based on their numbers.  They are trying to be
24   conservative.
25             THE COURT:  Now, again, just to put this back into
```

1    context of what was arrived at yesterday, Government Exhibit 18

2    in yesterday's hearing listed the retail price based on certain

3    distributors, whether it was an original -- a large original

4    equipment manufacturer and then whether it was a large

5    refurbisher, or small refurbisher, and so on.

6         So, in all of that, the Government utilized the lowest

7    possible figures?

8         *MR. MORRIS:*  Correct.

9         *THE COURT:*  It was $25 per disc, was it not?

10        *MR. MORRIS:*  Correct.  Yes.

11        *THE COURT:*  Which was lower than the figure on

12   Government's Exhibit 18.  At that point, the Government said we

13   will go with the low figure.

14        *MR. MORRIS:*  At the time we entered into the

15   agreement, we told them that is the figure we were going to

16   use.

17        *THE COURT:*  So, now, when we are looking at the

18   restitution obligation to Microsoft, the theory that you are

19   putting forward and that Microsoft offers through this letter

20   is that they are entitled to 75 percent of the cost of each one

21   of those discs.

22        *MR. MORRIS:*  The retail value, yes.

23        *THE COURT:*  The retail value because they deducted the

24   cost of production.

25        *MR. MORRIS:*  Right, 28,000 units.

 1             *THE COURT:*  That is your argument?

 2             *MR. MORRIS:*  That is our argument.

 3             *THE COURT:*  All right.  Defense.

 4             *MR. REINHART:*  If I could start, I didn't cite these

 5     cases, I am sure the Court is familiar with the Eleventh

 6     Circuit law that the amount of restitution is based on the

 7     amount of loss actually caused to the victim.  They don't get

 8     back more than they lost.  It is to make them whole again.

 9             The Government has a burden by the preponderance of

10     the evidence to prove restitution and the Eleventh Circuit

11     says, because the determination of restitution is by nature an

12     inexact science, the District Court may accept a reasonable

13     estimate of the loss based on the reason presented.

14             Microsoft's theory is it lost a sale because these

15     discs were sold into the marketplace, at some point they were

16     converted into full operating systems, and because of that,

17     Microsoft lost a sale and they are entitled to be compensated

18     for that loss.

19             The evidence is too speculative, the evidence in the

20     record doesn't allow you to arrive at a number.  We don't know

21     whether one of those discs got converted, or all 28,000 did, or

22     half of them did, or a third of them did.

23             *THE COURT:*  Let's begin, if we all agree that there

24     were 28,000 counterfeit discs produced, how many were seized?

25             *MR. REINHART:*  I believe -- 28,000 were seized.

```
 1              THE COURT:  Well, maybe I am missing something, then.
 2              If 28,000 were produced and 28,000 seized, isn't it
 3     reasonable to assume Microsoft sustained no damage because they
 4     had never been sold to anybody?
 5              MR. REINHART:  As much as I would like to say that,
 6     factually that is not correct.
 7              We have taken the position 28,000 is the correct
 8     number for Sentencing purposes.
 9              THE COURT:  Correct number of what?  That is my point.
10     If a hundred thousand discs were produced and 25,000 were
11     seized, wouldn't you then say there are 75,000 floating around
12     out there and we can engage in this view of has Microsoft lost
13     business and so on?
14              Let's go back to the figure.  What does the 28,000
15     figure represent in the Pre-Sentence Investigation Report?
16     Where is that figure?
17              MR. REINHART:  I will defer to the Government, that is
18     the number they gave us.
19              THE COURT:  Let's look at it for a minute to see what
20     it represents.
21              MR. MORRIS:  It does represent seizures, that is
22     correct.  We are not arguing that they were not seized, there
23     were 28,000 discs seized by the Government.  They were never
24     sold, we still have them in our possession.
25              THE COURT:  How can we use them for computing
```

1    restitution?

2             MR. MORRIS:  I understand the point you are making.

3             THE COURT:  You have to go back to what Mr. Reinhart

4    cited.

5             If restitution is predicated on the pecuniary loss

6    that they actually suffered, in a bank robbery case we say how

7    much money was stolen from the bank.

8             MR. MORRIS:  Right.

9             THE COURT:  And if the police stopped the get-away car

10   three blocks down the road and got back the $10,000 that the

11   teller passed to the bank robber, we would not order

12   restitution to the bank if they got their money back.

13            So, I guess the question is, if 28,000 discs were

14   seized, and certainly we have used that for computing the

15   magnitude of the harm that was intended, but if restitution is

16   looking at the loss that was actually sustained, where does

17   that leave us?

18            MR. MORRIS:  You know, I agree with the logic of that,

19   and I will withdraw the restitution request based on that.

20            I think you are right, we did stop those 28,000 discs

21   from entering the market, and I think in order to have a

22   restitution figure they would have had to enter the market and

23   they didn't.

24            THE COURT:  Okay.

25            MR. REINHART:  That is simple.

 1          *THE COURT:*  All right.  That is simplified.

 2          You know, recently I spent a lot of time in another

 3   case dealing with the concept of restitution, but the fraud was

 4   so enormous, a $170 million fraud, that it was like we were

 5   engaging in this completely academic exercise because there was

 6   no likelihood at all that any one of the people involved could

 7   ever begin to make restitution.

 8          But the law has changed and the law today is that you

 9   don't look at a person's capability of paying the restitution,

10   nonetheless you are obligated to figure what was the harm

11   suffered by the victims, and in those cases, they were multiple

12   insurance companies who paid out for compounded medications,

13   all of which were a huge fraudulent scheme.

14          In our case today, if 28,000 is the magic number that

15   we all agree to, and all of that was seized, then, in a sense,

16   by the action of law enforcement, Microsoft has been protected

17   and these discs don't enter the commercial market, and yet, at

18   the same time, the number of discs absolutely played a critical

19   role in evaluating what was the contemplated harm.  That is

20   where we looked at the infringement amount.

21          On the one hand, it was absolutely necessary, and that

22   is what we did yesterday.

23          Today, for restitution, I don't think we can do the

24   opposite.

25          So, I will sustain the objection that was raised and

 1    find, in light of the facts of the case, there is not a

 2    pecuniary harm that Microsoft actually suffered.  If anything,

 3    through the efforts of law enforcement, Microsoft has been

 4    saved from suffering that pecuniary harm by the seizure of

 5    these counterfeit discs.  Okay.

 6           Let's move into the second category of issues, and

 7    that consists of legal issues within the guidelines.

 8           Let's follow the very same approach.

 9           I turn back to Mr. Reinhart to see if there are any

10    legal issues within the guidelines.

11           MR. REINHART:  We want to preserve the objections you

12    ruled on yesterday, which were found at page eight, paragraph

13    31, page nine, paragraph 33, and page ten, paragraph 39,

14    relating to the evaluation of the amount of loss.

15           THE COURT:  So we crystalize that, there is no

16    question this is being preserved in the record.  This deals

17    with the methodology and amount of -- establishing the

18    infringement amount.

19           MR. REINHART:  Yes, computation of the guideline under

20    2B5.3.

21           THE COURT:  Yes.  Does the Government have any legal

22    issues the Government needs to raise?

23           MR. MORRIS:  No, Your Honor.

24           THE COURT:  As I said at the conclusion of yesterday's

25    hearing, I don't expect anybody to step back from the positions

1    advanced, they are there and part of the record and can be

2    susceptible to appellate review if that is what somebody

3    desires.

4          In light of those rulings, let's walk through the

5    Presentence Investigation Report together to make sure we have

6    the correct calculations in front of us.

7          MR. MORRIS:  Your Honor, may I make one request, this

8    came to my attention this morning.

9          This Exhibit 18 which the Court relied on, it does

10   contain -- this is the one that has the prices for -- retail

11   prices for all these particular items.

12         It does contain information that Microsoft would not

13   like it to be readily available to the public because this is

14   proprietary information, so what we request is that it be

15   sealed if possible.

16         THE COURT:  Is there any objection to sealing 18 so it

17   is there for appellate review, but simply not out in the public

18   domain?

19         MR. REINHART:  The Court has specific rules on

20   sealing, so I defer to the Court.  I just don't know.

21         THE COURT:  I am going to grant that request.  Clearly

22   this is proprietary information.  Somebody should not have to

23   engage in disclosing proprietary information in order to

24   preserve their own rights in litigation, and the normal way of

25   handling it is to seal that.  By doing it, it remains part of

1    the record so the Appellate Court can look at it and have the

2    benefit of determining if pressures were made.

3             One of the figures was larger, but we used a

4    discounted figure because representations had been made by the

5    Government to the Defense.

6             MR. MORRIS:  Yes.

7             THE COURT:  Here is our problem while thinking about

8    this.

9             We have the exhibit, but the exhibit was mentioned

10   several times.  Are you asking me to seal those portions of the

11   record that deal with that?

12            MR. MORRIS:  No, we don't need that.

13            THE COURT:  All right.  Let's begin, then.  We start

14   on page ten of the Pre-Sentence Investigation Report, paragraph

15   48, that shows the total offense level for these offenses is a

16   total offense level of 21.  Moving over to page 11, 53, that

17   shows Mr. Lundgren is placed in the lowest possible criminal

18   history category, he is placed in criminal history category I,

19   page 11, 53, and moving forward to page 20, page 20 at

20   paragraph 97, the recommended guideline imprisonment range is a

21   range of 37 to 46 months.

22            Do both parties agree that those are in fact the

23   correct calculations within the advisory guidelines?

24            MR. MORRIS:  The United States agrees.

25            MR. REINHART:  Based on the Court's rulings, yes.

```
 1            THE COURT:  There is one other factual matter that we
 2    should resolve before we move on.  That deals with Mr.
 3    Lundgren's finances and ability to pay a monetary fine.
 4            As I mentioned to you, the concern that I had was the
 5    valuation of some of the stock.  For instance, 30 percent
 6    interest in a company called ITAP, I-T-A-P, is valued at
 7    $287,000.
 8            His 100 percent interest in Tech Direct, which I
 9    understand is Mr. Lundgren's own company, he values at
10    $590,000.
11            MR. REINHART:  May I address those issues?
12            THE COURT:  Yes.
13            MR. REINHART:  Your Honor, ITAP, Inc., as you well
14    know from the letters and submissions, is the company Mr.
15    Lundgren runs on a day-to-day basis, he's a 30 percent owner of
16    the company, a public entity, not publicly traded.  It's Mr.
17    Lundgren and that is it.
18            287,000 represents the current value of the asset
19    value if the company were liquidated tomorrow.
20            THE COURT:  How about the $590,000 in Tech Direct?
21            MR. REINHART:  Again, not a publicly traded company,
22    an entity Mr. Lundgren created, owns a residence that Mr.
23    Lundgren rents.  590 is the value of the real estate.
24            THE COURT:  Is it mortgaged?
25            MR. REINHART:  It is not.
```

```
1              THE COURT:  He owns it free and clear?

2              MR. REINHART:  The entity --

3              THE COURT:  Do you take the position he does not have

4    money to pay a monetary fine?

5              MR. REINHART:  It is not.  We believe he is able to

6    pay some monetary fine over time.

7              THE COURT:  All right.  That helps me.

8              What we have done is consulted the Federal Sentencing

9    Guidelines, we have seen what recommendations they make.

10             They produce a nonbinding recommendation, and because

11   it is nonbinding, the Court is obligated to turn to Title 18

12   United States Code, Section 3553(a).  Congress set out a lot of

13   other factors, we can do that in a moment or two, but before I

14   do that, the Court requires that I ask Mr. Lundgren a question.

15             Mr. Lundgren, are you aware of any problem or

16   difficulty, anything that would be characterized as a legal

17   impediment to stop the Court from pronouncing a sentence in

18   your case?  Are you aware of any problem like that, sir?

19             THE DEFENDANT:  No.

20             THE COURT:  Thank you.  No legal cause having been

21   shown why sentence of law should not be imposed, I would be

22   more than happy to hear whatever you would like to say.

23             If it is okay with you, why don't I begin by turning

24   to Mr. Reinhart or Ms. Sanchez to speak on your behalf, but I

25   will come back to you.
```

 1          Mr. Reinhart.

 2          MR. REINHART:  Thank you.  For the clarity of the

 3     record, since we are talking about a fine, under paragraph 105

 4     of the Pre-Sentence Report, the guideline recommended fine

 5     range is $7,500 up to $2,000,000.

 6          I know Your Honor reads everything we submit, I assume

 7     you read the letters.

 8          THE COURT:  I have.

 9          MR. REINHART:  I would like to introduce some of the

10     people here yesterday and today.  Mr. Lundgren's mother, Linda

11     seem letter, brother-in-law Daniel Clark, who submitted a

12     letter, a good friend, Kirstin Nera, who I will ask to speak in

13     a second, and Robert Pratt who I will ask to speak to the

14     Court.  All here to support him.  You got letters from his

15     family members and all that.

16          There is one letter I wanted to comment on, that is

17     what we filed supplementally.  That is a letter from his

18     employee, this is a gentleman who was a gang banger and down on

19     his luck and desperately finding out what to do.  He is a

20     manager and supervisor in the warehouse, a trusted employee.

21     There are a lot of people like that who work in Mr.  Lundgren's

22     company.

23          That is who he is today.  He is a person who is giving

24     to other people and trying to help other people.

25          He will speak to this and I will speak to this after I

```
 1    ask the other people to speak as well.

 2              Our real plea to the Court today is that in imposing

 3    sentence, you view Mr. Lundgren as who he is today, not the

 4    person for which he did the things and pled guilty five years

 5    ago.

 6              I recognize he made a mistake and punishment has to be

 7    made, but proportionate, and show respect for the law in

 8    showing there are consequences for what you do, but also the

 9    law recognizes that people change and people should be given

10    second chances, and they get it and learn from their mistakes.

11    They should be given credit for that.

12              With that, I would like to ask myself near a to come

13    up and speak.

14              THE COURT:  Surely, yes.

15              Good morning, thank you so much for being here.

16              Would you be good enough to introduce yourself; would

17    you state your full name and spell your last name, please, for

18    the court reporter.

19              THE WITNESS:  Kirstin Nera, N-E-R-A.

20              THE COURT:  Kirstin.

21              THE WITNESS:  K-I-R-S-T-I-N.

22              I did submit a letter and I am assuming that it got to

23    you and you read it.  I am nervous.

24              THE COURT:  Take a deep breath, I want to hear what

25    you want to say.
```

```
 1              THE WITNESS:  I am here to speak about Eric.  I grew

 2    up in New Jersey before moving to Cleveland, Ohio.  I did

 3    attend the United States Naval Academy, Purdue and North

 4    Carolina State, I have a bachelor of Science in industrial

 5    engineering and a Master's Degree.  I grew up in a military

 6    family, and in going to the Naval Academy I had the honor and

 7    trust instilled in me at a very young age.

 8              THE COURT:  Did you graduate?

 9              THE WITNESS:  I didn't like being told what to do, I

10    resigned and I transferred to Purdue.

11              THE COURT:  How long were you there?

12              THE WITNESS:  I went through the summer, I went

13    through the hardest part.

14              THE COURT:  Right.  What did you do at Purdue?

15              THE WITNESS:  Got my Bachelor of Science in industrial

16    engineering, I graduated early with honors, straight with

17    Purdue.  I started at IBM in January 1999, and went directly

18    into one of the supply chain roles.  In May 2005, I was

19    divested when IBM sold the PC division to Lenovo.  I have been

20    there since 2005, and that entire year I worked in various

21    aspects, customer fulfillment, project management, cost

22    engineering, serviceability, and for the last four years or so,

23    I have been in inventory, whether it be worldwide or North

24    America or some semblance of that.

25              THE COURT:  Where are you headquartered?
```

```
 1              THE WITNESS:  I am out of Raleigh, North Carolina.
 2              THE COURT:    How do you know Mr. Lundgren?
 3              THE WITNESS:  We will get to that.  Two years ago -- I
 4     don't know how much you know about the broker business, the
 5     secondary electronics market.  It is a little bit underhanded
 6     still.  There are some bad things that go on there, a lot of
 7     dishonest --
 8              THE COURT:  Back up and tell me what you are talking
 9     about.
10              THE WITNESS:  So, what I do now, two years ago I took
11     on the role --
12              THE COURT:  You were discussing the broker business.
13     What is that?
14              THE WITNESS:  When a company such as Lenovo, Home
15     Depot, any electronic devices that come back, used, damaged,
16     open the box, we can't sell it as brand new, you have to do the
17     hard drive wipe, any accessory world wide, parts, components
18     from computers, up to a million dollar service, I am
19     responsible for moving all of that inventory.  I need to find
20     trusted partners to deal with.
21              When I was brought into this at Lenovo, I was brought
22     in to fix a person we believe had dealings with companies that
23     weren't up to snuff.  I had been contacted two, three times a
24     week by companies that want a piece of this business because
25     there is so much money in it, but there are so many businesses
```

```
 1   that aren't trustworthy.
 2           THE COURT:  I don't understand what you mean by that.
 3   You receive equipment back, and you want to arrange for its
 4   sale so you can get money for your company, is that it?
 5           THE WITNESS:  Correct.
 6           THE COURT:  When you say you are concerned about the
 7   people the product might go to, what are those concerns, how
 8   they use it, what they do with it?
 9           THE WITNESS:  Correct.  Lenovo has a lot of very
10   strict guidelines, product that we get in North America must
11   stay within the boundaries of North America.  We were in the
12   past selling it to brokers who were moving it overseas, which
13   is not according to the policy agreement.  It affects Lenovo's
14   markets in those areas.
15           Some of the partners Lenovo had been working with for
16   years and it started coming out that they were doing these
17   things.  I was brought in to fix it, and I started with the
18   North America PC business, desk tops, tablets and notebook
19   computers.  So, looking at all of the brokers we had been using
20   at the time and opening it up to new brokers, that is where I
21   met Eric and his companies, ITAP and partners.
22           Within a month of coming into the job, Eric contacted
23   myself and my manager at that time.  He had previously been to
24   Lenovo but didn't have much luck at that meeting because the
25   people that were running it were doing underhanded things.
```

     1            Honestly, his pitch on the phone started out like

     2     every other broker we listen to.  It sounded like every other

     3     one would until he got to speak about hybrid brokering,

     4     recycling, and that is what he has done in the secondary

     5     electronics market.

     6            THE COURT:  What is special about that that caused

     7     your attention?

     8            THE WITNESS:  Rather than trying to refurbish a

     9     computer that may be very old, doesn't have a lot of resale

    10     value, it costs Lenovo a lot of money to do that, Eric found a

    11     way, if a computer more has components and pieces and was

    12     refurbished, it was sold in the secondary market to under

    13     privileged, going into school districts and whatever it may be.

    14            THE COURT:  Listening to you, I am thinking about a

    15     program I saw on television that expressed a concern about what

    16     happened to these computers.  They showed an alley in Hong Kong

    17     and the waste is going into the ground water and everything

    18     else.

    19            There is a market, but obviously Governments and

    20     companies are very concerned about what is really happening.

    21     So, I can imagine being concerned about having a legitimate

    22     broker who is telling the truth about where the things will go

    23     is terribly important.

    24            THE WITNESS:  Correct, and there is another OEM having

    25     been caught with the computers ending up in the wastelands in

```
 1   China.  You have child labor laws, and we were looking for

 2   trustworthy partners to show the end to end process and we knew

 3   where everything was going.  We found that with ITAP, what he

 4   does with the products.  I manage the sale of about 150 million

 5   products a year, I sell more than any sales person.  What I do

 6   is extremely important to Lenovo, selling it to one wrong

 7   person and having one computer overseas in wasteland is

 8   millions of dollars to Lenovo.

 9           Most of the computers are torn down to the level, they

10   pull off the flash, memory, and resell the components to China.

11           Not only --

12           THE COURT:  The components get sold so they can use

13   them again?

14           THE WITNESS:  They don't necessarily go into

15   computers, but they go into talking toys or picture frames, so

16   we are saving the world as a whole by not making new

17   components, reusing components that have useable value and life

18   left.  When the computer battery dies, it is usually one out of

19   the six to nine sells.  He is able to go in and test all of

20   those batteries and find which ones have useable life left and

21   reintegrate those in China rather than melting them down for

22   cobalt value.

23           We have a revenue -- if you melt something it is

24   pennies on the dollar.  If he is reusing them, I may get 50

25   cents back for each of the sells.  From that standpoint, Lenovo
```

```
 1    is getting more money back, we are keeping products out of

 2    landfills, not polluting the environment.

 3           THE COURT:  What percentage of your business goes to

 4    Mr. Lundgren's company?

 5           THE WITNESS:  Out of the 150 million that I have been

 6    responsible for, he has gotten around 30 to 35 million of it.

 7    He gets a lot of my product, he is the preferred scrap vendor.

 8    There are areas using other partners, and they started to use

 9    Eric and his company.  He moves products out of Mexico, Brazil,

10    out of the various manufacturing plants out of China.

11           THE COURT:  When you say he moves it out, you have

12    access there and he is able to accept that?

13           THE WITNESS:  Yes, we have facilities that can do his

14    work in China, so we don't have to pay the logistic cost.

15           THE COURT:  You move it from South America directly to

16    China?

17           THE WITNESS:  Yes, so he provided a solution to Lenovo

18    that there was not that solution before.

19           To be honest, I have a budget number and since I have

20    come into this role, I have consistently been at or below my

21    budget because of the returns I am able to get from his

22    company.

23           Lenovo --

24           THE COURT:  How long have you had a relationship with

25    his company?  How long has Lenovo had the relationship?
```

```
 1              THE WITNESS:  I started my role in April 2015, and
 2    first spoke with him in May of 2015.  We certified him in May
 3    2015.
 4              THE COURT:  So a couple of years.
 5              THE WITNESS:  Yes, certifying his facility --
 6              THE COURT:  Do you deal with Mr. Lundgren in that?
 7              THE WITNESS:  I do, he has a partner, Walson, as well,
 8    they run separate areas of the business, and they don't play in
 9    each other parts, they are subject matter experts in what they
10    do.
11              THE COURT:  I take it you have found him to be a
12    person of integrity in terms of his business and business model
13    that's advantageous to Lenovo, and you would argue to other
14    concerns as well, policy concerns in terms of pollution and so
15    on.
16              THE WITNESS:  Correct.  I one hundred percent trust
17    him.  I wouldn't be standing here on behalf of Lenovo if I
18    didn't.  The service he provides, end to end accountability,
19    never once had an issue with any system coming back or any
20    questions on anything.  Sometimes we get reports, serial
21    numbers from units that made it overseas, and none of them have
22    come from Eric or his company.
23              THE COURT:  Thank you for coming today.  That is an
24    interesting insight into someone who has created a business
25    that has a useful purpose and works well with you.
```

```
 1                THE WITNESS:  Thanks.
 2                THE COURT:  Thank you so much.
 3                MR. REINHART:  You heard yesterday testimony from --
 4                THE COURT:  Mr. Kelley.
 5                MR. REINHART:  Thank you, Mr. Kelley.  I would like
 6      him to speak again.
 7                THE COURT:  Surely.  Mr. Kelley, introduce yourself
 8      again.
 9                THE WITNESS:  Yes, sir.  Brent Kelley, K-E-L-L-E-Y.
10      As I said yesterday, I am CEO of Power On Resources, but CEO of
11      Glory Star Satellite Systems which --
12                THE COURT:  Tell me the name.
13                THE WITNESS:  G-L-O-R-Y, S-T-A-R.
14                THE COURT:  Glory Star?
15                THE WITNESS:  Yes, that is the largest Christian
16      satellite distribution in North America.
17                THE COURT:  You told me you didn't use the word
18      refurbisher.
19                THE WITNESS:  Did not.
20                THE COURT:  That is the industry term, it is dealing
21      in used computers.  How do you know Mr. Lundgren?
22                THE WITNESS:  What I do, Power On Services is -- we
23      design, manage, process training programs for manufacturers
24      such as Apple, Dell and large retailers as well.  A lot of the
25      secondary market, and what Lenovo, was talking about, a lot of
```

```
 1    the post consumer products are really what we are talking

 2    about, after people use it.

 3          And so, how I know him, actually that it is a funny

 4    story, but I met Eric overseas in Shenzhen, China.

