1
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

2
              WEST PALM BEACH DIVISION

3
          CASE NO. 16-CR-80090-HURLEY

4
**UNITED STATES OF AMERICA,**   .

5
Plaintiff,           .

6
     vs.             .
                   .

7
**ROBERT J. WOLFF,**     .  West Palm Beach, FL
                 .  May 23, 2017

8
Defendant.         .

9

10
                 VOLUME 2
           SENTENCING PROCEEDINGS
    BEFORE THE HONORABLE DANIEL T. K. HURLEY

11
        UNITED STATES DISTRICT JUDGE

12

13
APPEARANCES:

14

15
FOR THE PLAINTIFF:   **LOTHROP MORRIS**
                  United States Attorney's Office
                  500 South Australian Avenue

16
                  Suite 400
                  West Palm Beach, FL 33401

17
                  561-820-8711

18
FOR THE DEFENDANTS:  **RANDEE J. GOLDER, ESQ.**
                  Randee J. Golder, P.A.

19
                  PO Box 243756
                  Boynton Beach, FL 33424

20
                  561-503-4398

21
COURT REPORTER:      Pauline A. Stipes
                  Official Federal Reporter

22
                  HON. ROBIN L. ROSENBERG
                  Fort Pierce/West Palm Beach

23
                  772-467-2337

24

25

 1          *THE COURT:*  Let me allow counsel to make appearances.

 2   I will start by recognizing counsel for the Government.

 3          *MR. MORRIS:*  Lothrop Morris, Jonathan McGloin from

 4   Microsoft, as well as Daniel Richichi.

 5          *THE COURT:*  Thank you very much.  Counsel for the

 6   Defense.

 7          *MS. GOLDER:*  Randee Golder on behalf of Robert Wolff,

 8   seated next to me.

 9          *THE COURT:*  Thank you, and thank you to the family and

10   friends for being so patient and who have been here through

11   this entire process.

12          As the parties know, of course, we spent yesterday

13   afternoon -- yesterday morning and afternoon addressing the

14   issue of what is called the infringement amount because that

15   has an impact on the guidelines.

16          To pick up from that, as everybody remembers, Mr.

17   Wolff came to court some time ago and he changed his plea from

18   not guilty to guilty.

19          Because of that, the Probation Office was asked to

20   prepare a Pre-Sentence Report and that report has been

21   completed and a copy prepared for each party.

22          Now, we need to consult the Federal Sentencing

23   Guidelines and once that is done, we need to look at another

24   statute where Congress has set out individualized factors that

25   need to be considered as well.

1           Coming back to the guidelines for a moment, we need to

2   make sure they are accurately calculated.  We need to go back

3   to the Pre-Sentence Investigation Report, and we need to be

4   sure the facts are accurate, and whatever conclusions drawn,

5   they are appropriate and justified.  And finally, but very,

6   very important, we want to make sure the numbers generated,

7   that they, too, are accurate.

8           Now, with all of that as a background, why don't I

9   turn to Ms. Golder first to see if there are any remaining

10  factual objections that need to be addressed today.

11          MS. GOLDER:  Judge, first of all, unlike the way we

12  normally do it, I divided my objections into infringement

13  objections and non-infringements.  We resolved the infringement

14  objections.  As to the non-infringement, there's one minor

15  factual issue.

16          THE COURT:  Where does that first appear in the

17  Pre-Sentence Investigation Report, the factual objection?

18          MS. GOLDER:  Page six, paragraph 13.

19          THE COURT:  What is the issue?

20          MS. GOLDER:  We didn't make the initial contact with

21  Mr. Lundgren.  Mr. Wolff was dealing with Mr. Lundgren in his

22  business of selling hardware and Mr. Lundgren approached him to

23  sell some XP 2 discs that he already had.

24          THE COURT:  Can I help you out?  It is not going to

25  affect me at all.  I won't resolve that issue, it is not going

1    to affect the sentence in the least.

2            *MS. GOLDER:*  That was the only one.

3            *THE COURT:*  Mr. Morris, any factual objections the

4    Government has?

5            *MR. MORRIS:*  No.

6            *THE COURT:*  Thank you.

7            Let's move into the second category of issues, and

8    these are legal issues within the guidelines.  Ms. Golder, any

9    remaining issues within the guidelines you need to document?

10           *MS. GOLDER:*  No.

11           *THE COURT:*  Are you okay on the record, have you made

12    an objection to yesterday's findings?

13           *MS. GOLDER:*  I believe I have.  At the appropriate

14    time I was going to do that.  To the extent we haven't, we'll

15    object to the finding of the infringement amount --

16           *THE COURT:*  You are adopting everything you said

17    yesterday?

18           *MS. GOLDER:*  Correct.

19           *THE COURT:*  Anything else other than that?

20           *MS. GOLDER:*  The restitution issue --

21           *THE COURT:*  I will apply the same ruling here.

22           *MS. GOLDER:*  We adopt that ruling, it is the law of

23    the case.

24           *THE COURT:*  That is a good example of the concept of

25    the law of the case, you decide something once and the facts

1    are the same, and should be throughout the case.  Good.

2              Now, back to the Government, Mr. Morris.

3              Mr. Morris, any legal issues other than the 5K1?

4              *MR. MORRIS:*  No, Your Honor, just the 5K1.

5              *THE COURT:*  By the way, we all understand the

6    reference to a 5K1 is the section of the guidelines that

7    authorizes the Government to file a motion suggesting that Mr.

8    Wolff has been extraordinarily helpful to the Government; that

9    his assistance rises to the level of what the Government

10   believes is substantial assistance, and is therefore

11   recommending that whatever the sentence would have been

12   otherwise, that it be further reduced.

13             Before we get to that, though, because I think it is a

14   helpful background to have, why don't we walk through the

15   Pre-Sentence Investigation Report as it currently appears, that

16   is without consideration of the 5K1 motion.

17             If we begin on page ten, paragraph 47, the total

18   offense level is shown to be a total offense level of 21.

19   Moving down that page, page ten, paragraph 51, that reflects

20   that Mr. Wolff has never had any prior involvement with the

21   Criminal Justice System, and he is placed in category I, that

22   is the lowest possible criminal history category.

23             Now 15, paragraph 77, the recommended guideline

24   imprisonment range is 37 to 46 months.

25             Do both parties agree those are the best calculations

1    under the guidelines, subject to the Court's prior rulings?

2         *MR. MORRIS:*  Yes.

3         *MS. GOLDER:*  Yes.

4         *THE COURT:*  In this case, the Government filed a 5K1

5    motion, so let me turn to Mr. Morris and invite him to come to

6    the lectern so he can speak on that motion.

7         *MR. MORRIS:*  Your Honor, we are making this motion

8    pursuant to 18 United States Code, Section 3553(e), as well as

9    Section 5K1.1 of the Federal Sentencing Guidelines.

10        Now, what I would like to do is give you a brief

11   background.  If you have any questions, feel free to ask,

12   because I believe that the -- in this particular case, the

13   cooperation that Mr. Wolff provided really was extensive in a

14   degree -- or to a degree that I think is unusual, and more than

15   we typically have.

16        What he did, there was a knock and talk that occurred

17   at his residence.  At the time he stated he was the owner of a

18   small company and he would sell the Microsoft CD's.  They were

19   asking him about the Microsoft CD's that had been intercepted

20   and seized, and I believe it was originally in San Francisco.

21        He wasn't a hundred percent on the first introduction,

22   and that is typical.

23        They did a search of his house and found his computer,

24   and then invited him in, and I was there and I talked to him.

25   He explained what he was doing, he described his relationship

1    with Mr. Lundgren and at that point, he said he wanted to

2    cooperate.  He had a lawyer with him, a lawyer who I think

3    really did a very good job for him, Jacob Cohen, and -- but

4    Jacob Cohen is more of a state -- he practices more in the

5    state.

6          But the initial -- I think everybody at that time was

7    of the mind set that he wanted to do what he could to

8    cooperate.

9          So, we took his information and did an undercover

10   investigation that ultimately allowed us, through text

11   messages, phone calls, set up a situation where they sent

12   additional -- Mr. Lundgren sent additional discs, we sent money

13   to him, undercover money to him, and it helped us firm up the

14   case against Mr. Lundgren, and that was all done with Mr.

15   Wolff's help.

16         So, at that point, you know, he told us pretty much

17   everything he knows, he helped us with the undercover

18   investigation, and that led to charging Mr. Lundgren.

19         Ordinarily, he is on the cusp of already getting a 5K1

20   motion by that, and he was willing to testify, but then, now,

21   as fate would have it, the computer was lost.

22         At that point, this could have turned a lot of

23   different ways.  In fact, Ms. Golder said, oh, we don't want to

24   give that computer back to you, we will not give that computer

25   back to you, and I said, well, I can get a search warrant for

1    it, and she said well, then, you will have to get a search

2    warrant for it.

3         It was Mr. Wolff who said no, I want to give the

4    computer back.  He made that decision.  He was informed, but he

5    did it voluntarily, and he didn't have to do that.  He said not

6    only will I give you the computer back, but I will authenticate

7    all the emails you have shown me prior to that and I will

8    testify again if you need me to.

9         At that point, we didn't know -- we hadn't gone before

10   the Court.  I think we alerted the Court, but we didn't know

11   where this was going.

12        We thought we may be relying potentially on Mr.

13   Wolff's testimony alone.  We didn't know what we would find on

14   the computer.  If you recall, we did a forensic examination but

15   we weren't able at that time to determine whether it was

16   reliable, and we had to go through additional steps, we had to

17   go through Washington and get additional help.