 5          THE COURT:  Go ahead and read it slowly.  People tend

 6    to go fast.

 7          THE WITNESS:  I wouldn't do that to you.

 8          We were working on a large and innovative recycling

 9    project for Apple.  His current partner had figured out a way

10    to separate the LCD, the display on the phone, from the glass

11    and there is a little something in them that's called a

12    digitizer, a lot of words, but the thing is the glass and

13    digitizers are proprietary, made by Apple for Apple, for their

14    use, and has to be destroyed.

15          LCD, no big deal, it is made by a company, not form

16    fit or functioning for anything.  It has a multiple of uses as

17    long as we could separate these pieces.  Walson, he is an

18    engineer -- when she said they serve different purposes, he is

19    an engineer, Walson just works on stuff until he figures it out

20    on the engineering side.

21          We figured out how to do it without damaging the LCD,

22    and reuse the LCD.

23          Part of my role for the last 12 years is that we have

24    been doing brand security functions for Apple.  What that means

25    is we are the largest demanufacturer or destroyer of iPhones in
```

 1    the world.

 2              THE COURT:  Say that one more time.

 3              THE WITNESS:  At this time, right up until recently,

 4    we are the largest destroyers of iPhones in the world.

 5              THE COURT:  Somehow, when old iPhones die, they come

 6    to you and you figure out what to do with them?

 7              THE WITNESS:  A little more than that, brand security

 8    is protecting the brand.  Often times you have a phone that

 9    goes back into service, can't be serviced, too old to service.

10    The brand wants to protect itself, they don't want that

11    particular unit going back out into the marketplace where

12    someone else is going to have another negative brand.

13              So what we specialized in is demanufacturing and

14    destroying iPhones for this manufacturer, as well as others,

15    but this manufacturer in particular.  What we came up with is

16    the reuse of nonproprietary components.  They have to authorize

17    it, of course, it is not just a brand thing.

18              In this case, you are talking -- I'm trying to think

19    of words I can say and not everyone question -- broadband,

20    LCD's, there is componentry in there that can be taken,

21    verified and made into new items.

22              Now, these are probably going to go into the secondary

23    markets that can reuse the product, such as I heard picture

24    frames, which is what we are talking about with this analogy.

25    We could make a flash, but the idea is the same, reuse it

 1    instead of rebuilding it for the same purpose, and there is a

 2    wealth of things that can be made with the highly advanced

 3    little products.

 4         Again, if it is not approved, it is destroyed and not

 5    reissued.  This doesn't go to a recycler, I think she alluded

 6    to this.  The recycling industry is not always the best

 7    industry as far as integrity.

 8         We held that position again, we are still contracted,

 9    and it is 12 years now, so they believe in our integrity.

10         THE COURT:  What is your relationship with Mr.

11    Lundgren?  I take it your company is separate from Mr.

12    Lundgren's.

13         THE WITNESS:  Yes, sir, absolutely.

14         THE COURT:  How did you get to know each other?

15         THE WITNESS:  How we met was, when I found out, again,

16    about the demanufacture of several million mobile devices and

17    someone I dealt with and trusted found a way to separate the

18    LCD that I could now remarket for three, five dollars each,

19    multiply that out, I was there the next week.  I flew out to

20    Hong Kong and I said I am here.

21         THE COURT:  This is Mr. Lundgren's partner?

22         THE WITNESS:  Wasn't at that time, but is today.  We

23    are using translation now, Chinese, Mandarin, back and forth.

24    He said no, no, no, come back in a month or two.

25         Now, any time in China the supplier wants you to wait

on anything, I actually start to dig in deeper quickly because
it is never a good sign.  And so, I let him know I would be
there the next day, in China.  I was in Hong Kong.  I am going
to be in China tomorrow, as a matter of fact.  So, when I
walked in the door, the first thing I saw was a fedora and then
Eric Lundgren, and he introduced himself as Mr Wang's
translator.  It turned out the problem Mr. Wang had was his
translator was on vacation, which was good for me to know.

So, I learned about three things that night; one, Mr.
Wang actually spoke descent English despite what he thinks,
Eric is a far more interesting person than a Chinese
translator, and this is someone I really needed to know.

THE COURT:  How far back is this?

THE WITNESS:  This is China, so right before he came
back to the U.S.

THE COURT:  Okay.

THE WITNESS:  We instantly connected and spent the
entire evening until the sun came out again talking about God,
the meaning of life, and actually, like so many other nights
since, discussing how to make the U.S. electronics reuse and
recycling industry more efficient and accountable.  Those are
large parts of my life.

So, I learned during that discussion Eric had been
living in China for four years already which really has a very
big way of distorting reality, good, bad, right, wrong.

```
 1    Personally, for me, about a week after being there I needed to
 2    get home, it is a whole nother world that doesn't make any
 3    sense, and his best friend had just passed away during that
 4    time.  He was at a turning point and ready for a life change.
 5            I have enjoyed watching Eric grow and mature quite a
 6    bit after returning to the U.S.  He has proven himself to be a
 7    reliable and trusted friend and someone's who handshake
 8    actually means something to me, which is saying a lot.
 9            As a 26 year veteran of the reuse and recycling
10    industry, I find his passion for creating new products from
11    consumer waste very refreshing.
12            There are very few people in this world that actually
13    get this.  The industry is about grinding stuff up.
14            He is not your typical "green guy".  When we talk
15    about that, he is not a veggie crunchie tree hugger.  He
16    doesn't just talk about this stuff, he actually does it.
17            And so, an idea with him on Monday becomes a sleepless
18    night on Tuesday.  By Wednesday he is gathering people
19    together, and Thursday they are working on something, Friday
20    they are trying it out.  The next Monday he has some new ideas
21    on how to make it better.
22            So, just a couple of months ago, as an example, I
23    received a call, I was digging a ditch at that time, but I
24    received a call from a very excited Eric Lundgren.  I get a lot
25    of calls like this.  This one started out with, buddy, I'm
```

1    going to break a world record and I want you to come down, and

2    ended with me listing several warnings which ended with, you

3    should really be wearing something fireproof for this, okay, in

4    actual conversation.

5           His electric vehicle did indeed set a world record

6    while wearing a NASCAR jumper, fireproof, and a fedora.

7           This electronic vehicle is made out of scrap parts

8    from the EV industry, cars, I can't tell you the percentage of

9    it, and out drove by mileage a Tesla.

10          It's drawing to the point I felt in my heart, and I

11   know he does, too, stuff doesn't need to be disposed of, we

12   need to be using this.  Stuff like that is the perfect tool for

13   the industry to go, change your heads and start looking at this

14   from a real human perspective and a real world perspective.

15          We are not your veggie crunchies, we are practical

16   business folks, but doing it is the key, showing it, because

17   you don't change these battleships until they see it can be

18   done.

19          In fact, just last week, before we arrived here for

20   Sentencing, he beat his own world record in the same car, tuned

21   it up, and next week, I hope, maybe two more weeks, we will go

22   for another 20 more miles and get up to 400 miles, but all from

23   scrap components from electric vehicles.  We are talking about

24   computers, scrap, vehicles, ten years from now are going to be

25   the problem.  Lithium batteries I won't touch with my own hand.

```
 1   I won't let my employees touch them with their own hands
 2   without rubber gloves.
 3          Your Honor, I do want to see this man continue and
 4   grow, do his work.  He is an inspiration to me.  I have been
 5   doing this a long time.  He is an inspiration to me and we are
 6   able to talk and grow together as well.  As long as I am doing
 7   this, I am finding new things, he is asking the questions.
 8          Thank you for your consideration.
 9          THE COURT:  Thank you, Mr. Kelley, I appreciate it,
10   and your testimony yesterday as well.  Thank you so much.
11          MR. REINHART:  I will ask Mr. Lundgren to say what he
12   wants to say.
13          THE COURT:  Yes.  Mr. Lundgren, do you want to address
14   the Court?
15          THE DEFENDANT:  Yes, Your Honor.
16          Judge Hurley, I came here today knowing that I was
17   going to be sentenced and there is a lot that I want to get
18   out, but I am afraid I am going to jump around.
19          THE COURT:  Take your time, I want to hear from you.
20          THE DEFENDANT:  I might read it slowly so I get it all
21   out and don't miss anything.
22          First I want to thank you for the opportunity to plead
23   my case before you today.  I certainly have made mistakes in
24   this situation and I accept responsibility for what I have
25   done.  It is important to me, and hopefully to you, Judge, to
```

 1    get to know the real me and not the one represented in this

 2    case.

 3            I've spent the best part of my life trying to make

 4    things right in the world, both from a personal relationship

 5    standpoint and from a much larger problem, including the

 6    environment and humanitarian issues.

 7            Your Honor, this case represents a moment in time, a

 8    moment in time of weakness for me.  While living in China for

 9    four years I rationalized -- I rationalized my way into this

10    situation.  Never before have I done anything like this, never

11    have I done anything like this before nor since.  In hindsight,

12    I really don't know what I was thinking.

13            I created a company called IT Asset Partners and

14    devoted to changing the world into a cleaner more efficient

15    environment.  I am honored to lead 113 employees representing

16    approximately 400 people including their families.

17            This is a responsibility that I take very seriously

18    because my leadership provides their economic stability.

19    Through this company, we strive to provide opportunity to those

20    less fortunate while making a positive difference in the world.

21            Here are some of the ways how:

22            My passion is the environment.  I care about the

23    environment, so in Chatsworth, California in 2014, I founded

24    the first electronic hybrid recycling company in the United

25    States from scratch.

```
 1              Today we serve Nintendo, Motorola, Fiat & Chrysler,

 2     Samsung, Lenovo and many others, successfully diverting over

 3     40 million pounds of eWaste from landfills a year by processing

 4     here in America.

 5              This startup has since grown to employ 113 people now,

 6     today, and I feel responsible for them.  My biggest fear is not

 7     going to jail, but letting them down, letting down people that

 8     rely on me.

 9              I care about the future.  I built the first electric

10     car battery pack recycling facility that does all of the RMA's

11     for Fiat and Chrysler trying to find the solution for electric

12     batteries.  It will be an enormous waste in the future, I am

13     worried about that.  We built the enormous RMA --

14              THE COURT:  What is the word you are using?

15              THE DEFENDANT:  Reverse logistics.

16              THE COURT:  What did you call it, R what?

17              THE DEFENDANT:  RMA.

18              THE COURT:  What is the RMA?

19              THE DEFENDANT:  A reverse solution for battery packs.

20              THE COURT:  Okay.

21              THE DEFENDANT:  This means $40 million in savings,

22     according to them, in the next ten years.

23              THE COURT:  You are talking about getting batteries

24     from cars and finding another use?

25              THE DEFENDANT:  Every ten years the battery goes bad.
```

```
 1    If you get in a wreck it may be weak.  All battery packs go
 2    somewhere, they go to landfills and get smelted.  So, we
 3    figured out a way to take out the working cells and build the
 4    power arrays that clean up the power ways in America.  If you
 5    are in a rural area in the middle of the country, plug in your
 6    EV, and in 20 minutes have a full charge out of our old trash
 7    that is going to be thrown away.  To me, it means a better
 8    world.
 9            That is what I am about.  That is what I live for.
10            I care about people.  In 2015 -- in 2015, the
11    Government of Ghana requested that we come over to help them
12    solve the sixth most polluted environment in the world called
13    Agbogbloshie.
14            I was busy trying to run a company, but they showed me
15    pictures and we went.
16            THE COURT:  How do you spell the name of that area you
17    went to?
18            THE DEFENDANT:  A-G-B-O-G-B-L-O-S-H-I-E.
19            THE COURT:  Good, thank you.
20            You went over and what happened?
21            THE DEFENDANT:  We were supposed to stay for a week,
22    and we didn't go on behalf of any Government, we went on behalf
23    of the company.
24            We wanted to film a documentary while we were there
25    trying to figure out how to help the Government because they
```

```
 1   didn't know what to do.

 2           When we got there, it was a beautiful wetland 50 years

 3   ago, and today they pile up electronics and burn them.

 4   Everybody in the town that doesn't have a job goes to the

 5   location to burn this with gasoline every day.  It is

 6   carcinogenic and next to Accra, which is a heavily populated

 7   city in Guyana.

 8           The people doing the work are getting cancer from

 9   breathing in lead and everything being burned all day long.

10           We got there and we were supposed to stay a week.  I

11   remember meeting the vice-president, Arthur, and he took me to

12   this fancy dinner and I said, let's try to fix this problem,

13   and he laughed at me.  He said you can't fix the problem, the

14   problem is the problem.  I said no, no, there are solutions,

15   and I tried to explain it to him, and he said, have you ever

16   been there?  He said, you don't know what you are talking

17   about.

18           That night he went home and I went to Agbogbloshie.  I

19   lived there, I lived there with my team, and I got to

20   experience that first hand and see what happens to people when

21   waste is -- when it is not handled properly.  I saw orphans

22   bleeding from their eyes, people getting cancer referred to as

23   ghost children because they will not live past the age of 25.

24           Excuse me.

25           We were supposed to stay for a week, we ended up
```

1    staying for months, and we convinced the GIPC and the EPA to

2    rewrite all of their policies.  Now, today, there is no more

3    burning in Africa, in Guyana, it is illegal today.  And we got

4    Home Depot in America to donate tools so they could separate

5    this stuff and have a healthy solution to take this apart, and

6    provided videos and the infrastructure to make sure people

7    weren't hurting themselves, and helping the world, because why

8    not?  Because that is what I am about.

9         So they outlawed the toxic burning, and when we got to

10   America, the EPA said you went there on behalf of the United

11   States of America, and I said no.  They said, well, we got word

12   that the Ambassador here in the United States from Guyana said

13   you came over to help them out on behalf of the United States

14   of America, and I said no, we did it because we could do it.

15        I care about our troops.  I grew up in a military

16   family, my father is a Marine and so, I constantly look for

17   ways where I can take this trash, this negative impact on our

18   society, and turn it into a positive impact.  Lemons to

19   lemonade, how can I do it.

20        We found this great organization, Cellphones for

21   Soldiers, we process all of their electronics and we refurbish

22   and repackage 20,000 phones to soldiers every year, our troops,

23   and ATT and Verizon, we said come on, guys, get involved, do

24   something, and they did.  They stood up and started donating

25   minutes, and now every soldier that goes overseas can get

```
 1    minutes and a cell phone.

 2              We sit there as they are being deployed at the

 3    Cellphones for Soldiers desk, and I pass out minutes and cell

 4    phones because it matters.

 5              Other programs that I'm working on today that are

 6    incomplete are in Nairobi.  We are building with the charity

 7    Computers for Kids in Need, we are building an entire tech

 8    school using old electronics that we have.  We got to refurbish

 9    the best of the best we could find, sending them over there and

10    they use them as tools to bridge the gap.

11              In the Nairobi slums they are able to learn computer

12    skills and get out of the slums.  It gives them some sort of

13    skill set that they can use to benefit themselves using what we

14    were going to throw away.

15              And we broke ground on a project with Homes for Heros,

16    we are building a home, and when I was asked what the budget

17    was, I said, you know what, we can afford it, let's build the

18    home.  We are building Homes for Heros, breaking ground on it

19    this month.  I am supposed to be there to do the whole

20    ceremony.  I don't care if I am there, I care that it gets

21    done.

22              That entire home is sponsored by my company which is

23    made up of the people who work so hard in my company that I am

24    supposed to lead.

25              THE COURT:  Mr. Lundgren, you are telling me these
```

```
 1    really remarkable things, projects and goals, which is truly

 2    admirable, but you understand the Court is obligated today to

 3    impose a sentence to serve as punishment for what you did.

 4           THE DEFENDANT:  I do, Your Honor.

 5           THE COURT:  What is your view of that?  I need to ask

 6    you, why did you do it?  You are a man of such talent and such

 7    creativity, what was going on here?

 8           THE DEFENDANT:  It was absolute stupidity.  I

 9    justified it at the time, thinking I was doing it for the right

10    cause, to keep laptops out of landfills.  It was the dumbest

11    thing in the world.  I didn't have the right to print somebody

12    else's brand, I didn't have the right to distribute.

13           THE COURT:  Does your company have proprietary

14    information?

15           THE DEFENDANT:  I am ashamed today.

16           THE COURT:  Does your company have proprietary

17    information?

18           THE DEFENDANT:  Yes, our process.

19           THE COURT:  So you understand the importance of that.

20           THE DEFENDANT:  I get it.  I am not here to justify

21    what I did.  I pled guilty because I know what I did was wrong.

22           I am hoping you can find a way to let me pay for what

23    I did rather than the people that rely on me.

24           THE COURT:  I understand that.

25           I have to tell you, I wish you had sat down with the
```

```
 1    Government and tried to work on a 5K1, because you could have

 2    given me flexibility to reduce your sentence.

 3              I have to feel that your experience in China and the

 4    knowledge that you have would have been invaluable.

 5              THE DEFENDANT:  Your Honor --

 6              THE COURT:  Here is the point.  I just wish they were

 7    in a position to file that motion today because it would have

 8    made my job a lot easier and would have had some societal

 9    benefit to it.

10              There is this Rule 35 I mentioned yesterday, I leave

11    it out there.  There are cases where people can't do it for all

12    kinds of good reasons.  I have drug cases where people live in

13    Mexico, no way they can assist the Government.

14              But I would imagine, through your experience in China

15    and so on, many wonderful things, but it is a hot bed of

16    counterfeiting and so on.  But we are where we are, and the

17    Government has not filed that motion.  I want you to think

18    about it.  You could really do some help.

19              THE DEFENDANT:  Within three days of finding out,

20    before any indictment, four and a half years ago, within three

21    days of finding out about this, I was here for the first time

22    ever in West Palm Beach, and I was meeting with the prosecutor

23    in three days.  I wanted to communicate, I came to figure this

24    out and make sure that I could do whatever I could to make this

25    right.
```

```
 1           There is nothing to make right, and no pre-notice, it
 2   was a raid on my house, I wasn't there, I was in Dallas.  The
 3   second I heard about it, I flew straight here and I tried to
 4   deal with it.
 5           THE COURT:  I know those are difficult decisions.  I
 6   am not faulting you, I am telling you this is a difficult
 7   Sentencing because I credit everything you are telling me, you
 8   are a very remarkable person.  I don't get people like that all
 9   the time in court.  Look, somebody who committed crime after
10   crime after crime, that is not you at all.
11           Unfortunately, you did commit a serious crime here.
12   Anything else you want to say to me that you think I need to be
13   aware of?
14           THE DEFENDANT:  No.  My every hope is you find a
15   sentencing method that I pay for what I've done, and I hope it
16   is me and not the people that rely on me.
17           THE COURT:  Thank you very much.
18           Let me turn to the Government.
19           MR. REINHART:  A few brief remarks.
20           THE COURT:  Yes.  You can sit down, Mr. Lundgren.
21           MR. REINHART:  Thank you very much.  I want to make a
22   few remarks.
23           The Court is aware from having seen Mr. Lundgren in
24   person, and you commented on this when he pled guilty, he told
25   you when he was 16 years old he started his first business and
```

he has been hustling ever since.  To try to get that into
someone else's head is difficult.  In conversation with Mr.
Lundgren about why he did it was, I was 20 some years old, I
was living in China, I was hustling and I just didn't think.
It was quick money, trying to get my businesses up and running,
and I made a stupid decision.  I think that is the truth and
that is what happened here.

        Often times Your Honor imposes sentence and people
stand here and say, judge, I am going to do better, judge, I
learned my lesson.  If you look into the future, you will see
it is okay.

        This is a rare case, this is not Mr. Lundgren saying I
am going to be a better person and learn from my mistakes.
There is concrete evidence that he has learned.  That was a
period of life with this and other things going on in China,
and he is trying to move forward.

        So, I recognize under the guidelines, Your Honor --
not under the guidelines, under 3553, Your Honor has to balance
a lot of different factors.

        One of the things, when you talk about the guidelines,
the guidelines try to quantify certain factors.  One of the
factors that doesn't do a lot of quantifying is the history and
background of the Defendant.  They don't let you factor in what
you just heard and what you learned about Mr. Lundgren and all
those things.  You don't get points off for that.

1           The factor that talks about the history and

2     characteristics of the Defendant is coequal with the one that

3     talks about the guidelines, Your Honor.  You could give

4     whatever weight to those two that you want.  You could look at

5     the case and say I accept the guidelines, I must consider them.

6     For purposes of this case, this defendant, I don't give a lot

7     of weight to the guidelines.

8           Given the recommendation that the Government is going

9     to make, the Government agrees the guidelines, driven by your

10    findings yesterday, are not the right guidelines.  As Mr.

11    Lundgren said, it's not that he was unwilling, he was unable

12    to.  He had information on people in China, there is a factory

13    on this street and this corner, and as time progressed, his

14    information got old.

15          It wasn't that he was unwilling; it was he was unable.

16          I understand that what Section 5K does give you

17    legally, and 3553, it is discretion you need.  After the Booker

18    case, you can evaluate 3553 factors any way you want to.

19          We urge the Court -- clearly you have to give weight

20    to the need for deterrence.  If I am looking at it from the

21    Government's perspective, that is the factor that deserves the

22    most weight.

23          When you look at the history and characteristics of

24    the Defendant and respect for the law, respect for the law cuts

25    both ways.  If you impose a sentence too long, that doesn't

1   show respect for the law; if you impose a sentence too short,

2   that doesn't show respect for the law.  That factor should take

3   into account it has been five years since this happened, he has

4   moved on and become a positive person, and there is a sense

5   that taking that all away for something that he did back then

6   is something the Court might want to take into account and

7   should take into account in balancing all of the factors that

8   you have to balance in this case.

9        So, our recommendation -- I believe the Government is

10  going to recommend 18 months in this case.  I ask you to impose

11  house arrest.  That is punishment, liberty taken away, strict

12  conditions on him, and sends a message.  This is not a slap on

13  the wrist.  It allows him to continue on the arc he is on, to

14  be the good person he has become, not pull the rug out from the

15  progress he made, and let him be the person you read about and

16  heard about this morning.

17       That would be our request, Your Honor.

18       *THE COURT:*  Thank you very much.

19       Let me turn to the Government for the Government's

20  assessment.

21       *MR. MORRIS:*  First of all, this case reminds me, as

22  many of these sentencings do, how hard your job is because what

23  you are really doing is balancing two interests.

24       You are balancing the interest -- in arriving at a

25  sentence, you are balancing the interest of Mr. Lundgren, but

 1    also the interest of the community.

 2            In this case, obviously, we are talking about a very

 3    large community, we are talking about people who use computers

 4    and all that entails, Government, military, education, personal

 5    use.

 6            What they are asking for is not leniency, they are

 7    asking for a complete pass.  Let's call it what it is.

 8    Probation, that is really not a punishment in this case.

 9            What I would like to do, though, is focus a little bit

10    on what Mr. Lundgren did after he was aware that the Government

11    was investigating him.

12            We gave him the opportunity immediately when we met --

13    I wasn't going to mention this because, frankly, it was a

14    meeting that we had when he first came.  We told him -- we had

15    the exact same idea as you, we said, look, we think you could

16    be helpful, you know China, you know people in China.  We are

17    very interested in knowing where this came from.  You can come

18    in and tell us, and that will help you, and we discussed that.

19            He said no, I am not going to do that.  And, frankly,

20    what he said was, I didn't do anything wrong.  He didn't

21    believe at that time, I am convinced he didn't believe.  He

22    knew what he was doing, but he rationalized it to a point where

23    he was not -- he wasn't even close to accepting responsibility.

24    In fact, he seemed very upset that we would even accuse him of

25    this.

 1              So, it evolved, but the theme I want to go with here

 2     is you almost are looking at two completely different people.

 3              When you look at the case, you look at the fact that

 4     he really -- we had to drag him kicking and screaming into

 5     taking responsibility, and then he comes here and presents

 6     through his motions, you know, this -- I think it is -- again,

 7     technically he is accepting responsibility, but accepting

 8     responsibility and valuing the discs being at zero dollars,

 9     indicating that he is saying he never sold this for the reason

10     we know he sold it, which was for refurbishers to use the

11     software, we know that is what is going on here.

12              So, if you look at -- and one of the ways to analyze

13     this is you look at the way Mr. Wolff reacted.

14              I think their conduct, even though they played

15     different roles on this, was on par, they are equally culpable.

16     Look at how Mr. Wolff approached this.  When we told Mr. Wolff

17     what we were investigating, he couldn't be more helpful.

18              It took awhile for him to say everything that he had

19     done, but he gave us -- we took his computer and discussed it

20     with him, we said we want you to cooperate.  He helped us in an

21     undercover investigation that helped to ultimately charge Mr.

22     Lundgren, and afterwards, he helped us again by giving us his

23     computer.

24              He did all these things, meanwhile Mr. Lundgren was

25     denying, denying, denying any culpability at all, and the