18        Even throughout that process, Mr. Wolff said I will do

19   whatever I have to to help you and cooperate.

20        His attitude has been as helpful as he could possibly

21   be, he has been honest, and when we call him, he is responsive.

22   He has done a lot for the Government.  I can't speak more

23   highly of an individual and their assistance to a particular

24   case, especially, as you saw, a complicated case.

25        And I have more details, but that is primarily the

1    background that I am using to support this motion.

2           THE COURT:  Well, I intend to grant the Government's

3    motion, but I would like to reserve ruling on the extent of the

4    departure until I hear from Ms. Golder and Mr. Wolff.  Do you

5    have a recommendation?

6           MR. MORRIS:  I do have a recommendation, and I did

7    research on this because it is somewhat of an unusual case, and

8    I think I may have done it to myself.

9           We originally and still are going to recommend a

10   50 percent reduction, which we consider to be a large

11   reduction, but in analyzing this, what we found was because we

12   had agreed with Mr. -- first, Mr. Wolff came in first and pled

13   guilty.  He didn't ask for, at that time, anything other than

14   just the standard plea agreement.

15          Mr. Lundgren's attorney, Mr. Reinhart, I don't want to

16   get into too much of the plea negotiations, but he negotiated a

17   good plea for Mr. Lundgren, and we agreed in that plea to a

18   variance down to a -- I think a level 15, which gave the lower

19   guideline range.

20          So, when Ms. Golder heard about that, she came to me

21   and said what about us, you know, you negotiated this plea, and

22   I said absolutely, of course we will give you the same

23   agreement because it is only fair.

24          Then I did the research on the 5K and I realized the

25   5K applies to the guidelines, and I didn't want to put Mr.

 1   Wolff in a position where he didn't get the benefit of the 5K

 2   because, as I understand it, based on the research I have done,

 3   the Court can't consider the substantial assistance in

 4   determining a variance down from there.

 5          So, the way we analyzed this was that you started with

 6   the guidelines for, you know, Mr. Lundgren at the level, I

 7   think it was 21, and with a 37 to 46, and what we would ask you

 8   to do is take that level which would have applied to Mr. Wolff

 9   and bring it down before a variance based on the 5K, and based

10   on the guideline analysis, then do the variance from there

11   below that.

12          So, what we then arrived at was taking it down

13   50 percent from the 21, and then doing the variance from there.

14          Does that make sense?

15              THE COURT:  I understand what you are recommending.

16              MR. MORRIS:  We think that is procedurally the way it

17   should be done, is the way I understand it.

18              THE COURT:  Okay.

19              MR. MORRIS:  That is what we recommend.

20              THE COURT:  Thank you.  What we have just finished

21   doing is consulting the guidelines to see what they recommend,

22   and the guidelines, as Mr. Morris suggested, are dramatically

23   affected by the 5K1 motion.

24          Now, the Court is obligated to turn to Title 18 United

25   States Code, Section 3553(a), where Congress has written a list

```
 1    of factors that also need to be considered.

 2              These are important because they do focus on the

 3    unique characteristics of Mr. Wolff and of the case.

 4              I think we can do that in a moment, but before doing

 5    that, the law requires me to ask Mr. Wolff a question.

 6              Mr. Wolff, the question is whether you are aware of

 7    any problem or difficulty, anything that would constitute a

 8    legal impediment to stop the Court today from announcing a

 9    sentence in your case.  Are you aware of that?

10              THE DEFENDANT:  No.

11              THE COURT:  No legal cause having been shown why

12    sentence of law should not be imposed, I would be happy to hear

13    what you have to say.

14              If it is okay, why don't I ask Ms. Golder to talk on

15    your behalf, but I will come back to you.

16              Ms. Golder.

17              MS. GOLDER:  Yes.

18              Judge, this has been in its own way a long and

19    difficult case.  I appreciate the things Mr. Morris said, and

20    when he approached me about turning over the laptop, again, I

21    didn't know why they needed it.  Although my client said I have

22    no problem, I have nothing to hide, as a lawyer, I was

23    concerned in not asking why they needed it.

24              I didn't know what they were searching for, if we were

25    looking at more charges or what could be out there.
```

```
1              THE COURT:  Well, think about it, obviously, your
2    responsibility, being Mr. Wolff's lawyer, was giving your best
3    advice on what he should or should not do, and that is
4    difficult because, number one, you needed to know why they
5    wanted it.
6              You wanted to know that for reasons that no one is
7    quite sure.  An accident occurred, and the Government totally
8    lost their mirror image of the -- of Mr. Wolff's computer.  I
9    suppose you had the difficult task of trying to assess if Mr.
10   Wolff would simply decline that request, whether the Government
11   had a case at all.
12             MS. GOLDER:  Right.
13             THE COURT:  On one hand, I know Mr. Wolff indicated a
14   desire to assist, but as his lawyer, you had the obligation to
15   explore with him the fact that suddenly all of the evidence may
16   have disappeared, or at least the significant source of
17   evidence.
18             MS. GOLDER:  Right, and there were other issues in
19   this case and Your Honor has seen me in this position before,
20   not as bad as you saw in that trial years ago, certainly things
21   between us and the co-defendant were not pleasant.
22             THE COURT:  I understand that.
23             MS. GOLDER:  It made it difficult for Mr. Wolff, the
24   criticism of us, the fact that he pled and was cooperating,
25   insisting nothing had been done wrong, and they didn't do
```

1   anything wrong, and Mr. Wolff all along said, you know what, I

2   want to do the right thing, and I think that distinguishes him

3   from his co-defendant in that case.

4       That being said, we find ourselves really in a pretty

5   good position all said and done.

6       When I look at what is happening with the guidelines,

7   and Mr. Morris and I discussed how these operate, it is a

8   strange phenomenon that in 3553(a), that substantial assistance

9   is not in there.  The only way it appears is 3553(e), going

10  below minimum mandatories.

11      So, it is actually a factor in 5K1.1 of the

12  guidelines, but it is not mentioned in 3553(a) as a sentencing

13  factor, and I think it certainly should be.

14      That being said, Mr. Morris and I worked out --

15      THE COURT:  Wouldn't you only take it into

16  consideration once?

17      MS. GOLDER:  Yes, that is why Mr. Morris said -- to

18  me, I would have said you do the variance and then look at

19  substantial assistance.

20      THE COURT:  I am not sure I am following you.  Why are

21  you concerned about a variance?

22      MS. GOLDER:  Obviously the co-defendant got a huge

23  variance when you look at where the Government is starting, the

24  guidelines are starting.

25      THE COURT:  Oh, you mean -- don't you think the

1    Government is making the same recommendation as to Mr?  Wolff.

2           MS. GOLDER:  They are.  The question is:  How do we

3    get there?

4           What we have to do is do the substantial assistance

5    first.

6           THE COURT:  You folks are much too complicated for me.

7    I am not worried about that, I know what I am going to do.

8           MS. GOLDER:  When you apply one and the other, we do

9    end up with house arrest.

10          THE COURT:  You don't need to say anything more.

11          MS. GOLDER:  Okay.

12          That being said.  You have a man before you who has

13   been through difficult times, he never denied what motivated

14   him here, it was trying to get money to support his family.  He

15   was still married, he had a lot of pressures, and had children

16   in school and still does, and huge financial pressures on him

17   and with MS that was becoming worse and worse and worse.

18          This has been difficult for his family.  His parents

19   are in the courtroom, his ex-wife is in the courtroom.  His

20   mother is a Holocaust survivor and the thought of incarceration

21   for her son has meaning for her that we can't imagine.

22          Mr. Wolff has always been a very religious person, led

23   a religious life, and it was difficult at times.

24          You heard doctors explaining the problems with his

25   illness, particularly in a incarcerative setting, and the

```
 1    mental functioning problems which makes it difficult to

 2    understand and follow orders and comprehend what is going on

 3    around you, and the condition gets worst and with MS, stress

 4    aggravates it.

 5             So, I don't want to prolong this, I think Your Honor

 6    has given me a clue where you are going.  We are asking for a

 7    period of house arrest, Judge.  Mr. Wolff would have no trouble

 8    complying with those kind of conditions, whatever conditions

 9    the Court wants to impose that would allow him to remain in a

10    protected setting given his physical and mental limitations.

11             THE COURT:  All right.  Thank you.

12             Mr. Wolff, would you like to say anything, sir?

13             You want to come up to the lectern.  The court

14    reporter needs to hear you.  Good afternoon, sir.

15             THE DEFENDANT:  Good afternoon.  First of all, I want

16    to apologize to the Court and my family for a lapse of judgment

17    and I shouldn't have done it.

18             I also would like to say that through this whole

19    process, everybody that I have been -- had any kind of

20    connection with from Ms. Golder, my lawyers, to Your Honor, to

21    Detective Richichi, to U.S. Attorney Morris, the parole office,

22    U.S. Marshals, have all treated me with respect, dignity,

23    compassion, and that does not go unrespected.  I have always

24    been a proud American.

25             That kind of enhances that, and that is all I have to
```

```
 1    say.
 2              THE COURT:  Thank you, thank you very much.
 3              Mr. Morris, anything else you want to say?
 4              MR. MORRIS:  No, Your Honor.  I think, you know, I
 5    think we have said everything we need to say and, you know, it
 6    has been a very long and difficult case.  I just want to thank
 7    the Court for everything, the time you have taken, I appreciate
 8    it.
 9              THE COURT:  All right.  Thank you.
10              Ladies and gentlemen, we began today by consulting the
11    guidelines.  The Supreme Court requires that we do that.  We
12    understand that the guidelines make a recommendation.  And in
13    this case, one has to look at the relative roles of the parties
14    because each party played a complementary role, but I mention
15    that because there is a concept of Sentencing disparity, and
16    the Government, quite properly, made certain concessions to Mr.
17    Lundgren.
18              They are not binding on the Court, but to be candid
19    with you, I do, and other judges, pay certain attention when we
20    hear that the parties have arrived at recommendations they
21    think are fair and just, so I am aware of that.
22              I'm also aware of what is a very unique circumstance
23    that happened in this case, and I know it is embarrassing to
24    law enforcement because initially they obtained, I guess by
25    consent, Mr. Wolff's computer and made a mirror image of it.
```

1   Clearly the Government intended to rely upon that, it is very

2   important.