```
 1    bottom line is, in my view, there has to be some importance
 2    attached to that fact because when you are going forward,
 3    acceptance of responsibility and truly understanding what you
 4    did was wrong, no matter how many great things you have done --
 5    and I agree, he has done many great things, God bless him for
 6    it, and I think it is wonderful, and I hope and expect him to
 7    do more wonderful things.
 8            He has to be sent the message.  I am not asking for a
 9    long incarcerative sentence in this case.  We came down already
10    through the negotiated plea to a sentence of 18 months.  You
11    know what, Judge, I didn't know at the time all the things he
12    had been doing when we agreed to that.  I am impressed, but I
13    still believe a sentence of some amount of incarceration is
14    required, and here is why.
15            Piracy, computer piracy and, you know, ransom ware,
16    viruses and all the things that come into it, is not just the
17    loss of income to Microsoft, which is huge -- in fact, I have
18    some statistics that show the economic loss in 2015 was likely
19    1.3 billion dollars a year, not to Microsoft, but in the
20    industry due to counterfeit.  This is not a small problem.
21            We are not saying Mr. Lundgren is responsible for
22    that, but he was playing his part in that.  This is a serious
23    business.
24            And then you asked the question, do you have
25    proprietary information, do you have things that you would not
```

1    want other people to steal from you as a businessman?  And of

2    course, the answer is yes, we do, and we wouldn't want people

3    to steal it from us.

4         So, a childhood indiscretion, I don't think that is

5    what this was.  This was not something you drop in and fall

6    into this.  You had to know where to go in China.  First of

7    all, travel to China, find the right factories.  You saw all

8    the emails going back and forth, a lot of effort was undertaken

9    in this, and it wasn't for one month or two months, it was for

10   two years.

11        The amount of money may seem small, but, you know,

12   when you are starting off and trying to get your company off

13   the ground, it is no small amount of money.

14        So I think that the bottom line is, the Court can

15   fashion a remedy that will hold him responsible for what he

16   did, and yet maintain the fact that he is an entrepreneur in

17   America.  We celebrate entrepreneurship when it is done the

18   right way, not stealing others' ideas, taking shortcuts.  That

19   is the object of the entrepreneur and I believe there is an

20   entrepreneur inside of him, but there is a thief inside of him.

21        None of us are perfect, we have different sides.  This

22   demonstrates it, you have almost complete polar opposites.  On

23   one side you see the entrepreneurial spirit, you want him to

24   thrive, and on the other side you see a pirate, the opposite.

25   And the Court is left with a record, which I think is a clean

```
 1   and very powerful record of these two contrasting sides of Mr.
 2   Lundgren.
 3          That is, of course, what the Court is here for, right,
 4   to develop a record, to see the whole of what Mr. Lundgren is,
 5   and then you are left with the very difficult task of
 6   fashioning a sentence that doesn't destroy Mr. Lundgren and his
 7   future, because we don't want to do that, but at the same time
 8   we have to punish this terrible problem that we have because so
 9   many people think that, you know, counterfeit Microsoft
10   software, oh, Microsoft is a multi-billion dollar company, no
11   big deal to them, it is not a crime.
12          And, you know, these cases are hard to do, and they
13   don't come along every day.  And it is unfortunate, you know
14   that he is not just a total pirate with no redeeming qualities,
15   it would be easier to sentence him, but you have to recognize
16   that Microsoft isn't any better off because he is a wonderful
17   guy.  They are damaged and harmed and so is the country when we
18   have -- you know, the bottom line is, I get why he felt in
19   China that it is okay to be a pirate because in China everybody
20   is a pirate.  That is what they do.
21          They don't recognize the intellectual property rights
22   of companies, at least certainly not American companies, maybe
23   Chinese companies, but in America, we have to recognize those
24   rights.  Those are the entrepreneurial rights that make the
25   dream he has in his mind come true.
```

```
 1          We have to protect that.  Bill Gates did not steal his
 2   software to create his company, he didn't.  No, he did not.  He
 3   did not.  The bottom line is, we need to protect intellectual
 4   property rights in this country, it has to mean something, even
 5   with people who are doing good things.
 6          What I am asking for, and I know it is a difficult
 7   request, is an incarcerative sentence that does not destroy Mr.
 8   Lundgren in his future, but also does justice to our
 9   intellectual property laws which need to be followed, and this
10   is a case where people are going to hear about it in his
11   community, which is a small community, these are the types of
12   people that deal -- you heard it from one of the people
13   speaking on his behalf.
14          So, the answer can't be, oh, Mr. Lundgren got charged
15   for stealing counterfeit -- he got charged for stealing
16   counterfeit software, there was no consequence.  He got
17   probation, he walked out of the courtroom, no problem.  That
18   sends the wrong message, and we can't send that message.
19          I know it is hard, I am not asking for a lengthy
20   sentence, but he needs a sentence where when somebody asks him,
21   when you got caught for that, did you go to prison -- I don't
22   care if it is a day, a month, two months, doesn't matter -- the
23   answer should be yes, I went to prison.  It is a white collar
24   case, but he needs to go to prison, and I know you are going to
25   do the right thing, I know you are.
```

1            That is what I am asking for.

2            THE COURT:  Mr. Morris, thank you.

3            MR. REINHART:  Your Honor, there is one thing for the

4    record.  I think the fact that Mr. Lundgren took certain legal

5    positions at Sentencing and during the litigation is not

6    something the Court should hold against him.  The fact that we

7    filed a motion and argued valuation is not something that the

8    Court should consider.

9            THE COURT:  No.  The parties have a right to assert

10   positions and Mr. Morris said these are hard cases to

11   prosecute, and I was sitting listening to it thinking these are

12   hard cases to listen to, too.  They are very complex, very

13   tough.  You folks are much more adept at this than I.  I use a

14   computer and yesterday was a revelation listening to the way

15   this industry works.

16            Absolutely not, the parties have a right to argue

17   their positions, people have a right to say I want to exercise

18   my constitutional right and go to trial.  That is what I get

19   paid to do, I'm here and if someone wants to do it, that is

20   their right.  That is what we put in place, don't worry about

21   that.

22            We began today by looking at the advisory guidelines.

23            I've talked several times about how important the

24   guidelines are because they really make an effort to avoid

25   these inexplicable highs or inexplicable lows, and if we have a

```
1    Criminal Justice System that goes across the country there
2    ought not be different sentences in urban areas versus rural
3    and East Coast and West Coast, and so on.
4              On the other hand, sentences need to be
5    individualized, and this case illustrates the importance of
6    that.
7              We began by looking at the advisory guidelines, but
8    now the Court is obligated to turn to Title 18 United States
9    Code, Section 3553(a), where Congress set out these factors.
10             The first is, appropriately, the nature and
11   circumstances of the offense.
12             I must admit, I probably have only the most
13   rudimentary concept of software, I know it exists, I see when I
14   hit a button on the computer that something happens, but we all
15   understand it is this combination of numbers and so on that
16   allows operating systems to work.
17             It is a monument of creativity, and we have this
18   concept, whether it be patents where we patent somebody's
19   invention, a novel invention, we give them a monopoly on it for
20   a period of time because we want to encourage creativity.  We
21   do the same thing with copyrighting written works or, in this
22   instance, software.
23             And we all, in the course of our lives, I suspect,
24   understand the extraordinary benefits that come to us.
25             When I went to law school, that is probably not true
```

```
 1    of some young people here, but we spent the first six months in

 2    law school on how did you find the cases in the library.  It

 3    was a big deal, they had the Centennial Digests, I don't know

 4    that I got the hang of it.  Today they go on WestLaw and they

 5    find cases, and what they find are the most on point, specific

 6    cases that deal with something because of the brilliance of the

 7    internet and technology.

 8            So, in that one area it has allowed for such strides.

 9            And you folks who live in this area can see the

10    applications in so many other things, whether it be in industry

11    or in health care, things that we almost take for granted every

12    day, the ability of someone going to a pharmacy and having your

13    pharmacist say to you, wait a second, I have just done a check,

14    you are getting this medication and that, and they may be

15    contraindicated, you are not supposed to be taking them both at

16    the same time, that sort of thing.  It is second nature now in

17    so many parts of our lives.

18            So, protecting these copyrights is very, very

19    important.  We understand.  In the last six months there is

20    this feeling that China is our friend and we work together

21    because of mutual concerns, but we are watching, as in the last

22    20 years, maybe longer, this extraordinary country emerging and

23    pulling itself together and improving the lives of its people,

24    obviously at certain cost to human rights, but we have also

25    watched, unfortunately, that in the development of industry in
```

1    China, there has been a willingness to kind of look the other

2    way when it came to a violation of intellectual property

3    rights.

4         I am not suggesting that China is the sole malefactor

5    here, but we do know there is a lot of it in China.  It is

6    probably because China has put so much effort into developing

7    its manufacturing base.

8         I was talking the other day, the idea there is a

9    factory over there that -- if there is such a thing -- the 8:00

10   to 5:00 shift is literally making legitimate discs for Dell,

11   which is a licensee of Microsoft, but somebody is slipping into

12   that factory at night and clearly turning out the illegitimate

13   discs, if that is what they do today, and they are clearly

14   indistinguishable.  This case has showed it, too, hasn't it?

15        The idea that you can look at these discs, the ones in

16   evidence in this case, and there is no way to tell them apart.

17   Certainly not by someone looking at it, reading the language

18   and everything, and then as a marvel, you put them into the

19   computer and look at the screen and they look exactly the same

20   as what the legitimate Microsoft software would portray.

21        So, safeguarding Microsoft's or anybody's copyright is

22   tremendously important.

23        We are talking about the quality of the software, we

24   are talking about people's rights when you buy a brand name to

25   rely on the reputation and the fact that you are getting what

```
 1    you are paying for and so on.
 2              And I know that Mr. Lundgren is someone who lives in
 3    this industry and understands all of that.
 4              Now, I am also obligated to look at the history and
 5    characteristics of the Defendant.  This morning's portrayal has
 6    been remarkable.
 7              You know one of the things that I have noticed about
 8    the Federal Government and Federal law enforcement, I don't
 9    know that they would appreciate the analogy, but they reminded
10    me of a large steamroller, they don't move fast, but they move
11    inexorably what is there.
12              This has appeared every time since the initial
13    investigation became obvious and us being here today.  And in
14    that time there is a whole other manifestation of Mr.
15    Lundgren, and you talked about it eloquently this morning.
16              I agree with you, you know, we drive down I-95, or out
17    on the Florida Turnpike, and at a certain point where you get
18    into Broward County there is the emerging mountain in the
19    southland of Florida, and it represents the trash and landfill
20    we generate.
21              Every one of us is aware of that when we distribute
22    our own rubbish.  It is remarkable the quantity of things that
23    a family generates in the course of a week.
24              So, understanding that we are a planet and we have to
25    be concerned about this planet, and being aware of the abuses
```

1   that take place, whether they are young children in a lot with

2   the water running through it pulling things apart with the

3   chemicals and everything else, or people in Africa breathing in

4   the acrid smoke and suffering potential damages, are very, very

5   important.  So, you are engaged in a wonderful thing and you

6   are obviously bringing to it your talent and commitment.  Let's

7   hope there are more people like you and you are even more

8   successful in the future.

9           The Court's obligation today is to impose a sentence

10   that will promote respect for the law and provide just

11   punishment.  I have to be concerned about the concept of

12   deterrence, and the need to protect the public.

13           Now, recently, I was involved in a lengthy sentencing

14   and it involved a white collar crime that ultimately produced

15   the loss of about $170 million, and as I listened to each

16   person who came to court, they are nice people, virtually every

17   single one of them had never had any involvement in the past

18   with the Criminal Justice System, and they came with 50 or so

19   of their friends to tell me how marvelous this person was, and

20   I know they were being truthful.

21           That is why these white collar crimes are difficult

22   because we see people that by many, many indices in society

23   they are successful, hard working, creative people, but they

24   have done something that requires, frankly, punishment for what

25   they have done.

 1           With that group of people, I don't think there was a

 2   one that I would say I am really worried that you would go back

 3   and do this again.

 4           I had a father sitting there who stood up with tears

 5   in his eyes confronting the fact and realizing that he had two

 6   young babies, and he is talking about not being a part of their

 7   lives for the next period of time, and I don't think that ever

 8   dawned on him when he made the judgment that he made.

 9           Sometimes we don't have the ability to know the

10   consequences that we have done.

11           I don't think deterrence, individual deterrence is an

12   issue with you.  I can't imagine anybody having the capacity to

13   do what you have done, having developed this company and with

14   the societal good it does, that you'd ever do anything, but I

15   have to be concerned about the concept of general deterrence.

16           The reality is, there are people in all walks of life

17   who make shortcuts, and we know that is true every day in the

18   technology industry.

19           The Lenovo experience and dedication that Lenovo has

20   to try to make sure this doesn't occur is truly admirable, but

21   the concept of general deterrence is, frankly, what I have to

22   be concerned about.

23           I am very sorry, because you do need to go to jail.  I

24   wish I could put you out with an ankle bracelet and you could

25   be there at the groundbreaking for this Home for Heros, what a

 1    wonderful thing, but what you did was wrong.  It required

 2    skill, it required thought, it wasn't a quick thing.

 3         The emails between yourself and Mr. Wolff really

 4    evidence that you folks knew what you were doing and you were

 5    moving carefully on that.

 6         My hope is that you will put this behind you and get

 7    back to doing what you are good at and what you have a talent

 8    for.

 9         It is hard, isn't it, to look back and try to pull

10    apart now, in retrospect, the things that were either going on

11    in your life or going on about you that allowed you to

12    rationalize what you were doing, but it is pretty clear you

13    understood that you were essentially highjacking legitimate

14    software.

15         You may have said, well, it is okay, and other

16    rationalizations, and we talked about that a lot yesterday, but

17    it is pretty clear you were doing that.

18         This case is especially difficult, I will tell you,

19    because of who you are today and in terms of who you have

20    become.  And so, balancing all of these things is not an easy

21    thing to do.

22         I have looked at all of the factors in Title 18 United

23    States Code, Section 3553(a), and I do think a sentence below

24    the advisory guidelines is one that is sufficient, but not

25    greater than that to achieve the goals that Congress set forth.

```
 1              Accordingly, it is the judgment of the Court that the
 2     Defendant is to be committed to the United States Bureau of
 3     Prisons to be imprisoned for a term of 15 months as to Count 1,
 4     and 15 months as to Count 3, and those sentences are to be
 5     served concurrently, at the same time.
 6              Upon your release from imprisonment, you are going to
 7     be placed on supervised release for a term of three years.
 8     This term consists of three years as to Counts 1 and 3, but
 9     they will run concurrently, at the same time.
10              Please remember, while you are on supervised release,
11     number one, you must not commit another crime.  You understand
12     that you may not possess a firearm.  That is a very serious
13     limitation and you want to act responsibly in that regard.  Of
14     course, you must not possess or use any controlled substance,
15     any illegal drug.
16              I am further ordering you pay a monetary fine to the
17     United States in the sum of $50,000 which shall be due and
18     payable immediately.
19              I want you to comply with the standard conditions of
20     supervised release and they will be explained to you in detail
21     by the Probation Officer, but over and above the standard
22     conditions, I will add the following special terms and
23     conditions:
24              Number one, you must maintain full-time legitimate
25     employment and not be unemployed more than 30 days without the
```

1    written permission of the Court.  I want you to provide

2    verification to the Probation Office to verify employment.

3            I do not preclude self employment or employment by a

4    company in which Mr. Lundgren holds an ownership interest.

5            While on supervised release, you shall provide

6    complete access to your financial information, including

7    disclosure of all business and personal finances to the

8    Probation Officer, but that requirement will cease upon the

9    full payment of the monetary fine that was imposed.

10           Finally, while on supervised release, you shall submit

11   to a search of your person, property and home, that to be

12   conducted in a reasonable manner and done at a reasonable time

13   by the Probation Officer.

14           It is further ordered that you pay to the United

15   States a special assessment in the sum of $100 as to each of

16   the two counts of conviction for a total special assessment of

17   $200.

18           Mr. Lundgren, what is the major city near your home?

19           THE DEFENDANT:  Los Angeles, California.

20           THE COURT:  Chatsworth?

21           THE DEFENDANT:  That is an hour away.

22           THE COURT:  Los Angeles is the major city nearby?

23           THE DEFENDANT:  Yes, sir.

24           THE COURT:  I want you to go to the prison designated

25   and self surrender.  If they have not provided a facility on or

1    before Friday, July 14th, I want you to self surrender at the

2    Office of the United States Marshal, United States Courthouse

3    in Los Angeles.

4         Mr. Lundgren, I want you to know you have the absolute

5    right to take an appeal from the judgment and sentence

6    announced here today.

7         Your finances don't indicate you are in this

8    situation, but if you do not have the ability to pay money for

9    a lawyer to represent you on an appeal, upon application, I

10   would look at that and make a decision about whether the Court

11   would appoint counsel to represent you.  Assuming you qualified

12   for that, I would do that.

13        Now, in order to take an appeal, you need to file a

14   piece of paper that is called a Notice of Appeal.  That notice

15   must be filed within 14 days of the day when the judgment and

16   sentence are actually entered on the books of the Court.

17        Before I conclude this morning, or this afternoon, it

18   is my obligation to elicit from each party their fully

19   articulated objections to the Court's findings of fact and

20   conclusions of law, and also to elicit any objections that

21   either party has to the manner in which sentence has been

22   imposed.

23        Let me turn first, if I might, to counsel for the

24   Government.

25        *MR. MORRIS:*  No objections, Your Honor.

```
 1                THE COURT:  Counsel for Defense.
 2                MR. REINHART:  We renew the previously made objections
 3      to the computation and the guidelines.
 4                THE COURT:  Yes.
 5                MR. REINHART:  We ask that he be designated to the
 6      camp in Sheridan, Oregon.
 7                THE COURT:  Mr. Lundgren, I don't have the legal
 8      authority to tell the Bureau of Prisons where somebody should
 9      be housed.  The first is the level of security, that it be a
10      camp.
11                I am more than happy to make a recommendation it be to
12      the Federal camp in Sheridan, Oregon.  I hope the Bureau of
13      Prisons can accommodate that request.
14                I want to tell you again, I think it is reasonable to
15      anticipate you will never be in a court in the future.  I hope
16      you continue doing the kinds of things you have done and I hope
17      you will participate in the upcoming ceremony as one of the
18      many things your company is doing for the community.
19                Anything else?
20                MR. MORRIS:  No.
21                MR. REINHART:  No.
22                THE COURT:  Thank you.  Court will be in recess.
23          (Thereupon, the hearing was concluded.)
24                              * * *
25
```

Pauline A. Stipes, Official Federal Reporter

```
1            I certify that the foregoing is a correct transcript

2   from the record of proceedings in the above matter.

3

4        Date:  June 3, 2017

5                      /s/ Pauline A. Stipes, Official Federal Reporter

6                            Signature of Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MR. MORRIS: [40]**   3/5 7/13
7/21 8/5 8/8 8/23 9/5 9/13
9/18 10/5 10/8 10/11 10/14
10/17 10/25 11/7 11/19 11/23
12/1 12/4 12/11 12/21 13/7
13/9 13/13 13/21 13/24 14/1
15/20 16/1 16/7 16/17 18/22
19/6 20/5 20/11 20/23 51/20
68/24 69/19
**MR. REINHART: [34]**   3/8 5/16
7/5 7/10 8/10 8/22 9/3 11/3
14/3 14/24 15/4 15/16 16/24
18/10 18/18 19/18 20/24
21/10 21/12 21/20 21/24 22/1
22/4 23/1 23/8 32/2 32/4
39/10 48/18 48/20 58/2 69/1
69/4 69/20
**THE COURT: [130]**
**THE DEFENDANT: [21]**   22/18
39/14 39/19 41/14 41/16
41/18 41/20 41/24 42/17
42/20 46/3 46/7 46/14 46/17
46/19 47/4 47/18 48/13 67/18
67/20 67/22
**THE WITNESS: [36]**   24/18
24/20 24/25 25/8 25/11 25/14
25/25 26/2 26/9 26/13 27/4
27/8 28/7 28/23 29/13 30/4
30/12 30/16 30/25 31/4 31/6
31/15 31/25 32/8 32/12 32/14
32/18 32/21 33/6 34/2 34/6
35/12 35/14 35/21 36/13
36/16

**$**

**$10,000 [1]**   16/10
**$100 [1]**   67/15
**$170 [2]**   17/4 63/15
**$170 million [2]**   17/4 63/15
**$2,000,000 [1]**   23/5
**$20 [2]**   9/22 11/9
**$200 [1]**   67/17
**$25 [3]**   12/6 12/20 13/9
**$287,000 [1]**   21/7
**$40 [1]**   41/21
**$40 million [1]**   41/21
**$420,000 [2]**   10/1 11/10
**$50,000 [1]**   66/17
**$590,000 [2]**   21/10 21/20
**$7,500 [1]**   23/5
**$75 [1]**   12/20

**/**

**/s [1]**   70/5

**1**

**1.3 [1]**   54/19
**100 [1]**   21/8
**105 [1]**   23/3
**107 [1]**   7/8
**108 [1]**   7/9
**11 [2]**   20/16 20/19
**113 [2]**   40/15 41/5
**12 [2]**   33/23 35/9
**14 [1]**   68/15
**1441 [1]**   1/19

**14th [1]**   68/1
**15 [2]**   66/3 66/4
**150 million [2]**   29/4 30/5
**15th [1]**   1/19
**16 [1]**   48/25
**16-CR-80090 [1]**   3/2
**16-CR-80090-HURLEY [1]**   1/3
**17 [3]**   8/9 8/12 8/14
**18 [10]**   10/5 13/1 13/12 19/9
19/16 22/11 51/10 54/10 59/8
65/22
**1999 [1]**   25/17

**2**

**20 [6]**   20/19 20/19 38/22
42/6 49/3 60/22
**20,000 [2]**   9/21 44/22
**2005 [2]**   25/18 25/20
**2014 [1]**   40/23
**2015 [6]**   31/1 31/2 31/3
42/10 42/10 54/18
**2017 [2]**   1/7 70/4
**21 [1]**   20/16
**2121 [1]**   1/24
**22 [1]**   7/9
**23 [1]**   1/7
**2337 [1]**   2/3
**25 [2]**   11/11 43/23
**25 percent [3]**   10/20 12/9
12/11
**25,000 [1]**   15/10
**26 [1]**   37/9
**28,000 [15]**   11/1 11/3 11/6
13/25 14/21 14/24 14/25 15/2
15/2 15/7 15/14 15/23 16/13
16/20 17/14
**287,000 [1]**   21/18
**2B5.3 [1]**   18/20

**3**

**30 [2]**   30/6 66/25
**30 percent [2]**   21/5 21/15
**300 [1]**   1/23
**305-503-5503 [1]**   1/20
**31 [1]**   18/13
**33 [1]**   18/13
**33131 [1]**   1/20
**33401 [2]**   1/16 1/23
**35 [1]**   47/10
**35 million [1]**   30/6
**3553 [6]**   22/12 49/18 50/17
50/18 59/9 65/23
**37 [1]**   20/21
**39 [1]**   18/13

**4**

**40 million [1]**   41/3
**400 [2]**   1/16 40/16
**400 miles [1]**   38/22
**46 [1]**   20/21
**48 [1]**   20/15

**5**

**50 [3]**   29/24 43/2 63/18
**500 [1]**   1/15
**505 [1]**   1/22
**53 [2]**   20/16 20/19
**5503 [1]**   1/20

**561-472-2121 [1]**   1/24
**561-820-8711 [1]**   1/17
**590 [1]**   21/23
**5:00 [1]**   61/10
**5K [1]**   50/16
**5K1 [1]**   47/1