3          To this day, no one is quite sure what happened, but

4   the mirror image was lost, whether someone didn't understand

5   what it was or threw it out or on a shelf that other people had

6   access to.  I don't think anyone is suggesting there was any

7   purposeful act, it was negligence and it just happened.

8          Because of that, there was an investigation and

9   precautionary new rules have been put into place.

10         But when that was discovered, you can imagine the

11   resulting turmoil, number one, a major hunt to see if the hard

12   drive could be found.

13         When it wasn't, then the request coming back through

14   Ms. Golder to Mr. Wolff to get another copy.  And remember, Mr.

15   Wolff's computer had been given back to him because he was

16   conducting business.

17         So the computer conceivably had -- undoubtedly had new

18   information, but conceivably may have overwritten some of the

19   original information.  That was the great issue, was the

20   original information lost, could it be retrieved, and so on and

21   so forth.

22         And, of course, the first question was, would the

23   computer be made available?

24         Everybody can speculate what different positions

25   people could have taken, but the fact of the matter is, Mr.

```
 1   Wolff said, no, here it is, you can have it, and he was
 2   consistent in the way it was at the very beginning.
 3        I think that represents something the Court not only
 4   can, but must take into account because you look at someone's
 5   attitude and their acts throughout this entire process.
 6        And, you know, it was very hard to assess what was the
 7   impact of having lost that hard drive.  We spent, I don't know
 8   how much time, but a good half day entertaining a motion by Mr.
 9   Lundgren's counsel that the entire case should be dismissed.
10        I know that motion was made in good faith, and it was
11   argued diligently.  I concluded that the law did not require
12   that, but the whole issue was, what we now had, was it
13   reliable, was it an exact copy.  It turns out to be not only an
14   exact copy, but it was an exact copy plus, it had the
15   additional information of Mr. Wolff's later business.
16        So, not only did Mr. Wolff cooperate in the way that
17   some people do when they are trying to assist the Government --
18   you know, sometimes, no matter how hard law enforcement works,
19   and they worked very hard in this case with seizures in
20   different locations, in New York and San Francisco, and so on,
21   it is not until somebody on the inside says, look, this is what
22   is happening, this is what we are trying to do and Mr. Wolff,
23   without a moment's hesitation, did that, this extraordinary
24   extending of himself afterwards.
25        Now, I am obligated to talk about the nature and
```

1    circumstances of the offense, and all of you folks were present

2    here in Mr. Lundgren's Sentencing, and I would say the same

3    thing, we all understand that software is an important product

4    that is created, entitled to be protected, and piracy of that

5    is a serious issue.  So, the infringement of that is serious,

6    and we all acknowledge it.

7         Certainly someone like Mr. Wolff who works in that

8    business and industry has a heightened appreciation for that.

9         I am obligated to look at the history and

10   circumstances of the Defendant.

11        You know, as I said sometime before, people do things

12   in life that they are really embarrassed about, they succumb to

13   whatever temptation it was, money at a time when financial

14   needs were great, and they make judgments sometimes beyond

15   that.

16        But you look at everything about Mr. Wolff, and he is

17   a gentleman who is deserving of great respect.  He is a man of

18   integrity in everything else he has done.  I know his parents

19   are enormously and justifiably proud of him, just a wonderful

20   person, and he made a mistake.  Now you say, all right, what do

21   you do about this?

22        Well, I had to put Mr. Lundgren in jail, I had no

23   choice.  I have a choice here and, Mr. Wolff, you have given me

24   this choice in the 5K motion.  I do intend to put you on

25   probation.

```
1              Has Mr. Wolff actually served time in jail?

2         MS. GOLDER:  No.

3         MR. MORRIS:  No.

4         THE COURT:  So it is probation along with supervised

5    release.  I will add that be a six month period of home

6    confinement.

7              Now, I want to be very clear, because I know that

8    Microsoft is deeply concerned about taking appropriate steps to

9    protect its intellectual property.  They spent a lot of money

10   to do this, they are obligated to do it because of the

11   fidelity, of the grand, high quality, reliable and so on, and I

12   do not take lightly the Court's obligation to impose a sentence

13   that encompasses general deterrence.

14             But for Mr. Wolff's, and I think extraordinary, help

15   here, I would be obligated to impose a prison sentence, but I

16   think Mr. Wolff by his own actions, and supported by the

17   Government's motion, gives me not only the ability, but the

18   obligation to impose a sentence below the advisory guidelines.

19             I am aware of all of the factors in Title 18 United

20   states Code, Section 3553(a), and taking that into

21   consideration, it is the judgment of this Court that the

22   Defendant, Robert J. Wolff, is to be placed on probation for a

23   period of four years.

24             This consists of four years as to Count 1 and four

25   years as to Count 3, with the understanding that those terms of
```

1    probation run concurrently.

2            Now, Mr. Wolff, I want you to know that I believe the

3    Court would be willing to entertain a motion for early

4    termination of probation after a significant track record of

5    full compliance, which I think is a very reasonable expectation

6    in your case.

7            I want you to abide by the standard conditions of

8    probation, and they are going to be explained to you in detail

9    by the Probation Officer.

10           In addition to those standard conditions, I am going

11   to add the following special terms:

12           For the first six months of the period of probation,

13   you are going to be subject to home confinement as a special

14   condition of probation and the Probation Officer will explain

15   to you the requirements of that because it requires having an

16   ankle bracelet and not leaving the home except for work and

17   certainly religious services, and that you will need to have --

18   is it a land line required or do you use GPS now?

19           *PROBATION OFFICER:*  To be honest, Your Honor, I am not

20   sure.

21           *THE COURT:*  I will leave that to the discretion of the

22   Probation Officer.

23           If you need the land line, you need to have one

24   installed.  If you do it with GPS, they will do that, that is a

25   better way, and you should pay the cost of that program.

1          In terms of the other conditions of probation, I want

2     you to maintain full-time employment, subject to your physical

3     ability to do that.  In other words, the physical issue is

4     number one.

5          I am not limiting any kind of self-employment, and

6     while on probation, you will submit to a search of your person,

7     property and home, that search to be done in a reasonable

8     manner and done at a reasonable time by the Probation Officer.

9          Now, I do want the record to reflect that I have

10    looked at Mr. Wolff's financial situation, I am required by law

11    to do that, and I have come to the conclusion that he does not

12    have the ability to pay a monetary fine, and it is for that

13    reason no monetary fine has been included as part of the

14    sentence.

15         However, I am obligated and I do order that Mr. Wolff

16    pay a special assessment to the United States in the sum of

17    $100 as to each of the two counts of conviction, so the special

18    assessment of $200.

19         Mr. Wolff, I want you to know that you are absolutely

20    entitled to appeal the judgment and sentence entered here

21    today.  If you want to take an appeal, and if you, yourself, do

22    not have the money to hire a lawyer to represent you, of

23    course, please know that I would in fact appoint counsel to

24    represent you on that appeal.

25         In order to take an appeal, you have to file a piece

```
 1    of paper that is called a Notice of Appeal, and that notice

 2    must be filed within 14 days of the day when the judgment and

 3    sentence are actually entered on the books of the Court.

 4          Now, before I conclude today, it is my obligation to

 5    elicit from counsel for both parties their fully articulated

 6    objections to the Court's findings of fact and conclusions of

 7    law and elicit objections either party has to the manner in

 8    which sentence was imposed.

 9          MR. MORRIS:  Your Honor, the United States has no

10    objections.

11          THE COURT:  Thank you.  Ms. Golder.

12          MS. GOLDER:  No objections other than those previously

13    posed.

14          We do have one request concerning home confinement.

15    Mr. Wolff very often picks his children up from school because

16    his wife works.

17          THE COURT:  No problem.  That will be added by the

18    Probation Officer so he will be able to take the children to

19    school and bring them home.

20          In other words, the purpose of this is, in the evening

21    when you are not out at something, when you are -- you need to

22    be at home unless there is a particular -- if it is a religious

23    observance, fine.  Otherwise, you need to be home for that

24    period, and work with the Probation Officer, they have some

25    flexibility in that.
```

```
 1              By the way, once again I am concerned to make sure
 2       medical issues are the top priority.
 3              Anything else to come before the Court today?
 4              MR. MORRIS:  No, thank you.
 5              THE COURT:  Ms. Golder?
 6              MS. GOLDER:  No thanks, Judge.
 7              THE COURT:  Mr. Wolff, good luck to you.  I hope
 8       everything else works out fine, close this chapter and put this
 9       behind you.
10              Thank you all.  I excuse the parties, thank you all
11       for being so patient through this process.
12          (Thereupon, the hearing was concluded.)
13                                * * *
14              I certify that the foregoing is a correct transcript
15       from the record of proceedings in the above matter.
16
17          Date:  June 3, 2017
18                  /s/ Pauline A. Stipes, Official Federal Reporter
19                        Signature of Court Reporter
20
21
22
23
24
25
```