**7**

**75 percent [5]**   9/23 11/10
11/14 12/14 13/20
**75,000 [1]**   15/11
**772-467-2337 [1]**   2/3

**8**

**80090 [1]**   3/2
**8711 [1]**   1/17
**8:00 [1]**   61/9

**9**

**95 [1]**   62/16
**97 [1]**   20/20

**A**

**A-G-B-O-G-B-L-O-S-H-I-E [1]**
42/18
**ability [6]**   6/8 6/19 21/3
60/12 64/9 68/8
**able [6]**   22/5 29/19 30/12
30/21 39/6 45/11
**about [72]**
**above [2]**   66/21 70/2
**absolute [2]**   46/8 68/4
**absolutely [4]**   17/18 17/21
35/15 58/16
**abuses [1]**   62/25
**academic [1]**   17/5
**Academy [2]**   25/3 25/6
**accept [4]**   14/12 30/12 39/24
50/5
**acceptance [1]**   54/3
**accepting [3]**   52/23 53/7
53/7
**access [2]**   30/12 67/6
**accessory [1]**   26/17
**accommodate [1]**   69/13
**according [2]**   27/13 41/22
**Accordingly [1]**   66/1
**account [3]**   51/3 51/6 51/7
**accountability [1]**   31/18
**accountable [1]**   36/21
**Accra [1]**   43/6
**accurate [3]**   4/24 5/4 6/23
**accurately [1]**   4/18
**accuse [1]**   52/24
**achieve [2]**   4/2 65/25
**acrid [1]**   63/4
**across [2]**   4/2 59/1
**act [1]**   66/13
**action [1]**   17/16
**actual [1]**   38/4
**actually [12]**   14/7 16/6
16/16 18/2 33/3 36/1 36/10
36/19 37/8 37/12 37/16 68/16
**add [1]**   66/22
**addition [1]**   6/17
**address [2]**   21/11 39/13
**addresses [1]**   7/15
**adept [1]**   58/13

**A**

admirable [2]   46/2 64/20
admit [1]   59/12
advanced [2]   19/1 35/2
advantageous [1]   31/13
advisory [4]   20/23 58/22
 59/7 65/24
affects [1]   27/13
afford [1]   45/17
afraid [1]   39/18
Africa [2]   44/3 63/3
after [8]   23/25 33/2 37/1
 37/6 48/9 48/10 50/17 52/10
afternoon [1]   68/17
afterwards [1]   53/22
again [17]   9/6 9/24 10/2
 12/25 14/8 21/21 29/13 32/6
 32/8 35/4 35/8 35/15 36/18
 53/6 53/22 64/3 69/14
against [1]   58/6
Agbogbloshie [2]   42/13 43/18
age [2]   25/7 43/23
ago [6]   24/5 26/3 26/10
 37/22 43/3 47/20
agree [9]   8/24 11/2 11/20
 14/23 16/18 17/15 20/22 54/5
 62/16
agreed [1]   54/12
agreement [2]   13/15 27/13
agrees [2]   20/24 50/9
ahead [1]   33/5
all [51]   4/2 4/23 5/5 8/21
 8/25 9/5 13/6 14/3 14/21
 14/23 17/1 17/6 17/13 17/15
 17/15 19/11 20/13 22/7 23/14
 23/15 26/19 27/19 29/19
 38/22 39/20 41/10 42/1 43/9
 44/2 44/21 47/11 48/8 48/10
 49/24 51/5 51/7 51/21 52/4
 53/24 53/25 54/11 54/16 55/7
 55/7 59/14 59/23 62/3 64/16
 65/20 65/22 67/7
alley [1]   28/16
allow [2]   8/4 14/20
allowed [3]   8/16 60/8 65/11
allows [2]   51/13 59/16
alluded [1]   35/5
almost [3]   53/2 55/22 60/11
along [1]   56/13
already [2]   36/24 54/9
also [10]   6/25 8/15 8/18
 8/20 24/8 52/1 57/8 60/24
 62/4 68/20
always [1]   35/6
am [48]   7/3 7/8 8/20 14/5
 15/1 19/21 24/22 24/23 25/1
 26/1 26/18 28/14 30/21 32/10
 35/20 36/3 39/6 39/7 39/18
 39/18 40/15 41/12 42/9 44/8
 45/19 45/20 45/23 46/15
 46/20 46/22 48/6 48/6 49/9
 49/13 50/20 52/19 52/21 54/8
 54/12 57/6 57/19 58/1 61/4
 62/4 64/2 64/23 66/16 69/11
Ambassador [1]   44/12
AMERICA [16]   1/4 3/2 25/24
 27/10 27/11 27/18 30/15

32/16 41/4 42/4 44/4 44/10
 44/11 44/14 55/17 56/23
American [1]   56/22
amount [16]   3/13 5/19 5/21
 9/16 10/11 11/1 11/14 14/6
 14/7 17/20 18/14 18/17 18/18
 54/13 55/11 55/13
analogy [2]   34/24 62/9
analyze [1]   53/12
Angeles [3]   67/19 67/22 68/3
ankle [1]   64/24
ANN [2]   1/18 3/9
announced [2]   3/15 68/6
another [8]   6/19 6/25 17/2
 28/24 34/12 38/22 41/24
 66/11
answer [3]   55/2 57/14 57/23
anticipate [1]   69/15
any [29]   5/15 5/19 7/13 7/19
 8/10 8/16 9/17 17/6 18/9
 18/21 19/16 22/15 22/18
 26/15 26/17 29/5 31/19 31/19
 35/25 37/2 42/22 47/20 50/18
 53/25 56/16 63/17 66/14
 66/15 68/20
anybody [4]   7/25 15/4 18/25
 64/12
anybody's [1]   61/21
anything [14]   5/22 7/10 18/2
 22/16 31/20 33/16 36/1 39/21
 40/10 40/11 48/12 52/20
 64/14 69/19
apart [4]   44/5 61/16 63/2
 65/10
appeal [4]   68/5 68/9 68/13
 68/14
Appeals [1]   4/16
appearances [2]   1/13 3/4
appeared [1]   62/12
appellate [3]   19/2 19/17
 20/1
Apple [5]   32/24 33/9 33/13
 33/13 33/24
application [1]   68/9
applications [1]   60/10
appoint [1]   68/11
appreciate [2]   39/9 62/9
approach [2]   7/23 18/8
approached [1]   53/16
appropriate [4]   3/22 5/2
 6/25 7/20
appropriately [1]   59/10
approved [1]   35/4
approximately [2]   12/9 40/16
April [1]   31/1
arc [1]   51/13
are [148]
area [4]   42/5 42/16 60/8
 60/9
areas [4]   27/14 30/8 31/8
 59/2
aren't [1]   27/1
argue [2]   31/13 58/16
argued [1]   58/7
arguing [1]   15/22
argument [3]   9/5 14/1 14/2
around [3]   15/11 30/6 39/18
arrange [1]   27/3

arrays [1]   42/4
arrest [1]   51/11
arrive [3]   10/16 10/17 14/20
arrived [2]   13/1 38/19
arriving [1]   11/10 51/24
Arthur [1]   43/11
articulated [1]   68/19
as [60]   3/12 4/1 4/6 4/6
 4/10 4/12 5/14 6/11 10/23
 11/8 11/25 15/5 15/5 18/24
 21/4 21/13 22/16 24/1 24/3
 26/14 26/16 29/16 31/7 31/14
 32/10 32/24 32/24 33/16
 33/17 34/14 34/14 34/23 35/7
 35/7 36/4 36/6 37/9 37/22
 39/6 39/6 39/6 39/10 43/22
 45/2 45/10 46/3 50/10 50/13
 51/21 52/15 55/1 60/21 61/18
 61/20 63/15 66/3 66/4 66/8
 67/15 69/17
ashamed [1]   46/15
ask [11]   3/4 8/15 22/14
 23/12 23/13 24/1 24/12 39/11
 46/5 51/10 69/5
asked [3]   3/17 45/16 54/24
asking [8]   20/10 39/7 52/6
 52/7 54/8 57/6 57/19 58/1
asks [1]   57/20
aspects [1]   25/21
assert [1]   58/9
assessment [3]   51/20 67/15
 67/16
asset [2]   21/18 40/13
assist [1]   47/13
associated [1]   12/8
assume [3]   5/12 15/3 23/6
assuming [2]   24/22 68/11
assures [1]   4/11
ATT [1]   44/23
attached [1]   54/2
attend [1]   25/3
attention [4]   5/12 5/13 19/8
 28/7
Attorney [1]   5/8
Attorney's [1]   1/15
attributed [1]   12/3
Australian [1]   1/15
authority [1]   69/8
authorize [1]   34/16
available [1]   19/13
Avenue [2]   1/15 1/19
average [1]   9/23
avoid [1]   58/24
aware [7]   22/15 22/18 48/13
 48/23 52/10 62/21 62/25
away [7]   16/9 37/3 42/7
 45/14 51/5 51/11 67/21
awhile [1]   53/18

**B**

babies [1]   64/6
bachelor [2]   25/4 25/15
back [28]   4/15 4/20 12/25
 14/8 15/14 16/3 16/10 16/12
 18/9 18/25 22/25 26/8 26/15
 27/3 29/25 30/1 31/19 34/9
 34/11 35/23 35/24 36/13
 36/15 51/5 55/8 64/2 65/7

**B**

**back...** [1]  65/9
**background** [2]  5/14 49/23
**bad** [3]  26/6 36/25 41/25
**balance** [2]  49/18 51/8
**balancing** [5]  51/7 51/23
  51/24 51/25 65/20
**banger** [1]  23/18
**bank** [4]  16/6 16/7 16/11
  16/12
**base** [2]  9/14 61/7
**based** [6]  12/23 13/2 14/6
  14/13 16/19 20/25
**basis** [1]  21/15
**batteries** [4]  29/20 38/25
  41/12 41/23
**battery** [5]  29/18 41/10
  41/19 41/25 42/1
**battleships** [1]  38/17
**be** [89]
**BEACH** [6]  1/2 1/6 1/16 1/23
  2/2 47/22
**bears** [1]  8/2
**beat** [1]  38/20
**beautiful** [1]  43/2
**became** [1]  62/13
**because** [46]  3/17 4/8 4/12
  6/8 9/24 10/20 13/23 14/11
  14/14 14/16 15/3 17/5 19/13
  20/4 22/10 26/24 27/24 30/21
  36/1 38/16 40/18 42/25 43/23
  44/7 44/8 44/14 45/4 46/21
  47/1 47/7 48/7 51/22 52/13
  54/2 56/7 56/8 56/16 56/19
  58/24 59/20 60/6 60/21 61/6
  63/22 64/23 65/19
**become** [3]  51/4 51/14 65/20
**becomes** [1]  37/17
**bed** [1]  47/15
**been** [31]  3/19 3/20 5/1 5/10
  5/12 10/21 15/4 17/16 18/3
  20/4 22/20 25/19 25/23 26/23
  27/15 27/19 27/23 28/25 30/5
  30/20 33/24 36/23 39/4 43/16
  47/4 49/1 51/3 54/12 61/1
  62/6 68/21
**before** [15]  1/10 3/1 8/21
  21/2 22/13 25/2 30/18 36/14
  38/19 39/23 40/10 40/11
  47/20 68/1 68/17
**began** [1]  58/22 59/7
**begin** [5]  3/24 14/23 17/7
  20/13 22/23
**beginning** [2]  9/10 10/22
**behalf** [7]  22/24 31/17 42/22
  42/22 44/10 44/13 57/13
**behind** [1]  65/6
**being** [13]  12/18 18/16 24/15
  25/9 28/21 37/1 43/9 45/2
  53/8 62/13 62/25 63/20 64/6
**believe** [14]  5/21 9/8 9/24
  10/18 12/22 14/25 22/5 26/22
  35/9 51/9 52/21 52/21 54/13
  55/19
**believes** [2]  7/15 12/13
**below** [2]  30/20 65/23
**benefit** [3]  20/2 45/13 47/9

**benefits** [1]  59/24
**best** [5]  35/6 37/3 40/3 45/9
  45/9
**better** [6]  6/14 37/21 42/7
  49/9 49/13 56/16
**between** [1]  65/3
**beyond** [1]  6/8
**big** [4]  33/15 36/25 56/11
  60/3
**biggest** [1]  41/6
**Bill** [1]  57/1
**billion** [2]  54/19 56/10
**bit** [3]  26/5 37/6 52/9
**bleeding** [1]  43/22
**bless** [1]  54/5
**blocks** [1]  16/10
**Booker** [1]  50/17
**books** [1]  68/16
**both** [7]  3/20 8/18 8/22
  20/22 40/4 50/25 60/15
**bottom** [4]  54/1 55/14 56/18
  57/3
**boundaries** [1]  27/11
**box** [1]  26/16
**bracelet** [1]  64/24
**brand** [9]  26/16 33/24 34/7
  34/8 34/10 34/12 34/17 46/12
  61/24
**Brazil** [1]  30/9
**break** [1]  38/1
**breaking** [1]  45/18
**breath** [1]  24/24
**breathing** [2]  43/9 63/3
**Brent** [1]  32/9
**Brickell** [1]  1/19
**bridge** [1]  45/10
**brief** [1]  48/19
**brilliance** [1]  60/6
**bringing** [1]  63/6
**broadband** [1]  34/19
**broke** [1]  45/15
**broker** [4]  26/4 26/12 28/2
  28/22
**brokering** [1]  28/3
**brokers** [3]  27/12 27/19
  27/20
**brother** [1]  23/11
**brother-in-law** [1]  23/11
**brought** [4]  5/11 26/21 26/21
  27/17
**Broward** [1]  62/18
**BRUCE** [2]  1/21 3/9
**buddy** [1]  37/25
**budget** [3]  30/19 30/21 45/16
**build** [2]  42/3 45/17
**building** [4]  45/6 45/7 45/16
  45/18
**built** [2]  41/9 41/13
**burden** [2]  8/2 14/9
**Bureau** [3]  66/2 69/8 69/12
**burn** [2]  43/3 43/5
**burned** [1]  43/9
**burning** [2]  44/3 44/9
**business** [14]  15/13 26/4
  26/12 26/24 27/13 30/3 31/8
  31/12 31/12 31/24 38/16
  48/25 54/23 67/7
**businesses** [2]  26/25 49/5

**businessman** [1]  55/1
**busy** [1]  42/14
**button** [1]  59/14
**buy** [1]  61/24

**C**

**calculated** [2]  4/18 10/18
**calculation** [1]  12/23
**calculations** [3]  5/3 19/6
  20/23
**California** [2]  40/23 67/19
**call** [4]  37/23 37/24 41/16
  52/7
**called** [6]  3/24 21/6 33/11
  40/13 42/12 68/14
**calls** [1]  37/25
**came** [14]  10/1 19/8 34/15
  36/14 36/18 39/16 44/13
  47/23 52/14 52/17 54/9 61/2
  63/16 63/18
**camp** [3]  69/6 69/10 69/12
**can** [32]  6/15 6/25 11/17
  15/12 15/25 17/23 19/1 20/1
  22/13 27/4 28/21 29/12 30/13
  34/19 34/20 34/23 35/2 38/17
  44/17 44/19 44/25 45/13
  45/17 46/22 47/13 48/20
  50/18 52/17 55/14 60/9 61/15
  69/13
**can't** [8]  26/16 34/9 38/8
  43/13 47/11 57/14 57/18
  64/12
**cancer** [2]  43/8 43/22
**capability** [1]  17/9
**capacity** [1]  64/12
**car** [3]  16/9 38/20 41/10
**carcinogenic** [1]  43/6
**care** [9]  9/2 40/22 41/9
  42/10 44/15 45/20 45/20
  57/22 60/11
**carefully** [1]  65/5
**Carolina** [2]  25/4 26/1
**cars** [2]  38/8 41/24
**case** [31]  1/3 3/1 7/5 9/8
  10/24 16/6 17/3 17/14 18/1
  22/18 34/18 39/23 40/2 40/7
  49/12 50/5 50/6 50/18 51/8
  51/10 51/21 52/2 52/8 53/3
  54/9 57/10 57/24 59/5 61/14
  61/16 65/18
**cases** [10]  14/5 17/11 47/11
  47/12 56/12 58/10 58/12 60/2
  60/5 60/6
**categories** [1]  7/24
**category** [3]  18/6 20/18
  20/18
**caught** [2]  28/25 57/21
**cause** [2]  22/20 46/10
**caused** [2]  14/7 28/6
**cease** [1]  67/8
**celebrate** [1]  55/17
**cell** [2]  45/1 45/3
**Cellphones** [2]  44/20 45/3
**cells** [1]  42/3
**Centennial** [1]  60/3
**cents** [1]  29/25
**CEO** [2]  32/10 32/10
**ceremony** [2]  45/20 69/17

**C**

**certain [5]**   13/2 49/21 58/4 60/24 62/17
**certainly [4]**   16/14 39/23 56/22 61/17
**certified [1]**   31/2
**certify [1]**   70/1
**certifying [1]**   31/5
**chain [1]**   25/18
**chances [1]**   24/10
**change [5]**   3/16 24/9 37/4 38/13 38/17
**changed [2]**   6/9 17/8
**changing [1]**   40/14
**characteristics [5]**   4/13 4/14 50/2 50/23 62/5
**characterized [1]**   22/16
**charge [2]**   42/6 53/21
**charged [2]**   57/14 57/15
**charity [1]**   45/6
**Chatsworth [2]**   40/23 67/20
**check [1]**   60/13
**chemicals [1]**   63/3
**child [1]**   29/1
**childhood [1]**   55/4
**children [2]**   43/23 63/1
**China [29]**   1/9 21/10 29/21 30/10 30/14 30/16 33/4 35/25 36/3 36/4 36/14 36/24 40/8 47/3 47/14 49/4 49/15 50/12 52/16 52/16 55/6 55/7 56/19 56/19 60/20 61/1 61/4 61/5 61/6
**Chinese [3]**   35/23 36/11 56/23
**Christian [1]**   32/15
**Chrysler [2]**   41/1 41/11
**Circuit [2]**   14/6 14/10
**circumstances [1]**   59/11
**cite [1]**   14/4
**cited [1]**   16/4
**city [3]**   43/7 67/18 67/22
**clarity [1]**   23/2
**Clark [1]**   23/11
**clean [2]**   42/4 55/25
**cleaner [1]**   40/14
**clear [3]**   22/1 65/12 65/17
**clearly [4]**   19/21 50/19 61/12 61/13
**Cleveland [1]**   25/2
**CLIFFORD [2]**   1/7 3/3
**close [1]**   52/23
**Coast [2]**   59/3 59/3
**cobalt [1]**   29/22
**Code [3]**   22/12 59/9 65/23
**coequal [1]**   50/2
**collar [3]**   57/23 63/14 63/21
**combination [1]**   59/15
**come [16]**   3/15 22/25 24/12 26/15 30/20 31/22 34/5 35/24 38/1 42/11 44/23 52/17 54/16 56/13 56/25 59/24
**comes [1]**   53/5
**coming [5]**   4/15 27/16 27/22 31/19 31/23
**comment [1]**   23/16
**commented [1]**   48/24

**commercial [1]**   17/17
**commit [2]**   48/11 66/11
**commitment [1]**   63/6
**committed [2]**   48/9 66/2
**communicate [1]**   47/23
**community [5]**   52/1 52/3 57/11 57/11 69/18
**companies [8]**   17/12 26/22 26/24 27/21 28/20 56/22 56/22 56/23
**company [33]**   6/24 6/25 21/6 21/9 21/14 21/16 21/19 21/21 23/22 26/14 27/4 30/4 30/9 30/22 30/25 31/22 33/15 35/11 40/13 40/19 40/24 42/14 42/23 45/22 45/23 46/13 46/16 55/12 56/10 57/2 64/13 67/4 69/18
**compensable [1]**   7/5
**compensated [1]**   14/17
**complete [3]**   52/7 55/22 67/6
**completed [1]**   3/19
**completely [2]**   17/5 53/2
**complex [1]**   58/12
**comply [1]**   66/19
**component [4]**   6/2 6/2 6/3 6/13
**componentry [1]**   34/20
**components [9]**   6/1 26/17 28/11 29/10 29/12 29/17 29/17 34/16 38/23
**compounded [1]**   17/12
**computation [2]**   18/19 69/3
**computer [11]**   28/9 28/11 29/7 29/18 45/11 53/19 53/23 54/15 58/14 59/14 61/19
**computers [10]**   26/18 27/19 28/16 28/25 29/9 29/15 32/21 38/24 45/7 52/3
**computing [2]**   15/25 16/14
**concept [6]**   17/3 59/13 59/18 63/11 64/15 64/21
**concern [2]**   21/4 28/15
**concerned [8]**   6/21 27/6 28/20 28/21 62/25 63/11 64/15 64/22
**concerns [5]**   6/18 27/7 31/14 31/14 60/21
**conclude [1]**   68/17
**concluded [1]**   69/23
**conclusion [2]**   10/17 18/24
**conclusions [2]**   4/25 68/20
**concrete [1]**   49/14
**concurrently [2]**   66/5 66/9
**conditions [4]**   51/12 66/19 66/22 66/23
**conduct [1]**   53/14
**conducted [1]**   67/12
**confronting [1]**   64/5
**Congress [4]**   6/8 22/12 59/9 65/25
**connected [1]**   36/17
**consequence [1]**   57/16
**consequences [2]**   24/8 64/10
**conservative [2]**   12/22 12/24
**consider [3]**   8/16 50/5 58/8
**consideration [1]**   39/8
**consistently [1]**   30/20

**consists [2]**   18/7 66/8
**constantly [1]**   44/16
**constitutional [1]**   58/18
**consult [1]**   4/17
**consulted [2]**   4/10 22/8
**consulting [1]**   3/24
**consumer [2]**   33/1 37/11
**contacted [2]**   26/23 27/22
**contain [2]**   19/10 19/12
**contemplated [1]**   17/19
**context [1]**   13/1
**continue [3]**   39/3 51/13 69/16
**contracted [1]**   35/8
**contraindicated [1]**   60/15
**contrasting [1]**   56/1
**controlled [1]**   66/14
**controverted [1]**   8/2
**conversation [2]**   38/4 49/2
**converted [2]**   14/16 14/21
**conviction [1]**   67/16
**convinced [2]**   44/1 52/21
**cooperate [1]**   53/20
**copy [1]**   3/19
**copyright [1]**   61/21
**copyrighting [1]**   59/21
**copyrights [1]**   60/18
**corner [1]**   50/13
**correct [20]**   7/22 10/6 10/9 10/12 10/15 12/2 12/6 13/8 13/10 15/6 15/7 15/9 15/22 19/6 20/23 27/5 27/9 28/24 31/16 70/1
**correctly [2]**   9/8 11/12
**cost [12]**   10/1 10/19 10/21 12/8 12/10 12/19 12/20 13/20 13/24 25/21 30/14 60/24
**costs [1]**   28/10
**could [18]**   6/7 14/4 17/6 33/17 34/25 35/18 44/4 44/14 45/9 47/1 47/18 47/24 47/24 50/3 50/4 52/15 64/24 64/24
**couldn't [1]**   53/17
**counsel [5]**   3/4 3/5 68/11 68/23 69/1
**Count [2]**   66/3 66/4
**counterfeit [11]**   9/21 10/25 11/3 11/6 12/18 14/24 18/5 54/20 56/9 57/15 57/16
**counterfeiting [1]**   47/16
**country [5]**   42/5 56/17 57/4 59/1 60/22
**counts [2]**   66/8 67/16
**County [1]**   62/18
**couple [2]**   31/4 37/22
**course [7]**   5/25 34/17 55/2 56/3 59/23 62/23 66/14
**court [46]**   1/1 2/1 3/1 3/15 3/21 3/22 4/8 4/16 5/20 7/16 8/16 8/20 11/12 11/20 14/5 14/12 19/9 19/19 19/20 20/1 22/11 22/14 22/17 23/14 24/2 24/18 39/14 46/2 48/9 48/23 50/19 51/6 55/14 55/25 56/3 58/6 58/8 59/8 63/16 66/1 67/1 68/10 68/16 69/15 69/22 70/6
**Court's [4]**   5/13 20/25 63/9