25

MR. MORRIS: [12]   2/2 4/4
5/3 6/1 6/6 9/5 10/15 10/18
16/3 20/2 23/8 24/3
MS. GOLDER: [23]   2/6 3/10
3/17 3/19 4/1 4/9 4/12 4/17
4/19 4/21 6/2 11/16 12/11
12/17 12/22 13/16 13/21 14/1
14/7 14/10 20/1 23/11 24/5
PROBATION OFFICER: [1]
21/18
THE COURT: [37]
THE DEFENDANT: [2]   11/9
15/14

**$**
$100 [1]   22/17
$200 [1]   22/18

**/**
/s [1]   24/18

**1**
13 [1]   3/18
14 [1]   23/2
15 [2]   5/23 9/18
16-CR-80090-HURLEY [1]   1/3
18 [3]   6/8 10/24 20/19

**2**
2017 [2]   1/7 24/17
21 [3]   5/18 10/7 10/13
23 [1]   1/7
2337 [1]   1/23
243756 [1]   1/19

**3**
33401 [1]   1/16
33424 [1]   1/19
3553 [6]   6/8 10/25 13/8 13/9
13/12 20/20
37 [2]   5/24 10/7

**4**
400 [1]   1/16
4398 [1]   1/20
46 [2]   5/24 10/7
47 [1]   5/17

**5**
50 percent [2]   9/10 10/13
500 [1]   1/15
51 [1]   5/19
561-503-4398 [1]   1/20
561-820-8711 [1]   1/17
5K [5]   9/24 9/25 10/1 10/9
19/24
5K1 [7]   5/3 5/4 5/6 5/16 6/4
7/19 10/23
5K1.1 [2]   6/9 13/11

**7**
77 [1]   5/23
772-467-2337 [1]   1/23

**8**
8711 [1]   1/17

**A**
abide [1]   21/7
ability [3]   20/17 22/3 22/12
able [2]   8/15 23/18
about [12]   6/19 9/20 9/21
11/20 12/1 13/21 14/7 18/25
19/12 19/16 19/21 20/8
above [1]   24/15
absolutely [2]   9/22 22/19
access [1]   17/6
accident [1]   12/7
account [1]   18/4
accurate [2]   3/4 3/7
accurately [1]   3/2
acknowledge [1]   19/6
act [1]   17/7
actions [1]   20/16
acts [1]   18/5
actually [3]   13/11 20/1 23/3
add [2]   20/5 21/11
added [1]   23/17
addition [1]   21/10
additional [5]   7/12 7/12
8/16 8/17 18/15
addressed [1]   3/10
addressing [1]   2/13
adopt [1]   4/22
adopting [1]   4/16
advice [1]   12/3
advisory [1]   20/18
affect [2]   3/25 4/1
affected [1]   10/23
after [1]   21/4
afternoon [4]   2/13 2/13
15/14 15/15
afterwards [1]   18/24
again [3]   8/8 11/20 24/1
against [1]   7/14
aggravates [1]   15/4
ago [2]   2/17 12/20
agree [1]   5/25
agreed [2]   9/12 9/17
agreement [2]   9/14 9/23
alerted [1]   8/10
all [22]   3/8 3/11 3/25 5/5
7/14 8/7 12/11 12/15 13/1
13/5 15/11 15/15 15/22 15/25
16/9 19/1 19/3 19/6 19/20
20/19 24/10 24/10
allow [2]   2/1 15/9
allowed [1]   7/10
alone [1]   8/13
along [2]   13/1 20/4
already [2]   3/23 7/19
also [3]   11/1 15/18 16/22
Although [1]   11/21
always [2]   14/22 15/23
am [5]   9/1 13/20 13/20 14/7
14/7 16/21 18/25 19/9 20/19
21/10 21/19 22/5 22/10 22/15
24/1
AMERICA [1]   1/4
American [1]   15/24
amount [2]   2/14 4/15
analysis [1]   10/10
analyzed [1]   10/5
analyzing [1]   9/11

**B**
ankle [1]   21/16
announcing [1]   11/8
another [2]   2/23 17/14
any [10]   3/9 4/3 4/8 5/3
5/20 6/11 11/7 15/19 17/6
22/5
anyone [1]   17/6
anything [8]   4/19 9/13 11/7
13/1 14/10 15/12 16/3 24/3
apologize [1]   15/16
appeal [5]   22/20 22/21 22/24
22/25 23/1
appear [1]   3/16
appearances [2]   1/13 2/1
appears [2]   5/15 13/9
applied [1]   10/8
applies [1]   9/25
apply [2]   4/21 14/8
appoint [1]   22/23
appreciate [2]   11/19 16/7
appreciation [1]   19/8
approached [2]   3/22 11/20
appropriate [3]   3/5 4/13
20/8
are [38]
argued [1]   18/11
around [1]   15/3
arrest [2]   14/9 15/7
arrived [2]   10/12 16/20
articulated [1]   23/5
as [28]
ask [5]   6/11 9/13 10/7 11/5
11/14
asked [1]   2/19
asking [3]   6/19 11/23 15/6
assess [2]   12/9 18/6
assessment [2]   22/16 22/18
assist [2]   12/14 18/17
assistance [7]   5/9 5/10 8/23
10/3 13/8 13/19 14/4
attention [1]   16/19
attitude [2]   8/20 18/5
attorney [2]   9/15 15/21
Attorney's [1]   1/15
Australian [1]   1/15
authenticate [1]   8/6
authorizes [1]   5/7
available [1]   17/23
Avenue [1]   1/15
aware [5]   11/6 11/9 16/21
16/22 20/19

**B**
back [10]   3/1 3/2 5/2 7/24
7/25 8/4 8/6 11/15 17/13
17/15
background [4]   3/8 5/14 6/11
9/1
bad [1]   12/20
based [3]   10/2 10/9 10/9
be [36]
BEACH [5]   1/2 1/7 1/16 1/19
1/22
because [20]   2/14 2/19 5/13
6/12 9/7 9/11 9/23 10/2 11/2
12/4 16/14 16/15 16/24 17/8
17/15 18/4 20/7 20/10 21/15
23/15

**B**

becoming [1]   14/17
been [19]   2/10 2/20 5/8 5/11
 6/19 8/20 8/21 11/11 11/18
 12/25 14/13 14/18 14/22
 15/19 15/24 16/6 17/9 17/15
 22/13
before [10]   1/10 5/13 8/9
 10/9 11/4 12/19 14/12 19/11
 23/4 24/3
began [1]   16/10
begin [1]   5/17
beginning [1]   18/2
behalf [2]   2/7 11/15
behind [1]   24/9
being [6]   2/10 12/2 13/4
 13/14 14/12 24/11
believe [4]   4/13 6/12 6/20
 21/2
believes [1]   5/10
below [3]   10/11 13/10 20/18
benefit [1]   10/1
best [2]   5/25 12/2
better [1]   21/25
between [1]   12/21
beyond [1]   19/14
binding [1]   16/18
books [1]   23/3
both [2]   5/25 23/5
Box [1]   1/19
Boynton [1]   1/19
bracelet [1]   21/16
brief [1]   6/10
bring [2]   10/9 23/19
business [4]   3/22 17/16
 18/15 19/8

**C**

calculated [1]   3/2
calculations [1]   5/25
call [1]   8/21
called [2]   2/14 23/1
calls [1]   7/11
came [3]   2/17 9/12 9/20
can [8]   3/24 6/6 7/25 11/4
 17/10 17/24 18/1 18/4
can't [3]   8/22 10/3 14/21
candid [1]   16/18
case [22]   1/3 4/23 4/25 5/1
 6/4 6/12 7/14 8/24 8/24 9/7
 11/3 11/9 11/19 12/11 12/19
 13/3 16/6 16/13 16/23 18/9
 18/19 21/6
category [3]   4/7 5/21 5/22
cause [1]   11/11
CD's [2]   6/18 6/19
certain [2]   16/16 16/19
certainly [4]   12/20 13/13
 19/7 21/17
certify [1]   24/14
changed [1]   2/17
chapter [1]   24/8
characteristics [1]   11/3
charges [1]   11/25
charging [1]   7/18
children [3]   14/15 23/15
 23/18

choice [3]   19/23 19/23 19/24
circumstance [1]   16/22
circumstances [2]   19/1 19/10
clear [1]   20/7
Clearly [1]   17/1
client [1]   11/21
close [1]   24/8
clue [1]   15/6
co [3]   12/21 13/3 13/22
co-defendant [3]   12/21 13/3
 13/22
Code [3]   6/8 10/25 20/20
Cohen [2]   7/3 7/4
come [5]   6/5 11/15 15/13
 22/11 24/3
coming [2]   3/1 17/13
company [1]   6/18
compassion [1]   15/23
complementary [1]   16/14
completed [1]   2/21
compliance [1]   21/5
complicated [2]   8/24 14/6
complying [1]   15/8
comprehend [1]   15/2
computer [12]   6/23 7/21 7/24
 7/24 8/4 8/6 8/14 12/8 16/25
 17/15 17/17 17/23
conceivably [2]   17/17 17/18
concept [2]   4/24 16/15
concerned [4]   11/23 13/21
 20/8 24/1
concerning [1]   23/14
concessions [1]   16/16
conclude [1]   23/4
concluded [2]   18/11 24/12
conclusion [1]   22/11
conclusions [2]   3/4 23/6
concurrently [1]   21/1
condition [2]   15/3 21/14
conditions [5]   15/8 15/8
 21/7 21/10 22/1
conducting [1]   17/16
confinement [3]   20/6 21/13
 23/14
Congress [2]   2/24 10/25
connection [1]   15/20
consent [1]   16/25
consider [2]   9/10 10/3
consideration [3]   5/16 13/16
 20/21
considered [2]   2/25 11/1
consistent [1]   18/2
consists [1]   20/24
constitute [1]   11/7
consult [1]   2/22
consulting [2]   10/21 16/10
contact [1]   3/20
conviction [1]   22/17
cooperate [4]   7/2 7/8 8/19
 18/16
cooperating [1]   12/24
cooperation [1]   6/13
copy [5]   2/21 17/14 18/13
 18/14 18/14
correct [2]   4/18 24/14
cost [1]   21/25
could [7]   7/7 7/22 8/20
 11/25 17/12 17/20 17/25

counsel [6]   2/1 2/2 2/5 18/9
 22/23 23/5
Count [2]   20/24 20/25
counts [1]   22/17
course [4]   2/12 9/22 17/22
 22/23
court [20]   1/1 1/21 2/17
 8/10 8/10 10/3 10/24 11/8
 15/9 15/13 15/16 16/7 16/11
 16/18 18/23 20/21 21/3 23/3
 24/3 24/19
Court's [3]   6/1 20/12 23/6
courtroom [2]   14/19 14/19
CR [1]   1/3
created [1]   19/4
criminal [2]   5/21 5/22
criticism [1]   12/24
currently [1]   5/15
cusp [1]   7/19