**C**

Court's... [1]  68/19
Courthouse [1]  68/2
courtroom [1]  57/17
CR [2]  1/3 3/2
create [1]  57/2
created [3]  21/22 31/24
 40/13
creating [1]  37/19
creative [1]  63/23
creativity [3]  46/7 59/17
 59/20
credit [2]  24/11 48/7
crime [8]  4/13 48/9 48/10
 48/10 48/11 56/11 63/14
 66/11
crimes [1]  63/21
criminal [4]  20/17 20/18
 59/1 63/18
critical [1]  17/18
crunchie [1]  37/15
crunchies [1]  38/15
crystalize [1]  18/15
culpability [1]  53/25
culpable [1]  53/15
current [2]  21/18 33/9
customer [1]  25/21
cuts [1]  50/24

**D**

Dallas [1]  48/2
damage [1]  15/3
damaged [2]  26/15 56/17
damages [1]  63/4
damaging [1]  33/21
DANIEL [3]  1/10 3/7 23/11
Date [1]  70/4
dawned [1]  64/8
day [12]  8/21 21/15 21/15
 36/3 43/5 43/9 56/13 57/22
 60/12 61/8 64/7 68/15
day-to-day [1]  21/15
days [5]  47/19 47/21 47/23
 66/25 68/15
deal [10]  11/18 20/11 26/20
 31/6 33/15 48/4 56/11 57/12
 60/3 60/6
dealing [2]  17/3 32/20
dealings [1]  26/22
deals [2]  18/16 21/2
dealt [2]  10/7 35/17
decision [3]  3/15 49/6 68/10
decisions [1]  48/5
dedication [1]  64/19
deducted [2]  9/25 13/23
deep [1]  24/24
deeper [1]  36/1
defendant [9]  1/8 1/18 9/11
 49/23 50/2 50/6 50/24 62/5
 66/2
Defendants [1]  10/24
Defense [6]  9/2 9/2 11/2
 14/3 20/5 69/1
defer [2]  15/17 19/20
Degree [1]  25/5
Dell [2]  32/24 61/10
demanufacture [1]  35/16

demanufacturer [1]  33/25
demanufacturing [1]  34/13
demonstrates [1]  55/22
denying [3]  53/25 53/25
 53/25
deployed [1]  45/2
Depot [2]  26/15 44/4
descent [1]  36/10
description [1]  4/23
deserves [1]  50/21
design [1]  32/23
designated [2]  67/24 69/5
desires [1]  19/3
desk [2]  27/18 45/3
desperately [1]  23/19
despite [1]  36/10
destroy [2]  56/6 57/7
destroyed [2]  33/14 35/4
destroyer [1]  33/25
destroyers [1]  34/4
destroying [1]  34/14
detail [1]  66/20
determination [1]  14/11
determine [1]  3/22
determining [2]  3/13 20/2
deterrence [6]  50/20 63/12
 64/11 64/11 64/15 64/21
develop [1]  56/4
developed [3]  4/1 5/1 64/13
developing [1]  61/6
development [1]  60/25
devices [2]  26/15 35/16
devoted [1]  40/14
did [34]  14/21 14/22 14/22
 16/20 17/22 24/4 24/22 25/2
 25/8 25/14 32/19 35/14 38/5
 41/16 44/14 44/24 46/3 46/6
 46/21 46/21 46/23 48/11 49/3
 51/5 52/10 53/24 54/4 55/16
 57/1 57/2 57/3 57/21 60/2
 65/1
did indeed [1]  38/5
didn't [18]  9/25 10/19 14/4
 16/23 25/9 27/24 31/18 32/17
 42/22 43/1 46/11 46/12 49/4
 52/20 52/20 52/21 54/11 57/2
die [1]  34/5
dies [1]  29/18
difference [1]  40/20
different [7]  7/25 33/18
 49/19 53/2 53/15 55/21 59/2
difficult [7]  48/5 48/6 49/2
 56/5 57/6 63/21 65/18
difficulty [1]  22/16
dig [1]  36/1
Digests [1]  60/3
digging [1]  37/23
digitizer [1]  33/12
digitizers [1]  33/13
dinner [1]  43/12
Direct [2]  21/8 21/20
directly [2]  25/17 30/15
disc [6]  11/15 11/18 11/18
 12/18 12/18 13/9
disclosing [1]  19/23
disclosure [1]  67/7
discounted [1]  20/4
discretion [1]  50/17

discs [20]  9/22 10/25 11/3
 11/6 11/21 13/24 14/15 14/21
 14/24 15/10 15/23 16/13
 16/20 17/17 17/18 18/5 53/8
 61/10 61/13 61/15
discussed [2]  52/18 53/19
discussing [2]  26/12 36/20
discussion [1]  36/23
dishonest [1]  26/7
display [1]  33/10
disposed [1]  38/11
distorting [1]  36/25
distribute [3]  12/12 46/12
 62/21
distribution [1]  32/16
distributors [1]  13/3
DISTRICT [4]  1/1 1/1 1/11
 14/12
districts [1]  28/13
ditch [1]  37/23
diverting [1]  41/2
divested [1]  25/19
divided [1]  11/9
division [2]  1/2 25/19
do [72]
documentary [1]  42/24
does [19]  9/2 11/2 15/14
 15/21 16/16 18/21 19/9 19/12
 22/3 29/4 37/16 38/11 41/10
 46/13 46/16 50/16 57/7 57/8
 64/14
doesn't [13]  14/20 28/9 35/5
 37/2 37/16 38/11 43/4 49/22
 50/25 51/2 56/6 57/22 64/20
doing [20]  4/11 19/25 27/16
 27/25 33/24 38/16 39/5 39/6
 43/8 46/9 51/23 52/22 54/12
 57/5 65/4 65/7 65/12 65/17
 69/16 69/18
dollar [3]  26/18 29/24 56/10
dollars [5]  12/20 29/8 35/18
 53/8 54/19
domain [1]  19/18
don't [42]  5/14 5/21 7/19
 14/7 14/20 17/9 17/17 17/23
 18/25 19/20 20/12 22/23 26/4
 27/2 29/14 30/14 31/8 34/10
 38/17 39/21 40/12 43/16
 45/20 48/8 49/23 49/25 50/6
 55/4 56/7 56/13 56/21 57/21
 58/20 60/3 62/8 62/10 64/1
 64/7 64/9 64/11 68/7 69/7
donate [1]  44/4
donating [1]  44/24
done [21]  9/22 10/10 22/8
 28/4 38/18 39/25 40/10 40/11
 45/21 48/15 53/19 54/4 54/5
 55/17 60/13 63/24 63/25
 64/10 64/13 67/12 69/16
door [1]  36/5
down [11]  16/10 23/18 29/9
 29/21 38/1 41/7 41/7 46/25
 48/20 54/9 62/16
drag [1]  53/4
drawing [1]  38/10
dream [1]  56/25
drive [3]  1/22 26/17 62/16
driven [1]  50/9

76

**D**

drop [1]   55/5
drove [1]   38/9
drug [2]   47/12 66/15
due [2]   54/20 66/17
dumbest [1]   46/10
during [5]   8/21 9/23 36/23
 37/3 58/5

**E**

each [10]   11/15 12/8 13/20
 29/25 31/9 35/14 35/18 63/15
 67/15 68/18
earlier [1]   5/11
early [1]   25/16
easier [2]   47/8 56/15
East [1]   59/3
easy [1]   65/20
economic [2]   40/18 54/18
education [1]   52/4
efficient [2]   36/21 40/14
effort [4]   4/2 55/8 58/24
 61/6
efforts [1]   18/3
eight [2]   9/15 18/12
either [2]   65/10 68/21
electric [4]   38/5 38/23 41/9
 41/11
electronic [3]   26/15 38/7
 40/24
electronics [6]   26/5 28/5
 36/20 43/3 44/21 45/8
Eleventh [2]   14/5 14/10
elicit [2]   68/18 68/20
eloquently [1]   62/15
else [6]   7/10 28/18 34/12
 48/12 63/3 69/19
else's [2]   46/12 49/2
emails [2]   55/8 65/3
emerging [2]   60/22 62/18
employ [1]   41/5
employee [2]   23/18 23/20
employees [2]   39/1 40/15
employment [4]   66/25 67/2
 67/3 67/3
encourage [1]   59/20
end [4]   29/2 29/2 31/18
 31/18
ended [3]   38/2 38/2 43/25
ending [1]   28/25
enforcement [3]   17/16 18/3
 62/8
engage [2]   15/12 19/23
engaged [1]   63/5
engaging [1]   17/5
engineer [2]   33/18 33/19
engineering [4]   25/5 25/16
 25/22 33/20
English [1]   36/10
enjoyed [1]   37/5
enormous [3]   17/4 41/12
 41/13
enough [1]   24/16
entails [1]   52/4
enter [2]   16/22 17/17
entered [2]   13/14 68/16
entering [1]   16/21

entire [5]   4/5 25/20 36/18
 45/7 45/22
entitled [4]   5/20 5/22 13/20
 14/17
entity [3]   21/16 21/22 22/2
entrepreneur [3]   55/16 55/19
 55/20
entrepreneurial [2]   55/23
 56/24
entrepreneurship [1]   55/17
environment [6]   30/2 40/6
 40/15 40/22 40/23 42/12
EPA [2]   44/1 44/10
equally [1]   53/15
equals [1]   11/14
equipment [2]   13/4 27/3
Eric [13]   3/3 25/1 27/21
 27/22 28/10 30/9 31/22 33/4
 36/6 36/11 36/23 37/5 37/24
especially [1]   65/18
ESQ [2]   1/18 1/21
essentially [1]   65/13
establish [1]   10/10
establishing [2]   8/2 18/17
estate [1]   21/23
estimate [1]   14/13
EV [2]   38/8 42/6
evaluate [1]   50/18
evaluating [1]   17/19
evaluation [1]   18/14
even [5]   52/23 52/24 53/14
 57/4 63/7
evening [1]   11/14
ever [6]   17/7 43/15 47/22
 49/1 64/7 64/14
every [13]   28/2 28/2 41/25
 43/5 44/22 44/25 48/14 56/13
 60/11 62/12 62/21 63/16
 64/17
everybody [3]   6/6 43/4 56/19
everyone [3]   3/11 5/9 34/19
everything [9]   5/12 23/6
 28/17 29/3 43/9 48/7 53/18
 61/18 63/3
evidence [14]   8/3 8/5 8/6
 8/12 8/14 8/18 8/25 9/3
 14/10 14/19 14/19 49/14
 61/16 65/4
evolved [1]   53/1
eWaste [1]   41/3
exact [1]   52/15
exactly [1]   61/19
example [1]   37/22
excited [1]   37/9
Excuse [1]   43/24
exercise [2]   17/5 58/17
exhibit [9]   8/9 8/12 8/14
 10/5 13/1 13/12 19/9 20/9
 20/9
exists [1]   59/13
expect [2]   18/25 54/6
experience [4]   43/20 47/3
 47/14 64/19
experts [1]   31/9
explain [1]   43/15
explained [1]   66/20
expressed [1]   28/15
extraordinary [2]   59/24

60/22
extremely [1]   29/6
eyes [2]   43/22 64/5

**F**

facilities [1]   30/13
facility [3]   31/5 41/10
 67/25
fact [16]   6/12 8/2 11/5
 20/22 36/4 38/19 52/24 53/3
 54/2 54/17 55/16 58/4 58/6
 61/25 64/5 68/19
factor [4]   49/23 50/1 50/21
 51/2
factories [1]   55/7
factors [9]   4/9 22/13 49/19
 49/21 49/22 50/18 51/7 59/9
 65/22
factory [3]   50/12 61/9 61/12
facts [3]   5/1 8/17 18/1
factual [13]   4/22 5/16 5/18
 6/2 6/3 6/11 6/13 6/19 7/13
 7/19 7/24 8/1 21/1
factually [2]   7/11 15/6
fair [1]   4/5
fall [1]   55/5
familiar [1]   14/5
families [1]   40/16
family [4]   23/15 25/6 44/16
 62/23
fancy [1]   43/12
far [3]   35/7 36/11 36/13
fashion [1]   55/15
fashioning [1]   56/6
fast [2]   33/6 62/10
father [2]   44/16 64/4
faulting [1]   48/6
fear [1]   41/6
Federal [7]   2/1 3/25 22/8
 62/8 62/8 69/12 70/5
fedora [2]   36/5 38/6
feel [2]   41/6 47/3
feeling [1]   60/20
felt [2]   38/10 56/18
few [4]   4/19 37/12 48/19
 48/22
Fiat [2]   41/1 41/11
figure [17]   6/22 9/23 10/1
 11/2 12/13 13/11 13/13 13/15
 15/14 15/15 15/16 16/22
 17/10 20/4 34/6 42/25 47/23
figured [3]   33/9 33/21 42/3
figures [3]   13/7 20/3 33/19
file [2]   47/7 68/13
filed [5]   5/7 23/17 47/17
 58/7 68/15
film [1]   42/24
finally [2]   5/2 67/10
finances [3]   21/3 67/7 68/7
financial [1]   67/6
find [12]   18/1 26/19 29/20
 37/10 41/11 45/9 46/22 48/14
 55/7 60/2 60/5 60/5
finding [5]   23/19 39/7 41/24
 47/19 47/21
findings [2]   50/10 68/19
fine [8]   6/19 21/3 22/4 22/6
 23/3 23/4 66/16 67/9

**F**

firearm [1]  66/12
fireproof [2]  38/3 38/6
Firm [1]  1/18
first [19]  3/24 4/22 5/15
 7/3 31/2 36/5 39/22 40/24
 41/9 43/20 47/21 48/25 51/21
 52/14 55/6 59/10 60/1 68/23
 69/9
fit [1]  33/16
five [3]  24/4 35/18 51/3
fix [4]  26/22 27/17 43/12
 43/13
FL [4]  1/6 1/16 1/20 1/23
Flagler [1]  1/22
flash [2]  29/10 34/25
flew [2]  35/19 48/3
flexibility [1]  47/2
floating [1]  15/11
Floor [1]  1/19
FLORIDA [3]  1/1 62/17 62/19
focus [1]  52/9
folks [4]  38/16 58/13 60/9
 65/4
follow [1]  18/8
followed [1]  57/9
following [1]  66/22
foregoing [1]  70/1
foremost [1]  4/22
form [1]  33/15
Fort [1]  2/2
forth [3]  35/23 55/8 65/25
fortunate [1]  40/20
forward [4]  13/19 20/19
 49/16 54/2
found [8]  11/12 18/12 28/10
 29/3 31/11 35/15 35/17 44/20
founded [1]  40/23
four [5]  1/19 25/22 36/24
 40/9 47/20
frames [2]  29/15 34/24
frankly [5]  11/9 52/13 52/19
 63/24 64/21
fraud [2]  17/3 17/4
fraudulent [1]  17/13
free [1]  22/1
Friday [2]  37/19 68/1
friend [4]  23/12 37/3 37/7
 60/20
friends [1]  63/19
front [1]  19/6
fulfillment [1]  25/21
full [6]  12/7 14/16 24/17
 42/6 66/24 67/9
full-time [1]  66/24
fully [1]  68/18
functioning [1]  33/16
functions [1]  33/24
funny [1]  33/3
further [2]  66/16 67/14
future [7]  41/9 41/12 49/10
 56/7 57/8 63/8 69/15


**G**

G-L-O-R-Y [1]  32/13
gang [1]  23/18
gap [1]  45/10

gasoline [1]  43/5
Gates [1]  57/1
gathering [1]  37/18
gave [3]  15/18 52/12 53/19
general [2]  64/15 64/21
generate [1]  62/20
generated [1]  5/3
generates [1]  62/23
gentleman [1]  23/18
get [34]  12/7 14/7 16/9
 24/10 26/3 27/4 27/10 29/12
 29/24 30/21 31/20 35/14 37/2
 37/13 37/24 38/22 39/17
 39/20 40/1 42/1 42/2 44/23
 44/25 45/12 46/20 48/8 49/1
 49/5 49/25 55/12 56/18 58/18
 62/17 65/6
get-away [1]  16/9
gets [2]  30/7 45/20
getting [6]  30/1 41/23 43/8
 43/22 60/14 61/25
Ghana [1]  42/11
ghost [1]  43/23
GIPC [1]  44/1
give [5]  50/3 50/6 50/16
 50/19 59/19
given [4]  24/9 24/11 47/2
 50/8
gives [2]  12/13 45/12
giving [2]  23/23 53/22
glass [2]  33/10 33/12
Glory [2]  32/11 32/14
gloves [1]  39/2
go [32]  3/22 4/19 6/15 10/2
 11/6 13/13 15/14 16/3 26/6
 27/7 28/22 29/14 29/15 29/19
 33/5 33/6 34/22 35/5 38/13
 38/21 42/1 42/2 42/22 53/1
 55/6 57/21 57/24 58/18 60/4
 64/2 64/23 67/24
goals [2]  46/1 65/25
God [2]  36/18 54/5
goes [6]  30/3 34/9 41/25
 43/4 44/25 59/1
going [36]  9/6 9/20 13/15
 19/21 25/6 28/13 28/17 29/3
 34/11 34/12 34/22 36/3 38/1
 38/24 39/17 39/18 41/7 42/7
 45/14 46/7 49/9 49/13 49/15
 50/8 51/10 52/13 52/19 53/11
 54/2 55/8 57/10 57/24 60/12
 65/10 65/11 66/6
good [13]  3/11 23/12 24/15
 24/16 36/2 36/8 36/25 42/19
 47/12 51/14 57/5 64/14 65/7
got [20]  14/21 16/10 16/12
 23/14 24/22 25/15 28/3 43/2
 43/10 43/19 44/3 44/9 44/11
 45/8 50/14 57/14 57/15 57/16
 57/21 60/4
gotten [1]  30/6
Government [35]  3/5 7/12 8/1
 8/4 8/5 8/9 8/12 8/14 9/1
 9/5 10/4 13/1 13/6 13/12
 14/9 15/17 15/23 18/21 18/22
 20/5 42/11 42/22 42/25 47/1
 47/13 47/17 48/18 50/8 50/9
 51/9 51/19 52/4 52/10 62/8

68/24
Government's [4]  11/11 13/12
 50/21 51/19
Governments [1]  28/19
graduate [1]  25/8
graduated [1]  25/16
grant [1]  19/21
granted [1]  60/11
great [3]  44/20 54/4 54/5
greater [2]  4/2 65/25
green [1]  37/14
grew [3]  25/1 25/5 44/15
grinding [1]  37/13
ground [4]  28/17 45/15 45/18
 55/13
groundbreaking [1]  64/25
group [1]  64/1
grow [3]  37/5 39/4 39/6
grown [1]  41/5
guess [1]  16/13
guidance [1]  5/17
guideline [3]  18/19 20/20
 23/4
guidelines [26]  3/25 4/1 4/6
 4/15 4/17 9/9 9/11 18/7
 18/10 20/23 22/9 27/10 49/17
 49/18 49/20 49/21 50/3 50/5
 50/7 50/9 50/10 58/22 58/24
 59/7 65/24 69/3
guilty [5]  3/16 3/16 24/4
 46/21 48/24
guy [2]  37/14 56/17
Guyana [3]  43/7 44/3 44/12
guys [1]  44/23


**H**

had [37]  3/15 6/7 6/18 6/24
 10/4 12/17 15/4 16/22 20/4
 21/4 25/6 26/22 26/23 27/15
 27/19 27/23 30/24 30/25
 31/19 33/9 36/7 36/23 37/3
 46/25 47/8 50/12 52/14 52/14
 53/4 53/18 54/12 55/6 60/3
 63/17 63/17 64/4 64/5
half [2]  14/22 47/20
hand [4]  17/21 38/25 43/20
 59/4
handle [1]  6/14
handled [1]  43/21
handling [1]  19/25
hands [1]  39/1
handshake [1]  37/7
hang [1]  60/4
happened [5]  4/23 28/16
 42/20 49/7 51/3
happening [1]  28/20
happens [2]  43/20 59/14
happy [2]  22/22 69/11
hard [9]  26/17 45/23 51/22
 56/12 57/19 58/10 58/12
 63/23 65/9
hardest [1]  25/13
harm [10]  7/7 10/13 10/20
 10/23 12/14 16/15 17/10
 17/19 18/2 18/4
harmed [1]  56/17
has [54]  3/19 3/20 3/21 4/16
 5/12 5/20 6/4 6/12 7/16 7/18

78

**H**

**has... [44]**  8/5 14/9 15/12
17/8 17/16 18/3 19/10 19/19
24/6 27/9 28/4 28/11 30/6
30/25 31/7 31/24 31/25 33/14
33/16 36/24 37/6 37/20 41/5
47/17 49/1 49/14 49/18 51/3
51/3 51/14 54/1 54/5 54/8
56/25 57/4 60/8 61/1 61/6
61/14 62/5 62/12 64/19 68/21
68/21
**hasn't [1]**  61/14
**have [120]**
**having [8]**  22/20 28/21 28/24
29/7 48/23 60/12 64/12 64/13
**he [121]**
**he's [1]**  21/15
**head [1]**  49/2
**headquartered [1]**  25/25
**heads [1]**  38/13
**health [1]**  60/11
**healthy [1]**  44/5
**hear [4]**  22/22 24/24 39/19
57/10
**heard [6]**  32/3 34/23 48/3
49/24 51/16 57/12
**hearing [6]**  3/13 8/22 10/4
13/2 18/25 69/23
**heart [1]**  38/10
**heavily [1]**  43/6
**held [1]**  35/8
**help [8]**  6/21 10/16 23/24
42/11 42/25 44/13 47/18
52/18
**helped [3]**  53/20 53/21 53/22
**helpful [2]**  52/16 53/17
**helping [1]**  44/7
**helps [1]**  22/7
**here [33]**  8/18 11/19 12/16
20/7 23/10 23/14 24/15 25/1
31/17 35/20 38/19 39/16
40/21 41/4 44/12 46/7 46/20
47/6 47/21 48/3 48/11 49/7
49/9 53/1 53/5 53/11 54/14
56/3 58/19 60/1 61/5 62/13
68/6
**Heros [3]**  45/15 45/18 64/25
**highjacking [1]**  65/13
**highly [1]**  35/2
**highs [1]**  58/25
**him [30]**  23/14 31/2 31/2
31/11 31/17 32/6 33/3 36/2
37/17 43/15 51/12 51/13
51/15 52/11 52/12 52/14
52/24 53/4 53/18 53/20 54/5
54/6 55/15 55/20 55/20 55/23
56/15 57/20 58/6 64/8
**himself [2]**  36/6 37/6
**hindsight [1]**  40/11
**his [37]**  3/15 3/16 6/24 21/8
23/14 23/17 23/19 27/21 28/1
30/9 30/13 30/21 30/25 31/5
31/12 31/22 33/9 36/7 37/3
37/10 38/5 38/20 39/4 48/25
50/13 53/6 53/19 53/22 54/22
56/6 56/25 57/1 57/2 57/8
57/10 57/13 64/5

**history [6]**  20/18 20/18
49/22 50/1 50/23 62/4
**hit [1]**  59/14
**hold [2]**  55/15 58/6
**holds [1]**  67/4
**home [10]**  26/14 37/2 43/18
44/4 45/16 45/18 45/22 64/25
67/11 67/18
**Homes [2]**  45/15 45/18
**HON [1]**  2/2
**honest [1]**  30/19
**Honestly [1]**  28/1
**Hong [3]**  28/16 35/20 36/3
**honor [22]**  5/17 8/11 9/4 9/6
11/4 18/23 19/7 21/13 23/6
25/6 39/3 39/15 40/7 46/4
47/5 49/8 49/17 49/18 50/3
51/17 58/3 68/25
**HONORABLE [1]**  1/10
**honored [1]**  40/15
**honors [1]**  25/16
**hope [10]**  4/4 38/21 48/14
48/15 54/6 63/7 65/6 69/12
69/15 69/16
**hopeful [1]**  7/1
**hopefully [1]**  39/25
**hoping [1]**  46/22
**Hopkins [1]**  1/22
**hot [1]**  47/15
**hour [1]**  67/21
**house [2]**  48/2 51/11
**housed [1]**  69/9
**how [32]**  8/8 9/2 10/16 10/24
14/24 15/25 16/6 21/20 25/11
26/2 26/4 27/7 30/24 30/25
32/21 33/3 33/21 35/14 35/15
36/13 36/20 37/21 40/21
42/16 42/25 44/19 51/22
53/16 54/4 58/23 60/2 63/19
**huge [2]**  17/13 54/17
**hugger [1]**  37/15
**human [2]**  38/14 60/24
**humanitarian [1]**  40/6
**hundred [3]**  12/19 15/10
31/16
**HURLEY [3]**  1/3 1/10 39/16
**hurting [1]**  44/7
**hustling [2]**  49/1 49/4
**hybrid [2]**  28/3 40/24