**D**

DANIEL [2]   1/10 2/4
Date [1]   24/17
day [3]   17/3 18/8 23/2
days [1]   23/2
dealing [1]   3/21
decide [1]   4/25
decision [1]   8/4
decline [1]   12/10
deeply [1]   20/8
defendant [6]   1/8 12/21 13/3
 13/22 19/10 20/22
DEFENDANTS [1]   1/18
Defense [1]   2/6
degree [2]   6/14 6/14
denied [1]   14/13
departure [1]   9/4
described [1]   6/25
deserving [1]   19/17
desire [1]   12/14
detail [1]   21/8
details [1]   8/25
Detective [1]   15/21
determine [1]   8/15
determining [1]   10/4
deterrence [1]   20/13
did [11]   6/16 6/23 7/3 7/9
 8/5 8/14 9/6 9/24 18/11
 18/16 18/23
didn't [12]   3/20 8/5 8/9
 8/10 8/13 9/13 9/25 10/1
 11/21 11/24 12/25 17/4
different [3]   7/23 17/24
 18/20
difficult [9]   11/19 12/4
 12/9 12/23 14/13 14/18 14/23
 15/1 16/6
difficulty [1]   11/7
dignity [1]   15/22
diligently [1]   18/11
disappeared [1]   12/16
discovered [1]   17/10
discretion [1]   21/21
discs [2]   3/23 7/12
discussed [1]   13/7
dismissed [1]   18/9
disparity [1]   16/15
distinguishes [1]   13/2

**D**

DISTRICT [3]   1/1 1/1 1/11
divided [1]   3/12
DIVISION [1]   1/2
do [42]
doctors [1]   14/24
document [1]   4/9
does [5]   3/16 10/14 14/16
15/23 22/11
doing [4]   6/25 10/13 10/21
11/4
don't [10]   3/8 5/14 7/23
9/15 11/14 13/25 14/10 15/5
17/6 18/7
done [12]   2/23 7/14 8/22 9/8
10/2 10/17 12/25 13/5 15/17
19/18 22/7 22/8
down [5]   5/19 9/18 10/4 10/9
10/12
dramatically [1]   10/22
drawn [1]   3/4
drive [2]   17/12 18/7

**E**

each [3]   2/21 16/14 22/17
early [1]   21/3
either [1]   23/7
elicit [2]   23/5 23/7
else [5]   4/19 16/3 19/18
24/3 24/8
emails [1]   8/7
embarrassed [1]   19/12
embarrassing [1]   16/23
employment [2]   22/2 22/5
encompasses [1]   20/13
end [1]   14/9
enforcement [2]   16/24 18/18
enhances [1]   15/25
enormously [1]   19/19
entered [2]   22/20 23/3
entertain [1]   21/3
entertaining [1]   18/8
entire [3]   2/11 18/5 18/9
entitled [2]   19/4 22/20
especially [1]   8/24
ESQ [1]   1/18
Even [1]   8/18
evening [1]   23/20
everybody [4]   2/16 7/6 15/19
17/24
everything [7]   4/16 7/17
16/5 16/7 19/16 19/18 24/8
evidence [2]   12/15 12/17
ex [1]   14/19
ex-wife [1]   14/19
exact [3]   18/13 18/14 18/14
examination [1]   8/14
example [1]   4/24
except [1]   21/16
excuse [1]   24/10
expectation [1]   21/5
explain [1]   21/14
explained [2]   6/25 21/8
explaining [1]   14/24
explore [1]   12/15
extending [1]   18/24
extensive [1]   6/13

extent [2]   4/14 9/3
extraordinarily [1]   5/8
extraordinary [2]   18/23
20/14

**F**

fact [6]   7/23 12/15 12/24
17/25 22/23 23/6
factor [2]   13/11 13/13
factors [3]   2/24 11/1 20/19
facts [2]   3/4 4/25
factual [4]   3/10 3/15 3/17
4/3
fair [2]   9/23 16/21
faith [1]   18/10
family [4]   2/9 14/14 14/18
15/16
fate [1]   7/21
Federal [4]   1/21 2/22 6/9
24/18
feel [1]   6/11
fidelity [1]   20/11
file [2]   5/7 22/25
filed [2]   6/4 23/2
finally [1]   3/5
financial [3]   14/16 19/13
22/10
find [2]   8/13 13/4
finding [1]   4/15
findings [2]   4/12 23/6
fine [4]   22/12 22/13 23/23
24/8
finished [1]   10/20
firm [1]   7/13
first [10]   3/9 3/11 3/16
6/21 9/12 9/12 14/5 15/15
17/22 21/12
FL [3]   1/7 1/16 1/19
flexibility [1]   23/25
FLORIDA [1]   1/1
focus [1]   11/2
folks [2]   14/6 19/1
follow [1]   15/2
following [2]   13/20 21/11
foregoing [1]   24/14
forensic [1]   8/14
Fort [1]   1/22
forth [1]   17/21
found [3]   6/23 9/11 17/12
four [3]   20/23 20/24 20/24
Francisco [2]   6/20 18/20
free [1]   6/11
friends [1]   2/10
full [2]   21/5 22/2
full-time [1]   22/2
fully [1]   23/5
functioning [1]   15/1
further [1]   5/12

**G**

gave [1]   9/18
general [1]   20/13
generated [1]   3/6
gentleman [1]   19/17
gentlemen [1]   16/10
get [9]   5/13 7/25 8/1 8/17
9/16 10/1 14/3 14/14 17/14
gets [1]   15/3

getting [1]   7/19
give [6]   6/10 7/24 7/24 8/3
8/6 9/22
given [4]   15/6 15/10 17/15
19/23
gives [1]   20/17
giving [1]   12/2
go [4]   3/2 8/16 8/17 15/23
going [12]   3/24 3/25 4/14
8/11 9/9 13/9 14/7 15/2 15/6
21/8 21/10 21/13
GOLDER [14]   1/18 1/18 2/7
3/9 4/8 7/23 9/4 9/20 11/14
11/16 15/20 17/14 23/11 24/5
gone [1]   8/9
good [10]   4/24 5/1 7/3 9/17
13/5 15/14 15/15 18/8 18/10
24/7
got [1]   13/22
Government [15]   2/2 4/4 5/2
5/7 5/8 5/9 6/4 8/22 12/7
12/10 13/23 14/1 16/16 17/1
18/17
Government's [2]   9/2 20/17
GPS [2]   21/18 21/24
grand [1]   20/11
grant [1]   9/2
great [3]   17/19 19/14 19/17
guess [1]   16/24
guideline [3]   5/23 9/19
10/10
guidelines [18]   2/15 2/23
3/1 4/8 4/9 5/6 6/1 6/9 9/25
10/6 10/21 10/22 13/6 13/12
13/24 16/11 16/12 20/18
guilty [3]   2/18 2/18 9/13

**H**

had [22]   3/23 5/20 6/19 7/2
8/16 8/16 9/12 12/9 12/11
12/14 12/25 14/15 14/15
15/19 17/5 17/15 17/17 17/17
18/12 18/14 19/22 19/22
hadn't [1]   8/9
half [1]   18/8
hand [1]   12/13
happened [3]   16/23 17/3 17/7
happening [2]   13/6 18/22
happy [1]   11/12
hard [5]   17/11 18/6 18/7
18/18 18/19
hardware [1]   3/22
has [25]
have [51]
haven't [1]   4/14
having [3]   11/11 18/7 21/15
he [49]
hear [4]   9/4 11/12 15/14
16/20
heard [2]   9/20 14/24
hearing [1]   24/12
heightened [1]   19/8
help [5]   3/24 7/15 8/17 8/19
20/14
helped [2]   7/13 7/17
helpful [3]   5/8 5/14 8/20
her [2]   14/21 14/21
here [8]   2/10 4/21 14/14