**I**

**I'm [4]**  34/18 37/25 45/5
58/19
**I've [3]**  40/3 48/15 58/23
**I-95 [1]**  62/16
**I-T-A-P [1]**  21/6
**IBM [2]**  25/17 25/19
**idea [5]**  34/25 37/17 52/15
61/8 61/15
**ideas [2]**  37/20 55/18
**illegal [2]**  44/3 66/15
**illegitimate [1]**  61/12
**illustrates [1]**  59/5
**imagine [3]**  28/21 47/14
64/12
**immediately [2]**  52/12 66/18
**impact [5]**  7/14 8/7 9/20
44/17 44/18

**impediment [1]**  22/17
**importance [3]**  46/19 54/1
59/5
**important [9]**  4/6 5/2 28/23
29/6 39/25 58/23 60/19 61/22
63/5
**impose [5]**  46/3 50/25 51/1
51/10 63/9
**imposed [3]**  22/21 67/9 68/22
**imposes [1]**  49/8
**imposing [1]**  24/2
**impressed [1]**  54/12
**imprisoned [1]**  66/3
**imprisonment [2]**  20/20 66/6
**improving [1]**  60/23
**Inc [1]**  21/13
**incarceration [1]**  54/13
**incarcerative [2]**  54/9 57/7
**including [3]**  40/5 40/16
67/6
**income [1]**  54/17
**incomplete [1]**  45/6
**indeed [1]**  38/5
**indicate [1]**  68/7
**indicating [1]**  53/9
**indices [1]**  63/22
**indictment [1]**  47/20
**indiscretion [1]**  55/4
**indistinguishable [1]**  61/14
**individual [1]**  64/11
**individualized [2]**  4/12 59/5
**industrial [2]**  25/4 25/15
**industry [14]**  32/20 35/6
35/7 36/21 37/10 37/13 38/8
38/13 54/20 58/15 60/10
60/25 62/3 64/18
**inexact [1]**  14/12
**inexorably [1]**  62/11
**inexplicable [2]**  58/25 58/25
**information [12]**  4/22 7/20
19/12 19/14 19/22 19/23
46/14 46/17 50/12 50/14
54/25 67/6
**infrastructure [1]**  44/6
**infringed [1]**  10/8
**infringement [4]**  3/13 10/10
17/20 18/18
**initial [1]**  62/12
**innovative [1]**  33/8
**inside [2]**  55/20 55/20
**insight [1]**  31/24
**inspiration [2]**  39/4 39/5
**instance [2]**  21/5 59/22
**instantly [1]**  36/17
**instead [1]**  35/1
**instilled [1]**  25/7
**insurance [1]**  17/12
**integrity [3]**  31/12 35/7
35/9
**intellectual [4]**  56/21 57/3
57/9 61/2
**intended [1]**  16/15
**interest [7]**  6/24 21/6 21/8
51/24 51/25 52/1 67/4
**interested [1]**  52/17
**interesting [2]**  31/24 36/11
**interests [1]**  51/23
**internet [1]**  60/7

**I**

introduce [3]   23/9 24/16 32/7
introduced [1]   36/6
invaluable [1]   47/4
invention [2]   59/19 59/19
inventory [2]   25/23 26/19
investigating [2]   52/11 53/17
investigation [10]   3/18 4/20 5/6 5/16 8/17 15/15 19/5 20/14 53/21 62/13
involved [4]   17/6 44/23 63/13 63/14
involvement [1]   63/17
iPhones [4]   33/25 34/4 34/5 34/14
irrespective [1]   5/10
is [371]
isn't [3]   15/2 56/16 65/9
issue [9]   6/11 6/16 6/19 7/3 7/15 7/21 9/16 31/19 64/12
issues [10]   6/5 6/17 7/24 8/16 18/6 18/7 18/10 18/22 21/11 40/6
it [225]
it's [3]   21/16 38/10 50/11
ITAP [4]   21/6 21/13 27/21 29/3
item [1]   12/11
items [2]   19/11 34/21
its [3]   27/3 60/23 61/7
itself [2]   34/10 60/23

**J**

jail [2]   41/7 64/23
January [1]   25/17
January 1999 [1]   25/17
Jersey [1]   25/2
job [4]   27/22 43/4 47/8 51/22
Jonathan [1]   3/6
judge [6]   1/11 39/16 39/25 49/9 49/9 54/11
judgment [4]   64/8 66/1 68/5 68/15
July [1]   68/1
July 14th [1]   68/1
jump [1]   39/18
jumper [1]   38/6
June [1]   70/4
just [16]   7/17 12/25 19/20 33/19 34/17 37/3 37/16 37/22 38/19 47/6 49/4 49/24 54/16 56/14 60/13 63/10
justice [3]   57/8 59/1 63/18
justified [2]   5/2 46/9
justify [1]   46/20

**K**

K-E-L-L-E-Y [1]   32/9
K-I-R-S-T-I-N [1]   24/21
keep [1]   46/10
keeping [1]   30/1
Kelley [5]   32/4 32/5 32/7 32/9 39/9
key [1]   38/16

kicking [1]   53/4
Kids [1]   45/7
kind [1]   61/1
kinds [2]   47/12 69/16
Kirstin [3]   23/12 24/19 24/20
knew [3]   29/2 52/22 65/4
know [56]   3/25 6/21 7/2 7/16 14/20 16/18 17/2 19/20 21/14 23/6 26/2 26/4 26/4 32/21 33/3 35/14 36/2 36/8 36/12 38/11 40/1 40/12 43/1 43/16 45/17 46/21 48/5 52/16 52/16 53/6 53/10 53/11 54/11 54/11 54/15 55/6 55/11 56/9 56/12 56/13 56/18 57/6 57/19 57/24 57/25 59/13 60/3 61/5 62/2 62/7 62/9 62/16 63/20 64/9 64/17 68/4
knowing [2]   39/16 52/17
knowledge [1]   47/4
Kong [3]   28/16 35/20 36/3

**L**

labor [1]   29/1
landfill [1]   62/19
landfills [4]   30/2 41/3 42/2 46/10
language [2]   7/6 61/17
laptops [1]   46/10
large [7]   13/3 13/4 32/24 33/8 36/22 52/3 62/10
larger [2]   20/3 40/5
largest [3]   32/15 33/25 34/4
last [6]   24/17 25/22 33/23 38/19 60/19 60/21
laughed [1]   43/13
law [20]   1/18 6/9 14/6 17/8 17/8 17/16 18/3 22/21 23/11 24/7 24/9 50/24 50/24 51/1 51/2 59/25 60/2 62/8 63/10 68/20
laws [2]   29/1 57/9
lawyer [1]   68/9
LCD [5]   33/10 33/15 33/21 33/22 35/18
LCD's [1]   34/20
lead [3]   40/15 43/9 45/24
leadership [1]   40/18
learn [3]   24/10 45/11 49/13
learned [5]   36/9 36/23 49/10 49/14 49/24
least [2]   9/9 56/22
leave [2]   16/17 47/10
left [4]   29/18 29/20 55/25 56/5
legal [11]   4/25 5/18 6/2 7/24 18/7 18/10 18/21 22/16 22/20 58/4 69/7
legally [1]   50/17
legitimate [5]   28/21 61/10 61/20 65/13 66/24
lemonade [1]   44/19
Lemons [1]   44/18
lengthy [2]   57/19 63/13
leniency [1]   52/6
Lenovo [19]   25/19 26/14 26/21 27/9 27/15 27/24 28/10

29/6 29/8 29/25 30/17 30/23 30/25 31/13 31/17 32/25 41/2 64/19 64/19
Lenovo's [1]   27/13
less [1]   40/20
lesson [1]   49/10
let [10]   3/4 8/4 36/2 39/1 46/22 48/18 49/23 51/15 51/19 68/23
let's [14]   10/2 11/18 12/15 14/23 15/14 15/19 18/6 18/8 19/4 20/13 43/12 45/17 52/7 63/6
letter [10]   7/17 8/7 8/8 11/8 13/19 23/11 23/12 23/16 23/17 24/22
letters [3]   21/14 23/7 23/14
letting [2]   41/7 41/7
level [5]   9/14 20/15 20/16 29/9 69/9
liberty [1]   51/11
library [1]   60/2
licensee [1]   61/11
life [9]   29/17 29/20 36/19 36/22 37/4 40/3 49/15 64/16 65/11
light [2]   18/1 19/4
like [21]   7/20 15/5 17/4 19/13 22/18 22/22 23/9 23/21 24/12 25/9 28/1 28/2 32/5 36/19 37/25 38/12 40/10 40/11 48/8 52/9 63/7
likelihood [1]   17/6
likely [1]   54/18
LILLY [2]   1/18 3/9
limitation [1]   66/13
Linda [1]   23/10
line [4]   54/1 55/14 56/18 57/3
liquidated [1]   21/19
list [1]   4/9
listed [1]   13/2
listen [2]   28/2 58/12
listened [1]   63/15
listening [3]   28/14 58/11 58/14
listing [1]   38/2
literally [1]   61/10
Lithium [1]   38/25
litigation [2]   19/24 58/5
little [6]   12/16 26/5 33/11 34/7 35/3 52/9
live [4]   42/9 43/23 47/12 60/9
lived [2]   43/19 43/19
lives [5]   59/23 60/17 60/23 62/2 64/7
living [3]   36/24 40/8 49/4
LLC [1]   1/22
location [1]   43/5
logic [1]   16/18
logistic [1]   30/14
logistics [1]   41/15
long [11]   6/8 8/22 25/11 30/24 30/25 33/17 39/5 39/6 43/9 50/25 54/9
longer [2]   5/13 60/22
look [24]   4/20 6/20 11/8

**L**

look... **[21]**   15/19 17/9 20/1 44/16 48/9 49/10 50/4 50/23 52/15 53/3 53/3 53/12 53/13 53/16 61/1 61/15 61/19 61/19 62/4 65/9 68/10
looked **[2]**   17/20 65/22
looking **[10]**   13/17 16/16 27/19 29/1 38/13 50/20 53/2 58/22 59/7 61/17
looks **[2]**   4/13 10/13
Los **[3]**   67/19 67/22 68/3
loss **[13]**   6/3 6/12 7/5 7/15 14/7 14/13 14/18 16/5 16/16 18/14 54/17 54/18 63/15
lost **[5]**   12/20 14/8 14/14 14/17 15/12
lot **[23]**   6/4 17/2 22/12 23/21 26/6 27/9 28/9 28/10 30/7 32/24 32/25 33/12 37/8 37/24 39/17 47/8 49/19 49/22 50/6 55/8 61/5 63/1 65/16
LOTHROP **[2]**   1/14 3/6
low **[1]**   13/13
lower **[1]**   13/11
lowest **[2]**   13/6 20/17
lows **[1]**   58/25
LS **[1]**   1/18
luck **[2]**   23/19 27/24
LUNDGREN **[48]**   1/7 3/3 3/10 3/15 6/22 9/13 9/14 9/18 20/17 21/15 21/17 21/22 21/23 22/14 22/15 24/3 26/2 31/6 32/21 35/11 36/6 37/24 39/11 39/13 45/25 48/20 48/23 49/3 49/12 49/24 50/11 51/25 52/10 53/22 53/24 54/21 56/2 56/4 56/6 57/8 57/14 58/4 62/2 62/15 67/4 67/18 68/4 69/7
Lundgren's **[7]**   21/3 21/9 23/10 23/21 30/4 35/12 35/21

**M**

made **[18]**   20/2 20/4 24/6 24/7 31/21 33/13 33/15 34/21 35/2 38/7 39/23 45/23 47/8 49/6 51/15 64/8 64/8 69/2
magic **[1]**   17/14
magnitude **[1]**   16/15
maintain **[2]**   55/16 66/24
major **[2]**   67/18 67/22
make **[26]**   3/4 4/17 9/18 12/15 14/8 17/7 19/5 19/7 22/9 34/25 36/20 37/2 37/21 40/3 44/6 47/24 47/24 48/1 48/21 50/9 56/24 58/24 64/17 64/20 68/10 69/11
makes **[1]**   7/25
making **[4]**   16/2 29/16 40/20 61/10
malefactor **[1]**   61/4
man **[2]**   39/3 46/6
manage **[2]**   29/4 32/23
management **[1]**   25/21
manager **[2]**   23/20 27/23
Mandarin **[1]**   35/23

mandatory **[1]**   6/10
manifestation **[1]**   62/14
manner **[2]**   67/12 68/21
manufacturer **[3]**   13/4 34/14 34/15
manufacturers **[1]**   32/23
manufacturing **[2]**   30/10 61/7
many **[15]**   10/24 14/24 26/25 36/19 41/2 47/15 51/22 54/4 54/5 56/9 60/10 60/17 63/22 63/22 69/18
Marine **[1]**   44/16
mark **[2]**   8/8 8/9
marked **[1]**   8/14
market **[8]**   16/21 16/22 17/17 26/5 28/5 28/12 28/19 32/25
marketplace **[2]**   14/15 34/11
markets **[2]**   27/14 34/23
Marshal **[1]**   68/2
marvel **[1]**   61/18
marvelous **[1]**   63/19
Master's **[1]**   25/5
matter **[8]**   3/1 6/12 21/1 31/9 36/4 54/4 57/22 70/2
matters **[1]**   45/4
mature **[1]**   37/5
may **[18]**   1/7 5/10 6/17 8/15 14/12 19/7 21/11 25/18 28/9 28/13 29/24 31/2 31/2 42/1 55/11 60/14 65/15 66/12
maybe **[6]**   6/14 6/25 15/1 38/21 56/22 60/22
McDonald **[1]**   1/22
McGloin **[1]**   3/6
me **[40]**   3/4 7/3 8/4 10/16 11/16 20/10 22/7 25/7 26/8 32/12 32/17 36/8 37/1 37/8 38/2 39/4 39/5 39/25 40/1 40/8 41/8 42/7 42/14 43/11 43/13 43/24 45/25 46/22 46/23 47/2 48/7 48/12 48/16 48/16 48/18 51/19 51/21 62/6 63/13 63/19 68/23
mean **[2]**   27/2 57/4
meaning **[1]**   36/19
means **[4]**   33/24 37/8 41/21 42/7
meanwhile **[1]**   53/24
medication **[1]**   60/14
medications **[1]**   17/12
meeting **[5]**   5/8 27/24 43/11 47/22 52/14
melt **[1]**   29/23
melting **[1]**   29/21
members **[1]**   29/18
memorandum **[1]**   9/7
memory **[1]**   29/10
mention **[2]**   6/16 52/13
mentioned **[5]**   4/1 5/10 20/9 21/4 47/10
message **[4]**   51/12 54/8 57/18 57/18
met **[4]**   27/21 33/4 35/15 52/12
method **[1]**   48/15
methodology **[1]**   18/17
Mexico **[2]**   30/9 47/13
Miami **[1]**   1/20

Microsoft **[29]**   5/20 6/4 6/12 7/4 7/15 9/17 9/18 9/21 10/18 11/13 12/7 12/13 12/17 13/18 13/19 14/17 15/3 15/12 17/16 18/2 18/3 19/12 54/17 54/19 56/9 56/10 56/16 61/11 61/20
Microsoft's **[3]**   10/23 14/14 61/21
middle **[1]**   42/5
might **[4]**   27/7 39/20 51/6 68/23
mileage **[1]**   38/9
miles **[2]**   38/22 38/22
military **[3]**   25/5 44/15 52/4
million **[9]**   17/4 26/18 29/4 30/5 30/6 35/16 41/3 41/21 63/15
millions **[1]**   29/8
mind **[1]**   56/25
minute **[1]**   15/19
minutes **[4]**   42/6 44/25 45/1 45/3
miss **[1]**   39/21
missing **[1]**   15/1
mistake **[1]**   24/6
mistakes **[3]**   24/10 39/23 49/13
mobile **[1]**   35/16
model **[1]**   31/12
moment **[5]**   4/15 10/3 22/13 40/7 40/8
moments **[1]**   4/19
Monday **[2]**   37/17 37/20
monetary **[6]**   6/19 21/3 22/4 22/6 66/16 67/9
money **[11]**   16/7 16/12 22/4 26/25 27/4 28/10 30/1 49/5 55/11 55/13 68/8
monopoly **[1]**   59/19
month **[5]**   27/22 35/24 45/19 55/9 57/22
months **[11]**   20/21 37/22 44/1 51/10 54/10 55/9 57/22 60/1 60/19 66/3 66/4
monument **[1]**   59/17
more **[27]**   4/4 4/5 7/1 11/20 11/24 12/2 12/16 14/8 22/22 28/1 29/5 30/1 34/2 34/7 36/11 36/21 38/21 38/22 40/14 44/2 53/17 54/7 58/13 63/7 63/7 66/25 69/11
morning **[7]**   3/11 5/10 19/8 24/15 51/16 62/15 68/17
morning's **[1]**   62/5
MORRIS **[6]**   1/14 3/6 7/12 8/4 58/2 58/10
mortgaged **[1]**   21/24
most **[6]**   6/21 29/9 42/12 50/22 59/12 60/5
mother **[1]**   23/10
motion **[3]**   47/7 47/17 58/7
motions **[1]**   53/6
Motorola **[1]**   41/1
mountain **[1]**   62/18
move **[6]**   18/6 21/2 30/15 49/16 62/10 62/10
moved **[1]**   51/4

81

**M**

moves [2]   30/9 30/11
moving [6]   20/16 20/19 25/2
 26/19 27/12 65/5
Mr [73]
Ms. [2]   5/15 22/24
Ms. Sanchez [2]   5/15 22/24
much [14]   15/5 16/7 24/15
 26/4 26/25 27/24 32/2 39/10
 40/5 48/17 48/21 51/18 58/13
 61/6
multi [1]   56/10
multi-billion [1]   56/10
multiple [2]   17/11 33/16
multiplied [1]   11/10
multiplies [1]   9/21
multiply [2]   11/13 35/19
must [7]   27/10 50/5 59/12
 66/11 66/14 66/24 68/15
mutual [1]   60/21
my [34]   5/9 5/11 15/9 19/8
 25/15 27/23 30/7 30/20 31/1
 33/23 36/22 38/10 38/25 39/1
 39/23 40/3 40/9 40/18 40/22
 41/6 43/19 44/16 45/22 45/23
 47/8 48/2 48/14 49/5 49/10
 49/13 54/1 58/18 65/6 68/18
myself [2]   24/12 27/23

**N**

N-E-R-A [1]   24/19
Nairobi [2]   45/6 45/11
name [5]   24/17 24/17 32/12
 42/16 61/24
NASCAR [1]   38/6
nature [3]   14/11 59/10 60/16
Naval [2]   25/3 25/6
near [2]   24/12 67/18
nearby [1]   67/22
necessarily [1]   29/14
necessary [1]   17/21
need [21]   3/24 4/10 4/17
 4/25 5/17 5/24 20/12 26/19
 38/11 38/12 45/7 46/5 48/12
 50/17 50/20 57/3 57/9 59/4
 63/12 64/23 68/13
needed [4]   6/20 7/2 36/12
 37/1
needs [4]   5/13 18/22 57/20
 57/24
negative [2]   34/12 44/17
negotiated [1]   54/10
Nera [2]   23/12 24/19
nervous [1]   24/23
never [9]   15/4 15/23 31/19
 36/2 40/10 40/10 53/9 63/17
 69/15
new [8]   25/2 26/16 27/20
 29/16 34/21 37/10 37/20 39/7
next [8]   3/1 35/19 36/3
 37/20 38/21 41/22 43/6 64/7
nice [1]   63/16
night [4]   36/9 37/18 43/18
 61/12
nights [1]   36/19
nine [2]   18/13 29/19
Nintendo [1]   41/1

no [37]   1/3 5/13 8/11 8/23
 9/4 15/3 17/6 18/15 18/23
 20/12 22/19 22/20 33/15
 35/24 35/24 35/24 43/14
 43/14 44/2 44/11 44/14 47/13
 48/1 48/14 52/19 54/4 55/13
 56/10 56/14 57/2 57/16 57/17
 58/9 61/16 68/25 69/20 69/21
nonbinding [5]   4/7 4/7 4/8
 22/10 22/11
none [2]   31/21 55/21
nonetheless [1]   17/10
nonproprietary [1]   34/16
normal [1]   19/24
North [7]   25/3 25/23 26/1
 27/10 27/11 27/18 32/16
not [93]
notebook [1]   27/18
nother [1]   37/2
nothing [1]   48/1
notice [3]   48/1 68/14 68/14
noticed [1]   62/7
novel [1]   59/19
now [22]   3/19 4/6 5/5 10/2
 12/25 13/17 26/10 34/22 35/9
 35/18 35/23 35/25 38/24 41/5
 44/2 44/25 59/8 60/16 62/4
 63/13 65/10 68/13
number [11]   11/9 11/12 14/20
 15/8 15/9 15/18 17/14 17/18
 30/19 66/11 66/24
numbers [3]   12/23 31/21
 59/15

**O**

object [1]   55/19
objection [6]   8/1 8/10 8/13
 8/23 17/25 19/16
objections [9]   5/7 5/16 7/13
 7/19 18/11 68/19 68/20 68/25
 69/2
obligated [7]   3/22 4/9 17/10
 22/11 46/2 59/8 62/4
obligation [3]   13/18 63/9
 68/18
obvious [1]   62/13
obviously [4]   28/19 52/2
 60/24 63/6
occasionally [1]   5/7
occur [1]   64/20
OEM [1]   28/24
off [5]   29/10 49/25 55/12
 55/12 56/16
offense [4]   9/14 20/15 20/16
 59/11
offenses [1]   20/15
offer [5]   7/21 8/5 8/6 8/18
 9/2
offered [2]   8/21 10/5
offers [1]   13/19
Office [4]   1/15 3/17 67/2
 68/2
Officer [5]   5/8 7/18 66/21
 67/8 67/13
Official [2]   2/1 70/5
Often [2]   34/8 49/8
oh [2]   56/10 57/14
Ohio [1]   25/2

okay [11]   5/23 9/19 16/24
 18/5 22/23 36/16 38/3 41/20
 49/11 56/19 65/15
old [8]   28/9 34/5 34/9 42/6
 45/8 48/25 49/3 50/14
once [1]   31/19
one [42]   5/5 6/16 6/17 7/23
 8/7 11/18 13/20 14/21 17/6
 17/21 19/7 19/10 20/3 21/1
 23/16 25/18 28/3 29/6 29/7
 29/18 31/16 34/2 36/9 37/25
 40/1 49/20 49/21 50/2 53/12
 55/9 55/23 57/12 58/3 60/8
 62/7 62/21 63/17 64/2 65/24
 66/11 66/24 69/17
ones [2]   29/20 61/15
only [4]   6/7 8/6 29/11 59/12
open [1]   26/16
opening [1]   27/20
operating [2]   14/16 59/16
opportunity [3]   39/22 40/19
 52/12
opposite [2]   17/24 55/24
opposites [1]   55/22
oral [1]   8/22
orally [1]   5/11
order [6]   3/21 4/16 16/11
 16/21 19/23 68/13
ordered [2]   6/7 67/14
ordering [1]   66/16
ordinarily [1]   11/14
Oregon [2]   69/6 69/12
organization [1]   44/20
original [2]   13/3 13/3
orphans [1]   43/21
other [27]   5/5 6/16 6/17
 7/10 12/10 21/1 22/13 23/24
 23/24 24/1 28/2 28/2 30/8
 31/9 31/13 35/14 36/19 45/5
 49/15 55/1 55/24 59/4 60/10
 61/1 61/8 62/14 65/15
others [2]   34/14 41/2
others' [1]   55/18
ought [2]   8/20 59/2
our [21]   3/21 4/16 8/21 14/2
 15/24 17/14 20/7 24/2 35/9
 42/6 44/15 44/17 44/22 46/18
 51/9 51/17 57/8 59/23 60/17
 60/20 62/22
out [53]   4/9 6/21 6/22 10/16
 15/12 17/12 19/17 22/12
 23/19 26/1 27/16 28/1 29/18
 30/1 30/5 30/9 30/10 30/10
 30/11 33/9 33/19 33/21 34/6
 34/11 35/15 35/19 35/19 36/7
 36/18 37/20 37/25 38/7 38/9
 39/18 39/21 42/3 42/3 42/6
 42/25 44/13 45/3 45/12 46/10
 47/11 47/19 47/21 47/24
 51/14 57/17 59/9 61/12 62/6
 64/24
outlawed [1]   44/9
over [9]   20/16 22/6 41/2
 42/11 42/20 44/13 45/9 61/9
 66/21
overseas [5]   27/12 29/7
 31/21 33/4 44/25
owed [1]   5/19