28

**H**

**here...** **[5]**  18/1 19/2 19/23
20/15 22/20
**hesitation [1]**  18/23
**hide [1]**  11/22
**high [1]**  20/11
**highly [1]**  8/23
**him [17]**  3/22 6/5 6/19 6/24
6/24 7/2 7/3 7/13 7/13 8/21
12/15 13/2 14/14 14/16 15/9
17/15 19/19
**himself [1]**  18/24
**hire [1]**  22/22
**his [22]**  2/17 3/21 5/9 6/17
6/23 6/23 6/25 7/9 8/20
12/14 13/3 14/14 14/18 14/18
14/19 14/19 14/24 15/10
19/18 20/16 23/15 23/16
**history [2]**  5/22 19/9
**Holocaust [1]**  14/20
**home [8]**  20/5 21/13 21/16
22/7 23/14 23/19 23/22 23/23
**HON [1]**  1/22
**honest [2]**  8/21 21/19
**Honor [8]**  6/4 6/7 12/19 15/5
15/20 16/4 21/19 23/9
**HONORABLE [1]**  1/10
**hope [1]**  24/7
**house [3]**  6/23 14/9 15/7
**how [4]**  13/7 14/2 18/8 18/18
**However [1]**  22/15
**huge [2]**  13/22 14/16
**hundred [1]**  6/21
**hunt [1]**  17/11
**HURLEY [2]**  1/3 1/10

**I**

**I'm [1]**  16/22
**illness [1]**  14/25
**image [3]**  12/8 16/25 17/4
**imagine [2]**  14/21 17/10
**impact [2]**  2/15 18/7
**impediment [1]**  11/8
**important [4]**  3/6 11/2 17/2
19/3
**impose [4]**  15/9 20/12 20/15
20/18
**imposed [2]**  11/12 23/8
**imprisonment [1]**  5/24
**incarceration [1]**  14/20
**incarcerative [1]**  14/25
**included [1]**  22/13
**indicated [1]**  12/13
**individual [1]**  8/23
**individualized [1]**  2/24
**industry [1]**  19/8
**information [5]**  7/9 17/18
17/19 17/20 18/15
**informed [1]**  8/4
**infringement [6]**  2/14 3/12
3/13 3/14 4/15 19/5
**infringements [1]**  3/13
**initial [2]**  3/20 7/6
**initially [1]**  16/24
**inside [1]**  18/21
**insisting [1]**  12/25
**installed [1]**  21/24

**integrity [1]**  19/18
**intellectual [1]**  20/9
**intend [2]**  9/2 19/24
**intended [1]**  17/1
**intercepted [1]**  6/19
**introduction [1]**  6/21
**investigation [6]**  3/3 3/17
5/15 7/10 7/18 17/8
**invite [1]**  6/5
**invited [1]**  6/24
**involvement [1]**  5/20
**is [84]**
**issue [9]**  2/14 3/15 3/19
3/25 4/20 17/19 18/12 19/5
22/3
**issues [6]**  4/7 4/8 4/9 5/3
12/18 24/2
**it [75]**
**its [2]**  11/18 20/9

**J**

**Jacob [2]**  7/3 7/4
**jail [2]**  19/22 20/1
**job [1]**  7/3
**Jonathan [1]**  2/3
**JUDGE [5]**  1/11 3/11 11/18
15/7 24/6
**judges [1]**  16/19
**judgment [4]**  15/16 20/21
22/20 23/2
**judgments [1]**  19/14
**June [1]**  24/17
**just [7]**  5/4 9/14 10/20 16/6
16/21 17/7 19/19
**Justice [1]**  5/21
**justifiably [1]**  19/19
**justified [1]**  3/5

**K**

**kind [4]**  15/8 15/19 15/25
22/5
**knock [1]**  6/16
**know [27]**
**knows [1]**  7/17

**L**

**Ladies [1]**  16/10
**land [2]**  21/18 21/23
**lapse [1]**  15/16
**laptop [1]**  11/20
**large [1]**  9/10
**later [1]**  18/15
**law [9]**  4/22 4/25 11/5 11/12
16/24 18/11 18/18 22/10 23/7
**lawyer [6]**  7/2 7/2 11/22
12/2 12/14 22/22
**lawyers [1]**  15/20
**least [2]**  4/1 12/16
**leave [1]**  21/21
**leaving [1]**  21/16
**lectern [2]**  6/6 15/13
**led [2]**  7/18 14/22
**legal [4]**  4/8 5/3 11/8 11/11
**let [2]**  2/1 6/5
**Let's [1]**  4/7
**level [6]**  5/9 5/18 5/18 9/18
10/6 10/8
**life [2]**  14/23 19/12

**lightly [1]**  20/12
**like [5]**  6/10 9/3 15/12
15/18 19/7
**limitations [1]**  15/10
**limiting [1]**  22/5
**line [2]**  21/18 21/23
**list [1]**  10/25
**locations [1]**  18/20
**long [2]**  11/18 16/6
**look [9]**  2/23 13/6 13/18
13/23 16/13 18/4 18/21 19/9
19/16
**looked [1]**  22/10
**looking [1]**  11/25
**lost [5]**  7/21 12/8 17/4
17/20 18/7
**lot [4]**  7/22 8/22 14/15 20/9
**LOTHROP [2]**  1/14 2/3
**lower [1]**  9/18
**lowest [1]**  5/22
**luck [1]**  24/7
**Lundgren [11]**  3/21 3/21 3/22
7/1 7/12 7/14 7/18 9/17 10/6
16/17 19/22
**Lundgren's [3]**  9/15 18/9
19/2

**M**

**made [8]**  4/11 8/4 12/23
16/16 16/25 17/23 18/10
19/20
**maintain [1]**  22/2
**major [1]**  17/11
**make [8]**  2/1 3/2 3/6 3/20
10/14 16/12 19/14 24/1
**makes [1]**  15/1
**making [2]**  6/7 14/1
**man [2]**  14/12 19/17
**mandatories [1]**  13/10
**manner [2]**  22/8 23/7
**married [1]**  14/15
**Marshals [1]**  15/22
**matter [3]**  17/25 18/18 24/15
**may [5]**  1/7 8/12 9/8 12/15
17/18
**McGloin [1]**  2/3
**me [16]**  2/1 2/8 3/25 6/5 8/7
8/8 9/20 11/5 11/20 12/19
13/18 14/6 15/6 15/22 19/23
20/17
**mean [1]**  13/25
**meaning [1]**  14/21
**medical [1]**  24/2
**mental [2]**  15/1 15/10
**mention [1]**  16/14
**mentioned [1]**  13/12
**messages [1]**  7/11
**Microsoft [4]**  2/4 6/18 6/19
20/8
**mind [1]**  7/7
**minimum [1]**  13/10
**minor [1]**  3/14
**mirror [3]**  12/8 16/25 17/4
**mistake [1]**  19/20
**moment [2]**  3/1 11/4
**moment's [1]**  18/23
**monetary [2]**  22/12 22/13
**money [6]**  7/12 7/13 14/14

**M**

**money...** [3]  19/13 20/9 22/22
**month** [1]  20/5
**months** [2]  5/24 21/12
**more** [7]  6/14 7/4 7/4 8/22 8/25 11/25 14/10
**morning** [1]  2/13
**MORRIS** [13]  1/14 2/3 4/3 5/2 5/3 6/5 10/22 11/19 13/7 13/14 13/17 15/21 16/3
**mother** [1]  14/20
**motion** [14]  5/7 5/16 6/5 6/6 6/7 7/20 9/1 9/3 10/23 18/8 18/10 19/24 20/17 21/3
**motivated** [1]  14/13
**move** [1]  4/7
**Moving** [1]  5/19
**Mr** [71]
**MS** [4]  14/17 15/3 23/11 24/5
**Ms.** [9]  3/9 4/8 7/23 9/4 9/20 11/14 11/16 15/20 17/14
**Ms. Golder** [9]  3/9 4/8 7/23 9/4 9/20 11/14 11/16 15/20 17/14
**much** [6]  2/5 7/16 9/16 14/6 16/2 18/8
**must** [2]  18/4 23/2
**my** [5]  3/12 11/21 15/16 15/20 23/4
**myself** [1]  9/8

**N**

**nature** [1]  18/25
**need** [17]  2/22 2/23 2/25 3/1 3/2 3/3 3/10 4/9 8/8 11/1 14/10 16/5 21/17 21/23 21/23 23/21 23/23
**needed** [3]  11/21 11/23 12/4
**needs** [2]  15/14 19/14
**negligence** [1]  17/7
**negotiated** [2]  9/16 9/21
**negotiations** [1]  9/16
**never** [2]  5/20 14/13
**new** [3]  17/9 17/17 18/20
**next** [1]  2/8
**no** [23]  1/3 4/5 4/10 5/4 8/3 11/10 11/11 11/22 12/6 15/7 16/4 17/3 18/1 18/18 19/22 20/2 20/3 22/13 23/9 23/12 23/17 24/4 24/6
**non** [2]  3/13 3/14
**non-infringement** [1]  3/14
**non-infringements** [1]  3/13
**normally** [1]  3/12
**not** [29]
**nothing** [2]  11/22 12/25
**notice** [2]  23/1 23/1
**now** [15]  2/22 3/8 5/2 5/23 6/10 7/20 10/24 18/12 18/25 19/20 20/7 21/2 21/18 22/9 23/4
**number** [3]  12/4 17/11 22/4
**numbers** [1]  3/6