**O**

**own [7]**   6/24 19/24 21/9 38/20 38/25 39/1 62/22
**owner [1]**   21/15
**ownership [2]**   6/24 67/4
**owns [3]**   6/22 21/22 22/1

**P**

**pack [1]**   41/10
**packs [2]**   41/19 42/1
**page [9]**   7/9 18/12 18/13 18/13 20/14 20/16 20/19 20/19 20/19
**paid [2]**   17/12 58/19
**PALM [6]**   1/2 1/6 1/16 1/23 2/2 47/22
**paper [1]**   68/14
**par [1]**   53/15
**paragraph [6]**   18/12 18/13 18/13 20/14 20/20 23/3
**paragraphs [1]**   7/8
**part [7]**   19/1 19/25 25/13 33/23 40/3 54/22 64/6
**participate [1]**   69/17
**particular [4]**   9/8 19/11 34/11 34/15
**parties [6]**   3/12 3/14 3/20 20/22 58/9 58/16
**partner [3]**   31/7 33/9 35/21
**partners [6]**   26/20 27/15 27/21 29/2 30/8 40/13
**parts [5]**   26/17 31/9 36/22 38/7 60/17
**party [3]**   6/7 68/18 68/21
**pass [2]**   45/3 52/7
**passed [2]**   16/11 37/3
**passion [2]**   37/10 40/22
**past [3]**   27/12 43/23 63/17
**patent [1]**   59/18
**patents [1]**   59/18
**Pauline [2]**   21/1 70/5
**pause [1]**   4/19
**pay [11]**   6/8 6/19 21/3 22/4 22/6 30/14 46/22 48/15 66/16 67/14 68/8
**payable [1]**   66/18
**paying [2]**   17/9 62/1
**payment [1]**   67/9
**PC [2]**   25/19 27/18
**pecuniary [7]**   7/6 10/13 10/20 12/14 16/5 18/2 18/4
**pennies [1]**   29/24
**people [50]**   17/6 23/10 23/21 23/24 23/24 24/1 24/9 24/9 27/7 27/25 33/2 33/5 37/12 37/18 40/16 41/5 41/7 42/10 43/8 43/20 43/22 44/6 45/23 46/23 47/11 47/12 48/8 48/16 49/8 50/12 52/3 52/16 53/2 55/1 55/2 56/9 57/5 57/10 57/12 57/12 58/17 60/1 60/23 63/3 63/7 63/16 63/22 63/23 64/1 64/16
**people's [1]**   61/24
**per [1]**   13/9
**percent [12]**   9/23 10/20 11/10 11/14 12/9 12/11 12/14

**percentage [2]**   30/3 38/8
**perfect [2]**   38/12 55/21
**period [4]**   9/24 49/15 59/20 64/7
**permission [1]**   67/1
**person [17]**   4/14 23/23 24/4 26/22 29/5 29/7 31/12 36/11 48/8 48/24 49/13 51/4 51/14 51/15 63/16 63/19 67/11
**person's [1]**   17/9
**personal [3]**   40/4 52/4 67/7
**Personally [1]**   37/1
**perspective [3]**   38/14 38/14 50/21
**pharmacist [1]**   60/13
**pharmacy [1]**   60/12
**phone [4]**   28/1 33/10 34/8 45/1
**phones [2]**   44/22 45/4
**phrasing [1]**   7/4
**picture [3]**   29/15 34/23
**pictures [1]**   42/15
**piece [2]**   26/24 68/14
**pieces [2]**   28/11 33/17
**Pierce [1]**   2/2
**Pierce/West [1]**   2/2
**pile [1]**   43/3
**piracy [2]**   54/15 54/15
**pirate [4]**   55/24 56/14 56/19 56/20
**pitch [1]**   28/1
**place [2]**   58/20 63/1
**placed [3]**   20/17 20/18 66/7
**Plaintiff [2]**   1/5 1/14
**planet [2]**   62/24 62/25
**plants [1]**   30/10
**play [1]**   31/8
**played [2]**   17/18 53/14
**playing [1]**   54/22
**plea [3]**   3/16 24/2 54/10
**plead [1]**   39/22
**please [2]**   24/17 66/10
**pled [3]**   24/4 46/21 48/24
**plug [1]**   42/5
**point [11]**   9/1 13/12 14/15 15/9 16/2 37/4 38/10 47/6 52/22 60/5 62/17
**points [1]**   49/25
**polar [1]**   55/22
**police [1]**   16/9
**policies [1]**   44/2
**policy [2]**   27/13 31/14
**polluted [1]**   42/12
**polluting [1]**   30/2
**pollution [1]**   31/14
**populated [1]**   43/6
**portions [1]**   20/10
**portray [1]**   61/20
**portrayal [1]**   62/5
**position [7]**   5/9 10/23 11/11 15/7 22/3 35/8 47/7
**positions [4]**   18/25 58/5 58/10 58/17
**positive [3]**   40/20 44/18 51/4
**possess [2]**   66/12 66/14
**possession [1]**   15/24

**possible [3]**   13/7 19/15 20/17
**post [1]**   33/1
**potential [1]**   63/4
**pounds [1]**   41/3
**power [4]**   32/10 32/22 42/4 42/4
**powerful [1]**   56/1
**practical [1]**   38/15
**Pratt [1]**   23/13
**pre [10]**   3/18 4/20 5/6 5/16 8/1 8/17 15/15 20/14 23/4 48/1
**pre-notice [1]**   48/1
**Pre-Sentence [9]**   3/18 4/20 5/6 5/16 8/1 8/17 15/15 20/14 23/4
**preclude [1]**   67/3
**predicated [1]**   16/5
**preferred [1]**   30/7
**prepare [1]**   3/18
**preponderance [2]**   8/3 14/9
**present [1]**   3/10
**presented [1]**   14/13
**Presentence [1]**   19/5
**presents [1]**   53/5
**preserve [2]**   18/11 19/24
**preserved [1]**   18/16
**president [1]**   43/11
**pressures [1]**   20/2
**pretty [2]**   65/12 65/17
**previously [2]**   27/23 69/2
**price [3]**   10/7 12/11 13/2
**prices [2]**   19/10 19/11
**print [1]**   46/11
**prior [1]**   3/14
**prison [4]**   57/21 57/23 57/24 67/24
**Prisons [3]**   66/3 69/8 69/13
**privileged [1]**   28/13
**probably [6]**   6/1 6/13 34/22 59/12 59/25 61/6
**probation [10]**   3/17 5/8 7/8 7/18 52/8 57/17 66/21 67/2 67/8 67/13
**problem [13]**   20/7 22/15 22/18 36/7 38/25 40/5 43/12 43/13 43/14 43/14 54/20 56/8 57/17
**proceeding [2]**   5/11 8/19
**proceedings [2]**   1/10 70/2
**process [7]**   3/23 4/12 12/21 29/2 32/23 44/21 46/18
**processing [1]**   41/3
**produce [5]**   4/7 12/11 12/12 12/20 22/10
**produced [6]**   10/24 12/17 14/24 15/2 15/10 63/14
**product [4]**   27/7 27/10 30/7 34/23
**production [1]**   13/24
**products [7]**   29/4 29/5 30/1 30/9 33/1 35/3 37/10
**profit [3]**   9/25 10/19 11/15
**profitability [1]**   9/23
**program [1]**   28/15
**programs [2]**   32/23 45/5
**progress [1]**   51/15

**P**

progressed [1]   50/13
project [3]   25/21 33/9 45/15
projects [1]   46/1
promote [1]   63/10
pronouncing [1]   22/17
properly [3]   4/16 7/4 43/21
property [5]   56/21 57/4 57/9
 61/2 67/11
proportionate [1]   24/7
proprietary [7]   19/14 19/22
 19/23 33/13 46/13 46/16
 54/25
prosecute [1]   58/11
prosecutor [1]   47/22
protect [4]   34/10 57/1 57/3
 63/12
protected [1]   17/16
protecting [2]   34/8 60/18
prove [1]   14/10
proven [1]   37/6
provide [4]   40/19 63/10 67/1
 67/5
provided [4]   3/20 30/17 44/6
 67/25
provides [2]   31/18 40/18
PSI [1]   9/8
public [4]   19/13 19/17 21/16
 63/12
publicly [2]   21/16 21/21
pull [3]   29/10 51/14 65/9
pulling [2]   60/23 63/2
punish [1]   56/8
punishment [6]   24/6 46/3
 51/11 52/8 63/11 63/24
Purdue [4]   25/3 25/10 25/14
 25/17
pure [1]   9/25
purpose [2]   31/25 35/1
purposes [3]   15/8 33/18 50/6
put [6]   12/25 58/20 61/6
 61/18 64/24 65/6
putting [1]   13/19

**Q**

qualified [1]   68/11
qualities [1]   56/14
quality [1]   61/23
quantify [1]   49/21
quantifying [1]   49/22
quantity [1]   62/22
question [6]   5/18 16/13
 18/16 22/14 34/19 54/24
questions [2]   31/20 39/7
quick [2]   49/5 65/2
quickly [1]   36/1
quite [1]   37/5

**R**

raid [1]   48/2
raise [1]   18/22
raised [2]   5/12 17/25
Raleigh [1]   26/1
range [3]   20/20 20/21 23/5
ransom [1]   54/15
rare [1]   49/12
rather [3]   28/8 29/21 46/23

rationalizations [1]   65/16
rationalize [1]   65/12
rationalized [3]   40/9 40/9
 52/22
reacted [1]   53/13
read [5]   23/7 24/23 33/5
 39/20 51/15
readily [1]   19/13
reading [1]   61/17
reads [1]   23/6
ready [1]   37/4
real [6]   7/2 21/23 24/2
 38/14 38/14 40/1
reality [2]   36/25 64/16
realize [1]   5/5
realizing [1]   64/5
really [15]   5/25 28/20 33/1
 36/12 36/24 38/3 40/12 46/1
 47/18 51/23 52/8 53/4 58/24
 64/2 65/3
reason [2]   14/13 53/9
reasonable [5]   14/12 15/3
 67/12 67/12 69/14
reasons [2]   7/23 47/12
rebuilding [1]   35/1
recall [2]   3/12 3/14
receive [1]   27/3
received [7]   5/6 7/16 7/18
 8/12 8/22 37/23 37/24
recently [3]   17/2 34/3 63/13
recess [1]   69/22
recognize [5]   24/6 49/17
 56/15 56/21 56/23
recognizes [1]   24/9
recognizing [1]   3/5
recommend [2]   9/11 51/10
recommendation [5]   4/8 22/10
 50/8 51/9 69/11
recommendations [1]   22/9
recommended [2]   20/20 23/4
record [14]   14/20 18/16 19/1
 20/1 20/11 23/3 38/1 38/5
 38/20 55/25 56/1 56/4 58/4
 70/2
recycler [1]   35/5
recycling [7]   28/4 33/8 35/6
 36/21 37/9 40/24 41/10
redeeming [1]   56/14
reduce [1]   47/2
referred [2]   11/25 43/22
refreshing [1]   37/11
refurbish [3]   28/8 44/21
 45/8
refurbished [1]   28/12
refurbisher [3]   13/5 13/5
 32/18
refurbishers [1]   53/10
regard [1]   66/13
REINHART [7]   1/21 3/9 5/15
 16/3 18/9 22/24 23/1
reintegrate [1]   29/21
reissued [1]   35/5
related [1]   6/5
relating [1]   18/14
relationship [4]   30/24 30/25
 35/10 40/4
release [6]   66/6 66/7 66/10
 66/20 67/5 67/10

relevant [1]   9/24
reliable [1]   37/7
relied [1]   19/9
rely [5]   9/20 41/8 46/23
 48/16 61/25
relying [1]   9/7
remaining [1]   5/15
remains [1]   19/25
remarkable [4]   46/1 48/8
 62/6 62/22
remarket [1]   35/18
remarks [2]   48/19 48/22
remedy [1]   55/15
remember [2]   43/11 66/10
remembers [1]   6/6
reminded [1]   62/9
reminds [1]   51/21
renew [1]   69/2
rents [1]   21/23
repackage [1]   44/22
report [13]   3/18 3/19 3/20
 4/21 5/6 5/16 7/8 8/1 8/18
 15/15 19/5 20/14 23/4
reporter [5]   2/1 2/1 24/18
 70/5 70/6
reports [1]   31/20
represent [4]   15/15 15/21
 68/9 68/11
representations [1]   20/4
represented [1]   40/1
representing [1]   40/15
represents [4]   15/20 21/18
 40/7 62/19
reputation [1]   61/25
request [7]   16/19 19/7 19/14
 19/21 51/17 57/7 69/13
requested [1]   42/11
required [4]   9/18 54/14 65/1
 65/2
requirement [1]   67/8
requires [2]   22/14 63/24
resale [1]   28/9
resell [1]   29/10
residence [1]   21/22
resigned [1]   25/10
resolve [1]   21/2
resolved [1]   5/12
resolving [1]   8/16
Resources [1]   32/10
respect [7]   9/19 24/7 50/24
 50/24 51/1 51/2 63/10
responsibility [7]   39/24
 40/17 52/23 53/5 53/7 53/8
 54/3
responsible [5]   26/19 30/6
 41/6 54/21 55/15
responsibly [1]   66/13
restitution [24]   5/19 5/21
 5/25 6/7 6/9 6/18 6/18 9/17
 9/19 10/13 13/18 14/6 14/10
 14/11 16/1 16/5 16/12 16/15
 16/19 16/22 17/3 17/7 17/9
 17/23
retail [12]   10/7 10/20 12/4
 12/5 12/7 12/9 12/11 12/14
 13/2 13/22 13/23 19/10
retailers [1]   32/24
retrospect [1]   65/10

**R**

**returning [1]**   37/6
**returns [1]**   30/21
**reuse [6]**   33/22 34/16 34/23
34/25 36/20 37/9
**reusing [2]**   29/17 29/24
**revelation [1]**   58/14
**revenue [1]**   29/23
**reverse [2]**   41/15 41/19
**review [2]**   19/2 19/17
**rewrite [1]**   44/2
**Richichi [1]**   3/7
**right [32]**   8/18 8/25 9/5
10/14 13/25 14/3 16/8 16/20
17/1 20/13 22/7 25/14 34/3
36/14 36/25 40/4 46/9 46/11
46/12 47/25 48/1 50/10 55/7
55/18 56/3 57/25 58/9 58/16
58/17 58/18 58/20 68/5
**rights [8]**   19/24 56/21 56/24
56/24 57/4 60/24 61/3 61/24
**RMA [3]**   41/13 41/17 41/18
**RMA's [1]**   41/10
**road [1]**   16/10
**robber [1]**   16/11
**robbery [1]**   16/6
**Robert [1]**   23/13
**ROBIN [1]**   2/2
**role [5]**   17/19 26/11 30/20
31/1 33/23
**roles [2]**   25/18 53/15
**ROSENBERG [1]**   2/2
**rubber [1]**   39/2
**rubbish [1]**   62/22
**rudimentary [1]**   59/13
**rug [1]**   51/14
**Rule [1]**   47/10
**ruled [1]**   18/12
**rules [3]**   6/9 7/25 19/19
**rulings [2]**   19/4 20/25
**run [3]**   31/8 42/14 66/9
**running [3]**   27/25 49/5 63/2
**runs [1]**   21/15
**rural [2]**   42/5 59/2

**S**

**S-T-A-R [1]**   32/13
**safeguarding [1]**   61/21
**said [26]**   5/20 13/12 18/24
32/10 33/18 35/20 35/24
43/12 43/13 43/14 43/15
43/16 44/10 44/11 44/11
44/12 44/14 44/23 45/17
50/11 52/15 52/19 52/20
53/20 58/10 65/15
**sale [6]**   11/15 12/8 14/14
14/17 27/4 29/4
**sales [1]**   29/5
**same [14]**   11/21 11/23 17/18
18/8 34/25 35/1 38/20 52/15
56/7 59/21 60/16 61/19 66/5
66/9
**Samsung [1]**   41/2
**SANCHEZ [4]**   1/18 3/9 5/15
22/24
**sat [1]**   46/25
**satellite [2]**   32/11 32/16

**saved [1]**   18/4
**saving [1]**   29/16
**savings [1]**   41/21
**saw [4]**   28/15 36/5 43/21
55/7
**say [19]**   12/19 15/5 15/11
16/6 22/22 24/25 27/6 30/11
34/2 34/19 39/11 39/12 48/12
49/9 50/5 53/18 58/17 60/13
64/2
**saying [8]**   11/13 11/17 12/7
12/17 37/8 49/12 53/9 54/21
**says [1]**   14/11
**scheme [1]**   17/13
**school [4]**   28/13 45/8 59/25
60/2
**science [3]**   14/12 25/4 25/15
**scrap [4]**   30/7 38/7 38/23
38/24
**scratch [1]**   40/25
**screaming [1]**   53/4
**screen [1]**   61/19
**seal [2]**   19/25 20/10
**sealed [1]**   19/15
**sealing [2]**   19/16 19/20
**search [1]**   67/11
**Seasons [1]**   1/19
**second [10]**   4/9 4/20 4/25
6/6 18/6 23/13 24/10 48/3
60/13 60/16
**secondary [5]**   26/5 28/4
28/12 32/25 34/22
**Section [4]**   22/12 50/16 59/9
65/23
**security [3]**   33/24 34/7 69/9
**see [14]**   5/15 8/5 15/19 18/9
38/17 39/3 43/20 49/10 55/23
55/24 56/4 59/13 60/9 63/22
**seem [2]**   23/11 55/11
**seemed [1]**   52/24
**seen [2]**   22/9 48/23
**seized [8]**   14/24 14/25 15/2
15/11 15/22 15/23 16/14
17/15
**seizure [1]**   18/4
**seizures [1]**   15/21
**self [3]**   67/3 67/25 68/1
**sell [3]**   12/12 26/16 29/5
**selling [2]**   27/12 29/6
**sells [2]**   29/19 29/25
**semblance [1]**   25/24
**send [1]**   57/18
**sending [1]**   45/9
**sends [2]**   51/12 57/18
**sense [4]**   4/11 17/15 37/3
51/4
**sent [2]**   7/17 54/8
**sentence [32]**   3/18 3/22 4/20
5/6 5/16 8/1 8/17 15/15
20/14 22/17 22/21 23/4 24/3
46/3 47/2 49/8 50/25 51/1
51/25 54/9 54/10 54/13 56/6
56/15 57/7 57/20 57/20 63/9
65/23 68/5 68/16 68/21
**sentenced [1]**   39/17
**sentences [3]**   59/2 59/4 66/4
**sentencing [13]**   1/10 3/25
4/5 4/12 4/15 9/7 15/8 22/8

**sentencings [1]**   51/22
**separate [7]**   7/24 31/8 33/10
33/17 35/11 35/17 44/4
**serial [1]**   31/20
**serious [3]**   48/11 54/22
66/12
**seriously [1]**   40/17
**serve [3]**   33/18 41/1 46/3
**served [1]**   66/5
**service [4]**   26/18 31/18 34/9
34/9
**serviceability [1]**   25/22
**serviced [1]**   34/9
**Services [1]**   32/22
**set [6]**   4/9 22/12 38/5 45/13
59/9 65/25
**several [4]**   20/10 35/16 38/2
58/23
**shadows [1]**   5/23
**shall [3]**   66/17 67/5 67/10
**she [2]**   33/18 35/5
**Shenzhen [1]**   33/4
**Sheridan [2]**   69/6 69/12
**shift [1]**   61/10
**short [1]**   51/1
**shortcuts [2]**   55/18 64/17
**should [17]**   9/9 9/17 9/18
11/11 11/21 19/22 21/2 22/21
24/9 24/11 38/3 51/2 51/7
57/23 58/6 58/8 69/8
**show [5]**   24/7 29/2 51/1 51/2
54/18
**showed [3]**   28/16 42/14 61/14
**showing [2]**   24/8 38/16
**shown [1]**   22/21
**shows [2]**   20/15 20/17
**side [3]**   33/20 55/23 55/24
**sides [4]**   8/18 8/22 55/21
56/1
**sign [1]**   36/2
**Signature [1]**   70/6
**simple [2]**   12/16 16/25
**simplified [1]**   17/1
**simply [1]**   19/17
**since [9]**   23/3 25/20 30/19
36/20 40/11 41/5 49/1 51/3
62/12
**single [1]**   63/17
**sir [4]**   22/18 32/9 35/13
67/23
**sit [2]**   45/2 48/20
**sitting [2]**   58/11 64/4
**situation [3]**   39/24 40/10
68/8
**six [3]**   29/19 60/1 60/19
**sixth [1]**   42/12
**skill [2]**   45/13 65/2
**skills [1]**   45/12
**slap [1]**   51/12
**sleepless [1]**   37/17
**slightly [1]**   7/25
**slipping [1]**   61/11
**slowly [2]**   33/5 39/20
**slums [2]**   45/11 45/12
**small [5]**   13/5 54/20 55/11
55/13 57/11
**smelted [1]**   42/2

**S**

**smoke [1]**  63/4
**snuff [1]**  26/23
**so [78]**
**societal [2]**  47/8 64/14
**society [2]**  44/18 63/22
**software [10]**  10/8 53/11
56/10 57/2 57/16 59/13 59/22
61/20 61/23 65/14
**sold [9]**  12/18 14/15 15/4
15/24 25/19 28/12 29/12 53/9
53/10
**soldier [1]**  44/25
**soldiers [3]**  44/21 44/22
45/3
**sole [1]**  61/4
**solution [5]**  30/17 30/18
41/11 41/19 44/5
**solutions [1]**  43/14
**solve [1]**  42/12
**some [21]**  5/20 6/17 6/22
7/19 14/15 21/5 22/6 23/9
25/24 26/6 27/15 37/20 40/21
45/12 47/8 47/18 49/3 54/1
54/13 54/18 60/1
**somebody [8]**  12/17 19/2
19/22 46/11 48/9 57/20 61/11
69/8
**somebody's [1]**  59/18
**Somehow [1]**  34/5
**someone [9]**  31/24 34/12
35/17 36/12 49/2 58/19 60/12
61/17 62/2
**someone's [1]**  37/7
**something [17]**  5/11 15/1
29/23 33/11 37/8 37/19 38/3
44/24 51/5 51/6 55/5 57/4
58/6 58/7 59/14 60/6 63/24
**sometimes [4]**  5/6 7/1 31/20
64/9
**somewhere [1]**  42/2
**sorry [1]**  64/23
**sort [2]**  45/12 60/16
**sounded [1]**  28/2
**South [3]**  1/15 1/22 30/15
**SOUTHERN [1]**  1/1
**southland [1]**  62/19
**speak [10]**  22/24 23/12 23/13
23/25 23/25 24/1 24/13 25/1
28/3 32/6
**speaking [1]**  57/13
**special [4]**  28/6 66/22 67/15
67/16
**specialized [1]**  34/13
**specific [3]**  5/21 19/19 60/5
**speculative [1]**  14/19
**spell [2]**  24/17 42/16
**spent [6]**  3/12 6/4 17/2
36/17 40/3 60/1
**spirit [1]**  55/23
**spoke [2]**  31/2 36/10
**sponsored [1]**  45/22
**stability [1]**  40/18
**stage [1]**  4/9
**stand [1]**  49/9
**standard [2]**  66/19 66/21
**standing [1]**  31/17