**O**

**object** [1]  4/15

**objection** [2]  3/17 4/12
**objections** [9]  3/10 3/12 3/13 3/14 4/3 23/6 23/7 23/10 23/12
**obligated** [6]  10/24 18/25 19/9 20/10 20/15 22/15
**obligation** [4]  12/14 20/12 20/18 23/4
**observance** [1]  23/23
**obtained** [1]  16/24
**obviously** [2]  12/1 13/22
**occurred** [2]  6/16 12/7
**offense** [3]  5/18 5/18 19/1
**office** [3]  1/15 2/19 15/21
**Officer** [6]  21/9 21/14 21/22 22/8 23/18 23/24
**Official** [2]  1/21 24/18
**often** [1]  23/15
**oh** [2]  7/23 13/25
**okay** [4]  4/11 10/18 11/14 14/11
**once** [4]  2/23 4/25 13/16 24/1
**one** [12]  3/14 4/2 12/4 12/6 12/13 14/8 16/13 17/3 17/11 21/23 22/4 23/14
**only** [9]  4/2 8/6 9/23 13/9 13/15 18/3 18/13 18/16 20/17
**operate** [1]  13/7
**order** [2]  22/15 22/25
**orders** [1]  15/2
**Ordinarily** [1]  7/19
**original** [2]  17/19 17/20
**originally** [2]  6/20 9/9
**other** [11]  4/19 5/3 9/13 12/18 14/8 16/19 17/5 22/1 22/3 23/12 23/20
**otherwise** [2]  5/12 23/23
**ourselves** [1]  13/4
**out** [8]  2/24 3/24 11/25 13/14 17/5 18/13 23/21 24/8
**over** [1]  11/20
**overwritten** [1]  17/18
**own** [2]  11/18 20/16
**owner** [1]  6/17

**P**

**P.A** [1]  1/18
**page** [4]  3/18 5/17 5/19 5/19
**PALM** [4]  1/2 1/7 1/16 1/22
**paper** [1]  23/1
**paragraph** [4]  3/18 5/17 5/19 5/23
**parents** [2]  14/18 19/18
**parole** [1]  15/21
**part** [1]  22/13
**particular** [3]  6/12 8/23 23/22
**particularly** [1]  14/25
**parties** [6]  2/12 5/25 16/13 16/20 23/5 24/10
**party** [3]  2/21 16/14 23/7
**patient** [2]  2/10 24/11
**Pauline** [2]  1/21 24/18
**pay** [4]  16/19 21/25 22/12 22/16
**people** [4]  17/5 17/25 18/17 19/11

**percent** [3]  6/21 9/10 10/13
**period** [5]  15/7 20/5 20/23 21/12 23/24
**person** [3]  14/22 19/20 22/6
**phenomenon** [1]  13/8
**phone** [1]  7/11
**physical** [3]  15/10 22/2 22/3
**pick** [1]  2/16
**picks** [1]  23/15
**piece** [1]  22/25
**Pierce** [1]  1/22
**Pierce/West** [1]  1/22
**piracy** [1]  19/4
**place** [1]  17/9
**placed** [2]  5/21 20/22
**Plaintiff** [2]  1/5 1/14
**played** [1]  16/14
**plea** [6]  2/17 9/14 9/16 9/17 9/17 9/21
**pleasant** [1]  12/21
**please** [1]  22/23
**pled** [2]  9/12 12/24
**plus** [1]  18/14
**PO** [1]  1/19
**point** [4]  7/1 7/16 7/22 8/9
**posed** [1]  23/13
**position** [3]  10/1 12/19 13/5
**positions** [1]  17/24
**possible** [1]  5/22
**possibly** [1]  8/20
**potentially** [1]  8/12
**practices** [1]  7/4
**Pre** [4]  2/20 3/3 3/17 5/15
**Pre-Sentence** [4]  2/20 3/3 3/17 5/15
**precautionary** [1]  17/9
**prepare** [1]  2/20
**prepared** [1]  2/21
**present** [1]  19/1
**pressures** [2]  14/15 14/16
**pretty** [2]  7/16 13/4
**previously** [1]  23/12
**primarily** [1]  8/25
**prior** [3]  5/20 6/1 8/7
**priority** [1]  24/2
**prison** [1]  20/15
**probation** [17]  2/19 19/25 20/4 20/22 21/1 21/4 21/8 21/9 21/12 21/14 21/14 21/22 22/1 22/6 22/8 23/18 23/24
**problem** [3]  11/7 11/22 23/17
**problems** [2]  14/24 15/1
**procedurally** [1]  10/16
**proceedings** [2]  1/10 24/15
**process** [5]  2/11 8/18 15/19 18/5 24/11
**product** [1]  19/3
**program** [1]  21/25
**prolong** [1]  15/5
**properly** [1]  16/16
**property** [2]  20/9 22/7
**protect** [1]  20/9
**protected** [2]  15/10 19/4
**proud** [2]  15/24 19/19
**provided** [1]  6/13
**purpose** [1]  23/20
**purposeful** [1]  17/7
**pursuant** [1]  6/8

**P**

**put [5]**  9/25 17/9 19/22
  19/24 24/8

**Q**

**quality [1]**  20/11
**question [4]**  11/5 11/6 14/2
  17/22
**questions [1]**  6/11
**quite [3]**  12/7 16/16 17/3

**R**

**RANDEE [3]**  1/18 1/18 2/7
**range [2]**  5/24 9/19
**realized [1]**  9/24
**really [4]**  6/13 7/3 13/4
  19/12
**reason [1]**  22/13
**reasonable [3]**  21/5 22/7
  22/8
**reasons [1]**  12/6
**recall [1]**  8/14
**recognizing [1]**  2/2
**recommend [3]**  9/9 10/19
  10/21
**recommendation [4]**  9/5 9/6
  14/1 16/12
**recommendations [1]**  16/20
**recommended [1]**  5/23
**recommending [2]**  5/11 10/15
**record [4]**  4/11 21/4 22/9
  24/15
**reduced [1]**  5/12
**reduction [2]**  9/10 9/11
**reference [1]**  5/6
**reflect [1]**  22/9
**reflects [1]**  5/19
**Reinhart [1]**  9/15
**relationship [1]**  6/25
**relative [1]**  16/13
**release [1]**  20/5
**reliable [3]**  8/16 18/13
  20/11
**religious [4]**  14/22 14/23
  21/17 23/22
**rely [1]**  17/1
**relying [1]**  8/12
**remain [1]**  15/9
**remaining [2]**  3/9 4/9
**remember [1]**  17/14
**remembers [1]**  2/16
**report [5]**  2/20 2/20 3/3
  3/17 5/15
**reporter [5]**  1/21 1/21 15/14
  24/18 24/19
**represent [2]**  22/22 22/24
**represents [1]**  18/3
**request [3]**  12/10 17/13
  23/14
**require [1]**  18/11
**required [2]**  21/18 22/10
**requirements [1]**  21/15
**requires [3]**  11/5 16/11
  21/15
**research [3]**  9/7 9/24 10/2
**reserve [1]**  9/3
**residence [1]**  6/17

**resolve [1]**  3/25
**resolved [1]**  3/13
**respect [2]**  15/22 19/17
**responsibility [1]**  12/2
**responsive [1]**  8/21
**restitution [1]**  4/20
**resulting [1]**  17/11
**retrieved [1]**  17/20
**Richichi [2]**  2/4 15/21
**right [6]**  12/12 12/18 13/2
  15/11 16/9 19/20
**rises [1]**  5/9
**ROBERT [3]**  1/7 2/7 20/22
**ROBIN [1]**  1/22
**role [1]**  16/14
**roles [1]**  16/13
**ROSENBERG [1]**  1/22
**rules [1]**  17/9
**ruling [3]**  4/21 4/22 9/3
**rulings [1]**  6/1
**run [1]**  21/1

**S**

**said [22]**  4/16 7/1 7/23 7/25
  8/1 8/3 8/5 8/18 9/21 9/22
  11/19 11/21 13/1 13/4 13/5
  13/14 13/17 13/18 14/12 16/5
  18/1 19/11
**same [5]**  4/21 5/1 9/22 14/1
  19/2
**San [2]**  6/20 18/20
**saw [2]**  8/24 12/20
**say [9]**  11/13 14/10 15/12
  15/18 16/1 16/3 16/5 19/2
  19/20
**says [1]**  18/21
**school [3]**  14/16 23/15 23/19
**search [5]**  6/23 7/25 8/1
  22/6 22/7
**searching [1]**  11/24
**seated [1]**  2/8
**second [1]**  4/7
**section [5]**  5/6 6/8 6/9
  10/25 20/20
**see [3]**  3/9 10/21 17/11
**seen [1]**  12/19
**seized [1]**  6/20
**seizures [1]**  18/19
**self [1]**  22/5
**self-employment [1]**  22/5
**sell [2]**  3/23 6/18
**selling [1]**  3/22
**sense [1]**  10/14
**sent [3]**  7/11 7/12 7/12
**sentence [15]**  2/20 3/3 3/17
  4/1 5/11 5/15 11/9 11/12
  20/12 20/15 20/18 22/14
  22/20 23/3 23/8
**sentencing [6]**  1/10 2/22 6/9
  13/12 16/15 19/2
**serious [2]**  19/5 19/5
**served [1]**  20/1
**services [1]**  21/17
**set [3]**  2/24 7/7 7/11
**setting [2]**  14/25 15/10
**she [2]**  8/1 9/20
**shelf [1]**  17/5
**should [8]**  5/1 10/17 11/12