**standpoint [2]**  29/25 40/5
**Star [2]**  32/11 32/14
**start [6]**  3/5 10/22 14/4
20/13 36/1 38/13
**started [9]**  25/17 27/16
27/17 28/1 30/8 31/1 37/25
44/24 48/25
**starting [1]**  55/12
**startup [1]**  41/5
**state [2]**  24/17 25/4
**statement [3]**  7/14 8/7 9/20
**states [21]**  1/1 1/4 1/11
1/15 3/2 4/3 9/9 20/24 22/12
25/3 40/25 44/11 44/12 44/13
59/8 65/23 66/2 66/17 67/15
68/2 68/2
**statistics [1]**  54/18
**statutory [1]**  7/6
**stay [4]**  27/11 42/21 43/10
43/25
**staying [1]**  44/1
**steal [3]**  55/1 55/3 57/1
**stealing [3]**  55/18 57/15
57/15
**steamroller [1]**  62/10
**step [2]**  3/23 18/25
**still [4]**  15/24 26/6 35/8
54/13
**Stipes [2]**  2/1 70/5
**stock [4]**  6/22 6/23 7/1 21/5
**stolen [1]**  16/7
**stood [2]**  44/24 64/4
**stop [2]**  16/20 22/17
**stopped [1]**  16/9
**story [1]**  33/4
**straight [2]**  25/16 48/3
**street [1]**  50/13
**strict [2]**  27/10 51/11
**strides [1]**  60/8
**strive [1]**  40/19
**stuff [6]**  33/19 37/13 37/16
38/11 38/12 44/5
**stupid [1]**  49/6
**stupidity [1]**  46/8
**subject [1]**  31/9
**submissions [1]**  21/14
**submit [3]**  23/6 24/22 67/10
**submitted [1]**  23/11
**substance [1]**  66/14
**successful [2]**  63/8 63/23
**successfully [1]**  41/2
**such [7]**  26/14 32/24 34/23
46/6 46/6 60/8 61/9
**suffer [1]**  10/19
**suffered [4]**  10/24 16/6
17/11 18/2
**suffering [2]**  18/4 63/4
**sufficient [1]**  65/24
**suggesting [1]**  61/4
**Suite [2]**  1/16 1/23
**sum [2]**  66/17 67/15
**summer [1]**  25/12
**sun [1]**  36/18
**supervised [5]**  66/7 66/10
66/20 67/5 67/10
**supervisor [1]**  23/20
**supplementally [1]**  23/17
**supplier [1]**  35/25

**supply [1]**  25/18
**support [1]**  23/14
**supposed [6]**  42/21 43/10
43/25 45/19 45/24 60/15
**supposition [1]**  12/19
**Supreme [1]**  3/21
**sure [8]**  4/17 4/25 5/3 14/5
19/5 44/6 47/24 64/20
**Surely [2]**  24/14 32/7
**surrender [2]**  67/25 68/1
**susceptible [1]**  19/2
**suspect [2]**  6/11 59/23
**sustain [1]**  17/25
**sustained [6]**  6/4 6/12 7/4
10/14 15/3 16/16
**system [4]**  4/5 31/19 59/1
63/18
**systems [3]**  14/16 32/11
59/16

**T**

**tablets [1]**  27/18
**take [18]**  4/20 11/16 22/3
24/24 31/11 35/11 39/19
40/17 42/3 44/5 44/17 51/2
51/6 51/7 60/11 63/1 68/5
68/13
**taken [3]**  15/7 34/20 51/11
**taking [4]**  51/5 53/5 55/18
60/15
**talent [3]**  46/6 63/6 65/7
**talk [6]**  5/24 7/1 37/14
37/16 39/6 49/20
**talked [4]**  3/25 58/23 62/15
65/16
**talking [18]**  11/18 23/3 26/8
29/15 32/25 33/1 34/18 34/24
36/18 38/23 41/23 43/16 52/2
52/3 61/8 61/23 61/24 64/6
**talks [2]**  50/1 50/3
**task [1]**  56/5
**team [1]**  43/19
**tears [1]**  64/4
**tech [3]**  21/8 21/20 45/7
**technically [1]**  53/7
**technology [2]**  60/7 64/18
**television [1]**  28/15
**tell [11]**  7/3 26/8 32/12
38/8 46/25 52/18 61/16 63/19
65/18 69/8 69/14
**teller [1]**  16/11
**telling [4]**  28/22 45/25 48/6
48/7
**ten [5]**  18/13 20/14 38/24
41/22 41/25
**tend [1]**  33/5
**term [4]**  32/20 66/3 66/7
66/8
**terms [4]**  31/12 31/14 65/19
66/22
**terrible [1]**  56/8
**terribly [1]**  28/23
**Tesla [1]**  38/9
**test [1]**  29/19
**testimony [4]**  8/21 8/22 32/3
39/10
**than [15]**  7/2 7/10 13/11
14/8 22/22 28/8 29/5 29/21

**T**

**than... [7]**  34/7 36/11 46/23 58/13 65/25 66/25 69/11
**thank [16]**  22/20 23/2 24/15 31/23 32/2 32/5 39/8 39/9 39/10 39/22 42/19 48/17 48/21 51/18 58/2 69/22
**Thanks [1]**  32/1
**that [389]**
**that's [2]**  31/13 33/11
**the country [1]**  42/5
**their [20]**  3/4 10/19 12/15 12/23 16/12 19/24 24/10 33/13 39/1 40/16 40/18 43/22 44/2 44/21 53/14 58/17 58/20 63/19 64/6 68/18
**them [34]**  9/25 11/25 12/3 12/10 12/14 13/15 14/8 14/22 14/22 15/24 15/25 29/13 29/21 29/24 31/21 33/11 34/6 39/1 41/6 41/7 41/22 42/11 43/3 44/13 45/9 45/10 45/12 50/5 56/11 59/19 60/15 61/16 61/18 63/17
**theme [1]**  53/1
**themselves [2]**  44/7 45/13
**then [14]**  5/7 11/9 11/12 13/4 15/1 15/11 17/15 20/13 36/5 51/5 53/5 54/24 56/5 61/18
**theory [2]**  13/18 14/14
**there [91]**
**Thereupon [1]**  69/23
**these [26]**  7/23 14/4 14/14 17/17 18/5 19/11 20/15 27/16 28/16 33/17 34/22 38/17 45/25 51/22 53/24 56/1 56/12 57/11 58/10 58/11 58/25 59/9 60/18 61/15 63/21 65/20
**they [111]**
**thief [1]**  55/20
**thing [15]**  5/5 6/6 33/12 34/17 36/5 46/11 57/25 58/3 59/21 60/16 61/9 63/5 65/1 65/2 65/21
**things [32]**  5/24 24/4 26/6 27/17 27/25 28/22 35/2 36/9 39/7 40/4 46/1 47/15 49/15 49/20 49/25 53/24 54/4 54/5 54/7 54/11 54/16 54/25 57/5 60/10 60/11 62/7 62/22 63/2 65/10 65/20 69/16 69/18
**think [34]**  5/5 5/25 6/1 6/14 6/16 7/17 7/18 8/15 10/5 11/12 12/5 16/20 16/21 17/23 34/18 35/5 47/17 48/12 49/4 49/6 52/15 53/6 53/14 54/6 55/4 55/14 55/25 56/9 58/4 64/1 64/7 64/11 65/23 69/14
**thinking [5]**  20/7 28/14 40/12 46/9 58/11
**thinks [1]**  36/10
**third [1]**  14/22
**this [144]**
**those [23]**  4/1 4/6 5/1 13/21 14/21 16/20 17/11 19/4 20/10 20/22 21/11 27/7 27/14 29/20

29/21 36/21 40/19 48/5 49/25 50/4 56/23 56/24 66/4
**though [2]**  52/9 53/14
**thought [2]**  7/2 65/2
**thousand [1]**  15/10
**three [9]**  16/10 26/23 35/18 36/9 47/19 47/20 47/23 66/7 66/8
**thrive [1]**  55/24
**through [13]**  3/23 10/2 11/16 13/19 18/3 19/4 25/12 25/13 40/19 47/14 53/6 54/10 63/2
**throw [1]**  45/14
**thrown [1]**  42/7
**Thursday [1]**  37/19
**time [37]**  6/4 6/7 6/25 7/20 9/24 13/14 17/2 17/18 22/6 27/20 27/23 34/2 34/3 35/22 35/25 37/4 37/23 39/5 39/19 40/7 40/8 46/9 47/21 48/9 50/13 52/21 54/11 56/7 59/20 60/16 62/12 62/14 64/7 66/5 66/9 66/24 67/12
**times [5]**  20/10 26/23 34/8 49/8 58/23
**Title [3]**  12/11 59/8 65/22
**today [27]**  17/8 17/14 17/23 23/10 23/23 24/2 24/3 31/23 35/22 39/16 39/23 41/1 41/6 43/3 44/2 44/3 45/5 46/2 46/15 47/7 58/22 60/4 61/13 62/13 63/9 65/19 68/6
**together [5]**  19/5 37/19 39/6 60/20 60/23
**told [8]**  3/21 4/16 13/15 25/9 32/17 48/24 52/14 53/16
**tomorrow [2]**  21/19 36/4
**too [8]**  5/3 14/19 34/9 38/11 50/25 51/1 58/12 61/14
**took [5]**  26/10 43/11 53/18 53/19 58/4
**tool [1]**  38/12
**tools [2]**  44/4 45/10
**tops [1]**  27/18
**torn [1]**  29/9
**total [5]**  10/1 20/15 20/16 56/14 67/16
**touch [2]**  38/25 39/1
**tough [1]**  58/13
**Tower [1]**  1/19
**town [1]**  43/4
**toxic [1]**  44/9
**toys [1]**  29/15
**traded [2]**  21/16 21/21
**training [1]**  32/23
**transcript [1]**  70/1
**transferred [1]**  25/10
**translation [1]**  35/23
**translator [3]**  36/7 36/8 36/12
**trash [3]**  42/6 44/17 62/19
**travel [1]**  55/7
**tree [1]**  37/15
**tremendously [1]**  61/22
**trial [1]**  58/18
**tried [3]**  43/15 47/1 48/3
**troops [2]**  44/15 44/22
**true [3]**  56/25 59/25 64/17

**truly [4]**  4/12 46/1 54/3 64/20
**trust [2]**  25/7 31/16
**trusted [4]**  23/20 26/20 35/17 37/7
**trustworthy [2]**  27/1 29/2
**truth [2]**  28/22 49/6
**truthful [1]**  63/20
**try [7]**  4/2 12/15 43/12 49/1 49/21 64/20 65/9
**trying [13]**  6/22 12/23 23/24 28/8 34/18 37/20 40/3 41/11 42/14 42/25 49/5 49/16 55/12
**Tuesday [1]**  37/18
**tuned [1]**  38/20
**turn [9]**  5/14 8/4 18/9 22/11 44/18 48/18 51/19 59/8 68/23
**turned [1]**  36/7
**turning [3]**  22/23 37/4 61/12
**Turnpike [1]**  62/17
**two [19]**  3/23 5/24 6/1 7/24 22/13 26/3 26/10 26/23 35/24 38/21 50/4 51/23 53/2 55/9 56/10 56/1 57/22 64/5 67/16
**two-step [1]**  3/23
**tying [1]**  7/8
**types [1]**  57/11
**typical [1]**  37/14

**U**

**U.S [4]**  5/8 36/15 36/20 37/6
**ultimately [3]**  4/7 53/21 63/14
**unable [2]**  50/11 50/15
**under [6]**  18/19 23/3 28/12 49/17 49/18 49/18
**undercover [1]**  53/21
**underhanded [2]**  26/5 27/25
**understand [13]**  5/9 11/17 16/2 21/9 27/2 46/2 46/19 46/24 50/16 59/15 59/24 60/19 66/11
**understanding [2]**  54/3 62/24
**understands [1]**  62/3
**understood [1]**  65/13
**undertaken [1]**  55/8
**unemployed [1]**  66/25
**unfortunate [1]**  56/13
**unfortunately [2]**  48/11 60/25
**uniformity [2]**  4/2 4/4
**unique [2]**  4/13 4/13
**unit [1]**  34/11
**UNITED [20]**  1/1 1/4 1/11 1/15 3/2 4/3 20/24 22/12 25/3 40/24 44/10 44/12 44/13 59/8 65/22 66/2 66/17 67/14 68/2 68/2
**units [2]**  13/25 31/21
**unless [1]**  5/11
**unobjected [2]**  8/17 11/5
**until [5]**  28/3 33/19 34/3 36/18 38/17
**unwilling [2]**  50/11 50/15
**up [23]**  10/1 12/5 24/13 25/2 25/5 26/8 26/18 26/23 27/20 28/25 34/3 34/15 37/13 38/21 38/22 42/4 43/3 43/25 44/15

**U**

**up... [4]**   44/24 45/23 49/5
64/4
**upcoming [1]**   69/17
**upon [3]**   66/6 67/8 68/9
**upset [1]**   52/24
**urban [1]**   59/2
**urge [1]**   50/19
**us [17]**   3/21 4/16 12/19
12/20 15/18 16/17 19/6 52/18
53/19 53/20 53/22 53/22 55/3
55/21 59/24 62/13 62/21
**use [16]**   13/16 15/25 27/8
29/12 30/8 32/17 33/2 33/14
41/24 45/10 45/13 52/3 52/5
53/10 58/13 66/14
**useable [2]**   29/17 29/20
**used [6]**   9/22 11/8 16/14
20/3 26/15 32/21
**useful [1]**   31/25
**uses [1]**   33/16
**using [7]**   27/19 30/8 35/23
38/12 41/14 45/8 45/13
**usually [1]**   29/18
**utilized [1]**   13/6

**V**

**vacation [1]**   36/8
**valuation [3]**   6/23 21/5 58/7
**valuations [1]**   7/1
**value [15]**   10/20 12/3 12/4
12/5 12/8 12/9 12/14 13/22
13/23 21/18 21/19 21/23
28/10 29/17 29/22
**valued [5]**   11/20 11/21 11/21
11/22 21/6
**values [1]**   21/9
**valuing [1]**   53/8
**various [2]**   25/20 30/10
**veggie [2]**   37/15 38/15
**vehicle [2]**   38/5 38/7
**vehicles [2]**   38/23 38/24
**vendor [1]**   30/7
**verification [1]**   67/2
**verified [1]**   34/21
**verify [1]**   67/2
**Verizon [1]**   44/23
**versus [3]**   3/2 7/24 59/2
**very [28]**   5/2 18/8 25/7 27/9
28/9 28/20 36/24 37/11 37/12
37/24 40/17 48/8 48/17 48/21
51/18 52/2 52/17 52/24 56/1
56/5 58/12 58/12 60/18 60/18
63/4 63/4 64/23 66/12
**veteran [1]**   37/9
**vice [1]**   43/11
**vice-president [1]**   43/11
**victim [5]**   7/14 8/7 9/20
10/14 14/7
**victims [1]**   17/11
**videos [1]**   44/6
**view [4]**   15/12 24/3 46/5
54/1
**violation [1]**   61/2
**virtually [1]**   63/16
**viruses [1]**   54/16
**VOLUME [1]**   1/9

**W**

**wait [3]**   9/13 35/25 60/13
**walk [1]**   19/4
**walked [2]**   36/5 57/17
**walks [1]**   64/16
**Walson [3]**   31/7 33/17 33/19
**Wang [2]**   36/7 36/10
**Wang's [1]**   36/6
**want [38]**   4/19 5/3 5/9 8/5
11/16 18/11 24/24 24/25
26/24 27/3 34/10 38/1 39/3
39/13 39/17 39/19 39/22
47/17 48/12 48/21 50/4 50/18
51/6 53/1 53/20 55/1 55/2
55/23 56/7 58/17 59/20 66/13
66/19 67/1 67/24 68/1 68/4
69/14
**wanted [5]**   6/16 7/16 23/16
42/24 47/23
**wants [4]**   34/10 35/25 39/12
58/19
**ware [1]**   54/15
**warehouse [1]**   23/20
**warnings [1]**   38/2
**was [102]**
**wasn't [7]**   35/22 48/2 50/15
52/13 52/23 55/19 65/2
**waste [4]**   28/17 37/11 41/12
43/21
**wasteland [1]**   29/7
**wastelands [1]**   28/25
**watched [1]**   60/25
**watching [2]**   37/5 60/21
**water [2]**   28/17 63/2
**way [16]**   6/14 19/24 28/11
33/9 35/17 36/25 40/9 42/3
46/22 47/13 50/18 53/13
55/18 58/14 61/2 61/16
**ways [5]**   40/21 42/4 44/17
50/25 53/12
**we [220]**
**weak [1]**   42/1
**weakness [1]**   40/8
**wealth [1]**   35/2
**wearing [2]**   38/3 38/6
**Wednesday [1]**   37/18
**week [9]**   26/24 35/19 37/1
38/19 38/21 42/21 43/10
43/25 62/23
**weeks [1]**   38/21
**weight [4]**   50/4 50/7 50/19
50/22
**welcome [2]**   3/8 3/11
**well [16]**   4/10 4/12 10/2
11/16 15/1 21/13 24/1 31/7
31/14 31/25 32/24 34/14 39/6
39/10 44/11 65/15
**went [12]**   25/12 25/12 25/17
42/15 42/17 42/20 42/22
43/18 43/18 44/10 57/23
59/25
**were [43]**   4/1 13/15 14/15
14/15 14/24 14/24 14/25 15/2
15/10 15/10 15/22 15/23
15/23 16/13 17/4 17/11 17/13
18/12 20/2 21/19 25/11 26/12
27/11 27/12 27/16 27/25

27/25 29/1 33/8 42/21 42/24
43/10 43/25 45/14 47/6 53/17
63/20 65/4 65/4 65/10 65/12
65/13 65/17
**weren't [2]**   26/23 44/7
**WEST [7]**   1/2 1/6 1/16 1/23
2/2 47/22 59/3
**WestLaw [1]**   60/4
**wetland [1]**   43/2
**what [124]**
**whatever [5]**   11/22 22/22
28/13 47/24 50/4
**when [43]**   5/6 6/1 6/7 8/15
13/17 25/19 26/14 26/21 27/6
29/18 30/11 33/18 34/5 35/15
36/4 37/14 43/2 43/20 43/21
44/9 45/16 48/24 48/25 49/20
50/23 52/12 52/14 53/3 53/16
54/2 54/12 55/12 55/17 56/17
57/20 57/21 59/13 59/25 61/2
61/24 62/21 64/8 68/15
**Whenever [1]**   7/25
**where [23]**   8/22 11/6 15/16
16/16 17/20 25/25 27/20
28/22 29/3 34/11 44/17 47/11
47/12 47/16 52/17 52/22 55/6
57/10 57/20 59/9 59/18 62/17
69/8
**Whereupon [1]**   8/14
**whether [12]**   5/18 6/23 7/4
8/20 13/3 13/4 14/21 25/23
59/18 60/10 63/1 68/10
**which [34]**   9/20 9/23 10/7
10/19 11/12 11/14 11/18 12/8
13/11 17/13 18/12 19/9 21/8
24/4 27/12 29/20 32/11 34/24
36/8 36/24 37/8 38/2 43/6
45/22 46/1 53/10 54/17 55/25
57/9 57/11 61/11 66/17 67/4
68/21
**while [8]**   20/7 38/6 40/8
40/20 42/24 66/10 67/5 67/10
**white [3]**   57/23 63/14 63/21
**who [24]**   17/12 23/11 23/12
23/13 23/18 23/21 23/23
23/23 24/3 27/12 28/22 31/24
37/7 45/23 48/9 52/3 57/5
60/9 62/2 63/16 64/4 64/17
65/19 65/19
**whole [6]**   14/8 29/16 37/2
45/19 56/4 62/14
**why [9]**   5/14 22/21 22/23
44/7 46/6 49/3 54/14 56/18
63/21
**wide [1]**   26/17
**will [31]**   3/4 3/12 3/14
13/13 15/17 16/19 17/25
22/25 23/12 23/13 23/25
23/25 26/3 28/22 38/21 39/11
41/12 43/23 49/10 52/18
55/15 63/10 65/6 65/18 66/9
66/20 66/22 67/8 69/15 69/17
69/22
**willingness [1]**   61/1
**Windows [4]**   9/21 9/22 11/22
12/1
**wipe [1]**   26/17
**wish [3]**   46/25 47/6 64/24

88

**W**

**withdraw [1]**  16/19
**within [8]**  18/7 18/10 20/23
 27/11 27/22 47/19 47/20
 68/15
**without [4]**  8/13 33/21 39/2
 66/25
**Wolff [5]**  9/12 53/13 53/16
 53/16 65/3
**won't [2]**  38/25 39/1
**wonderful [6]**  47/15 54/6
 54/7 56/16 63/5 65/1
**wondering [1]**  8/20
**word [3]**  32/17 41/14 44/11
**words [4]**  12/10 12/15 33/12
 34/19
**work [8]**  23/21 30/14 39/4
 43/8 45/23 47/1 59/16 60/20
**worked [1]**  25/20
**working [6]**  27/15 33/8 37/19
 42/3 45/5 63/23
**works [4]**  31/25 33/19 58/15
 59/21
**world [17]**  26/17 29/16 34/1
 34/4 37/2 37/12 38/1 38/5
 38/14 38/20 40/4 40/14 40/20
 42/8 42/12 44/7 46/11
**worldwide [1]**  25/23
**worried [2]**  41/13 64/2
**worry [1]**  58/20
**would [44]**  4/5 5/25 7/3 7/20
 8/6 8/24 10/1 10/19 10/21
 11/14 12/18 12/19 12/20 15/5
 16/11 16/22 19/12 22/16
 22/21 22/22 23/9 24/12 24/16
 24/16 28/3 31/13 32/5 36/2
 47/4 47/7 47/8 47/14 51/17
 52/9 52/24 54/25 56/15 61/20
 62/9 64/2 64/2 68/10 68/11
 68/12
**wouldn't [4]**  15/11 31/17
 33/7 55/2
**wreck [1]**  42/1
**wrist [1]**  51/13
**written [2]**  59/21 67/1
**wrong [7]**  29/6 36/25 46/21
 52/20 54/4 57/18 65/1

**X**

**XP [7]**  9/21 11/22 11/23
 11/23 11/24 11/24 11/25

**Y**

**year [6]**  25/20 29/5 37/9
 41/3 44/22 54/19
**years [22]**  24/4 25/22 26/3
 26/10 27/16 31/4 33/23 35/9
 36/24 38/24 40/9 41/22 41/25
 43/2 47/20 48/25 49/3 51/3
 55/10 60/22 66/7 66/8
**yes [27]**  6/12 8/24 11/4
 12/12 12/22 13/10 13/22
 18/19 18/21 20/6 20/25 21/12
 24/14 30/13 30/17 31/5 32/9
 32/15 35/13 39/13 39/15
 46/18 48/20 55/2 57/23 67/23
 69/4

**yesterday [18]**  3/12 4/1 5/23
 6/4 8/21 10/4 12/4 13/1
 17/22 18/12 23/10 32/3 32/10
 39/10 47/10 50/10 58/14
 65/16
**yesterday's [2]**  13/2 18/24
**yet [2]**  17/17 55/16
**you [290]**
**you'd [1]**  64/14
**young [4]**  25/7 60/1 63/1
 64/6
**your [56]**  5/17 8/11 9/4 9/6
 11/4 14/1 18/23 19/7 21/13
 22/18 22/24 23/6 24/17 24/17
 27/4 28/7 30/3 35/10 35/11
 37/14 38/13 38/15 39/3 39/8
 39/10 39/15 39/19 40/7 42/5
 46/4 46/5 46/13 46/16 47/2
 47/3 47/5 47/14 49/8 49/17
 49/18 50/3 50/9 51/17 51/22
 55/12 58/3 60/12 63/6 65/11
 66/6 67/6 67/11 67/18 68/7
 68/25 69/18
**yourself [3]**  24/16 32/7 65/3

**Z**

**zero [1]**  53/8