  12/3 12/3 13/13 18/9 21/25
**shouldn't [1]**  15/17
**shown [3]**  5/18 8/7 11/11
**Signature [1]**  24/19
**significant [2]**  12/16 21/4
**simply [1]**  12/10
**sir [2]**  15/12 15/14
**situation [2]**  7/11 22/10
**six [3]**  3/18 20/5 21/12
**small [1]**  6/18
**so [22]**  2/10 6/5 6/6 7/9
  7/16 9/20 10/5 10/12 13/11
  15/5 16/21 17/17 17/20 17/21
  18/16 18/20 19/5 20/4 20/11
  22/17 23/18 24/11
**software [1]**  19/3
**some [5]**  2/17 3/23 17/18
  18/17 23/24
**somebody [1]**  18/21
**someone [2]**  17/4 19/7
**someone's [1]**  18/4
**something [3]**  4/25 18/3
  23/21
**sometime [1]**  19/11
**sometimes [2]**  18/18 19/14
**somewhat [1]**  9/7
**son [1]**  14/21
**source [1]**  12/16
**South [1]**  1/15
**SOUTHERN [1]**  1/1
**speak [2]**  6/6 8/22
**special [4]**  21/11 21/13
  22/16 22/17
**speculate [1]**  17/24
**spent [3]**  2/12 18/7 20/9
**standard [3]**  9/14 21/7 21/10
**start [1]**  2/2
**started [1]**  10/5
**starting [2]**  13/23 13/24
**state [2]**  7/4 7/5
**stated [1]**  6/17
**states [9]**  1/1 1/4 1/11 1/15
  6/8 15/20 20/20 22/16 23/9
**statute [1]**  2/24
**steps [2]**  8/16 20/8
**still [3]**  9/9 14/15 14/16
**Stipes [2]**  1/21 24/18
**stop [1]**  11/8
**strange [1]**  13/8
**stress [1]**  15/3
**subject [3]**  6/1 21/13 22/2
**submit [1]**  22/6
**substantial [5]**  5/10 10/3
  13/8 13/19 14/4
**succumb [1]**  19/12
**suddenly [1]**  12/15
**suggested [1]**  10/22
**suggesting [2]**  5/7 17/6
**Suite [1]**  1/16
**sum [1]**  22/16
**supervised [1]**  20/4
**support [2]**  9/1 14/14
**supported [1]**  20/16
**suppose [1]**  12/9
**Supreme [1]**  16/11
**sure [8]**  3/2 3/4 3/6 12/7
  13/20 17/3 21/20 24/1
**survivor [1]**  14/20

**S**

**System [1]**   5/21

**T**

**take [7]**   10/8 13/15 18/4
20/12 22/21 22/25 23/18
**taken [2]**   16/7 17/25
**taking [3]**   10/12 20/8 20/20
**talk [3]**   6/16 11/14 18/25
**talked [1]**   6/24
**task [1]**   12/9
**temptation [1]**   19/13
**ten [2]**   5/17 5/19
**termination [1]**   21/4
**terms [3]**   20/25 21/11 22/1
**testify [2]**   7/20 8/8
**testimony [1]**   8/13
**text [1]**   7/10
**than [5]**   4/19 5/3 6/14 9/13
23/12
**thank [14]**   2/5 2/9 2/9 4/6
10/20 15/11 16/2 16/2 16/6
16/9 23/11 24/4 24/10 24/10
**thanks [1]**   24/6
**that [151]**
**their [4]**   8/23 12/8 18/5
23/5
**them [1]**   23/19
**then [9]**   6/24 7/20 8/1 9/24
10/10 10/12 10/13 13/18
17/13
**there [14]**   3/9 6/16 6/24
10/4 10/10 10/13 11/25 12/18
13/9 14/3 16/15 17/6 17/8
23/22
**there's [1]**   3/14
**therefore [1]**   5/10
**Thereupon [1]**   24/12
**these [3]**   4/8 11/2 13/7
**they [27]**
**thing [2]**   13/2 19/3
**things [3]**   11/19 12/20 19/11
**think [23]**   5/13 6/14 7/2 7/6
8/10 9/8 9/18 10/7 10/16
11/4 12/1 13/2 13/13 13/25
15/5 16/4 16/5 16/21 17/6
18/3 20/14 20/16 21/5
**this [34]**
**those [5]**   5/25 15/8 20/25
21/10 23/12
**though [1]**   5/13
**thought [2]**   8/12 14/20
**threw [1]**   17/5
**through [9]**   2/10 5/14 7/10
8/16 8/17 14/13 15/18 17/13
24/11
**throughout [3]**   5/1 8/18 18/5
**time [12]**   2/17 4/14 6/17 7/6
8/15 9/13 16/7 18/8 19/13
20/1 22/22 22/8
**times [2]**   14/13 14/23
**Title [2]**   10/24 20/19
**today [6]**   3/10 11/8 16/10
22/21 23/4 24/3
**told [1]**   7/16
**too [3]**   3/7 9/16 14/6
**took [1]**   7/9

**top [1]**   24/2
**total [2]**   5/17 5/18
**totally [1]**   12/7
**track [1]**   21/4
**transcript [1]**   24/14
**treated [1]**   15/22
**trial [1]**   12/20
**trouble [1]**   15/7
**trying [4]**   12/9 14/14 18/17
18/22
**turmoil [1]**   17/11
**turn [3]**   3/9 6/5 10/24
**turned [1]**   7/22
**turning [1]**   11/20
**turns [1]**   18/13
**two [1]**   22/17
**typical [1]**   6/22
**typically [1]**   6/15

**U**

**U.S [2]**   15/21 15/22
**ultimately [1]**   7/10
**under [1]**   6/1
**undercover [3]**   7/9 7/13 7/17
**understand [9]**   5/5 10/2
10/15 10/17 12/22 15/2 16/12
17/4 19/3
**understanding [1]**   20/25
**undoubtedly [1]**   17/17
**unique [2]**   11/3 16/22
**UNITED [9]**   1/1 1/4 1/11 1/15
6/8 10/24 20/19 22/16 23/9
**unless [1]**   23/22
**unlike [1]**   3/11
**unrespected [1]**   15/23
**until [2]**   9/4 18/21
**unusual [2]**   6/14 9/7
**up [6]**   2/16 7/11 7/13 14/9
15/13 23/15
**upon [1]**   17/1
**us [7]**   7/10 7/13 7/16 7/17
9/21 12/21 12/24
**use [1]**   21/18
**using [1]**   9/1

**V**

**variance [8]**   9/18 10/4 10/9
10/10 10/13 13/18 13/21
13/23
**very [15]**   2/5 3/5 3/6 7/3
14/22 16/2 16/6 16/22 17/1
18/2 18/6 18/19 20/7 21/5
23/15
**VOLUME [1]**   1/9
**voluntarily [1]**   8/5

**W**

**walk [1]**   5/14
**want [18]**   3/6 7/23 8/3 9/15
9/25 13/2 15/5 15/13 15/15
16/3 16/6 20/7 21/2 21/7
22/1 22/9 22/19 22/25
**wanted [4]**   7/1 7/7 12/5 12/6
**wants [1]**   15/9
**warrant [2]**   7/25 8/2
**was [52]**
**Washington [1]**   8/17
**wasn't [2]**   6/21 17/13

**way [11]**   3/11 5/5 10/5 10/16
10/17 11/18 13/9 18/2 18/16
21/25 24/1
**ways [1]**   7/23
**we [67]**
**we'll [1]**   4/14
**well [8]**   2/4 2/25 6/8 7/25
8/1 9/2 12/1 19/22
**were [7]**   6/18 11/24 11/24
12/18 12/21 19/1 19/14
**weren't [1]**   8/15
**WEST [4]**   1/2 1/7 1/16 1/22
**what [35]**
**whatever [5]**   3/4 5/11 8/19
15/8 19/13
**when [14]**   8/21 9/20 11/20
13/6 13/23 14/8 16/19 17/10
17/13 18/17 19/13 23/2 23/21
23/21
**where [8]**   2/24 3/16 7/11
8/11 10/1 10/25 13/23 15/6
**whether [4]**   8/15 11/6 12/10
17/4
**which [6]**   9/10 9/18 10/8
15/1 21/5 23/8
**while [1]**   22/6
**who [6]**   2/10 7/2 8/3 14/12
19/7 19/17
**whole [2]**   15/18 18/12
**why [9]**   3/8 5/14 11/11 11/14
11/21 11/23 12/4 13/17 13/20
**wife [2]**   14/19 23/16
**will [18]**   2/2 4/21 7/24 8/1
8/6 8/6 8/7 8/18 9/22 11/15
20/5 21/14 21/17 21/21 21/24
22/6 23/17 23/18
**willing [2]**   7/20 21/3
**within [3]**   4/8 4/9 23/2
**without [2]**   5/16 18/23
**WOLFF [39]**
**Wolff's [9]**   7/15 8/13 12/2
12/8 16/25 17/15 18/15 20/14
22/10
**won't [1]**   3/25
**wonderful [1]**   19/19
**words [2]**   22/3 23/20
**work [2]**   21/16 23/24
**worked [2]**   13/14 18/19
**works [4]**   18/18 19/7 23/16
24/8
**worried [1]**   14/7
**worse [3]**   14/17 14/17 14/17
**worst [1]**   15/3
**would [21]**   5/11 6/10 6/18
7/21 8/13 9/3 10/7 10/8 11/7
11/12 12/10 13/18 15/7 15/9
15/12 15/18 17/22 19/2 20/15
21/3 22/23
**Wouldn't [1]**   13/15
**written [1]**   10/25
**wrong [2]**   12/25 13/1

**X**

**XP [1]**   3/23

**Y**

**years [4]**   12/20 20/23 20/24
20/25

**Y**

**Yes [4]**  6/2 6/3 11/17 13/17
**yesterday [3]**  2/12 2/13 4/17
**yesterday's [1]**  4/12
**York [1]**  18/20
**you [111]**
**your [15]**  5/4 6/7 11/9 11/15
 12/1 12/2 12/19 15/5 15/20
 16/4 21/6 21/19 22/2 22/6
 23/9
**yourself [1]**  22/21